# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 24, 2023

Ms. Jin Hyung Lee
US Department of Justice
Enviornment & Natural Resources Division
150 M Street, N.E.
Washington, DC 20002

    No. 23-60069   State of Texas v. EPA
                     USDC No. 88 Fed. Reg. 9336-9384

Dear Ms. Lee,

The following pertains to your electronically filed appearance form.

Appearance forms require either an original signature in the signature line or **"s/name"** by attorneys filing under their own CM/ECF login.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Linda B. Miles, Deputy Clerk
504-310-7793