IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | No. 23-60069 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONDENTS' OPPOSITION TO MOTIONS TO STAY**

Respondents the United States Environmental Protection Agency and its Acting Administrator, Michael S. Regan (collectively "EPA"), in accordance with Federal Rule of Appellate Procedure 27, respectfully move the Court for an extension of time to and including March 27, 2023, to file their response in opposition to the motions to stay filed by Petitioners the State of Texas, Texas Commission on Environmental Quality, Luminant Generation Company, L.L.C., Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC, Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, and Texas Oil & Gas Association (collectively, "Petitioners"), on March 3, 2023. ECF Doc. Nos. 31 and 32-1. This motion is unopposed. In support of this motion, EPA states as follows:

1. On February 13, 2023, EPA promulgated a final rule disapproving 21 states' plans, including Texas's, regarding how states would address their emissions impacts to downwind states' ozone levels. Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 9336, 9338 (Feb. 13, 2023) ("Final Rule").

2. On February 14, 2023, Petitioners filed petitions for review of the Final Rule in this Court. ECF Doc Nos. 1-1, 3-1, and 5-1.

3. On March 2, 2023, counsel for Petitioners provided notice via electronic mail to undersigned counsel of their intent to move to stay the rule.

4. On March 3, 2023, Petitioners filed their motions to stay the Final Rule. ECF Doc Nos. 31 and 32-1.

5. Pursuant to Federal Rule of Appellate Procedure 27, EPA's deadline to file a response to the stay motions is March 13, 2023. By this motion, EPA requests an extension of 14 days, until March 27, 2023, to file its response.

6. This extension of time is necessary to provide adequate time for EPA to prepare a response to both stay motions filed by Petitioners. The two stay motions include distinct arguments on the four factors to be considered by the Court in determining whether a stay is appropriate and large appendices of supporting materials (many of which are new to EPA). Further, this extension is necessary to provide sufficient time for interagency and management review of the response to

both motions by appropriate officials at EPA and the Department of Justice. Undersigned counsel is working diligently to prepare a thorough but concise response that will assist the Court in resolving this motion.

7.      In accordance with Fifth Circuit Rule 27.4, counsel for EPA has coordinated with counsel for Petitioners regarding this motion. On March 5, 2023, EPA was informed through counsel that Petitioners do not oppose the relief requested in this motion: an extension of time to and including March 27, 2023.

For all these reasons, EPA respectfully requests that this motion be granted and that EPA be given up to and including March 27, 2023 to file its opposition to the stay motion.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | TODD KIM<br>Assistant Attorney General |
| ROSEMARY HAMBRIDGE KABAN<br>DANIEL P. SCHRAMM<br>U.S. Environmental Protection Agency<br>Office of General Counsel<br>Washington, D.C. | /s/ *Jin Hyung Lee*<br>JIN HYUNG LEE<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 514-2640<br>jin.hyung.lee@usdoj.gov |
| DATE: March 6, 2023 | |
| | *Counsel for Respondents* |

## CERTIFICATE OF COMPLIANE

I hereby certify that the foregoing Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f) and (g), as it complies with typeface requirements and contains 512 words, excluding exempted portions.

Date: March 6, 2023　　　　　　　　　　　　/s/ *Jin Hyung Lee*
　　　　　　　　　　　　　　　　　　　　　JIN HYUNG LEE

　　　　　　　　　　　　　　　　　　　　　*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: March 6, 2023　　　　　　　　　　　　/s/ *Jin Hyung Lee*
　　　　　　　　　　　　　　　　　　　　　JIN HYUNG LEE

　　　　　　　　　　　　　　　　　　　　　*Counsel for Respondents*