# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 08, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60069   State of Texas v. EPA
                     USDC No. 88 Fed. Reg. 9336-9384

The court has granted an extension of time to and including March 27, 2023, to file the response to the motions for stay pending appeal in this case.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Monica R. Washington, Deputy Clerk
                                       504-310-7705

Mr. Michael Abrams
Mr. William Francis Cole
Mr. Bill L. Davis
Mr. Merrick Garland, U.S. Attorney General
Mr. Philip Stephen Gidiere III
Mr. Todd Sunhwae Kim
Ms. Jin Hyung Lee
Mr. Joseph N. Mazzara
Mr. Jeffrey Prieto
Mr. Aaron Michael Streett