# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS, et al.,

   Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

   Respondents.

No. 23-60069

## RESPONDENTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERLENGTH CONSOLIDATED RESPONSE TO THE MOTIONS TO STAY THE FINAL RULE

Respondents the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively "EPA"), in accordance with Federal Rule of Appellate Procedure 27, respectfully move the Court for leave to file a consolidated response of up to 9,000 words in opposition to the pending motions for stay pending judicial review, ECF Doc. Nos. 31, 32-1. This motion is unopposed. In support of this motion, EPA states as follows:

    1.    On February 14, 2023, several petitioners ("Stay Movants") petitioned for review of EPA's final rule disapproving 21 states' plans, including Texas's, regarding how states would address their emissions impacts to downwind states' ozone levels. ECF Doc. Nos. 1-1, 3-1, and 5-1; Air Plan Disapprovals; Interstate

Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 9336, 9338 (Feb. 13, 2023) ("Final Rule").

2. On March 3, 2023, Stay Movants moved to stay the Final Rule.[1] ECF Doc. Nos. 31 and 32-1.

3. EPA's deadline to file a response is March 27, 2023. ECF Doc. No. 39. Under Federal Rule of Appellate Procedure 27(d)(2)(A), EPA is allowed to file a response to each motion that does not exceed 5,200 words.

4. EPA believes that a single, consolidated response to both motions to stay would be more helpful to the Court than separate responses. It would also serve the interests of judicial economy if EPA were allowed to file a single, consolidated response to both motions, but EPA cannot reasonably do so within the 5,200-word count limit provided by Rule 27(d)(2)(A) for a single response. Accordingly, EPA requests leave to file a consolidated response of up to 9,000 words, which is an additional 3,800 words beyond the limit set in Rule 27(d)(2)(A) for a single response.

5. Those additional words are necessary because the two motions for stay present several different legal and record-based arguments challenging the merits of EPA's final action. Further, the two motions include voluminous exhibits to support

---

[1] After Stay Movants moved, additional petitions for review of the Final Rule were filed in this docket. ECF Doc. Nos. 44-1, 52-1, 58-1.

the arguments and allegations. Thus, a single brief within 5,200 words would not be sufficient for EPA to respond to both motions for stay.

6. EPA therefore respectfully requests leave to file a consolidated response of up to 9,000 words to fully address the four factors that this Court considers in evaluating a motion for stay.

7. In accordance with Fifth Circuit Rule 27.4, counsel for EPA has coordinated with counsel for Petitioners regarding this motion. On March 17, 2023, counsel for EPA was informed through counsel for Stay Movants that Stay Movants do not oppose the relief requested in this motion: leave to file a consolidated response of up to 9,000 words.

For all these reasons, EPA respectfully requests that this Court grant EPA leave to file a consolidated response to both stay motions not to exceed 9,000 words.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | TODD KIM<br>Assistant Attorney General |
| ROSEMARY HAMBRIGHT KABAN<br>DANIEL P. SCHRAMM<br>U.S. Environmental Protection Agency<br>Office of General Counsel<br>Washington, D.C. | /s/ *Jin Hyung Lee*<br>JIN HYUNG LEE<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 514-2640 |
| DATE: March 17, 2023 | jin.hyung.lee@usdoj.gov |

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANE

I hereby certify that the foregoing Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f) and (g), as it complies with typeface requirements and contains 509 words, excluding exempted portions.

Date: March 17, 2023	/s/ *Jin Hyung Lee*
JIN HYUNG LEE

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: March 17, 2023	/s/ *Jin Hyung Lee*
JIN HYUNG LEE

*Counsel for Respondents*