

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*  *Telephone (202) 514-2640*
*P.O. Box 7611*  *Facsimile (202) 514-8865*
*Washington, DC  20044*

March 20, 2023

VIA ELECTRONIC FILING

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Pl., Ste 115
New Orleans, LA 70130

Re:   *State of Texas, et al. v. Environmental Protection Agency, et al.*, No. 23-60069

Dear Mr. Cayce:

    Respondents U.S. Environmental Protection Agency and Michael S. Regan, Administrator of the U.S. Environmental Protection Agency (collectively, "EPA") submit this letter regarding EPA's motion to transfer the petitions for review to the D.C. Circuit, or alternatively dismiss those petitions based on improper venue, filed on March 15, 2023 ("Venue Motion").  ECF Doc. No. 50.  Since EPA filed the Venue Motion, additional petitions for review have been filed in the same docket. *See* ECF Doc. Nos. 52-1, 58-1, 63-1.  The petitions for review in this docket, No. 23-60069, are of the same final rule promulgated by EPA.[1]  The Venue Motion explains that the proper venue for any petition for review of that rule is in the D.C. Circuit.

---

[1] Undersigned counsel informed Petitioners' counsel about the filing of this letter. Counsel for Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC informed undersigned counsel, and requested that she note in this letter, that those petitioners disagree with EPA's characterization of the petitions for review.

      Undersigned counsel reached out to the case manager for this docket and was instructed to submit this letter rather than file additional substantively identical venue motions in response to the new petitions. Accordingly, EPA seeks to clarify and inform this Court that the Venue Motion applies to all petitions for review that are filed in this docket, including those that have been or are filed after the filing of EPA's Venue Motion.  *See* Venue Mot. at 18 (requesting that "the petitions for review of the Final Rule . . . be transferred to the D.C. Circuit or dismissed for improper venue").

Sincerely,

  */s/ Jin Hyung Lee*
JIN HYUNG LEE

cc: Counsel of record, via CM/ECF