# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 21, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60069   State of Texas v. EPA
                        Agency No. 88 Fed. Reg. 9336-9384

Enclosed is an order entered in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Majella A. Sutton, Deputy Clerk
                                  504-310-7680

Mr. Michael Abrams
Mr. William Francis Cole
Mr. Bill L. Davis
Mr. Merrick Garland, U.S. Attorney General
Mr. Philip Stephen Gidiere III
Mr. Todd Sunhwae Kim
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Carl Grady Moore III
Mr. Jeffrey Prieto
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett