# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | No. 23-60069 |

### RESPONDENTS' OPPOSED MOTION TO STAY THE FILING OF THE CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD UNTIL THIRTY DAYS AFTER THE COURT RESOLVES RESPONDENTS' <u>VENUE MOTION</u>

Pursuant to Federal Rules of Appellate procedure 17(a), 26(b), and 27, Respondents the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively "EPA"), submit this motion to stay the filing of the certified index to the administrative record for good cause until 30 days after the Court resolves Respondents' Motion to Transfer the Petitions for Review to the D.C. Circuit or Dismiss Based on Improper Venue ("EPA's Venue Motion"), Doc. No. 50.  Pursuant to Fifth Circuit Rule 27.4, EPA's counsel has conferred with Petitioners' counsel regarding the relief requested in this motion. Petitioners' counsel has indicated that all Petitioners oppose the relief requested in this motion and either intend to file a response or reserve their right to do so.

In support of this motion, EPA states as follows:

1.	On February 13, 2023, EPA promulgated a final rule disapproving 21 states' plans, including Texas's, regarding how states would address their emissions impacts to downwind states' ozone levels. Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 9336, 9338 (Feb. 13, 2023) ("Final Rule").

2.	On February 14, 2023, and March 9, 2023 several petitioners petitioned for review of the Final Rule ("Initial Petitioners"). ECF Doc. Nos. 1-1, 3-1, and 5-1. The Court set the deadline for filing the administrative record for March 27, 2023. ECF Doc. No. 1-2.

3.	Certain Initial Petitioners then moved to stay the Final Rule. ECF Doc. Nos. 31, 32-1. EPA's response to the stay motions is also due March 27, 2023. ECF Doc. No. 39.

4.	On March 15, 2023, EPA filed its Venue Motion. ECF Doc. No. 50. EPA argued that venue for the petitions for review lies exclusively in the D.C. Circuit under 42 U.S.C. § 7607(b)(1) because the Final Rule is nationally applicable, or, if a court finds it to be locally or regionally applicable, because it is based on a determination of nationwide scope or effect and EPA made and published such a finding.

5. After EPA filed its Venue Motion, additional petitioners petitioned for review of the Final Rule, and those petitions were added to this docket. ECF Doc. Nos. 44-1, 52-1, 58-1.

6. Under Federal Rule of Appellate Procedure 27(a)(3)(A), (a)(4), Initial Petitioners' response to the Venue Motion is due by March 27, 2023 and EPA's reply is due by April 3, 2023.

7. Thus, March 27, 2023 is currently the deadline for the filing of the certified index, Initial Petitioners response to EPA's Venue Motion, and EPA's response to the stay motions.

8. The requested stay for filing the certified index will allow time for the parties to fully brief EPA's Venue Motion and for the Court to resolve the Venue Motion without EPA having to expend the resources necessary to prepare and file the certified index by March 27, 2023. Because the resolution of the issue of proper venue may result in dismissal or transfer to the D.C. Circuit, deferring filing of the certified index until after the Court rules in EPA's Venue Motion will conserve judicial resources and the resources of all the parties.

9. In a related case in the Tenth Circuit, where numerous petitioners petitioned for review of the same Final Rule and where EPA filed substantively identical venue motions, the Tenth Circuit extended the time to file the agency record

for a period of 30 days. *Utah v. EPA*, No. 23-9509, ECF Doc. No. 10982895 (10th Cir. Mar. 13, 2023).

10. Should the Court deny EPA's Venue Motion, EPA respectfully requests that the Court issue an order requiring EPA to file the certified index 30 days after the denial of that motion to avoid the need for further motions.

11. In accordance with Fifth Circuit Rule 27.4, counsel for EPA has coordinated with counsel for Petitioners regarding this motion. On March 20-21, 2023, counsel for EPA was informed through counsel for Petitioners that Petitioners oppose the relief requested in this motion—to stay the filing of the certified index to the administrative record until 30 days after the Court resolves EPA's Venue Motion—and intend to file a response, or reserve their right to do so.

For all these reasons, EPA respectfully requests that this Court grant EPA motion to stay the filing of the certified index to the administrative record until 30 days after the resolution of EPA's Venue Motion.

Respectfully submitted,

OF COUNSEL:

ROSEMARY HAMBRIGHT KABAN
DANIEL P. SCHRAMM
U.S. Environmental Protection Agency
Office of General Counsel
Washington, D.C.

TODD KIM
Assistant Attorney General

/s/ Jin Hyung Lee
JIN HYUNG LEE
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611

DATE: March 22, 2023

Washington, D.C. 20044
(202) 514-2640
jin.hyung.lee@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANE

I hereby certify that the foregoing Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f) and (g), as it complies with typeface requirements and contains 759 words, excluding exempted portions.

Date: March 22, 2023  /s/ Jin Hyung Lee
JIN HYUNG LEE

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: March 22, 2023  /s/ Jin Hyung Lee
JIN HYUNG LEE

*Counsel for Respondents*