IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al. )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY and MICHAEL S. )<br>REGAN, Administrator, United States )<br>Environmental Protection Agency, )<br>)<br>Respondents. ) | Case No. 23-60069 |

## UNOPPOSED JOINT MOTION OF MISSISSIPPI PETITIONERS FOR EXTENSION OF TIME TO RESPOND TO RESPONDENTS' OPPOSED MOTION TO TRANSFER

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 27.1.1, Petitioners State of Mississippi, Mississippi Department of Environmental Quality ("MDEQ"), and Mississippi Power Company ("MPC") (together, "Mississippi Petitioners") jointly file this unopposed motion requesting that the Court grant an extension of time, until April 3, 2023, for Mississippi Petitioners to file their responses to Respondents' Opposed Motion to Transfer the Petitions for Review to the D.C. Circuit or Dismiss Based on Improper Venue ("Venue Motion").

1

Pursuant to Fifth Circuit Rule 27.4, Mississippi Petitioners have conferred regarding this motion with counsel for the other parties. No party opposes the motion.[1] This motion is made for good cause and in the interest of justice and not for delay.

In support of this motion, Mississippi Petitioners state as follows:

1. This case involves petitions for review filed by Mississippi, MDEQ, and MPC challenging the U.S. Environmental Protection Agency's ("EPA") decision to disapprove portions of Mississippi's Clean Air Act state implementation plan ("SIP") addressing the interstate transport requirements of 42. U.S.C. § 7410(a)(2)(D)(i)(I) for the 2015 8-hour ozone National Ambient Air Quality Standards ("NAAQS"). *See* 88 Fed. Reg. 9,336, 9,383 (Feb. 12, 2023) ("SIP Rule"). The Mississippi Petitioners seek review only of EPA's disapproval of Mississippi's SIP, even though, in addition to EPA's disapproval of the Mississippi SIP, the SIP Rule also included other separate, individualized disapprovals of SIPs submitted by other states, including Texas and Louisiana.

2. On February 13, 2023, the State of Texas, the Texas Commission on Environmental Quality ("TCEQ"), and several industry parties (together, "Texas Petitioners") filed petitions for review in this Court, challenging the portion of the SIP

---

[1] Louisiana Petitioners have represented to the undersigned counsel that they support this motion; Counsel for EPA has represented to the undersigned counsel that Respondents do not oppose the requested extension; and Texas Petitioners have stated to the undersigned counsel that they take no position.

2

Rule which disapproved the Texas SIP; Texas Petitioners assert that venue is proper in this Court. Docs. 1-1, 3-1, 5-1.

3. On March 15, 2023, Respondents filed their Venue Motion, contending venue for review of the Texas petitions is proper in the D.C. Circuit. Doc. 50. The Venue Motion was served via ECF to the docketed parties, but at that time, the Texas Petitioners were the only petitioners in this case (Case No. 23-60069).

4. On March 16, 2023, the Court docketed the State of Mississippi and MDEQ's timely Petition for Review of the SIP Rule as it pertains to EPA's disapproval of Mississippi's interstate transport SIP. Doc. 52-1 (challenging only the part of the SIP Rule applicable to Mississippi). The Court docketed that petition with this case (Case No. 23-60069). *Id.*

5. On March 17, 2023, the Court docketed Mississippi Power Company's timely Petition for Review of the SIP Rule as it pertains to EPA's disapproval of Mississippi's interstate transport SIP. Doc. 58-1 (challenging only the part of the SIP Rule applicable to Mississippi). The Court docketed that petition with this case (Case No. 23-60069). *Id.*

6. On March 20, 2023, the Court docketed the State of Louisiana and the Louisiana Department of Environmental Quality's ("Louisiana Petitioners") timely Petition for Review of the SIP Rule as it pertains to EPA's disapproval of Louisiana's interstate transport SIP. Doc. 63-1 (challenging only the part of the SIP Rule applicable to Louisiana). The Court docketed that petition with this case (Case No. 23-60069). *Id.*

7. Additionally, on March 20, 2023, Respondents filed a letter with the Court seeking "to clarify and inform this Court that the Venue Motion applies to all petitions for review that are filed in this docket, including those that have been or are filed after the filing of EPA's Venue Motion"—apparently referring to Louisiana and Mississippi Petitioners' aforementioned petitions for review. Doc. 70. Respondents' letter also claims that all petitions for review in this docket "are of the same final rule promulgated by EPA." *Id.*

8. Mississippi Petitioners were not parties to this case when the Venue Motion was filed on March 15th and, therefore, were not served with EPA's Venue Motion. Mississippi Petitioners were not aware the Venue Motion may apply to them until Respondents filed their letter on March 20th.

9. Mississippi Petitioners are challenging the disapproval of the Mississippi SIP, which appears in the same notice as other SIP disapprovals, but Mississippi Petitioners do not agree with Respondents that all petitioners are challenging "the same final rule." Doc. 70.

10. Pursuant to Federal Rule of Appellate Procedure 27, responses to motions are due 10 days after service. As mentioned above, Mississippi Petitioners were not served the Venue Motion.

11. Mississippi Petitioners contacted the Court Clerk to seek clarification of their deadline for responding to the Venue Motion, assuming it applied to their petitions as

Respondents assert in the March 20th letter, and were instructed to file a motion for an extension of time to respond.

12.   Mississippi Petitioners request in this motion an extension of time until April 3, 2023, to file their responses to the Venue Motion.

13.   This extension of time is necessary to allow the parties adequate time to prepare responses to Respondents' Venue Motion. The Venue Motion raises significant legal issues and time to respond which is more consistent with the time available under the Federal Rules of Appellate Procedure will allow Mississippi Petitioners to adequately develop and present their arguments to the Court.

For the reasons set out above, Mississippi Petitioners respectfully request the Court grant this motion and allow them to file responses to the Venue Motion on or before April 3, 2023.

Respectfully submitted,

s/ Justin L. Matheny

Lynn Fitch
  Attorney General of Mississippi
Whitney H. Lipscomb
  Deputy Attorney General
Justin L. Matheny
  Deputy Solicitor General
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, Mississippi 39205-0220
Telephone: (601) 359-3680

E-mail: justin.matheny@ago.ms.gov
**<u>Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality</u>**

<u>s/ C. Grady Moore III</u>
C. Grady Moore III
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-251-8100
gmoore@balch.com

Susan Scaggs Stutts
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501
228-864-9900

Shawn S. Shurden
General Counsel
Mississippi Power Company
2992 West Beach Boulevard
Gulfport, MS 39502
228-229-0915

**<u>Counsel for Petitioner Mississippi Power Company</u>**

**Dated:** March 23, 2023

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel states that this motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 951 words, excluding the caption and signature blocks, as counted by a word processing system and, therefore, is within the word limit. This motion also complies with typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Garamond font.

**Dated:** March 23, 2023

s/ C. Grady Moore III

C. Grady Moore III
*Counsel for Petitioner Mississippi Power Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

**Dated:** March 23, 2023

                                                  s/ C. Grady Moore III

                                                C. Grady Moore III
                                                *Counsel for Petitioner Mississippi*
                                                *Power Company*