No. 23-60069

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS, ET AL,

*Petitioners,*

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents,*

**JOINDER OF MISSISSIPPI PETITIONERS' MOTION FOR EXTENSION OF TIME TO RESPOND TO RESPONDENTS' OPPOSED MOTION TO TRANSFER**

The State of Louisiana and the Louisiana Department of Environmental Quality (collectively, "Louisiana") respectfully join the Mississippi Petitioners' Motion for Extension of Time to Respond to Respondents' Opposed Motion to Transfer (Dkt. 83).

Pursuant to Fifth Circuit Rule 27.4, Louisiana's counsel has conferred regarding this motion with counsel for the other parties. No

party opposes this motion.[1] This motion is made for good cause and in the interest of justice and not for delay.

Like Mississippi, Louisiana's Petition for Review was filed after the respondents filed their Venue Motion, and Louisiana was not served with a copy of that motion. Accordingly, for the reasons set out in Mississippi's Motion (Dkt. 83), Louisiana joins Mississippi's Motion for Extension of Time and respectfully requests the Court allow Louisiana to file its response to the Venue Motion on or before April 3, 2023.

---

[1] EPA, Mississippi Power, and the State of Mississippi do not oppose. The State of Texas, TCEQ, PUCT, RCT, AECT, TCC, TXOGA, BCCA, Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC, take no position.

Respectfully Submitted,

**JEFF LANDRY**
  **Attorney General**

/s/ *Joseph S. St. John*

ELIZABETH B. MURRILL (LA 20685)
  *Solicitor General*
JOSEPH S. ST. JOHN (LA 36682)
  *Deputy Solicitor General*
MACHELLE HALL (LA 31498)
  *Assistant Attorney General*
LOUISIANA DEPT. OF JUSTICE
909 Poydras Street, Suite 1850
New Orleans, LA 70112
Tel: (225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
hallm@ag.louisiana.gov

Courtney J. Burdette (LA 30564)
  *Executive Counsel*
Jill C. Clark, Bar (LA 33050)
  *General Counsel*
LOUISIANA DEPT. OF
 ENVIRONMENTAL QUALITY
Office of the Secretary, Legal Division
P.O. Box 4302
Baton Rouge, Louisiana 70821-4302
Tel: (225) 219-3985
Courtney.Burdette@la.gov
Jill.Clark@la.gov

## CERTIFICATE OF SERVICE

I certify that on March 24, 2023, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

*/s/ Joseph S. St. John*
JOSEPH S. ST. JOHN
*Counsel of Record for*
*Petitioners the State of Louisiana and*
*the Louisiana Department of*
*Environmental Quality*

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 40(b)(1) because the motion contains 194 words.

2. This motion complies with the typeface requirements of Fed. R. App. R. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Century Schoolbook font.

Dated: March 24, 2023

*/s/Joseph S. St. John*
Joseph S. St. John
*Counsel of Record for Petitioners the State of Louisiana and the Louisiana Department of Environmental Quality*