# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 27, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60069   State of Texas v. EPA
                     Agency No. 88 Fed. Reg. 9336-9384

The court has granted the motion filed by Petitioners Mississippi Power Company, State of Mississippi, and Mississippi Department of Environmental Quality for an extension until April 3, 2023, to file a response to the motion to transfer venue in this case.

The court has granted the joinder motion filed by Petitioners Louisiana Department of Environmental Quality and State of Louisiana to the filed by Mississippi Petitioners for an extension until April 3, 2023, to file a response to the motion to transfer venue in this case.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Majella A. Sutton, Deputy Clerk
                                        504-310-7680

Mr. Michael Abrams
Mr. William Francis Cole
Mr. Bill L. Davis
Mr. Merrick Garland, U.S. Attorney General
Mr. Philip Stephen Gidiere III
Ms. Machelle Rae Lee Hall
Mr. Todd Sunhwae Kim
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Carl Grady Moore III
Mr. Jeffrey Prieto
Mr. Michael S. Regan
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett