No. 23-60069

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS, ET AL,

*Petitioners,*

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY AND MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents,*

**STATE OF LOUISIANA'S OPPOSED MOTION TO STAY APPENDIX – PART I**

JEFF LANDRY
 Attorney General
ELIZABETH B. MURRILL (LA 20685)
 *Solicitor General*
JOSEPH S. ST. JOHN (LA 36682)
 *Deputy Solicitor General*
MACHELLE HALL (LA 31498)
 *Assistant Attorney General*

LOUISIANA DEPT. OF JUSTICE
909 Poydras Street, Suite 1850
New Orleans, LA 70112
Tel: (225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
hallm@ag.louisiana.gov

1

Courtney J. Burdette (LA 30564)
 *Executive Counsel*
Jill C. Clark, Bar (LA 33050)
 *General Counsel*
LOUISIANA DEPT. OF
 ENVIRONMENTAL QUALITY

Office of the Secretary, Legal Division
P.O. Box 4302
Baton Rouge, Louisiana 70821-4302
Tel: (225) 219-3985
Courtney.Burdette@la.gov
Jill.Clark@la.gov
Counsel for State of Louisiana

# TABLE OF CONTENTS

Tab

A          Memorandum from Peter Tsirigotis (March 27, 2018)

B          Louisiana Department of Environmental Quality State
            Implementation Plan

C          EPA's Proposed Rule (February 22, 2022)

D          Louisiana's Comments to the Proposed Rule

E          MISO Comments

# EXHIBIT A



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
RESEARCH TRIANGLE PARK, NC 27711

MAR 2 7 2018

OFFICE OF
AIR QUALITY PLANNING
AND STANDARDS

## MEMORANDUM

**SUBJECT:**   Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I)

**FROM:**   Peter Tsirigotis
Director

**TO:**   Regional Air Division Directors, Regions 1–10

The purpose of this memorandum is to provide information to states and the Environmental Protection Agency Regional offices as they develop or review state implementation plans (SIPs) that address section 110(a)(2)(D)(i)(I) of Clean Air Act (CAA), also called the "good neighbor" provision, as it pertains to the 2015 ozone National Ambient Air Quality Standards (NAAQS). Specifically, this memorandum includes EPA's air quality modeling data for ozone for the year 2023, including newly available contribution modeling results, and a discussion of elements previously used to address interstate transport. In addition, the memorandum is accompanied by Attachment A, which provides a preliminary list of potential flexibilities in analytical approaches for developing a good neighbor SIP that may warrant further discussion between EPA and states.

The information in this memorandum provides an update to the contribution modeling analyses provided in EPA's January 2017 Notice of Data Availability (NODA) of ozone transport modeling data for the 2015 ozone NAAQS and builds upon information provided in the October 2017 interstate transport memorandum.[1] The October 2017 memorandum provided projected ozone design values for 2023 based on EPA's updated nationwide ozone modeling with the primary goal of assisting states in completing good neighbor transport actions for the 2008 ozone NAAQS.

---

[1] *See* Notice of Availability of the Environmental Protection Agency's Preliminary Interstate Ozone Transport Modeling Data for the 2015 Ozone National Ambient Air Quality Standard (NAAQS), 82 FR 1733 (January 6, 2017). This memorandum also supplements the information provided in the memorandum, *Supplemental Information on the Interstate Transport State Implementation Plan Submissions for the 2008 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I).* Memorandum from Stephen D. Page, Director, U.S. EPA Office of Air Quality Planning and Standards, to Regional Air Division Directors, Regions 1–10, October 27, 2017. Available at *https://www.epa.gov/sites/production/files/2017-10/documents/final_2008_o3_naaqs_transport_memo_10-27-17b.pdf.* (The October 27, 2017, memorandum includes links to all supporting documentation, including modeling and emissions technical support documents.)

EPA's goal in providing this information is to assist states' efforts to develop good neighbor SIPs for the 2015 ozone NAAQS to address their interstate transport obligations. While the information in this memorandum and the associated air quality analysis data could be used to inform the development of these SIPs, the information is not a final determination regarding states' obligations under the good neighbor provision. Any such determination would be made through notice-and-comment rulemaking.

## The Good Neighbor Provision

Under CAA sections 110(a)(l) and 110(a)(2), each state is required to submit a SIP that provides for the implementation, maintenance and enforcement of each primary and secondary NAAQS. Section 110(a)(1) requires each state to make this new SIP submission within 3 years after promulgation of a new or revised NAAQS. This type of SIP submission is commonly referred to as an "infrastructure SIP." Section 110(a)(2) identifies specific elements that each plan submission must meet. Conceptually, an infrastructure SIP provides assurance that a state's SIP contains the necessary structural requirements to implement the new or revised NAAQS, whether by demonstrating that the state's SIP already contains or sufficiently addresses the necessary provisions, or by making a substantive SIP revision to update the plan provisions to meet the new standards.

In particular, CAA section 110(a)(2)(D)(i)(I) requires each state to submit to EPA new or revised SIPs that "contain adequate provisions ... prohibiting, consistent with the provisions of this subchapter, any source or other type of emissions activity within the State from emitting any air pollutant in amounts which will ... contribute significantly to nonattainment in, or interfere with maintenance by, any other state with respect to any such national primary or secondary ambient air quality standard." EPA often refers to section 110(a)(2)(D)(i)(I) as the good neighbor provision and to SIP revisions addressing this requirement as good neighbor SIPs.

On October 1, 2015, EPA promulgated a revision to the ozone NAAQS, lowering the level of both the primary and secondary standards to 70 parts per billion (ppb).[2] Pursuant to CAA section 110(a), good neighbor SIPs are, therefore, due by October 1, 2018. As noted earlier, EPA intends that the information conveyed through this memorandum should assist states in their efforts to develop good neighbor SIPs for the 2015 ozone NAAQS to address their interstate transport obligations.

## Framework to Address the Good Neighbor Provision

Through the development and implementation of several previous rulemakings, including most recently the Cross-State Air Pollution Rule (CSAPR) Update,[3] EPA, working in partnership with states, established the following four-step framework to address the requirements of the good neighbor provision for ozone and fine particulate matter ($PM_{2.5}$) NAAQS: (1) identify downwind air quality problems; (2) identify upwind states that contribute enough to those downwind air

---

[2] National Ambient Air Quality Standards for Ozone Final Rule, 80 FR 65292 (October 26, 2015).

[3] *See* Finding of Significant Contribution and Rulemaking for Certain States in the Ozone Transport Assessment Group Region for Purposes of Reducing Regional Transport of Ozone (also known as the $NO_X$ SIP Call), 63 FR 57356 (October 27, 1998); Clean Air Interstate Rule (CAIR) Final Rule, 70 FR 25162 (May 12, 2005); CSAPR Final Rule, 76 FR 48208 (August 8, 2011); CSAPR Update for the 2008 Ozone NAAQS (CSAPR Update) Final Rule, 81 FR 74504 (October 26, 2016).

quality problems to warrant further review and analysis; (3) identify the emissions reductions necessary (if any), considering cost and air quality factors, to prevent an identified upwind state from contributing significantly to those downwind air quality problems; and (4) adopt permanent and enforceable measures needed to achieve those emissions reductions. EPA notes that, in applying this framework or other approaches consistent with the CAA, various analytical approaches may be used to assess each step. EPA has undertaken several previous regional rulemakings applying this framework, and its analytical approaches have varied over time due to continued evolution of relevant tools and information, as well as their specific application.

This memo presents information regarding EPA's latest analysis for purposes of assisting states in developing SIPs for the 2015 ozone NAAQS, and, in doing so, generally follows approaches that EPA has taken in its regional rulemaking actions addressing prior ozone NAAQS. EPA also notes that, in developing their own rules, states have flexibility to follow the familiar four-step transport framework (using EPA's analytical approach or somewhat different analytical approaches within these steps) or alternative frameworks, so long as their chosen approach has adequate technical justification and is consistent with the requirements of the CAA. In various discussions, states and other stakeholders have suggested specific approaches that may warrant further consideration, and have indicated that they may be exploring other approaches as well. Over the next few months, EPA will be working with states to evaluate potential additional flexibilities for states to consider as they develop their good neighbor SIPs for the 2015 ozone NAAQS. Such potential flexibilities could apply to modeling conducted by states or to states' use of EPA's updated modeling presented here. Attachment A provides a preliminary list of potential flexibilities that may warrant further discussion. EPA looks forward to discussing these and other potential flexibilities with states over the next few months, which will help inform states' development of their good neighbor SIP submittals, as well as EPA's development of further information on good neighbor SIPs.

### Air Quality Modeling Projection of 2023 Ozone Design Values

As noted previously and as described in more detail in both the 2017 NODA and the October 2017 memorandum, EPA uses modeling to identify potential downwind air quality problems. A first step in the modeling process is selecting a future analytic year that considers both the relevant attainment dates of downwind nonattainment areas impacted by interstate transport[4] and the timeframes that may be required for implementing further emissions reductions as expeditiously as practicable.[5] For the 2015 ozone NAAQS, EPA selected 2023 as the analytic year in our modeling analyses primarily because it aligns with the anticipated attainment year for Moderate ozone nonattainment areas.[6]

---

[4] *North Carolina v. EPA*, 531 F.3d 896, 911–12 (D.C. Cir. 2008) (holding that compliance timeframes for necessary emission reductions must consider downwind attainment deadlines).

[5] *See* October 2017 memorandum, pp. 4-6 (discussion of timing of controls).

[6] On November 16, 2017 (82 FR 54232), EPA established initial air quality designations for most areas in the United States. On December 22, 2017 (83 FR 651), EPA responded to state and tribal recommendations by indicating the anticipated area designations for the remaining portions of the U.S. In addition, EPA proposed the maximum attainment dates for nonattainment areas in each classification, which for Moderate ozone nonattainment is 6 years (81 FR 81276, November 17, 2016). Based on the expected timing for final designations, 6 years from the likely effective date for designations would be summer 2024. Therefore, the 2023 ozone season would be the last full ozone season before the 2024 attainment date.

As noted in the aforementioned October 2017 memorandum, EPA then used the Comprehensive Air Quality Model with Extensions (CAMx v6.40)[7] to model emissions in 2011 and 2023, based on updates provided to EPA from states and other stakeholders.[8] EPA used outputs from the 2011 and 2023 model simulations to project base period 2009-2013 average and maximum ozone design values to 2023 at monitoring sites nationwide. In projecting these future year design values, EPA applied its own modeling guidance,[9] which recommends using model predictions from the "3 x 3" array of grid cells surrounding the location of the monitoring site.[10] In light of comments on the January 2017 NODA and other analyses, EPA also projected 2023 design values based on a modified version of the "3 x 3" approach for those monitoring sites located in coastal areas. Briefly, in this alternative approach, EPA incorporated the flexibility of eliminating from the design value calculations those modeling data in grid cells that are dominated by water (*i.e.*, more than 50 percent of the area in the grid cell is water) and that do not contain a monitoring site (*i.e.*, if a grid cell is more than 50 percent water but contains an air quality monitor, that cell would remain in the calculation).[11] For each individual monitoring site, the base period 2009-2013 average and maximum design values, 2023 projected average and maximum design values based on both the "3 x 3" approach and the alternative approach affecting coastal sites, and 2014-2016 measured design values are provided in an attachment to the October 27 memorandum. The same information is available in Excel format at *https://www.epa.gov/airmarkets/october-2017-memo-and-information-interstate-transport-sips-2008-ozone-naaqs*.

In the CSAPR Update rulemaking process, EPA considered a combination of monitoring data and modeling projections to identify receptor sites that are projected to have problems attaining or maintaining the NAAQS.[12] Specifically, EPA identified nonattainment receptors as those monitoring sites with current measured values exceeding the NAAQS that also have projected (*i.e.*, in 2023) average design values exceeding the NAAQS. EPA identified maintenance receptors as those monitoring sites with maximum design values exceeding the NAAQS. This included sites with current measured values below the NAAQS with projected average and maximum design values exceeding the NAAQS, and monitoring sites with projected average design values below the NAAQS but with projected maximum design values exceeding the NAAQS. The projected 2023 ozone design values and 2014-2016 measured design values for monitors in the United States have not changed since they were first presented in the October 2017 memorandum.

---

[7] CAMx v6.40 was the most recent public release version of CAMx at the time EPA updated its modeling in fall 2017. ("Comprehensive Air Quality Model with Extension version 6.40 User's Guide" Ramboll Environ, December 2016. *http://www.camx.com/*.)

[8] For the updated modeling, EPA used the construct of the modeling platform (*i.e.*, modeling domain and non-emissions inputs) that we used for the NODA modeling, except that the photolysis rates files were updated to be consistent with CAMx v6.40. The NODA Air Quality Modeling Technical Support Document describing the modeling platform is available at *https://www.epa.gov/airmarkets/notice-data-availability-preliminary-interstate-ozone-transport-modeling-data-2015-ozone*.

[9] *http://www.epa.gov/ttn/scram/guidance/guide/Draft_O3-PM-RH_Modeling_Guidance-2014.pdf.*

[10] EPA's modeling uses 12 kilometer² grid cells.

[11] A model grid cell is identified as a "water" cell if more than 50 percent of the grid cell is water based on the 2006 National Land Cover Database. Grid cells that meet this criterion are treated as entirely over water in the Weather Research Forecast (WRF) modeling used to develop the 2011 meteorology for EPA's air quality modeling.

[12] *See* 81 FR 74530-74532 (October 26, 2016).

In this memorandum, EPA is identifying 2023 potential nonattainment and maintenance receptors with respect to the 2015 NAAQS, following its approach taken for previous NAAQS. This information is based on applying the CSAPR method for identifying potential nonattainment and maintenance receptors, and presents the design values in two ways: first, following the "3 x 3" approach to evaluating all sites, and second, following the modified approach for coastal monitoring sites in which "overwater" modeling data were not included in the calculation of future year design values. After incorporating these approaches, the modeling results suggest, based on the approach used for previous NAAQS, 11 monitoring sites outside of California as potential nonattainment receptors and 14 monitoring sites outside of California as potential maintenance receptors. *See* Attachment B for this receptor information.

## Air Quality Modeling of 2023 Contributions

After identifying potential downwind air quality problems by projecting base period 2009-2013 average and maximum ozone design values to 2023 at monitoring sites nationwide, EPA next performed nationwide, state-level ozone source apportionment modeling using the CAMx Anthropogenic Precursor Culpability Analysis (APCA) technique[13] to provide information regarding the expected contribution of 2023 base case nitrogen oxides ($NO_X$) and volatile organic compound (VOC) emissions from all sources in each state to projected 2023 ozone concentrations at each air quality monitoring site. In the source apportionment model run, EPA tracked the ozone formed from each of the following contribution categories (*i.e.*, "tags"):

- States – anthropogenic $NO_X$ and VOC emissions from each of the contiguous 48 states and the District of Columbia tracked individually (EPA combined emissions from all anthropogenic sectors in a given state);
- Biogenics – biogenic $NO_X$ and VOC emissions domain-wide (*i.e.*, not by state);
- Initial and Boundary Concentrations – concentrations transported into the modeling domain from the lateral boundaries;
- Tribal Lands – the emissions from those tribal lands for which EPA has point source inventory data in the 2011 NEI (EPA did not model the contributions from individual tribes);
- Canada and Mexico – anthropogenic emissions from sources in those portions of Canada and Mexico included in the modeling domain (EPA did not separately model contributions from Canada or Mexico);
- Fires – combined emissions from wild and prescribed fires domain-wide (*i.e.*, not by state); and
- Offshore – combined emissions from offshore marine vessels and offshore drilling platforms (*i.e.*, not by state).

EPA performed the CAMx source apportionment model simulation for the period May 1 through September 30 using the 2023 future base case emissions and 2011 meteorology for this

---

[13] As part of this technique, ozone formed from reactions between biogenic and anthropogenic VOC and NOx are assigned to the anthropogenic emissions.

time period.[14] EPA processed hourly contributions[15] from each tag to obtain the 8-hour average contributions corresponding to the time period of the 8-hour daily maximum concentration on each day in the 2023 model simulation. This step was performed for those model grid cells containing monitoring sites to obtain 8-hour average contributions for each day at the location of each site. EPA then processed the model-predicted contributions on each day at each monitoring site location to identify the contributions on the subset of days in the 2023 modeling with the top 10 model-predicted maximum daily 8-hour average concentrations. The daily 8-hour average contributions on the top 10 concentration days in 2023 were applied in a relative sense to quantify the contributions to the 2023 average design value at each site.

In the CSAPR and CSAPR Update modeling efforts, EPA had used a slightly different approach by basing the average future year contribution on future year modeled values that exceeded the NAAQS or the top 5 days, whichever was greater. While technically sound, EPA's previous approach resulted in different contributions for an individual linkage depending on the level of the NAAQS. For the modeling effort described in this memorandum, EPA considered comments on the January 2017 NODA and developed and incorporated the flexibility of calculating the contribution metric using contributions on the top 10 future year days. As some commenters have indicated, this approach makes the contribution metric values more consistent across monitoring sites and more robust in terms of being independent of the level of the NAAQS. The contributions from each tag to each monitoring site identified as a potential nonattainment or maintenance receptor in 2023 are provided in Attachment C.[16]

**Conclusion**

States may consider using this national modeling to develop SIPs that address requirements of the good neighbor provision for the 2015 ozone NAAQS. When doing so, EPA recommends that states include in any such submission state-specific information to support their reliance on the 2023 modeling data. Further, states may supplement the information provided in this memorandum with any additional information that they believe is relevant to addressing the good neighbor provision requirements. States may also choose to use other information to identify nonattainment and maintenance receptors relevant to development of their good neighbor SIPs. If this is the case, states should submit that information along with a full explanation and technical analysis. EPA encourages collaboration among states linked to a common receptor and among linked upwind and downwind states in developing and implementing a regionally consistent approach. We recommend that states reach out to EPA Regional offices and work together to accomplish the goal of developing, submitting, and reviewing approvable SIPs that address the good neighbor provision for the 2015 ozone NAAQS.

Finally, as indicated previously in this memorandum, in addition to the flexibilities already incorporated into EPA's modeling effort (*i.e.*, considering the removal of modeled values in "over water" grid cells and EPA's modified approach for calculating the contribution metric), EPA is

---

[14] *See* the October 2017 memorandum for a description of these model inputs.

[15] Ozone contributions from anthropogenic emissions under "NOx-limited" and "VOC-limited" chemical regimes were combined to obtain the net contribution from NOx and VOC anthropogenic emissions in each state.

[16] Given stakeholder input on the 2017 NODA and other analyses, EPA elected to represent the contribution information in this memorandum using the alternative approach for projecting design values for sites in coastal areas.

evaluating whether states may have additional flexibilities as they work to prepare and submit approvable good neighbor SIPs for the 2015 ozone NAAQS (*see* Attachment A). EPA looks forward to discussing these and other potential flexibilities with states over the next few months, which will help inform states' development of their good neighbor SIP submittals, as well as EPA's development of further information on good neighbor SIPs.

Please share this information with the air agencies in your Region.

**For Further Information**

If you have any questions concerning this memorandum, please contact Norm Possiel at (919) 541-5692, *possiel.norm@epa.gov* for modeling information or Beth Palma at (919) 541-5432, *palma.elizabeth@epa.gov* for any other information.

Attachments

A. Preliminary List of Potential Flexibilities Related to Analytical Approaches for Developing a Good Neighbor State Implementation Plan
B. Projected Ozone Design Values at Potential Nonattainment and Maintenance Receptors Based on EPA's Updated 2023 Transport Modeling
C. Contributions to 2023 8-hour Ozone Design Values at Projected 2023 Nonattainment and Maintenance Sites

## Attachment A

## Preliminary List of Potential Flexibilities Related to Analytical Approaches for Developing a Good Neighbor State Implementation Plan

The Environmental Protection Agency believes states may be able to consider certain approaches as they develop good neighbor state implementation plans (SIPs) addressing the 2015 ozone National Ambient Air Quality Standards (NAAQS). To that end, EPA has reviewed comments provided in various forums, including comments on EPA's January 2017 Notice of Data Availability (NODA) regarding ozone transport modeling data for the 2015 ozone NAAQS, and seeks feedback from interested stakeholders on the following concepts. This list is organized in the familiar four-step transport framework discussed on pages 2-3 of the memorandum above, but EPA is open to alternative frameworks to address good neighbor obligations or considerations outside the four-step process. The purpose of this attachment is to identify potential flexibilities to inform SIP development and seek feedback on these concepts. EPA is not at this time making any determination that the ideas discussed below are consistent with the requirements of the CAA, nor are we specifically recommending that states use these approaches. Determinations regarding states' obligations under the good neighbor provision would be made through notice-and-comment rulemaking.

EPA has identified several guiding principles to consider when evaluating the appropriateness of the concepts introduced in this attachment, including:

- Supporting states' position as "first actors" in developing SIPs that address section 110(a)(2)(D) of the CAA;
- Consistency with respect to EPA's SIP actions is legally required by the statute and regulations (*see* CAA § 301(a)(2) and 40 CFR part 56) and is a particularly acute issue with respect to regional transport issues in which multiple states may be implicated;
- Compliance with statutory requirements and legal precedent from court decisions interpreting the CAA requirements;
- Encouraging collaboration among states linked to a common receptor and among linked upwind and downwind states in developing and applying a regionally consistent approach to identify and implement good neighbor obligations; and
- The potential value of considering different modeling tools or analyses in addition to EPA's, provided that any alternative modeling is performed using a credible modeling system which includes "state-of-the-science" and "fit for purpose" models, inputs, and techniques that are relevant to the nature of the ozone problem. The use of results from each alternative technique should be weighed in accordance with the scientific foundation, construct and limitations of the individual techniques.

EPA intends to reflect on feedback received on these concepts and communicate closely with air agencies as they prepare and submit SIPs to address the good neighbor provisions for the 2015 ozone NAAQS.

**Analytics**

- Consideration of appropriate alternate base years to those used in EPA's most recent modeling (*e.g.*, appropriate alternative base years should be selected consistent with EPA's air quality modeling guidance suggesting that years with meteorology conducive to ozone formation are appropriate).
- Consideration of an alternate future analytic year. EPA has identified 2023 as an appropriate analytic year to consider when evaluating transport obligations for the 2015 ozone NAAQS; however, another year may also be appropriate.
- Use of alternative power sector modeling consistent with EPA's emission inventory guidance.
- Consideration of state-specific information in identifying emissions sources [*e.g.*, electric generating units (EGUs) and non-EGUs] and controls (*e.g.*, combustion/process controls, post-combustion controls) that are appropriate to evaluate.

**Step 1 – Identify downwind air quality problems**

- Identification of maintenance receptors.
  - Evaluate alternative methodologies to give independent meaning to the term "interfere with maintenance" under CAA section 110(a)(2)(D)(i)(I).
  - Identify maintenance receptors that are at risk of exceeding the NAAQS (even if they do not currently violate the standard) using an alternative approach that does not rely on the projection of maximum design values.
  - Identify maintenance receptors where current, presumably "clean," measured data are shown through analysis to occur during meteorological conditions conducive to ozone formation such that exceedances are unlikely to reoccur in the future.
- Consideration of downwind air quality context.
  - Consider the role of designations issued in FY 2018 based on approved air quality monitors.
  - Assess current and projected local emissions reductions and whether downwind areas have considered and/or used available mechanisms for regulatory relief.
- Consideration of model performance.
  - Consider removal of certain data from modeling analysis for the purposes of projecting design values and calculating the contribution metric where data removal is based on model performance and technical analyses support the exclusion.

**Step 2 – Identify upwind states that contribute to those downwind air quality problems to warrant further review and analysis**

- Considerations related to determining contributions.
  - EPA has used the Anthropogenic Precursor Culpability Analysis (APCA) approach for the purpose of quantifying contribution to downwind receptors. We have received questions regarding the use of other modeling approaches (*e.g.*, Ozone Source Apportionment Technology, Decoupled Direct Method, and zero-out brute force sensitivity runs) to help quantify ozone impacts from upwind states.
- Considerations related to evaluating contributions (contributions contained in Attachment C are not based upon a particular significance threshold).
  - Establishing a contribution threshold based on variability in ozone design values that leverage some of the analytics and statistical data created to support the development of the Significant Impact Level for ozone.

- Consideration of different contribution thresholds for different regions based on regional differences in the nature and extent of the transport problem.
- An evaluation of "collective contribution" in the receptor region to determine the extent to which a receptor is "transport influenced." The results of this analysis could be applied before assessing whether an individual state is linked to a downwind receptor (*i.e.*, above the contribution threshold).

**Step 3 – Identifying air quality, cost, and emission reduction factors to be evaluated in a multifactor test to identify emissions that significantly contribute to nonattainment or interfere with maintenance of the NAAQS downwind, if any**

- Consideration of international emissions, in a manner consistent with EPA's Ozone Cooperative Compliance Task Force efforts to fully understand the role of background ozone levels and appropriately account for international transport.[17]
    - Develop consensus on evaluation of the magnitude of international ozone contributions relative to domestic, anthropogenic ozone contributions for receptors identified in step 1. As contained in Attachment C, EPA recognizes that a number of non-U.S. and non-anthropogenic sources contribute to downwind nonattainment and maintenance receptors.
    - Consider whether the air quality, cost, or emission reduction factors should be weighted differently in areas where international contributions are relatively high.
- For states that are found to significantly contribute to nonattainment or interfere with maintenance of the NAAQS downwind, apportioning responsibility among states.
    - Consider control stringency levels derived through "uniform-cost" analysis of $NO_X$ reductions.
    - Consider whether the relative impact (*e.g.*, parts per billion/ton) between states is sufficiently different such that this factor warrants consideration in apportioning responsibility.
- Considerations for states linked to maintenance receptors.
    - Consider whether the remedy for upwind states linked to maintenance receptors could be less stringent than for those linked to nonattainment receptors.
    - For example, consider whether upwind states could satisfy linkage(s) to maintenance receptors based on recent historic or base case emissions levels.

**Step 4 – Adopt permanent and enforceable measures needed to achieve emissions reductions (translating the control levels identified in Step 3 into enforceable emissions limits)**

- EPA welcomes concepts from stakeholders regarding Step 4, including potential EPA actions that could serve as a model as well as the relationship to previous transport rules.

---

[17] See *Final Report on Review of Agency Actions that Potentially Burden the Safe, Efficient Development of Domestic Energy Resources Under Executive Order 13783* (October 25, 2017) and *Report to Congress on Administrative Options to Enable States to Enter into Cooperative Agreements to Provide Regulatory Relief for Implementing Ozone Standards* (August 14, 2017).

**Attachment B**

**Projected Ozone Design Values at Potential Nonattainment and Maintenance Receptors Based on EPA's Updated 2023 Transport Modeling**

This attachment contains projected ozone design values at those individual monitoring sites that are projected to be potential nonattainment or maintenance receptors based on the Environmental Protection Agency's updated transport modeling for 2023. The scenario name for the updated modeling is "2023en." The data are in units of parts per billion (ppb).

The following data are provided in the table below:

1. Base period 2009 – 2013 average and maximum design values based on 2009 – 2013 measured data.

2. Projected 2023 average and maximum design values based on the "3 x 3" approach and a modified "3 x 3" approach in which model predictions in grid cells that are predominately water and that do not contain monitors are excluded from the projection calculations ("No Water"). Note that the modified approach only affects the projection of design values for monitoring sites in or near coastal areas.

3. 2016 ozone design values based on 2014 – 2016 measured data (N/A indicates that a 2016 design value is not available). The following Web site has additional information on the 2016 design values: *https://www.epa.gov/air-trends/air-quality-design-values#report*.

Note: A value of 70.9 ppb (or less) is considered to be in attainment of the 2015 ozone NAAQS, and a value of 71.0 ppb (or higher) is considered to be in violation of the 2015 ozone NAAQS.

Note also: Site 550790085 in Milwaukee Co., WI would be a nonattainment receptor using projected design values based on the "No Water" cell approach, but would not be a receptor with the "3 x 3" approach. Conversely, site 360850067 in Richmond Co., NY would be a nonattainment receptor using the "3 x 3" approach, but would not be a receptor with the "No Water" cell approach.

| Site ID | St | County | 2009-2013 Avg | 2009-2013 Max | 2023en "3x3" Avg | 2023en "3x3" Max | 2023en "No Water" Avg | 2023en "No Water" Max | 2014-2016 |
|---|---|---|---|---|---|---|---|---|---|
| 40130019 | AZ | Maricopa | 76.7 | 79 | 69.3 | 71.4 | 69.3 | 71.4 | 73 |
| 40131004 | AZ | Maricopa | 79.7 | 81 | 69.8 | 71.0 | 69.8 | 71.0 | 75 |
| 60190007 | CA | Fresno | 94.7 | 95 | 79.2 | 79.4 | 79.2 | 79.4 | 86 |
| 60190011 | CA | Fresno | 93.0 | 96 | 78.6 | 81.2 | 78.6 | 81.2 | 89 |
| 60190242 | CA | Fresno | 91.7 | 95 | 79.4 | 82.2 | 79.4 | 82.2 | 86 |
| 60194001 | CA | Fresno | 90.7 | 92 | 73.3 | 74.4 | 73.3 | 74.4 | 91 |
| 60195001 | CA | Fresno | 97.0 | 99 | 79.6 | 81.2 | 79.6 | 81.2 | 94 |
| 60250005 | CA | Imperial | 74.7 | 76 | 73.3 | 74.6 | 73.3 | 74.6 | 76 |
| 60251003 | CA | Imperial | 81.0 | 82 | 79.0 | 80.0 | 79.0 | 80.0 | 76 |
| 60290007 | CA | Kern | 91.7 | 96 | 77.7 | 81.3 | 77.7 | 81.3 | 87 |

| Site ID | St | County | 2009-2013 Avg | 2009-2013 Max | 2023en "3x3" Avg | 2023en "3x3" Max | 2023en "No Water" Avg | 2023en "No Water" Max | 2014-2016 |
|---------|----|--------|---------------|---------------|-------------------|-------------------|------------------------|------------------------|-----------|
| 60290008 | CA | Kern | 86.3 | 88 | 71.3 | 72.8 | 71.3 | 72.8 | 81 |
| 60290014 | CA | Kern | 87.7 | 89 | 74.1 | 75.2 | 74.1 | 75.2 | 84 |
| 60290232 | CA | Kern | 87.3 | 89 | 73.7 | 75.2 | 73.7 | 75.2 | 77 |
| 60295002 | CA | Kern | 90.0 | 91 | 75.9 | 76.8 | 75.9 | 76.8 | 87 |
| 60296001 | CA | Kern | 84.3 | 86 | 70.9 | 72.4 | 70.9 | 72.4 | 81 |
| 60311004 | CA | Kings | 87.0 | 90 | 71.7 | 74.2 | 71.7 | 74.2 | 84 |
| 60370002 | CA | Los Angeles | 80.0 | 82 | 73.3 | 75.1 | 73.3 | 75.1 | 88 |
| 60370016 | CA | Los Angeles | 94.0 | 97 | 86.1 | 88.9 | 86.1 | 88.9 | 96 |
| 60371201 | CA | Los Angeles | 90.0 | 90 | 79.8 | 79.8 | 79.8 | 79.8 | 85 |
| 60371701 | CA | Los Angeles | 84.0 | 85 | 78.1 | 79.1 | 78.1 | 79.1 | 90 |
| 60372005 | CA | Los Angeles | 79.5 | 82 | 72.3 | 74.6 | 72.3 | 74.6 | 83 |
| 60376012 | CA | Los Angeles | 97.3 | 99 | 85.9 | 87.4 | 85.9 | 87.4 | 96 |
| 60379033 | CA | Los Angeles | 90.0 | 91 | 76.3 | 77.2 | 76.3 | 77.2 | 88 |
| 60392010 | CA | Madera | 85.0 | 86 | 72.1 | 72.9 | 72.1 | 72.9 | 83 |
| 60470003 | CA | Merced | 82.7 | 84 | 69.9 | 71.0 | 69.9 | 71.0 | 82 |
| 60650004 | CA | Riverside | 85.0 | 85 | 76.7 | 76.7 | 76.7 | 76.7 | N/A |
| 60650012 | CA | Riverside | 97.3 | 99 | 83.6 | 85.1 | 83.6 | 85.1 | 93 |
| 60651016 | CA | Riverside | 100.7 | 101 | 85.2 | 85.5 | 85.2 | 85.5 | 97 |
| 60652002 | CA | Riverside | 84.3 | 85 | 72.4 | 73.0 | 72.4 | 73.0 | 81 |
| 60655001 | CA | Riverside | 92.3 | 93 | 79.5 | 80.1 | 79.5 | 80.1 | 87 |
| 60656001 | CA | Riverside | 94.0 | 98 | 78.3 | 81.6 | 78.3 | 81.6 | 91 |
| 60658001 | CA | Riverside | 97.0 | 98 | 87.0 | 87.9 | 87.0 | 87.9 | 94 |
| 60658005 | CA | Riverside | 92.7 | 94 | 83.2 | 84.4 | 83.2 | 84.4 | 91 |
| 60659001 | CA | Riverside | 88.3 | 91 | 73.7 | 75.9 | 73.7 | 75.9 | 86 |
| 60670012 | CA | Sacramento | 93.3 | 95 | 74.5 | 75.9 | 74.5 | 75.9 | 83 |
| 60675003 | CA | Sacramento | 86.3 | 88 | 69.9 | 71.3 | 69.9 | 71.3 | 79 |
| 60710005 | CA | San Bernardino | 105.0 | 107 | 96.2 | 98.1 | 96.2 | 98.1 | 108 |
| 60710012 | CA | San Bernardino | 95.0 | 97 | 84.1 | 85.8 | 84.1 | 85.8 | 91 |
| 60710306 | CA | San Bernardino | 83.7 | 85 | 76.2 | 77.4 | 76.2 | 77.4 | 86 |
| 60711004 | CA | San Bernardino | 96.7 | 98 | 89.8 | 91.0 | 89.8 | 91.0 | 101 |
| 60712002 | CA | San Bernardino | 101.0 | 103 | 93.1 | 95.0 | 93.1 | 95.0 | 97 |
| 60714001 | CA | San Bernardino | 94.3 | 97 | 86.0 | 88.5 | 86.0 | 88.5 | 90 |
| 60714003 | CA | San Bernardino | 105.0 | 107 | 94.1 | 95.8 | 94.1 | 95.8 | 101 |
| 60719002 | CA | San Bernardino | 92.3 | 94 | 80.0 | 81.4 | 80.0 | 81.4 | 86 |
| 60719004 | CA | San Bernardino | 98.7 | 99 | 88.4 | 88.7 | 88.4 | 88.7 | 104 |
| 60990006 | CA | Stanislaus | 87.0 | 88 | 74.8 | 75.7 | 74.8 | 75.7 | 83 |
| 61070006 | CA | Tulare | 81.7 | 85 | 69.1 | 71.9 | 69.1 | 71.9 | 84 |
| 61070009 | CA | Tulare | 94.7 | 96 | 76.1 | 77.2 | 76.1 | 77.2 | 89 |

| Site ID | St | County | 2009-2013 Avg | 2009-2013 Max | 2023en "3x3" Avg | 2023en "3x3" Max | 2023en "No Water" Avg | 2023en "No Water" Max | 2014-2016 |
|---------|----|--------|---------------|---------------|-------------------|-------------------|------------------------|------------------------|-----------|
| 61072002 | CA | Tulare | 85.0 | 88 | 68.9 | 71.4 | 68.9 | 71.4 | 80 |
| 61072010 | CA | Tulare | 89.0 | 90 | 73.1 | 73.9 | 73.1 | 73.9 | 83 |
| 61112002 | CA | Ventura | 81.0 | 83 | 70.5 | 72.2 | 70.5 | 72.2 | 77 |
| 80050002 | CO | Arapahoe | 76.7 | 79 | 69.3 | 71.3 | 69.3 | 71.3 | N/A |
| 80350004 | CO | Douglas | 80.7 | 83 | 71.1 | 73.2 | 71.1 | 73.2 | 77 |
| 80590006 | CO | Jefferson | 80.3 | 83 | 71.3 | 73.7 | 71.3 | 73.7 | 77 |
| 80590011 | CO | Jefferson | 78.7 | 82 | 70.9 | 73.9 | 70.9 | 73.9 | 80 |
| 80690011 | CO | Larimer | 78.0 | 80 | 71.2 | 73.0 | 71.2 | 73.0 | 75 |
| 81230009 | CO | Weld | 74.7 | 76 | 70.2 | 71.4 | 70.2 | 71.4 | 70 |
| 90010017 | CT | Fairfield | 80.3 | 83 | 69.8 | 72.1 | 68.9 | 71.2 | 80 |
| 90013007 | CT | Fairfield | 84.3 | 89 | 71.2 | 75.2 | 71.0 | 75.0 | 81 |
| 90019003 | CT | Fairfield | 83.7 | 87 | 72.7 | 75.6 | 73.0 | 75.9 | 85 |
| 90099002 | CT | New Haven | 85.7 | 89 | 71.2 | 73.9 | 69.9 | 72.6 | 76 |
| 240251001 | MD | Harford | 90.0 | 93 | 71.4 | 73.8 | 70.9 | 73.3 | 73 |
| 260050003 | MI | Allegan | 82.7 | 86 | 69.0 | 71.8 | 69.0 | 71.7 | 75 |
| 261630019 | MI | Wayne | 78.7 | 81 | 69.0 | 71.0 | 69.0 | 71.0 | 72 |
| 360810124 | NY | Queens | 78.0 | 80 | 70.1 | 71.9 | 70.2 | 72.0 | 69 |
| 360850067 | NY | Richmond | 81.3 | 83 | 71.9 | 73.4 | 67.1 | 68.5 | 76 |
| 361030002 | NY | Suffolk | 83.3 | 85 | 72.5 | 74.0 | 74.0 | 75.5 | 72 |
| 480391004 | TX | Brazoria | 88.0 | 89 | 74.0 | 74.9 | 74.0 | 74.9 | 75 |
| 481210034 | TX | Denton | 84.3 | 87 | 69.7 | 72.0 | 69.7 | 72.0 | 80 |
| 482010024 | TX | Harris | 80.3 | 83 | 70.4 | 72.8 | 70.4 | 72.8 | 79 |
| 482011034 | TX | Harris | 81.0 | 82 | 70.8 | 71.6 | 70.8 | 71.6 | 73 |
| 482011039 | TX | Harris | 82.0 | 84 | 71.8 | 73.6 | 71.8 | 73.5 | 67 |
| 484392003 | TX | Tarrant | 87.3 | 90 | 72.5 | 74.8 | 72.5 | 74.8 | 73 |
| 550790085 | WI | Milwaukee | 80.0 | 82 | 65.4 | 67.0 | 71.2 | 73.0 | 71 |
| 551170006 | WI | Sheboygan | 84.3 | 87 | 70.8 | 73.1 | 72.8 | 75.1 | 79 |

## Attachment C

### Contributions to 2023 8-hour Ozone Design Values at Projected 2023 Nonattainment and Maintenance Sites

This attachment contains tables with the projected ozone contributions from 2023 anthropogenic nitrogen oxide and volatile organic compound emissions in each state to each potential nonattainment receptor and maintenance receptor (based on the 2015 ozone National Ambient Air Quality Standards) in the United States, following the approach for identification of such receptors EPA has used in the past, with slight modification.[18] In addition to the state contributions, we have included the contributions from each of the other categories tracked in the contribution modeling, including point source emissions on Tribal lands, anthropogenic emissions in Canada and Mexico, emissions from offshore sources, fires, biogenics, and contributions from initial and boundary concentrations.

The contribution information is provided in a three-part table for all of the projected receptors throughout the country, except California, and a separate three-part table for the projected receptors in California. For each monitoring site, we provide the site ID, county name, and state name in the first three columns of the table. This information is followed by columns containing the projected 2023 average and maximum design values based on the "No Water" cell approach. Next, in Parts 1 and 2 of each table, we provide the contributions from each state and the District of Columbia, individually. Finally, in Part 3 of each table, we provide the contributions from the Tribal lands, Canada and Mexico, offshore, fires, initial and boundary concentrations (Boundary), and biogenics categories. The units of the 2023 design values and contributions are parts per billion (ppb). Note that the contributions presented in these tables may not sum exactly to the 2023 average design value due to truncation of the contributions to two places to the right of the decimal.

---

[18] For the purposes of creating the contribution tables, data are provided for sites identified as potential nonattainment and maintenance receptors using projected design values based on the "No Water" cell approach. In addition, we provide the contributions to the Richmond Co., NY site that would be a nonattainment receptor in the "3 x 3" approach.

## Contributions to 2023 Nonattainment and Maintenance Sites Outside of California (Part 1)

| Site ID | County | State | 2023est Average | 2023est Maximum | AL | AZ | AR | CA | CO | CT | DE | DC | FL | GA | ID | IL | IN | IA | KS | KY | LA | ME | MD | MA | MI | MN | MS | MO | MT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40130019 | Maricopa | AZ | 69.3 | 71.4 | 0.00 | 75.19 | 0.00 | 1.87 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 40131004 | Maricopa | AZ | 69.8 | 71.0 | 0.00 | 27.40 | 0.00 | 2.03 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 80050002 | Arapahoe | CO | 69.1 | 71.3 | 0.00 | 0.29 | 0.00 | 1.20 | 22.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 | 0.00 | 0.00 | 0.28 | 0.28 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 |
| 81350004 | Douglas | CO | 71.1 | 73.2 | 0.00 | 0.38 | 0.01 | 1.27 | 24.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.00 | 0.00 | 0.26 | 0.26 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 |
| 80590006 | Jefferson | CO | 71.3 | 73.7 | 0.01 | 0.49 | 0.03 | 1.32 | 25.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.00 | 0.00 | 0.32 | 0.32 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.08 | 0.03 |
| 80590011 | Jefferson | CO | 70.5 | 73.9 | 0.01 | 0.30 | 0.02 | 1.50 | 24.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.00 | 0.00 | 0.10 | 0.10 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.02 |
| 80690011 | Larimer | CO | 71.2 | 73.0 | 0.00 | 0.46 | 0.00 | 1.55 | 21.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.13 | 0.00 | 0.00 | 0.09 | 0.09 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.04 |
| 81230009 | Weld | CO | 70.2 | 71.4 | 0.01 | 0.49 | 0.02 | 0.95 | 24.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.06 | 0.00 | 0.00 | 0.09 | 0.09 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.03 |
| 90010017 | Fairfield | CT | 68.9 | 71.2 | 0.08 | 0.03 | 0.07 | 0.03 | 0.07 | 8.70 | 0.18 | 0.04 | 0.02 | 0.09 | 0.01 | 0.09 | 0.44 | 0.11 | 0.09 | 0.34 | 0.05 | 0.01 | 1.18 | 0.06 | 0.50 | 0.17 | 0.01 | 0.17 | 0.03 |
| 90013007 | Fairfield | CT | 71.0 | 75.0 | 0.14 | 0.05 | 0.13 | 0.05 | 0.09 | 4.64 | 0.35 | 0.05 | 0.05 | 0.17 | 0.01 | 0.72 | 0.97 | 0.16 | 0.13 | 0.89 | 0.11 | 0.01 | 1.80 | 0.12 | 0.70 | 0.15 | 0.07 | 0.38 | 0.02 |
| 90019003 | Fairfield | CT | 73.0 | 75.9 | 0.14 | 0.05 | 0.13 | 0.05 | 0.09 | 3.71 | 0.40 | 0.08 | 0.05 | 0.17 | 0.01 | 0.67 | 0.83 | 0.17 | 0.13 | 0.79 | 0.11 | 0.00 | 2.17 | 0.10 | 0.63 | 0.14 | 0.07 | 0.17 | 0.02 |
| 90099002 | New Haven | CT | 69.5 | 72.6 | 0.06 | 0.04 | 0.08 | 0.05 | 0.08 | 9.10 | 0.30 | 0.04 | 0.02 | 0.07 | 0.02 | 0.46 | 0.50 | 0.16 | 0.14 | 0.32 | 0.08 | 0.01 | 1.37 | 0.18 | 0.73 | 0.19 | 0.04 | 0.29 | 0.04 |
| 240251001 | Harford | MD | 70.9 | 73.3 | 0.31 | 0.07 | 0.17 | 0.07 | 0.12 | 0.00 | 0.03 | 0.65 | 0.11 | 0.32 | 0.02 | 0.84 | 1.35 | 0.23 | 0.23 | 1.52 | 0.19 | 0.00 | 22.60 | 0.00 | 0.79 | 0.13 | 0.08 | 0.59 | 0.04 |
| 260050003 | Allegan | MI | 69.0 | 71.7 | 0.35 | 0.07 | 1.64 | 0.09 | 0.18 | 0.00 | 0.00 | 0.00 | 0.09 | 0.18 | 0.02 | 19.62 | 7.11 | 0.77 | 0.77 | 0.58 | 0.30 | 0.00 | 0.01 | 0.00 | 3.32 | 0.11 | 0.40 | 2.61 | 0.06 |
| 261630019 | Wayne | MI | 69.0 | 71.0 | 0.11 | 0.07 | 0.27 | 0.13 | 0.17 | 0.00 | 0.00 | 0.00 | 0.05 | 0.09 | 0.05 | 2.37 | 2.51 | 0.44 | 0.44 | 0.65 | 0.22 | 0.00 | 0.02 | 0.00 | 20.39 | 0.31 | 0.09 | 0.92 | 0.08 |
| 360810124 | Queens | NY | 70.2 | 72.0 | 0.11 | 0.06 | 0.09 | 0.08 | 0.11 | 0.57 | 0.38 | 0.05 | 0.07 | 0.16 | 0.03 | 0.73 | 0.69 | 0.19 | 0.19 | 0.42 | 0.13 | 0.00 | 1.56 | 0.24 | 1.26 | 0.17 | 0.04 | 0.38 | 0.05 |
| 360850067 | Richmond | NY | 67.1 | 68.5 | 0.24 | 0.08 | 0.13 | 0.09 | 0.12 | 0.27 | 0.43 | 0.05 | 0.09 | 0.28 | 0.02 | 0.80 | 0.92 | 0.23 | 0.21 | 0.84 | 0.16 | 0.00 | 1.74 | 0.03 | 0.98 | 0.12 | 0.08 | 0.46 | 0.03 |
| 361030002 | Suffolk | NY | 74.0 | 75.5 | 0.12 | 0.06 | 0.12 | 0.08 | 0.11 | 0.83 | 0.22 | 0.04 | 0.04 | 0.12 | 0.03 | 0.64 | 0.69 | 0.20 | 0.20 | 0.99 | 0.13 | 0.01 | 1.24 | 0.04 | 0.94 | 0.18 | 0.06 | 0.39 | 0.06 |
| 480391004 | Brazoria | TX | 74.0 | 74.9 | 0.35 | 0.08 | 0.90 | 0.21 | 1.30 | 0.00 | 0.00 | 0.00 | 0.21 | 0.14 | 0.08 | 1.00 | 0.32 | 0.40 | 0.40 | 0.14 | 3.80 | 0.00 | 0.00 | 0.00 | 0.22 | 0.34 | 0.63 | 0.88 | 0.10 |
| 481210034 | Denton | TX | 69.7 | 72.0 | 0.49 | 0.07 | 0.58 | 0.13 | 0.27 | 0.00 | 0.00 | 0.00 | 0.27 | 0.34 | 0.06 | 0.23 | 0.16 | 0.10 | 0.10 | 0.11 | 1.92 | 0.00 | 0.01 | 0.00 | 0.08 | 0.11 | 0.33 | 0.24 | 0.07 |
| 482010024 | Harris | TX | 70.4 | 72.8 | 0.39 | 0.04 | 0.29 | 0.12 | 0.22 | 0.00 | 0.00 | 0.00 | 0.39 | 0.26 | 0.05 | 0.34 | 0.13 | 0.17 | 0.17 | 0.10 | 3.36 | 0.00 | 0.00 | 0.00 | 0.06 | 0.06 | 0.50 | 0.38 | 0.05 |
| 482011034 | Harris | TX | 70.8 | 71.6 | 0.32 | 0.03 | 0.54 | 0.10 | 0.15 | 0.00 | 0.00 | 0.00 | 0.53 | 0.16 | 0.05 | 0.51 | 0.12 | 0.27 | 0.32 | 0.05 | 3.38 | 0.00 | 0.00 | 0.00 | 0.17 | 0.23 | 0.39 | 0.63 | 0.05 |
| 482011039 | Harris | TX | 71.8 | 73.5 | 0.37 | 0.08 | 0.99 | 0.12 | 0.20 | 0.00 | 0.00 | 0.00 | 0.23 | 0.13 | 0.05 | 0.88 | 0.24 | 0.33 | 0.33 | 0.11 | 4.72 | 0.00 | 0.00 | 0.00 | 0.27 | 0.20 | 0.79 | 0.88 | 0.07 |
| 484391003 | Tarrant | TX | 72.5 | 74.8 | 0.37 | 0.08 | 0.76 | 0.15 | 0.33 | 0.00 | 0.00 | 0.00 | 0.18 | 0.26 | 0.07 | 0.29 | 0.18 | 0.19 | 0.69 | 0.13 | 1.71 | 0.00 | 0.01 | 0.00 | 0.13 | 0.15 | 0.27 | 0.88 | 0.10 |
| 550790085 | Milwaukee | WI | 71.2 | 73.0 | 0.14 | 0.04 | 0.40 | 0.07 | 0.07 | 0.00 | 0.00 | 0.00 | 0.06 | 0.06 | 0.03 | 15.10 | 5.38 | 0.35 | 0.35 | 0.77 | 0.72 | 0.00 | 0.03 | 0.00 | 2.01 | 0.40 | 0.38 | 0.93 | 0.10 |
| 551170006 | Sheboygan | WI | 72.8 | 75.1 | 0.14 | 0.08 | 0.51 | 0.12 | 0.11 | 0.00 | 0.00 | 0.00 | 0.07 | 0.07 | 0.04 | 15.73 | 7.11 | 0.45 | 0.46 | 0.81 | 0.84 | 0.00 | 0.03 | 0.00 | 1.06 | 0.28 | 0.30 | 1.37 | 0.06 |

Contributions to 2023 Nonattainment and Maintenance Sites Outside of California (Part 2)

| Site ID | County | State | 2023en Average | 2023en Maximum | NE | NV | NH | N | NM | NY | NC | ND | OH | OK | OR | PA | RI | SC | SD | TN | TX | UT | VT | VA | WA | WV | WI | WY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40130019 | Maricopa | AZ | 68.3 | 71.4 | 0.00 | 0.09 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.06 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.01 |
| 40131004 | Maricopa | AZ | 69.8 | 71.0 | 0.00 | 0.14 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.06 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.11 | 0.06 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 |
| 80590006 | Arapahoe | CO | 68.3 | 71.3 | 0.34 | 0.33 | 0.00 | 0.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.11 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.30 | 1.23 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 1.04 |
| 80350004 | Douglas | CO | 71.1 | 73.2 | 0.32 | 0.32 | 0.00 | 0.00 | 0.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.10 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.36 | 1.08 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 1.00 |
| 80590006 | Jefferson | CO | 71.3 | 73.7 | 0.41 | 0.31 | 0.00 | 0.00 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.24 | 0.10 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 1.02 | 0.83 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.81 |
| 80590011 | Jefferson | CO | 70.9 | 73.9 | 0.36 | 0.38 | 0.00 | 0.00 | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.10 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.94 | 1.04 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 1.03 |
| 80690011 | Larimer | CO | 71.2 | 73.0 | 0.25 | 0.37 | 0.00 | 0.00 | 0.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.10 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.40 | 1.05 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.88 |
| 81230009 | Weld | CO | 70.2 | 71.4 | 0.27 | 0.24 | 0.00 | 0.00 | 0.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.04 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 1.06 | 0.54 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.58 |
| 90010017 | Fairfield | CT | 68.9 | 71.2 | 0.06 | 0.00 | 0.01 | 6.24 | 0.04 | 17.31 | 0.29 | 0.07 | 1.04 | 0.15 | 0.00 | 5.11 | 0.01 | 0.06 | 0.03 | 0.15 | 0.30 | 0.03 | 0.01 | 1.27 | 0.02 | 0.68 | 0.26 | 0.07 |
| 90013007 | Fairfield | CT | 71.0 | 75.0 | 0.07 | 0.01 | 0.02 | 6.94 | 0.06 | 14.12 | 0.40 | 0.07 | 1.84 | 0.21 | 0.00 | 6.32 | 0.02 | 0.11 | 0.02 | 0.31 | 0.44 | 0.04 | 0.01 | 1.51 | 0.01 | 1.10 | 0.24 | 0.08 |
| 90019003 | Fairfield | CT | 73.0 | 75.9 | 0.07 | 0.01 | 0.02 | 7.75 | 0.06 | 15.80 | 0.43 | 0.06 | 1.60 | 0.21 | 0.01 | 6.56 | 0.02 | 0.12 | 0.02 | 0.28 | 0.45 | 0.04 | 0.01 | 1.91 | 0.01 | 1.14 | 0.20 | 0.08 |
| 90095002 | New Haven | CT | 69.9 | 72.6 | 0.09 | 0.01 | 0.03 | 5.06 | 0.04 | 15.03 | 0.12 | 0.15 | 1.17 | 0.24 | 0.01 | 4.87 | 0.02 | 0.04 | 0.04 | 0.12 | 0.41 | 0.04 | 0.02 | 1.26 | 0.04 | 0.61 | 0.25 | 0.10 |
| 240251001 | Harford | MD | 70.9 | 73.3 | 0.13 | 0.01 | 0.00 | 0.07 | 0.09 | 0.16 | 0.42 | 0.07 | 2.77 | 0.35 | 0.05 | 4.32 | 0.00 | 0.11 | 0.04 | 0.43 | 0.74 | 0.05 | 0.00 | 5.26 | 0.04 | 2.78 | 0.24 | 0.12 |
| 250050003 | Allegan | MI | 69.0 | 71.7 | 0.16 | 0.02 | 0.00 | 0.00 | 0.16 | 0.00 | 0.05 | 0.09 | 0.19 | 1.31 | 0.01 | 0.05 | 0.00 | 0.04 | 0.05 | 0.65 | 2.39 | 0.06 | 0.00 | 0.04 | 0.05 | 0.11 | 1.95 | 0.12 |
| 261630019 | Wayne | MI | 69.0 | 71.0 | 0.17 | 0.03 | 0.00 | 0.01 | 0.18 | 0.06 | 0.20 | 0.12 | 3.81 | 0.62 | 0.05 | 0.18 | 0.00 | 0.05 | 0.04 | 0.27 | 1.12 | 0.09 | 0.00 | 0.16 | 0.07 | 0.23 | 1.08 | 0.18 |
| 360810124 | Queens | NY | 70.2 | 72.0 | 0.12 | 0.02 | 0.06 | 8.57 | 0.07 | 13.55 | 0.35 | 0.12 | 1.88 | 0.32 | 0.02 | 7.16 | 0.04 | 0.09 | 0.05 | 0.13 | 0.58 | 0.07 | 0.07 | 1.56 | 0.03 | 1.01 | 0.38 | 0.14 |
| 360850067 | Richmond | NY | 67.1 | 68.5 | 0.12 | 0.02 | 0.00 | 10.53 | 0.18 | 6.57 | 0.37 | 0.09 | 2.05 | 0.36 | 0.02 | 10.41 | 0.05 | 0.10 | 0.04 | 0.36 | 0.70 | 0.07 | 0.00 | 1.67 | 0.06 | 1.54 | 0.30 | 0.12 |
| 361030002 | Suffolk | NY | 74.0 | 75.5 | 0.12 | 0.02 | 0.01 | 8.58 | 0.06 | 18.11 | 0.23 | 0.20 | 1.76 | 0.34 | 0.03 | 6.88 | 0.00 | 0.05 | 0.05 | 0.22 | 0.60 | 0.07 | 0.02 | 0.99 | 0.06 | 0.81 | 0.25 | 0.14 |
| 480391004 | Brazoria | TX | 74.0 | 74.9 | 0.23 | 0.06 | 0.00 | 0.08 | 0.00 | 0.00 | 0.04 | 0.06 | 0.06 | 0.00 | 0.05 | 0.01 | 0.00 | 0.04 | 0.05 | 0.28 | 26.00 | 0.14 | 0.00 | 0.02 | 0.06 | 0.02 | 0.40 | 0.27 |
| 481210034 | Denton | TX | 69.7 | 72.0 | 0.15 | 0.04 | 0.00 | 0.00 | 0.13 | 0.01 | 0.09 | 0.03 | 0.08 | 1.23 | 0.03 | 0.04 | 0.00 | 0.09 | 0.03 | 0.14 | 26.69 | 0.10 | 0.00 | 0.05 | 0.05 | 0.04 | 0.08 | 0.25 |
| 482010024 | Harris | TX | 70.4 | 72.8 | 0.08 | 0.03 | 0.00 | 0.00 | 0.05 | 0.00 | 0.14 | 0.04 | 0.05 | 0.20 | 0.03 | 0.02 | 0.00 | 0.14 | 0.03 | 0.26 | 25.62 | 0.08 | 0.00 | 0.06 | 0.03 | 0.05 | 0.07 | 0.04 |
| 482011034 | Harris | TX | 70.8 | 71.6 | 0.16 | 0.03 | 0.00 | 0.00 | 0.04 | 0.00 | 0.09 | 0.04 | 0.05 | 0.68 | 0.03 | 0.01 | 0.00 | 0.10 | 0.03 | 0.09 | 25.66 | 0.07 | 0.00 | 0.03 | 0.02 | 0.03 | 0.22 | 0.15 |
| 482011039 | Harris | TX | 71.8 | 73.5 | 0.19 | 0.03 | 0.00 | 0.00 | 0.06 | 0.00 | 0.04 | 0.06 | 0.05 | 0.58 | 0.03 | 0.01 | 0.00 | 0.03 | 0.04 | 0.30 | 22.82 | 0.08 | 0.00 | 0.02 | 0.04 | 0.01 | 0.08 | 0.20 |
| 484390023 | Tarrant | TX | 71.5 | 74.8 | 0.30 | 0.04 | 0.00 | 0.00 | 0.14 | 0.01 | 0.09 | 0.05 | 0.10 | 1.71 | 0.05 | 0.05 | 0.00 | 0.08 | 0.07 | 0.15 | 27.64 | 0.05 | 0.00 | 0.05 | 0.09 | 0.05 | 0.13 | 0.28 |
| 550790085 | Milwaukee | WI | 71.2 | 73.0 | 0.06 | 0.01 | 0.00 | 0.00 | 0.08 | 0.02 | 0.04 | 0.23 | 0.87 | 0.76 | 0.02 | 0.33 | 0.00 | 0.02 | 0.03 | 0.31 | 1.22 | 0.04 | 0.00 | 0.12 | 0.09 | 0.50 | 13.39 | 0.09 |
| 551170006 | Sheboygan | WI | 72.8 | 75.1 | 0.06 | 0.03 | 0.00 | 0.00 | 0.14 | 0.02 | 0.04 | 0.10 | 1.10 | 0.95 | 0.04 | 0.41 | 0.00 | 0.02 | 0.02 | 0.31 | 1.65 | 0.06 | 0.00 | 0.10 | 0.07 | 0.64 | 9.09 | 0.12 |

Contributions to 2023 Nonattainment and Maintenance Sites Outside of California (Part 3)

| Site ID | County | State | 2023en Average | 2023en Maximum | Tribal | Canada/Mexico Mexico | Offshore | Fire | Boundary | Biogenic |
|---|---|---|---|---|---|---|---|---|---|---|
| 40130019 | Maricopa | AZ | 69.3 | 71.4 | 0.06 | 3.29 | 0.37 | 0.49 | 34.74 | 2.52 |
| 40131004 | Maricopa | AZ | 69.8 | 71.0 | 0.06 | 2.70 | 0.34 | 0.56 | 33.85 | 2.28 |
| 80050002 | Arapahoe | CO | 68.3 | 71.3 | 0.22 | 0.55 | 0.14 | 0.46 | 34.84 | 4.24 |
| 80350004 | Douglas | CO | 71.1 | 73.2 | 0.21 | 0.71 | 0.16 | 0.47 | 34.74 | 4.39 |
| 80590006 | Jefferson | CO | 71.3 | 73.7 | 0.21 | 0.90 | 0.17 | 0.66 | 31.41 | 5.40 |
| 80590011 | Jefferson | CO | 70.9 | 73.9 | 0.16 | 0.70 | 0.16 | 0.45 | 32.96 | 4.78 |
| 80690011 | Larimer | CO | 71.2 | 73.0 | 0.25 | 0.78 | 0.19 | 1.74 | 34.54 | 5.71 |
| 81230009 | Weld | CO | 70.2 | 71.4 | 0.23 | 1.04 | 0.25 | 1.57 | 31.11 | 6.08 |
| 90010017 | Fairfield | CT | 68.9 | 71.2 | 0.00 | 1.64 | 0.65 | 0.20 | 16.73 | 3.28 |
| 90013007 | Fairfield | CT | 71.0 | 75.0 | 0.01 | 1.35 | 1.93 | 0.34 | 17.17 | 4.01 |
| 90019003 | Fairfield | CT | 73.0 | 75.9 | 0.01 | 1.37 | 1.96 | 0.33 | 17.00 | 4.09 |
| 90099002 | New Haven | CT | 69.9 | 70.6 | 0.01 | 1.58 | 2.15 | 0.22 | 17.17 | 4.13 |
| 240251001 | Harford | MD | 70.9 | 73.3 | 0.01 | 0.79 | 0.12 | 0.42 | 15.28 | 5.32 |
| 260050003 | Allegan | MI | 69.0 | 71.7 | 0.02 | 0.54 | 0.36 | 0.93 | 11.85 | 8.51 |
| 261630019 | Wayne | MI | 69.0 | 71.0 | 0.02 | 3.13 | 0.17 | 0.44 | 20.06 | 6.93 |
| 360810124 | Queens | NY | 70.2 | 72.0 | 0.01 | 1.73 | 1.39 | 0.25 | 17.87 | 4.45 |
| 360850067 | Richmond | NY | 67.1 | 68.5 | 0.01 | 1.44 | 0.63 | 0.35 | 15.46 | 4.75 |
| 361080002 | Suffolk | NY | 74.0 | 75.5 | 0.01 | 1.85 | 1.24 | 0.30 | 18.94 | 4.49 |
| 480391004 | Brazoria | TX | 74.0 | 74.9 | 0.02 | 0.44 | 2.31 | 2.05 | 24.02 | 5.60 |
| 481210034 | Denton | TX | 69.7 | 72.0 | 0.01 | 0.92 | 1.23 | 0.87 | 24.69 | 6.42 |
| 482010024 | Harris | TX | 70.4 | 72.8 | 0.01 | 0.28 | 4.83 | 0.77 | 27.83 | 2.66 |
| 482011034 | Harris | TX | 70.8 | 71.6 | 0.01 | 0.24 | 3.91 | 1.75 | 29.71 | 3.44 |
| 482011039 | Harris | TX | 71.8 | 73.5 | 0.01 | 0.47 | 4.04 | 2.00 | 24.67 | 4.50 |
| 484391002 | Tarrant | TX | 72.5 | 74.8 | 0.02 | 1.24 | 1.18 | 1.34 | 24.38 | 6.64 |
| 550790085 | Milwaukee | WI | 71.2 | 73.0 | 0.01 | 0.82 | 0.43 | 0.37 | 16.67 | 6.70 |
| 551170006 | Sheboygan | WI | 72.8 | 75.1 | 0.01 | 0.69 | 0.55 | 0.64 | 17.53 | 7.51 |

C-4

## Contributions to 2023 Nonattainment and Maintenance Sites in California (Part 1)

The table below lists ozone contribution values. The full table contains many state-contribution columns (AL, AZ, AR, CA, CO, CT, DE, DC, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, WI, WT); the overwhelming majority of these cells are 0.00. The reliably legible identifying columns and the dominant CA contribution column are reproduced here.

| Site ID | County | State | 2023 Average | 2023 Maximum | CA |
|---|---|---|---|---|---|
| 06190207 | Fresno | CA | 79.2 | 79.4 | 55.68 |
| 06190011 | Fresno | CA | 78.6 | 81.2 | 35.20 |
| 06190242 | Fresno | CA | 78.4 | 82.2 | 31.98 |
| 06194001 | Fresno | CA | 73.3 | 74.4 | 34.20 |
| 06195001 | Fresno | CA | 79.6 | 81.2 | 35.79 |
| 06195025 | Imperial | CA | 73.3 | 74.6 | 9.28 |
| 06251003 | Imperial | CA | 79.0 | 80.0 | 11.34 |
| 06290007 | Kern | CA | 77.7 | 81.3 | 29.99 |
| 06290008 | Kern | CA | 71.3 | 73.8 | 26.44 |
| 06290014 | Kern | CA | 74.1 | 75.2 | 31.54 |
| 06290232 | Kern | CA | 73.7 | 75.2 | 32.66 |
| 06290502 | Kern | CA | 75.9 | 76.8 | 28.33 |
| 06370002 | Kern | CA | 70.9 | 71.4 | 28.50 |
| 06370016 | Los Angeles | CA | 73.3 | 75.1 | 39.68 |
| 06371201 | Los Angeles | CA | 86.1 | 88.9 | 46.61 |
| 06371301 | Los Angeles | CA | 79.8 | 79.8 | 35.55 |
| 06371701 | Los Angeles | CA | 78.1 | 79.1 | 42.09 |
| 06372005 | Los Angeles | CA | 72.3 | 74.6 | 24.70 |
| 06376012 | Los Angeles | CA | 85.9 | 87.4 | 39.14 |
| 06392010 | Madera | CA | 77.2 | 77.3 | 47.69 |
| 06470100 | Merced | CA | 72.9 | 72.9 | 45.90 |
| 06650004 | Riverside | CA | 69.9 | 71.0 | 37.28 |
| 06650012 | Riverside | CA | 76.7 | 76.7 | 28.39 |
| 06650016 | Riverside | CA | 83.6 | 85.1 | 28.52 |
| 06652002 | Riverside | CA | 85.2 | 85.1 | 43.12 |
| 06655001 | Riverside | CA | 73.0 | 73.0 | 38.55 |
| 06656001 | Riverside | CA | 81.6 | 81.6 | 35.47 |
| 06658003 | Riverside | CA | 87.0 | 87.9 | 16.57 |
| 06658009 | Riverside | CA | 83.2 | 84.4 | 24.26 |
| 06658093 | Riverside | CA | 73.7 | 73.9 | 29.72 |
| 06670012 | Sacramento | CA | 74.5 | 75.9 | 47.69 |
| 06675003 | Sacramento | CA | 69.9 | 71.3 | 51.11 |
| 06710005 | San Bernardino | CA | 96.2 | 94.1 | 41.23 |
| 06710012 | San Bernardino | CA | 83.1 | 85.8 | 34.18 |
| 06710306 | San Bernardino | CA | 76.2 | 77.4 | 48.09 |
| 06711004 | San Bernardino | CA | 89.8 | 91.0 | 29.72 |
| 06712002 | San Bernardino | CA | 93.1 | 95.0 | 47.69 |
| 06714001 | San Bernardino | CA | 86.0 | 88.5 | 52.53 |
| 06714005 | San Bernardino | CA | 94.1 | 95.8 | 22.21 |
| 06719002 | San Bernardino | CA | 80.0 | 81.4 | 49.35 |
| 06719004 | San Bernardino | CA | 88.4 | 88.7 | 34.16 |
| 06990006 | Stanislaus | CA | 74.8 | 75.7 | 7.97 |
| 06070009 | Tulare | CA | 69.1 | 71.9 | 23.74 |
| 06070089 | Tulare | CA | 76.1 | 77.2 | 30.91 |
| 06071002 | Tulare | CA | 71.4 | 71.4 | 30.19 |
| 06072010 | Tulare | CA | 58.9 | 58.9 | 25.51 |
| 06112002 | Ventura | CA | 70.5 | 72.2 | |

C-5

## Contributions to 2023 Nonattainment and Maintenance Sites in California (Part 2)

| Site ID | County | State | 2023 Average | 2023 Maximum | NE | NV | NH | NJ | NM | NY | NC | ND | OH | OK | OR | PA | RI | SC | SD | TN | TX | UT | VT | VA | WA | WV | WI | WY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60190007 | Fresno | CA | 79.2 | 79.4 | 0.00 | 0.51 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.08 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.01 |
| 60190011 | Fresno | CA | 79.6 | 81.2 | 0.00 | 0.44 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.09 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.01 |
| 60190242 | Fresno | CA | 79.4 | 82.2 | 0.00 | 0.64 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.10 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.01 |
| 60194001 | Fresno | CA | 73.3 | 74.4 | 0.00 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.02 |
| 60195001 | Fresno | CA | 79.6 | 81.2 | 0.00 | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.04 |
| 60250005 | Imperial | CA | 73.1 | 74.6 | 0.00 | 0.09 | 0.00 | 0.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.05 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.04 |
| 60251003 | Imperial | CA | 79.0 | 80.0 | 0.00 | 0.25 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.06 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.03 |
| 60290007 | Kern | CA | 77.7 | 81.3 | 0.00 | 0.29 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.20 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.03 |
| 60290008 | Kern | CA | 71.5 | 72.8 | 0.00 | 0.31 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.01 |
| 60290014 | Kern | CA | 74.1 | 75.2 | 0.00 | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.02 |
| 60290232 | Kern | CA | 73.7 | 75.2 | 0.00 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.02 | 0.00 | 0.00 | 0.17 | 0.00 | 0.00 | 0.02 |
| 60295002 | Kern | CA | 75.9 | 76.8 | 0.00 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.06 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.02 |
| 60296001 | Kern | CA | 70.9 | 72.4 | 0.00 | 0.18 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.02 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.01 |
| 60370002 | Los Angeles | CA | 73.3 | 75.1 | 0.00 | 0.12 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 0.03 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.01 |
| 60370016 | Los Angeles | CA | 86.1 | 88.9 | 0.00 | 0.14 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.03 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.03 |
| 60371201 | Los Angeles | CA | 79.8 | 79.8 | 0.00 | 0.17 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.09 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.02 |
| 60371301 | Los Angeles | CA | 78.1 | 79.1 | 0.00 | 0.11 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.03 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.02 |
| 60372005 | Los Angeles | CA | 72.3 | 74.6 | 0.00 | 0.08 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.06 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.02 |
| 60376012 | Los Angeles | CA | 85.9 | 87.4 | 0.00 | 0.18 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.08 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.04 |
| 60379033 | Los Angeles | CA | 76.3 | 77.2 | 0.00 | 0.13 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.15 | 0.04 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.02 |
| 60392010 | Madera | CA | 72.1 | 72.9 | 0.00 | 0.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.12 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.02 |
| 60470003 | Merced | CA | 69.9 | 71.0 | 0.00 | 0.14 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.01 |
| 60650004 | Riverside | CA | 76.7 | 76.7 | 0.00 | 0.14 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.03 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.01 |
| 60650012 | Riverside | CA | 83.6 | 85.1 | 0.00 | 0.34 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.02 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.02 |
| 60651016 | Riverside | CA | 83.2 | 85.5 | 0.00 | 0.28 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.22 | 0.04 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.02 |
| 60652002 | Riverside | CA | 72.4 | 73.0 | 0.00 | 0.18 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.26 | 0.03 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.02 |
| 60655001 | Riverside | CA | 79.5 | 80.1 | 0.00 | 0.13 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.07 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.02 |
| 60656001 | Riverside | CA | 78.3 | 81.6 | 0.00 | 0.11 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.07 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.01 |
| 60658001 | Riverside | CA | 87.0 | 87.9 | 0.00 | 0.13 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.03 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.01 |
| 60658005 | Riverside | CA | 83.2 | 84.4 | 0.00 | 0.15 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.03 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.01 |
| 60659001 | Riverside | CA | 73.7 | 75.9 | 0.00 | 0.15 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.05 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 |
| 60670012 | Sacramento | CA | 74.5 | 74.5 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 |
| 60675003 | Sacramento | CA | 69.9 | 71.3 | 0.00 | 0.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.14 | 0.00 | 0.00 | 0.01 |
| 60710005 | San Bernardino | CA | 90.2 | 98.1 | 0.00 | 0.15 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.06 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.01 |
| 60710012 | San Bernardino | CA | 84.1 | 85.8 | 0.00 | 0.15 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.01 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.05 |
| 60710306 | San Bernardino | CA | 76.2 | 77.4 | 0.00 | 0.14 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.04 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.02 |
| 60711004 | San Bernardino | CA | 89.8 | 91.0 | 0.00 | 0.14 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.04 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.04 |
| 60712002 | San Bernardino | CA | 93.1 | 95.0 | 0.00 | 0.19 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.01 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.02 |
| 60714001 | San Bernardino | CA | 86.0 | 88.5 | 0.00 | 0.19 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.08 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.01 |
| 60714003 | San Bernardino | CA | 91.4 | 95.8 | 0.00 | 0.21 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.08 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.01 |
| 60719002 | San Bernardino | CA | 80.0 | 84.1 | 0.00 | 0.14 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.28 | 0.05 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.04 |
| 60719004 | San Bernardino | CA | 88.4 | 88.7 | 0.00 | 0.20 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.07 | 0.00 | 0.00 | 0.14 | 0.00 | 0.00 | 0.01 |
| 60990006 | Stanislaus | CA | 74.8 | 75.7 | 0.00 | 0.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.05 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.01 |
| 61070006 | Tulare | CA | 69.1 | 71.9 | 0.00 | 0.05 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.30 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 |
| 61070009 | Tulare | CA | 76.1 | 77.2 | 0.00 | 0.11 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.30 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 |
| 61072002 | Tulare | CA | 68.9 | 73.4 | 0.00 | 0.21 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.56 | 0.00 | 0.00 | 0.00 |
| 61072010 | Tulare | CA | 73.6 | 73.6 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.17 | 0.00 | 0.00 | 0.00 |
| 61112002 | Ventura | CA | 70.5 | 72.1 | 0.00 | 0.18 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.08 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.03 |

Contributions to 2023 Nonattainment and Maintenance Sites in California (Part 3)

| Site ID | County | State | 2023 Average | 2023 Maximum | Tribal | Canada/ Mexco | Offshore | Fire | Boundary | Biogenic |
|---|---|---|---|---|---|---|---|---|---|---|
| 60190007 | Fresno | CA | 79.2 | 79.4 | 0.00 | 0.29 | 1.19 | 1.39 | 32.52 | 6.85 |
| 60190011 | Fresno | CA | 78.6 | 81.2 | 0.01 | 0.33 | 1.13 | 1.62 | 32.34 | 6.78 |
| 60190242 | Fresno | CA | 79.4 | 82.2 | 0.00 | 0.31 | 1.24 | 1.48 | 34.92 | 7.88 |
| 60194001 | Fresno | CA | 73.3 | 74.4 | 0.00 | 0.12 | 1.68 | 0.87 | 27.76 | 7.90 |
| 60195001 | Fresno | CA | 79.6 | 81.2 | 0.00 | 0.20 | 1.75 | 1.12 | 32.10 | 7.66 |
| 60250005 | Imperial | CA | 73.3 | 74.6 | 0.01 | 19.87 | 1.17 | 0.71 | 38.68 | 2.11 |
| 60251003 | Imperial | CA | 79.0 | 80.0 | 0.01 | 18.74 | 1.14 | 0.61 | 43.58 | 2.08 |
| 60290007 | Kern | CA | 77.7 | 81.3 | 0.00 | 0.30 | 1.59 | 1.27 | 33.68 | 7.70 |
| 60290068 | Kern | CA | 71.3 | 72.8 | 0.01 | 0.67 | 1.96 | 1.05 | 32.77 | 7.30 |
| 60290014 | Kern | CA | 74.1 | 75.2 | 0.00 | 0.31 | 1.68 | 0.85 | 31.31 | 7.37 |
| 60290232 | Kern | CA | 73.7 | 75.2 | 0.00 | 0.13 | 1.67 | 1.11 | 29.43 | 7.73 |
| 60295002 | Kern | CA | 75.9 | 76.8 | 0.00 | 0.35 | 1.34 | 1.80 | 33.45 | 7.68 |
| 60296001 | Kern | CA | 70.9 | 72.4 | 0.00 | 0.50 | 1.59 | 0.63 | 30.55 | 7.98 |
| 60370002 | Los Angeles | CA | 73.3 | 75.1 | 0.01 | 1.47 | 3.53 | 0.82 | 24.67 | 2.15 |
| 60370016 | Los Angeles | CA | 86.1 | 88.9 | 0.01 | 1.73 | 4.14 | 0.97 | 28.98 | 2.53 |
| 60371201 | Los Angeles | CA | 79.8 | 79.8 | 0.02 | 1.74 | 4.20 | 1.29 | 32.92 | 2.81 |
| 60371701 | Los Angeles | CA | 78.1 | 79.1 | 0.01 | 1.82 | 4.16 | 0.97 | 25.57 | 2.35 |
| 60372005 | Los Angeles | CA | 72.3 | 74.6 | 0.01 | 1.76 | 4.10 | 1.17 | 24.34 | 2.37 |
| 60376012 | Los Angeles | CA | 85.9 | 87.4 | 0.02 | 2.27 | 4.69 | 1.22 | 32.85 | 3.43 |
| 60379033 | Los Angeles | CA | 76.3 | 77.2 | 0.01 | 1.82 | 3.52 | 0.45 | 40.73 | 2.75 |
| 60392010 | Madera | CA | 72.1 | 72.9 | 0.00 | 0.23 | 1.22 | 1.30 | 32.12 | 7.30 |
| 60470003 | Merced | CA | 69.9 | 71.0 | 0.00 | 0.37 | 1.94 | 1.12 | 30.92 | 5.97 |
| 60650004 | Riverside | CA | 76.7 | 76.7 | 0.01 | 1.37 | 3.64 | 0.72 | 25.79 | 2.34 |
| 60650012 | Riverside | CA | 83.6 | 85.1 | 0.00 | 1.30 | 3.33 | 0.31 | 36.48 | 2.66 |
| 60651016 | Riverside | CA | 85.2 | 85.5 | 0.00 | 1.60 | 3.00 | 3.09 | 38.71 | 2.54 |
| 60652002 | Riverside | CA | 72.4 | 73.0 | 0.01 | 2.29 | 1.39 | 2.24 | 46.66 | 2.08 |
| 60655001 | Riverside | CA | 79.5 | 80.1 | 0.01 | 2.71 | 2.67 | 3.03 | 42.81 | 2.40 |
| 60656001 | Riverside | CA | 78.3 | 81.6 | 0.00 | 1.13 | 4.03 | 0.53 | 30.14 | 2.55 |
| 60658001 | Riverside | CA | 87.0 | 87.9 | 0.01 | 1.76 | 4.77 | 0.77 | 28.27 | 2.68 |
| 60658005 | Riverside | CA | 83.2 | 84.4 | 0.01 | 1.68 | 4.56 | 0.73 | 27.04 | 2.57 |
| 60659001 | Riverside | CA | 73.7 | 75.9 | 0.00 | 1.71 | 4.96 | 1.03 | 25.56 | 2.43 |
| 60670012 | Sacramento | CA | 74.5 | 75.9 | 0.00 | 0.12 | 0.88 | 1.16 | 29.33 | 5.92 |
| 60675003 | Sacramento | CA | 69.9 | 71.3 | 0.00 | 0.06 | 0.79 | 1.26 | 26.47 | 6.04 |
| 60710005 | San Bernardino | CA | 96.2 | 98.1 | 0.00 | 1.36 | 3.68 | 0.44 | 38.71 | 2.77 |
| 60710012 | San Bernardino | CA | 84.1 | 85.8 | 0.02 | 1.33 | 1.83 | 0.33 | 53.12 | 1.91 |
| 60710306 | San Bernardino | CA | 76.2 | 77.4 | 0.00 | 0.67 | 2.10 | 0.50 | 40.62 | 2.02 |
| 60711004 | San Bernardino | CA | 89.8 | 91.0 | 0.01 | 2.03 | 4.00 | 0.95 | 31.07 | 2.74 |
| 60712002 | San Bernardino | CA | 93.1 | 95.0 | 0.00 | 1.58 | 4.58 | 0.75 | 31.34 | 2.82 |
| 60714001 | San Bernardino | CA | 86.0 | 88.5 | 0.00 | 0.91 | 2.69 | 0.37 | 37.56 | 2.45 |
| 60714003 | San Bernardino | CA | 94.1 | 95.8 | 0.00 | 0.98 | 4.15 | 0.69 | 31.70 | 2.90 |
| 60719002 | San Bernardino | CA | 80.0 | 81.4 | 0.01 | 2.80 | 2.23 | 3.20 | 45.72 | 2.29 |
| 60719004 | San Bernardino | CA | 88.4 | 88.7 | 0.00 | 0.92 | 3.90 | 0.65 | 29.78 | 2.72 |
| 60990006 | Stanislaus | CA | 74.8 | 75.7 | 0.00 | 0.34 | 2.39 | 1.77 | 30.24 | 5.06 |
| 61070006 | Tulare | CA | 69.1 | 71.9 | 0.00 | 0.33 | 0.55 | 4.43 | 53.61 | 2.46 |
| 61070009 | Tulare | CA | 76.1 | 77.2 | 0.00 | 0.43 | 1.44 | 3.40 | 39.41 | 7.08 |
| 61072002 | Tulare | CA | 68.9 | 71.4 | 0.00 | 0.25 | 1.58 | 0.95 | 26.88 | 7.42 |
| 61072010 | Tulare | CA | 73.1 | 73.9 | 0.00 | 0.15 | 1.78 | 1.17 | 30.26 | 8.67 |
| 61113002 | Ventura | CA | 70.5 | 72.2 | 0.02 | 1.65 | 4.60 | 1.01 | 29.69 | 2.75 |

# EXHIBIT B

# Interstate Transport State Implementation Plan
# 2015 Ozone National Ambient Air Quality Standards



**November 8, 2019**

**Prepared by:**
**Louisiana Department of Environmental Quality**

**Submitted to:**
**United States Environmental Protection Agency**
**Region 6**
**1201 Elm Street, Suite 500**
**Dallas, TX 75270**



**JOHN BEL EDWARDS**
GOVERNOR

**CHUCK CARR BROWN, PH.D.**
SECRETARY

# State of Louisiana
## DEPARTMENT OF ENVIRONMENTAL QUALITY
## OFFICE OF THE SECRETARY

Mr. Ken McQueen
Regional Administrator
EPA Region 6-RA
1201 Elm Street, Suite 500
Dallas, Texas 75270

RE:    State of Louisiana
       2015 Ozone National Ambient Air Quality Standards
       Interstate Transport State Implementation Plan (SIP)

Dear Mr. McQueen:

In accordance with Section 110(a)(1) and (2) of the Clean Air Act Amendments of 1990, the state of Louisiana is pleased to submit the Interstate Transport State Implementation Plan for the 2015 Ozone National Ambient Air Quality Standards (NAAQS) for approval.

If you or your staff have questions concerning this submittal, please contact Vivian Aucoin, Air Planning and Assessment Division, SIP Group at (225) 219-3482 or vivian.aucoin@la.gov.

Sincerely,

Chuck Carr Brown, Ph.D.
Secretary

Date:  11/12/15

c:   Guy Donaldson, EPA Region 6

## Executive Summary

This revision to the state implementation plan (SIP) is intended to meet the infrastructure and transport requirements of the Federal Clean Air Act (FCAA), §110(a). States are required by FCAA, §110(a)(1) to submit SIP revisions providing for the implementation, maintenance, and enforcement of a new or revised National Ambient Air Quality Standard (NAAQS) within three years after promulgation.  On October 1, 2015, the United States Environmental Protection Agency (EPA) revised the primary and secondary NAAQS for ozone to an eight-hour standard of 0.070 parts per million.

FCAA, §110(a)(2)(A) through (M), lists the elements that infrastructure and transport SIP submissions must contain.  This SIP revision specifically addresses transport requirements under FCAA, §110(a)(2)(D) for the 2015 ozone NAAQS. The remaining infrastructure requirements of FCAA, §110(a)(2)(A) through (M) are addressed in a separate SIP revision submitted concurrently.  This SIP revision documents how the transport elements listed in FCAA, §110(a)(2)(D) are currently addressed in the Louisiana SIP and provides supporting information which indicated that Louisiana meets the interstate transport requirements of FCAA, §110(a)(2)(D)(i) and (ii).

Pursuant to FCAA, §110(a)(2)(D)(i), this SIP revision must contain elements that provide supporting information demonstrating that Louisiana:

- · does not contribute significantly to nonattainment of the 2015 ozone NAAQS for areas in other states;
- · does not interfere with the maintenance of the 2015 ozone NAAQS in any other state;
- · does not interfere with measures required to meet an implementation plan for any other state related to prevention of significant deterioration (PSD); and
- · does not interfere with measures required to meet the implementation plan for any other state related to regional haze and visibility.

In addition, pursuant to FCAA, §110(a)(2)(D)(ii), this SIP revision must provide information demonstrating compliance with the applicable requirements of FCAA, §126 and §115 relating to interstate and international pollution abatement.

To meet the requirements of FCAA, §110(a)(2)(D)(i)(I), this SIP revision includes an analysis of ozone design value and emissions trends in Louisiana and an analysis of the impacts of Louisiana's emissions on other states. A discussion of existing ozone control strategies is included to demonstrate emissions from Louisiana do not contribute significantly to nonattainment or interfere with maintenance of the 2015 ozone NAAQS in another state.

# Table of Contents

Executive Summary

Chapter 1 General

    1.1 Background

    1.2 Public Notice and Comments

Chapter 2 Ozone Data

    2.1 Introduction

    2.2 Historical Design Value Trends

    2.3 Ozone Emissions Trends in Louisiana

        2.3.1 Historical Ozone Precursor Emissions Inventory Trends

Chapter 3 Significant Contribution to Nonattainment and Interference with Maintenance

    3.1 Introduction

    3.2 Discussion of Texas monitors

Chapter 4 Control Strategies

Chapter 5 Prevention of Significant Deterioration and Visibility

Chapter 6 Interstate Pollution Abatement

    6.1 Interstate Pollution Abatement

    6.2 International Air Pollution

Chapter 7 Conclusions

Chapter 8 Future Revisions to the National Ambient Air Quality Standards (NAAQS)

Appendix A: Potpourri Notice

Appendix B: Interstate Pollution Abatement Support Documents

Appendix C: International Air Pollution Support Documents

# Chapter 1: General

## 1.1 Background

On October 1, 2015, the United States Environmental Protection Agency (EPA) revised the primary and secondary NAAQS for ozone to an eight-hour standard of 0.070 parts per million (ppm) or 70 parts per billion (ppb) (80 *Federal Register* (FR) 65291, October 26, 2015). Within three years of the promulgation of any new or revised NAAQS, FCAA, §110(a)(1) requires states to submit a SIP revision to provide for the implementation, maintenance, and enforcement of the NAAQS. Section 110(a)(2)(A) through (M), lists the elements that the SIP submissions must contain. This SIP revision specifically addresses transport requirements under FCAA, §110(a)(2)(D). The Louisiana Department of Environmental Quality (LDEQ) addressed the infrastructure requirements of FCAA, §110(a)(2)(A) through (C) and (E) through (M) in a separate concurrent SIP. Submittal of this SIP revision and the infrastructure SIP revision covering FCAA, §110(a)(2)(A) through (C) and (E) through (M) fulfil the FCAA, §110(a)(1) requirement.

Pursuant to FCAA, §110(a)(2)(D)(i), this transport SIP revision must contain adequate provisions that prohibit any source or other type of emissions activity within the state from emitting any NAAQS pollutants in amounts that will:

- contribute significantly to nonattainment of the 2015 ozone NAAQS for areas in other states;
- interfere with the maintenance of the 2015 ozone NAAQS in any other state;
- interfere with measures required to meet an implementation plan for any other state related to prevention of significant deterioration (PSD); and
- interfere with measures required to meet the implementation plan for any other state related to regional haze and visibility.

In addition, pursuant to FCAA, §110(a)(2)(D)(ii), this SIP revision must provide information demonstrating compliance with the applicable requirements of FCAA, §126 and §115 relating to interstate and international pollution abatement.

On March 27, 2018, EPA provided projected air quality modeling results for ozone in 2023 including projected ozone concentrations at potential nonattainment and maintenance sites for the 2015 Ozone NAAQS and projected upwind state contribution data. EPA invited states to use this data to develop SIPs to assure that emissions within their jurisdictions do not contribute significantly to nonattainment or interfere with maintenance of the 2015 ozone standards in other states. EPA included a preliminary list of potential flexibilities in analytical approaches for developing a good neighbor SIP in the memorandum. EPA then opened this matter up for discussion and comment. Following a comment period, EPA revised the contribution metric spreadsheet to include 2014-2016 design values as well as information regarding "home state" and upwind state collective contributions. EPA also published the following memorandum to assist states in constructing approvable SIPs:

- Analysis of Contribution Thresholds Memo (signed August 2018)
  - Contribution Threshold Analysis for 2015 NAAQS Ozone Transport
- Consideration for Identifying Maintenance Receptors Memo (signed October 2018)
  - Ozone Monitoring Site Design Values for 2008-2017 and for 2023
  - State-Level Annual Anthropogenic NOx and VOC Emission for 2011 through 2017 and for 2023.

This SIP revision includes an analysis of required transport elements in FCAA, §110(a)(2)(D)(i) and (ii) consistent with statutory requirements and includes a technical and regulatory provisions that support the conclusion that Louisiana meets the requirements of each section. The LDEQ acknowledges that changes to federal regulations may have future impacts on how the LDEQ meets the requirements of FCAA, §110(a)(2)(D); however, this SIP revision reflects the methods and means by which Louisiana meets these requirements at the time this SIP revision was developed. Should future federal rule changes necessitate state rule changes, the LDEQ will act appropriately at that time.

## 1.2 Public Notice and Comments

Louisiana published its Potpourri Notice in the August 20, 2018 volume of the Louisiana Register. The public comment period closed on September 20, 2018. EPA Region 6 submitted written comments; LDEQ did not hold a public hearing on this matter.

# Chapter 2: Ozone Data

## 2.1 Introduction

Ground-level Ozone ($O_3$), regulated by the NAAQS, is a secondary pollutant that is formed by a photochemical reaction between precursor compounds, nitrogen oxides ($NO_X$) and volatile organic compounds (VOC). Ozone is created and destroyed on a natural cycle according to atmospheric conditions and chemical concentrations of precursor compounds, $NO_X$ and VOC, from both natural and anthropogenic sources.

The concentration of ozone is determined by the balance between chemical processes that produce and destroy ozone. The balance is determined by the concentration of precursor compounds, sunlight intensity, and other meteorological conditions, such as wind direction and speed, temperature, mixing height and other parameters. The rate of ozone production can be limited by reducing the concentration of the precursor compounds available for ozone formation.

Ozone precursor compounds also exist under natural conditions. Ozone formation from naturally occurring precursor compounds is known as "background" ozone. Background ozone can be produced from natural local sources or transported via winds from distant natural sources, such as the stratosphere or another region or country. The contribution of background ozone must be considered when evaluating ozone concentrations but is difficult to quantify.

The anthropogenic precursors of ozone originate from a wide variety of stationary and mobile sources. Through the development of complete and accurate emission inventories and Photochemical Assessment Monitoring Stations (PAMS), the sources and concentrations of anthropogenic ozone and ozone precursors can be identified. This chapter will discuss trends in ozone and ozone precursor emissions in Louisiana to demonstrate the progress the state has made towards achieving the NAAQS and reducing ozone precursor pollutants.

## 2.2 Historical Design Value Trends

A design value is a statistic that is used to compare air quality data to the NAAQS. For eight-hour ozone, a design value is the three-year average of the fourth-highest daily maximum eight-hour averaged ozone concentration. The latest year in the three-year average is used to represent the design value for that three-year period. Design values are calculated at each ozone monitor within an area and the monitor with the highest design value determines the design value for the area. Although the eight-hour ozone NAAQS is reported in ppm, design values in this chapter are  displayed in parts per billion (ppb) for ease of reading.

The 2015 eight-hour primary and secondary ozone ambient air quality standards are met when the design value is less than or equal to 70 ppb. Eight-hour ozone design value trends by Louisiana area are displayed in Figure 2.2-1: *Eight-Hour Ozone Design Values in Louisiana*. Figure 2.2-1 shows that all areas of Louisiana have shown decreases in design values over the

past 15 years. As mentioned above, all areas in Louisiana are measuring below the 2015 ozone NAAQS of 70 ppb.



Figure 2.2-1: Eight-Hour Ozone Deisgn Values in Louisiana

## 2.3 Ozone Emissions Trends in Louisiana

The LDEQ, in accordance with the EPA's Air Emissions Reporting Requirements[1], develops an inventory of information for sources of ozone precursor emissions ($NO_X$ and VOC) that identifies the types of emissions sources present in the state, the amount of each pollutant emitted, and the types of processes and control devices employed at each facility. The emissions inventory provides data for a variety of air quality planning tasks, including establishing baseline emissions levels, calculating reduction targets, developing control strategies to achieve emissions reductions, developing emissions inputs for air quality models, and tracking actual emissions reductions against established emissions growth and control budgets.

---

[1] 40 Code of Federal Regulations (CFR) Part 51, Subpart A

Ten years of anthropogenic emissions data (2005 through 2014) were analyzed to develop historical trend data. During this time, the emissions inventory for Louisiana showed significant decreases in ozone precursor emissions, as detailed in Section 2.3.1 Historical Ozone Precursor Emissions Inventory Trends. In addition, detailed point source category emissions inventory data, limited to stationary point source emissions (2014 through 2017), were also analyzed for historical trends. These reductions contributed to the attainment of both the one-hour and the eight-hour ozone NAAQS.

### 2.3.1 Historical Ozone Precursor Emissions Inventory Trends

For the 10-year historical period up to and including 2014 (2005 through 2014), overall anthropogenic ozone precursor emissions in Louisiana has decreased.  As demonstrated in Figure 2.3.1-1: *Historical Ozone Precursor Trends*, anthropogenic $NO_X$ emissions decreased 42% and anthropogenic VOC emissions decreased 61% from 2005 through 2014. These emission reductions were the result of regulations implemented at the federal, state, and local levels and innovative programs implemented by the LDEQ.



Annual point source category emissions inventory data collected since the last periodic emissions inventory, 2014 through 2017, indicates a continued trend of ozone precursor emissions

reductions. As demonstrated in Figure 2.3.1-2: *Point Source Ozone Precursor Trends*, anthropogenic emissions have decreased a combined 3% between 2014 and 2017.



**Chapter 3: Significant Contribution to Nonattainment and Interference with Maintenance Areas**

**3.1 Introduction**

The Clean Air Act requires states to submit a SIP revision that contains adequate provisions to prohibit any source or other type of emissions activity within the state from emitting any air pollutants in amounts that will contribute significantly to nonattainment of the NAAQS for areas in other states or interfere with maintenance of the NAAQS in any other state. The purpose of FCAA's §110(a)(2)(D)(i)(I), also known as the "good neighbor" provision, is to ensure that emissions in one state that contribute significantly to nonattainment or interfere with maintenance in another state are addressed appropriately.

For this SIP revision, the key aspect of fulfilling this obligation is to determine if emissions from Louisiana contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS in another state. State data analysis demonstrate that emissions from Louisiana do not contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS in another state.

The approach used by the LDEQ to determine if emissions from Louisiana contribute significantly to nonattainment or interfere with maintenance at downwind monitors in another state is based partly on the EPA's Contribution Metric Spreadsheet, *2015 Ozone NAAQS Interstate Transport Assessment Design Values and Contributions,* published May 2018. The LDEQ used a three-step approach, detailed below, to determine if emissions from Louisiana contribute significantly to nonattainment or interfere with maintenance at downwind monitors in another state.

> **Step 1:** Identify monitors projected to be in nonattainment or have maintenance issues in a future year.
> **Step 2:** Identify projected nonattainment and/or maintenance monitors in other states that might be impacted by emissions from Louisiana, tagging them for further review.
> **Step 3:** Determine if emissions from Louisiana contribute significantly to nonattainment or interfere with maintenance at the monitors tagged for review in Step 2.

The EPA used a four-step framework, referred to as the Cross-State Air Pollution Rule (CSAPR) framework, to address the requirements of the "good neighbor" provision in the 2015 Transport Notice Of  Data Availability (NODA). From the 2015 Transport NODA, the four steps in the CSAPR framework are as follows (82 FR 1735):

> "[1] Identifying downwind receptors that are expected to have problems attaining or maintaining clean air standards (i.e., NAAQS);
>
> [2] Determining which states contribute to these problems in amounts sufficient to "link" them to the downwind air quality problems;

[3] For states linked to downwind air quality problems, identifying upwind emissions that significantly contribute to nonattainment or interfere with maintenance of the NAAQS by quantifying upwind reductions in ozone precursor emissions and apportioning emissions reduction responsibility among upwind states; and

[4] For states that are found to have emissions that significantly contribute to nonattainment or interfere with maintenance of the NAAQS downwind, adopting SIPs or FIPs that eliminate such emissions."

The LDEQ's three-step process covers steps [1] and [2] of the four-step framework. Step 1 of the LDEQ's three-step process is the same as step [1] of the EPA's four-step framework. Steps 2 and 3 of the LDEQ's process together are equivalent to step [2] of the EPA's framework. Steps [3] and [4] of EPA's framework are relevant only if emissions from Louisiana contribute significantly to nonattainment or interfere with maintenance at downwind monitors in another state and are therefore not addressed in this SIP revision.

In the 2015 Transport NODA, upwind states with contributions greater than or equal to 0.7 ppb to a monitor's future year design value are linked to the downwind monitor. Once the linkages have been established, the portion of emissions from linked states that were determined by the EPA to have contributed significantly to nonattainment or interfere with maintenance are identified (Steps 2 and 3, respectively, of the EPA's four-step framework). The EPA's framework establishes the 1% of NAAQS threshold as the default definition of significant contribution to nonattainment or interference with maintenance. The LDEQ has maintained that an arbitrary threshold of 1% of the NAAQS for significant contribution to nonattainment or interference with maintenance is not applicable because the value is not detectable by the monitor and following the manner in which a design value is calculates, one percent of the standard would be truncated to zero.  Therefore, Louisiana will use the flexibility allowed in the March 2018 memorandum allowing the use of 1 ppb.  In the 2015 Transport NODA, the EPA acknowledges that a contribution of 1% of the NAAQS from an upwind state alone does not determine whether the upwind state significantly contributes to nonattainment or interferes with maintenance of a NAAQS to a downwind state (FR 82 1740). The LDEQ believes that it is critical to determine if emissions from an upwind state *contribute significantly* to nonattainment or interfere with maintenance prior to the identification (and subsequent reduction) of such emissions. Based upon this discussion, the monitors in Michigan and Wisconsin will not be discussed as the receptor value is less than 1 ppb.

Since there could be considerable variation in the characteristics of the ozone problem at each monitor, not all factors were considered or analyzed for every monitor. In addition, the use of 1% of the NAAQS threshold for modeled contribution as the sole definition of significant contribution is inappropriate for the 2015 ozone NAAQS since the more stringent 0.7 ppb threshold is an order of magnitude smaller than the biases and errors typically documented for regional photochemical modeling (Simon *et al*., 2012). The Louisiana contribution should be deemed "significant" only if there is a persistent and consistent pattern of contribution **on several days with elevated ozone**.

**3.2 Discussion of Texas monitors**

*Step 1 and 2: Identification of Projected Nonattainment and Maintenance Monitors based upon receptor values equal to or greater than 1 ppb*:

- Dallas/Fort Worth Area Monitors and modeled contribution:
  - Denton Airport South (481210034)                    1.92 ppb
  - FAA Site Off Alta Vista Road (484392003)       1.71 ppb
- Houston/Galveston
  - Croix Parkway (480391004)                              3.80 ppb
  - Aldine Mail Road (482010024)                          3.06 ppb
  - Durant Street  (482011039)                               4.72 ppb

*Step 3: Do emissions from Louisiana contribute significantly to nonattainment or interfere with maintenance at the monitors outlined in Steps 1 and 2:*

While Louisiana contributes to the monitors outlined in the Dallas and Houston areas, an analysis of back trajectory of air parcel movement and a review of the EPA modeling of interstate impact on air monitors indicates the contribution by Louisiana to exceedances at Texas monitors is insignificant.

*Back Trajectory Analysis*

LDEQ has performed 99 back trajectories on the most recent three years of exceedances for all of the monitors listed above.  The Hybrid Single Particle Lagrangian Integrated Trajectory (HYSPLIT) Models related to ozone standard exceedances at Houston and Dallas area monitors during the 2016, 2017 and 2018 years illustrate backwards trajectories for the air parcels present at the monitors when the exceedances occurred.  The source location for each of the models are plotted based off latitude, longitude and meters above mean sea level (AMSL) data obtained from the Texas Commission on Environmental Quality website.  The projections depict a composite of four backwards trajectories starting at the location of the monitor and tracking the air in reverse for seventy-two hours.  Each projection accounts for one eight-hour exceedance period with the four trajectories beginning their routes at the six, four, two and zero hour marks. See Appendix B.

Of the 99-exceedance trajectories performed, approximately 28% of the trajectories travel in or through Louisiana.  Only eight percent of those trajectories originate in Louisiana.  The areas in northern Louisiana are rural/farmland with limited precursor pollutants; however, the areas in south Louisiana are heavy industrial and it is highly probable that transport adds to the ozone mix.

Additional modeling was performed to evaluate the exceedances that revealed trajectories originating in or crossing Louisiana to include Mixing Depth (in meters) and provide one trajectory for the beginning of each hour of the daily eight-hour ozone exceedance for the exceedance to identify the areas of the state most often impacting Texas monitor exceedances.

Trajectories originating in and crossing Louisiana in northern and central Louisiana are rural/farmland with limited population and sources of precursor pollutants. Trajectories originating in and crossing south Louisiana are heavy industrial and it is highly probable that transport adds to the ozone mix. Only 35 percent of the trajectories originate in or cross south Louisiana. See Appendix B.

*EPA Modeling*

According to the results of EPA's <u>2015 Ozone NAAQS Interstate Transport Assessment Design Values and Contributions,</u> Louisiana contributes approximately 1-2 ppb of ozone to the Dallas region and 3-4ppb of ozone to the Houston region. Conversely, the same model results indicate that Texas contributes 5-6 ppb of ozone to Louisiana's monitors in the Shreveport area and 11 ppb of ozone to the monitors in Calcasieu Parish.

The back trajectory analysis and EPA modeling indicate that there is minimal contribution of Louisiana on Dallas and Houston, TX monitor ozone exceedances. Impact from Louisiana is insignificant to the overall attainment at the monitors at the Houston and Dallas area monitors due to the limited industrial and residential activity in the path of the air affecting the monitors. A comparison of EPA's modeled contribution between Texas and Louisiana monitors indicates that a far greater proportion of the total Ozone detected in Louisiana originates in Texas rather than vice versa.

# Chapter 4: Control Strategies

On September 29, 2016, the United States Environmental Protection Agency (EPA) made the first round of designations for the 2015 eight-hour ozone NAAQS, designating 59 of the 64 parishes in Louisiana as attainment/unclassifiable. On December 20, 2017, the EPA sent 120-day letters responding to state recommendations for remaining area designations. The remaining five parishes were designated attainment for the 2015 Ozone NAAQS.

Louisiana has implemented enforceable emission control regulations to ensure continued maintenance of the 2015 Ozone NAAQS. Control measures also have been developed, promulgated, and implemented at the federal level to reduce ozone-forming emissions of NOx and VOC. Development and subsequent implementation of other federal measures will result in additional emission reductions of NOx and VOC during the 10-year maintenance period. Federal measures which have been implemented or are currently in some phase of implementation include, but are not limited to:

- Various New Source Performance Standards (NSPS) and National Emission Standards for Hazardous Air Pollutants (NESHAP)to control NOx and VOC
- Tier 2 – Motor Vehicle Emission Standards and Gasoline Sulfur Control Requirements (65 FR 6697)
- Tier 3 – Motor Vehicle Emission and Fuel Standards (79 FR 23414)
- Tier 4 – Heavy-Duty Engine and Vehicle Standards and Highway Diesel Fuel Sulfur Control Requirements – Tier 4(66 FR 5002)
- Control of Emissions from Nonroad Diesel Engines and Fuels (69 FR 38958)
- Cross-State Air Pollution Rule (CSAPR) (79 FR 71663)
- Control of Air Pollution from Aircraft and Aircraft Engines; Proposed Emission Standards and Test Procedures (76 FR 45012)
- Carbon Pollution Emission Guidelines for Existing Stationary Sources: EGUs (electric generating units) in Indian Country and U.S. Territories (79 FR 34829)

Louisiana will continue to operate an ambient ozone monitoring network to verify continued attainment of the 8-hour Ozone NAAQS. The air monitoring results will reveal changes in the ambient air quality as well as assist Louisiana in determining whether or not implementation of any contingency measures is necessary. The state will continue to work with US EPA through the air monitoring network review process, as required by 40 CFR 58, to determine:

1) the adequacy of the ozone monitoring network;

2) if additional monitoring is needed; and

3) when monitoring can be discontinued.

Air monitoring data will continue to be quality assured according to federal requirements.

The LDEQ will continue to submit annual updates to US EPA for point sources and triennial updates for all sources in accordance with 40 CFR Part 51 Subpart A – Air Emissions Reporting Requirements (AERR). Louisiana will also make comparisons of the EI data submitted on an annual and triennial basis to the NEI with the emission growth data submitted in this plan to ensure emission reductions continue the downward trend.

## Chapter 5: Prevention of Significant Deterioration and Visibility

The FCAA, §110(a)(2)(D)(i)(II), requires states to submit a SIP revision that contains adequate provisions to prohibit any source or other type of emissions activity within the state from emitting any air pollutants in amounts that will interfere with measures required to meet an implementation plan for any other state related to prevention of significant deterioration (PSD) or interfere with measures required to meet the implementation plan for any other state related to regional haze and visibility. The following section provides information on how Louisiana meets the requirements of FCAA, §110(a)(2)(D)(i)(II).

Louisiana has a SIP-approved PSD and nonattainment New Source Review (NSR) permitting program that contains requirements for sources of air pollutants to obtain an approved permit before beginning construction of a facility and before modifying an existing facility. The LDEQ has established rules governing the enforcement of control measures, including attainment plans and permitting programs that regulate construction and modification of stationary sources.

## Chapter 6: Interstate Pollution Abatement

The requirements of FCAA, §110(a)(2)(D)(ii) are satisfied by demonstrating compliance with the applicable requirements of FCAA, §126(a), 126(b) and (c), and 115.

Under section 126(a)(1) of the FCAA, a SIP must contain provisions requiring each new or modified major source required by FCAA title I part C to be subject to prevention of significant deterioration (PSD) permitting to notify neighboring air agencies of potential impacts from the source. Per guidance on development and submission of infrastructure SIPs, issued by the United States Environmental Protection Agency (EPA) on September 13, 2013, the EPA considers the notification by the permitting authority to satisfy the requirement of FCAA, §126(a)(1)(A) that a new or modified major source subject to part C notify neighboring air agencies of its potential downwind impact. Louisiana has a SIP-approved PSD permitting program that contains requirements for the permitting authority to notify air agencies whose lands may be affected by emissions from that source.

The required content of an infrastructure SIP with respect to FCAA, §110(a)(2)(D)(ii) is affected by sections 126(b) and 126(c) of the FCAA only if: (1) the Administrator has, in response to a petition, made a finding under section 126(b) of the FCAA that emissions from a source or

sources within the air agency's jurisdiction emit prohibited amounts of air pollution relevant to the new or revised NAAQS for which the infrastructure SIP submission is being made; and (2) under section 126(c) of the FCAA, the Administrator has required the source or sources to cease construction, cease or reduce operations, or comply with emissions limitations and compliance schedule requirements for continued operation.

No source or sources within Louisiana are the subject of an active finding under section 126 of the FCAA with respect to the 2015 ozone NAAQS.

## 6.1 Interstate Pollution Abatement

The dynamic characteristic of the atmosphere that surrounds Earth seems entirely chaotic, but after extensive observation, patterns in its behavior tend to emerge. These patterns are most easily observed on a global scale with local wind characteristics reflecting the larger configuration. North American atmospheric events tend to exhibit a predominantly west to east course. Global pressure systems create wind for Texas during the ozone season (May to September) that mostly comes from the Gulf of Mexico until near the end of the ozone season where the state receives wind from the north. Air trajectory models and surface and upper air maps indicate that these conditions were also true for the 2011 ozone season, and wind roses show that these patterns are consistent with other years.

During the boreal summer months, mid-latitude cyclones in the northern hemisphere move into the upper mid-latitudes and relinquish control of the wind in the lower mid-latitudes. Global semi-permanent pressure systems begin to influence wind direction in these areas. They are not as violent as mid-latitude cyclones but they produce massive areas of relatively consistent wind patterns. The Bermuda-Azores High in the Northern Atlantic drives wind through the Gulf and on shore to the western Gulf Coast during these months and the majority of the ozone season. Wind roses from locations in the eastern half of Texas and southwestern Louisiana, indicate that a predominantly southern wind impacts these areas for the majority of the year, and gives way only occasionally to a northern wind.

Maps of the surface and lower tropospheric conditions from the National Oceanic and Atmospheric Administration (NOAA) for the 2011 ozone season show that the air impacting the eastern half of Texas most often came from the Gulf. An exception to this pattern can be seen during the last month of the ozone season where northern winds blow into East Texas. It is uncommon for the wind barbs on these maps to indicate easterly winds out of Louisiana making their way into Texas. Mass transport of air from Louisiana into Texas would be a rare occurrence. These maps show atmospheric conditions for several locations for one moment in time where NOAA models can track air from one location over time.

Being able to trace air parcel tracks from a specific location can give valuable insight on the wind patterns that affect those locations. A backwards trajectory for air present at a place, such as an ozone monitor, can be calculated by the Hybrid Single Particle Lagrangian Integrated Trajectory (HYSPLIT) Model. The backwards trajectory HYSPLIT models for air parcels present on the eastern side of Houston, Texas and the northeastern side of Dallas, Texas during the 2011 ozone season illustrate that these cities in Texas were receiving air from the Gulf and

Caribbean regions with few exceptions.  The majority of those exceptions were air parcels coming in from the north or northeast and only occurred during the end of the ozone season. Models with the same parameters from recent and previous years displayed results that were consistent with the 2011 ozone season model results.

The presence of models that display air particle trajectories support both the average and specific wind data as well as the general understandings of global relative pressure and how they dictate wind patterns.  These patterns are the outline to our guide for understanding and forecasting the atmosphere.

## 6.2 International Air Pollution

Section 115 of the FCAA authorizes the EPA Administrator to require a state to revise its SIP under certain conditions to alleviate international transport into another country. When acting on an infrastructure SIP submission for a new or revised NAAQS, the EPA will look to whether the Administrator has made a finding with respect to emissions of the particular NAAQS pollutant and its precursors, if applicable. There are no final findings under section 115 of the FCAA against the State of Louisiana with respect to the 2015 ozone NAAQS.

## Chapter 7: Conclusion

Louisiana is attainment for all ozone standards and continues to use anti-backsliding measures to ensure that the air quality remains compliant with all state and federal regulations.  Furthermore, Louisiana has an approved Regional Haze SIP, and is included in Cross State Air Pollution Rule for summertime NOx. Transport of air pollution to the reference monitors is at such a level that any further requirement for industrial controls at this point would be cost prohibitive.  In conclusion, this SIP revision demonstrates that Louisiana meets the interstate transport requirements of FCAA, §110(a)(2)(D)(i)(I) as well as the requirements of FCAA, §110(a)(2)(D)(i)(II) for prevention of significant deterioration and visibility transport and the interstate pollution abatement and international air pollution requirements of FCAA, §110(a)(2)(D)(ii).

**Appendix A: Potpourri Notice**

## POTPOURRI

### Department of Environmental Quality
### Office of the Secretary
### Legal Affairs and Criminal Investigations Division

2015 Ozone National Ambient Air Quality Standards
(NAAQS)—State Implementation Plan (SIP) Revisions

Under the authority of the Louisiana Environmental
Quality Act, LA R.S. 30:2051 et seq., the secretary gives
notice that the Office of Environmental Assessment, Air
Analysis and Assessment Division will submit to the
Environmental Protection Agency (EPA) a revision to the
infrastructure, as required by section 110(a)(1) and (2) of the
Clean Air Act (CAA). (1808Pot2)

On October 1, 2015, the EPA strengthened the NAAQS
for ground-level ozone to 70 parts per billion (ppb). Pursuant
to sections 110(a)(1) and (2) of the CAA, each state is
required to submit a plan to provide for the implementation,
maintenance, and enforcement of a newly promulgated or
revised NAAQS.

The draft SIP will be submitted in two parts: Part I will
cover all elements except sec 110(a)(2)(D); Part II will cover
the good neighbor provisions in sec 110(a)(2)(D). Both Part
I and Part II are covered by this notice.

If any party wishes to have a public hearing on this matter,
one will be scheduled and the comments gathered at such
hearing will be submitted as an addendum to the original
submittal. All interested persons are invited to submit written
comments concerning the revisions no later than 4:30 p.m.,
September 20, 2018, to Vivian H. Aucoin, Office of
Environmental Assessment, P.O. Box 4314, Baton Rouge,
LA. 70821-4314, or by email to vivian.aucoin@la.gov.

A copy of the SIP may be viewed online at the LDEQ
Electronic Document Management System (EDMS)
AI # 174156 or the LDEQ headquarters at 602 North Fifth
Street, Room 530, Baton Rouge, LA.

Herman Robinson
General Counsel

1808#019

## POTPOURRI

### Department of Environmental Quality
### Office of the Secretary
### Legal Affairs and Criminal Investigations Division

Risk Evaluation/Corrective Action Program (RECAP)
Revisions (LAC 33:I.1307 and the RECAP Document)

The department has made revisions to the Risk
Evaluation/Corrective Action Program (RECAP). The draft
revisions amend and update the program to be consistent
with the current scientific methods and recommendations. In
the near future, LDEQ will begin the rulemaking process to
revise LAC 33:I.1307 and the RECAP document.
(1808Pot1)

The draft revision of the RECAP document is available on
the department's website for review by interested parties.
The URL is http://deq.louisiana.gov/page/proposed-recap.

Herman Robinson
General Counsel

1808#020

## POTPOURRI

### Department of Insurance
### Office of the Commissioner

Public Hearing—Substantive Changes to Notice of Intent
Regulation 78—Policy Form Filing Requirements
(LAC 37:XIII.Chapter 101)

The Department of Insurance published a Notice of Intent
to amend Regulation 78, in the March 20, 2018, Volume 44,
No. 3 edition of the *Louisiana Register*. The Department of
Insurance proposes to amend §§10109.I.1.b, 10113.I.1.b, and
10119 of the Notice of Intent, along with §§10107.I.1.b and
J.1, 10109.J.1, and 10113.J.1 of the current version of
Regulation 78, to comport with the passage of Act 171 of the
2018 Regular Session of the Louisiana Legislature, which
requires that a demand for a hearing be filed with the
Commissioner of Insurance.

### Title 37
### INSURANCE
### Part XIII. Regulations
### Chapter 101. Regulation 78—Policy Form Filing Requirements
### §10107. Filing and Review of Health Insurance Policy Forms and Related Matters

A. - I.1.a. ...

b. The affected insurer may request a hearing on the
withdrawal of approval, in accordance with the provisions of
Subsection J of this Chapter. The request for hearing must be
made to the Department of Insurance, pursuant to R.S.
22:2191.

I.1.c. - J. ...

1. Any person aggrieved by a failure to approve any
filing, or the disapproval of any filing, or the withdrawal of
approval of any filing, or any related action taken by the
department pursuant to this Section, may request an
administrative hearing in accordance with the provisions of
Chapter 12 of title 22 of the *Louisiana Revised Statutes*.
Pursuant to R.S. 22:2191, any demand must be in writing,
must specify in what respects the person is aggrieved and the
grounds upon which relief should be granted at the hearing,
and must be made within 30 days after the failure to approve
any filing, notice of disapproval of any filing, or the notice
of withdrawal of approval of any filing when such notice is
mailed to the aggrieved party at his last known address or
delivered to the aggrieved party.

K. - K.3. ...

AUTHORITY NOTE: Promulgated in accordance with R.S.
22:11, Directive 169, R.S.22:861, R.S. 22:862, and R.S. 22:974.



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 6
1445 ROSS AVENUE, SUITE 1200
DALLAS TX 75202-2733

September 19, 2017

Mr. Jason Meyers, Chief
Air Planning and Assessment Division
Louisiana Department of Environmental Quality
602 North Fifth Street
Baton Rouge, LA 70802

Dear Mr. Meyers:

Thank you for the opportunity to comment on the LDEQ's proposed SIP revision addressing
Infrastructure and Transport for the 2015 ozone standard. We appreciate your work to meet these
important Clean Air requirements. The EPA has reviewed the transport analysis contained in the
proposed SIP and offers suggestions on changes and additional analyses that could be made to
improve your final submittal.

As detailed below, the EPA provided extensive modeling information and analysis in a March
2018 memorandum to support the states' efforts to develop good neighbor SIPs for the 2015
ozone NAAQS to address their interstate transport obligations. While the information in our
March 2018 memorandum and the associated air quality analysis data could be used to inform
the development of these SIPs, the information was not a final determination regarding states'
obligations under the good neighbor provision. The memorandum continues to affirm the EPA's
historical four-step process for assessing transport. The memorandum also gave a list of potential
flexibilities in analytic approaches different than past practices that may warrant further
consideration by the states and the EPA implementing the four-step process.

The EPA provided further guidance via a teleconference with stakeholders on July 26, 2018, and
recently issued a memorandum reflecting that guidance (8/31/2018 memo Analysis of
Contribution Thresholds for Use in Clean Air Act Section 110(a)(2)(D)(i)(I) Interstate Transport
State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality
Standards). This memorandum addresses only the screening threshold value used to determine
whether an upwind state contributes to a monitor and does not address any other aspect of the
methodology for determination of significant impacts.

Louisiana has provided an analysis concluding that Louisiana's emissions do not interfere with
any other state's ability to attain or maintain the 2015 ozone NAAQS. Based on this analysis,
Louisiana did not proceed to Step 3 or 4 of the analysis which would involve the analysis of
whether there are reasonable controls that could be implemented to address transport and
adopting controls into the SIP as necessary. In the attachment, we provide comments on the
state's analysis with suggestions for how we believe it could be improved. We note that the

EPA's analysis does indicate impacts from Louisiana on downwind states, including Texas. As a result, Louisiana may wish to consider proceeding to step 3 of the transport framework and consider whether there are reasonable controls that might be implemented to assure the state meets the Clean Air Act's transport requirements.

We offer our support as you move forward. If you have any questions about these comments or would like further explanation of our modeling, please contact me at Donaldson.guy@epa.gov or at (214) 665-7242.

Respectfully yours,

Guy Donaldson
Associate Director for
Air, Multimedia Division

cc:  Vivian H. Aucoin
     Office of Environmental Assessment

## Detailed Comments

### Background

On October 1, 2015, the EPA promulgated a revision to the ozone NAAQS (2015 ozone NAAQS), lowering the level of both the primary and secondary standards to 0.070 parts per million (ppm).[1] Section 110(a)(1) of the CAA requires states to submit, within 3 years after promulgation of a new or revised standard, SIPs meeting the applicable elements of section 110(a)(2).[2] One of these applicable requirements is found in section 110(a)(2)(D)(i)(I), otherwise known as the good neighbor provision, which generally requires SIPs to contain adequate provisions to eliminate in-state emissions activities that significantly contribute to nonattainment or interfere with maintenance in other states due to interstate transport of pollution.

Through the development and implementation of CSAPR, the CSAPR Update and previous rulemakings pursuant to the good neighbor provision, the EPA, working in partnership with the states, developed the following four-step interstate transport framework to address the requirements of the good neighbor provision for the ozone NAAQS: (1) Identify downwind air quality problems; (2) identify upwind states that impact those downwind air quality problems sufficiently such that they are considered "linked" and therefore warrant further review and analysis; (3) identify the emissions reductions necessary (if any), considering cost and air quality factors, to prevent linked upwind states identified in step 2 from contributing significantly to nonattainment or interfering with maintenance of the NAAQS at the locations of the downwind air quality problems; and (4) adopt permanent and enforceable measures needed to achieve those emissions reductions.

The EPA has released several documents containing information relevant to evaluating interstate transport with respect to the 2015 ozone NAAQS. First, on January 6, 2017, the EPA published a notice of data availability (NODA) with preliminary interstate ozone transport modeling with projected ozone design values for 2023, on which we requested comment. On October 27, 2017, we released a memorandum (2017 memorandum) containing updated modeling data for 2023, which incorporated changes made in response to comments on the NODA. Although the 2017 memorandum also released data for a 2023 modeling year, we specifically stated that the modeling may be useful for states developing SIPs to address remaining good neighbor obligations for the 2008 ozone NAAQS but did not address the 2015 ozone NAAQS. On March 27, 2018, we issued a memorandum (March 2018 memorandum) indicating the same 2023 modeling data released in the 2017 memorandum would also be useful for evaluating potential downwind air quality problems with respect to the 2015 ozone NAAQS (step 1 of the four-step framework). The March 2018 memorandum also included newly available contribution modeling results to assist states in evaluating their impact on potential downwind air quality problems (step 2 of the four-step framework) in their efforts to develop good neighbor SIPs for the 2015 ozone NAAQS to address their interstate transport obligations.

The March 2018 memorandum describes the process and results of the updated photochemical modeling to project ambient ozone levels for the year 2023. The memorandum explains that the selection of the 2023 analytic year aligns with the 2015 ozone NAAQS attainment year for Moderate nonattainment areas. As described in more detail in the 2017 and 2018 memoranda, the EPA used photochemical air quality modeling to project ozone concentrations at air quality

monitoring sites to 2023 and estimated state-by-state ozone contributions to those 2023 concentrations. This modeling used the Comprehensive Air Quality Model with Extensions (CAMx version 6.40) to model average and maximum design values in 2023 to identify potential nonattainment and maintenance receptors with respect to the 2015 ozone NAAQS. For purposes of identifying potential nonattainment and maintenance receptors in 2023, the EPA considered a combination of monitoring data and modeling projections to identify monitoring sites that are projected to have problems attaining or maintaining the NAAQS. Specifically, the EPA identified nonattainment receptors (those monitoring sites with current measured values exceeding the NAAQS that also have projected (i.e., in 2023) average design values exceeding the NAAQS) and maintenance receptors (those monitoring sites with maximum design values exceeding the NAAQS).

The EPA next performed nationwide, state-level ozone source-apportionment modeling to estimate the expected contribution to these nonattainment and maintenance sites from each coterminous US state. While the March 2018 memorandum presented information regarding the EPA's latest analysis of ozone transport following the approaches the EPA has taken in prior regional rulemaking actions, the EPA did not make any final determinations regarding how states should identify downwind receptors with respect to the 2015 ozone NAAQS at step 1 of the four-step framework, or what threshold should be used to identify "linked" upwind states at step 2. Rather, the EPA noted that states have flexibility in developing their own SIPs to follow somewhat different analytical approaches than the EPA, so long as their chosen approach has an adequate technical justification and is consistent with the requirements of the CAA. The 2018 memorandum therefore included, as Attachment A, a preliminary list of potential flexibilities that the EPA concluded may warrant further discussion as states develop good neighbor SIPs addressing the 2015 ozone NAAQS.

On August 31, 2018, the EPA issued a memorandum, *Analysis of Contribution Thresholds for Use in Clean Air Act Section 110(a)(2)(D)(i)(I) Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards*, updating the information on the threshold to be used for determining a contribution to a nonattainment or maintenance receptor. By comparing the fraction of the total contribution accounted for at different threshold values the EPA concluded that it may be reasonable and appropriate for states to use a 1 ppb contribution threshold, as an alternative to a 1 percent threshold, at Step 2 of the 4-step framework in developing their SIP revisions addressing the good neighbor provision for the 2015 ozone NAAQS.

Consistency with respect to the EPA's SIP actions is legally required by the statute and regulations (see CAA§ 301(a)(2) and 40 CFR part 56) and is a particularly acute issue with respect to regional transport issues in which multiple states may be implicated; the potential value of considering different modeling tools or analyses in addition to the EPA's, provided that any alternative modeling is performed using a credible modeling system which includes "state-of-the-science" and "fit for purpose" models, inputs, and techniques that are relevant to the nature of the ozone problem.

**Comments on Louisiana's Submission**

Step 1    Identification of Nonattainment and Maintenance Receptors in 2023
Though not stated directly, the proposed SIP appears to rely on the EPA's modeling for 2023 to identify projected nonattainment and maintenance monitors using the approach in the CSAPR Update. It would be helpful if the SIP included a discussion of the data and methods used to identify 2023 nonattainment and maintenance receptors in downwind states.

Step 2 – Contribute to Nonattainment/Maintenance Receptors in 2023

Chapter 3.1

With respect to the threshold used to identify receptors warranting further review, Louisiana's proposal uses a threshold of 1 ppb. We note that subsequent to the submission of the LDEQ's SIP proposal, the EPA issued a memorandum on August 31, 2018, that provides additional information on the threshold that can be used for determining a contribution to a nonattainment or maintenance receptor. The memo discusses use of a 1 ppb threshold and provides analysis of that threshold, which the state should factor in to provide appropriate support as it prepares its final SIP submission.

Chapter 3.2

As noted in the SIP proposal, the EPA's modeling projected Louisiana will contribute nearly 2 ppb to the DFW area and above 3 ppb (maximum impact was 4.72 ppb) to 4 receptors in Houston/Galveston/Brazoria. The SIP proposal states that the Louisiana contribution should be deemed "significant" only if there is a persistent and consistent pattern of contribution on several days with elevated ozone. The LDEQ does not define "a persistent and consistent pattern" for contributions. It would be helpful if the SIP would explain what constitutes consistent and persistent contribution. In evaluating impacts, the EPA has focused on high ozone days in downwind states. The EPA contribution modeling provided in the March 2018 memo estimated the average contribution from each state to individual monitoring sites based the modeled contributions on the top 10 ozone days in 2023, as projected for that site. As part of the calculation of the average contribution metric, the EPA used a minimum of five days over the course of a single ozone season, i.e., at least five days out of 123 days. If there were fewer than five days with modeled ozone concentrations above 60 ppb at a particular monitoring site, then contributions were not calculated at that monitor.

Chapter 3.2 / Chapter 6.1 / Appendix B

Louisiana's alternative technique to assess the significance of contributions for step 2 is based on an analysis of seasonal weather patterns, surface wind directions, and periodic back trajectories. As detailed below, we have identified several areas where the methodology used to support the state's determination could be improved and have made suggestions to strengthen Louisiana's supplemental analysis of transport to contribute to the determination of whether emissions in Louisiana are causing or contributing to ozone exceedance in Texas.

3

1. Weather Pattern Analysis
The weather pattern analysis in the SIP proposal discusses large-scale weather patterns as they relate to commonly observed wind directions e.g. "North American atmospheric events tend to exhibit predominantly a west to east course" and "Global pressure systems create wind for Texas during the ozone season (May to September) that mostly comes from the Gulf of Mexico until near the end of the ozone season where the state receives wind from the north." Ozone exceedances do not happen every day but tend to occur during episodes of particular weather conditions that are conducive to ozone formation. Therefore, general statements about weather patterns may not be helpful in determining transport conditions during ozone episodes. It would strengthen the analysis if the SIP focused on the weather patterns that are associated with ozone episodes in DFW and Houston.

2. Wind Rose Analysis
Much of the LDEQ analysis concerns the wind roses for surface sites in the Dallas/Fort Worth and Houston/Galveston/Brazoria areas. The wind roses are cited as evidence that the wind seldom blows from Louisiana toward the Texas nonattainment areas. There are several potential limitations with this analysis: 1) wind directions measured at the surface are not necessarily good indicators of the wind direction occurring at higher elevations, which tend to have a stronger influence on interstate transport; 2) wind directions change spatially over the range of distance involved in transport from Louisiana to Texas; 3) wind directions change temporally over the range of time involved in transport from Louisiana to Texas; and 4) it appears that the wind roses are based on wind data measured throughout the year, not just during either ozone season or ozone episode days.

3. Back Trajectory Analysis
The LDEQ shows several HYSPLIT back trajectories to supplement their surface wind rose trajectory analysis. However, these are for two dates each month (the 8th and 22nd) ending at 1300 UTC. The SIP should explain why back trajectories on these days were chosen. It would strengthen the analysis to provide individual back trajectories for all high ozone days in the Houston or DFW area during the baseline period.

As a resource, the EPA's back trajectory plots are contained in the CSAPR Update AQ Modeling TSD.
https://www.epa.gov/airmarkets/air-quality-modeling-technical-support-document-final-cross-state-air-pollution-rule

Alternatively, all the back trajectories during high ozone periods can be combined into a back trajectory density plot depicting the frequency of trajectories during those conditions

There are also existing analyses that the LDEQ can draw on. The Texas Commission on Environmental Quality has done extensive analysis on the causes of ozone exceedances in Texas. (https://www.tceq.texas.gov/assets/public/implementation/air/am/modeling/hgb8h2/doc/HGB8H 2_Conceptual_Model_20090519.pdf)

4

LDEQ's back trajectory analysis can be strengthened by plotting the back trajectories by one of the techniques above for the high ozone episodes. To facilitate this analysis, we have attached an Air Quality System report for the highest ozone concentrations at the nonattainment and maintenance monitors in Texas during the base years.

Consistent with our March 27, 2018 memo "Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I)", we suggest an evaluation of the collective contribution in the Dallas/Fort Worth and Houston areas to determine the extent to which a receptor is "transport influenced." In addition, the EPA would be interested in Louisiana's recommendations on whether different contribution thresholds are appropriate based on regional differences in the nature or extent of the transport problem.

Steps 3 and 4 –

The EPA's analysis does indicate impacts from Louisiana on downwind states including Texas. Because of these impacts, Louisiana should consider proceeding to step 3 of the transport framework. We note that our March 2018 memorandum also included a list of potential flexibilities to address step 3 (Identifying air quality, cost, and emission reductions factors to be evaluated in a multifactor test to identify emissions that significantly contribute to nonattainment or interfere with maintenance of the NAAQS downwind, if any) and step 4 (Adopt permanent and enforceable measures needed to achieve emission reductions) that the LDEQ may consider as part of a step 3 analysis.

Interstate Transport State Implementation Plan
Response to Comment:

Louisiana appreciates the time and effort of EPA Region 6 to make the suggestions and additional analyses that have improved this submittal. The state has relied upon all data and memorandum produced by EPA in this matter.

**Comment:**  Identify the 2023 nonattainment and maintenance receptors in downwind states.
**Response:**  Louisiana has identified the receptors in the body of the document

**Comment:** Identify whether the state will use the 1% or 1PPB threshold contribution for determining contribution to a nonattainment or maintenance receptor
**Response:**  Louisiana will use the 1 PPB threshold contribution for determining contribution to a nonattainment or maintenance receptor.

**Comment:** Define "a persistent and consistent pattern" in terms of defining impacts on downwind states.
**Response**:  Louisiana has defined the pattern and has provided back trajectories on those monitored exceedances for the 2016-2018 ozone seasons, which will show that the definition is applicable to the conclusion.

**Comment:** Improve and support alternative techniques to assess the significance of contributions for Step 2.
**Response:** The state has added back trajectories for 99 exceedances at the receptors for the 2016-2018 ozone season.  All data was derived from the TCEQ website.

**Appendix B: Interstate Pollution Abatement Support Documents**

# Back Trajectories of 2016-2018 Ozone Exceedances at Model Receptors

Louisiana Department of Environmental Quality

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1600 UTC 03 Apr 16
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 178201          Job Start: Fri Oct 25 18:56:26 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137   height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 1 Apr 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1900 UTC 03 Apr 16
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 176499          Job Start: Fri Oct 25 18:34:16 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137   height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 1 Apr 2016 - GDAS1

Case: 23-60069 Document: 112-2 Page: 58 Date Filed: 03/27/2023

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 2200 UTC 03 Apr 16
### GDAS Meteorological Data



Job ID: 174649          Job Start: Wed Oct 30 13:35:06 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 1 Apr 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 03 Apr 16
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 11631          Job Start: Tue Nov  5 22:55:44 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Apr 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1600 UTC 23 Apr 16
### GDAS Meteorological Data



Job ID: 178966          Job Start: Fri Oct 25 19:05:17 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1900 UTC 23 Apr 16
### GDAS Meteorological Data



Job ID: 183345          Job Start: Fri Oct 25 19:56:13 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2016 - GDAS1





# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 23 Apr 16
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 12061          Job Start: Tue Nov  5 23:02:02 UTC 2019
Source 1      lat.: 29.901036      lon.: -95.326137      height: 24 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:       Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1600 UTC 27 Apr 16
### GDAS Meteorological Data



Job ID: 175391                Job Start: Wed Oct 30 13:56:37 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1900 UTC 27 Apr 16
### GDAS Meteorological Data



Job ID: 175479              Job Start: Wed Oct 30 13:59:27 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectory ending at 2200 UTC 27 Apr 16
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 175624          Job Start: Wed Oct 30 14:04:19 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137   height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 27 Apr 16
### GDAS Meteorological Data

Job ID: 12527 Job Start: Tue Nov 5 23:06:21 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 07 May 16
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

MIXDEPTH

1488

3000
2000
1000

18  12  06  00  18  12  06  00  18  12  06  00  18
        05/07            05/06            05/05

Job ID: 130946          Job Start: Fri Nov  8 02:27:57 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24.1 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 May 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 07 May 16
### GDAS Meteorological Data



Job ID: 130946          Job Start: Fri Nov  8 02:27:57 UTC 2019
Source 1     lat.: 29.901036     lon.: -95.326137     height: 24.1 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 May 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1500 UTC 07 May 16
### GDAS Meteorological Data



Job ID: 175524          Job Start: Wed Oct 30 14:01:23 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137   height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 1 May 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1800 UTC 07 May 16
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 175711          Job Start: Wed Oct 30 14:06:25 UTC 2019
Source 1      lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 1 May 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 2100 UTC 07 May 16
### GDAS Meteorological Data



Job ID: 176677          Job Start: Wed Oct 30 14:38:00 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 1 May 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2000 UTC 07 May 16
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 13040          Job Start: Tue Nov  5 23:10:41 UTC 2019
Source 1     lat.: 29.901036     lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 May 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2000 UTC 07 May 16
## GDAS Meteorological Data

Job ID: 13040 Job Start: Tue Nov 5 23:10:41 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 1 May 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1600 UTC 22 Jul 16
### GDAS Meteorological Data



Job ID: 176885                Job Start: Wed Oct 30 14:42:30 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1900 UTC 22 Jul 16
### GDAS Meteorological Data

Job ID: 177077                    Job Start: Wed Oct 30 14:48:40 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 2200 UTC 22 Jul 16
### GDAS Meteorological Data



Job ID: 177264                Job Start: Wed Oct 30 14:53:53 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 22 Jul 16
### GDAS Meteorological Data



Job ID: 13629          Job Start: Tue Nov  5 23:15:09 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 22 Jul 16
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 13629          Job Start: Tue Nov  5 23:15:09 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1800 UTC 03 Aug 16
### GDAS Meteorological Data



Job ID: 177382                    Job Start: Wed Oct 30 14:57:09 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 2100 UTC 03 Aug 16
### GDAS Meteorological Data



Job ID: 177431          Job Start: Wed Oct 30 14:58:16 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 1 Aug 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 0000 UTC 23 Aug 16
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

1500
1000
500

18    12    06    00    18    12    06    00    18    12    06    00
08/22                08/21                08/20

Job ID: 177592                Job Start: Wed Oct 30 15:03:53 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 0000 UTC 04 Aug 16
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 13977          Job Start: Tue Nov  5 23:17:37 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 26 Oct 16
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

MIXDEPTH

Job ID: 131197          Job Start: Fri Nov  8 02:33:05 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24.1 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Oct 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 26 Oct 16
### GDAS Meteorological Data

Job ID: 131197 Job Start: Fri Nov 8 02:33:05 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 22 Oct 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1600 UTC 26 Oct 16
### GDAS Meteorological Data



Job ID: 177837          Job Start: Wed Oct 30 15:10:25 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Oct 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1900 UTC 26 Oct 16
### GDAS Meteorological Data



Source ★ at 29.90 N  95.33 W

Meters AGL

Job ID: 178093          Job Start: Wed Oct 30 15:15:59 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Oct 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 2200 UTC 26 Oct 16
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 178191          Job Start: Wed Oct 30 15:18:00 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Oct 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 26 Oct 16
### GDAS Meteorological Data



Job ID: 14854                    Job Start: Tue Nov  5 23:24:16 UTC 2019
Source 1      lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Oct 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 26 Oct 16
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

1500
1000
500

0

18    12    06    00    18    12    06    00    18    12    06    00    18
10/26              10/25              10/24

Job ID: 14854          Job Start: Tue Nov  5 23:24:16 UTC 2019
Source 1     lat.: 29.901036     lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Oct 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1600 UTC 06 May 17
### GDAS Meteorological Data



Job ID: 178402                    Job Start: Wed Oct 30 15:23:34 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 1 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1900 UTC 06 May 17
### GDAS Meteorological Data



Job ID: 178470          Job Start: Wed Oct 30 15:25:35 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 1 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 2200 UTC 06 May 17
### GDAS Meteorological Data



Job ID: 178520          Job Start: Wed Oct 30 15:27:06 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 1 May 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 06 May 17
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 15821          Job Start: Tue Nov  5 23:33:36 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1400 UTC 07 May 17
### GDAS Meteorological Data



Job ID: 178621          Job Start: Wed Oct 30 15:28:52 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137   height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 1 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1700 UTC 07 May 17
### GDAS Meteorological Data



Job ID: 178653          Job Start: Wed Oct 30 15:29:55 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 1 May 2017 - GDAS1

# Backward trajectory ending at 2000 UTC 07 May 17
## GDAS Meteorological Data



Job ID: 178756          Job Start: Wed Oct 30 15:31:34 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137   height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 1 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2000 UTC 07 May 17
### GDAS Meteorological Data



Job ID: 16607          Job Start: Tue Nov  5 23:44:29 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137   height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1500 UTC 14 May 17
### GDAS Meteorological Data



Job ID: 179960              Job Start: Wed Oct 30 15:56:15 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z  8 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1800 UTC 14 May 17
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 180079          Job Start: Wed Oct 30 15:58:55 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 8 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 2100 UTC 14 May 17
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 180347                Job Start: Wed Oct 30 16:02:37 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137   height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 8 May 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 14 May 17
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

1500
1000
500

0

18 12 06 00 18 12 06 00 18 12 06 00 18
05/14 05/13 05/12

Job ID: 16721    Job Start: Tue Nov  5 23:47:41 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z  8 May 2017 - GDAS1





# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 14 May 17
### GDAS Meteorological Data

Job ID: 16721 Job Start: Tue Nov 5 23:47:41 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 8 May 2017 - GDAS1

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 180536                Job Start: Wed Oct 30 16:06:29 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 8 Sep 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1800 UTC 13 Sep 17
### GDAS Meteorological Data



Job ID: 180585      Job Start: Wed Oct 30 16:07:49 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 8 Sep 2017 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectory ending at 2100 UTC 13 Sep 17
GDAS Meteorological Data

Case: 23-60069    Document: 112-2    Page: 106    Date Filed: 03/27/2023

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 180790          Job Start: Wed Oct 30 16:12:38 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 8 Sep 2017 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 13 Sep 17
GDAS Meteorological Data

Job ID: 17008 Job Start: Tue Nov 5 23:56:41 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 8 Sep 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1500 UTC 14 Sep 17
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

| | |
|---|---|
| Job ID: 180922 | Job Start: Wed Oct 30 16:14:44 UTC 2019 |
| Source 1    lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL | |

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 8 Sep 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1800 UTC 14 Sep 17
### GDAS Meteorological Data



Job ID: 181060          Job Start: Wed Oct 30 16:15:43 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 8 Sep 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 2100 UTC 14 Sep 17
### GDAS Meteorological Data



Job ID: 180635                    Job Start: Wed Oct 30 16:09:14 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 8 Sep 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2000 UTC 14 Sep 17
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 17194          Job Start: Wed Nov 6 00:03:08 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 8 Sep 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 01 Oct 17
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

MIXDEPTH

3000

2000

1000

1018

18    06    00    18    12    06    00    18    12    06    00    18
      10/01          09/30          09/29

Job ID: 131327          Job Start: Fri Nov  8 02:36:23 UTC 2019
Source 1     lat.: 29.901036     lon.: -95.326137     height: 24.1 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 01 Oct 17
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

MIXDEPTH

1018

3000

2000

1000

18      06      00      18      12      06      00      18      12      06      00      18
     10/01              09/30              09/29

Job ID: 131327          Job Start: Fri Nov 8 02:36:23 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24.1 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 1 Oct 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1600 UTC 01 Oct 17
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

1500
1000
500

0

12   06   00   18   12   06   00   18   12   06   00   18
10/01              09/30              09/29

Job ID: 181280          Job Start: Wed Oct 30 16:19:55 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137   height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 1 Oct 2017 - GDAS1



Job ID: 181343          Job Start: Wed Oct 30 16:21:34 UTC 2019
Source 1    lat.: 29.901036  lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 1 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 2200 UTC 01 Oct 17
### GDAS Meteorological Data



Job ID: 181509          Job Start: Wed Oct 30 16:24:48 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 1 Oct 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 01 Oct 17
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

1500
1000
500

0

18    12    06    00    18    12    06    00    18    12    06    00    18
10/01              09/30              09/29

Job ID: 17254          Job Start: Wed Nov  6 00:04:36 UTC 2019
Source 1      lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 01 Oct 17
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 17254          Job Start: Wed Nov  6 00:04:36 UTC 2019
Source 1     lat.: 29.901036     lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Oct 2017 - GDAS1





# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 13 Oct 17
## GDAS Meteorological Data

Job ID: 131422 Job Start: Fri Nov 8 02:39:56 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 8 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 13 Oct 17
### GDAS Meteorological Data

Job ID: 131422          Job Start: Fri Nov  8 02:39:56 UTC 2019
Source 1      lat.: 29.901036      lon.: -95.326137      height: 24.1 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  8 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1500 UTC 13 Oct 17
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 181641          Job Start: Wed Oct 30 16:27:30 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 8 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1800 UTC 13 Oct 17
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 181716          Job Start: Wed Oct 30 16:29:05 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 8 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 2100 UTC 13 Oct 17
### GDAS Meteorological Data



Job ID: 181804          Job Start: Wed Oct 30 16:31:13 UTC 2019
Source 1    lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 8 Oct 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 13 Oct 17
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 17392          Job Start: Wed Nov  6 00:06:51 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  8 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 13 Oct 17
### GDAS Meteorological Data



Job ID: 17392        Job Start: Wed Nov  6 00:06:51 UTC 2019
Source 1     lat.: 29.901036     lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  8 Oct 2017 - GDAS1





# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 18 Oct 17
### GDAS Meteorological Data

Job ID: 131532 Job Start: Fri Nov 8 02:42:31 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 18 Oct 17
### GDAS Meteorological Data

Job ID: 131532 Job Start: Fri Nov 8 02:42:31 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectory ending at 1500 UTC 18 Oct 17
### GDAS Meteorological Data



Job ID: 181992                    Job Start: Wed Oct 30 16:35:23 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1



Job ID: 182087                    Job Start: Wed Oct 30 16:36:39 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1



Job ID: 182428          Job Start: Wed Oct 30 16:42:28 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 18 Oct 17
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

1500
1000
500

18    12    06    00    18    12    06    00    18    12    06    00    18
10/18              10/17              10/16

Job ID: 18838          Job Start: Wed Nov 6 00:21:25 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 18 Oct 17
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 18838          Job Start: Wed Nov 6 00:21:25 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 1600 UTC 28 Apr 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 184433          Job Start: Wed Oct 30 17:20:49 UTC 2019
Source 1     lat.: 29.901036     lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 29 Apr 18
### GDAS Meteorological Data



Job ID: 131648          Job Start: Fri Nov  8 02:45:33 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137    height: 24.1 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 29 Apr 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 29 Apr 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

MIXDEPTH

1229

3000
2000
1000

18    12    06    00    18    12    06    00    18    12    06    00    18
          04/29              04/28              04/27

Job ID: 131648          Job Start: Fri Nov  8 02:45:33 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137   height: 24.1 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 29 Apr 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 29 Apr 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 187681          Job Start: Wed Oct 30 17:43:41 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 29 Apr 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 29 Apr 18
### GDAS Meteorological Data



Job ID: 187681          Job Start: Wed Oct 30 17:43:41 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 29 Apr 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 07 May 18
### GDAS Meteorological Data



Job ID: 188517          Job Start: Wed Oct 30 17:57:36 UTC 2019
Source 1      lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 May 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 17 May 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

1500
1000
500

0

18  12  06  00  18  12  06  00  18  12  06  00  18
05/17              05/16              05/15

Job ID: 189256          Job Start: Wed Oct 30 18:09:18 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 15 May 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 08 Jun 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 197222      Job Start: Wed Oct 30 19:49:40 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z  8 Jun 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 26 Jul 18
GDAS Meteorological Data

Job ID: 131870        Job Start: Fri Nov  8 02:52:21 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24.1 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 26 Jul 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

MIXDEPTH

Job ID: 131870          Job Start: Fri Nov 8 02:52:21 UTC 2019
Source 1  lat.: 29.901036    lon.: -95.326137    height: 24.1 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2000 UTC 26 Jul 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

1500

1000

500

0

18  12  06  00  18  12  06  00  18  12  06  00  18
07/26            07/25            07/24

Job ID: 198272          Job Start: Wed Oct 30 20:07:11 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1





# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2000 UTC 26 Jul 18
### GDAS Meteorological Data

Job ID: 198272 Job Start: Wed Oct 30 20:07:11 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 27 Jul 18
GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

1500
1000
500

0

18        12        06        00        18        12        06        00        18        12        06        00        18
                          07/27                            07/26                            07/25

Job ID: 198355          Job Start: Wed Oct 30 20:08:46 UTC 2019
Source 1     lat.: 29.901036     lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 27 Jul 18
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

1500
1000
500

0

18    12    06    00    18    12    06    00    18    12    06    00    18
              07/27              07/26              07/25

Job ID: 198355        Job Start: Wed Oct 30 20:08:46 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 28 Jul 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 198693          Job Start: Wed Oct 30 20:14:11 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 23 Aug 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

MIXDEPTH

589

3000
2000
1000

18    12    06    00    18    12    06    00    18    12    06    00    18
08/23              08/22              08/21

Job ID: 131975          Job Start: Fri Nov  8 02:54:58 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24.1 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 23 Aug 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

MIXDEPTH

589

3000
2000
1000

18   12   06   00   18   12   06   00   18   12   06   00   18
        08/23              08/22              08/21

Job ID: 131975          Job Start: Fri Nov  8 02:54:58 UTC 2019
Source 1      lat.: 29.901036     lon.: -95.326137    height: 24.1 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 23 Aug 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 198753          Job Start: Wed Oct 30 20:15:54 UTC 2019
Source 1     lat.: 29.901036   lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 23 Aug 18
### GDAS Meteorological Data



Job ID: 198753          Job Start: Wed Oct 30 20:15:54 UTC 2019
Source 1      lat.: 29.901036     lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 24 Aug 18
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

MIXDEPTH

Job ID: 132069          Job Start: Fri Nov 8 02:57:00 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24.1 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 24 Aug 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

MIXDEPTH

Job ID: 132069          Job Start: Fri Nov  8 02:57:00 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24.1 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 24 Aug 18
GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 198898          Job Start: Wed Oct 30 20:19:46 UTC 2019
Source 1   lat.: 29.901036   lon.: -95.326137   height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 24 Aug 18
### GDAS Meteorological Data

Job ID: 198898       Job Start: Wed Oct 30 20:19:46 UTC 2019
Source 1    lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1





# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 25 Aug 18
### GDAS Meteorological Data

Job ID: 132199 Job Start: Fri Nov 8 02:59:40 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 25 Aug 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

MIXDEPTH

Job ID: 132199          Job Start: Fri Nov  8 02:59:40 UTC 2019
Source 1     lat.: 29.901036     lon.: -95.326137     height: 24.1 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 25 Aug 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

1500
1000
500

0

18   12   06   00   18   12   06   00   18   12   06   00   18
08/25              08/24              08/23

Job ID: 199077        Job Start: Wed Oct 30 20:24:03 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 25 Aug 18
### GDAS Meteorological Data

Source ★ at 29.90 N 95.33 W

Meters AGL

1500
1000
500

0

18    12    06    00    18    12    06    00    18    12    06    00    18
08/25                   08/24                   08/23

Job ID: 199077          Job Start: Wed Oct 30 20:24:03 UTC 2019
Source 1     lat.: 29.901036    lon.: -95.326137    height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 18 Sep 18
### GDAS Meteorological Data



Job ID: 199322          Job Start: Wed Oct 30 20:30:17 UTC 2019
Source 1     lat.: 29.901036     lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 15 Sep 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 19 Sep 18
### GDAS Meteorological Data



Source ★ at 29.90 N 95.33 W

Meters AGL

Job ID: 199273          Job Start: Wed Oct 30 20:29:15 UTC 2019
Source 1     lat.: 29.901036     lon.: -95.326137     height: 24 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 15 Sep 2018 - GDAS1













NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 07 May 16
GDAS Meteorological Data
Source ★ at 29.90 N 95.33 W
MIXDEPTH
1488
3000
2000
1000
18 12 06 00 18 12 06 00 18 12 06 00 18
05/07
05/06
05/05
Job ID: 130946 Job Start: Fri Nov 8 02:27:57 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL
Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 1 May 2016 - GDAS1

NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 26 Oct 16
GDAS Meteorological Data
Source ★ at 29.90 N 95.33 W
MIXDEPTH
1165
3000
2000
1000
18 12 06 00 18 12 06 00 18 12 06 00 18
10/26
10/25
10/24
Job ID: 131197 Job Start: Fri Nov 8 02:33:05 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL
Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 22 Oct 2016 - GDAS1

NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 01 Oct 17
GDAS Meteorological Data
Source ★ at 29.90 N 95.33 W
-100
-95
-90
-85
35
30
40
MIXDEPTH
3000
2000
1018
1000
18 12 06 00 18 12 06 00 18 12 06 00 18
10/01
09/30
09/29
Job ID: 131327 Job Start: Fri Nov 8 02:36:23 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL
Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 1 Oct 2017 - GDAS1

NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 13 Oct 17
GDAS Meteorological Data
Source ★ at 29.90 N 95.33 W
36
34
32
28
-102
-100
-98
-96
-94
-92
-90
-88
MIXDEPTH
3000
2000
976
1000
18 12 06 00 18 12 06 00 18 12 06 00 18
10/13
10/12
10/11
Job ID: 131422 Job Start: Fri Nov 8 02:39:56 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL
Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 8 Oct 2017 - GDAS1

NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 18 Oct 17
GDAS Meteorological Data
Source ★ at 29.90 N 95.33 W
MIXDEPTH
851
3000
2000
1000
18 12 06 00 18 12 06 00 18 12 06 00 18
10/18 10/17 10/16
Job ID: 131532 Job Start: Fri Nov 8 02:42:31 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL
Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1

NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 29 Apr 18
GDAS Meteorological Data
Source ★ at 29.90 N 95.33 W
MIXDEPTH
1229
3000
2000
1000
18 12 06 00 18 12 06 00 18 12 06 00 18
04/29 04/28 04/27
Job ID: 131648 Job Start: Fri Nov 8 02:45:33 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL
Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 29 Apr 2018 - GDAS1

NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 26 Jul 18
GDAS Meteorological Data
Source ★ at 29.90 N 95.33 W
MIXDEPTH
2410
3000
2000
1000
18 12 06 00 18 12 06 00 18 12 06 00 18
07/26 07/25 07/24
Job ID: 131870 Job Start: Fri Nov 8 02:52:21 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL
Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

NOAA HYSPLIT MODEL
Backward trajectories ending at 2300 UTC 23 Aug 18
GDAS Meteorological Data
Source ★ at 29.90 N 95.33 W
MIXDEPTH
589
3000
2000
1000
18 12 06 00 18 12 06 00 18 12 06 00 18
08/23 08/22 08/21
Job ID: 131975 Job Start: Fri Nov 8 02:54:58 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL
Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1

NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 24 Aug 18
GDAS Meteorological Data
Source ★ at 29.90 N 95.33 W
MIXDEPTH
1181
3000
2000
1000
18 12 06 00 18 12 06 00 18 12 06 00 18
08/24 08/23 08/22
Job ID: 132069 Job Start: Fri Nov 8 02:57:00 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL
Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1

NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 25 Aug 18
GDAS Meteorological Data
Source ★ at 29.90 N 95.33 W
MIXDEPTH
1647
3000
2000
1000
18 12 06 00 18 12 06 00 18 12 06 00 18
08/25 08/24 08/23
Job ID: 132199 Job Start: Fri Nov 8 02:59:40 UTC 2019
Source 1 lat.: 29.901036 lon.: -95.326137 height: 24.1 m AMSL
Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 28 Sep 16
### GDAS Meteorological Data



Job ID: 149341          Job Start: Fri Nov  1 16:25:34 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Sep 2016 - GDAS1







# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 02 Oct 16
### GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

Meters AGL

1500

1000

500

0

18    12    06    00    18    12    06    00    18    12    06    00    18
        10/02              10/01              09/30

Job ID: 149758          Job Start: Fri Nov  1 16:37:28 UTC 2019
Source 1    lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z  1 Oct 2016 - GDAS1



# NOAA HYSPLIT MODEL

## Backward trajectories ending at 2100 UTC 02 Oct 16

## GDAS Meteorological Data

Job ID: 149758 Job Start: Fri Nov 1 16:37:28 UTC 2019
Source 1 lat.: 29.520443 lon.: -95.392509 height: 19 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 1 Oct 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 06 May 17
### GDAS Meteorological Data



Source ★ at 29.52 N 95.39 W

Meters AGL

1500
1000
500

0

18    12    06    00    18    12    06    00    18    12    06    00    18
05/06              05/05              05/04

Job ID: 150080        Job Start: Fri Nov 1 16:49:19 UTC 2019
Source 1    lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 1 May 2017 - GDAS1





# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 08 Jun 17
### GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

MIXDEPTH

840

3000
2000
1000

18        06        00        18        12        06        00        18        12        06        00        18
06/08                   06/07                   06/06

Job ID: 126561          Job Start: Fri Nov  8 00:54:29 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  8 Jun 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 08 Jun 17
### GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

Meters AGL

Job ID: 150163          Job Start: Fri Nov 1 16:53:02 UTC 2019
Source 1     lat.: 29.520443   lon.: -95.392509   height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 8 Jun 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 08 Jun 17
### GDAS Meteorological Data



Source ★ at 29.52 N 95.39 W

Meters AGL

Job ID: 150163          Job Start: Fri Nov  1 16:53:02 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  8 Jun 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 12 Sep 17
### GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

Meters AGL

Job ID: 150543          Job Start: Fri Nov  1 17:02:46 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  8 Sep 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 30 Sep 17
### GDAS Meteorological Data



Source ★ at 29.52 N 95.39 W

MIXDEPTH

789

3000
2000
1000

18      12      06      00      18      12      06      00      18      12      06      00      18
              09/30                   09/29                   09/28

Job ID: 127107          Job Start: Fri Nov  8 01:04:31 UTC 2019
Source 1     lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 29 Sep 2017 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 30 Sep 17
GDAS Meteorological Data

Job ID: 127107        Job Start: Fri Nov  8 01:04:31 UTC 2019
Source 1      lat.: 29.520443      lon.: -95.392509      height: 19 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 29 Sep 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 30 Sep 17
### GDAS Meteorological Data



Job ID: 150617          Job Start: Fri Nov  1 17:04:22 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 29 Sep 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 30 Sep 17
### GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

Meters AGL

1500
1000
500

0

18    12    06    00    18    12    06    00    18    12    06    00    18
09/30              09/29              09/28

Job ID: 150617          Job Start: Fri Nov  1 17:04:22 UTC 2019
Source 1      lat.: 29.520443      lon.: -95.392509      height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:        Model Vertical Velocity
Meteorology: 0000Z 29 Sep 2017 - GDAS1





# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 18 Oct 17
### GDAS Meteorological Data

Job ID: 127323 Job Start: Fri Nov 8 01:09:10 UTC 2019
Source 1 lat.: 29.520443 lon.: -95.392509 height: 19 m AMSL

Trajectory Direction: Backward Duration: 72 hrs
Vertical Motion Calculation Method: Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 18 Oct 17
### GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

MIXDEPTH

876

3000
2000
1000

18    12    06    00    18    12    06    00    18    12    06    00    18
      10/18              10/17              10/16

Job ID: 127323          Job Start: Fri Nov 8 01:09:10 UTC 2019
Source 1    lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 18 Oct 17
## GDAS Meteorological Data

Job ID: 150693    Job Start: Fri Nov 1 17:05:54 UTC 2019
Source 1    lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 18 Oct 17
### GDAS Meteorological Data



Job ID: 150693          Job Start: Fri Nov 1 17:05:54 UTC 2019
Source 1    lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 24 Apr 18
### GDAS Meteorological Data



Source ★ at 29.52 N. 95.39 W

Meters AGL

Job ID: 150831          Job Start: Fri Nov  1 17:09:45 UTC 2019
Source 1     lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 25 Jul 18
### GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

MIXDEPTH

946

3000
2000
1000

18    12    06    00    18    12    06    00    18    12    06    00    18
      07/25              07/24              07/23

Job ID: 127652          Job Start: Fri Nov  8 01:15:14 UTC 2019
Source 1      lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 25 Jul 18
### GDAS Meteorological Data



Job ID: 127652        Job Start: Fri Nov  8 01:15:14 UTC 2019
Source 1      lat.: 29.520443    lon.: -95.392509      height: 19 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 25 Jul 18
### GDAS Meteorological Data



Source ★ at 29.52 N 95.39 W

Meters AGL

Job ID: 151009          Job Start: Fri Nov  1 17:13:53 UTC 2019
Source 1    lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 25 Jul 18
### GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

Meters AGL

1500
1000
500

0

18  12  06  00  18  12  06  00  18  12  06  00  18
07/25            07/24            07/23

Job ID: 151009          Job Start: Fri Nov  1 17:13:53 UTC 2019
Source 1    lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 26 Jul 18
### GDAS Meteorological Data



Job ID: 127825          Job Start: Fri Nov  8 01:18:42 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 26 Jul 18
### GDAS Meteorological Data



Source ★ at 29.52 N 95.39 W

MIXDEPTH

Job ID: 127825          Job Start: Fri Nov  8 01:18:42 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 26 Jul 18
### GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

Meters AGL

Job ID: 151308          Job Start: Fri Nov 1 17:19:37 UTC 2019
Source 1    lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 26 Jul 18
### GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

Meters AGL

1500
1000
500

0

18 12 06 00 18 12 06 00 18 12 06 00 18
07/26          07/25          07/24

Job ID: 151308          Job Start: Fri Nov 1 17:19:37 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 02 Aug 18
### GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

Meters AGL

Job ID: 151492          Job Start: Fri Nov  1 17:23:41 UTC 2019
Source 1     lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2018 - GDAS1