NO. 23-60069

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL
QUALITY; LUMINANT GENERATION COMPANY LLC; COLETO
CREEK POWER, LLC; ENNIS POWER COMPANY, LLC; HAYS
ENERGY, LLC; MIDLOTHIAN ENERGY, LLC; OAK GROVE
MANAGEMENT COMPANY LLC; WISE COUNTY POWER
COMPANY, LLC; ASSOCIATION OF ELECTRIC COMPANIES OF
TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL;
TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION
OF TEXAS; AND RAILROAD COMMISSION OF TEXAS; STATE OF
MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL
QUALITY; MISSISSIPPI POWER COMPANY; STATE OF
LOUISIANA; AND LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
and MICHAEL S. REGAN, Administrator,
United States Environmental Protection Agency,

*Respondents.*

---

## DECLARATIONS IN SUPPORT OF MOTION FOR LEAVE TO
## INTERVENE BY SIERRA CLUB, AIR ALLIANCE HOUSTON,
## AND DOWNWINDERS AT RISK

---

*/s/ Joshua D. Smith*
Joshua D. Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, California 94612
415-977-5560
415-977-5704
joshua.smith@sierraclub.org

Zachary M. Fabish
Sierra Club
50 F St NW, 8th Floor
Washington, DC 20001
650-388-8446
zachary.fabish@sierraclub.org
*Admission Pending*

*Counsel for Sierra Club*

*/s/ Kathleen L. Riley*
Kathleen L. Riley
Seth L. Johnson
Earthjustice
1001 G. St NW, Ste. 1000
Washington, DC 20001
202-745-5227
202-797-5245
kriley@earthjustice.org
sjohnson@earthjustice.org

*Counsel for Sierra Club, Air
Alliance Houston, and
Downwinders at Risk*

Filed: March 27, 2023

## CERTIFICATE OF SERVICE

On this 27th day of March, 2023 a true and correct copy of the foregoing

Declarations in Support of Motion For Leave To Intervene by Sierra Club, Air

Alliance Houston, and Downwinders at Risk was filed with the electronic case

filing (ECF) system of the U.S. Court of Appeals for the Fifth Circuit, which will

provide electronic notice to counsel of record.

*/s/ Joshua Smith*
Joshua Smith

## DECLARATION OF HUDA FASHHO

I, Huda Fashho, hereby declare and state as follows:

1.    The Sierra Club is a non-profit membership organization, headquartered in Oakland, California.  The Sierra Club's purpose is to practice and promote the responsible use of the earth's ecosystems and resources, to educate and enlist humanity to protect and restore the quality of the natural and human environment, and to use all lawful means to carry out these objectives.

2.    I am the Senior Managing Director of Member Care at the Sierra Club.  I have had this position for eleven years.

3.    In this role, I manage the Sierra Club's customer service functions related to members, including maintaining an accurate list of members and managing the organization's member databases.

4.    When an individual becomes a member of the Sierra Club, his or her current residential address is recorded in our membership database.  The database entry reflecting the member's residential address is verified or updated as needed.

5.    The Sierra Club currently has 717,518 members nationally, including 24,151 members in Texas, 8,614 members in New Mexico, 10,631 members in Missouri, 18,118 members in Wisconsin, and 26,988 members in Illinois.

6.    Among Sierra Club's members are Misti O'Quinn, Marjorie Lewis, Brandt Mannchen, Verena Owen, Antoinette Reyes, and Sarah Willey.

1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2023, in Fairfield, California.

Huda Fashho

## DECLARATION OF JENNIFER HADAYIA

1.     I am the Executive Director of Air Alliance Houston (AAH), founded over 30 years ago, and I have served in this role since November 15, 2021. I have a master's degree in public policy and administration. Previously, I worked for Legacy Community Health Services, Inc., the largest Federally Qualified Health Center (FQHC) in the state of Texas, as the director of their public health department. Before that, I oversaw health equity initiatives for Harris County Public Health, the governmental public health department for Harris County, Texas. Through this work, I have gained knowledge of the impacts of air pollution on health and of the state of air quality in Houston and Harris County. I have also gained experience working with community members, groups, and policymakers concerned about air quality.

2.     I was born and raised in Houston, and my family includes three generations of people who have worked at the Houston Ship Channel and related petrochemical facilities. Air pollution is a concern for me personally due to my family's multi-generational exposure. I also personally spend time near these facilities, as much as several times a month, to visit family members and for various work purposes, and I am aware of the pollution in the air there due to observing smells, flares, and haze.  I also pay close attention to Ozone Action Days and Asthma Air Aware Day Warnings issued by the local health department. I

1

notice greater difficulty breathing for myself and for my family members when we are outdoors on those days, so we make the decision to spend less time walking or biking outdoors than we would like to.

3.     AAH is a non-profit advocacy organization whose mission is to reduce the public health impacts of air pollution in Houston and Harris County. This includes the health impacts of ozone pollution. We pursue our mission by conducting applied research on air pollution, educating the community about the harms of air pollution and its sources, and advocating for improvements at the local, state, and national levels. We work closely with constituents to provide the training and technical assistance they need to address air pollution in their daily lives.

4.     Through our research, we have observed that air pollution exposure is concentrated in communities in Houston and Harris County that are predominantly people of color and lower income. This is due to the presence of multiple air pollution sources being historically and consistently located in these communities, such as refineries and major highways.  Populations of color and lower income populations are also more susceptible to the health effects associated with poor air quality and have less access to health care. Working to remedy this type of unfairness is a core part of AAH's mission.

5.     Through my job responsibilities, I am aware that ozone results from the reaction of nitrogen oxides (NOx) and volatile organic compounds (VOCs) in the

2

atmosphere and that these compounds are emitted from, among other sources, refineries and power plants. Further, from scientific studies I review as part of my job, I am aware that some of these VOCs are hazardous air pollutants, like benzene, that can cause health impacts such as cancer and severe breathing problems.  I also know from my research that, as climate change results in higher temperatures for longer periods of time, the conditions for the creation of ozone become more common.

6.      Because of the harms it causes to public health, ozone pollution is a major focus of AAH. In Houston and Harris County, there are many large industrial facilities whose emissions contribute to ozone pollution locally, such as concrete plants, metal recyclers, and petrochemical refineries and terminals. In the contiguous county of Fort Bend is also located a prominent polluter of ozone-causing and other pollutants: W.A. Parish Generating Station (2500 Y. U. Jones Rd, Richmond, TX 77469). As a result of my work, I am aware that the Houston area continues to be in non-attainment of the 2015 ozone standard according to the EPA, and I understand the ozone resulting from the facility impacts the air in Houston and Harris County, as well in other states.

7.      AAH routinely avails itself of opportunities to participate in public rule-making processes to address air pollution like ozone that harms health in the Houston area. We regularly testify on proposed rules and regulations that may have

3

impacts on air quality and, subsequently, public health. We participate on regional air quality committees and weigh in at the federal and state levels on plans to limit ozone and other forms of air pollution. We also engage in the permitting process for local facilities by submitting public comments and speaking at public meetings. I am often the person who provides such testimony on behalf of AAH. I also write talking points and otherwise provide guidance to AAH staff and community members who also provide written or oral testimony.

8.    Additionally, I am aware that the EPA recently disapproved Texas's and twenty other states' submitted implementation plans because they failed to address their pollution that contributes to unhealth ozone levels in other states.

9.    If ozone pollution in the areas I work and visit were reduced, either through a revised state plan or a federal plan, it would reduce risks to my health and wellbeing and to that of my family members, co-workers, AAH's supporters, and the Houston area community as a whole. I am concerned that if cross-state ozone pollution is not more strictly controlled, then the risks to health will continue to compound here in Houston and Harris County, where we are already in severe ozone non-attainment due to multiple local and nearby pollution sources including refineries and power plants. Accordingly, I submit this declaration to support AAH's intervention in defense of EPA's national disapproval of inadequate state plans.

4

I declare under the penalty of perjury that, to the best of my knowledge, the

foregoing is true and correct.

Executed in Houston, Texas on March 20 , 2023.

_Jennifer Hadayia_

Jennifer M. Hadayia, MPA

## DECLARATION OF MARJORIE LEWIS

I, Marjorie Lewis, hereby declare as follows:

1.     I am 46 years old and competent to give this declaration. I have personal knowledge of the following facts, and if called as a witness could testify competently to them. As to those matters which reflect an opinion, they reflect my personal experience, opinion and judgement on the matter.

2.     I live in Madison, Wisconsin, northwest of Kenosha, and about an hour from Milwaukee and the Lake Michigan shoreline.

3.     I am an active member of the Sierra Club and have been a member since 2016 because I care deeply about protecting the environment and public health and I believe Sierra Club has been effective in furthering its mission to protect the environment. I am a volunteer for the Wisconsin Chapter. When I learned that Wisconsin gets 60% of its energy from fossil fuels such as coal, I searched for a way to get involved and make a difference. As a volunteer for the Sierra Club's Beyond Coal Campaign, I engage in activism to stop the construction of new coal plants, get coal-fired power plants to shut down, and encourage Wisconsin to transition to clean energy.

4.     As a volunteer with Sierra Club's Beyond Coal Campaign, I know that fossil-fuel burning power plants and other industrial sources emit significant amounts of nitrogen oxides, which can contribute to the formation of harmful

ground-level smog or ozone in the communities around those power plants, and sometimes even hundreds of miles away.

5.     It's my understanding that EPA has found that air quality in Kenosha, Milwaukee and other nearby Wisconsin and Illinois counties violates the national standard for safe ozone pollution. As I understand it, that essentially means that the air is unhealthy to breathe.

6.     I know that EPA has also determined that unsafe smog in Wisconsin and Illinois is partly due to air pollution from power plants hundreds of miles away, in states like Texas, Missouri, Ohio, Kentucky, and others.

7.     I am very concerned about poor air quality in my community and in the broader Kenosha County. I don't have respiratory issues, but I experience anxiety and worry for my friends and clients who have asthma. I also consider myself a health-conscious person and work hard to eat healthy and exercise. I find it deeply upsetting that factors out of my control – especially poor air quality – increase my and my family's risk of developing adverse health impacts as a result of breathing in polluted air. As a mother of four, I also worry about the cognitive development of children living in polluted air because we as a society are not doing enough to stop this smog and pollution.

8.     I worry about my health as well as the health of my family. As a result, I frequently monitor the air quality in my area. I use a weather app to

monitor air quality info and use this to plan our activities on poor air quality days. I regularly take sunrise walks around Lake Mendota. On a clear morning I can see into the distance for miles. However, on smoggy mornings I notice a grey cast that gives they sky a dingy and dirty quality which I makes me upset. Although I love to for hikes and bike rides, I still feel anxious about the air quality, and that diminishes my enjoyment of the outdoors. We experience this smog year-round, regardless of season, and it's really disappointing to me that despite knowing the health consequences of smoggy air, we still need to advocated for cleaner air.

9.     I understand that EPA recently issued a rule that would reduce smog pollution in Wisconsin by requiring large industrial sources of ozone-forming pollution to do their fair share to reduce pollution. And I know that Sierra Club advocated for such protections, and is supporting EPA against legal challenges from industry.

10.     I support EPA's regulations because I believe that reducing pollution from power plants both in Wisconsin and in other states would benefit my health and my family and friends, and improve my enjoyment of nature and the outdoors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  3/18/2023

Marjorie Lewis

## DECLARATION OF BRANDT MANNCHEN

I, Brandt Mannchen, hereby declare as follows:

1. I am a member of the Sierra Club. I joined the Sierra Club in 1977 because I strongly support the Sierra Club's mission and its dedication to environmental stewardship. I greatly enjoy participating in Sierra Club activities. I submit public comments on draft environmental regulations, give presentations to other members, and learn from the mentorship of fellow members. I am the Forest Management Issue Chair for my local Sierra Club chapter, and I often interact with the U.S. Forest Service when they propose new projects. I am also the Forestry Chair and am outings leader for the Houston Regional Sierra Club, so I organize trips to parks and national forests so that Sierra Club members can learn more about nature and foster a greater sense of environmental stewardship.

2. I greatly appreciate the Sierra Club's commitment to public health in Harris County, Texas. I grew up in Harris County, and I have lived in Harris County for the past 47 years. My academic and professional experience has educated me on air pollution in Harris County. I have a Bachelor of Science Degree in Environmental Science and a Master of Science Degree in Environmental Management. Though I am currently retired, I worked for the City of Houston Health Department from 1975 to 2004. I spent 26 of those

years in the Bureau of Air Quality Control, where I served as an air quality investigator. I want Harris County to be a cleaner place to live, and I am keenly aware of the impact of air pollution on public health.

3. I understand that Harris County is failing to meet the 2015 ozone standard and that, according to EPA, some of the ozone pollution in Harris County comes from other states, including Louisiana, Mississippi, and Arkansas.

4. I am also a member of other environmental groups. I am a member of the Texas Land Conservancy and perform restoration work with them. I also am a member of the Coastal Prairie Conservancy and perform restoration work with them as well. I am also a member of the Gulf Coast Bird Observatory.

5. I am very concerned about the air quality of my local area. I have allergies, which I believe are attributed in part to air pollution. I have consistent issues with nasal drainage, which I believe air pollution exacerbates. I also have encrustations in my nose, which bleed and make it more difficult to breathe. I sometimes feel the bloody encrustations in my nose when I breathe, which is very discomforting. I worry that the poor quality in my local area will worsen my health issues or create new ones.

6. The health impacts of air pollution make me concerned for my family, including my wife who I live with. I don't want my family exposed to dangerous air pollutants. My concerns for my health and the health of my

family due to air pollution lower my quality of life, and I would be much happier if the air quality were improved.

7. I take walks every day to enjoy the outdoors in my local neighborhood. I also like to go birdwatching at wildlife refuges, such as Anahuac, San Bernard, and Brazoria, a couple times a year each. The air pollution in my area takes away from my enjoyment of taking my walks or birdwatching, lowering my quality of life. On bad days, I can see the haze of the air pollution, which makes me feel anxious about the high concentrations of air pollution I breathe in while taking my walks and birdwatching. I am also anxious that, even when it can't be seen or smelled, air pollution is always present, and I could be exposed to dangerous contaminants without even realizing. Though I am determined to take my walks, I make decisions to try to minimize my exposure to air pollution. I try to minimize my time outside on days with severe ozone pollution. I avoid taking walks at 3pm, as I understand that pollution levels are usually highest at that time of day. Instead, I take walks in the early mornings, because pollution levels then are usually at their lowest. I worry about my health because of my age. I want to enjoy life for as long as possible with my family and enjoy the environment by going outside. I am concerned that pollution could debilitate me and keep me from enjoying the environment the way that I want to.

8. As I understand it, EPA is taking actions that would reduce ozone pollution from Texas and other states that impact Texas air quality.

9. Reduced ozone pollution where I live and spend time outdoors would benefit me. I would worry less about the effects of air pollution on my health and my family's health. I would be freer to enjoy my walks outside and birdwatch without fear of exposure to harmful air pollutants, and I would be freer to take my walks and birdwatch when I choose, rather than avoiding times of day with high ozone. As a result, my quality of life would improve.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed in Houston, Texas on March 22 , 2023.

Brandt Mannchen

4

## DECLARATION OF VERENA OWEN

I, Verena Owen, hereby declare as follows:

1.      I am 66 years old and competent to give this declaration. I have personal knowledge of the following facts, and if called as a witness could testify competently to them. As to those matters which reflect an opinion, they reflect my personal experience, opinion and judgement on the matter.

2.      I live in Winthrop Harbor, Illinois, just south of Kenosha, Wisconsin, and about one mile from Lake Michigan, and about an hour north of Chicago.

3.      I am an active member of the Sierra Club and have been a member since 1991. I got involved with the Sierra Club because I am passionate about its mission to protect the environment and public health. I am the Volunteer Co-Leader of Sierra Club's National Beyond Coal Campaign, In that role, I helped co-found the Beyond Coal Campaign in 2002, when other Illinois Sierra Club volunteers and I began to see more and more proposals for new coal plants popping up in the backyards of communities across Illinois and Wisconsin. Together, with other Sierra Club volunteers, we began tracking coal plant permits and participating in regulatory and rulemaking proceedings across the country to stop the build out of new coal plants and push highly-polluting, existing coal and fossil-fuel burning power plants to clean up their pollution or transition to clean energy. I have also spoken in support of strengthening air pollution standards in

numerous EPA and state rulemakings, including EPA's 2010 public hearings in
Chicago regarding the Transport Rule.

4.    Given my volunteer experience as part of the Sierra Club's Beyond
Coal Campaign for more than 20 years, I know that fossil-fuel burning power
plants and other industrial sources emit significant amounts of nitrogen oxides,
which can contribute to the formation of harmful ground-level smog or ozone, both
in the vicinity of those power plants and sometimes hundreds of miles away.

5.    I'm also aware that EPA has determined that air quality in Lake
County, Illinois, where I live, and several nearby counties in Illinois and
Wisconsin, fail to meet national safeguards for ozone pollution, meaning that the
air is unhealthy to breathe. I know that, according to EPA and air quality modeling,
high concentrations of ozone pollution in Illinois and Wisconsin are due, in part, to
air pollution from power plants hundreds of miles away, in states like Texas,
Missouri, Ohio, Kentucky, and others. Smog also causes hazy skies and visibility
impairment in places like Chicago, where I regularly travel for volunteer work and
recreation.

6.    I am deeply concerned about smog and poor air quality in my
community and in the broader Chicago area. While I personally do not have
respiratory issues, I do have a heart condition which research shows can be
exacerbated by ozone pollution. Additionally, my husband is sensitive to the

respiratory effects of ozone pollution and experiences a heavy feeling in his lungs on days when the air quality index ("AQI") is high. I often tell him to take it easy or to go home and this limits our ability to enjoy outdoor activities.

7.     I worry about my health as well as the health of my husband. As a result, I frequently monitor the air quality in my area. I use a smart phone app and subscribe to email updates from AirNow, each of which notifies me when air pollution is bad in my area – to plan our daily activities. Although we love to go for walks along Lake Michigan, hikes and bike rides in our community, and garden, we avoid going outdoors on days when the air quality is bad and ozone levels are high. We also enjoy going to farmers markets or going shopping in Kenosha, and our doctor's office is also in Kenosha. I also regularly travel to Chicago to attend social or cultural events as well as visiting the Sierra Club office. But I avoid those activities, if I can, when air quality is poor. Sometimes, however, I have to go into the Chicago office or shopping, and I'm unable to avoid being exposed to elevated smog levels, which makes me concerned for my health and my husband's well being. It's also disappointing to see smog in places like Chicago, and it makes me sad to know that a large portion of that smog could be eliminated if we reduced our reliance on fossil-fuel burning energy generation.

8.     I would like to enjoy regular outside activities such as biking, hiking, and gardening, but we have to avoid those activities on bad air days. My residence

in Winthrop is about a mile from Lake Michigan and about three blocks from Wisconsin border. I enjoy taking walks along the lakeshore. On clear days, I can distinctly see the Chicago skyline about 50 miles south. When smog pollution levels are high, the entirety of the skyline is sometimes obscured, which is incredibly disappointing to me.

9.    I understand that EPA has issued a rule that would reduce smog pollution in Illinois and Wisconsin by requiring power plants and other sources of ozone-forming pollution in other states to do their fair share to reduce pollution. And I know that Sierra Club advocated for such protections, and is supporting EPA against legal challenges from industry. I support EPA's regulations and Sierra Club's effort to support those regulations because the rule would benefit my health and my family, and improve my ability to spend time outdoors hiking, biking, gardening, and enjoying nature and the outdoors generally.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3/16/2023

Verena Owen

## DECLARATION OF MISTI O'QUINN

I, Misti O'Quinn, hereby declare as follows:

1. I am a board member of Downwinders At Risk. I joined the board in 2017.
   Downwinders At Risk is incorporated under the laws of Texas as a non-
   profit organization. Downwinders at Risk was organized to reduce air
   pollution that harms North Texas, particularly the Dallas-Fort Worth area.

2. I am also a Sierra Club member and work for the Club as an organizer. I
   have been a member since 2017, but I volunteered for Sierra Club even
   before I joined as a member.

3. I live in Dallas, TX in Collin County. I grew up in the Dallas-Fort Worth
   area and have lived here all my life. I have three children, ages 9, 16, and
   18. They live with me.

4. I am aware that the Dallas-Fort Worth area, including Collin County where
   I live, fails to meet clean air standards for ozone, a harmful air pollutant
   that can cause serious respiratory problems, asthma attacks, and even
   death.

5. My family and I spend lots of time outside for recreation, where we breathe
   polluted air. My children love playing outside, and swimming when the
   public pools are open. They usually go swimming two to three times a
   week during the summer months. We like to visit the Arbor Hills Nature

1

Preserve and the Cedar Ridge Preserve as a family to spend time at the overlooks and have picnics. We also like to grill outside. But I often check the weather report, and if it's a bad air day, we stay indoors and can't enjoy these activities.

6. I also spend a lot of time outside as part of activities with Downwinders At Risk, and as part of my job with Sierra Club. Since March 2018, I've been frequently going to Joppa, a neighborhood in southern Dallas that was founded as a freedman's town, to try to develop an air monitoring network and to get a better understanding of what the air quality there actually is like. The neighborhood has many sources of air pollution, including a concrete batch plant, an asphalt plant, and other industrial facilities. Based on my experience volunteering with Downwinders at Risk and Sierra Club, I understand that ozone pollution in the Dallas Fort Worth area and my community is also caused by pollution from numerous sources that may be many miles away, including large coal- and gas-burning power plants throughout Texas.

7. We train community members to use portable air monitors to, for example, monitor particulate matter in their neighborhood. We are also getting permanent air monitors up in Joppa and throughout Dallas to build out an air monitoring network. We also help our community members

2

track levels of ozone or smog pollution through online sources.

8. As a community organizer, I also sped a lot of time outdoors. Specifically, I participate in outdoor protests, demonstrations, and spending time educating and working with other community members.

9. Two of my children—my 9-year-old son and 16-year-old daughter—have asthma. They've had to go to the doctor so often that my 16-year-old knows the details of the routine at the hospital. When she was about 5, she was in the ER about once a month because of asthma attacks. We've been largely able to control it now, but there are flare-ups. She still has to stay home from school a lot because of her asthma.

10. I've started trying to do more cardio to build up my lungs and combat the effect of ozone pollution—but I only run indoors, at the gym. Running on the treadmill gives me shin splints, and it's boring. I would like to run outside if the air quality were improved.

11. I would also really like to spend more time outdoors gardening if the air quality were improved.

12. My 9-year-old is also seriously affected by asthma and has to stay home from school regularly as a result. He has had two bouts with pneumonia already that sent him to the hospital for 5-6 days each. They started with allergies and asthma attacks, then got worse.

3

13. The doctor visits and medications my children need because of these asthma problems and flare-ups are expensive. Both my son and daughter take a variety of medication and inhalers to control their asthma. My son likes to hear the hum of his nebulizer—a breathing machine—to get to sleep. We shouldn't have to live like this.

14. Other family members of mine have had asthma. My grandmother would have asthma attacks so bad she would have to be in the hospital for days at a time. One put her in a coma.

15. I also sometimes have to use an inhaler or nebulizer when my chest gets tight and it gets harder to breathe.

16. The doctor visits and medications we need because of these asthma problems are expensive. We also use plug-in air purifiers in our home, which is another expense.

17. I am very concerned about the impact of air pollution on my family's and my health and wellbeing. My children's respiratory illnesses are what drove me to get involved with Downwinders At Risk and Sierra Club. Once I started getting data on air quality and the links between air pollution and respiratory illnesses, it lit a fire under me.

18. Better air quality where we live, work, and engage in recreation will benefit me and my family. With more clean air days, we wouldn't have to

stay inside. I would worry less about my children's and my health. Clean air would also help us financially, because we could avoid the expense of doctor visits and medication for my children's asthma.

19. I am aware that the U.S. EPA has issued a rule that would reduce ozone-forming pollution in Texas by requiring many industrial sources in Texas and other states to reduce emissions. I strongly support Downwinders At Risk's and Sierra Club's legal efforts to support EPA's regulations and to ensure that the Clean Air Act is fully implemented and ozone air pollution levels are reduced. Such regulations would benefit my health, my family's health, and other people who suffer from respiratory disease, and improve my ability to spend time outdoors.

I declare under the penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: March _16_ , 2023

Misti O'Quinn

5

## DECLARATION OF ANTOINETTE REYES

I, Antoinette Reyes, declare as follows:

1.      My name is Antoinette Reyes. I am over 18 years old. The information in this declaration is based on my personal experience and my review of publicly available information.

2.      My primary residence is in Las Cruces, New Mexico. I have lived in Doña Ana County for over six years.

3.      I am a community organizer with Sierra Club's Rio Grande Chapter, which is the chapter representing New Mexico. I have been in this role for the past three years.

4.      I have been a member of Sierra Club since August 2019.

5.      Sierra Club is a nationwide non-profit environmental membership organization, which has its purpose to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives.

6.      I first became involved with Sierra Club as a volunteer when I was in high school living in Southern California. Sierra Club was one of the first nonprofits that caught my attention. At the time, Sierra Club was challenging a state proposition that we felt would weaken air quality. I hung flyers on doors, encouraging people to vote no on the proposition. I have also been involved with other environmental issues, especially when environmental issues overlap with public health. As an organizer with Sierra Club, I now organize community members on issues related to oil and gas development, particularly in the Permian Basin.

7.    I am familiar with ozone issues in New Mexico and Texas from work that the Rio Grande Chapter has done. For example, our Chapter joined with the national Sierra Club and other partners in a lawsuit challenging the federal Environmental Protection Agency's ("EPA") previous decision to designate El Paso as being in compliance for ozone standards. I am also aware that Doña Ana County suffers from poor air quality, including from ozone pollution, in part due to pollution coming from Texas.

8.    I have two children, a daughter, who is 9, and a son, who is 7. My daughter has asthma, and we are not sure right now if my son also has asthma.

9.    My daughter's asthma began when she was 6 years old, after we moved to Las Cruces. At the time she was coughing all the time, and we were really concerned. We took her to a bunch of doctors' appointments. It seemed like we just couldn't figure out what was wrong. But then when she was 7 or 8, a doctor said that her symptoms were asthmatic and prescribed an inhaler.

10.   Her coughing has been much better since she's been on an inhaler, but there are still flair ups. For instance, increased traffic will make a difference. There are two major highways that go through Las Cruces: Interstate 10 and Interstate 25. Around the holidays there are always a lot of travelers, and I will notice that my daughter's asthma is worse during these times.

11.   My family and I enjoy spending time outside. We will go to local parks, and we've also been hiking in nearby national and state parks. My daughter also likes to sit in a hammock in our back yard to read.

12.   I have a friend who will alert me when it's a bad ozone day and tell me to stay inside. Since finding out that my daughter has asthma, we do stay inside more often.

13.     Because my daughter has asthma and I am concerned that my son may also be developing asthma, if ozone pollution was reduced, my family would absolutely benefit.

14.     I understand that Sierra Club is seeking to intervene in several lawsuits challenging EPA's disapproval of Texas' State Implementation Plan addressing ozone pollution. I understand that the EPA disapproved Texas's plan because the Agency found that the plan would not sufficiently reduce ozone pollution originating in Texas and traveling to other states, including New Mexico. I am participating in this case because I care about my community. I am alarmed and deeply concerned by the ozone pollution because I have never lived anywhere where so many kids have asthma or other respiratory illnesses and infections. I worry about my children, my nieces and nephews, and my little cousins.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed ___3/13___, 2023.

Antoinette Reyes

Antoinette Reyes

## DECLARATION OF SARAH WILLEY

1.     My name is Sarah Willey.  I am 36 years old and competent to give this declaration.  All information herein is based on my own personal knowledge.

2.     I live in the town of Florissant, Missouri, which is a suburb of St. Louis, located in Saint Louis County.  I was born in and grew up in Florissant.

3.     I am an active member of Sierra Club.  I originally joined Sierra Club in 2005, while studying at Truman State University.

4.     I have been concerned about the environment for most of my life. When I was in college, at Truman State University from 2004 through 2008, I was involved in the campus Sierra Club chapter and was chapter president for one year. In 2011, when I moved back to the St. Louis area, I became involved with the Sierra Club Missouri Chapter, including by organizing a fundraiser.  I have served on the state chapter's executive committee and taken on various volunteer leadership positions within the Sierra Club's St. Louis area local group, the Missouri state chapter, and held volunteer positions at the national level.  I have never been a paid employee of Sierra Club and am not currently serving in a volunteer leadership position.

5.     I have asthma and my diagnosis with asthma, in approximately 2011, changed the emphasis of my environmental concerns.  When I was in high school and college, I was motivated by issues such as recycling and protecting the

rainforest. When I was diagnosed with asthma my interest in environmental advocacy felt more personal. The driving force of my interest in environmental issues today is human health.

6.     I know air pollution is an issue in St. Louis. I know this because I have been an environmental advocate but also because I feel the pollution in my body. Bad air quality causes my asthma to flare up and impacts how I live my life.

7.     I change my behavior and the structure of my professional life in response to bad air days. I started my own consulting business in part so that I can structure my daily life to avoid having to be outside on bad air days. I did not want to have to be dependent on a manager's approval to take care of my health by working from home on bad air days. On bad air days, I keep my inhaler on my body. I enjoy going outside, but there are some days that I have to skip walking outside altogether because I have seen on the news that the air is bad or I feel it when I breathe. Even yardwork at my home can sometimes be a challenge because of bad air quality. Because of my asthma, on a bad day, my lungs will feel tight. It feels like breathing through a straw. It feels like someone has put a cinder block on my chest.

8.     On weekends, I like to go hiking, sometimes with my partner. Two of my favorite places to go hiking in the area are Pere Marquette State Park in Illinois and the Audubon Center at Riverlands (which is near West Alton, Missouri in St.

Charles County). If my asthma is flaring up, I often do not go on a hike and stay inside instead.

9.     I pay attention to the news and declarations of bad air days. My grandmother, who lives on the Illinois side of the Mississippi River, when her health was better, would sometimes send me text messages warning me about the air quality if she had noticed something on the news about bad air quality. On days like that, if I am very motivated to get outside, I sometimes wear a mask or cloth over my face to protect myself. On bad are days, I will not sit outside at a restaurant, which I would otherwise enjoy doing. This especially impacted my life during the worst periods of the Covid pandemic when friends would meet to eat at a restaurant outside but I could not do that because of my sensitivity to air quality. In this way, my asthma caused me to miss out on that human interaction.

10.     I fear bad air quality days. I know that I have access to inhalers and breathing treatments if I have an emergency. My fear is of experiencing prolonged discomfort and not being able to do the things that I enjoy doing. I worry about having a set back. On bad air days, I also sometimes feel angry. I sometimes think to myself, "why can't I do what other people can do?"

11.     I sometimes see smog in St. Louis. I notice hazy conditions sometimes, when the sky looks out of focus and darker. When I see this, my

strongest visceral reaction is a little bit of fear because I might have trouble breathing that day.

12.    In addition to hiking, I enjoy walking outside, jogging, and photography.  My partner studies snakes and amphibians, and I enjoy looking for these animals with him, including at places like Pere Marquette State Park in Illinois and the Audubon Center at Riverlands.  On these trips, I take photographs of animals like snakes and also landscape shots.  My ability to participate in and enjoy any of these outdoor activities can be harmed by bad air quality.

13.    I am aware that the U.S. EPA has issued a rule that would reduce ozone-forming pollution in Missouri and other states that contribute to smog pollution in Missouri.  I support regulations that reduce ozone-forming pollution because such regulations would benefit my health and other people who suffer from respiratory disease, and improve my ability to spend time outdoors hiking, gardening, running, and enjoying nature.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  3|15|23

Sarah W
Sarah Willey

4