# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 28, 2023

Mr. Joshua Smith
Sierra Club
Environmental Law Program
2101 Webster Street
Suite 1300
Oakland, CA 94612

    No. 23-60069    State of Texas v. EPA
                    Agency No. 88 Fed. Reg. 9336-9384

Dear Mr. Smith,

We received your declaration in support of your motion to intervene.  In light of the incorrect event was used when filing, we are taking no action on this document.

The Clerk's office has attached the declaration in support of the motion to intervene to your motion to intervene, therefore there is nothing further that you need to do.


                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Majella A. Sutton, Deputy Clerk
                                504-310-7680

cc:
    Mr. Michael Abrams
    Mr. William Francis Cole
    Mr. Bill L. Davis
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Philip Stephen Gidiere III
    Ms. Machelle Rae Lee Hall
    Mr. Todd Sunhwae Kim
    Mr. Matthew Lynn Kuryla
    Ms. Jin Hyung Lee
    Mr. Justin Lee Matheny

Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett