# No. 23-60069

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

*Respondents*.

## TEXAS PETITIONERS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF STAY MOTIONS

In accordance with Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 26.2, Texas Petitioners* respectfully move the Court for a one-week extension of time, to April 10, 2023, to file their replies in support of their motions for a stay of the final action challenged in their petitions for review. Counsel for Texas Petitioners have been in contact with counsel for all other parties, including Respondents U.S. Environmental Protection Agency ("EPA") and EPA Administrator Michael S. Regan, each of which is unopposed to this motion. This motion is made for good cause and in the interest of justice, not for delay.

In support of this motion, Texas Petitioners provide the following:

1. This case involves Texas Petitioners' challenge to EPA's final disapproval of the State of Texas's Clean Air Act state implementation plan ("SIP") published on February 13, 2023. *See* 88 Fed. Reg. 9,336, 9,359–60 (Feb. 13, 2023) ("SIP Disapproval").

2. On February 14, 2023, Texas Petitioners filed petitions for review in this Court, challenging the Texas-specific part of the SIP Disapproval. Docs. 1-1, 3-1, 5-1; *see* Fed. R. App. P. 15(a)(2)(C) (reflecting that a petition for review may challenge only a "part" of an agency order).

---

* The State of Texas; Texas Commission on Environmental Quality; Public Utility Commission of Texas; Railroad Commission of Texas; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; and Texas Oil & Gas Association.

3. On March 3, 2023, Texas Petitioners moved in this Court for a stay of the disapproval of Texas's SIP. Docs. 31-1, 32-1. Texas Petitioners did not oppose Respondents' subsequent motion for extension of time to file their consolidated response to the stay motions, which the Court granted on March 8, 2023. Docs. 34, 39. On March 27, 2023, Respondents filed their consolidated response to Texas Petitioners' stay motions. Doc. 109.

4. Also on March 27, 2023, Sierra Club, Air Alliance Houston, and Downwinders at Risk (collectively, "Proposed Intervenors") filed a motion for leave to intervene and a motion for leave to file a response to Texas Petitioners' stay motions. Docs. 100, 111. The latter motion included Proposed Intervenors' proposed response to the stay motions. Doc. 111 at 19-55.

5. Under Federal Rule of Appellate Procedure 27(a)(4), Texas Petitioners' replies in support of their stay motions are currently due April 3, 2023.

6. Texas Petitioners respectfully request a one-week extension of time, until April 10, 2023, to file their replies in support of their stay motions. This extension of time is necessary to allow Texas Petitioners adequate time to prepare their stay replies. The stay motions and responses raise significant legal issues and counsel for Texas Petitioners, who represent numerous state agencies and industry stakeholders in this consolidated matter, must coordinate and seek input from each of their clients. An extension of time would allow Texas Petitioners to thoroughly assess, and address in their replies, the arguments raised in opposition to their stay motions.

For these reasons, Texas Petitioners respectfully request the Court grant this unopposed motion and allow them to file replies in support of their stay motions on or before April 10, 2023.

|  | Respectfully submitted. |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | JUDD E. STONE II<br>Solicitor General |
| BRENT WEBSTER<br>First Assistant Attorney General | /s/ Bill Davis<br>BILL DAVIS<br>Deputy Solicitor General<br>Bill.Davis@oag.texas.gov |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | MICHAEL R. ABRAMS<br>WILLIAM F. COLE<br>JOSEPH N. MAZZARA<br>Assistant Solicitors General<br><br>*Counsel for State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas* |

/s/ P. Stephen Gidiere III
P. Stephen Gidiere III
Julia B. Barber
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-251-8100
sgidiere@balch.com

Stephanie Z. Moore
Executive Vice President & General Counsel
Daniel J. Kelly
Senior Vice President & Deputy General Counsel
David W. Mitchell
Senior Counsel, Environmental
VISTRA CORP.
6555 Sierra Drive
Irving, Texas 75039

*Counsel for Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC*

4

/s/ Aaron M. Streett
Aaron M. Streett
Matthew L. Kuryla
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, Texas 77002
Tel.: (713) 229-1234
Fax: (713) 229-1522
aaron.streett@bakerbotts.com

*Counsel for Association of Electric Companies of Texas, BCCA Appeals Group, Texas Chemical Council, and Texas Oil & Gas Association*

## CERTIFICATE OF SERVICE

On March 28, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Trend Micro and is free of viruses.

/s/ P. Stephen Gidiere III
*Counsel for Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC*

## CERTIFICATE OF COMPLIANCE

This document complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 549 words, excluding the parts of the document exempted by Rule 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Times New Roman) using Microsoft Word (the same program used to calculate the word count).

/s/ P. Stephen Gidiere III
*Counsel for Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC*