# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS, et al.,

    Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Respondents.

No. 23-60069

### RESPONDENTS' UNOPPOSED MOTION
### FOR LEAVE TO FILE A CONSOLIDATED REPLY
### IN SUPPORT OF THEIR VENUE MOTION AND
### FOR EXTENTION OF TIME TO FILE THE CONSOLIDATED REPLY

    Respondents the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively "EPA"), in accordance with Federal Rule of Appellate Procedure 26(b) and 27, respectfully seek leave to file a consolidated reply to responses to EPA's Motion to Transfer the Petitions for Review to the D.C. Circuit or Dismiss Based on Improper Venue ("Venue Motion"), ECF Doc. No. 50, and move the Court for an extension of time to and including April 17, 2023, to file their consolidated reply.  This motion is unopposed.  In support of this motion, EPA states as follows:

    1.    On February 14 and March 9, 2023, three groups of petitioners ("Initial Petitioners") petitioned for review of EPA's final rule disapproving 21 states' plans regarding how states would address their emissions impacts to downwind states'

ozone levels. ECF Doc. Nos. 1-1, 3-1, 5-1, 44-1; Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 9336, 9338 (Feb. 13, 2023) ("Final Rule").

2. On March 15, 2023, EPA filed its Venue Motion. Pursuant to Federal Rule of Appellate Procedure 27, Initial Petitioners' responses to EPA's Venue Motion was due March 27, 2023, ECF Doc. Nos. 102, and EPA's reply to that response is due April 3.

3. After EPA filed its Venue Motion, additional petitioners ("Additional Petitioners") petitioned for review of the Final Rule and those petitions were included in this docket. ECF Doc. Nos. 52-1, 58-1, 63-1.

4. Upon speaking with the case manager, EPA filed a letter with the Court explaining that EPA's Venue Motion applies to all petitions for review of the Final Rule filed in this docket. ECF Doc. No. 70.

5. Consequently, Additional Petitioners successfully moved for an extension of time to file responses to EPA's Venue Motion until April 3, 2023. ECF Doc. No. 99. Thus, pursuant to Federal Rule of Appellate Procedure 27, EPA's replies to those responses are due April 10, 2023.

6. EPA believes that a single, consolidated reply in support of its Venue Motion that addresses the arguments presented in all responses to the Venue Motion would be more helpful to the Court than separate replies filed on a rolling basis and

would serve the interests of judicial economy. Accordingly, EPA requests leave to file a consolidated reply to all responses to its Venue Motion and moves for a 7-day extension from the last response to the Venue Motion, up to and including April 17, 2023, to file its consolidated reply.

7. This extension of time is necessary to provide adequate time for EPA to prepare a consolidated reply to potentially three responses to the EPA Venue Motion, as Petitioners may well have distinct arguments that need to be adequately and concisely addressed.

8. Further, this extension is necessary to provide sufficient time for interagency and management review of the consolidated reply by appropriate officials at EPA and the Department of Justice.

9. In accordance with Fifth Circuit Rule 27.4, counsel for EPA has coordinated with counsel for Petitioners regarding this motion. On March 24 & 27, 2023, EPA was informed through counsel that Petitioners do not oppose the relief requested in this motion: an extension of time to file a consolidated reply to all responses to EPA's Venue Motion to and including April 17, 2023.

For all these reasons, EPA respectfully requests that this Court grant EPA leave to file a consolidated reply to all responses to EPA's Venue Motion and grant EPA's motion to extend the filing of its consolidated reply up to and including April 17, 2023.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | TODD KIM<br>Assistant Attorney General |
| ROSEMARY HAMBRIGHT KABAN<br>DANIEL P. SCHRAMM<br>U.S. Environmental Protection Agency<br>Office of General Counsel<br>Washington, D.C. | <u>*/s/ Jin Hyung Lee*</u><br>JIN HYUNG LEE<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 514-2640 |
| DATE: March 29, 2023 | jin.hyung.lee@usdoj.gov |
| | *Counsel for Respondents* |

## CERTIFICATE OF COMPLIANE

I hereby certify that the foregoing Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f) and (g), as it complies with typeface requirements and contains 623 words, excluding exempted portions.

Date: March 29, 2023                    /s/ Jin Hyung Lee
                                        JIN HYUNG LEE

                                        *Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: March 29, 2023                    /s/ Jin Hyung Lee
                                        JIN HYUNG LEE

                                        *Counsel for Respondents*