# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 30, 2023

Ms. Courtney Burdette
Louisiana Department of Environmental Quality
Legal Affairs Division
P.O. Box 4302
Baton Rouge, LA 70821-4302

    No. 23-60069   State of Texas v. EPA
                        USDC No. 88 Fed. Reg. 9336-9384

Dear Ms. Burdette,

The following pertains to your electronically filed appearance form.

The submitted appearance form does not match the registered attorney.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Linda B. Miles, Deputy Clerk
504-310-7793