# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | No. 23-60069 |

### OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONDENTS' OPPOSITION TO LOUISIANA'S MOTION TO STAY

Respondents the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively "EPA"), in accordance with Federal Rule of Appellate Procedure 27, respectfully move the Court for an extension of time to and including April 27, 2023, to file their response in opposition to the motion to stay filed by Petitioner State of Louisiana ("Louisiana") on March 27, 2023. ECF No. 112. Pursuant to Fifth Circuit Rule 27.4, EPA's counsel has conferred with Petitioners' counsel regarding the relief requested in this motion. Petitioners' counsel have indicated that Petitioners either oppose the relief requested in this motion and intend to file a response or take no position on the relief requested. In support of this motion, EPA states as follows:

1.  On February 13, 2023, EPA promulgated a final rule disapproving 21 states' plans regarding how states would address their emissions impacts to

downwind states' ozone levels. Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 9336, 9338 (Feb. 13, 2023) ("Final Rule").

2. In this Court, several groups of Petitioners filed petitions for review of the Final Rule. ECF Doc Nos. 1-1, 3-1, 5-1, 44-1, 52-1, 58-1, 63-1.

3. Relatedly, other petitioners filed petitions for review of the Final Rule in the Sixth, Eighth, and Tenth Circuits: *Kentucky v. EPA*, No. 23-3216 (6th Cir. filed Mar. 13, 2023); *Ky. Energy & Env't Cabinet v. EPA*, No. 23-3225 (6th Cir. filed Mar. 17, 2023); *Arkansas v. EPA*, No. 23-1320 (8th Cir. filed Feb. 16, 2023); *Utah v. EPA*, No. 23-9509 (10th Cir. filed Feb. 13, 2023); *PacifiCorp v. EPA*, No. 23-9512 (10th Cir. filed Feb. 24, 2023); *Oklahoma v. EPA*, No. 23-9514 (10th Cir. filed Mar. 2, 2023); *Utah Associated Mun. Power Sys. v. EPA*, No. 23-9520 (10th Cir. filed Mar. 15, 2023); *Okla. Gas & Elec. Co. v. EPA*, No. 23-9521 (10th Cir. filed Mar. 16, 2023).

4. EPA and undersigned counsel are working on all petitions for review filed in the four regional circuit courts, as the petitions challenge the same Final Rule.

5. Because petitioners filed their petitions for review in the wrong forum, EPA promptly moved to transfer the petitions for review filed in this Court to the D.C. Circuit or dismiss based on improper venue ("Venue Motion"), and EPA filed

the similar motions in the other related circuit-court petitions ("Venue Motions"). ECF Nos. 50, 71; *see also Kentucky*, No. 23-3216, ECF No. 8 (Mar. 24, 2023); *Ky. Energy & Env't Cabinet*, No. 23-3225, ECF No. 4 (Mar. 24, 2023); *Arkansas*, No. 23-1320, ECF No. 5256958 (Mar. 20, 2023); *Utah*, No. 23-9509, ECF No. 010110827314 (Mar. 16, 2023); *PacifiCorp*, No. 23-9512, ECF No. 010110827491 (Mar. 16, 2023); *Oklahoma*, No. 23-9514, ECF No. 010110827570 (Mar. 16, 2023); *Utah Associated Mun. Power Sys.*, No. 23-9520, ECF No. 010110827491 (Mar. 16, 2023); *Okla. Gas & Elec. Co.*, No. 23-9521, ECF No. 010110828405 (Mar. 17, 2023).

6. On March 27, 2023, Louisiana moved to stay the Final Rule as it relates to only Louisiana's state plan submission. ECF No. 112.

7. EPA intends to file an opposition to this stay motion. Pursuant to Federal Rule of Appellate Procedure 27, EPA's deadline to file a response to Louisiana's stay motion is April 6, 2023. By this motion, EPA requests an extension of 21 days, up to and including April 27, 2023, to file its response.

8. This extension of time is necessary to provide adequate time for EPA to prepare a response to Louisiana's stay motion. As an initial matter, an extension of time from the 10 days provided under Federal Rule of Appellate Procedure 27 is necessary to provide sufficient time for interagency and management review of the response to Louisiana's stay motion. Oppositions to stay motions that have been

and may be filed in this docket require multiple levels of review from individuals within EPA and the Department of Justice. Even with diligent and quick review, it is exceptionally difficult prepare a concise yet thorough response and complete interagency and management review in such a short timeframe.

9. Additionally, EPA and undersigned counsel must file replies in support of its Venue Motion and address the responses to its Venue Motion throughout the month of April. EPA expects up to 3 responses to its Venue Motion in this Court (including the response filed on March 27), and its consolidated reply is due April 17. ECF No. 134. EPA expects up to 5 responses to its Venue Motion in the Tenth Circuit on April 6, and EPA's reply to those responses is due April 20. Although the briefing schedule is not yet finalized in the Eighth Circuit, EPA expects a response to its Venue Motion on April 6, and its reply to that response is also due April 20. Lastly, EPA expects up to 2 responses to its Venue Motion in the Sixth Circuit on April 10, and EPA's replies to those responses are due April 24. Therefore, from now until April 24, EPA and undersigned counsel must review numerous responses to its Venue Motion, prepare thoughtful replies in support of its Venue Motion, and file those replies.

10. Moreover, EPA has been informed by petitioners in the Eighth Circuit that they also plan to move to stay the Final Rule. As EPA did here, EPA intends to confer with those petitioners to coordinate an appropriate schedule for EPA's filing

of its opposition to that stay motion. On top of this, EPA expects additional petitions for review challenging the Final Rule to be filed through April 14, the deadline to file a petition for judicial review, and likewise anticipates the filing of additional stay motions.

11. With these existing filing deadlines and anticipated litigation challenging the Final Rule, EPA believes April 27 is the earliest that it can prepare and file a thorough and clear response to Louisiana's stay motion.

12. Should the Court deny EPA's specific request in this motion, EPA respectfully requests that the Court provide EPA with what it believes is a reasonable extension of time to respond to Louisiana's stay motion based on the time and resource limitations provided in the above paragraphs.

13. In accordance with Fifth Circuit Rule 27.4, counsel for EPA has coordinated with counsel for Petitioners regarding this motion. On March 30, 2023, EPA was informed through counsel that Petitioners either oppose the relief requested in or take no position on this motion: an extension of time to and including April 27, 2023 to respond to Louisiana's stay motion.

For all these reasons, EPA respectfully requests that this motion be granted and that EPA be given up to and including April 27, 2023 to file its opposition to Louisiana's stay motion.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL:<br><br>ROSEMARY HAMBRIGHT KABAN<br>DANIEL P. SCHRAMM<br>U.S. Environmental Protection Agency<br>Office of General Counsel<br>Washington, D.C.<br><br><br><br>DATE: March 30, 2023 | TODD KIM<br>Assistant Attorney General<br><br>/s/ *Jin Hyung Lee*<br>JIN HYUNG LEE<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 514-2640<br>jin.hyung.lee@usdoj.gov<br><br>*Counsel for Respondents* |

## CERTIFICATE OF COMPLIANE

I hereby certify that the foregoing Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f) and (g), as it complies with typeface requirements and contains 1,143 words, excluding exempted portions.

Date: March 30, 2023                    /s/ Jin Hyung Lee
                                        JIN HYUNG LEE

                                        *Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: March 30, 2023                    /s/ Jin Hyung Lee
                                        JIN HYUNG LEE

                                        *Counsel for Respondents*