# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 30, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60069   State of Texas v. EPA
                     Agency No. 88 Fed. Reg. 9336-9384

The court has granted in part the Respondents' motion to file a response/opposition to and including April 17, 2023, to the Louisiana's motion for Stay in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. Michael Abrams
Mrs. Jill Carter Clark
Mr. William Francis Cole
Mr. Bill L. Davis
Mr. Merrick Garland, U.S. Attorney General
Mr. Philip Stephen Gidiere III
Ms. Machelle Rae Lee Hall
Mr. Todd Sunhwae Kim
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Mr. Joshua Smith
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett