# United States Court of Appeals for the Fifth Circuit

---

No. 23-60069

---

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

---

Petition for Review from an Order of the
Environmental Protection Agency
Agency No. 88 Fed. Reg. 9336-9384

---

ORDER:

IT IS ORDERED that the Petitioners respond to the pending motion to intervene by no later than April 13, 2023.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT