# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS, et al.,

    Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Respondents.

No. 23-60069

**RESPONDENTS' MOTION TO FILE CORRECTED RESPONSE
IN OPPOSITION TO THE MOTIONS TO STAY OF THE FINAL RULE**

    Respondents the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively "EPA"), file this motion to correct an error in EPA's Consolidated Response in Opposition to the Motions to Stay of the Final Rule filed on March 27, 2023, ECF No. 109. The last sentence of the opposition on page 12 inadvertently cites the Mathias Declaration and states that the publication of the Final FIP is likely to occur around late June to early July. That last sentence should state that it is Texas's participation in the trading program that is likely to occur around late June to early July and the citation should be to the Birnbaum Declaration. Pursuant to Fifth Circuit Rule 27.4, on April 2, 2023, EPA's counsel reached out to Petitioners' counsel regarding the relief requested in this motion. On April 2 & 3, counsel for EPA was either informed through counsel for Petitioners that Petitioners do not oppose the relief requested in this motion—to file

a corrected response in opposition to the motions to stay of the final rule, ECF No. 109—or did not receive a response after two email and phone call attempts.

      Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | TODD KIM<br>Assistant Attorney General |
| ROSEMARY HAMBRIGHT KABAN<br>DANIEL P. SCHRAMM<br>U.S. Environmental Protection Agency<br>Office of General Counsel<br>Washington, D.C. | <u>/s/ Jin Hyung Lee</u><br>JIN HYUNG LEE<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 514-2640<br>jin.hyung.lee@usdoj.gov |
| DATE: April 3, 2023 | |
| | *Counsel for Respondents* |

## CERTIFICATE OF COMPLIANE

I hereby certify that the foregoing Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f) and (g), as it complies with typeface requirements and contains 194 words, excluding exempted portions.

Date: April 3, 2023                     */s/ Jin Hyung Lee*
                                        JIN HYUNG LEE

                                        *Counsel for Respondents*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: April 3, 2023                     */s/ Jin Hyung Lee*
                                        JIN HYUNG LEE

                                        *Counsel for Respondents*