# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 31, 2023

Ms. Jin Hyung Lee
US Department of Justice
Enviornment & Natural Resources Division
150 M Street, N.E.
Washington, DC 20002

    No. 23-60069   State of Texas v. EPA
                       USDC No. 88 Fed. Reg. 9336-9384

Dear Ms. Lee,

Your motion does not contain a certificate of conference, pursuant to **5TH CIR. R.** 27.4.  You must submit a sufficient motion by close of business Monday, April 3, 2023.

You must email your sufficient motion to: Christina_Gardner@ca5.uscourts.gov.  If the motion is in compliance, you will receive a notice of docket activity advising you that the sufficient motion has been filed.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              */s/ Christina Gardner*
                              By: _____
                              Christina A. Gardner, Deputy Clerk
                              504-310-7684

cc:  Mr. Michael Abrams
     Mrs. Jill Carter Clark
     Mr. William Francis Cole
     Mr. Bill L. Davis
     Mr. Merrick Garland, U.S. Attorney General
     Mr. Philip Stephen Gidiere III
     Ms. Machelle Rae Lee Hall
     Mr. Todd Sunhwae Kim
     Mr. Matthew Lynn Kuryla
     Mr. Justin Lee Matheny
     Mr. Joseph N. Mazzara
     Mr. Shae Gary McPhee Jr.
     Mr. Carl Grady Moore III
     Ms. Elizabeth Baker Murrill
     Mr. Jeffrey Prieto
     Mr. Joshua Smith
     Mr. Joseph Scott St. John
     Mr. Aaron Michael Streett