NO. 23-60069

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS, ET AL.,

*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.

*Respondents*.

# MOTION OF NEW MEXICO ENVIRONMENT DEPARTMENT FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE* IN SUPPORT OF RESPONDENTS

David R. Baake
Baake Law, LLC
2131 N. Main Street
Las Cruces, NM 88001
Telephone: (575) 343-2782
david@baakelaw.com

Bruce Baizel
New Mexico Environment Department
Harold Runnels Building
1190 St. Francis Dr., Suite N4050
Santa Fe, NM 87505
Telephone: (505) 490-5427
Bruce.Baizel@state.nm.us

*Counsel for Proposed Amicus Curiae
New Mexico Environment Department*

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Local Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1. <u>Petitioners</u>: State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company LLC; Coleto Creek Power, LLC; Ennis Power Company, LLC; Hays Energy, LLC; Midlothian Energy, LLC; Oak Grove Management Company LLC; Wise County Power Company, LLC; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Mississippi Power Company; State of Mississippi and Mississippi Department of Environmental Quality; Southern Company; State of Louisiana and Louisiana Department of Environmental Quality; Vistra Asset Company LLC; Vistra Corp.; Vistra Intermediate Company LLC, Vistra Operations Company LLC (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC).

2. <u>Counsel for Petitioners State of Texas and Texas Commission on Environmental Quality</u>: Ken Paxton, Attorney General of Texas; Michael R. Abrams, Assistant Solicitor General; Williams F. Cole, Assistant Solicitor General; Bill Davis, Deputy Solicitor General; Joseph N. Mazzara, Assistant Solicitor General; Judd Stone, Solicitor General; Brent Webster, First Assistant Attorney General,

all with the Office of the Attorney General for the State of Texas.

3. <u>Counsel for Petitioners Luminant Generation Company LLC and Luminant Mining Company LLC</u>: P. Stephen Gidiere III; Julia B. Barber; C. Grady Moore III, Susan Scaggs Stutts, and Shawn S. Shurden with Balch & Bingham, LLP; Stephanie Z. Moore, Daniel J. Kelly, and David W. Mitchell.

4. <u>Counsel for Petitioners Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, Texas Oil & Gas Association</u>: Baker Botts L.L.P; Matthew L. Kuryla; Aaron M. Streett.

5. <u>Counsel for Petitioner State of Mississippi and Department of Environmental Quality</u>: Lynn Fitch, Attorney General; Justin Matheny, Deputy Solicitor; Whitney H. Lipscomb, Deputy Attorney General all with the State of Mississippi Office of the Attorney General.

6. <u>Counsel for Petitioner State of Louisiana and Louisiana Department of Environmental Quality</u>: Jeff Landry, Attorney General; Joseph S. St. John, Deputy Solicitor General; Elizabeth B. Murrill, Solicitor General; Machelle Hall, Assistant Attorney General with the Louisiana Department of Justice; Courtney J. Burdette and Jill C. Clark with the Louisiana Department of Environmental Quality.

7. <u>Respondents</u>: United States Environmental Protection Agency; Michael S. Regan, Administrator, U.S. Environmental Protection Agency; David Gray, Acting Regional Administrator, Region 6, U.S. Environmental Protection Agency; Daniel Blackman, Regional Administrator, Region 4, U.S. Environmental Protection Agency; Earthea Nance, Regional Administrator.

8. <u>Counsel for Respondents United States Environmental Protection Agency and Michael S. Regan</u>: Merrick Garland, Attorney General of the U.S. Department of Justice; Jin

        Hyung Lee with the U.S. Department of Justice Environment & Natural Resources Division; Todd Kim, Assistant Attorney General; Jeffrey M. Prieto.

9. <u>Proposed-Intervenors</u>: Sierra Club, Air Alliance Houston, and Downwinders at Risk.

10. <u>Counsel for Proposed-Intervenors</u>: Joshua Smith and Zachary Fabish with Sierra Club; Kathleen L. Riley and Seth L. Johnson, with Earthjustice.

11. <u>Proposed *Amicus Curiae*</u>: The New Mexico Environment Department.

12. <u>Counsel for Proposed *Amicus Curiae*</u>: David R. Baake of Baake Law, LLC, and Bruce Baizel, General Counsel of the New Mexico Environment Department.

                        Respectfully submitted,

                        <u>/s/ David R. Baake</u>

**MOTION FOR LEAVE TO FILE AN AMICUS BRIEF**

The New Mexico Environment Department ("NMED") is the environmental regulatory agency for the state of New Mexico. NMED's mission is to protect and restore the environment and to foster a healthy and prosperous New Mexico for present and future generations. NMED works to improve air quality in the state of New Mexico and, in particular, to reduce the impact of ozone pollution on the state's residents and natural environment.

NMED seeks to participate in this case by filing an *amicus curiae* brief in support of Respondents' Response in Opposition to the Motions for Stay of the Final Rule (Docs. 109 (Mar. 27, 2023); 148-2 (as corrected)). NMED understands that this Court has granted similar motions in the past, permitting amicus filings related to a motion to stay.[1] The proposed *amicus curiae* brief is attached to this filing. NMED believes that its perspective, as the environmental regulatory

---

[1] *See, e.g.*, *NetChoice, LLC v. Paxton*, No. 21-51178 (5th Cir. Dec. 27, 2021), ECF Doc. 51-2 (Order Granting Motion for Leave to File Amicus Curiae Brief in Support of Motion to Stay Pending Appeal); *Texas Democratic Party v. Abbott*, No. 20-50407 (5th Cir. May 21, 2020), ECF Doc. 35-1 (granting motion for leave to file a brief as *amicus curiae* in support of party opposing a stay motion).

4

agency of a downwind state that is affected significantly by emissions from the State of Texas, will be helpful to the Court.

NMED has taken care to avoid repeating arguments made by Respondents, but makes two points. First, NMED, like other parties interested in improving air quality in downwind states, has a strong interest in making sure that all aspects of the SIP Disapproval are reviewed in a single court. New Mexico is significantly affected by emissions from numerous states subject to the SIP Disapproval—including California in the Ninth Circuit, Utah in the Tenth Circuit, and Texas in the Fifth Circuit. Piecemeal review of the SIP Disapproval would be unfair to NMED and other parties interested in improving air quality in downwind states, and would create a risk of inconsistent rulings that would be prejudicial to downwind states.

Second, a stay of any aspect of the SIP Disapproval would be contrary to the public interest. Ozone pollution causes about ***34 premature deaths*** each year in New Mexico, along with 107 emergency room admissions and more than 250,000 missed work or school days. As explained in NMED's proposed brief, emissions from Texas are a significant contributor to this ongoing harm. NMED

5

respectfully submits that staying the SIP Disapproval would be contrary to the public interest in protecting residents of New Mexico and other downwind states from dangerous air pollution.

For the foregoing reasons, NMED respectfully requests leave to file the proposed *amicus curiae* brief.

Respectfully submitted,

/s/ David R. Baake

David R. Baake
Baake Law, LLC
2131 N. Main Street
Las Cruces, NM 88001
Telephone: (575) 343-2782
david@baakelaw.com

Bruce Baizel
New Mexico Environment Department
Harold Runnels Building
1190 St. Francis Dr., Suite N4050
Santa Fe, NM 87505
Telephone: (505) 490-5427
Bruce.Baizel@state.nm.us

*Counsel for Proposed Amicus Curiae
New Mexico Environment Department*

## CERTIFICATES OF COMPLIANCE

I hereby certify that this Motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 458 words, excluding the caption, signature blocks, and required certifications, as counted by a word processing system and, therefore, is within the word limit. The Motion also complies with typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Century Schoolbook font.

I further certify that (1) all required privacy redactions have been made, Local Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document, Local Rule 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

/s/ David R. Baake

## CERTIFICATE OF CONFERENCE

Pursuant to Fifth Circuit Rule 27.4, I hereby certify that the proposed *amicus curiae* consulted with counsel for the other parties in this case. Texas State Petitioners, Texas Industry Petitioners, Louisiana State Petitioners, Mississippi State Petitioners, and Mississippi Power Company indicated that they took no position on this Motion. Respondents indicated that they do not oppose the Motion.

　　/s/ David R. Baake

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, I electronically filed the foregoing brief with the Clerk of the Court of the U.S. Court of Appeals for the Fifth Circuit by using the CM/ECF system, which caused all case participants who are registered CM/ECF users to be served electronically.

<u>/s/ David R. Baake</u>