# United States Court of Appeals for the Fifth Circuit

---

No. 23-60069

---

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

---

Petition for Review from an Order of the
Environmental Protection Admin
Agency No. 88 Fed. Reg. 9336-9384

---

ORDER:

IT IS ORDERED that the motion for leave to file a brief as amicus curiae on behalf of the New Mexico Environment Department in support of Respondents' opposition to the motions for stay is GRANTED.

_____
ANDREW S. OLDHAM
*United States Circuit Judge*