# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 05, 2023

Mr. David R. Baake
Baake Law, L.L.C.
2131 N. Main Street
Las Cruces, NM 88001

    No. 23-60069   State of Texas v. EPA
                        Agency No. 88 Fed. Reg. 9336-9384

Dear Mr. Baake,

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see **FED. R. APP. P.** 12(b) and **5TH CIR. R.** 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Majella A. Sutton, Deputy Clerk
                                504-310-7680

cc:
    Mr. Michael Abrams
    Mrs. Jill Carter Clark
    Mr. William Francis Cole
    Mr. Bill L. Davis
    Mr. Bradley Aaron Ennis
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Philip Stephen Gidiere III
    Ms. Machelle Rae Lee Hall
    Mr. Todd Sunhwae Kim
    Mr. Matthew Lynn Kuryla
    Ms. Jin Hyung Lee
    Mr. Justin Lee Matheny
    Mr. Joseph N. Mazzara

Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Mr. Joshua Smith
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts