# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS, et al.,

    Petitioners,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Respondents.

No. 23-60069

### RESPONDENTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERLENGTH CONSOLIDATED REPLY TO PETITIONERS' RESPONSES TO THE VENUE MOTION

Respondents the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively "EPA"), in accordance with Federal Rule of Appellate Procedure 27, respectfully move the Court for leave to file a consolidated reply of up to 4,000 words in support of EPA's motion to transfer the petitions for review to the D.C. Circuit or dismiss based on improper venue ("Venue Motion"), ECF Doc. No. 50.  Pursuant to Fifth Circuit Rule 27.4, EPA's counsel reached out to Petitioners' counsel, and Petitioners either take no position or EPA's counsel did not receive a response.  In support of this motion, EPA states as follows:

    1.    On February 14 and March 9, 2023, three groups of petitioners ("Initial Petitioners") petitioned for review of EPA's final rule disapproving 21 states' plans regarding how states would address their emissions impacts to downwind states'

ozone levels.  ECF Doc. Nos. 1-1, 3-1, 5-1, 44-1; Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 9336, 9338 (Feb. 13, 2023) ("Final Rule").

2. On March 15, 2023, EPA filed its Venue Motion.

3. After EPA filed its Venue Motion, additional petitioners ("Additional Petitioners" and with Initial Petitioners, "Petitioners") petitioned for review of the Final Rule and those petitions were included in this docket.  ECF Doc. Nos. 52-1, 58-1, 63-1.

4. Pursuant to Federal Rule of Appellate Procedure 27 and this Court's Order, ECF Doc. No. 99, Initial Petitioners' responses to the Venue Motion were due March 27 and Additional Petitioners' responses were due April 3.

5. On March 29, 2023, EPA moved for leave to file a consolidated reply in support of its Venue Motion and to file that reply on or before April 17, 2023.  ECF Doc. No. 126.  The Court granted EPA's motion to extend the deadline to file its reply until April 17, but the order is unclear on whether EPA may file a consolidated reply.  ECF Doc. No. 134.  Thus, by this motion, EPA seeks to clarify that it may file a consolidated reply in support of the Venue Motion.

6. In total, three responses to the Venue Motion were filed.  ECF Doc Nos. 102, 151, 152.

7.     Under Federal Rule of Appellate Procedure 27(d)(2)(C), EPA may file a reply to each motion that does not exceed 2,600 words.

8.     EPA believes that a single, consolidated reply in support of its Venue Motion that addresses the arguments presented in all responses to the Venue Motion would be more helpful to the Court than separate replies and would serve the interests of judicial economy.

9.     But EPA cannot reasonably file a consolidated reply within the 2,600-word count limit provided by Rule 27(d)(2)(C) for a single reply, as the responses raise distinct arguments.  Accordingly, EPA requests leave to file a consolidated reply of up to 4,000 words, which is an additional 1,400 words beyond the limit set in Rule 27(d)(2)(C) for a single reply.

10.    In accordance with Fifth Circuit Rule 27.4, counsel for EPA reached out to Petitioners' counsel regarding this motion on April 7, 2023.  Petitioners took no position or EPA's counsel received no response.[1]

For all these reasons, EPA respectfully requests that this Court grant EPA leave to file a consolidated reply in support of the Venue Motion not to exceed 4,000 words.

Respectfully submitted,

OF COUNSEL:                              TODD KIM

---

[1] EPA's counsel did not receive a response from counsel for the State of Mississippi and Mississippi Department of Environmental Quality.

ROSEMARY HAMBRIGHT KABAN
DANIEL P. SCHRAMM
U.S. Environmental Protection Agency
Office of General Counsel
Washington, D.C.

DATE: April 7, 2023

Assistant Attorney General

/s/ *Jin Hyung Lee*
JIN HYUNG LEE
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-2640
jin.hyung.lee@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANE

I hereby certify that the foregoing Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f) and (g), as it complies with typeface requirements and contains 592 words, excluding exempted portions.

Date: April 7, 2023 /s/ *Jin Hyung Lee*
JIN HYUNG LEE

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: April 7, 2023 /s/ *Jin Hyung Lee*
JIN HYUNG LEE

*Counsel for Respondents*