# United States Court of Appeals for the Fifth Circuit

---

No. 23-60069

---

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

---

Petition for Review from an Order of the
Environmental Protection Admin
Agency No. 88 Fed. Reg. 9336-9384

---

No. 23-60069

ORDER:

    IT IS ORDERED that Respondents' opposed motion to extend time to file administrative record 30-days from the ruling of the pending motion to transfer petitions for review; motion to dismiss petitions for lack of jurisdiction is DENIED. Respondents do not explain how it would conserve resources to delay filing the administrative record. The record presumably already exits or can be assembled in short order. The record is necessary for proper consideration of the pending motions. And EPA has already had 14 days beyond the original due date of March 27, 2023, to submit the record. IT IS FURTHER ORDERED that the administrative record shall be filed within 7 days of this order.

_____
Andrew S. Oldham
*United States Circuit Judge*