# United States Court of Appeals for the Fifth Circuit

_____

No. 23-60069

_____

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

_____

Petition for Review from an Order of the
Environmental Protection Admin
Agency No. 88 Fed. Reg. 9336-9384

_____

No. 23-60069

ORDER:

IT IS ORDERED that Respondents' motion to file a consolidated reply to the responses to exceed the word count but not to exceed 4,000 words to the motions to transfer petitions is GRANTED.

_____
ANDREW S. OLDHAM
*United States Circuit Judge*