# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al., | |
| Petitioners, | |
| v. | No. 23-60069 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Respondents. | |

## NOTICE OF FILING OF CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

Pursuant to Federal Rule of Appellate Procedure 17(b)(1)(B) and this Court's April 10 order, ECF No. 193, Respondents U.S. Environmental Protection Agency and its Administrator, Michael S. Regan give notice of the filing of the attached Certified Index of Documents Constituting the Administrative Record for the above-captioned petition for review.

Respectfully submitted,

OF COUNSEL:

ROSEMARY HAMBRIGHT KABAN
DANIEL P. SCHRAMM
U.S. Environmental Protection Agency
Office of General Counsel
Washington, D.C.

TODD KIM
Assistant Attorney General

*/s/ Jin Hyung Lee*
JIN HYUNG LEE
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044

DATE: April 13, 2023

(202) 514-2640
jin.hyung.lee@usdoj.gov

*Counsel for Respondents*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice was filed with the Clerk of the

Court using the CM/ECF system, which will send notification of said filing to the

attorneys of record, who are required to have registered with the Court's CM/ECF

system.

Date: April 13, 2023                    */s/ Jin Hyung Lee*
                                        JIN HYUNG LEE

                                        *Counsel for Respondents*

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| **STATE OF TEXAS, et al.,** | ) | |
| | ) | |
| **Petitioners,** | ) | |
| **v.** | ) | |
| | ) | **No. 23-60069** |
| **U.S. ENVIRONMENTAL** | ) | |
| **PROTECTION AGENCY, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

I, Scott Mathias, am the Director of the Air Quality Policy Division, Office of Air Quality Planning and Standards for the United States Environmental Protection Agency ("EPA").

I certify to the best of my knowledge and belief that the attached index lists the documents constituting the administrative record for the EPA's final action under the Clean Air Act, 42 U.S.C. § 7401 *et seq.*, titled, "Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards." This action was published on February 13, 2023 (88 Fed. Reg. 9336).

In witness thereof, I have signed my name this 13th day of April 2023

at Research Triangle Park, North Carolina.

Scott Mathias, Director
Air Quality Policy Division
Office of Air Quality Planning and Standards
U.S. Environmental Protection Agency

INDEX OF DOCUMENTS COMPRISING THE RECORD

*State of Texas, et al. v. United States Environmental Protection Agency, et al.*, No. 23-60069
(U.S. Court of Appeals for the Fifth Circuit)

| Document ID | Title | Received By Date |
|---|---|---|
| EPA-HQ-OAR-2021-0663-0020 | Air Quality State Implementation Plans; Approvals and Promulgations: Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards | 2/13/2023 |
| EPA-R02-OAR-2021-0673-0015 | Air Quality State Implementation Plans; Approvals and Promulgations: New York and New Jersey; Interstate Transport of Air Pollution for the 2015 8-hour Ozone National Ambient Air Quality Standards | 2/22/2022 |
| EPA-R03-OAR-2021-0872-0001 | Air Quality State Implementation Plans; Approvals and Promulgations: Maryland; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standard | 2/22/2022 |
| EPA-R03-OAR-2021-0873-0001 | Air Quality State Implementation Plans; Approvals and Promulgations: West Virginia; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standard | 2/22/2022 |
| EPA-R04-OAR-2021-0841-0010 | Air Quality State Implementation Plans; Approvals and Promulgations: Alabama, Mississippi, Tennessee; Interstate Transport Requirements for the 2015 8-Hour Ozone National Ambient Air Quality Standards | 2/22/2022 |
| EPA-R04-OAR-2021-0841-0011 | Air Quality State Implementation Plans; Approvals and Promulgations: Kentucky; Interstate Transport Requirements for the 2015 8-hour Ozone National Ambient Air Quality Standards | 2/22/2022 |
| EPA-R04-OAR-2021-0841-0029 | Air Quality State Implementation Plans; Approvals and Promulgations: Alabama; Interstate Transport Requirements for the 2015 8-Hour Ozone National Ambient Air Quality Standards | 10/25/2022 |
| EPA-R05-OAR-2022-0006-0001 | Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin; Air Plan Disapproval; Region 5 Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards | 2/22/2022 |
| EPA-R06-OAR-2021-0801-0001 | Air Quality State Implementation Plans; Approvals and Promulgations: Air Plan Disapproval; Arkansas, Louisiana, Oklahoma, Texas; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, Proposed rule, 38 pages | 2/22/2022 |

| | | |
|---|---|---|
| **EPA-R07-OAR-2021-0851-0001** | Air Quality State Implementation Plans; Approvals and Promulgations: Missouri; Interstate Transport of Air Pollution for the 2015 8-hour Ozone National Ambient Air Quality Standards | 2/22/2022 |
| **EPA-R07-OAR-2021-0851-0027** | EPA Memorandum Directing Public to Docket ID No. EPA-HQ-OAR-2021-0663 to View Final Rulemaking Notice | 1/31/2023 |
| **EPA-R08-OAR-2022-0315-0001** | Air Quality State Implementation Plans; Approvals and Promulgations: Utah; Interstate Transport of Air Pollution for the 2015 8-hour Ozone National Ambient Air Quality Standards; Disapproval | 5/24/2022 |
| **EPA-R09-OAR-2022-0138-0001** | Air Quality State Implementation Plans; Approvals and Promulgations: Nevada; Interstate Transport of Air Pollution for the 2015 8-hour Ozone National Ambient Air Quality Standards; Disapproval | 5/24/2022 |
| **EPA-R09-OAR-2022-0394-0001** | Air Quality State Implementation Plans; Approvals and Promulgations: California; Interstate Transport of Air Pollution for the 2015 8-hour Ozone National Ambient Air Quality Standards; Disapproval | 5/24/2022 |
| **EPA-HQ-OAR-2021-0663-0002** | Memorandum from Stephen Page, Director of OAQPS, to EPA Regional Air Division Directors | 2/14/2022 |
| **EPA-HQ-OAR-2021-0663-0003** | Memorandum from Peter Tsirigotis, Director EPA OAQPS, to EPA Regional Air Division Directors | 2/14/2022 |
| **EPA-HQ-OAR-2021-0663-0004** | Memorandum from Peter Tsirigotis, Director EPA OAQPS, to EPA Regional Air Division Directors | 2/14/2022 |
| **EPA-HQ-OAR-2021-0663-0005** | Memorandum from Peter Tsirigotis, Director EPA OAQPS, to EPA Regional Air Division Directors | 2/14/2022 |
| **EPA-HQ-OAR-2021-0663-0006** | Air Quality Modeling TSD for the Final Revised Cross-State Air Pollution Rule Update | 2/14/2022 |
| **EPA-HQ-OAR-2021-0663-0007** | Technical Support Document (TSD), Preparation of Emissions Inventories for the 2016v1 North American Emissions Modeling Platform | 2/14/2022 |
| **EPA-HQ-OAR-2021-0663-0008** | Ozone Design Values And Contributions Revised CSAPR Update | 2/14/2022 |
| **EPA-HQ-OAR-2021-0663-0009** | Technical Support Document (TSD), Preparation of Emissions Inventories for the 2016v2 North American Emissions Modeling Platform | 2/21/2022 |
| **EPA-HQ-OAR-2021-0663-0010** | 2010-2020 Design Values | 2/21/2022 |
| **EPA-HQ-OAR-2021-0663-0011** | 2016v2 AQ Modeling Data | 2/21/2022 |
| **EPA-HQ-OAR-2021-0663-0012** | 2016v2 DVs State Contributions | 2/21/2022 |
| **EPA-HQ-OAR-2021-0663-0013** | CAMx 2016v2 MDA8 O3 Model Performance Stats by Site | 2/21/2022 |

| | | |
|---|---|---|
| **EPA-HQ-OAR-2021-0663-0014** | Meteorological Modeling for 2016 | 2/21/2022 |
| **EPA-HQ-OAR-2021-0663-0015** | O3-PM-RH-Modeling Guidance-2018 | 2/21/2022 |
| **EPA-HQ-OAR-2021-0663-0016** | Preliminary 2021 Design Values | 2/21/2022 |
| **EPA-HQ-OAR-2021-0663-0017** | Air Quality Modeling Technical Support Document 2015 Ozone National Ambient Air Quality Standards Transport SIP Proposed Actions | 2/22/2022 |
| **EPA-HQ-OAR-2021-0663-0018** | Docketing Index for EPA-HQ-OAR-2021-0663 | 2/22/2022 |
| **EPA-HQ-OAR-2021-0663-0019** | 2023 Modeling Released 03-27-2018 | 2/14/2022 |
| **EPA-HQ-OAR-2021-0663-0021** | 2015 Ozone Transport OK Tribal Consultation Meeting Record 3-3-2022 | 1/26/2023 |
| **EPA-HQ-OAR-2021-0663-0022** | Memorandum: 2015 Ozone Transport Reference to Regional Dockets 1-18-23 | 1/26/2023 |
| **EPA-HQ-OAR-2021-0663-0023** | EPA Region 6 Notes: BC APCA Attribution Change Between Base-n-Future | 1/26/2023 |
| **EPA-HQ-OAR-2021-0663-0024** | Technical Support Document: 2015 8-Hour Ozone Transport SIP Proposal, EPA Region 6 | 1/26/2023 |
| **EPA-HQ-OAR-2021-0663-0025** | Letter dated August 18, 2022, from EPA Region 7 to Stephen M. Hall, Director, Air Pollution Control Program, Missouri Department of Natural Resources, detailing EPA Comments on Missouri State Implementation Plan Revision Addressing Interstate Transport for the 2015 Ozone Standard | 1/26/2023 |
| **EPA-HQ-OAR-2021-0663-0026** | Email from TCEQ to EPA R, Region 6 Regarding Texas' 2015 ozone NAAQS Transport SIP Information, 6-6-2018. With Attachments. | 1/26/2023 |
| **EPA-HQ-OAR-2021-0663-0027** | 2019 National Emissions Inventory Technical Support Document: Point Data Category | 1/26/2023 |
| **EPA-HQ-OAR-2021-0663-0028** | Technical Support Document: 2017 National Emissions Inventory, January 2021 Updated Release | 1/26/2023 |
| **EPA-HQ-OAR-2021-0663-0029** | 2016v3 Emissions Modeling Technical Support Document | 1/29/2023 |
| **EPA-HQ-OAR-2021-0663-0030** | 2016v3 projection factors and results. With Attachments. | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0031** | 2016v3 annual and monthly emissions by county and sector. With Attachments. | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0032** | 2016v3 point source emissions summaries. With Attachments. | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0033** | 2016v3 State Total Emissions. With Attachments. | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0034** | Enforcement Report for Case 09-2011-0506 against Nevada Cement | 1/30/2023 |

3

| EPA-HQ-OAR-2021-0663-0035 | Cabot 12874234 20210826 | 1/30/2023 |
|---|---|---|
| EPA-HQ-OAR-2021-0663-0036 | Initial Consent Decree against Nevada Cement Company | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0037 | AIR PERMIT ROUTING/APPROVAL SLIP-Permits | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0038 | Birla 10551099-20170327 | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0039 | A0030 - AP32410387 - NEVADA CEMENT COMPANY - 1 - PERMIT 8/25/2020 | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0040 | Birla Carbon USA, Inc Title V Renewal and PSD Minor Modification Additional Information | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0041 | SCCs which use population as the projection basis | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0042 | 2016v3 NEEDS to NEI cross reference | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0043 | Updated Consent Decree against Nevada Cement Company | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0044 | UnionCarbide FlareGasRecov 12642791 20210329 | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0045 | Orion Ivanhoe 13406525 20220728 | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0046 | Morehouse Bioenergy 12918003-20211006 | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0047 | Union Carbide 13192411 20220304 | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0048 | EPA Comments on Draft Ohio 2015 Ozone Transport SIP 9/18/2018 | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0049 | EPA Comments on Draft Illinois 2015 Ozone Transport SIP 12/17/18 | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0050 | EPA Comments on Draft Michigan 2015 Ozone Transport SIP 11/7/2018 | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0051 | EPA Comments on Draft Indiana 2015 Ozone Transport SIP 9/21/18 | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0052 | EPA Comments on Draft New Jersey 2015 and 2008 Ozone Transport SIPs | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0053 | Air Quality Technical Support Document (AQTSD) For the Denver Metro/North Front Range 2023 Severe/Moderate Ozone State Implementation Plan | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0054 | EGU Projection Comparison EPA R6 notes | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0055 | EPA comments on Draft Arkansas 2015 Ozone Transport SIP | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0056 | Meeting With States and MJOs on 8-18-2021 | 1/30/2023 |

| | | |
|---|---|---|
| **EPA-HQ-OAR-2021-0663-0057** | EPA Comments on Draft Oklahoma 2015 Ozone Transport SIP 9-17-2018 | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0058** | EPA Comments on Draft Louisiana 2015 Ozone Transport SIP 9-19-2017 | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0059** | Updated Summer 2021 Reference Case Incremental Documentation for the 2015 Ozone NAAQS Actions | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0060** | SIP Disapprovals Comments - EGU Units | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0061** | NEEDS for Updated Summer 2021 Reference Case Rev: 08-03-23 | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0062** | 2023 Parsed File Updated Summer 2021 Reference Case | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0063** | Peer Review Report and EPA's Response to IPM v6 Peer Review Report | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0064** | 2023 Flat File Updated Summer 2021 Reference Case. With Attachments. | 1/30/2023 |
| **EPA-HQ-OAR-2021-0663-0065** | Updated Summer 2021 Reference Case IPM Run Files. With Attachments. | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0066** | Email - Nevada Cement Company and NOx controls | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0067** | 2010-2021 O3 Design Values | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0068** | CAMx 2016v3 MDA8 O3 Model Performance Stats by Site | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0069** | Meteorological and Emissions Sensitivity of Hemispheric Ozone and PM2.5 | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0070** | 2016v3 DVs State Contributions | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0071** | Comparison of the CAMx performance of 2016 based modeling platforms at 12km and 4km resolution | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0072** | AQ Modeling TSD Proposed FIP | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0073** | Scientific assessment of background ozone over the U.S. | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0074** | Extending the Community Multiscale Air Quality Model (CMAQ) Modeling System to Hemispheric Scales | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0075** | Global Sources of North American Ozone | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0076** | Future Year CAMx 2023 Ozone Source Apportionment Modeling | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0077** | Modeling Guidance for Demonstrating Air Quality Goals for Ozone, PM2.5, and Regional Haze | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0078** | 2017 Lake Michigan Ozone Study (LMOS) Preliminary Finding Report | 1/31/2023 |
| **EPA-HQ-OAR-2021-0663-0079** | Changes in Ozone Chemical Sensitivity in the United States from 2007 to 2016 | 1/31/2023 |

5

| EPA-HQ-OAR-2021-0663-0080 | LADCO 2015O3 ModerateNAASIP TSD 21Sep2022 | 1/31/2023 |
|---|---|---|
| EPA-HQ-OAR-2021-0663-0081 | Improved estimation of trends in the U.S. ozone concentrations adjusted for interannual variability in meteorological conditions | 1/31/2023 |
| EPA-HQ-OAR-2021-0663-0082 | 2016v3-Emissions and AQ Modeling Data Files | 1/31/2023 |
| EPA-HQ-OAR-2021-0663-0083 | 2015 Ozone NAAQS Interstate Transport SIP Disapprovals - Response to Comment (RTC) Document | 1/31/2023 |
| EPA-HQ-OAR-2021-0663-0084 | Significant ground-level ozone attributed to lightning-induced nitrogen oxides during summertime over the Mountain West States | 1/31/2023 |
| EPA-HQ-OAR-2021-0663-0085 | Air Quality Modeling Technical Support Document 2015 Ozone NAAQS SIP Disapproval Final Action | 1/31/2023 |
| EPA-HQ-OAR-2021-0663-0086 | Transport Climatology for 2015 NAAQS Receptors Part 2: 500 and 750 m Trajectories | 1/31/2023 |
| EPA-HQ-OAR-2021-0663-0087 | Transport Climatology for 2015 NAAQS Receptors Part 1: All Elevation Composites | 1/31/2023 |
| EPA-HQ-OAR-2021-0663-0088 | March 2021 RH Report - Nevada Cement Company - | 1/30/2023 |
| EPA-HQ-OAR-2021-0663-0089 | Attainment Demonstration Modeling for the 2015 Ozone National Ambient Air Quality Standard TSD-Draft Supplemental Materials. With Attachment. | 1/31/2023 |
| EPA-R02-OAR-2021-0673-0001 | New York Assessment of Public Comments | 11/3/2021 |
| EPA-R02-OAR-2021-0673-0002 | NY SIP Submission Letter | 11/3/2021 |
| EPA-R02-OAR-2021-0673-0003 | New York 2008 Ozone Transport SIP | 11/3/2021 |
| EPA-R02-OAR-2021-0673-0004 | New York Public Notice | 11/3/2021 |
| EPA-R02-OAR-2021-0673-0005 | NY Appx A 2017-2020-2023 CMAQ CAMx Compare | 11/3/2021 |
| EPA-R02-OAR-2021-0673-0006 | NY Appx B Total Contributions top10 MDA8 2023DVbase | 11/3/2021 |
| EPA-R02-OAR-2021-0673-0007 | NY Appx C Onroad top10 MDA8 2023DVbase | 11/3/2021 |

| | | |
|---|---|---|
| **EPA-R02-OAR-2021-0673-0008** | NJ Submission Letter | 11/3/2021 |
| **EPA-R02-OAR-2021-0673-0009** | New Jersey 2008 and 2015 Ozone Transport SIP | 11/3/2021 |
| **EPA-R02-OAR-2021-0673-0010** | NJ App IIIb Assessment of Public Comments | 11/3/2021 |
| **EPA-R02-OAR-2021-0673-0011** | NJ App IIIa Public Notices | 11/3/2021 |
| **EPA-R02-OAR-2021-0673-0012** | NJ App II MARAMA Inventory TSD 2011 2023 1-29-18 | 11/3/2021 |
| **EPA-R02-OAR-2021-0673-0013** | NJ App I OTC MANE-VU Modeling TSD 2011 2023 2028 10-2018 | 11/3/2021 |
| **EPA-R02-OAR-2021-0673-0014** | New York 2015 Ozone Infrastructure SIP (Including Interstate Transport Provisions) | 2/4/2022 |
| **EPA-R02-OAR-2021-0673-0016** | Index of documents_02222022. With Attachment. | 2/22/2022 |
| **EPA-R02-OAR-2021-0673-0019** | EPA Response to Comment from Midwest Ozone Group. With Attachment. | 4/18/2022 |
| **EPA-R03-OAR-2021-0872-0002** | MD 0.070ppm Ozone Transport SIP Hearing Sign-In | 1/27/2022 |
| **EPA-R03-OAR-2021-0872-0003** | MD 0.070ppm Ozone Transport SIP Hearing Statement | 1/27/2022 |
| **EPA-R03-OAR-2021-0872-0004** | MD 0.070ppm Ozone Transport SIP Hearing Notice | 1/27/2022 |
| **EPA-R03-OAR-2021-0872-0005** | MD 0.070ppm Ozone Transport SIP Comments Summary | 1/27/2022 |
| **EPA-R03-OAR-2021-0872-0006** | MD 0.070ppm Ozone Transport SIP Hearing Transcript | 1/27/2022 |
| **EPA-R03-OAR-2021-0872-0007** | MD 0.070 ppm Ozone Transport SIP Cover Letter | 1/27/2022 |

| | | |
|---|---|---|
| **EPA-R03-OAR-2021-0872-0008** | MD 0.070ppm Ozone Transport SIP MDE RespToCmts EPA | 1/27/2022 |
| **EPA-R03-OAR-2021-0872-0009** | MD 0.070 Ozone Transport SIP WebPublicationCertification | 1/27/2022 |
| **EPA-R03-OAR-2021-0872-0010** | MD 0.070ppm Ozone Transport SIP MD Reg Notice | 1/27/2022 |
| **EPA-R03-OAR-2021-0872-0011** | MD 0.070ppm Ozone Transport SIP Interagency Correspondence | 1/27/2022 |
| **EPA-R03-OAR-2021-0872-0012** | MD 0.070 ppm Ozone Transport SIP | 1/27/2022 |
| **EPA-R03-OAR-2021-0872-0014** | Kropp Response April 2022 | 4/11/2022 |
| **EPA-R03-OAR-2021-0872-0017** | EPA Comments to MD | 1/30/2023 |
| **EPA-R03-OAR-2021-0872-0018** | EPA Memorandum Directing Public to Docket ID No. EPA-HQ-OAR-2021-0663 to View Final Rulemaking Notice | 1/31/2023 |
| **EPA-R03-OAR-2021-0873-0002** | New Document created by Pagan-Incle, Keila M (EPA). With Attachments. | 1/27/2022 |
| **EPA-R03-OAR-2021-0873-0003** | wv_og_nonegu_unit_comparison_16_17_18_19_20 | 1/27/2022 |
| **EPA-R03-OAR-2021-0873-0005** | Kropp Response April 2022 | 4/11/2022 |
| **EPA-R03-OAR-2021-0873-0008** | EPA Memorandum Directing Public to Docket ID No. EPA-HQ-OAR-2021-0663 to View Final Rulemaking Notice | 1/31/2023 |
| **EPA-R04-OAR-2021-0841-0001** | KY_Frizzell_Elmer_Smith_Unit_2_1374_RUE | 1/31/2022 |
| **EPA-R04-OAR-2021-0841-0002** | KY_Whitaker_Cynthia_E_W_Brown_Unit_1_1355_RUE | 1/31/2022 |
| **EPA-R04-OAR-2021-0841-0003** | KY_Frizzell_K_Elmer_Smith_Unit_1_1374_RUE | 1/31/2022 |

| | | |
|---|---|---|
| **EPA-R04-OAR-2021-0841-0004** | KY_Whitaker_Cynthia_E_W_Brown_Unit_2_1355_RUE | 1/31/2022 |
| **EPA-R04-OAR-2021-0841-0005** | Tennessee_Ozone_iSIP_2015_Ozone_NAAQS_with_Attachments_wi | 1/31/2022 |
| **EPA-R04-OAR-2021-0841-0006** | AL-116-SIP Submittal-Admin-Part1 | 1/31/2022 |
| **EPA-R04-OAR-2021-0841-0007** | AL-116-SIP Submittal-Ozone-Part2 | 1/31/2022 |
| **EPA-R04-OAR-2021-0841-0008** | Kentucky_2019-01-11 2015 Ozone ISIP Final Submittal | 1/31/2022 |
| **EPA-R04-OAR-2021-0841-0009** | Mississippi_2015 Ozone Infrastructure SIP Prongs 1 and 2 | 1/31/2022 |
| **EPA-R04-OAR-2021-0841-0012** | Kropp Response April 2022 | 4/11/2022 |
| **EPA-R04-OAR-2021-0841-0013** | MOG KY GNS Comment Period Extension Request 3.24.22 | 4/11/2022 |
| **EPA-R04-OAR-2021-0841-0014** | MOG AL MS TN GNS Comment Period Extension Request 3.24.22 | 4/11/2022 |
| **EPA-R04-OAR-2021-0841-0025** | Region 4 Entergy Request for Extension Response 4 28 2022 Letter | 4/28/2022 |
| **EPA-R04-OAR-2021-0841-0026** | AL-127 6.21.2022 Submittal For Ozone 2015 ISIP | 10/11/2022 |
| **EPA-R04-OAR-2021-0841-0027** | AL 2015 Ozone Prong 1 and 2 Incompleteness Letter | 10/11/2022 |
| **EPA-R04-OAR-2021-0841-0028** | AL-116- 2015 Ozone Transport SIP Withdrawal Letter (April 2022) | 10/11/2022 |
| **EPA-R04-OAR-2021-0841-0032** | Response Letter for ADEM Extension Request_Signed 11-18-22 | 11/22/2022 |
| **EPA-R04-OAR-2021-0841-0035** | EPA Memorandum Directing Public to Docket ID No. EPA-HQ-OAR-2021-0663 to View Final Rulemaking Notice | 1/31/2023 |

| EPA-R05-OAR-2022-0006-0002 | Illinois 2015 Ozone Infrastructure SIP, 05/21/2019 submittal. With Attachments. | 5/21/2019 |
|---|---|---|
| EPA-R05-OAR-2022-0006-0003 | Indiana 2015 8-hour Ozone Infrastructure SIP, 11/02/2018 submittal. With Attachments. | 11/2/2018 |
| EPA-R05-OAR-2022-0006-0004 | Michigan 2015 Ozone Infrastructure SIP, 03/05/2019 submittal. With Attachments. | 3/5/2019 |
| EPA-R05-OAR-2022-0006-0005 | Minnesota 2015 Ozone Infrastructure SIP, 10/01/2018 submittal | 10/1/2018 |
| EPA-R05-OAR-2022-0006-0006 | Ohio 2015 Ozone Infrastructure SIP, 09/28/2018 submittal. With Attachments. | 9/28/2018 |
| EPA-R05-OAR-2022-0006-0007 | Wisconsin 2015 Ozone Infrastructure SIP, 09/14/2018 submittal | 9/14/2018 |
| EPA-R05-OAR-2022-0006-0008 | LADCO, Interstate Transport Modeling for the 2015 Ozone National Ambient Air Quality Standard, FINAL Technical Support Document | 8/13/2018 |
| EPA-R05-OAR-2022-0006-0018 | Response to Midwest Ozone Group (MOG) request for an extension of the comment period on the Proposed Disapproval of the 2015 8-Hour Ozone Interstate Transport of Air Pollution for Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin | 4/8/2022 |
| EPA-R05-OAR-2022-0006-0019 | R5 comment email to OH 2015 O3 2018_0918 | 9/18/2018 |
| EPA-R05-OAR-2022-0006-0020 | R5 comment email to IN 2015 O3 2018_0921 | 9/21/2018 |
| EPA-R05-OAR-2022-0006-0021 | R5 comment email to MI 11_7_2018 | 11/1/2018 |
| EPA-R05-OAR-2022-0006-0022 | R5 comment email to Illinois 12_17_2018 | 12/17/2018 |
| EPA-R05-OAR-2022-0006-0023 | EPA Memorandum Directing Public to Docket ID No. EPA-HQ-OAR-2021-0663 to View Final Rulemaking Notice | 1/31/2023 |
| EPA-R06-OAR-2021-0801-0002 | EPA Region 6 2015 8-Hour Ozone Transport SIP Proposal Technical Support Document. With Attachment. | 1/25/2022 |

| | | |
|---|---|---|
| **EPA-R06-OAR-2021-0801-0003** | Arkansas 2015 Ozone Infrastructure and Transport SIP submitted to EPA October 4, 2019 (AR-53). 218 pages 13.2 MB zxx. With Attachments. | 1/25/2022 |
| **EPA-R06-OAR-2021-0801-0004** | Louisiana 2015 Ozone Interstate Transport SIP submitted to EPA November 12, 2019 (LA-148). 325 pages 63.4 MB zyr. With Attachments. | 1/25/2022 |
| **EPA-R06-OAR-2021-0801-0005** | Oklahoma 2015 Ozone Infrastructure and Transport SIP submitted to EPA October 25, 2018 (OK-63, SIP). 49 pages 4.3 MB yye. With Attachments. | 1/25/2022 |
| **EPA-R06-OAR-2021-0801-0006** | Texas 2015 Ozone Interstate Transport SIP, submitted to EPA August 17, 2018 (TX-412, SIP, z436). 769 pages 38.6 MB yxv. With Attachments. | 1/25/2022 |
| **EPA-R06-OAR-2021-0801-0007** | EPA Region 6 Spreadsheets. With Attachments. | 2/22/2022 |
| **EPA-R06-OAR-2021-0801-0008** | EPA Guidance Documents. With Attachments. | 2/22/2022 |
| **EPA-R06-OAR-2021-0801-0009** | Texas Dallas-Fort Worth (DFW) and Houston-Galveston-Brazoria (HGB) Attainment Demonstration (AD) SIP Revisions for the 2008 Ozone NAAQS. With Attachments. | 2/22/2022 |
| **EPA-R06-OAR-2021-0801-0010** | Article, "Improved Estimation of Trends in U.S. Ozone Concentrations Adjusted for Interannual Variability in Meteorological Conditions". Atmospheric Environment, Wells, et al., and Supplemental Information, January 30, 2021. [Not available publicly in docket. Please reach out to contacts for a copy.]. With Attachment. | 2/22/2022 |
| **EPA-R06-OAR-2021-0801-0011** | Errant language in Proposed Rule; Air Plan Disapproval; Arkansas, Louisiana, Oklahoma, Texas Interstate Transport of Air Pollution 2015 Ozone NAAQS. Attachments to this EPA Region 6, Mar 2, 2022, E-Mail message, are available in Regulations.gov documents EPA-R06-OAR-2021-0801-0001 (Proposed rule Federal Register); EPA-HQ-OAR-2021-0663-0017 (EPA HQ TSD); and EPA-R06-OAR-2021-0801-0002 (EPA R06 TSD) | 1/25/2022 |
| **EPA-R06-OAR-2021-0801-0047** | EPA Region 6 letters of denial of requests for extension of comment period on EPA-R06-OAR-2021-0801-0001. With Attachments. | 4/26/2022 |
| **EPA-R06-OAR-2021-0801-0049** | EPA Memorandum Directing Public to Docket ID No. EPA-HQ-OAR-2021-0663 to View Final Rulemaking Notice | 1/31/2023 |
| **EPA-R06-OAR-2021-0801-0050** | Final rule; Air Quality State Implementation Plans; Approvals and Promulgations: Air Plan Disapproval; Arkansas, Louisiana, Oklahoma, Texas; Interstate | 3/9/2022 |

| | Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards. Final rule Federal Register from Regulations.gov document EPA-HQ-OAR-2021-0663-0020; Final rule support documents in EPA-HQ-OAR-2021-0063-0021 to -0088. With Attachment. | |
|---|---|---|
| EPA-R07-OAR-2021-0851-0002 | 2005 thru 2019 and 2021,2023,2028 Annual State Tier 1 Emissions v3 | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0003 | 2010 Thru 2019 Ozone Design Values | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0004 | 2015 Ozone Transport EPA Submittal | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0005 | 2016v1 Emissions Modeling Technical Support Document Final RCU | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0006 | 2023 Modeling Released 03-27-2018 | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0007 | Air Quality Modeling Technical Support Document Final RCU03-21 | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0008 | MO 2015 O3 Transport iSIP Public Comment Letter | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0009 | EPA final comments April 4 2019 | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0010 | eSIP Submittal Summary Page | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0011 | Maintenance Receptors Memo October 19 2018 | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0012 | 2015 Ozone Transport iSIP Completeness Letterhead | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0013 | 2015 Ozone Transport iSIP Completeness letterhead signed | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0014 | Ozone Design Values And Contributions Revised CSAPR Update | 1/31/2022 |

| EPA-R07-OAR-2021-0851-0015 | Ozone AQAT Final RCU | 1/31/2022 |
|---|---|---|
| EPA-R07-OAR-2021-0851-0016 | Ozone Transport Policy Analysis Technical Support Document Appendix A  Final RCU | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0017 | Thresholds Memo August 18 2018 | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0018 | Transport Memo March 27 2018 | 1/31/2022 |
| EPA-R07-OAR-2021-0851-0020 | Kropp Response re: MOG) April 2022. With Attachment. | 4/12/2022 |
| EPA-R08-OAR-2022-0315-0002 | EPA R8 11-21-19 Finding of Incompleteness for UT 2015 Ozone Infrastructure SIP | 5/11/2022 |
| EPA-R08-OAR-2022-0315-0003 | Attachment 2 to 11-14-18 Email - EPA Preliminary Comments on Utah 2015 Ozone I-SIP | 5/11/2022 |
| EPA-R08-OAR-2022-0315-0004 | UT 5-11-18 Comments on 3-27-18 EPA Memo | 5/11/2022 |
| EPA-R08-OAR-2022-0315-0005 | EPA's Adam Clark Email to UDAQ's Jay Baker UDAQ 11-14-18 with EPA preliminary comments attached | 5/11/2022 |
| EPA-R08-OAR-2022-0315-0006 | UT 2015 Ozone ISIP 10-24-19 | 5/11/2022 |
| EPA-R08-OAR-2022-0315-0007 | UT 2008 Ozone IT and 2015 Ozone ISIP 1-29-20 Submittal to EPA | 5/11/2022 |
| EPA-R08-OAR-2022-0315-0008 | UT Memo to File | 5/22/2022 |
| EPA-R08-OAR-2022-0315-0015 | EPA Response Letter to Request for Comment Period Extension | 7/28/2022 |
| EPA-R08-OAR-2022-0315-0016 | EPA Memorandum Directing Public to Docket ID No. EPA-HQ-OAR-2021-0663 to View Final Rulemaking Notice | 1/31/2023 |
| EPA-R09-OAR-2022-0138-0002 | Docket Index for EPA-R09-OAR-2022-0138 Proposed Rule | 5/19/2022 |

| | | |
|---|---|---|
| **EPA-R09-OAR-2022-0138-0003** | A.1.a.i 2015 Ozone NAAQS Infrastructure SIP NDEP | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0004** | A.1.a 2015 Ozone Transmittal Letter | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0005** | A.1.b Clark County 2015 Ozone iSIP Transmittal Letter | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0006** | A.1.b.i Clark County 2015 Ozone iSIP | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0007** | A.1.c Washoe County 2015 Ozone iSIP Transmittal Letter | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0008** | A.1.c.i Washoe County 2015 Ozone iSIP | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0009** | B.1. 58 FR 51735 | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0010** | C.1. NDEP LTR on EPA-HQ-OAR-2013-0743 | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0011** | C.2. WESTAR LTR on NEI framework | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0012** | C.3. WESTAR LTR on Modeling Platform | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0013** | C.4. NDEP LTR on EPA-HQ-OAR-2008-0699 | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0014** | C.5. WESTAR LTR on EPA-HQ-OAR-2008-0699 | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0015** | C.6. WESTAR LTR on Background O3 | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0016** | C.7. NDEP LTR on EPA-HQ-OAR-2015-0310 | 5/19/2022 |
| **EPA-R09-OAR-2022-0138-0017** | C.8. NDEP LTR on EPA-HQ-OAR-2016-0202 | 5/19/2022 |

| | | |
|---|---|---|
| **EPA-R09-OAR-2022-0138-0018** | C.9. WESTAR LTR on EPA-HQ-OAR-2016-0202 | 5/19/2022 |
| **EPA-R09-OAR-2022-0394-0002** | Docket Index for EPA-R09-OAR-2022-0394 | 5/19/2022 |
| **EPA-R09-OAR-2022-0394-0003** | A.1.a Letter from Richard Corey and 2018 Infrastructure SIP Submittal | 5/19/2022 |
| **EPA-R09-OAR-2022-0394-0004** | A.1.a.i. CA Good Neighbor Submittal - All merged | 5/19/2022 |
| **EPA-R09-OAR-2022-0394-0005** | B.1. 58 FR 51735 | 5/19/2022 |
| **EPA-R09-OAR-2022-0394-0006** | C.1. Morongo- 2015 Ozone Transport Consultation Letter | 5/19/2022 |
| **EPA-R09-OAR-2022-0394-0007** | C.2. Pechanga- 2015 Ozone Transport Consultation Letter | 5/19/2022 |
| **EPA-R09-OAR-2022-0394-0008** | C.3. Final 2016 AQMP | 5/19/2022 |
| **EPA-R09-OAR-2022-0394-0009** | C.4. CA Designations 2015 O3 NAAQS TSD | 5/19/2022 |
| **EPA-R09-OAR-2022-0394-0010** | C.6. acp-15-9345-2015 | 5/19/2022 |
| **EPA-HQ-OAR-2021-0663-0001** | Memorandum Posting Docket Supporting 2015 Ozone NAAQS Interstate Transport Actions | 2/22/2022 |
| **EPA-R02-OAR-2021-0673-0022** | EPA Memorandum Directing Public to Docket ID No. EPA-HQ-OAR-2021-0663 to View Final Rulemaking Notice | 1/30/2023 |
| **EPA-R09-OAR-2022-0138-0023** | EPA Memorandum Directing Public to Docket ID No. EPA-HQ-OAR-2021-0663 to View Final Rulemaking Notice | 1/30/2023 |
| **EPA-R09-OAR-2022-0394-0013** | EPA Memorandum Directing Public to Docket ID No. EPA-HQ-OAR-2021-0663 to View Final Rulemaking Notice | 1/30/2023 |
| **EPA-R02-OAR-2021-0673-0017** | Comment submitted by Midwest Ozone Group. With Attachment. | 3/24/2022 |

| | | |
|---|---|---|
| **EPA-R02-OAR-2021-0673-0018** | Comment submitted by Margaret Emley. With Attachment. | 3/27/2022 |
| **EPA-R02-OAR-2021-0673-0020** | Comment submitted by NJDEP. With Attachment. | 4/19/2022 |
| **EPA-R02-OAR-2021-0673-0021** | Additional comment submitted by Midwest Ozone Group. With Attachment. | 4/25/2022 |
| **EPA-R03-OAR-2021-0872-0013** | Comment submitted by Midwest Ozone Group. With Attachment. | 3/24/2022 |
| **EPA-R03-OAR-2021-0872-0015** | Comment submitted by Maryland Department of the Environment. With Attachment. | 4/22/2022 |
| **EPA-R03-OAR-2021-0872-0016** | Comment submitted by Midwest Ozone Group. With Attachment. | 4/25/2022 |
| **EPA-R03-OAR-2021-0873-0004** | Comment submitted by Midwest Ozone Group. With Attachment. | 3/24/2022 |
| **EPA-R03-OAR-2021-0873-0006** | Comment submitted by West Virginia Department of Environmental Protection, Division of Air Quality. With Attachment. | 4/13/2022 |
| **EPA-R03-OAR-2021-0873-0007** | Comment submitted by Midwest Ozone Group. With Attachment. | 4/25/2022 |
| **EPA-R04-OAR-2021-0841-0015** | Comment submitted by Midwest Ozone Group. With Attachment. | 3/24/2022 |
| **EPA-R04-OAR-2021-0841-0016** | Comment submitted by Tennessee Department of Environment & Conservation, Division of Air Pollution Control. With Attachment. | 4/21/2022 |
| **EPA-R04-OAR-2021-0841-0017** | Comment submitted by Mississippi Department of Environmental Quality. With Attachment. | 4/22/2022 |
| **EPA-R04-OAR-2021-0841-0018** | Comment submitted by Midwest Ozone Group. With Attachment. | 4/25/2022 |
| **EPA-R04-OAR-2021-0841-0019** | Comment submitted by Entergy Services, LLC. With Attachment. | 4/25/2022 |
| **EPA-R04-OAR-2021-0841-0020** | Comment submitted by Alabama Power Company. With Attachment. | 4/25/2022 |

| | | |
|---|---|---|
| **EPA-R04-OAR-2021-0841-0021** | Comment submitted by Midwest Ozone Group. With Attachment. | 3/24/2022 |
| **EPA-R04-OAR-2021-0841-0022** | Comment submitted by Alabama Department of Environmental Managament. With Attachment. | 4/21/2022 |
| **EPA-R04-OAR-2021-0841-0023** | Comment submitted by Midwest Ozone Group. With Attachment. | 4/25/2022 |
| **EPA-R04-OAR-2021-0841-0024** | Comment submitted by Kentucky Division for Air Quality. With Attachment. | 4/25/2022 |
| **EPA-R04-OAR-2021-0841-0030** | Comment submitted by Sierra Club. With Attachment. | 11/20/2022 |
| **EPA-R04-OAR-2021-0841-0031** | Comment submitted by ADEM. With Attachment. | 11/8/2022 |
| **EPA-R04-OAR-2021-0841-0033** | Comment submitted by ADEM. With Attachment. | 11/23/2022 |
| **EPA-R04-OAR-2021-0841-0034** | Comment submitted by Balch & Bingham LLP. With Attachment. | 11/25/2022 |
| **EPA-R05-OAR-2022-0006-0009** | Comment period extension request submitted by Midwest Ozone Group on the Proposed Disapproval of the 2015 8-Hour Ozone Interstate Transport of Air Pollution for Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin. With Attachment. | 3/24/2022 |
| **EPA-R05-OAR-2022-0006-0010** | Minnesota Pollution Control Agency comments on the Proposed Disapproval of the 2015 8-Hour Ozone Interstate Transport of Air Pollution for Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin. With Attachment. | 4/15/2022 |
| **EPA-R05-OAR-2022-0006-0011** | Additional technical support submitted by the Minnesota Pollution Control Agency on the Proposed Disapproval of the 2015 8-Hour Ozone Interstate Transport of Air Pollution for Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin. With Attachments. | 4/15/2022 |
| **EPA-R05-OAR-2022-0006-0012** | Logan Hagerty comments on the Proposed Disapproval of the 2015 8-Hour Ozone Interstate Transport of Air Pollution for Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin. With Attachment. | 4/24/2022 |
| **EPA-R05-OAR-2022-0006-0013** | Midwest Ozone Group comments on the Proposed Disapproval of the 2015 8-Hour Ozone Interstate | 4/25/2022 |

| | Transport of Air Pollution for Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin. With Attachment. | |
|---|---|---|
| EPA-R05-OAR-2022-0006-0014 | Ohio Utilities and Generators comments on the Proposed Disapproval of the 2015 8-Hour Ozone Interstate Transport of Air Pollution for Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin. With Attachment. | 4/25/2022 |
| EPA-R05-OAR-2022-0006-0015 | Wisconsin Dept of Natural Resources comments on the Proposed Disapproval of the 2015 8-Hour Ozone Interstate Transport of Air Pollution for Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin. With Attachments. | 4/25/2022 |
| EPA-R05-OAR-2022-0006-0016 | Xcel Energy comments on the Proposed Disapproval of the 2015 8-Hour Ozone Interstate Transport of Air Pollution for Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin. With Attachment. | 4/25/2022 |
| EPA-R05-OAR-2022-0006-0017 | United States Steel Corporation comments on the Proposed Disapproval of the 2015 8-Hour Ozone Interstate Transport of Air Pollution for Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin. With Attachment. | 4/25/2022 |
| EPA-R06-OAR-2021-0801-0012 | Comment submitted by Samuel Ducote on EPA-R06-OAR-2021-0801-0001 | 3/7/2022 |
| EPA-R06-OAR-2021-0801-0013 | Comment submitted by Midwest Ozone Group on EPA-R06-OAR-2021-0801-0001. With Attachment. | 3/24/2022 |
| EPA-R06-OAR-2021-0801-0014 | Comment submitted by Matthew Kuryla on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/8/2022 |
| EPA-R06-OAR-2021-0801-0015 | Comment submitted by Arkansas Department of Energy and Environment, Division of Environmental Quality (DEQ), on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/13/2022 |
| EPA-R06-OAR-2021-0801-0016 | EPA denial of a request from the counsel for Midwest Ozone Group for an extension of the comment period on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/15/2022 |
| EPA-R06-OAR-2021-0801-0017 | Comment submitted by Matthew Kuryla on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/15/2022 |
| EPA-R06-OAR-2021-0801-0018 | Comment submitted by Entergy on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/19/2022 |
| EPA-R06-OAR-2021-0801-0019 | Comment submitted by Arkansas Electric Cooperative Corp on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/20/2022 |

| | | |
|---|---|---|
| **EPA-R06-OAR-2021-0801-0020** | Comment submitted by NRG Texas Power LLC on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/20/2022 |
| **EPA-R06-OAR-2021-0801-0021** | Comment submitted by Energy Security Partners on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/20/2022 |
| **EPA-R06-OAR-2021-0801-0022** | Comment submitted by Southwestern Electric Power Company on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/20/2022 |
| **EPA-R06-OAR-2021-0801-0023** | Comment submitted by Cleco Corporate Holdings LLC on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/20/2022 |
| **EPA-R06-OAR-2021-0801-0024** | Comment submitted by Arkansas Forest & Paper Council on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/21/2022 |
| **EPA-R06-OAR-2021-0801-0025** | Comment submitted by Arkansas Department of Energy and Environment, Division of Environmental Quality, on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/22/2022 |
| **EPA-R06-OAR-2021-0801-0026** | Comment submitted by Oklahoma Secretary of Energy and Environment and Oklahoma Department of Environmental Quality on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/22/2022 |
| **EPA-R06-OAR-2021-0801-0027** | Comment submitted by Arkansas Environmental Federation on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0028** | Comment submitted by Texas Commission on Environmental Quality on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0029** | Comment submitted by Louisiana Electric Utility Environmental Group LLC ("LEUEG") on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0030** | Comment submitted by Midwest Ozone Group (MOG) on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0031** | Comment submitted by Louisiana Department of Environmental Quality on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0032** | Comment submitted by Arkansas Electric Cooperative Corp on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0033** | Comment submitted by Wisconsin Dept of Natural Resources on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0034** | Comment submitted by Arkansas Environmental Federation on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |

| | | |
|---|---|---|
| **EPA-R06-OAR-2021-0801-0035** | Comment submitted by Entergy Services, LLC, on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0036** | Comment submitted by Arkansas Forest & Paper Council (AFPC) on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0037** | Comment submitted by Environmental Federation of Oklahoma on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0038** | Comment submitted by Cleco Corporate Holdings LLC on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0039** | Comment submitted by Louisiana Chemical Association on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0040** | Comment submitted by Luminant Generation Company LLC, et al. on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0041** | Comment submitted by Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, and Texas Oil & Gas Association on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0042** | Comment submitted by WildEarth Guardians on EPA-R06-OAR-2021-0801-0001. With Attachments. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0043** | Comment submitted by United States Steel on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0044** | Comment submitted by Louisiana Department of Environmental Quality on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0045** | Comment submitted by Xcel Energy on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0046** | Comment submitted by Kaw Nation on EPA-R06-OAR-2021-0801-0001. With Attachment. | 4/25/2022 |
| **EPA-R06-OAR-2021-0801-0048** | Late Supplemental Comment of the Texas Transport Working Group on EPA-R06-OAR-2021-0801-0001 and EPA-HQ-OAR-2021-0668. With Attachment.[1] | 9/1/2022 |
| **EPA-R07-OAR-2021-0851-0019** | Comment submitted by Midwest Ozone Group. With Attachment. | 3/24/2022 |

---

[1] This comment was received after the close of the comment period.

| | | |
|---|---|---|
| **EPA-R07-OAR-2021-0851-0021** | Comment submitted by Missouri Department of Natural Resources' Air Pollution Control Program. With Attachment. | 4/22/2022 |
| **EPA-R07-OAR-2021-0851-0022** | Comment submitted by Evergy, Inc. With Attachment. | 4/25/2022 |
| **EPA-R07-OAR-2021-0851-0023** | Comment submitted by Midwest Ozone Group. With Attachment. | 4/25/2022 |
| **EPA-R07-OAR-2021-0851-0024** | Comment submitted by Wisconsin Dept of Natural Resources. With Attachment. | 4/25/2022 |
| **EPA-R07-OAR-2021-0851-0025** | Comment submitted by Daniel Hedrick. With Attachment. | 4/25/2022 |
| **EPA-R07-OAR-2021-0851-0026** | Comment submitted by Ameren. With Attachment. | 4/25/2022 |
| **EPA-R08-OAR-2022-0315-0009** | Anonymous public comment | 5/26/2022 |
| **EPA-R08-OAR-2022-0315-0010** | Comment submitted by Midwest Ozone Group. With Attachment. | 7/22/2022 |
| **EPA-R08-OAR-2022-0315-0011** | Comment submitted by Utah Department of Environmental Quality. With Attachment. | 7/24/2022 |
| **EPA-R08-OAR-2022-0315-0012** | Comment submitted by Utah Petroleum Association and Utah Mining Association. With Attachment. | 7/25/2022 |
| **EPA-R08-OAR-2022-0315-0013** | Comment submitted by Utah Associated Municipal Power Systems (UAMPS). With Attachment. | 7/25/2022 |
| **EPA-R08-OAR-2022-0315-0014** | Comment submitted by PacifiCorp. With Attachment. | 7/25/2022 |
| **EPA-R09-OAR-2022-0138-0019** | Comment submitted by Midwest Ozone Group. With Attachment. | 7/22/2022 |
| **EPA-R09-OAR-2022-0138-0020** | Comment submitted by Nevada Division of Environmental Protection. With Attachment. | 7/25/2022 |
| **EPA-R09-OAR-2022-0138-0021** | Comment submitted by Idaho Power Company. With Attachment. | 7/25/2022 |

| **EPA-R09-OAR-2022-0138-0022** | Comment submitted by Eagle Materials Inc. With Attachment. | 7/25/2022 |
| --- | --- | --- |
| **EPA-R09-OAR-2022-0394-0011** | Comment submitted by Midwest Ozone Group. With Attachment. | 7/22/2022 |
| **EPA-R09-OAR-2022-0394-0012** | Comment submitted by California Air Resources Board. With Attachment. | 7/25/2022 |