# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 13, 2023

Mr. Michael Abrams
Office of the Attorney General of Texas
P.O. Box 12548
Austin, TX 78711

Mrs. Jill Carter Clark
Louisiana Department of Environmental Quality
Legal Affairs Division
P.O. Box 4302
Baton Rouge, LA 70821-4302

Mr. William Francis Cole
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Bill L. Davis
Office of the Attorney General
for the State of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Mr. Bradley Aaron Ennis
Balch & Bingham, L.L.P.
1310 25th Avenue
Gulfport, MS 39501

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite. 1500
Birmingham, AL 35203

Ms. Machelle Rae Lee Hall
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. Matthew Lynn Kuryla
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Mr. Justin Lee Matheny
Office of the Attorney General
for the State of Mississippi
550 High Street
Walter Sillers Building
Jackson, MS 39201

Mr. Joseph N. Mazzara
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Shae Gary McPhee Jr.
Louisiana Department of Justice
Office of the Solicitor General
909 Poydras Street
Suite 1850
New Orleans, LA 70112

Mr. Carl Grady Moore III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite 1500
Birmingham, AL 35203

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mr. Joseph Scott St. John
Louisiana Department of Justice
Office of the Solicitor General
909 Poydras Street
Suite 1850
New Orleans, LA 70112

Mr. Aaron Michael Streett
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Ms. Susan Scaggs Stutts
Balch & Bingham, L.L.P.

1310 25th Avenue
Gulfport, MS 39501

  No. 23-60069 State of Texas v. EPA
      Agency No. 88 Fed. Reg. 9336-9384

Dear Mr. Abrams, Mrs. Clark, Mr. Cole, Mr. Davis, Mr. Ennis, Mr. Gidiere, Ms. Hall, Mr. Kuryla, Mr. Matheny, Mr. Mazzara, Mr. McPhee, Mr. Moore, Ms. Murrill, Mr. St. John, Mr. Streett, Ms. Stutts,

We have filed the certified list. PETITIONER'S BRIEF AND EXCERPTS ARE DUE WITHIN 40 DAYS FROM THE DATE ABOVE, See **FED. R. APP. P.** and **5TH CIR. R.** 28, 30 and 31. Except in the most extraordinary circumstances, the maximum extension for filing briefs is 40 days in agency cases. See also **5TH CIR. R.** 30.1.2 and **5TH CIR. R.** 31.1 to determine if you have to file electronic copies of the brief and record excerpts, and the Portable Document Format (PDF) you MUST use. See also **5TH CIR. R.** 30.1 for the contents of the Record Excerpts which are filed instead of an appendix. You may access our briefing checklist on the Fifth Circuit's website "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/rules/brchecklist.pdf". An intervenor's time is governed by **5TH CIR. R.** 31.2. **5TH CIR. R.** 42.3.2 allows the clerk to dismiss appeals **without notice** if the brief is not filed on time.

**The caption for this appeal is attached, and we ask you to use it on any briefs filed with this court.**

Because this case is proceeding on a certified list of documents instead of the record, see **5TH CIR. R.** 30.2. Petitioner must obtain a copy of the portions of the record relied upon by the parties in their briefs, and file them within 21 days from the date of filing of respondent's brief, with suitable covers, numbering and indexing.

Brief Template: The clerk's office offers brief templates and the ability to check the brief for potential deficiencies prior to docketing to assist in the preparation of the brief. To access these options, log in to CM/ECF and from the Utilities menu, select 'Brief Template' (Counsel Only) or 'PDF Check Document'.

**Reminder as to Sealing Documents on Appeal:** Our court has a strong presumption of public access to our court's records, and the court scrutinizes any request by a party to seal pleadings, record excerpts, or other documents on our court docket. Counsel moving to seal matters must explain in particularity the necessity for sealing in our court. Counsel do not satisfy this burden by simply stating that the originating court sealed the matter, as the circumstances that justified sealing in the originating court may have changed or may not apply in an appellate proceeding. It is the obligation of counsel to justify a request to file under seal, just as it is their obligation to notify the court whenever sealing

is no longer necessary.  An unopposed motion to seal does not obviate a counsel's obligation to justify the motion to seal.


                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                 Majella A. Sutton, Deputy Clerk
                                 504-310-7680

Enclosure(s)

cc w/encl:
    Mr. David R. Baake
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Todd Sunhwae Kim
    Ms. Jin Hyung Lee
    Mr. Jeffrey Prieto
    Mr. Joshua Smith

Case No. 23-60069

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality,

    Petitioners

v.

United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency,

    Respondents