# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 18, 2023

Mr. Joshua Smith
Sierra Club
Environmental Law Program
2101 Webster Street
Suite 1300
Oakland, CA 94612

    No. 23-60069    State of Texas v. EPA
                           Agency No. 88 Fed. Reg. 9336-9384

Dear Mr. Smith,

We received your proposed intervenors motion for leave to file a response to Louisiana's motion for stay, with a proposed response attached.  We are taking no action because the 10-day time for filing a response has expired.

We received your proposed intervenors motion for leave to file a reply to response/opposition to the motion to transfer or dismiss with proposed reply attached.  We are taking no action because the 7-day time for filing a reply has expired.

                                      Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Majella A. Sutton, Deputy Clerk
                                       504-310-780

cc:
    Mr. Michael Abrams
    Mr. David R. Baake
    Ms. Megan Heuberger Berge
    Mrs. Jill Carter Clark
    Mr. William Francis Cole
    Mr. Bill L. Davis

Mr. Bradley Aaron Ennis
Mr. Merrick Garland, U.S. Attorney General
Mr. Philip Stephen Gidiere III
Ms. Machelle Rae Lee Hall
Mrs. Maureen Noonan Harbourt
Ms. Debra Jezouit
Mr. Todd Sunhwae Kim
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts