NO. 23-60069

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS, *et al.*,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
and MICHAEL S. REGAN, Administrator,
United States Environmental Protection Agency,

*Respondents.*

**MOTION OF PROPOSED INTERVENORS SIERRA CLUB,
DOWNWINDERS AT RISK, AND AIR ALLIANCE HOUSTON
FOR LEAVE TO FILE A RESPONSE IN OPPOSITION
TO LOUISIANA'S MOTION FOR STAY**

*/s/ Joshua D Smith*
Joshua D. Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, California 94612
415-977-5560
415-977-5704
joshua.smith@sierraclub.org

Zachary M. Fabish
Sierra Club

*/s/ Kathleen L. Riley*
Kathleen L. Riley
Seth L. Johnson
Earthjustice
1001 G St NW, Ste. 1000
Washington, DC 20001
202-745-5227
202-797-5245
kriley@earthjustice.org
sjohnson@earthjustice.org

50 F St NW, 8th Floor  
Washington, DC 20001  
650-388-8446  
zachary.fabish@sierraclub.org  

*Counsel for Sierra Club*

*Counsel for Sierra Club,  
Downwinders at Risk, and Air  
Alliance Houston*

Filed: April 17, 2023

NO. 23-60069

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS, *et al.*,

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
and MICHAEL S. REGAN, Administrator,
United States Environmental Protection Agency,

*Respondents.*

**CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Local Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

1. <u>Petitioners</u>: State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company LLC; Coleto Creek Power, LLC; Ennis Power Company, LLC; Hays Energy, LLC; Midlothian Energy, LLC; Oak Grove Management Company LLC; Wise County Power Company, LLC (Parent Companies: Vistra Corp.; Vistra Intermediate

Company LLC, Vistra Operations Company LLC); Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Mississippi Power Company; State of Mississippi and Mississippi Department of Environmental Quality; Mississippi Power Company (Parent Company: Southern Company); State of Louisiana and Louisiana Department of Environmental Quality; Entergy Louisiana LLC; Entergy Louisiana, LLC; Louisiana Chemical Association; Louisiana Mid-Continent Oil & Gas Association; Louisiana Electric Utility Environmental Group, LLC; and Texas Lehigh Cement Company, LP.

2. <u>Counsel for Petitioners State of Texas and Texas Commission on Environmental Quality</u>: Ken Paxton, Attorney General of Texas; Michael R. Abrams, Assistant Solicitor General; Williams F. Cole, Assistant Solicitor General; Bill Davis, Deputy Solicitor General; Joseph N. Mazzara, Assistant Solicitor General; Judd Stone, Solicitor General; Brent Webster, First Assistant Attorney General, all with the Office of the Attorney General for the State of Texas.

3. <u>Counsel for Petitioners Luminant Generation Company LLC and Luminant Mining Company LLC</u>: P. Stephen Gidiere III and Julia B. Barber with Balch & Bingham, LLP; Stephanie Z. Moore, Daniel J. Kelly, and David W. Mitchell.

4. <u>Counsel for Petitioners Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, Texas Oil & Gas Association</u>: Matthew L. Kuryla and Aaron M. Streett with Baker Botts L.L.P.

5. <u>Counsel for Petitioner State of Mississippi and Department of Environmental Quality</u>: Lynn Fitch, Attorney General; Justin Matheny, Deputy Solicitor; Whitney H. Lipscomb, Deputy Attorney General all with the State of Mississippi Office of the Attorney General.

6. <u>Counsel for Petitioner State of Louisiana and Louisiana Department of Environmental Quality</u>: Jeff Landry, Attorney General; Joseph S. St. John, Deputy Solicitor General; Elizabeth B. Murrill, Solicitor General; Machelle Hall, Assistant Attorney General with the Louisiana Department of Justice; Courtney J. Burdette and Jill C. Clark with the Louisiana Department of Environmental Quality.

7. <u>Counsel for Mississippi Power Company</u>: C. Grady Moore, III, Susan Scaggs, Shawn Shurden with Balch & Bingham LLP.

8. <u>Counsel for Entergy Louisiana, LLC</u>: Debra Jezouit with Baker Botts L.L.P.

9. <u>Counsel for Louisiana Chemical Association; Louisiana Mid-Continent Oil & Gas Association; Louisiana Electric Utility Environmental Group, LLC</u>: Maureen N. Harbourt, Lauren B. Rucinski, and Josiah M. Kollmeyer with Kean Miller LLP.

10. <u>Counsel for Texas Lehigh Cement Company LP</u>: Megan H. Berge and J. Mark Little with Baker Botts L.L.P.

11. <u>Respondents</u>: United States Environmental Protection Agency; Michael S. Regan, Administrator, U.S. Environmental Protection Agency; David Gray, Acting Regional Administrator, Region 6, U.S. Environmental Protection Agency; Daniel Blackman, Regional Administrator, Region 4, U.S. Environmental Protection Agency; Earthea Nance, Regional Administrator.

12. <u>Counsel for Respondents United States Environmental Protection Agency and Michael S. Regan</u>: Merrick Garland, Attorney General of the U.S. Department of Justice; Jin Hyung Lee with the U.S. Department of Justice Environment & Natural Resources Division; Todd Kim, Assistant Attorney General; Jeffrey M. Prieto.

13. <u>Proposed-Intervenors</u>: Sierra Club is a non-profit organization that maintains open membership invitation to organizations, businesses, individuals, and the public in general. Accordingly, Sierra Club consists of many individual members.

    Air Alliance Houston is a nonprofit corporation organized and existing under the laws of the State of Texas, with its headquarters in Houston, Texas. Air Alliance Houston works to reduce air pollution in the Houston region to protect public health and environmental integrity through research, education, and advocacy.

    Downwinders at Risk is a nonprofit corporation organized and existing under the laws of the State of Texas, with its headquarters located in Dallas, Texas. Downwinders at Risk is a diverse grassroots citizens group dedicated to protecting public health and the environment.

    Neither Sierra Club, Air Alliance Houston, nor Downwinders at Risk have any parent companies; and no publicly-held company owns a 10% or greater interest in Sierra Club, Air Alliance Houston, or Downwinders at Risk.

14. <u>Counsel for Proposed-Intervenors</u>: Joshua Smith and Zachary Fabish with Sierra Club; Kathleen L. Riley and Seth L. Johnson, with Earthjustice.

                                  Respectfully submitted,

                                  */s/ Joshua Smith*
                                  Joshua D. Smith
                                  Sierra Club
                                  2101 Webster Street, Suite 1300
                                  Oakland, California 94612
                                  415-977-5560 (phone)
                                  joshua.smith@sierraclub.org

## MOTION FOR LEAVE TO FILE
## A RESPONSE TO LOUISIANA'S MOTION TO STAY

Proposed-Intervenors Sierra Club, Downwinders at Risk, and Air Alliance Houston, and Downwinders at Risk respectfully move for leave to file the attached response in opposition to the motion filed by the State of Louisiana and the Louisiana Department of Environmental Quality to stay the U.S. Environmental Protection Agency ("EPA") action at issue in this case (the "Louisiana Stay Motion"). In support of the Motion, Proposed-Intervenors state as follows:

1. This case involves petitions for review filed by Texas, Louisiana, Mississippi, and several power plants and industrial sources in two states, challenging a single EPA rule disapproving Clean Air Act state implementation plans for 21 states, *Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards*, 88 Fed. Reg. 9,336 (Feb. 13, 2023) ("Disapproval Rule"). EPA disapproved all 21 state implementation plans, in part, because each of the state plans failed to require emission reductions necessary to eliminate each respective state's contribution to harmful interstate ozone pollution.

2. On February 14, 2023, Texas State Petitioners and Texas Industry Petitioners filed petitions for judicial review of EPA's Disapproval Rule in this Court. Case No. 23-60069. On March 16, Mississippi also filed a petition for review in this Court. Case No. 23-60069. The next day, on March 17, Mississippi Power Company filed a separate petition. *Id.* Louisiana then filed for review on March 20, 2023. *Id.*

3. On March 27, 2023, Louisiana filed its opposed Stay Motion seeking to stay the Disapproval Rule. On March 30, 2023, this Court entered an order extending the deadline for a response to Louisiana's Stay Motion until April 17, 2023.

4. Proposed-Intervenors filed a timely Motion for Leave to Intervene in each of the petitions for review filed in the above-captioned case on March 27, 2023.

5. As explained in detail in their Motion for Leave to Intervene, Proposed-Intervenors are non-profit organizations, with tens of thousands of members in Texas, Louisiana, Mississippi, and the other states subject to the Disapproval Rule, and dedicated to protecting

public health and the environmental from the impacts of harmful ozone pollution.

6. To further their interests in reducing ozone pollution in Texas, Louisiana, and Mississippi, as well as harmful ozone pollution that travels from those states downwind to other states, Proposed-Intervenors have worked for years in the Clean Air Act rulemaking processes and judicial proceedings leading up to the Disapproval Rule, including, among others:

- *The Cross-State Air Pollution Rule. See* Order, *EME Homer City Generation L.P. v. EPA*, No. 11-1302 (and consolidated cases) (D.C. Cir. Oct. 12, 2011).

- *The Cross-State Air Pollution Rule Update. See* Order, *Wisconsin v. EPA*, No. 16-1406 (and consolidated cases) (D.C. Cir. Jan. 31, 2017); *see also Wisconsin v. EPA*, 938 F.3d 303 (D.C. Cir. 2019).

- *The Cross-State Air Pollution Rule Close-Out.* Brief of Citizen Petitioners, *New York v. EPA*, No. 19-1019 (and consolidated cases) (D.C. Cir. Apr. 19, 2019); *see also New York v. EPA*, 781 F. App'x 4, 7 (D.C. Cir. 2019).

- *The Revised Cross-State Air Pollution Rule Update. See* Complaint, *Downwinders at Risk, et al.*, No. 20-cv-00349 (D.D.C. Feb. 7, 2020); *New Jersey v. Wheeler*, 475 F. Supp. 3d 308 (S.D.N.Y 2020); *see also Midwest Ozone Group v. EPA*, No. 21-1146, 2023 WL 2337782 (D.C. Cir. Mar. 3, 2023).

- *The Disapproval Rule. See* Complaint, *Downwinders at Risk, et al. v. Regan*, No. 4:21-cv-03551-DMR (N.D. Cal. May 12, 2021).

7. EPA issued the Disapproval Rule in response to Proposed-Intervenors' lawsuit to compel the agency to fulfill its Clean Air Act obligations to ensure that the states adequately address their harmful downwind air pollution. *See* Complaint, *Downwinders at Risk, et al. v. Regan*, No. 4:21-cv-03551-DMR (N.D. Cal. May 12, 2021); *see also Complaint*, State of New York, et al. v. Regan, 1:21-ccv-00252-ALC (S.D.N.Y. Jan. 12, 2021).

8. Thus, Proposed-Intervenors have protectable aesthetic, recreational, health, cultural, and environmental benefits interests in this case. The outcome of this case will determine whether EPA must allow Texas, Louisiana, Mississippi, and the 18 other states subject to the rule to continue doing nothing to eliminate their contribution to interstate pollution, prolonging Proposed-Intervenors' members' exposure to unhealthy air. Proposed-Intervenors also have a strong interest in the uniform and consistent interpretation and national application of the requirements of the Clean Air Act, including the Act's requirement that each state eliminate pollution that significantly

contributes to unhealthy air in other states, or interferes with downwind states' ability to meet air quality standards.

9. Proposed-Intervenors respectfully request that the Court allow the filing of the accompanying proposed response so that it may contribute to the Court's deliberations concerning the Louisiana Stay Motion. Given that multiple states adopted methodologies for evaluating downwind pollution that were identical or similar to Louisiana's, the Louisiana Stay Motion raises significant legal and factual issues that could affect the implementation of the national rule. *See, e.g.*, 88 Fed. Reg. at 9,354-56, and 9,360 (Alabama, Arkansas, Indiana, Kentucky, Louisiana, Texas, and West Virginia employed similar back-trajectory analyses); *id.* at 9,369 (disapproving all 21 state plans because "no state provided any enforceable emission control strategies"). Proposed-Intervenors respectfully submit that consideration of the accompanying response will assist the Court in the resolution of those legal and factual issues in a consistent and efficient manner.

10. Pursuant to Fifth Circuit Rule 27.4, Proposed-Intervenors have consulted with counsel for the other parties in this case. EPA, the

Texas State Petitioners,[1] Texas Industry Intervenors,[2] the Mississippi Petitioners,[3] and Entergy Louisiana take no position on Proposed-Intervenors' Motion for Leave to File a Response to the Louisiana Stay Motion. The Louisiana Chemical Association, Louisiana Mid-Continent Oil & Gas Association, Louisiana Electric Utility Environmental Group, LLC, and Texas Lehigh Cement Company LP, who each filed petitions for review on April 17, did not respond to counsel's inquiry. The Louisiana State Petitioners oppose the motion.[4]

For the foregoing reasons, Proposed-Intervenors request leave to file the accompanying Response in Opposition to the Louisiana Stay Motion.

---

[1] The "Texas State Petitioners" are the State of Texas, the Texas Commission on Environmental Quality, the Texas Public Utility Commission, and the Railroad Commission of Texas.

[2] The "Texas Industry Petitioners" are Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, Wise County Power Company, LLC, Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Counsel, and Texas Oil & Gas Association.

[3] The "Mississippi Petitioners" are the State of Mississippi, the Mississippi Department of Environmental Quality, and Mississippi Power Company.

[4] The "Louisiana Petitioners" are the State of Louisiana and the Louisiana Department of Environmental Quality.

Respectfully submitted,

*/s/ Joshua Smith*
Joshua D. Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, California 94612
415-977-5560 (phone)
joshua.smith@sierraclub.org

## CERTIFICATE OF CONFERENCE

Pursuant to Fifth Circuit Rule 27.4, Proposed-Intervenors have consulted with counsel for the other parties in this case. EPA, the Texas State Petitioners, Texas Industry Intervenors, the Mississippi State Petitioners, and Entergy Louisiana take no position on Proposed-Intervenors' Motion for Leave to File a Response to the Louisiana Stay Motion. The Louisiana Chemical Association, Louisiana Mid-Continent Oil & Gas Association, Louisiana Electric Utility Environmental Group, LLC, and Texas Lehigh Cement Company LP did not respond to counsel's inquiry. The Louisiana State Petitioners oppose the motion.

Dated: April 17, 2023

*/s/ Joshua Smith*
Joshua Smith
Counsel for Sierra Club

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

The undersigned counsel states that this motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 1,102 words, excluding the caption, signature blocks, and required certifications, as counted by a word processing system and, therefore, is within the word limit. This motion also complies with typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Century Schoolbook font.

Dated: April 17, 2023

*/s/ Joshua Smith*
Joshua Smith
Counsel for Sierra Club

## CERTIFICATIONS UNDER ECF FILING STANDARDS

Pursuant to paragraph A(6) of this Court's ECF Filing Standards, I hereby certify that (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R.25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

Dated: April 17, 2023

            */s/ Joshua Smith*
            Joshua Smith
            Counsel for Sierra Club

## CERTIFICATE OF SERVICE

On this 17th day of April, 2023 a true and correct copy of the foregoing Motion of Proposed Intervenors Sierra Club, Downwinders at Risk, and Air Alliance Houston for Leave to File a Response in Opposition to Louisiana's Motion to Stay was filed with the electronic case filing ("ECF") system of the U.S. Court of Appeals for the Fifth Circuit, which will provide electronic notice to counsel of record.

*/s/ Joshua Smith*
Joshua Smith