# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

April 19, 2023

Ms. Kathleen Lea Riley  
Earthjustice Legal Defense Fund  
1001 G Street, N.W.  
Suite 1000  
Washington, DC 20001

Mr. Joshua Smith  
Sierra Club  
Environmental Law Program  
2101 Webster Street  
Suite 1300  
Oakland, CA 94612

    No. 23-60069   State of Texas v. EPA  
                            USDC No. 88 Fed. Reg. 9336-9384

Dear Ms. Riley and Mr. Smith,

Since the motion to intervene is denied, we are taking no action on the motion for leave to file a response to motions for stay with attached response filed on March 27, 2023.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____  
                                            Christina A. Gardner, Deputy Clerk  
                                            504-310-7684

cc:  Mr. Michael Abrams  
     Mr. David R. Baake  
     Ms. Megan Heuberger Berge  
     Mrs. Jill Carter Clark  
     Mr. William Francis Cole  
     Mr. Bill L. Davis  
     Mr. Bradley Aaron Ennis  
     Mr. Merrick Garland, U.S. Attorney General  
     Mr. Philip Stephen Gidiere III  
     Ms. Machelle Rae Lee Hall

Mrs. Maureen Noonan Harbourt
Ms. Debra Jezouit
Mr. Todd Sunhwae Kim
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts