NO. 23-60069

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL
QUALITY; LUMINANT GENERATION COMPANY LLC; COLETO
CREEK POWER, LLC; ENNIS POWER COMPANY, LLC; HAYS
ENERGY, LLC; MIDLOTHIAN ENERGY, LLC; OAK GROVE
MANAGEMENT COMPANY LLC; WISE COUNTY POWER
COMPANY, LLC; ASSOCIATION OF ELECTRIC COMPANIES OF
TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL;
TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION
OF TEXAS; AND RAILROAD COMMISSION OF TEXAS; STATE OF
MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL
QUALITY; MISSISSIPPI POWER COMPANY; STATE OF
LOUISIANA; AND LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
and MICHAEL S. REGAN, Administrator,
United States Environmental Protection Agency,

*Respondents*.

---

## MOTION OF PROPOSED INTERVENORS SIERRA CLUB, DOWNWINDERS AT RISK, AND AIR ALLIANCE HOUSTON FOR LEAVE TO FILE A RESPONSE IN OPPOSITION TO THE MOTIONS FOR STAY

*/s/ Joshua D. Smith*
Joshua D. Smith
Rose Monahan
Sierra Club
2101 Webster Street, Suite 1300
Oakland, California 94612
415-977-5560
415-977-5704
joshua.smith@sierraclub.org

Zachary M. Fabish
Sierra Club
50 F St NW, 8th Floor
Washington, DC 20001
650-388-8446
zachary.fabish@sierraclub.org

*Counsel for Sierra Club*

*/s/ Kathleen L. Riley*
Kathleen L. Riley
Seth L. Johnson
Earthjustice
1001 G St NW, Ste. 1000
Washington, DC 20001
202-745-5227
202-797-5245
kriley@earthjustice.org
sjohnson@earthjustice.org

*Counsel for Sierra Club,*
*Downwinders at Risk, and Air*
*Alliance Houston*

Filed: March 27, 2023

NO. 23-60069

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL
QUALITY; LUMINANT GENERATION COMPANY LLC; COLETO
CREEK POWER, LLC; ENNIS POWER COMPANY, LLC; HAYS
ENERGY, LLC; MIDLOTHIAN ENERGY, LLC; OAK GROVE
MANAGEMENT COMPANY LLC; WISE COUNTY POWER
COMPANY, LLC; ASSOCIATION OF ELECTRIC COMPANIES OF
TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL;
TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION
OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF
MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL
QUALITY; MISSISSIPPI POWER COMPANY; STATE OF
LOUISIANA; AND LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
and MICHAEL S. REGAN, Administrator,
United States Environmental Protection Agency,

*Respondents*.

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following

listed persons and entities as described in the fourth sentence of Fifth

i

Circuit Local Rule 28.2.1 have an interest in the outcome of this case.
These representations are made in order that the judges of this court
may evaluate possible disqualification or recusal.

1. <u>Petitioners</u>: State of Texas; Texas Commission on
   Environmental Quality; Luminant Generation Company
   LLC; Coleto Creek Power, LLC; Ennis Power Company,
   LLC; Hays Energy, LLC; Midlothian Energy, LLC; Oak
   Grove Management Company LLC; Wise County Power
   Company, LLC; Association of Electric Companies of Texas;
   BCCA Appeal Group; Texas Chemical Council; Texas Oil &
   Gas Association; Mississippi Power Company; State of
   Mississippi and Mississippi Department of Environmental
   Quality; Southern Company; State of Louisiana and
   Louisiana Department of Environmental Quality; Vistra
   Asset Company LLC; Vistra Corp.; Vistra Intermediate
   Company LLC, Vistra Operations Company LLC (Parent
   company of Petitioners Luminant Generation Company LLC,
   Coleto Creek Power, LLC, Ennis Power Company, LLC,
   Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove
   Management Company LLC, and Wise County Power
   Company, LLC).

2. <u>Counsel for Petitioners State of Texas and Texas
   Commission on Environmental Quality</u>: Ken Paxton,
   Attorney General of Texas; Michael R. Abrams, Assistant
   Solicitor General; Williams F. Cole, Assistant Solicitor
   General; Bill Davis, Deputy Solicitor General; Joseph N.
   Mazzara, Assistant Solicitor General; Judd Stone, Solicitor
   General; Brent Webster, First Assistant Attorney General,
   all with the Office of the Attorney General for the State of
   Texas.

3. <u>Counsel for Petitioners Luminant Generation Company LLC
   and Luminant Mining Company LLC</u>: P. Stephen Gidiere
   III; Julia B. Barber; C. Grady Moore III, Susan Scaggs

Stutts, and Shawn S. Shurden with Balch & Bingham, LLP; Stephanie Z. Moore, Daniel J. Kelly, and David W. Mitchell.

4.  Counsel for Petitioners Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, Texas Oil & Gas Association: Baker Botts L.L.P; Matthew L. Kuryla; Aaron M. Streett.

5.  Counsel for Petitioner State of Mississippi and Department of Environmental Quality: Lynn Fitch, Attorney General; Justin Matheny, Deputy Solicitor; Whitney H. Lipscomb, Deputy Attorney General all with the State of Mississippi Office of the Attorney General.

6.  Counsel for Petitioner State of Louisiana and Louisiana Department of Environmental Quality: Jeff Landry, Attorney General; Joseph S. St. John, Deputy Solicitor General; Elizabeth B. Murrill, Solicitor General; Machelle Hall, Assistant Attorney General with the Louisiana Department of Justice; Courtney J. Burdette and Jill C. Clark with the Louisiana Department of Environmental Quality.

7.  Respondents: United States Environmental Protection Agency; Michael S. Regan, Administrator, U.S. Environmental Protection Agency; David Gray, Acting Regional Administrator, Region 6, U.S. Environmental Protection Agency; Daniel Blackman, Regional Administrator, Region 4, U.S. Environmental Protection Agency; Earthea Nance, Regional Administrator.

8.  Counsel for Respondents United States Environmental Protection Agency and Michael S. Regan: Merrick Garland, Attorney General of the U.S. Department of Justice; Jin Hyung Lee with the U.S. Department of Justice Environment & Natural Resources Division; Todd Kim, Assistant Attorney General; Jeffrey M. Prieto.

9.  Proposed-Intervenors: Sierra Club is a non-profit organization that maintains open membership invitation to

organizations, businesses, individuals, and the public in general. Accordingly, Sierra Club consists of many individual members.

Air Alliance Houston is a nonprofit corporation organized and existing under the laws of the State of Texas, with its headquarters in Houston, Texas. Air Alliance Houston works to reduce air pollution in the Houston region to protect public health and environmental integrity through research, education, and advocacy.

Downwinders at Risk is a nonprofit corporation organized and existing under the laws of the State of Texas, with its headquarters located in Dallas, Texas. Downwinders at Risk is a diverse grassroots citizens group dedicated to protecting public health and the environment

Neither Sierra Club, Air Alliance Houston, nor Downwinders at Risk have any parent companies; and no publicly-held company owns a 10% or greater interest in Sierra Club, Air Alliance Houston, or Downwinders at Risk.

10. <u>Counsel for Proposed-Intervenors</u>: Joshua Smith and Zachary Fabish with Sierra Club; Kathleen L. Riley and Seth L. Johnson, with Earthjustice.

Respectfully submitted,

*/s/ Joshua Smith*
Joshua Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
415.977.5560 (phone)
Joshua.smith@sierraclub.org

## MOTION FOR LEAVE TO FILE
## A RESPONSE TO THE MOTIONS TO STAY

Proposed-Intervenors Sierra Club, Downwinders at Risk, and Air Alliance Houston, and Downwinders at Risk respectfully move for leave to file the attached response in opposition to the motions filed by the Texas State Petitioners[1] and Texas Industry Petitioners[2] to stay the U.S. Environmental Protection Agency ("EPA") action at issue in this case ("Stay Motion"). In support of the Motion, Proposed-Intervenors state:

1.    This case involves petitions for review filed by Texas, Louisiana, Mississippi, and several power plants and industrial sources in two states, challenging a single EPA rule disapproving Clean Air Act state implementation plans for 21 states, *Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality*

---

[1] The "Texas State Petitioners" are the State of Texas, the Texas Commission on Environmental Quality ("TCEQ"), the Public Utility Commission of Texas, and the Railroad Commission of Texas.
[2] The "Texas Industry Petitioners" are Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, Wise County Power Company, LLC, Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Counsel, and Texas Oil & Gas Association.

1

*Standards*, <u>88 Fed. Reg. 9,336</u> (Feb. 13, 2023) ("Disapproval Rule").

EPA disapproved all 21 state implementation plans, in part, because

each of the state plans failed to require emission reductions necessary

to eliminate each respective state's contribution to harmful interstate

ozone pollution.

    2.    On February 14, 2023, Texas State Petitioners and Texas

Industry Petitioners filed petitions for judicial review of EPA's

Disapproval Rule in this Court. Case No. 23-60069. On March 16,

Mississippi also filed a petition for review in this Court. Case No. 23-

60069. The next day, on March 17, Mississippi Power Company filed a

separate petition. *Id.* Louisiana then filed for review on March 20, 2023.

*Id.*

    3.    Meanwhile, on March 3, 2023, the Texas State Petitioners

and the Texas Industry Petitioners each filed motions to stay the

Disapproval Rule, seeking, alternatively, to stay the Disapproval Rule

as to Texas or in its entirety. *See* Texas Pet'rs' Mot. to Stay Final Action

at 20 ("The Court should stay, pending review, the part of the Final

Rule that disapproves Texas's SIP."); Texas Industry Pet'rs' Mot. to

Stay Final Action at 21 ("the Court should stay EPA's disapproval and

2

prohibit EPA from taking any action in reliance on that disapproval pending conclusion of these proceedings.").

4.     Concurrent with this Motion for Leave, Proposed-Intervenors are timely filing a Motion for Leave to Intervene in each of the petitions for review filed in the above-captioned case.

5.     As explained in detail in their Motion for Leave to Intervene, Proposed-Intervenors are non-profit organizations, with tens of thousands of members in Texas, Louisiana, Mississippi, and the other states subject to the Disapproval Rule, and dedicated to protecting public health and the environmental from the impacts of harmful ozone pollution.

6.     To further their interests in reducing ozone pollution in Texas, Louisiana, and Mississippi, as well as harmful ozone pollution that travels from those states downwind to other states, Proposed-Intervenors have worked for years in the Clean Air Act rulemaking processes and judicial proceedings leading up to the Disapproval Rule, including, among others:

- *The Original Cross-State Air Pollution Rule. See* Order, *EME Homer City Generation L.P. v. EPA*, No. 11-1302 (and consolidated cases) (D.C. Cir. Oct. 12, 2011).

3

- *The Cross-State Air Pollution Rule Update. See* Order, *Wisconsin v. EPA*, No 16-1406 (and consolidated cases) (D.C. Cir. Jan. 31, 2017); *see also Wisconsin v. EPA*, <u>938 F.3d 303</u> (D.C. Cir. 2019).

- *The Cross-State Air Pollution Rule Close-Out.* Brief of Citizen Petitioners, *New York v. EPA*, No. 19-1019 (and consolidated cases) (D.C. Cir. Apr. 19, 2019); *see also New York v. EPA*, <u>781 F. App'x 4, 7</u> (D.C. Cir. 2019).

- *The Revised Cross-State Air Pollution Rule Update. See* Complaint, *Downwinders at Risk, et al.*, No. 20-cv-00349 (D.D.C. Feb. 7, 2020); *New Jersey*, <u>475 F. Supp. 3d at 308</u>; *see also Midwest Ozone Group v. EPA*, No. 21-1146, <u>2023 WL 2337782</u> (D.C. Cir. Mar. 3, 2023).

- *The Disapproval Rule. See* Complaint, *Downwinders at Risk, et al. v. Regan*, No. 4:21-cv-03551-DMR (N.D. Cal. May 12, 2021).

7.    EPA issued the Disapproval Rule in response to Proposed-Intervenors' lawsuit to compel the agency to fulfill its Clean Air Act obligations to ensure that the states adequately address their harmful downwind air pollution. *See* Complaint, *Downwinders at Risk, et al. v. Regan*, No. 4:21-cv-03551-DMR (N.D. Cal. May 12, 2021); *see also* Complaint, *State of New York, et al. v. Regan*, 1:21-ccv-00252-ALC (S.D.N.Y. Jan. 12, 2021).

8.    Thus, Proposed-Intervenors have protectable aesthetic, recreational, health, cultural, and environmental benefits interests in this case.  The outcome of this case will determine whether EPA must

allow Texas, Louisiana, Mississippi, and the 18 other states subject to the rule to continue doing nothing to eliminate their contribution to interstate pollution, prolonging Proposed-Intervenors' members' exposure to unhealthy air. Proposed-Intervenors also have a strong interest in the uniform and consistent interpretation and national application of the requirements of the Clean Air Act, including the Act's requirement that each state eliminate pollution that significantly contributes to unhealthy air in other states, or interferes with downwind states' ability to meet air quality standards.

9.     Proposed-Intervenors were not parties to this case when the Texas State and Texas Industry Petitioners moved to stay the Disapproval Rule. Thus, Proposed-Intervenors were not served with the Stay Motions, and were not immediately aware that the Texas State and Industry Petitioners sought to stay the rule, either as to Texas or in its entirety. *See* Texas Pet'rs' Mot. to Stay Final Action at 20; Texas Industry Pet'rs' Mot. to Stay Final Action at 21.

10.     On March 8, 2023, the Court issued an order extending the deadline to file a response to the motions for stay pending appeal in this case to March 27, 2023.

11.    Proposed-Intervenors respectfully request that the Court allow the filing of the accompanying proposed response and exhibits so that it may contribute to the Court's deliberations concerning the Motions to Stay. The Texas Industry Petitioners apparently move to stay the national Disapproval Rule in its entirety. Texas Industry Pet'rs' Mot. to Stay Final Action at 21 ("the Court should stay EPA's disapproval and prohibit EPA from taking *any* action in reliance on that disapproval pending conclusion of these proceedings") (emphasis added). In any event, given that several states adopted methodologies for evaluating downwind pollution that were identical or similar to Texas's, the Motions to Stay raise significant legal and factual issues that could affect the implementation of the national rule. *See, e.g.*, 88 Fed. Reg. at 9,359 (noting Ohio and Oklahoma adopted Texas's methodology for identifying maintenance receptors); *id*. at 9,369 (disapproving all 21 state plans because "no state provided any enforceable emission control strategies"). Proposed-Intervenors respectfully submit that consideration of the accompanying response will assist the Court in the resolution of those legal and factual issues in a consistent and efficient manner.

12.     Pursuant to Fifth Circuit Rule 27.4, Proposed-Intervenors have consulted with counsel for the other parties in this case. EPA, the Texas State Petitioners, the Mississippi State Petitioners,[3] the Louisiana State Intervenors,[4] the Texas Industry Petitioners, and Mississippi Power Company represented that they cannot consent without reviewing the motion, and reserve their right to respond.

For the foregoing reasons, Proposed-Intervenors request leave to file the accompanying Response in Opposition to the Motions for Stay of the Final Rule.

Respectfully submitted,

*s/ Joshua Smith*
Joshua Smith
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5560 (phone)
joshua.smith@sierraclub.org

Zachary M. Fabish
Sierra Club
50 F St NW, 8th Floor
Washington, DC 20001
650-388-8446

---

[3] The "Mississippi State Petitioners" are the State of Mississippi and the Mississippi Department of Environmental Quality.
[4] The "Louisiana State Petitioners" are the State of Louisiana and the Louisiana Department of Environmental Quality.

7

zachary.fabish@sierraclub.org

*Counsel for Sierra Club*

*/s/ Kathleen L. Riley*
Kathleen L. Riley
Seth L. Johnson
Earthjustice
1001 G St NW, Ste. 1000
Washington, DC 20001
202-745-5227
202-797-5245
kriley@earthjustice.org
sjohnson@earthjustice.org

*Counsel for Sierra Club, Air Alliance
Houston, and Downwinders at Risk*

8