

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

BILL DAVIS  
Deputy Solicitor General

(512) 936-1700  
Bill.Davis@oag.texas.gov

April 20, 2023

**Via CM/ECF**

Lyle W. Cayce, Clerk  
United States Court of Appeals for the Fifth Circuit

    Re:    No. 23-60069, *State of Texas v. EPA*

Dear Mr. Cayce:

    I have conferred with counsel for all petitioners that moved for a stay of the part of the challenged EPA action that disapproved Texas's state implementation plan. *See* Docs. 31, 32-1. None of those petitioners intends to file a response to EPA's motion for leave to file a surreply as to those stay motions (Doc. 234-1). Rather, they respectfully request that the Court rule on their stay motions, or else grant an administrative stay, no later than May 1, 2023. *See* Docs. 197 at 1-2, 203-1 at 1.

                                       Respectfully submitted.

                                       /s/ Bill Davis

                                       Bill Davis  
                                       Deputy Solicitor General

cc: All registered counsel (via CM/ECF)