

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Environmental Defense Section*                                                                           *Telephone (202) 514-2640*
*P.O. Box 7611*                                                                                *Facsimile (202) 514-8865*
*Washington, DC 20044*

April 27, 2023

<u>VIA ELECTRONIC FILING</u>

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Pl., Ste 115
New Orleans, LA 70130

Re:    *State of Texas, et al. v. Environmental Protection Agency, et al.*, No. 23-60069

Dear Mr. Cayce:

      On April 25, 2023, Petitioners informed the Court of an order entered by the Clerk of the Court for the Eighth Circuit, denying EPA's motion to transfer Arkansas's petition to the D.C. Circuit or dismiss for improper venue. ECF No. 253; *see Arkansas v. EPA*, No. 23-1320, ECF No. 5269098 (8th Cir. Apr. 25, 2023).

      The unpublished, non-binding, summary order issued in *Arkansas* contains no explanation or analysis regarding the arguments that EPA presented in its Venue Motion, ECF No. 50, and reply, ECF No. 224, before this Court and is therefore unpersuasive. *See Avelar-Oliva v. Barr*, 954 F.3d 757, 765 (5th Cir. 2020) ("Decisions issued by other circuits . . . are not binding on this court."). EPA thus informs this Court that it intends to request that the Eighth Circuit reconsider this order. EPA respectfully requests that this Court proceed to independently consider the arguments made in EPA's pending Venue Motion and reply and transfer the petitions for review challenging the Final Rule to the D.C. Circuit or dismiss for improper venue.

                                                  Sincerely,

                                                  /s/ *Jin Hyung Lee*
                                                  JIN HYUNG LEE

cc: Counsel of record, via CM/ECF