# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 01, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60069   State of Texas v. EPA
                      Agency No. 88 Fed. Reg. 9336-9384

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Majella A. Sutton, Deputy Clerk
                              504-310-7680

P.S. to Petitioners' Counsel: Please provide the court with an updated status report every 30 days advising the court of the status of this matter.

Mr. Michael Abrams
Mr. David R. Baake
Ms. Megan Heuberger Berge
Mrs. Jill Carter Clark
Mr. William Francis Cole
Mr. Bill L. Davis
Mr. Bradley Aaron Ennis
Mr. Merrick Garland, U.S. Attorney General
Mr. Philip Stephen Gidiere III
Ms. Machelle Rae Lee Hall
Mrs. Maureen Noonan Harbourt
Ms. Debra Jezouit
Mr. Todd Sunhwae Kim
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts