# United States Court of Appeals for the Fifth Circuit

---

No. 23-60069

---

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL
QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO
CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS
ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE
MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER
COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF
TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL;
TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION
OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF
MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL
QUALITY; MISSISSIPPI POWER COMPANY; STATE OF
LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL
QUALITY; ENTERGY LOUISIANA, L.L.C.; LOUISIANA CHEMICAL
ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION;
LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP,
L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners,*

*versus*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
MICHAEL S. REGAN, *Administrator, United States Environmental
Protection Agency,*

*Respondents.*

---

Petition for Review from an Order of the
Environmental Protection Admin

No. 23-60069

Agency No. 88 Fed. Reg. 9336-9384

ORDER:

IT IS ORDERED that the motion of Louisiana Public Service Commission (the "Commission") for leave to intervene in support of Petitioners is DENIED.

"Rule 15(d) of the Federal Rules of Appellate Procedure governs interventions in administrative appeals such as this one." *Texas v. DOE*, 754 F.2d 550, 551 (5th Cir. 1985). Although Rule 15(d) articulates no standard for resolving intervention questions, we have applied one "akin to that of a district court's considering a motion under Federal Rule of Civil Procedure 24." *Richardson v. Flores*, 979 F.3d 1102, 1105 (5th Cir. 2020); *see also Texas*, 754 F.2d at 551.

Because the Commission shares the "same ultimate objective" as Petitioners, it "must show adversity of interest, collusion, or nonfeasance on [Petitioners'] part" to demonstrate inadequate representation under Federal Rule of Civil Procedure 24(a). *Edwards v. City of Houston*, 78 F.3d 983, 1005 (5th Cir. 1996) (en banc). The Commission has not done so. It is, of course, welcome to file an amicus brief.

_____

Kurt D. Engelhardt
*United States Circuit Judge*

2