# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | No. 23-60069 |

## OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONDENTS' OPPOSITION TO MISSISSIPPI'S MOTION TO STAY

Respondents the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively "EPA"), in accordance with Federal Rule of Appellate Procedure 27, respectfully move the Court for an extension of time to and including June 5, 2023, to file their response in opposition to the motion to stay filed by Mississippi Petitioners (collectively, "Mississippi") on May 11, 2023. ECF No. 304. Pursuant to Fifth Circuit Rule 27.4, EPA's counsel has conferred with Petitioners' counsel regarding the relief requested in this motion. Petitioners' counsel has indicated that Mississippi opposes the relief request in this motion and reserve its right to file a response and that Texas Petitioners and Louisiana industry groups take no position on the relief requested. Undersigned counsel received no response from the State of Louisiana. In support of this motion, EPA states as follows:

1.      On February 13, 2023, EPA promulgated a final rule disapproving 21 states' plans regarding how states would address their emissions impacts to downwind states' ozone levels. Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 9336, 9338 (Feb. 13, 2023) ("Final Rule").

2.      In this Court, ten groups of Petitioners filed petitions for review of the Final Rule. ECF Doc Nos. 1-1, 3-1, 5-1, 44-1, 52-1, 58-1, 63-1, 213-1, 216-1, 221-1.

3.      Relatedly, 32 additional petitions for review of the Final Rule have been filed in the Fourth, Sixth, Eighth, Ninth, Tenth, Eleventh, and D.C. Circuits.[1]

---

[1] *West Virginia v. EPA*, No. 23-1418 (4th Cir.); *Kentucky v. EPA*, No. 23-3216 (6th Cir.); *Ky. Energy & Env't Cabinet v. EPA*, No. 23-3225 (6th Cir.); *Arkansas v. EPA*, No. 23-1320 (8th Cir.); *Sw. Elec. Power Co. v. EPA*, No. 23-1765 (8th Cir.); *Ark. League of Good Neighbors v. EPA*, No. 23-1778 (8th Cir.); *Hybar LLC v. EPA*, No. 23-1777 (8th Cir.); *Missouri v. EPA*, No. 23-1719 (8th Cir.); *Union Elec. Co. v. EPA*, No. 23-1751 (8th Cir.); *City Utils. of Springfield v. EPA*, No. 23-1774 (8th Cir.); *Allete, Inc. v. EPA*, No. 23-1776 (8th Cir.); *Nev. Cement Co. v. EPA*, No. 23-682 (9th Cir.); *Utah v. EPA*, No. 23-9509 (10th Cir); *PacifiCorp v. EPA*, No. 23-9512 (10th Cir.); *Utah Associated Mun. Power Sys. v. EPA*, No. 23-9520 (10th Cir.); *Oklahoma v. EPA*, No. 23-9514 (10th Cir.); *Okla. Gas & Elec. Co.*, No. 23-9521 (10th Cir.); *Tulsa Cement, LLC v. EPA*, No. 23-9533 (10th Cir.); *Wyoming v. EPA*, No. 23-9529 (10th Cir.); *PacifiCorp v. EPA*, No. 23-9531 (10th Cir.); *W. Farmers Elec. Co. v. EPA*, No. 23-9534 (10th Cir.); *Basin Elec. Power Co. v. EPA*, No. 23-9537 (10th Cir.); *Alabama v. EPA*, No. 23-11173 (11th Cir.); *Ala. Power Co. v. EPA*, No. 23-11196 (11th Cir.); *Utah v. EPA*, Nos. 23-1102, 23-1103, 23-1105, 23-1106, 23-1107, 23-1112, 23-1113, 23-1115 (D.C. Cir.) (consolidated cases).

4. EPA and undersigned counsel are working on all petitions for review filed in the eight circuit courts, as the petitions challenge the same Final Rule.

5. On May 16-17, 2023, Mississippi moved to stay the Final Rule as it relates to only Mississippi's state plan submission. ECF Nos. 52, 58.

6. EPA intends to file an opposition to this stay motion. Pursuant to Federal Rule of Appellate Procedure 27, EPA's deadline to file a response to Mississippi's stay motion is May 22, 2023. By this motion, EPA requests an extension of 14 days, up to and including June 5, 2023, to file its response.

7. This extension of time is necessary to provide adequate time for EPA to prepare a response to Mississippi's stay motion. As an initial matter, an extension of time is necessary to provide sufficient time for interagency and management review of the response to Mississippi's stay motion. Oppositions to stay motions that have been and may be filed in this docket require multiple levels of review from individuals within EPA and the Department of Justice. Accordingly, in prior stay motions filed in this case, EPA sought and obtained an extension of time of 14 days to file an opposition to Texas petitioners' stay motions, ECF Nos. 34, 39, and to file an opposition to Louisiana petitioners' stay motion, ECF Nos. 138, 142.

8. Additionally, EPA and undersigned counsel have numerous deadlines in the related petitions for review filed in the various circuit courts.

9. In the Fourth Circuit, the petitioner's response brief in opposition to EPA's motion to transfer the petition for review to the D.C. Circuit or dismiss based on improper venue ("Venue Motion") is due May 16, 2023, and EPA's reply in support of the Venue Motion is due May 30, 2023. *West Virginia v. EPA*, No. 23-1418 (4th Cir. Apr. 28, 2023), ECF No. 13.

10. In the Eighth Circuit, EPA's consolidated reply brief in support of its Venue Motions in seven petitions is due May 18, 2023. *See Sw. Elec. Power Co. v. EPA*, No. 23-1765 (8th Cir.); *Ark. League of Good Neighbors v. EPA*, No. 23-1778 (8th Cir.); *Hybar v. EPA*, No. 23-1777 (8th Cir.); *Missouri v. EPA*, No. 23-1719 (8th Cir.); *Union Elec. Co. v. EPA*, No. 23-1751 (8th Cir.); *City Utils. of Springfield v. EPA*, No. 23-1774 (8th Cir.); *Allete, Inc. v. EPA*, No. 23-1776 (8th Cir.). EPA also has reply brief in support of its motion for reconsideration of an order issued in *Arkansas v. EPA*, No. 23-1320, is due May 26, 2023. Further, EPA and undersigned counsel are also negotiating a briefing schedule in that court because the cases have not been consolidated and opening briefs (and accordingly, response briefs) for challenges to the Final Rule are currently due on different dates. Negotiations with petitioners will require resources that will divert from EPA's preparation of its response to Mississippi's stay motion.

11. In the Ninth Circuit, the petitioner in that court moved to stay the Final Rule on May 10, 2023, *Nev. Cement Co. v. EPA*, No. 23-682 (9th Cir. May 10, 2023),

ECF No. 9, and EPA's response in opposition to that stay motion is currently due May 22, 2023. Further, EPA's reply brief in support of its Venue Motion is currently due May 30, 2023. *See Nev. Cement*, No. 23-682 (9th Cir. May 9, 2023), ECF No. 8.

12. In the Tenth Circuit, the court directed all 11 parties to file "a single written report setting forth a proposal for procedural consolidation and coordinated management of these matters" by May 19, 2023. *Utah v. EPA*, No. 23-9509 (10th Cir. Apr. 28, 2023), ECF No. 010110851717. As in the Eighth Circuit, negotiations in the Tenth Circuit and preparation of that filing will require resources that will divert from EPA's preparation of its response to Mississippi's stay motion.

13. Therefore, from now until May 22, 2023, EPA and undersigned counsel must review numerous briefs, prepare response or reply briefs, and/or file them, in addition to working out briefing schedules with many petitioners.

14. Moreover, EPA has been informed by three petitioners in the Eighth Circuit that they also plan to move to stay the Final Rule in short order. As EPA did here, EPA intends to confer with those petitioners to coordinate an appropriate schedule for EPA's filing of its oppositions to those motions.

15. Compounding these burdens, undersigned counsel will be out of the country without phone or email access from May 24 through June 3, 2023, on annual leave that was planned before the petitions for review of the Final Rule were filed.

16. The Department of Justice has diligently added new counsel this week to assist with the above-described efforts and to account for undersigned counsel's annual leave. However, these are complex matters that began nearly three months ago, and new counsel will require sufficient time to familiarize themselves with the complicated proceedings while meeting these already established, forthcoming filing deadlines.

17. With these existing and forthcoming filing deadlines, EPA believes June 5, 2023 is the earliest that it can prepare and file a response to Mississippi's stay motion.

18. Mississippi will not be prejudiced by the 14-day extension requested in this motion. Any delay of the Court's ruling on Mississippi's stay motion that would be caused by EPA's requested extension is minor compared to the delay by Mississippi in filing its stay motion. Mississippi had three months to move to stay, as the Final Rule was promulgated in February. Indeed, other petitioners in this Court moved to stay portions of the Final Rule months ago. ECF Nos. 31, 32, 112 (filed March 3 and March 27). Mississippi chose to not do so.

19. In accordance with Fifth Circuit Rule 27.4, counsel for EPA has coordinated with counsel for Petitioners regarding this motion.[2] On May 11, 2023,

---

[2] As noted above, undersigned counsel received no response from the State of Louisiana.

EPA was informed through counsel that Mississippi opposes the relief requested in this motion and reserve its right to file a response and that the other Petitioners take no position on this motion: an extension of time to and including June 5, 2023 to respond to Mississippi's stay motion.

For all these reasons, EPA respectfully requests that this motion be granted and that EPA be given up to and including June 5, 2023 to file its opposition to Mississippi's stay motion.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | TODD KIM<br>Assistant Attorney General |
| ROSEMARY HAMBRIGHT KABAN<br>DANIEL P. SCHRAMM<br>U.S. Environmental Protection Agency<br>Office of General Counsel<br>Washington, D.C. | */s/ Jin Hyung Lee*<br>JIN HYUNG LEE<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044 |
| DATE: May 12, 2023 | (202) 514-2640<br>jin.hyung.lee@usdoj.gov |
| | *Counsel for Respondents* |

## CERTIFICATE OF COMPLIANE

I hereby certify that the foregoing Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f) and (g), as it complies with typeface requirements and contains 1,552 words, excluding exempted portions.

Date: May 12, 2023　　　　　　　　　　　*/s/ Jin Hyung Lee*
　　　　　　　　　　　　　　　　　　　　JIN HYUNG LEE

　　　　　　　　　　　　　　　　　　　　*Counsel for Respondents*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: May 12, 2023　　　　　　　　　　　*/s/ Jin Hyung Lee*
　　　　　　　　　　　　　　　　　　　　JIN HYUNG LEE

　　　　　　　　　　　　　　　　　　　　*Counsel for Respondents*