No. 23-60069

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA L.L.C.; LOUISIANA CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

*Respondents.*

**JOINT RESPONSE TO OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONDENTS' OPPOSITION TO MISSISSIPPI PETITIONERS' MOTION TO STAY**

May 12, 2023

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record for Mississippi Power Company certifies that the following listed persons and entities as described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

- Abrams, Michael R., Assistant Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- Association of Electric Companies of Texas (Petitioner)

- Baake, David R. (Counsel for *Amicus Curiae* New Mexico Environmental Department)

- Baake Law, LLC (Counsel for *Amicus Curiae* New Mexico Environment Department)

- Balch & Bingham LLP (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC and Petitioner Mississippi Power Company)

- Baker Botts L.L.P. (Counsel for Petitioners AECT, BCCA Appeal Group, TCC, and TXOGA)

- Barber, Julia B. (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- BCCA Appeal Group (Petitioner)

- Berge, Megan H. (Counsel for Petitioner Texas Lehigh Cement Company, LP)

- Blackman, Daniel (Region 4 Administrator, United States Environmental Protection Agency)

- Brookfield Asset Management Inc. (together with its affiliates and managed entities owns 10% or more of Vistra Corp.'s stock)

- Burdette, Courtney J., Executive Counsel, Louisiana Department of Environmental Quality (Counsel for Petitioner Louisiana Department of Environmental Quality)

- Clark, Jill C., General Counsel, Louisiana Department of Environmental Quality (Counsel for Petitioner Louisiana Department of Environmental Quality)

- Coleto Creek Power, LLC (Petitioner)

- Cole, William F., Assistant Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- Davis, Bill, Deputy Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- Diaz, Daria Burgess (Counsel for Petitioner Louisiana Public Service Commission)

- Ennis, Bradley A. (Counsel for Mississippi Power Company)

- Ennis Power Company, LLC (Petitioner)

- Entergy Louisiana, L.L.C. (Petitioner)

- Fitch, Lynn, Attorney General, Office of the Attorney General for the State of Mississippi (Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality)

- Garland, Merrick B., Attorney General, United States Department of Justice (Counsel for Respondents)

- Gidiere, P. Stephen III (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Hall, Machelle, Assistant Attorney General, Louisiana Department of Justice (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)

- Harbourt, Maureen N. (Counsel for Petitioners Louisiana Chemical Association, Louisiana Mid-Continent Oil and Gas Association, and Louisiana Electric Utility Environmental Group LLC)

- Hays Energy, LLC (Petitioner)

- Izfar, Sarah, Trial Attorney, United States Department of Justice, Environment & Natural Resources Division, Environmental Defense Section (Counsel for Respondents)

- Jezouit, Debra J. (Counsel for Petitioner Entergy Louisiana, L.L.C.)

- Kelly, Daniel J. (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC and Senior Vice President and Deputy General Counsel for Vistra Corp.)

- Kim, Todd, Assistant Attorney General, Environment and Natural Resources Division, United States Department of Justice (Counsel for Respondents)

- Kean Miller LLP (Counsel for Petitioners Louisiana Chemical Association, Louisiana Mid-Continent Oil and Gas Association, and Louisiana Electric Utility Environmental Group LLC)

- Kollmeyer, Josiah, M. (Counsel for Petitioners Louisiana Chemical Association, Louisiana Mid-Continent Oil and Gas Association, and Louisiana Electric Utility Environmental Group LLC)

- Kuryla, Matthew L. (Counsel for Petitioners AECT, BCCA Appeal Group, TCC, and TXOGA)

- Landry, Jeff, Attorney General, Louisiana Department of Justice (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)

- Lee, Jin Hyung, Trial Attorney, United States Department of Justice, Environment & Natural Resources Division, Environmental Defense Section (Counsel for Respondents)

- Lee, Joshua (Counsel for Petitioner Entergy Louisiana, L.L.C.)

- Lehotsky Keller Cohn LLP (Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality)

- Lipscomb, Whitney H., Deputy Attorney General, Office of the Attorney General for the State of Mississippi (Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality)

- Little, Mark (Counsel for Petitioner Texas Lehigh Cement Company, LP)

- Louisiana Chemical Association (Petitioner)

- Louisiana Department of Environmental Quality (Petitioner)

- Louisiana Department of Justice (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)

- Louisiana Electric Utility Environmental Group, L.L.C. (Petitioner)

- Louisiana Mid-Continent Oil and Gas Association (Petitioner)

- Luminant Generation Company LLC (Petitioner)

- Mansinghani, Mithun (Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality)

- Matheny, Justin L., Deputy Solicitor General, Office of the Attorney General for the State of Mississippi (Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality)

- Mazzara, Joseph N., Assistant Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- McPhee, Shae, Deputy Solicitor General, Louisiana Department of Justice, Office of the Attorney General (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)

- Midlothian Energy, LLC (Petitioner)

- Mississippi Department of Environmental Quality (Petitioner)

- Mississippi Power Company (Petitioner)

- Mitchell, David W. (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC and Senior Counsel, Environmental for Vistra Corp.)

- Moore, C. Grady III (Counsel for Mississippi Power Company)

- Moore, Stephanie Zapata (Counsel for Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC and Executive Vice President and General Counsel for Vistra Corp.)

- Murrill, Elizabeth B., Solicitor General, Louisiana Department of Justice (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)

- Nance, Earthea (Regional Administrator for Respondent United States Environmental Protection Agency)

- New Mexico Environment Department (*Amicus Curiae*)

- Oak Grove Management Company LLC (Petitioner)

- Office of the Attorney General for the State of Louisiana (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)

- Office of the Attorney General for the State of Mississippi (Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality)

- Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- Paxton, Ken, Attorney General of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- Prieto, Jeffrey M. (General Counsel for Respondent United States Environmental Protection Agency)

- Public Utility Commission of Texas (Petitioner)

- Railroad Commission of Texas (Petitioner)

- Regan, Michael S., Administrator, United States Environmental Protection Agency (Respondent)

- Rucinski, Lauren (Counsel for Petitioners Louisiana Chemical Association, Louisiana Mid-Continent Oil and Gas Association, and Louisiana Electric Utility Environmental Group, LLC)

- Schon, Michael B. (Counsel for Petitioners State of Mississippi and Mississippi Department of Environmental Quality)

- Shelton, Dana M. (Counsel for Petitioner Louisiana Public Service Commission)

- Shurden, Shawn (Counsel for Petitioner Mississippi Power Company)

- Southern Company (Parent Company of Petitioner Mississippi Power Company)

- State of Louisiana (Petitioner)

- State of Mississippi (Petitioner)

- State of Texas (Petitioner)

- St. John, Joseph S., Deputy Solicitor General, Louisiana Department of Justice, Office of the Attorney General (Counsel for Petitioners State of Louisiana and Louisiana Department of Environmental Quality)

- Stone, Judd, Solicitor General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- Stone Pigman Walther Wittmann (Counsel for Petitioner Louisiana Public Service Commission)

- Streett, Aaron M. (Counsel for Petitioners AECT, BCCA Appeal Group, TCC, and TXOGA)

- Stutts, Susan Scaggs (Counsel for Mississippi Power Company)

- Texas Chemical Council (Petitioner)

- Texas Commission on Environmental Quality (Petitioner)

- Texas Lehigh Cement Company, LP (Petitioner)

- Texas Oil & Gas Association (Petitioner)

- The Vanguard Group, Inc. (together with its affiliates and managed entities owns 10% or more of Vistra Corp.'s stock)

- United States Environmental Protection Agency (Respondent)

- Vistra Asset Company LLC (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Vistra Corp. (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Vistra Intermediate Company LLC (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Vistra Operations Company LLC (Parent company of Petitioners Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power

Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC)

- Webster, Brent, First Assistant Attorney General, Office of the Attorney General for the State of Texas (Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas)

- Wise County Power Company, LLC (Petitioner)

    Respectfully submitted,

    /s/ *C. Grady Moore III*
    *Counsel for Petitioner Mississippi Power Company*

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>  Petitioners,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>  Respondents. | No. 23-60069 |

### JOINT RESPONSE TO OPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONDENTS' OPPOSITION TO MISSISSIPPI PETITIONERS' MOTION TO STAY

Petitioners State of Mississippi, Mississippi Department of Environmental Quality, and Mississippi Power Company (collectively "Mississippi Petitioners"), in accordance with Federal Rule of Appellate Procedure 27, respectfully request that the Court deny EPA's motion for a 14-day extension of time to file their response in opposition to the motion to stay filed by the Mississippi Petitioners on May 11, 2023. Mississippi Petitioners would not oppose a more limited extension of seven (7) days. In support of this Response, the Mississippi Petitioners state as follows:

1.      The EPA published a notice on February 13, 2023 that included disapproval of Mississippi's State Implementation Plan ("SIP") along with 20 other states' SIPs

addressing those states' "good neighbor" obligations. 88 Fed. Reg. 9,336 (Feb. 13, 2023).

2. EPA's disapproval of Mississippi's SIP triggered EPA's decision to issue a Federal Implementation Plan ("FIP") for Mississippi. EPA has signed a FIP for Mississippi, which may be published at any point such that it becomes effective during this summer 2023 ozone season.

3. The Mississippi Petitioners filed a motion to stay EPA's disapproval of the Mississippi SIP on May 11, 2023. Doc. No. 304. Under this Court's rules, EPA's response is due on May 22, 2023.

4. The Mississippi Petitioners recognize that EPA has several concurrent cases regarding its disapproval of several states' SIPs; however, a 14-day extension on its response to the Mississippi stay motion will not materially alleviate the burden EPA has identified in these cases, nor is such a large departure from the rules justified by the circumstances.

5. Further, given EPA's position (disputed by Mississippi Petitioners) that these challenges all relate to a single rule, then EPA's responses to the Mississippi Petitioners' stay motion, to other anticipated stay motions, and to other courts regarding venue, should closely mirror responses EPA has already prepared and filed. For example, EPA's venue transfer motions across the different circuits have largely duplicated each other. And many issues related to the propriety of staying

SIP disapprovals in this case have already been briefed by EPA and decided by this Court. Finally, Respondents' addition of new counsel to this case should mitigate the Department of Justice's scheduling concerns.

6.　　Accordingly, the Mississippi Petitioners do not believe a 14-day extension is warranted. However, Mississippi Petitioners appreciate the personal constraints on government counsel and so would not oppose an extension of seven days. Such extension would move the deadline for EPA's response from May 22, 2023 to May 29, 2023.

7.　　Mississippi Petitioners have consulted with counsel for EPA and have offered to stipulate to a 7-day extension request, but EPA has rejected that offer.

　　For the foregoing reasons, the Mississippi Petitioners respectfully request that EPA's motion for a 14-day extension be denied, or alternatively that this court grant a more limited 7-day extension.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/ *C. Grady Moore III*　　　　　　　　　　　/s/ *Justin L. Matheny*

**C. Grady Moore III**　　　　　　　　　　　**Lynn Fitch**
BALCH & BINGHAM LLP　　　　　　　　　　*Attorney General of Mississippi*
1901 6th Ave. N., Ste. 1500　　　　　　　　**Whitney H. Lipscomb**
Birmingham, Alabama 35203　　　　　　　*Deputy Attorney General*
(205) 251-8100　　　　　　　　　　　　　**Justin L. Matheny**
gmoore@balch.com　　　　　　　　　　　*Deputy Solicitor General*

<div style="display: flex;">

<div>

**Bradley A. Ennis**
**Susan Scaggs Stutts**
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501
(228) 864-9900

**Shawn S. Shurden**
*General Counsel*
MISSISSIPPI POWER COMPANY
2992 West Beach Boulevard
Gulfport, MS 39502
(228) 229-0915

*Counsel for Mississippi Power Company*

</div>

<div>

STATE OF MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

**Mithun Mansinghani**
LEHOTSKY KELLER COHN LLP
629 W. Main St.
Oklahoma City, OK 73102
mithun@lkcfirm.com
(512) 693-8350

**Michael B. Schon**
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave NW
Washington, DC 20001
mike@lkcfirm.com
(512) 693-8350

*Counsel for State of Mississippi and Mississippi Department of Environmental Quality*

</div>

</div>

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Response complies with Fed. R. App. P. 27(d)(2)A) and 32(a)(5) and (a)(6), as it complies with typeface requirements and contains 447 words, excluding exempted portions.

Date: May 12, 2023              */s/ C. Grady Moore III*
                                C. Grady Moore III

                                *Counsel for Petitioner*
                                *Mississippi Power Company*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: May 12, 2023              */s/ C. Grady Moore III*
                                C. Grady Moore III

                                *Counsel for Petitioner*
                                *Mississippi Power Company*