No. 23-60069

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C.; LOUISIANA CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents*,

## Status Report for Petitioner State of Louisiana and Louisiana Department of Environmental Quality

On May 1, 2023, the Court requested a status brief every 30 days in a letter appended to the Court's order granting Petitioner's request for a stay pending appeal and denying transfer of the Petition. Dkt. 269.

Petitioner the State of Louisiana and Louisiana Department of Environmental Quality submits its first status report here.

To the best of Petitioner's knowledge, the stay granted by the Court remains in effect and the Environmental Protection Agency has not promulgated a final Federal Implementation Plan.

Petitioner filed its opening brief in support of its Petition for Review on May 30, 2023.

Accordingly, Respondent the Environmental Protection Agency's brief is due June 29, 2023.  See Fed. R. App. P. 31(a)(1).

> Respectfully Submitted,
>
> **JEFF LANDRY**
>   **Attorney General**
>
> /s/ *Joseph S. St. John*
> ELIZABETH B. MURRILL (LA 20685)
>   *Solicitor General*
> JOSEPH S. ST. JOHN (LA 36682)
>   *Deputy Solicitor General*
> MACHELLE HALL (LA 31498)
>   *Assistant Attorney General*
> LOUISIANA DEPT. OF JUSTICE
> 909 Poydras Street, Suite 1850
> New Orleans, LA 70112
> Tel: (225) 485-2458
> murrille@ag.louisiana.gov
> stjohnj@ag.louisiana.gov
> hallm@ag.louisiana.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, a true and correct copy of the foregoing has been served on all parties in accordance with the Appellate Rules of Civil Procedure, via the Court's CM/ECF system.

/s/ *Joseph S. St. John*
Joseph S. St. John
