# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 31, 2023

Mr. Joseph Scott St. John
Louisiana Department of Justice
Office of the Solicitor General
909 Poydras Street
Suite 1850
New Orleans, LA 70112

    No. 23-60069   State of Texas v. EPA
                            Agency No. 88 Fed. Reg. 9336-9384

Dear Mr. St. John,

We received your status report. In light of it being unnecessary as this case is not in abeyance, we are taking no action on this status report.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Majella A. Sutton, Deputy Clerk
                                        504-310-7680

cc:
    Mr. Michael Abrams
    Mr. David R. Baake
    Ms. Julia Blair Barber
    Ms. Megan Heuberger Berge
    Ms. Courtney Burdette
    Mrs. Jill Carter Clark
    Mr. William Francis Cole
    Mr. Bill L. Davis
    Mr. Bradley Aaron Ennis
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Philip Stephen Gidiere III
    Ms. Machelle Rae Lee Hall
    Mrs. Maureen Noonan Harbourt
    Ms. Sarah Izfar

Ms. Debra Jezouit
Mr. Todd Sunhwae Kim
Mr. Josiah Martin Kollmeyer
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Joshua Lee
Mr. Jonathan Mark Little
Mr. Mithun Mansinghani
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts