Case No. 23-60069

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C.; LOUISIANA CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,
*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
*Respondents*.

Petition for Review
U.S. Environmental Protection Agency
88 Fed. Reg. 9336, 9356 (Feb. 13, 2023)

## STATUS REPORT OF PETITIONERS LOUISIANA CHEMICAL ASSOCIATION, LOUISIANA MID-CONTINENT OIL AND GAS ASSOCIATION, AND LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, LLC

*(Counsel listed on inside cover)*

Maureen N. Harbourt
Lauren B. Rucinski
Josiah M. Kollmeyer
KEAN MILLER LLP
400 Convention Street, Suite 700
Baton Rouge, LA 70802
(225) 382-3412
maureen.harbourt@keanmiller.com
*Counsel for Petitioners Louisiana Chemical Association, Louisiana Mid-Continent Oil and Gas Association, and Louisiana Electric Utility Environmental Group LLC**

*(\*o/b/o participating members Cleco Corporate Holdings LLC, Louisiana Energy and Power Authority, and Lafayette Public Power Authority)*

## STATUS REPORT

Pursuant to the Court's May 1, 2023, Notice, Petitioners Louisiana Chemical Association, Louisiana Mid-Continent Oil and Gas Association, and Louisiana Electric Utility Environmental Group, LLC, hereby advise:

This matter concerns petitions for judicial review of the United States Environmental Protection Agency's final action titled "Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards," 88 Federal Register 9336, February 13, 2023 ("USEPA Disapprovals"). In that final action, USEPA disapproved of the portions of nineteen (19) different State Implementation Plans ("SIPs") addressing the "Good Neighbor" provision of the Clean Air Act ("CAA"), 42 U.S.C. § 7410 (a)(2)(D)(i), and partially disapproved of such SIPs for two (2) additional states. The Good Neighbor provision of the CAA requires states to submit SIPs that contain measures adequate to prevent emissions from regulated sources within their states in amounts that "contribute significantly to nonattainment in, or interfere with maintenance by, any other State with respect to any such national primary or secondary ambient air quality standard." The matter in this docket involves petitions for judicial review of the USEPA Disapprovals by three (3) states (Texas, Louisiana, and Mississippi), their associated environmental departments, additional Texas state agencies, and multiple utility and industry petitioners.

On May 1, 2023, this Court entered an order denying two motions by Respondents United States Environmental Protection Agency and its Administrator Michael Regan (collectively "USEPA") to transfer to the United States Court of Appeals for the District of Columbia Circuit the Texas Petitioners'[1] petitions for judicial review of USEPA Disapproval of the Texas SIP and the State of Louisiana and Louisiana Department of Environmental Quality's petition for judicial review of the USEPA Disapproval of the Louisiana SIP.

On May 1, 2023, this Court also entered an order granting the Texas Petitioners motions to stay the USEPA Disapproval of the Texas SIP and the State of Louisiana and Louisiana Department of Environmental Quality's motion to stay the USEPA Disapproval of the Louisiana SIP.

On May 11, 2023, Petitioners State of Mississippi, Mississippi Department of Environmental Quality and Mississippi Power Company filed a Joint Motion to Stay the Respondents' Disapproval of the Mississippi SIP. On May 30, 2023, Respondents United States Environmental Protection Agency and its Administrator

---

[1] Texas Petitioners are a) the Texas governmental petitioners, State of Texas, Texas Commission on Environmental Quality, Texas Public Utility Commission, and Texas Railroad Commission; and b) the Texas industry petitioners are Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; and Texas Lehigh Cement, LP.

Michael Regan filed the Response in Opposition to the Mississippi Petitioners' Joint Motion for Stay.

The parties are now engaged in merits briefing. On May 30, 2023, all Petitioners filed briefs on the merits. The Respondents' brief(s) is (are) due on June 29, 2023. The brief of amicus State of New Mexico is due on July 6, 2023.

Respectfully submitted:

/s/Maureen N. Harbourt
Maureen N. Harbourt
Lauren B. Rucinski
Josiah M. Kollmeyer
KEAN MILLER LLP
400 Convention Street, Suite 700
Baton Rouge, LA 70802
(225) 382-3412
maureen.harbourt@keanmiller.com
*Counsel for Petitioners Louisiana Chemical Association, Louisiana Mid-Continent Oil and Gas Association, and Louisiana Electric Utility Environmental Group LLC**

*(\*o/b/o participating members Cleco Corporate Holdings LLC, Louisiana Energy and Power Authority, and Lafayette Public Power Authority)*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2023, a true and correct copy of the foregoing Status Report was served via Court's Electronic Filing/Notification System on all counsel of record.

*/s/ Maureen N. Harbourt*
Maureen N. Harbourt