# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 31, 2023

Mrs. Maureen Noonan Harbourt
Kean Miller, L.L.P.
400 Convention Street
Suite 700
Baton Rouge, LA 70802

    No. 23-60069   State of Texas v. EPA
                           Agency No. 88 Fed. Reg. 9336-9384

Dear Mrs. Harbourt,

We received your status report. In light of it being unnecessary, we are taking no action on this status report.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Majella A. Sutton, Deputy Clerk
                                        504-310-7680

cc:
    Mr. Michael Abrams
    Mr. David R. Baake
    Ms. Julia Blair Barber
    Ms. Megan Heuberger Berge
    Ms. Courtney Burdette
    Mrs. Jill Carter Clark
    Mr. William Francis Cole
    Mr. Bill L. Davis
    Mr. Bradley Aaron Ennis
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Philip Stephen Gidiere III
    Ms. Machelle Rae Lee Hall
    Ms. Sarah Izfar
    Ms. Debra Jezouit
    Mr. Todd Sunhwae Kim
    Mr. Josiah Martin Kollmeyer

```
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Joshua Lee
Mr. Jonathan Mark Little
Mr. Mithun Mansinghani
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts
```