NO. 23-60069

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY LLC; COLETO CREEK POWER, LLC; ENNIS POWER COMPANY, LLC; HAYS ENERGY, LLC; MIDLOTHIAN ENERGY, LLC; OAK GROVE MANAGEMENT COMPANY LLC; WISE COUNTY POWER COMPANY, LLC; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; AND RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; AND LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
and MICHAEL S. REGAN, Administrator,
United States Environmental Protection Agency

*Respondents.*

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE***
**THE LOUISIANA PUBLIC SERVICE COMMISSION**

*(Counsel listed on next page)*

Kathryn Bowman
Executive Counsel
Louisiana Public Service Commission
Galvez Building - 12th Floor
602 N. Fifth Street
Baton Rouge, Louisiana 70802
Telephone: (225) 342-9888
Email: kathryn.bowman@la.gov

Noel J. Darce, La. Bar No. 1813
Dana M. Shelton, La. Bar No. 24643
Daria B. Diaz, La. Bar No. 17928
Justin A. Swaim, La. Bar No. 36693
Evan P. Lestelle, La. Bar No. 39609
STONE PIGMAN WALTHER WITTMANN L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112-4042
Telephone: (504) 581-3200
Email: ndarce@stonepigman.com
dshelton@stonepigman.com
ddiaz@stonepigman.com
jswaim@stonepigman.com
elestelle@stonepigman.com

*Counsel for the Louisiana Public Service Commission*

# MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*

The Louisiana Public Service Commission (the "Louisiana Commission" or the "Commission") respectfully moves for leave to file an amicus brief in support of Petitioners, the State of Louisiana and the Louisiana Department of Environmental Quality, urging that the Court vacate the final rule by the Environmental Protection Agency, 88 Fed. Reg. 9336–9384 (the "Final Rule"), denying Louisiana's "state implementation plan" under the Good Neighbor provision of the Clean Air Act.

This Motion for Leave to File Brief of *Amicus Curiae* is timely filed under Fifth Circuit Local Rule 29.1 as it is filed within 7 days after the filing of the Brief filed by the State of Louisiana and the Louisiana Department of Environmental Quality on May 30, 2023, whose position this amicus brief supports. As required by Fifth Circuit Local Rule 27.4, the Commission has contacted or attempted to contact all other parties and has received no indication that any opposition to this motion will be filed. Petitioners the State of Texas and the State of Mississippi take no position on this motion.

**A. The Movant's Interest.**

The Louisiana Commission is an independent state agency that regulates the retail rates and services of the electric utilities operating in the State. The Commission is dedicated to serving the public interest by assuring safe, reliable

service at the lowest reasonable cost. To that end, the Louisiana Commission provides a unique and focused perspective on the Final Rule at issue in this case that is informed by its constitutional imperative to ensure that Louisiana ratepayers have reliable electric service, and that rates are just and reasonable.

If affirmed, the Final Rule will trigger the implementation of a federal implementation plan ("FIP") in Louisiana that would significantly impact reliability of retail electric service and retail rates in Louisiana—areas within the Louisiana Commission's exclusive regulatory jurisdiction. The Louisiana Commission supports that the Court vacate the Final Rule to avoid: 1) the significant disruption to reliability and cost increases that are expected to result from the FIP's emission control requirements and the concomitant premature retirements of electric generation facilities; and 2) EPA's imposition of generation shifting including through a dynamic emissions budgeting process that will serve to increase uncertainty in the regulatory process and increase costs to Lousiana ratepayers.

**B. The Reason Why an Amicus Brief is Desirable and Why the Matters Asserted are Relevant to the Disposition of the Case.**

As the traditional and exclusive regulator in the areas of grid reliability and retail rates in Louisiana, the Louisiana Commission provides a pragmatic and unique perspective on the expected impact of EPA's regulations on the retail electric sector in the State. The matters asserted in the Louisiana Commission's proposed amicus brief (attached hereto) are relevant to the disposition of this case. Among

other matters, the proposed amicus brief discusses the scope of EPA's authority and expertise in comparison to the Louisiana Commission's traditional authority, and the expected impacts to reliability and rates from EPA's regulatory actions under the auspices of cross-state pollution control under the Good Neighbor provision.

The Louisiana Commission moved to intervene in this appeal but its motion was denied by the Court. However, in the order denying the Commission's motion for leave to intervene in support of petitioners in this appeal, the Court stated that the Commission "is, of course, welcome to file an amicus brief." Dkt. 306. The Commission respectfully requests that the Court accept the enclosed proposed amicus brief and consider the arguments therein in rendering its decision on Petitioners' appeal seeking to vacate the Final Rule.

Dated: June 6, 2023

*[Signature block on following page]*

Respectfully submitted,

*/s/ Daria B. Diaz*

Noel J. Darce, La. Bar No. 1813
Dana M. Shelton, La. Bar No. 24643
Daria B. Diaz, La. Bar No. 17928
Justin A. Swaim, La. Bar No. 36693
Evan P. Lestelle, La. Bar No. 39609
Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112-4042
Telephone: (504) 581-3200
Email: ndarce@stonepigman.com
dshelton@stonepigman.com
ddiaz@stonepigman.com
jswaim@stonepigman.com
elestelle@stonepigman.com

Kathryn Bowman
Executive Counsel
Louisiana Public Service Commission
Galvez Building - 12th Floor
602 N. Fifth Street
Baton Rouge, Louisiana 70802
Telephone: (225) 342-9888
Email: kathryn.bowman@la.gov

*Counsel for the Louisiana Public Service Commission*

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

The undersigned counsel states that this motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 590 words, excluding the caption, signature blocks, and required certifications, as counted by a word processing system and, therefore, is within the word limit. This motion also complies with typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman.

Dated: June 6, 2023

*/s/ Daria B. Diaz*
Daria B. Diaz
*Counsel for the*
*Louisiana Public Service Commission*

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25(d), I hereby certify that I have caused the foregoing documents to be served on all parties or on their counsel of record through the Court's CM/ECF system on this 6th day of June, 2023.

*/s/ Daria B. Diaz*
Daria B. Diaz