# United States Court of Appeals for the Fifth Circuit

---

No. 23-60069

---

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality; Entergy Louisiana, L.L.C.; Louisiana Chemical Association; Mid-Continent Oil and Gas Association; Louisiana Electric Utility Environmental Group, L.L.C.; Texas Lehigh Cement Company, LP,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents*.

---

Petition for Review from an Order of the Environmental Protection Admin

No. 23-60069

Agency No. 88 Fed. Reg. 9336-9384

_____

## UNPUBLISHED ORDER

Before ENGELHARDT, WILSON, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

A member of this panel previously DENIED motion of Sierra Club, Air Alliance Houston, and Downwinders at Risk for leave to intervene in support of Respondents. The panel has considered the motion for reconsideration.

IT IS ORDERED that the motion is DENIED.