# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

| | |
|---|---|
| **LYLE W. CAYCE**<br>**CLERK** | **TEL. 504-310-7700**<br>600 S. MAESTRI PLACE,<br>Suite 115<br>NEW ORLEANS, LA 70130 |

June 09, 2023

Ms. Daria Burgess Diaz
Stone Pigman Walther Wittmann, L.L.C.
909 Poydras Street
New Orleans, LA 70112

    No. 23-60069   State of Texas v. EPA
                         Agency No. 88 Fed. Reg. 9336-9384

Dear Ms. Diaz,

The following pertains to your brief electronically filed on June 9, 2023.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see **FED. R. APP. P.** 12(b) and **5TH CIR. R.** 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Majella A. Sutton, Deputy Clerk
                                        504-310-7680

cc:
    Mr. Michael Abrams
    Mr. David R. Baake
    Ms. Julia Blair Barber
    Ms. Megan Heuberger Berge
    Ms. Courtney Burdette
    Mrs. Jill Carter Clark
    Mr. William Francis Cole
    Mr. Bill L. Davis
    Mr. Bradley Aaron Ennis
    Mr. Merrick Garland, U.S. Attorney General

Mr. Philip Stephen Gidiere III
Ms. Machelle Rae Lee Hall
Mrs. Maureen Noonan Harbourt
Ms. Sarah Izfar
Ms. Debra Jezouit
Mr. Todd Sunhwae Kim
Mr. Josiah Martin Kollmeyer
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Joshua Lee
Mr. Jonathan Mark Little
Mr. Mithun Mansinghani
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts