No. 23-60069

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C.; LOUISIANA CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents*,

**JOINDER OF TEXAS PETITIONERS' JOINT RESPONSE TO RESPONDENTS' MOTION FOR EXTENSION OF TIME AND LEAVE TO FILE CONSOLIDATED OVERSIZED RESPONSE BRIEF**

The State of Louisiana and the Louisiana Department of Environmental Quality (collectively, "Louisiana") respectfully join the Texas Petitioners' Joint Response to Respondents' Motion for Extension of Time and Leave to File Consolidated Oversize Response Brief (Dkt. 368) for the reasons set out in that response.

Louisiana respectfully requests that, should the Court grant any of the relief that Respondents seek, it make Respondents' brief due no later than July 31, 2023 and permit that brief to be no longer than 40,000 words.

Respectfully Submitted,

**JEFF LANDRY**
  **Attorney General**

/s/ *Joseph S. St. John*

ELIZABETH B. MURRILL (LA 20685)
  *Solicitor General*
JOSEPH S. ST. JOHN (LA 36682)
  *Deputy Solicitor General*
MACHELLE HALL (LA 31498)
  *Assistant Attorney General*
LOUISIANA DEPT. OF JUSTICE
909 Poydras Street, Suite 1850
New Orleans, LA 70112
Tel: (225) 485-2458
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov
hallm@ag.louisiana.gov

Courtney J. Burdette (LA 30564)
　*Executive Counsel*
Jill C. Clark, Bar (LA 33050)
　*General Counsel*
LOUISIANA DEPT. OF
　ENVIRONMENTAL QUALITY
Office of the Secretary, Legal Division
P.O. Box 4302
Baton Rouge, Louisiana 70821-4302
Tel: (225) 219-3985
Courtney.Burdette@la.gov
Jill.Clark@la.gov

Jeffrey A. Hall
Marcella Burke
BURKE LAW GROUP
1000 Main Street, Suite 2300
Houston, Texas 77002
jeff@burkegroup.law
marcella@burkegroup.law

## CERTIFICATE OF SERVICE

I certify that on June 13, 2023, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

*/s/ Joseph S. St. John*
JOSEPH S. ST. JOHN
*Counsel of Record for
Petitioners the State of Louisiana and
the Louisiana Department of
Environmental Quality*
