IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS, et al.,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | No. 23-60069 |

**RESPONDENTS' REPLY IN SUPPORT OF THEIR MOTION FOR EXTENSION OF TIME AND LEAVE TO FILE CONSOLIDATED OVERSIZED RESPONSE BRIEF**

Respondents the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively "EPA"), respectfully submit this reply to Louisiana Industry Petitioners' opposition, ECF No. 390, to EPA's motion for a seventy-eight-day extension of time up to and including September 15, 2023, and leave to file a consolidated response brief of up to 50,000 words, ECF No. 346. Much of Louisiana Industry Petitioners' arguments in opposition to EPA's time-extension request is the same as Texas Petitioners',[1] to which EPA replied, ECF No. 381, and EPA incorporates its reply fully herein.[2]

---

[1] Louisiana Petitioners have joined Texas Petitioners' opposition to EPA's motion, ECF No. 387. Counsel for Mississippi Petitioners have also informed the undersigned that they will be joining Texas Petitioners' opposition.

[2] Louisiana Industry Petitioners do not oppose EPA's word-count extension request. *See* ECF No. 346 at 2.

EPA has met the extraordinary good cause requirement and is facing the need to respond to five full-length opening briefs. *See* ECF No. 346 ¶¶ 7,8; ECF No. 381 ¶ 2. The requested relief here is consistent with relief this Court has granted in the past under similar circumstances involving multiple parties and briefs. *See* ECF No. 346 ¶ 9. And as Louisiana Industry Petitioners agree, "EPA will take some sort of action by August 4, 2023 [when the Final FIP becomes effective] to *implement the stay*." ECF No. 390 at 7 (emphasis added); *see also* ECF No. 381 ¶ 7. There will be no harm to Louisiana Industry Petitioners, or any other Petitioner, and thus, EPA's requested extension of time will prejudice no party.

For all the reasons provided in EPA's extension motion and replies, ECF No. 346, 381, EPA respectfully requests that its motion be granted and that EPA be given up to and including September 15, 2023, to file a consolidated response brief of up to 50,000 words.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | TODD KIM<br>Assistant Attorney General |
| ROSEMARY HAMBRIGHT KABAN<br>DANIEL P. SCHRAMM<br>U.S. Environmental Protection Agency<br>Office of General Counsel<br>Washington, D.C. | /s/ *Jin Hyung Lee*<br>JIN HYUNG LEE<br>SARAH IZFAR<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044 |

DATE: June 14, 2023

(202) 514-2640; (202) 532-3050  
jin.hyung.lee@usdoj.gov  
sarah.izfar@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANE

I hereby certify that the foregoing brief complies with Fed. R. App. P. 27(d)(2)(C) and 32(f) and (g), as it complies with typeface requirements and contains 327 words, excluding exempted portions.

Date: June 14, 2023                         */s/ Jin Hyung Lee*
                                             JIN HYUNG LEE

                                             *Counsel for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing brief was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

Date: June 14, 2023                         */s/ Jin Hyung Lee*
                                             JIN HYUNG LEE

                                             *Counsel for Respondents*