# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 21, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60069   State of Texas v. EPA
                       Agency No. 88 Fed. Reg. 9336-9384

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Allison G. Lopez, Deputy Clerk
                              504-310-7702

Mr. Michael Abrams
Mr. David R. Baake
Ms. Julia Blair Barber
Ms. Megan Heuberger Berge
Ms. Courtney Burdette
Mrs. Jill Carter Clark
Mr. William Francis Cole
Mr. Bill L. Davis
Ms. Daria Burgess Diaz
Mr. Bradley Aaron Ennis
Mr. Philip Stephen Gidiere III
Ms. Machelle Rae Lee Hall
Mrs. Maureen Noonan Harbourt
Ms. Sarah Izfar
Ms. Debra Jezouit
Mr. Josiah Martin Kollmeyer
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Joshua Lee
Mr. Evan P. Lestelle
Mr. Jonathan Mark Little
Mr. Mithun Mansinghani
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III

Ms. Elizabeth Baker Murrill
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon
Ms. Dana Marie Shelton
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts
Mr. Justin A. Swaim