# United States Court of Appeals for the Fifth Circuit

---

No. 23-60069

---

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality; Entergy Louisiana, L.L.C.; Louisiana Chemical Association; Mid-Continent Oil and Gas Association; Louisiana Electric Utility Environmental Group, L.L.C.; Texas Lehigh Cement Company, LP,

*Petitioners,*

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency,*

*Respondents.*

No. 23-60069

---

Petition for Review from an Order of the
Environmental Protection Admin
Agency No. 88 Fed. Reg. 9336-9384

---

ORDER:

IT IS ORDERED that Respondents' opposed motion for an extension of time to file Respondents' brief until September 15, 2023, is GRANTED in part. Respondents' brief shall be filed on or before August 15, 2023.

IT IS FURTHER ORDERED that Respondents' opposed motion to file brief in excess of word count but not to exceed 50,000 words is GRANTED.

_____
CORY T. WILSON
*United States Circuit Judge*