

**U.S. Department of Justice**
Environment and Natural Resources Division

---

August 18, 2023

VIA ELECTRONIC FILING

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Pl., Ste 115
New Orleans, LA 70130

Re:   *State of Texas, et al. v. Environmental Protection Agency, et al.*, No. 23-60069

Dear Mr. Cayce:

Counsel for Respondents U.S. Environmental Protection Agency and Michael S. Regan, Administrator of the U.S. Environmental Protection Agency (collectively, "EPA") in the above-captioned case, Jin Hyung Lee and Sarah Izfar, write to inform the Court of dates when they will be unavailable in the matter.

From December 16, 2023 to December 31, 2023, Sarah Izfar be out of the office, without phone or email contact, for previously scheduled, holiday travel.

From December 31, 2023 to January 7, 2024, Jin Hyung Lee will be out of the office, without phone or email contact, for previously scheduled, holiday travel.

Accordingly, EPA respectfully requests that this Court not schedule oral argument (if granted) between mid-December and mid-January to accommodate EPA counsel's availability and to leave adequate time for travel and preparation.

Sincerely,

*/s/ Jin Hyung Lee*
JIN HYUNG LEE

        U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box. 7611
Washington, DC 20044
(202) 514-2640
jin.hyung.lee@usdoj.gov

*/s/ Sarah Izfar*
SARAH IZFAR
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box. 7611
Washington, DC 20044
(202) 305-0490
sarah.izfar@usdoj.gov

cc: Counsel of record, via CM/ECF