# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 23, 2023

Mr. Neil Gormley
Earthjustice Legal Defense Fund
1001 G Street, N.W.
Suite 1000
Washington, DC 20001

No. 23-60069   State of Texas v. EPA
               Agency No. 88 Fed. Reg. 9336-9384

Dear Mr. Gormley,

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see Fed. R. App. P. 12(b) and 5th Cir. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

cc:
  Mr. Michael Abrams
  Mr. David R. Baake
  Ms. Julia Blair Barber
  Ms. Megan Heuberger Berge
  Ms. Courtney Burdette
  Mrs. Jill Carter Clark
  Mr. William Francis Cole
  Mr. Bill L. Davis
  Ms. Daria Burgess Diaz
  Mr. Bradley Aaron Ennis
  Mr. Merrick Garland, U.S. Attorney General
  Mr. Philip Stephen Gidiere III

Ms. Machelle Rae Lee Hall
Mrs. Maureen Noonan Harbourt
Mr. Hayden Wong Hashimoto
Ms. Sarah Izfar
Ms. Debra Jezouit
Mr. Todd Sunhwae Kim
Mr. Josiah Martin Kollmeyer
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Joshua Lee
Mr. Evan P. Lestelle
Mr. Jonathan Mark Little
Mr. Mithun Mansinghani
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon
Ms. Dana Marie Shelton
Mr. Joshua Smith
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts
Mr. Justin A. Swaim