## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 23, 2023

Mr. Neil Gormley
Earthjustice Legal Defense Fund
1001 G Street, N.W.
Suite 1000
Washington, DC 20001

    No. 23-60069   State of Texas v. EPA
                             Agency No. 88 Fed. Reg. 9336-9384

Dear Mr. Gormley,

We received your Motion for leave to file an Amicus Curiae Brief. In light of the parties' consent, a motion is unnecessary; therefore, we are taking no action on this motion.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Whitney M. Jett, Deputy Clerk
                                        504-310-7772

cc:
    Mr. Michael Abrams
    Mr. David R. Baake
    Ms. Julia Blair Barber
    Ms. Megan Heuberger Berge
    Ms. Courtney Burdette
    Mrs. Jill Carter Clark
    Mr. William Francis Cole
    Mr. Bill L. Davis
    Ms. Daria Burgess Diaz
    Mr. Bradley Aaron Ennis
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Philip Stephen Gidiere III
    Ms. Machelle Rae Lee Hall
    Mrs. Maureen Noonan Harbourt
    Mr. Hayden Wong Hashimoto

```
Ms. Sarah Izfar
Ms. Debra Jezouit
Mr. Todd Sunhwae Kim
Mr. Josiah Martin Kollmeyer
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Joshua Lee
Mr. Evan P. Lestelle
Mr. Jonathan Mark Little
Mr. Mithun Mansinghani
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon
Ms. Dana Marie Shelton
Mr. Joshua Smith
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts
Mr. Justin A. Swaim
```