No. 23-60069

# In the United States Court of Appeals for the Fifth Circuit

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality; Entergy Louisiana, L.L.C; Louisiana Chemical Association; Mid-Continent Oil and Gas Association; Louisiana Electric Utility Environmental Group, L.L.C.; Texas Lehigh Cement Company, LP.,

*Petitioners*,

v.

United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency,

*Respondents.*

On Petitions for Review of a Final Action
of the United States Environmental Protection Agency

**TEXAS PETITIONERS' PARTIALLY OPPOSED JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS**

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Texas State Petitioners[1] and Texas Industry Petitioners[2] (together, "Texas Petitioners") file this partially opposed joint motion for an extension of time to file their reply briefs, to and including October 5, 2023. In support thereof, Texas Petitioners respectfully show the Court as follows:

1. Petitioners' reply briefs are currently due on September 5, 2023. Texas Petitioners seek a 30-day extension of this time, to and including Thursday, October 5, 2023, in which to file their reply briefs. This is the first request for an extension of time to file these reply briefs.

2. Preparation of Texas Petitioners' reply briefs will require responding to highly technical and record-based arguments that are spread across 218 pages of briefing, as well as three amicus briefs. Furthermore, EPA's consolidated brief introduces additional arguments about venue and the proper remedy that were not raised in petitioners' opening briefs. Further time will be necessary to ensure that Texas Petitioners' counsel can adequately assess the arguments, prepare concise reply briefs that will be useful to the Court, and facilitate review of those briefs by multiple client agencies.

---

[1] The State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas.

[2] Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; and Texas Lehigh Cement Company, L.P.

3. The requested 30-day extension of time is also necessary due to multiple engagements that have required or will require significant attention since the briefing notice issued in this case, including as follows:

4. Counsel for the Texas State Petitioners have had, and will have, the following engagements and deadlines since respondents' brief was filed on August 15, 2023:

- an amicus brief on behalf of the State of Texas in *Lindke v. Freed*, No. 22-611 (U.S.), filed in the U.S. Supreme Court on August 15, 2023;
- a reply brief in support of a petition for review in *Texas Southern University v. Young*, No. 23-0391 (Tex.), filed in the Texas Supreme Court on August 21, 2023;
- a reply brief in *La Union del Pueblo Entero v. Bettencourt*, No. 23-50201 (5th Cir.), filed in this Court on August 24, 2023;
- a supplemental brief regarding a petition for a writ of certiorari in *NetChoice v. Paxton*, No. 22-555 (U.S.), due to be filed in the U.S. Supreme Court on August 28, 2023;
- a petition for review of *Commission for Lawyer Discipline v. Webster*, No. 08-22-00217-CV, due to be filed in the Texas Supreme Court on August 28, 2023;
- an appellee's brief in *Swindle v. Texas*, No. 08-23-00057-CR, due to be filed in the Texas Court of Appeals for the Eighth Appellate District on August 28, 2023;
- a reply in support of a petition for review in *Public Utility Commission of Texas v. Luminant Energy Company*, No. 23-0231 (Tex.), due to be filed in the Texas Supreme Court on August 30, 2023;
- a reply brief on the merits in *Texas v. LBJ / Brookhaven Investors, LP*, No. 22-1142 (Tex.), due to be filed in the Texas Supreme Court on September 5, 2023;

- presenting argument to this Court on September 7, 2023, in *Lubbe v. Milanovich*, No. 22-50686 (5th Cir.);
- presenting argument to the Texas Supreme Court on September 12, 2023, in *In re R.R.A.*, No. 22-0978 (Tex.);
- the appellant's opening brief in *Bevill v. Wheeler, et al.*, No 23-40321 (5th Cir.), due to be filed in this Court on September 14, 2023; and
- a response to a petition for review in *Public Utility Commission of Texas v. RWE Renewables Americas, LLC*, No. 23-0555 (Tex.), due to be filed in the Texas Supreme Court on September 15, 2023.

5. Counsel for the Texas Industry Petitioners have had, and will have, the following engagements and deadlines since the briefing notice issued:

- Brief of Appellees and Cross-Appellants in *Crain, Caton & James v. Scott*, No. 01-23-00018-CV, filed on August 21, 2023, in the Texas First Court of Appeals;
- Reply in Support of Motion to Partially Vacate Award in *RSM Production Co. v. Gaz de Cameroun*, No. 4:22-cv-3611, due to be filed August 24, 2023, in the U.S. District Court for the Southern District of Texas;
- Petition for Rehearing En Banc in *Devas Multimedia Private Ltd. v. Antrix Corp.*, No. 20-36204, due to be filed on August 29, 2023, in the U.S. Court of Appeals for the Ninth Circuit;
- Reply in Support of a Petition for Review in *PUC v. Luminant Energy Company*, No. 23-0231, due August 30 in the Supreme Court of Texas;
- Petition for Rehearing En Banc in *Hittle v. City of Stockton*, No. 22-15485, due to be filed on September 8, 2023, in the U.S. Court of Appeals for the Ninth Circuit;
- Sur-reply in Opposition to Class Certification in *In re Apache Corp. Securities Litigation*, No. 4:21-cv-00575, due to be filed September 8, 2023, in the U.S. District Court for the Southern District of Texas;
- a position statement in *In re Granite Shore Power Schiller, L.L.C.*, NPDES Appeal No. 23-02, pending before the U.S. EPA Environmental Appeals Board due to be filed on September 14, 2023;

Case: 23-60069    Document: 413    Page: 5    Date Filed: 08/24/2023

- an opening merits brief in *Electric Energy, Inc. v. United States Environmental Protection Agency*, No. 23-1035 (D.C. Cir.), due to be filed in the D.C. Circuit Court of Appeals on September 15, 2023;
- Brief for Intervenor in *EDF Renewables, Inc. v. FERC*, No. 23-1520, due to be filed September 20, 2023, in the U.S. Court of Appeals for the Eighth Circuit; and
- comments on EPA's action on remand from this Court in *Texas v. EPA*, No. 16-60118 (5th Cir.), due to be filed on September 25, 2023.

6. This extension is sought in the interest of justice, not for delay.

7. EPA opposes this motion to the extent it seeks a 30-day extension but would not oppose a 10-day extension of time. Yet, a modest 30-day extension of time would be commensurate with the 47-day extension of time EPA received to prepare its response brief. Moreover, such an extension will not interfere with the prompt resolution of this case, as completion of briefing by October 5 would permit the Court to assess the briefing and hold oral argument *after* the "mid-December [to] mid-January" range during which EPA's counsel will be unavailable. Doc. 398.

8. For the foregoing reasons, the Texas Petitioners respectfully request that the Court grant their motion for a 30-day extension of time to file their reply briefs, making those briefs due on October 5, 2023.

5

Date: August 24, 2023

Angela Colmenero
Provisional Attorney General

Brent Webster
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Respectfully submitted.

Lanora C. Pettit
Principal Deputy Solicitor General

/s/ Bill Davis
Bill Davis
Deputy Solicitor General
Bill.Davis@oag.texas.gov

Michael R. Abrams
William F. Cole
Assistant Solicitors General

Counsel for Petitioners State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas; Railroad Commission of Texas

/s/ P. Stephen Gidiere III
P. Stephen Gidiere III
Julia B. Barber
Balch & Bingham LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-251-8100
sgidiere@balch.com

Stephanie Z. Moore
Executive Vice President & General Counsel
Daniel J. Kelly
Senior Vice President & Deputy General Counsel
David W. Mitchell
Senior Counsel, Environmental
Vistra Corp.
6555 Sierra Drive
Irving, Texas 75039

Counsel for Luminant Generation Company L.L.C., Coleto Creek Power, L.L.C., Ennis Power Company, L.L.C., Hays Energy, L.L.C., Midlothian Energy, L.L.C., Oak Grove Management Company L.L.C., and Wise County Power Company, L.L.C.

/s/ Aaron M. Streett
Aaron M. Streett
Matthew L. Kuryla
Baker Botts L.L.P.
910 Louisiana St.
Houston, Texas 77002
Tel.: (713) 229-1234
Fax: (713) 229-1522
aaron.streett@bakerbotts.com

Counsel for Association of Electric Companies of Texas, BCCA Appeals Group, Texas Chemical Council, and Texas Oil & Gas Association

/s/ Megan H. Berge
Megan H. Berge
Baker Botts L.L.P.
700 K Street N.W.
Washington, D.C. 20001
(415) 291-6233
megan.berge@bakerbotts.com

J. Mark Little
Baker Botts L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1489

Attorneys for Texas Lehigh Cement Company LP

### Certificate of Conference

On August 23, 2023, I conferred with Joseph Scott St. John, who indicated that the Louisiana State Petitioners are unopposed to this motion. On August 24, 2023, I conferred with Mithun Mansinghani and Debra Jezouit, who indicated that the Mississippi State and Industry Petitioners and the Louisiana Industry Petitioners, respectively, are unopposed to this motion. On August 24, 2023, I also conferred with Jin Hyung Lee, who indicated that EPA opposes this motion to the extent that it seeks a 30-day extension but would not be opposed if it sought 10 days. EPA intends to file a response to this motion.

/s/ William F. Cole
WILLIAM F. COLE

### Certificate of Service

On August 24, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Bill Davis
BILL DAVIS

## Certificate of Compliance

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 1,113 words, excluding the parts exempted by Rule 27(a)(2)(B); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Bill Davis
Bill Davis