# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).***

**Fifth Cir. Case NO.** 23-60069

Texas vs. U.S. EPA
(Short Title)

The Clerk will enter my appearance as Counsel for  Clean Wisconsin

_____

_____

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT** ☐ Petitioner(s) ☐ Respondent(s) ☑ Amicus Curiae

☐ Appellant(s) ☐ Appellee(s) ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Hayden Hashimoto                    hhashimoto@catf.us
(Signature)                              (e-mail address)

Hayden Hashimoto                         CA/325150
(Type or print name)                     (State/Bar No.)

Attorney
(Title, if any)

Clean Air Task Force
(Firm or Organization)

Address  114 State Street, 6th Floor

City & State Boston, MA                  Zip 02109

Primary Tel. 808-342-8837   Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Neil Gormley

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

_____

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☑ Yes ☐ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☐ Yes ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Texas et al. v. EPA et al., No. 23-60300 (5th Cir.). Pursuant to Fifth Circuit Rule 46.3, see attached.

_____

Name of Court or Agency _____

Status of Appeal (if any) _____

Other Status (if not appealed) No. 23-60300 stayed pending resolution of this case.

**NOTE: Attach sheet to give further details.**           DKT-5A REVISED June 2023

# ATTACHMENT UNDER FIFTH CIRCUIT RULE 46.3

The following related cases, each involving the same EPA final action challenged here—**Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards**, 88 Fed. Reg. 9336 (Feb. 13, 2023)—are pending in other United States Courts of Appeals.

D.C. Circuit:

- 23-1102 - State of Utah v. EPA
- 23-1103 - State of Oklahoma v. EPA
- 23-1105 - Oklahoma Gas and Electric Co. v. EPA
- 23-1106 - Tulsa Cement, LLC, et al. v. EPA
- 23-1107 - Western Farmers Electric Coop. v. EPA
- 23-1112 – Pacificorp, et al. v. EPA
- 23-1113 – Nevada v. EPA
- 23-1115 - Nevada Cement Company, LLC v. EPA

4th Circuit:

- 23-1418 - West Virginia v. EPA

6th Circuit:

- 23-3216 - Kentucky v. EPA
- 23-3225 - Kentucky Energy & Environmental Cabinet v. EPA

8th Circuit:

- 23-1320 - State of Arkansas, et al. v EPA

- 23-1719 - Missouri v. EPA

- 23- 1751 - Union Electric Company v. EPA

- 23-1765 - Southwestern Electric Co., v. EPA

- 23-1774 - City Utilities of Springfied, MO v. EPA

- 23-1776 - Allete, Inc., et al. v. EPA

- 23-1777 - Hybar, LLC v. EPA

- 23-1778 - Arkansas League of Good Neighbors v. EPA

9th Circuit:

- 23-0682 – Nevada Cement Company, LLC v. EPA

10th Circuit:

- 23-9509 - State of Utah v. EPA

- 23-9512 - Pacificorp, et al. v EPA

- 23-9514 - State of Oklahoma, et al. v. EPA

- 23-9520 – Utah Associated Municipal Power Systems v. EPA

- 23-9521 - Oklahoma Gas & Electric Co. v. EPA

- 23-9529 - Wyoming v. EPA

- 23-9531 - Pacificorp, et al. v. EPA

- 23-9533 - Tulsa Cement, LLC, et al. v. EPA

• 23-9534 - Western Farmers Electric Cooperative v. EPA

• 23-9537 - Basin Electric Power Coop. v EPA

11th Circuit:

• 23-11173 – Alabama, et al. v. EPA

• 23-11196 – Alabama Power Company, et al. v. EPA