No. 23-60069

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C; LOUISIANA CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

On Petitions for Review of a Final Action
of the United States Environmental Protection Agency

## RULE 30.2(a) APPENDIX – VOLUME FIVE OF SEVEN (C.I. NO. R6-4 (PT. 2))

*(Counsel Listed on Inside Cover)*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

LANORA C. PETTIT
Principal Deputy Solicitor General

BILL DAVIS
Deputy Solicitor General
Bill.Davis@oag.texas.gov

MICHAEL R. ABRAMS
WILLIAM F. COLE
Assistant Solicitors General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for the State of Texas, Texas
Commission on Environmental
Quality, Public Utility Commission of
Texas, and Railroad Commission of
Texas

No. 23-60069

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL
QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO
CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS
ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE
MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY,
L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA
APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS
ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD
COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI
DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER
COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C; LOUISIANA
CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS
ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL
GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

On Petitions for Review of a Final Action
of the United States Environmental Protection Agency

## INDEX TO RULE 30.2(a) APPENDIX
## (VOLUME FIVE OF SEVEN) [*]

---

[*] Consistent with how record material was cited in the briefs, appendix tab numbers correspond to the final four digits (minus leading zeros) of "Document ID" numbers on the certified index of record contents.

31.     LA1 2015 Ozone Interstate Transport SIP submitted to EPA
        November 12, 2019 (LA-148) (Jan. 25, 2022) (EPA-R06-OAR-2021-
        0801-0004) .................................................................... Tab R6-4 (*continued*)

***(See subsequent volumes for additional appendix documents)***

TAB R6-4 (PT. 2): LA1 2015 OZONE INTERSTATE TRANSPORT SIP SUBMITTED TO EPA NOVEMBER 12, 2019 (LA-148) (JAN. 25, 2022) (EPA-R06-OAR-2021-0801-0004)



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 25 Jul 18
GDAS Meteorological Data

Job ID: 127652          Job Start: Fri Nov  8 01:15:14 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1





NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 25 Jul 18
GDAS Meteorological Data

Source ★ at 29.52 N 95.39 W

Meters AGL

Job ID: 151009          Job Start: Fri Nov  1 17:13:53 UTC 2019
Source 1    lat.: 29.520443    lon.: -95.392509    height: 19 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 26 Jul 18
GDAS Meteorological Data

Job ID: 127825          Job Start: Fri Nov  8 01:18:42 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1





NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 26 Jul 18
GDAS Meteorological Data

Job ID: 151308          Job Start: Fri Nov  1 17:19:37 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 26 Jul 18
### GDAS Meteorological Data

Job ID: 151308          Job Start: Fri Nov  1 17:19:37 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 02 Aug 18
GDAS Meteorological Data

Job ID: 151492          Job Start: Fri Nov  1 17:23:41 UTC 2019
Source 1     lat.: 29.520443     lon.: -95.392509     height: 19 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2018 - GDAS1







# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 28 Sep 16
### GDAS Meteorological Data



Job ID: 156102          Job Start: Fri Nov  1 19:17:40 UTC 2019
Source 1     lat.: 29.670025     lon.: -95.128508     height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Sep 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 28 Sep 16
### GDAS Meteorological Data



Job ID: 156102              Job Start: Fri Nov  1 19:17:40 UTC 2019
Source 1     lat.: 29.670025     lon.: -95.128508     height: 6 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Sep 2016 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 06 May 17
GDAS Meteorological Data

Job ID: 156199          Job Start: Fri Nov 1 19:20:18 UTC 2019
Source 1     lat.: 29.670025     lon.: -95.128508     height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 1 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2000 UTC 02 Sep 17
### GDAS Meteorological Data



Source ★ at 29.67 N 95.13 W

Meters AGL

Job ID: 156242          Job Start: Fri Nov  1 19:21:45 UTC 2019
Source 1     lat.: 29.670025     lon.: -95.128508     height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 1 Sep 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 12 Sep 17
### GDAS Meteorological Data



Job ID: 156311          Job Start: Fri Nov  1 19:23:16 UTC 2019
Source 1    lat.: 29.670025    lon.: -95.128508    height: 6 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  8 Sep 2017 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2300 UTC 24 Apr 18
GDAS Meteorological Data

Job ID: 156423           Job Start: Fri Nov  1 19:26:38 UTC 2019
Source 1    lat.: 29.670025    lon.: -95.128508    height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2300 UTC 28 Apr 18
GDAS Meteorological Data

Job ID: 156535          Job Start: Fri Nov  1 19:29:37 UTC 2019
Source 1     lat.: 29.670025     lon.: -95.128508     height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 07 May 18
GDAS Meteorological Data

Job ID: 156627          Job Start: Fri Nov  1 19:31:46 UTC 2019
Source 1    lat.: 29.670025    lon.: -95.128508    height: 6 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 May 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 26 Jul 18
GDAS Meteorological Data

Source ★ at 29.67 N 95.13 W

MIXDEPTH

1326

3000
2000
1000

18    12    06    00    18    12    06    00    18    12    06    00    18
                07/26              07/25              07/24

Job ID: 117497              Job Start: Thu Nov  7 19:08:54 UTC 2019
Source 1     lat.: 29.670025     lon.: -95.128508     height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 26 Jul 18
GDAS Meteorological Data

Job ID: 117497          Job Start: Thu Nov  7 19:08:54 UTC 2019
Source 1      lat.: 29.670025      lon.: -95.128508      height: 6 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 26 Jul 18
GDAS Meteorological Data

Job ID: 156689          Job Start: Fri Nov 1 19:33:28 UTC 2019
Source 1     lat.: 29.670025     lon.: -95.128508     height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 26 Jul 18
### GDAS Meteorological Data



Job ID: 156689          Job Start: Fri Nov  1 19:33:28 UTC 2019
Source 1     lat.: 29.670025   lon.: -95.128508   height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 27 Jul 18
GDAS Meteorological Data

Source ★ at 29.67 N 95.13 W

MIXDEPTH

Job ID: 120468          Job Start: Thu Nov 7 20:30:25 UTC 2019
Source 1     lat.: 29.670025     lon.: -95.128508     height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 27 Jul 18
GDAS Meteorological Data

Source ★ at 29.67 N 95.13 W

MIXDEPTH

Job ID: 120468            Job Start: Thu Nov 7 20:30:25 UTC 2019
Source 1     lat.: 29.670025     lon.: -95.128508     height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 27 Jul 18
GDAS Meteorological Data

Job ID: 156724          Job Start: Fri Nov  1 19:34:28 UTC 2019
Source 1    lat.: 29.670025    lon.: -95.128508    height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

Case: 23-60069    Document: 138-5    Page: 32    Date Filed: 09/26/2023

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 27 Jul 18
### GDAS Meteorological Data



Job ID: 156724          Job Start: Fri Nov  1 19:34:28 UTC 2019
Source 1    lat.: 29.670025    lon.: -95.128508    height: 6 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2300 UTC 23 Aug 18
GDAS Meteorological Data

Job ID: 120509          Job Start: Thu Nov  7 20:34:42 UTC 2019
Source 1      lat.: 29.670025      lon.: -95.128508      height: 6 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 23 Aug 18
### GDAS Meteorological Data

Source ★ at 29.67 N 95.13 W

MIXDEPTH

547

Job ID: 120509          Job Start: Thu Nov  7 20:34:42 UTC 2019
Source 1    lat.: 29.670025    lon.: -95.128508    height: 6 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 23 Aug 18
### GDAS Meteorological Data



Source ★ at 29.67 N 95.13 W

Meters AGL

Job ID: 156873          Job Start: Fri Nov  1 19:37:51 UTC 2019
Source 1     lat.: 29.670025    lon.: -95.128508    height: 6 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 23 Aug 18
### GDAS Meteorological Data



Job ID: 156873          Job Start: Fri Nov  1 19:37:51 UTC 2019
Source 1     lat.: 29.670025     lon.: -95.128508     height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Aug 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 17 Sep 18
GDAS Meteorological Data

Job ID: 156963          Job Start: Fri Nov  1 19:40:22 UTC 2019
Source 1     lat.: 29.670025     lon.: -95.128508     height: 6 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 15 Sep 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 18 Sep 18
### GDAS Meteorological Data



Job ID: 157027          Job Start: Fri Nov  1 19:41:43 UTC 2019
Source 1    lat.: 29.670025    lon.: -95.128508    height: 6 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 15 Sep 2018 - GDAS1





# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 08 Jun 16
### GDAS Meteorological Data



Job ID: 194242          Job Start: Thu Oct 31 17:54:56 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 8 Jun 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2000 UTC 09 Jun 16
### GDAS Meteorological Data



Job ID: 194505          Job Start: Thu Oct 31 18:00:07 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  8 Jun 2016 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 10 Jun 16
GDAS Meteorological Data

Job ID: 194575          Job Start: Thu Oct 31 18:01:29 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 8 Jun 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 20 Jun 16
### GDAS Meteorological Data



Job ID: 194661          Job Start: Thu Oct 31 18:03:08 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 15 Jun 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 30 Jun 16
### GDAS Meteorological Data

Job ID: 194755          Job Start: Thu Oct 31 18:04:45 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 29 Jun 2016 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2300 UTC 01 Jul 16
GDAS Meteorological Data

Job ID: 120834          Job Start: Thu Nov  7 20:46:46 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Jul 2016 - GDAS1

Case: 23-60069     Document: 138-5     Page: 47     Date Filed: 09/26/2023

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 01 Jul 16
### GDAS Meteorological Data



Job ID: 120834          Job Start: Thu Nov  7 20:46:46 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Jul 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 01 Jul 16
### GDAS Meteorological Data



Job ID: 194836          Job Start: Thu Oct 31 18:06:28 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 1 Jul 2016 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 01 Jul 16
GDAS Meteorological Data

Job ID: 194836          Job Start: Thu Oct 31 18:06:28 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 Jul 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 21 Sep 16
### GDAS Meteorological Data



Job ID: 124199          Job Start: Thu Nov 7 23:56:32 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 15 Sep 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 21 Sep 16
### GDAS Meteorological Data



Job ID: 124199          Job Start: Thu Nov 7 23:56:32 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 15 Sep 2016 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 21 Sep 16
GDAS Meteorological Data

Job ID: 144966          Job Start: Fri Nov  1 13:42:39 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 15 Sep 2016 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 21 Sep 16
GDAS Meteorological Data

Job ID: 144966          Job Start: Fri Nov  1 13:42:39 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 15 Sep 2016 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 22 Sep 16
GDAS Meteorological Data

Job ID: 124336          Job Start: Fri Nov  8 00:02:37 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Sep 2016 - GDAS1

Case: 23-60069     Document: 138-5     Page: 55     Date Filed: 09/26/2023

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 22 Sep 16
### GDAS Meteorological Data



Job ID: 124336          Job Start: Fri Nov  8 00:02:37 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Sep 2016 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 22 Sep 16
GDAS Meteorological Data

Job ID: 144929          Job Start: Fri Nov 1 13:41:19 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Sep 2016 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 22 Sep 16
### GDAS Meteorological Data

Job ID: 144929          Job Start: Fri Nov  1 13:41:19 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Sep 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 03 Oct 16
### GDAS Meteorological Data



Job ID: 145060          Job Start: Fri Nov  1 13:47:16 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 Oct 2016 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 06 May 17
GDAS Meteorological Data

Job ID: 144436          Job Start: Fri Nov  1 13:18:45 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 07 May 17
### GDAS Meteorological Data



Job ID: 145082          Job Start: Fri Nov  1 13:49:04 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 31 May 17
### GDAS Meteorological Data



Job ID: 145199　　　　　　　Job Start: Fri Nov  1 13:54:53 UTC 2019
Source 1　　lat.: 33.219069　　lon.: -97.196284　　height: 183 m AMSL

Trajectory Direction: Backward　　　Duration: 72 hrs
Vertical Motion Calculation Method:　　Model Vertical Velocity
Meteorology: 0000Z 29 May 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 08 Jun 17
### GDAS Meteorological Data



Job ID: 145236          Job Start: Fri Nov  1 13:56:26 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  8 Jun 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 24 Jul 17
### GDAS Meteorological Data

Source ★ at 33.22 N 97.20 W

Meters AGL

Job ID: 145279          Job Start: Fri Nov 1 13:59:15 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 04 Aug 17
### GDAS Meteorological Data



Job ID: 145328              Job Start: Fri Nov  1 14:00:55 UTC 2019
Source 1     lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2017 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 14 Sep 17
GDAS Meteorological Data

Job ID: 145365          Job Start: Fri Nov  1 14:02:57 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  8 Sep 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 18 Sep 17
### GDAS Meteorological Data



Job ID: 145462          Job Start: Fri Nov  1 14:06:59 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 15 Sep 2017 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 19 Oct 17
GDAS Meteorological Data

Job ID: 145536          Job Start: Fri Nov  1 14:09:35 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 19 Oct 17
GDAS Meteorological Data

Job ID: 145536          Job Start: Fri Nov  1 14:09:35 UTC 2019
Source 1      lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 15 Oct 2017 - GDAS1

NOAA HYSPLIT MODEL
Backward trajectories ending at 2300 UTC 28 Apr 18
GDAS Meteorological Data



Job ID: 145687          Job Start: Fri Nov  1 14:16:47 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 26 May 18
### GDAS Meteorological Data



Job ID: 146179          Job Start: Fri Nov 1 14:32:40 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 May 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 29 May 18
### GDAS Meteorological Data

Source ★ at 33.22 N 97.20 W

MIXDEPTH

1696

3000
2000
1000

18  12  06  00  18  12  06  00  18  12  06  00  18
        05/29           05/28           05/27

Job ID: 124417          Job Start: Fri Nov  8 00:06:47 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 29 May 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 29 May 18
### GDAS Meteorological Data

Job ID: 124417          Job Start: Fri Nov  8 00:06:47 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 29 May 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 29 May 18
GDAS Meteorological Data

Job ID: 146190          Job Start: Fri Nov  1 14:34:35 UTC 2019
Source 1     lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 29 May 2018 - GDAS1

Case: 23-60069    Document: 138-5    Page: 74    Date Filed: 09/26/2023

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 29 May 18
### GDAS Meteorological Data



Job ID: 146190          Job Start: Fri Nov  1 14:34:35 UTC 2019
Source 1     lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 29 May 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 05 Jun 18
### GDAS Meteorological Data

Source ★ at 33.22 N 97.20 W

MIXDEPTH

1385

3000
2000
1000

18  12  06  00  18  12  06  00  18  12  06  00  18
        06/05              06/04              06/03

Job ID: 124825          Job Start: Fri Nov  8 00:13:54 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Jun 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 05 Jun 18
### GDAS Meteorological Data



Job ID: 124825          Job Start: Fri Nov  8 00:13:54 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Jun 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 05 Jun 18
### GDAS Meteorological Data



Job ID: 146441          Job Start: Fri Nov  1 14:40:27 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 1 Jun 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 05 Jun 18
### GDAS Meteorological Data



Job ID: 146441          Job Start: Fri Nov  1 14:40:27 UTC 2019
Source 1     lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 1 Jun 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 25 Jul 18
### GDAS Meteorological Data



Job ID: 146554          Job Start: Fri Nov  1 14:44:29 UTC 2019
Source 1    lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 26 Jul 18
### GDAS Meteorological Data



Job ID: 146649          Job Start: Fri Nov  1 14:45:56 UTC 2019
Source 1     lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2200 UTC 02 Aug 18
GDAS Meteorological Data

Job ID: 146907          Job Start: Fri Nov  1 14:56:06 UTC 2019
Source 1     lat.: 33.219069   lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 03 Aug 18
### GDAS Meteorological Data



Job ID: 125191          Job Start: Fri Nov  8 00:21:19 UTC 2019
Source 1      lat.: 33.219069    lon.: -97.196284    height: 183 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 03 Aug 18
### GDAS Meteorological Data



Job ID: 125191          Job Start: Fri Nov 8 00:21:19 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 1 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 03 Aug 18
### GDAS Meteorological Data



Job ID: 147775          Job Start: Fri Nov  1 15:49:24 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 03 Aug 18
### GDAS Meteorological Data



Job ID: 147775          Job Start: Fri Nov  1 15:49:24 UTC 2019
Source 1     lat.: 33.219069     lon.: -97.196284     height: 183 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2018 - GDAS1







# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 07 Jun 16
### GDAS Meteorological Data



Job ID: 153301          Job Start: Fri Nov  1 18:00:00 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 Jun 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 29 Jun 16
### GDAS Meteorological Data



Job ID: 153468         Job Start: Fri Nov  1 18:04:26 UTC 2019
Source 1     lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 29 Jun 2016 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2100 UTC 26 Jul 16
GDAS Meteorological Data

Job ID: 153042        Job Start: Fri Nov  1 17:55:22 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2016 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 06 May 17
### GDAS Meteorological Data



Job ID: 153592          Job Start: Fri Nov  1 18:08:33 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 May 2017 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2300 UTC 08 Jun 17
GDAS Meteorological Data

Source ★ at 32.92 N  97.28 W

Meters AGL

Job ID: 153706          Job Start: Fri Nov  1 18:12:41 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  8 Jun 2017 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2300 UTC 23 Jun 17
GDAS Meteorological Data

Job ID: 153757          Job Start: Fri Nov  1 18:14:23 UTC 2019
Source 1     lat.: 32.922474     lon.: -97.282088     height: 254 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jun 2017 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 01 Sep 17
### GDAS Meteorological Data



Job ID: 153920              Job Start: Fri Nov  1 18:19:32 UTC 2019
Source 1     lat.: 32.922474     lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 Sep 2017 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 13 Sep 17
### GDAS Meteorological Data



Job ID: 154043          Job Start: Fri Nov  1 18:23:38 UTC 2019
Source 1     lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  8 Sep 2017 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2300 UTC 24 Apr 18
GDAS Meteorological Data

Source ★ at 32.92 N 97.28 W

Meters AGL

1500
1000
500

Job ID: 154165          Job Start: Fri Nov 1 18:27:13 UTC 2019
Source 1     lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 28 Apr 18
### GDAS Meteorological Data



Job ID: 154236          Job Start: Fri Nov  1 18:28:57 UTC 2019
Source 1     lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Apr 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 17 May 18
### GDAS Meteorological Data



Job ID: 154370        Job Start: Fri Nov  1 18:32:45 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 15 May 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 26 May 18
### GDAS Meteorological Data



Job ID: 154422          Job Start: Fri Nov  1 18:34:03 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 May 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 0100 UTC 22 Jun 18
### GDAS Meteorological Data



Source ★ at 32.92 N 97.28 W

MIXDEPTH

1179

3000
2000
1000

00    18    12    06    00    18    12    06    00    18    12    06    00    18
06/22        06/21        06/20        06/19

Job ID: 129844        Job Start: Fri Nov  8 02:02:14 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Jun 2018 - GDAS1

Case: 23-60069    Document: 438-5    Page: 103    Date Filed: 09/26/2023



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 0100 UTC 22 Jun 18
### GDAS Meteorological Data

Source ★ at 32.92 N 97.28 W

MIXDEPTH

1179

3000
2000
1000

00    18    12    06    00    18    12    06    00    18    12    06    00    18
06/22          06/21          06/20          06/19

Job ID: 129844          Job Start: Fri Nov 8 02:02:14 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z 22 Jun 2018 - GDAS1

Case: 23-60069     Document: 438-5     Page: 104     Date Filed: 09/26/2023

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 0000 UTC 22 Jun 18
### GDAS Meteorological Data



Job ID: 154558          Job Start: Fri Nov  1 18:37:28 UTC 2019
Source 1     lat.: 32.922474     lon.: -97.282088     height: 254 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jun 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 0000 UTC 22 Jun 18
### GDAS Meteorological Data



Job ID: 154558          Job Start: Fri Nov  1 18:37:28 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jun 2018 - GDAS1

Case: 23-60069     Document: 438-5     Page: 109     Date Filed: 09/26/2023



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 23 Jul 18
### GDAS Meteorological Data

Source ★ at 32.92 N 97.28 W

Meters AGL

Job ID: 154713          Job Start: Fri Nov  1 18:40:05 UTC 2019
Source 1     lat.: 32.922474     lon.: -97.282088     height: 254 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 25 Jul 18
### GDAS Meteorological Data



Job ID: 154778          Job Start: Fri Nov  1 18:41:59 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2300 UTC 26 Jul 18
GDAS Meteorological Data

Job ID: 154857          Job Start: Fri Nov  1 18:43:25 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



NOAA HYSPLIT MODEL
Backward trajectories ending at 2300 UTC 26 Jul 18
GDAS Meteorological Data

Job ID: 154857　　　　Job Start: Fri Nov  1 18:43:25 UTC 2019
Source 1　　lat.: 32.922474　　lon.: -97.282088　　height: 254 m AMSL

Trajectory Direction: Backward　　Duration: 72 hrs
Vertical Motion Calculation Method:　　Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1



# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 27 Jul 18
### GDAS Meteorological Data

Job ID: 154976            Job Start: Fri Nov  1 18:46:10 UTC 2019
Source 1     lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward        Duration: 72 hrs
Vertical Motion Calculation Method:        Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 28 Jul 18
### GDAS Meteorological Data



Job ID: 155034          Job Start: Fri Nov  1 18:47:32 UTC 2019
Source 1     lat.: 32.922474     lon.: -97.282088     height: 254 m AMSL

Trajectory Direction: Backward     Duration: 72 hrs
Vertical Motion Calculation Method:     Model Vertical Velocity
Meteorology: 0000Z 22 Jul 2018 - GDAS1

Case: 23-60069    Document: 438-5    Page: 112    Date Filed: 09/26/2023

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 0100 UTC 31 Jul 18
### GDAS Meteorological Data



Source ★ at 32.92 N  97.28 W

Meters AGL

1500
1000
500

26

00    18    12    06    00    18    12    06    00    18    12    06    00
07/31            07/30                    07/29                    07/28

Job ID: 155161          Job Start: Fri Nov  1 18:51:16 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z 29 Jul 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2300 UTC 02 Aug 18
### GDAS Meteorological Data



Job ID: 155220          Job Start: Fri Nov  1 18:52:45 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 03 Aug 18
### GDAS Meteorological Data



Job ID: 130005          Job Start: Fri Nov  8 02:05:31 UTC 2019
Source 1     lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2200 UTC 03 Aug 18
### GDAS Meteorological Data



Source ★ at 32.92 N 97.28 W

MIXDEPTH

2132

3000
2000
1000

18   12   06   00   18   12   06   00   18   12   06   00   18
         08/03            08/02            08/01

Job ID: 130005              Job Start: Fri Nov  8 02:05:31 UTC 2019
Source 1     lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 03 Aug 18
### GDAS Meteorological Data



Job ID: 155307        Job Start: Fri Nov  1 18:53:54 UTC 2019
Source 1    lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward    Duration: 72 hrs
Vertical Motion Calculation Method:    Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2018 - GDAS1

# NOAA HYSPLIT MODEL
## Backward trajectories ending at 2100 UTC 03 Aug 18
### GDAS Meteorological Data



Job ID: 155307          Job Start: Fri Nov  1 18:53:54 UTC 2019
Source 1     lat.: 32.922474    lon.: -97.282088    height: 254 m AMSL

Trajectory Direction: Backward      Duration: 72 hrs
Vertical Motion Calculation Method:      Model Vertical Velocity
Meteorology: 0000Z  1 Aug 2018 - GDAS1

# Illustration of Semi-Permanent Global Pressure Systems

Louisiana Department of Environmental Quality





# Wind Roses Exhibiting Annual Mean Wind Direction and Speed

Louisiana Department of Environmental Quality



HOUSTON HOBBY AP (TX) Wind Rose

Jan. 1, 1987 – Dec. 31, 2016
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

Wind Speed (mph)

1.3 – 4
4 – 8
8 – 13
13 – 19
19 – 25
25 – 32
32 – 39
39 – 47
47 –

Click and drag to zoom

**HOUSTON HOBBY AP (TX) - Wind Frequency Table (percentage)**

Latitude : 29.6381
Longitude : -95.2819
Elevation : 44 ft.
Element : Mean Wind Speed

Start Date : Jan. 1, 1987
End Date : Dec. 31, 2016
# of Days : 10958 of 10958
# obs : poss : 202565 of 262992

Sub Interval Windows
Start    End
Date Jan. 1 Dec. 31
Hour 0     23

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 0.5 | 0.5 | 0.6 | 0.5 | 0.4 | 0.5 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 9.0 |
| 4 - 8 | 0.8 | 0.6 | 0.5 | 0.7 | 1.0 | 0.9 | 1.0 | 1.0 | 0.8 | 0.9 | 1.1 | 1.3 | 1.6 | 1.8 | 1.7 | 2.2 | 2.5 | 2.2 | 2.0 | 1.3 | 1.1 | 0.8 | 0.7 | 0.7 | 0.7 | 0.5 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.5 | 0.8 | 34.1 |
| 8 - 13 | 1.6 | 1.3 | 0.8 | 0.9 | 1.5 | 1.1 | 0.9 | 1.0 | 0.9 | 1.0 | 1.4 | 1.6 | 1.6 | 1.4 | 1.5 | 2.4 | 3.5 | 2.9 | 2.4 | 1.6 | 1.0 | 0.7 | 0.6 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.5 | 0.6 | 0.9 | 1.2 | 39.7 |
| 13 - 19 | 1.0 | 0.8 | 0.5 | 0.4 | 0.4 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.4 | 0.4 | 0.3 | 0.4 | 0.8 | 1.3 | 1.1 | 0.8 | 0.6 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.4 | 0.7 | 0.8 | 14.6 |
| 19 - 25 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 2.3 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 3.7 | 2.9 | 2.1 | 2.3 | 3.1 | 2.6 | 2.4 | 2.4 | 2.2 | 2.5 | 3.1 | 3.6 | 4.0 | 4.0 | 4.1 | 6.0 | 7.8 | 6.6 | 5.7 | 3.9 | 2.8 | 2.1 | 1.7 | 1.5 | 1.4 | 1.0 | 0.9 | 0.8 | 0.8 | 0.9 | 1.1 | 1.2 | 1.4 | 1.7 | 2.5 | 3.2 | 100.0 |
| Calm (<1.3) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0.0 |
| Ave Speed | 11.1 | 11.3 | 10.9 | 9.4 | 8.9 | 8.6 | 8.1 | 8.1 | 8.3 | 8.1 | 8.5 | 8.5 | 8.1 | 7.6 | 8.0 | 8.7 | 9.3 | 9.3 | 8.9 | 8.3 | 8.1 | 7.7 | 7.2 | 7.0 | 7.1 | 7.6 | 8.1 | 8.8 | 9.1 | 8.9 | 9.1 | 10.2 | 11.1 | 11.6 | 11.8 | 11.6 | 11.2 | 9.1 |

Midwestern Regional Climate Center cli-MATE: MRCC Application Tools Environment Generated at: 8/7/2018 8:37:02 AM CDT



HOUSTON INTERCONT AP (TX) Wind Rose

Jan. 1, 1987 – Dec. 31, 2016
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

**Wind Speed (mph)**

1.3 – 4
4 – 8
8 – 13
13 – 19
19 – 25
25 – 32
32 – 39
39 – 47
47 –

Click and drag to zoom

**HOUSTON INTERCONT AP (TX) - Wind Frequency Table (percentage)**

Latitude : 29.9800
Longitude : -95.3600
Elevation : 95 ft.
Element : Mean Wind Speed

Start Date : Jan. 1, 1987
End Date : Dec. 31, 2016
# of Days : 10958 of 10958
# obs : poss : 214570 of 262992

Sub Interval Windows
Start   End
Date Jan. 1   Dec. 31
Hour 0   23

(Greater than or equal to initial interval value and Less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.4 | 0.5 | 0.5 | 0.4 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 8.3 |
| 4 - 8 | 1.2 | 1.1 | 1.2 | 1.1 | 1.2 | 1.2 | 1.1 | 1.0 | 0.7 | 0.8 | 0.8 | 1.1 | 1.3 | 1.2 | 1.2 | 1.3 | 1.8 | 2.2 | 2.9 | 3.9 | 9.7 | 0.6 | 0.6 | 0.5 | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.6 | 0.6 | 0.7 | 0.8 | 0.9 | 1.1 | 34.6 |
| 8 - 13 | 1.4 | 1.2 | 1.1 | 0.9 | 0.9 | 1.1 | 1.0 | 1.0 | 1.0 | 1.2 | 1.3 | 1.8 | 2.6 | 2.6 | 2.3 | 2.9 | 3.0 | 2.1 | 1.2 | 1.2 | 0.8 | 0.5 | 0.5 | 0.5 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.5 | 0.6 | 0.7 | 0.9 | 1.2 | 1.4 | 42.2 |
| 13 - 19 | 0.5 | 0.4 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.3 | 0.9 | 1.2 | 1.1 | 1.0 | 1.2 | 1.0 | 0.5 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.3 | 0.3 | 0.5 | 0.5 | 0.6 | 13.1 |
| 19 - 25 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 1.6 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 3.5 | 3.0 | 2.9 | 2.5 | 2.5 | 2.5 | 2.5 | 2.2 | 2.0 | 2.3 | 2.5 | 3.5 | 5.0 | 5.3 | 5.0 | 4.8 | 6.4 | 6.8 | 5.3 | 3.2 | 2.1 | 1.4 | 1.2 | 1.2 | 1.2 | 0.9 | 0.8 | 0.9 | 1.0 | 1.2 | 1.5 | 1.7 | 2.0 | 2.5 | 3.1 | 3.5 | 100.0 |

| Calm (<1.3) |
|---|
| 0.0 |

| | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ave Speed | 8.9 | 8.7 | 8.2 | 7.8 | 7.5 | 7.5 | 7.8 | 8.0 | 8.5 | 8.9 | 9.6 | 9.8 | 10.0 | 10.5 | 10.5 | 10.1 | 9.8 | 9.0 | 8.2 | 7.9 | 7.7 | 7.9 | 7.8 | 7.5 | 7.4 | 7.0 | 7.3 | 7.7 | 7.9 | 8.5 | 8.5 | 9.2 | 9.4 | 9.5 | 9.5 | 9.2 | 8.9 |

Midwestern Regional Climate Center cli-MATE: MRCC Application Tools Environment Generated at: 8/7/2018 8:35:31 AM CDT



HOUSTON CLOVER FLD (TX) Wind Rose

Jan. 1, 1997 – Dec. 31, 2016
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

Wind Speed (mph)

1.3 – 4
4 – 8
8 – 13
13 – 19
19 – 25
25 – 32
32 – 39
39 – 47
47 –

Click and drag to zoom

**HOUSTON CLOVER FLD (TX) - Wind Frequency Table (percentage)**

Latitude : 29.5189
Longitude : -95.2417
Elevation : 44 ft.
Element : Mean Wind Speed

Sub Interval Windows

Start Date : Jan. 1, 1997
End Date : Dec. 31, 2016
# of Days : 7305 of 7305
# obs : poss : 93563 of 175320

|       | Start | End |
|-------|-------|-----|
| Date  | Jan. 1 | Dec. 31 |
| Hour  | 0 | 23 |

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.3 | 0.3 | 0.4 | 0.6 | 0.7 | 0.7 | 0.7 | 0.8 | 0.7 | 0.5 | 0.4 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 11.7 |
| 4 - 8 | 0.8 | 0.9 | 1.0 | 1.1 | 1.2 | 1.0 | 0.9 | 0.8 | 0.9 | 1.0 | 0.9 | 1.1 | 1.3 | 1.8 | 1.7 | 2.2 | 2.5 | 1.9 | 1.7 | 1.2 | 0.8 | 0.4 | 0.3 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.6 | 0.6 | 0.8 | 33.0 |
| 8 - 13 | 1.3 | 1.3 | 1.2 | 1.2 | 1.2 | 1.0 | 0.9 | 1.2 | 1.4 | 1.4 | 1.2 | 1.2 | 1.6 | 2.3 | 3.5 | 4.4 | 3.5 | 2.3 | 1.4 | 0.8 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.5 | 0.6 | 0.8 | 1.0 | 1.4 | 42.3 |
| 13 - 19 | 0.5 | 0.4 | 0.3 | 0.2 | 0.2 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.4 | 0.8 | 1.1 | 1.3 | 1.1 | 0.7 | 0.4 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 11.7 |
| 19 - 25 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 1.2 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 | 2.5 | 2.2 | 2.4 | 2.9 | 2.8 | 2.7 | 2.9 | 3.3 | 4.5 | 5.5 | 7.6 | 9.1 | 7.2 | 5.2 | 3.4 | 2.1 | 1.1 | 0.8 | 0.8 | 0.8 | 0.7 | 0.7 | 0.7 | 0.8 | 0.9 | 1.1 | 1.3 | 1.7 | 2.0 | 2.5 | 3.2 | 100.0 |
| Calm (<1.3) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0.0 |
| Ave Speed | 9.5 | 9.0 | 8.6 | 8.2 | 7.8 | 7.7 | 7.7 | 8.2 | 8.3 | 8.4 | 8.2 | 7.9 | 7.5 | 7.8 | 8.8 | 9.1 | 9.3 | 9.3 | 8.9 | 8.6 | 7.6 | 7.0 | 7.1 | 6.9 | 6.8 | 6.3 | 6.4 | 6.4 | 6.9 | 7.4 | 8.2 | 9.5 | 9.7 | 9.7 | 10.0 | 10.0 | 8.6 |

Midwestern Regional Climate Center cli-MATE: MRCC Application Tools Environment Generated at: 8/7/2018 8:22:03 AM CDT



PORT ARTHUR SE TX AP (TX) Wind Rose

Jan. 1, 1987 – Dec. 31, 2016
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

Wind Speed (mph)

- 1.3 – 4
- 4 – 8
- 8 – 13
- 13 – 19
- 19 – 25
- 25 – 32
- 32 – 39
- 39 – 47
- 47 –

Click and drag to zoom

**PORT ARTHUR SE TX AP (TX) - Wind Frequency Table (percentage)**

Latitude : 29.9506
Longitude : -94.0206
Elevation : 16 ft.
Element : Mean Wind Speed

Start Date : Jan. 1, 1987
End Date : Dec. 31, 2016
# of Days : 10958 of 10958
# obs : poss : 232001 of 262992

Sub Interval Windows
Start        End
Date Jan. 1 Dec. 31
Hour 0        23

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.3 | 0.3 | 0.2 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.2 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 7.4 |
| 4 - 8 | 1.0 | 1.1 | 1.0 | 1.2 | 1.3 | 1.0 | 0.9 | 0.8 | 1.0 | 0.8 | 0.8 | 0.8 | 0.9 | 0.8 | 0.7 | 0.8 | 1.2 | 1.7 | 1.9 | 1.5 | 1.2 | 1.0 | 0.8 | 0.7 | 0.6 | 0.5 | 0.5 | 0.5 | 0.4 | 0.5 | 0.5 | 0.6 | 0.6 | 0.5 | 0.6 | 0.6 | 31.3 |
| 8 - 13 | 1.5 | 1.6 | 1.6 | 1.5 | 1.4 | 1.3 | 1.1 | 1.1 | 1.0 | 1.3 | 1.3 | 1.5 | 1.9 | 1.7 | 1.2 | 1.4 | 2.3 | 2.8 | 2.6 | 2.1 | 1.6 | 1.0 | 0.6 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.5 | 0.7 | 0.7 | 0.6 | 0.8 | 1.0 | 41.7 |
| 13 - 19 | 0.8 | 0.7 | 0.5 | 0.4 | 0.3 | 0.3 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 0.5 | 0.7 | 0.9 | 0.8 | 0.9 | 1.3 | 1.3 | 1.1 | 0.8 | 0.6 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 16.6 |
| 19 - 25 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.2 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 2.7 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 100.0 |
| Total(%) | 3.7 | 3.8 | 3.4 | 3.2 | 3.2 | 2.9 | 2.4 | 2.4 | 2.4 | 2.6 | 2.7 | 3.0 | 3.8 | 3.7 | 3.1 | 3.6 | 5.3 | 6.3 | 6.0 | 4.7 | 3.7 | 2.6 | 1.9 | 1.5 | 1.2 | 1.1 | 1.0 | 1.0 | 0.9 | 1.2 | 1.5 | 1.8 | 1.8 | 1.7 | 2.1 | 2.5 | 100.0 |
| Calm (<1.3) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0.0 |
| Ave Speed | 10.0 | 9.7 | 9.4 | 8.8 | 8.4 | 8.6 | 8.5 | 8.9 | 9.3 | 9.3 | 9.5 | 9.8 | 10.3 | 10.6 | 11.2 | 11.2 | 10.9 | 10.3 | 9.7 | 9.4 | 9.1 | 8.5 | 7.7 | 7.3 | 7.0 | 6.9 | 7.0 | 7.3 | 7.7 | 8.1 | 8.8 | 9.5 | 9.8 | 10.1 | 10.3 | 10.4 | 9.5 |

Midwestern Regional Climate Center cli-MATE: MRCC Application Tools Environment Generated at: 8/7/2018 7:54:43 AM CDT



DENTON MUNI AP (TX) Wind Rose

Jan. 1, 1996 – Dec. 31, 2017
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

Wind Speed (mph)

1.3 – 4
4 – 8
8 – 13
13 – 19
19 – 25
25 – 32
32 – 39
39 – 47
47 –

Click and drag to zoom

# DENTON MUNI AP (TX) - Wind Frequency Table (percentage)

| | |
|---|---|
| Latitude : 33.2061 | Start Date : Jan. 1, 1996 |
| Longitude : -97.1989 | End Date : Dec. 31, 2017 |
| Elevation : 642 ft. | # of Days : 8036 of 8036 |
| Element : Mean Wind Speed | # obs : poss : 150626 of 192864 |

| Sub Interval Windows | | |
|---|---|---|
| | Start | End |
| Date | Jan. 1 | Dec. 31 |
| Hour | 0 | 23 |

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.3 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 7.4 |
| 4 - 8 | 1.1 | 0.8 | 0.6 | 0.7 | 0.7 | 0.7 | 0.6 | 0.5 | 0.5 | 0.6 | 0.6 | 0.9 | 1.3 | 1.9 | 2.2 | 2.0 | 1.7 | 1.2 | 0.9 | 0.7 | 0.6 | 0.4 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 | 0.5 | 0.6 | 0.8 | 0.9 | 1.0 | 1.1 | 28.3 |
| 8 - 13 | 1.5 | 1.2 | 1.0 | 0.9 | 0.8 | 0.6 | 0.5 | 0.5 | 0.5 | 0.6 | 0.7 | 0.8 | 1.2 | 2.0 | 2.5 | 3.6 | 4.2 | 3.4 | 2.3 | 1.6 | 1.0 | 0.7 | 0.5 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 | 0.5 | 0.7 | 0.8 | 0.8 | 1.0 | 1.3 | 39.2 |
| 13 - 19 | 0.7 | 0.6 | 0.5 | 0.3 | 0.2 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.3 | 0.7 | 1.6 | 2.6 | 2.9 | 2.1 | 1.2 | 0.6 | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.3 | 0.3 | 0.5 | 0.6 | 0.7 | 19.0 |
| 19 - 25 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.3 | 0.7 | 1.0 | 0.8 | 0.5 | 0.2 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.2 | 0.2 | 5.2 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.8 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 3.7 | 3.1 | 2.4 | 2.1 | 1.9 | 1.6 | 1.3 | 1.2 | 1.2 | 1.3 | 1.6 | 2.1 | 2.9 | 4.6 | 5.9 | 8.0 | 9.6 | 9.0 | 6.4 | 4.2 | 2.6 | 1.6 | 1.1 | 0.7 | 0.6 | 0.7 | 0.6 | 0.8 | 0.9 | 1.2 | 1.5 | 1.8 | 2.4 | 2.8 | 3.1 | 3.6 | 99.9 |
| Calm (<1.3) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0.0 |
| Ave Speed | 9.8 | 10.2 | 10.0 | 9.6 | 8.7 | 8.0 | 7.9 | 7.8 | 8.0 | 8.1 | 8.0 | 7.7 | 7.7 | 8.1 | 8.8 | 10.3 | 11.6 | 12.9 | 12.8 | 12.3 | 11.3 | 10.2 | 9.2 | 8.9 | 8.9 | 9.0 | 8.7 | 8.8 | 8.6 | 9.1 | 9.3 | 9.6 | 9.8 | 10.0 | 10.0 | 9.9 | 10.2 |



FT WORTH ALLIANCE AP (TX) Wind Rose

Jan. 1, 1991 – Dec. 31, 2017
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

Wind Speed (mph)

1.3 – 4
4 – 8
8 – 13
13 – 19
19 – 25
25 – 32
32 – 39
39 – 47
47 –

Click and drag to zoom

FT WORTH ALLIANCE AP (TX) - Wind Frequency Table (percentage)

Latitude : 32.9733
Longitude : -97.3181
Elevation : 685 ft.
Element : Mean Wind Speed

Start Date : Jan. 1, 1991
End Date : Dec. 31, 2017
# of Days : 9862 of 9862
# obs : poss : 178484 of 236688

Sub Interval Windows
Start    End
Date   Jan. 1   Dec. 31
Hour      0        23

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.3 | 0.4 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 | 5.8 |
| 4 - 8 | 0.5 | 0.5 | 0.7 | 0.7 | 0.7 | 0.7 | 0.6 | 0.7 | 0.5 | 0.6 | 0.6 | 0.7 | 0.9 | 1.0 | 1.1 | 1.2 | 1.7 | 2.3 | 1.9 | 1.1 | 0.9 | 0.7 | 0.6 | 0.5 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.3 | 0.3 | 0.4 | 0.7 | 0.8 | 0.7 | 26.6 |
| 8 - 13 | 1.5 | 1.2 | 1.1 | 0.9 | 0.8 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.7 | 1.1 | 1.6 | 2.0 | 2.5 | 4.1 | 5.0 | 3.9 | 2.4 | 1.6 | 1.0 | 0.7 | 0.5 | 0.4 | 0.3 | 0.2 | 0.3 | 0.3 | 0.5 | 0.6 | 0.7 | 0.9 | 1.1 | 1.3 | 1.3 | 43.5 |
| 13 - 19 | 0.9 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 | 0.4 | 0.8 | 1.2 | 2.1 | 2.8 | 2.2 | 1.3 | 0.6 | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | 0.4 | 0.6 | 0.6 | 0.8 | 0.8 | 18.7 |
| 19 - 25 | 0.2 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | 0.5 | 0.5 | 0.3 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.3 | 0.2 | 4.7 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 3.2 | 2.4 | 2.2 | 2.0 | 1.9 | 1.6 | 1.4 | 1.4 | 1.1 | 1.3 | 1.3 | 1.7 | 2.3 | 3.2 | 4.2 | 5.4 | 8.8 | 11.3 | 8.9 | 5.4 | 3.4 | 2.2 | 1.8 | 1.4 | 1.1 | 0.9 | 0.7 | 0.8 | 0.8 | 1.2 | 1.4 | 1.8 | 2.2 | 2.7 | 3.3 | 3.3 | 99.9 |

| Calm (<1.3) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0.1 |

| Ave Speed | 11.9 | 10.6 | 9.4 | 8.8 | 8.4 | 7.6 | 7.5 | 7.3 | 7.8 | 7.7 | 7.6 | 8.1 | 8.7 | 9.3 | 10.3 | 11.0 | 11.3 | 11.5 | 10.8 | 9.7 | 9.1 | 8.3 | 8.1 | 7.7 | 7.9 | 8.0 | 9.1 | 9.7 | 11.2 | 11.9 | 12.0 | 10.7 | 11.1 | 10.7 | 11.1 | 11.3 | 10.2 |

Midwestern Regional Climate Center cli-MATE: MRCC Application Tools Environment Generated at: 8/7/2018 9:45:18 AM CDT





## TERRELL MUNI AP (TX) Wind Rose

Jan. 1, 1998 – Dec. 31, 2017
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

**Wind Speed (mph)**

- 1.3 – 4
- 4 – 8
- 8 – 13
- 13 – 19
- 19 – 25
- 25 – 32
- 32 – 39
- 39 – 47
- 47 –

Click and drag to zoom

**TERRELL MUNI AP (TX) - Wind Frequency Table (percentage)**

Latitude : 32.7160
Longitude : -96.2672
Elevation : 475 ft.
Element : Mean Wind Speed

Start Date : Jan. 1, 1998
End Date : Dec. 31, 2017
# of Days : 7305 of 7305
# obs : poss : 136422 of 175320

Sub Interval Windows

|  | Start | End |
|---|---|---|
| Date | Jan. 1 | Dec. 31 |
| Hour | 0 | 23 |

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.2 | 0.3 | 0.5 | 0.6 | 0.5 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.2 | 0.2 | 0.3 | 0.4 | 0.4 | 0.5 | 0.5 | 0.4 | 0.4 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 8.7 |
| 4 - 8 | 1.0 | 1.2 | 1.4 | 1.4 | 1.0 | 0.9 | 0.8 | 0.9 | 1.0 | 1.0 | 1.0 | 1.2 | 1.4 | 1.5 | 1.8 | 2.1 | 2.1 | 1.9 | 2.0 | 1.4 | 0.7 | 0.4 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.4 | 0.5 | 0.6 | 0.7 | 32.7 |
| 8 - 13 | 1.5 | 1.4 | 1.2 | 0.9 | 0.7 | 0.7 | 0.7 | 0.6 | 0.6 | 0.6 | 0.7 | 0.7 | 1.0 | 1.2 | 1.8 | 2.7 | 3.4 | 3.8 | 3.9 | 2.5 | 1.3 | 0.9 | 0.6 | 0.4 | 0.3 | 0.2 | 0.2 | 0.1 | 0.2 | 0.2 | 0.4 | 0.4 | 0.9 | 1.0 | 1.1 | 1.4 | 40.6 |
| 13 - 19 | 0.5 | 0.5 | 0.3 | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.4 | 0.9 | 1.7 | 2.1 | 2.0 | 1.2 | 0.7 | 0.4 | 0.2 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.3 | 0.5 | 0.5 | 0.4 | 0.5 | 14.8 |
| 19 - 25 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.3 | 0.4 | 0.4 | 0.2 | 0.2 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 3.2 | 3.5 | 3.5 | 3.1 | 2.4 | 2.1 | 2.0 | 2.0 | 2.0 | 1.9 | 1.9 | 2.2 | 2.7 | 3.3 | 4.4 | 6.2 | 7.9 | 8.7 | 8.6 | 5.6 | 3.1 | 1.9 | 1.2 | 0.9 | 0.6 | 0.6 | 0.6 | 0.5 | 0.7 | 0.8 | 1.0 | 1.5 | 2.2 | 2.2 | 2.2 | 2.7 | 99.8 |
| Calm (<1.3) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0.1 |
| Ave Speed | 9.3 | 8.8 | 8.0 | 7.1 | 6.9 | 7.1 | 7.2 | 7.0 | 6.9 | 6.9 | 7.1 | 7.3 | 7.4 | 8.1 | 9.0 | 10.2 | 10.2 | 10.8 | 10.7 | 10.5 | 10.8 | 10.4 | 9.5 | 8.9 | 9.0 | 8.9 | 8.9 | 9.4 | 9.0 | 8.9 | 11.0 | 10.9 | 11.0 | 11.0 | 10.0 | 9.9 | 9.2 |

Midwestern Regional Climate Center cli-MATE: MRCC Application Tools Environment Generated at: 8/6/2018 11:24:11 AM CDT

# TYLER POUNDS FLD (TX) Wind Rose

Jan. 1, 1987 – Dec. 31, 2016
Sub–Interval: Jan. 1 – Dec. 31, 0 – 23

**Wind Speed (mph)**

- 1.3 – 4
- 4 – 8
- 8 – 13
- 13 – 19
- 19 – 25
- 25 – 32
- 32 – 39
- 39 – 47
- 47 –

Click and drag to zoom



**TYLER POUNDS FLD (TX) - Wind Frequency Table (percentage)**

Latitude : 32.3542
Longitude : -95.4022
Elevation : 544 ft.
Element : Mean Wind Speed

Start Date : Jan. 1, 1987
End Date : Dec. 31, 2016
# of Days : 10958 of 10958
# obs : poss : 191243 of 262992

Sub Interval Windows

|  | Start | End |
|---|---|---|
| Date | Jan. 1 | Dec. 31 |
| Hour | 0 | 23 |

(Greater than or equal to initial interval value and Less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.2 | 0.1 | 0.2 | 0.2 | 0.3 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 6.1 |
| 4 - 8 | 0.9 | 0.8 | 0.8 | 0.8 | 0.8 | 0.9 | 1.0 | 0.9 | 0.7 | 0.7 | 0.7 | 0.9 | 1.2 | 1.6 | 1.9 | 2.2 | 2.1 | 2.3 | 2.1 | 1.5 | 1.0 | 0.8 | 0.8 | 0.7 | 0.5 | 0.4 | 0.3 | 0.3 | 0.3 | 0.4 | 0.5 | 0.6 | 0.5 | 0.6 | 0.8 | 0.8 | 34.1 |
| 8 - 13 | 1.2 | 1.0 | 0.9 | 0.7 | 0.8 | 0.8 | 0.9 | 0.8 | 0.7 | 0.8 | 0.7 | 0.9 | 1.2 | 1.5 | 2.2 | 2.5 | 2.9 | 3.7 | 3.9 | 3.1 | 2.2 | 1.7 | 1.3 | 0.8 | 0.8 | 0.5 | 0.3 | 0.2 | 0.3 | 0.4 | 0.6 | 0.7 | 0.8 | 1.0 | 1.1 | 1.2 | 44.3 |
| 13 - 19 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.3 | 0.5 | 0.8 | 1.3 | 1.7 | 1.6 | 1.1 | 0.6 | 0.3 | 0.2 | 0.1 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 | 0.3 | 0.3 | 0.4 | 0.5 | 0.5 | 0.4 | 13.5 |
| 19 - 25 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.1 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 1.8 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 2.6 | 2.2 | 1.9 | 1.9 | 2.0 | 2.1 | 2.2 | 2.0 | 1.7 | 1.7 | 1.7 | 2.0 | 2.8 | 3.6 | 4.7 | 5.5 | 6.1 | 7.8 | 8.2 | 6.7 | 4.7 | 3.4 | 2.5 | 1.7 | 1.2 | 0.9 | 0.8 | 0.8 | 0.8 | 1.0 | 1.5 | 1.9 | 2.0 | 2.4 | 2.6 | 2.6 | 100.0 |

Calm (<1.3)    0.0

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ave Speed | 8.9 | 8.6 | 8.2 | 7.7 | 7.8 | 7.6 | 7.7 | 7.9 | 7.8 | 7.9 | 8.3 | 8.1 | 8.1 | 8.1 | 8.3 | 8.5 | 9.8 | 9.8 | 10.4 | 10.9 | 10.9 | 10.2 | 9.1 | 8.2 | 7.8 | 7.7 | 7.8 | 8.0 | 8.6 | 9.5 | 9.8 | 10.3 | 9.9 | 9.9 | 9.5 | 9.3 | 9.1 |

Midwestern Regional Climate Center cli-MATE: MRCC Application Tools Environment Generated at: 8/6/2018 11:23:08 AM CDT

# LONGVIEW E TX RGNL AP (TX) Wind Rose

Jan. 1, 1987 – Dec. 31, 2016
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

**Wind Speed (mph)**

1.3 – 4
4 – 8
8 – 13
13 – 19
19 – 25
25 – 32
32 – 39
39 – 47
47 –



Click and drag to zoom

**LONGVIEW E TX RGNL AP (TX) - Wind Frequency Table (percentage)**

Latitude : 32.3847
Longitude : -94.7114
Elevation : 365 ft.
Element : Mean Wind Speed

Start Date : Jan. 1, 1987
End Date : Dec. 31, 2016
# of Days : 10958 of 10958
# obs : poss : 169971 of 262992

Sub Interval Windows

| | Start | End |
|---|---|---|
| Date | Jan. 1 | Dec. 31 |
| Hour | 0 | 23 |

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 0.5 | 0.5 | 0.4 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.1 | 8.0 |
| 4 - 8 | 0.9 | 0.7 | 0.6 | 0.7 | 1.0 | 1.0 | 1.1 | 1.0 | 1.0 | 1.3 | 1.1 | 1.3 | 1.7 | 2.1 | 2.1 | 2.1 | 2.2 | 2.2 | 2.1 | 1.6 | 1.1 | 0.9 | 0.8 | 0.6 | 0.5 | 0.4 | 0.5 | 0.3 | 0.5 | 0.6 | 0.9 | 0.7 | 1.0 | 0.8 | 0.8 | 0.8 | 39.4 |
| 8 - 13 | 0.9 | 0.6 | 0.5 | 0.6 | 0.7 | 0.7 | 0.7 | 0.8 | 0.8 | 0.8 | 0.7 | 0.8 | 1.1 | 1.5 | 1.8 | 2.3 | 2.7 | 2.9 | 3.0 | 2.5 | 1.9 | 1.4 | 1.1 | 0.7 | 0.5 | 0.4 | 0.3 | 0.3 | 0.5 | 0.7 | 0.9 | 0.7 | 1.1 | 1.1 | 1.1 | 1.1 | 40.3 |
| 13 - 19 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.3 | 0.3 | 0.5 | 0.7 | 1.0 | 1.1 | 1.0 | 0.9 | 0.5 | 0.3 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.2 | 0.3 | 0.2 | 0.3 | 0.4 | 0.3 | 0.3 | 10.6 |
| 19 - 25 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 1.6 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 2.2 | 1.6 | 1.4 | 1.7 | 2.1 | 2.0 | 2.2 | 2.1 | 2.1 | 2.5 | 2.1 | 2.4 | 3.2 | 4.1 | 4.5 | 5.4 | 6.0 | 6.7 | 6.9 | 5.6 | 4.2 | 2.9 | 2.3 | 1.6 | 1.2 | 1.0 | 0.9 | 1.0 | 1.0 | 1.5 | 2.2 | 3.1 | 2.8 | 2.7 | 2.5 | 2.3 | 100.0 |

Calm (<1.3) : 0.0

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ave Speed | 7.9 | 7.7 | 7.6 | 7.5 | 7.5 | 7.2 | 7.0 | 7.0 | 6.8 | 6.9 | 6.9 | 7.2 | 7.2 | 7.3 | 7.7 | 8.3 | 8.8 | 9.1 | 9.6 | 10.0 | 10.2 | 9.7 | 9.2 | 8.7 | 8.1 | 8.3 | 8.1 | 8.1 | 8.2 | 8.9 | 9.0 | 9.6 | 9.9 | 9.9 | 9.3 | 8.7 | 8.5 |

Midwestern Regional Climate Center cli-MATE: MRCC Application Tools Environment Generated at: 8/6/2018 11:21:49 AM CDT



LAKE CHARLES RGNL AP (LA) Wind Rose

Jan. 1, 1987 – Dec. 31, 2016
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

Wind Speed (mph)

1.3 – 4
4 – 8
8 – 13
13 – 19
19 – 25
25 – 32
32 – 39
39 – 47
47 –

Click and drag to zoom

**LAKE CHARLES RGNL AP (LA) - Wind Frequency Table (percentage)**

Latitude : 30.1247
Longitude : -93.2283
Elevation : 9 ft.
Element : Mean Wind Speed

Start Date : Jan. 1, 1987
End Date : Dec. 31, 2016
# of Days : 10958 of 10958
# obs : poss : 201506 of 262992

Sub Interval Windows

|        | Start       | End         |
|--------|-------------|-------------|
| Date   | Jan. 0      | Dec. 31     |
| Hour   | 0           | 23          |

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 10.0 |
| 4 - 8 | 0.8 | 0.9 | 0.9 | 1.1 | 1.4 | 1.9 | 1.7 | 1.7 | 1.4 | 1.3 | 1.2 | 1.3 | 1.4 | 1.4 | 1.4 | 1.1 | 1.1 | 1.6 | 1.7 | 1.2 | 1.8 | 0.9 | 0.8 | 0.7 | 0.5 | 0.4 | 0.3 | 0.4 | 0.3 | 0.3 | 0.5 | 0.5 | 0.6 | 0.5 | 0.6 | 0.7 | 35.6 |
| 8 - 13 | 1.4 | 1.4 | 1.4 | 1.5 | 1.6 | 1.8 | 1.5 | 1.3 | 1.1 | 1.0 | 0.9 | 1.0 | 1.3 | 1.3 | 1.2 | 1.1 | 1.5 | 2.1 | 2.1 | 1.8 | 1.9 | 1.7 | 1.2 | 0.7 | 0.4 | 0.4 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.4 | 0.4 | 0.7 | 0.8 | 1.0 | 39.6 |
| 13 - 19 | 0.6 | 0.6 | 0.6 | 0.5 | 0.5 | 0.4 | 0.4 | 0.2 | 0.1 | 0.1 | 0.1 | 0.2 | 0.4 | 0.4 | 0.4 | 0.5 | 0.8 | 0.8 | 0.7 | 0.6 | 0.5 | 0.4 | 0.2 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 12.7 |
| 19 - 25 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 1.9 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 3.2 | 3.2 | 3.3 | 3.4 | 3.9 | 4.6 | 4.0 | 3.6 | 3.1 | 2.7 | 2.6 | 2.9 | 3.4 | 3.7 | 3.6 | 3.2 | 4.0 | 5.0 | 5.1 | 4.0 | 3.7 | 3.3 | 2.5 | 1.8 | 1.2 | 0.9 | 0.7 | 0.8 | 0.8 | 1.0 | 1.2 | 1.2 | 1.7 | 1.8 | 2.0 | 2.5 | 100.0 |

Calm (<1.3) : 0.0

| Ave Speed | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10.0 | 9.9 | 9.8 | 9.3 | 8.7 | 8.2 | 8.0 | 7.7 | 7.4 | 7.5 | 7.3 | 7.5 | 8.3 | 8.4 | 8.6 | 9.4 | 10.3 | 9.4 | 9.2 | 9.3 | 9.2 | 9.1 | 8.4 | 7.9 | 7.6 | 7.1 | 6.8 | 7.1 | 7.1 | 7.7 | 7.7 | 8.6 | 9.5 | 10.0 | 10.0 | 9.9 | 8.8 |



SHREVEPORT RGNL AP (LA) Wind Rose

Jan. 1, 1987 – Dec. 31, 2016
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

Wind Speed (mph)

1.3 – 4
4 – 8
8 – 13
13 – 19
19 – 25
25 – 32
32 – 39
39 – 47
47 –

Click and drag to zoom

## SHREVEPORT RGNL AP (LA) - Wind Frequency Table (percentage)

Latitude : 32.4469
Longitude : -93.8242
Elevation : 254 ft.
Element : Mean Wind Speed

Start Date : Jan. 1, 1987
End Date : Dec. 31, 2016
# of Days : 10958 of 10958
# obs : poss : 215641 of 262992

Sub Interval Windows

| | Start | End |
|---|---|---|
| Date | Jan. 1 | Dec. 31 |
| Hour | 0 | 23 |

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.3 | 0.4 | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.2 | 0.2 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 7.9 |
| 4 - 8 | 1.1 | 1.0 | 0.9 | 0.7 | 0.5 | 0.6 | 0.8 | 1.0 | 1.0 | 1.0 | 0.9 | 1.3 | 1.8 | 1.7 | 1.8 | 1.7 | 1.6 | 1.8 | 1.8 | 1.4 | 1.3 | 1.1 | 0.9 | 0.8 | 0.8 | 0.6 | 0.5 | 0.4 | 0.4 | 0.6 | 0.7 | 0.7 | 0.5 | 0.5 | 0.6 | 0.8 | 35.7 |
| 8 - 13 | 1.5 | 1.4 | 1.4 | 1.2 | 0.9 | 0.8 | 1.1 | 1.1 | 0.9 | 0.9 | 0.8 | 0.8 | 1.0 | 1.5 | 1.9 | 2.1 | 2.3 | 2.7 | 2.9 | 2.2 | 1.7 | 1.3 | 1.0 | 0.9 | 0.8 | 0.5 | 0.4 | 0.4 | 0.7 | 0.9 | 1.0 | 1.0 | 0.9 | 1.0 | 1.1 | 1.2 | 43.6 |
| 13 - 19 | 0.4 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.7 | 1.0 | 1.0 | 0.6 | 0.4 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.4 | 0.4 | 0.3 | 11.2 |
| 19 - 25 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 1.4 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 3.1 | 2.8 | 2.8 | 2.4 | 1.8 | 1.6 | 2.2 | 2.4 | 2.2 | 2.2 | 2.1 | 2.5 | 3.4 | 3.9 | 4.5 | 4.6 | 5.1 | 6.0 | 6.1 | 4.5 | 3.7 | 2.9 | 2.3 | 2.2 | 2.1 | 1.6 | 1.2 | 1.2 | 1.2 | 1.7 | 2.3 | 2.4 | 2.2 | 2.1 | 2.2 | 2.5 | 100.0 |
| Calm (<1.3) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0.0 |
| Ave Speed | 8.9 | 8.9 | 9.0 | 9.1 | 9.1 | 8.7 | 8.6 | 8.6 | 7.6 | 7.5 | 7.4 | 7.0 | 6.8 | 7.5 | 8.0 | 8.4 | 9.1 | 9.5 | 9.6 | 9.3 | 8.8 | 8.5 | 8.4 | 8.2 | 8.0 | 7.8 | 8.8 | 8.6 | 9.2 | 9.5 | 10.0 | 10.2 | 10.7 | 10.5 | 9.7 | 9.2 | 8.7 |



FT POLK AAF (LA) Wind Rose

Jan. 1, 1987 – Dec. 31, 2016
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

**Wind Speed (mph)**

- 1.3 – 4
- 4 – 8
- 8 – 13
- 13 – 19
- 19 – 25
- 25 – 32
- 32 – 39
- 39 – 47
- 47 –

Click and drag to zoom

**FT POLK AAF (LA) - Wind Frequency Table (percentage)**

Latitude : 31.0500
Longitude : -93.1833
Elevation : 330 ft.
Element : Mean Wind Speed

Start Date : Jan. 1, 1987
End Date : Dec. 31, 2016
# of Days : 10958 of 10958
# obs : poss : 131562 of 262992

Sub Interval Windows

|  | Start | End |
|---|---|---|
| Date | Jan. 0 | Dec. 31 |
| Hour | 0 | 23 |

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.7 | 0.5 | 0.7 | 0.8 | 0.7 | 0.6 | 0.7 | 0.6 | 0.5 | 0.7 | 0.5 | 0.7 | 0.7 | 0.6 | 0.8 | 1.1 | 0.9 | 0.8 | 0.8 | 0.5 | 0.5 | 0.7 | 0.5 | 0.3 | 0.3 | 0.3 | 0.2 | 0.3 | 0.2 | 0.2 | 0.3 | 0.2 | 0.3 | 0.5 | 0.7 | 0.7 | 19.9 |
| 4 - 8 | 1.1 | 1.5 | 1.5 | 1.1 | 1.2 | 1.1 | 1.1 | 0.9 | 0.9 | 1.0 | 1.0 | 1.0 | 1.2 | 1.3 | 1.6 | 1.8 | 1.9 | 1.7 | 1.7 | 1.2 | 1.0 | 0.7 | 0.5 | 0.4 | 0.5 | 0.4 | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.6 | 0.6 | 0.9 | 1.1 | 0.9 | 35.3 |
| 8 - 13 | 1.3 | 1.1 | 1.4 | 1.3 | 0.9 | 0.7 | 0.6 | 0.5 | 0.5 | 0.5 | 0.6 | 0.7 | 1.0 | 1.4 | 1.6 | 1.8 | 2.3 | 2.4 | 2.3 | 1.3 | 1.0 | 0.6 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.5 | 0.5 | 0.7 | 1.0 | 1.2 | 1.1 | 33.6 |
| 13 - 19 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.2 | 0.3 | 0.5 | 0.7 | 0.6 | 0.5 | 0.2 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.2 | 0.2 | 0.3 | 0.2 | 0.2 | 6.1 |
| 19 - 25 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 3.3 | 2.9 | 3.8 | 3.7 | 2.8 | 2.6 | 2.5 | 2.0 | 2.0 | 2.3 | 2.2 | 2.3 | 3.0 | 3.5 | 4.4 | 5.2 | 5.9 | 5.5 | 5.4 | 3.3 | 2.6 | 1.9 | 1.3 | 1.0 | 1.1 | 1.0 | 0.8 | 1.1 | 1.1 | 1.1 | 1.5 | 1.4 | 1.8 | 2.7 | 3.3 | 3.0 | 95.6 |
| Calm (<1.3) |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 4.4 |
| Ave Speed | 7.5 | 7.1 | 6.8 | 6.5 | 6.3 | 6.3 | 6.0 | 5.8 | 6.0 | 5.9 | 5.3 | 6.6 | 6.7 | 7.3 | 7.4 | 7.7 | 8.3 | 8.5 | 8.2 | 7.7 | 7.3 | 6.4 | 6.4 | 6.3 | 6.0 | 6.1 | 6.4 | 6.4 | 7.4 | 8.3 | 8.4 | 9.0 | 8.5 | 7.8 | 7.3 | 7.3 | 7.0 |

Midwestern Regional Climate Center cli-MATE: MRCC Application Tools Environment Generated at: 8/6/2018 10:53:44 AM CDT



LAFAYETTE RGNL AP (LA) Wind Rose

Jan. 1, 1987 – Dec. 31, 2016
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

**Wind Speed (mph)**

- 1.3 – 4
- 4 – 8
- 8 – 13
- 13 – 19
- 19 – 25
- 25 – 32
- 32 – 39
- 39 – 47
- 47 –

Click and drag to zoom

# LAFAYETTE RGNL AP (LA) - Wind Frequency Table (percentage)

Latitude : 30.2050
Longitude : -91.9875
Elevation : 38 ft.
Element : Mean Wind Speed

Start Date : Jan. 1, 1987
End Date : Dec. 31, 2016
# of Days : 10958 of 10958
# obs : poss : 191015 of 262992

Sub Interval Windows

|  | Start | End |
|---|---|---|
| Date | Jan. 0 | Dec. 31 |
| Hour | 0 | 23 |

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.2 | 0.2 | 0.3 | 0.4 | 0.6 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 11.1 |
| 4 - 8 | 0.9 | 1.2 | 1.4 | 1.4 | 1.7 | 1.6 | 1.6 | 1.2 | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | 1.1 | 1.1 | 1.1 | 1.4 | 1.6 | 1.4 | 1.3 | 1.3 | 1.1 | 0.9 | 0.8 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.6 | 0.6 | 0.7 | 37.1 |
| 8 - 13 | 1.5 | 2.1 | 2.3 | 1.7 | 1.4 | 1.2 | 1.0 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.8 | 0.9 | 0.9 | 0.9 | 1.2 | 2.2 | 2.1 | 2.0 | 1.4 | 1.0 | 0.9 | 0.8 | 0.7 | 0.5 | 0.5 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.7 | 0.9 | 1.0 | 38.0 |
| 13 - 19 | 0.6 | 0.9 | 0.9 | 0.6 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.6 | 1.0 | 1.1 | 0.9 | 0.5 | 0.3 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.3 | 0.4 | 0.4 | 11.8 |
| 19 - 25 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 | 0.2 | 0.2 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 1.9 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.2 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 3.4 | 4.5 | 5.1 | 4.2 | 4.0 | 3.6 | 3.3 | 2.6 | 2.3 | 2.4 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 2.5 | 3.1 | 4.2 | 5.2 | 4.6 | 3.5 | 2.8 | 2.4 | 2.0 | 1.7 | 1.4 | 1.2 | 1.2 | 1.2 | 1.2 | 1.4 | 1.4 | 1.7 | 2.0 | 2.1 | 2.4 | 100.0 |
| Calm (<1.3) |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 0.0 |
| Ave Speed | 9.9 | 10.1 | 9.8 | 8.8 | 8.7 | 7.3 | 6.9 | 6.7 | 6.6 | 6.6 | 6.6 | 6.9 | 7.3 | 7.7 | 7.7 | 8.3 | 9.9 | 9.9 | 10.2 | 9.8 | 9.0 | 8.4 | 8.4 | 8.3 | 8.0 | 7.7 | 7.6 | 7.5 | 7.4 | 7.9 | 8.2 | 8.5 | 8.9 | 9.5 | 9.8 | 9.9 | 8.5 |

Midwestern Regional Climate Center cli-MATE: MRCC Application Tools Environment Generated at: 8/7/2018 10:20:36 AM CDT



BATON ROUGE RYAN AP (LA) Wind Rose

Jan. 1, 1987 – Dec. 31, 2016
Sub-Interval: Jan. 1 – Dec. 31, 0 – 23

**Wind Speed (mph)**

1.3 – 4
4 – 8
8 – 13
13 – 19
19 – 25
25 – 32
32 – 39
39 – 47
47 –

Click and drag to zoom

**BATON ROUGE RYAN AP (LA) - Wind Frequency Table (percentage)**

Latitude : 30.5372
Longitude : -91.1469
Elevation : 64 ft.
Element : Mean Wind Speed

Sub Interval Windows
Start Date : Jan. 1, 1987
End Date : Dec. 31, 2016
# of Days : 10958 of 10958
# obs : poss : 199505 of 262992

|  | Start | End |
|---|---|---|
| Date | Jan. 1 | Dec. 31 |
| Hour | 0 | 23 |

(Greater than or equal to initial interval value and less than ending interval value.)

| Range (mph) | 0 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140 | 150 | 160 | 170 | 180 | 190 | 200 | 210 | 220 | 230 | 240 | 250 | 260 | 270 | 280 | 290 | 300 | 310 | 320 | 330 | 340 | 350 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.3 - 4 | 0.4 | 0.3 | 0.6 | 0.8 | 0.9 | 1.0 | 1.0 | 0.9 | 0.8 | 0.6 | 0.5 | 0.4 | 0.4 | 0.3 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 13.3 |
| 4 - 8 | 1.0 | 1.0 | 1.1 | 1.4 | 1.7 | 1.9 | 2.0 | 1.8 | 1.7 | 1.8 | 1.7 | 1.9 | 1.6 | 1.2 | 1.1 | 1.0 | 1.0 | 1.0 | 0.9 | 0.6 | 0.5 | 0.4 | 0.6 | 0.8 | 0.9 | 1.0 | 0.9 | 0.9 | 0.8 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 | 0.8 | 0.7 | 39.5 |
| 8 - 13 | 1.0 | 0.8 | 0.7 | 0.8 | 0.9 | 1.0 | 1.1 | 1.1 | 1.1 | 1.2 | 1.5 | 1.8 | 1.7 | 1.3 | 1.2 | 1.2 | 1.4 | 1.6 | 1.5 | 1.3 | 1.0 | 0.8 | 1.1 | 1.2 | 1.0 | 0.8 | 0.8 | 0.8 | 0.7 | 0.7 | 0.7 | 0.7 | 0.8 | 0.8 | 0.8 | 0.8 | 37.5 |
| 13 - 19 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.6 | 0.7 | 0.6 | 0.4 | 0.4 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 8.5 |
| 19 - 25 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 |
| 25 - 32 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| 32 - 39 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 39 - 47 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 47 - | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total(%) | 2.6 | 2.3 | 2.5 | 3.1 | 3.6 | 4.0 | 4.1 | 4.2 | 3.8 | 3.7 | 3.9 | 4.3 | 4.3 | 3.1 | 2.9 | 2.8 | 3.1 | 3.4 | 3.3 | 2.7 | 2.0 | 1.8 | 2.2 | 2.3 | 2.2 | 2.2 | 2.0 | 2.1 | 2.1 | 1.8 | 1.9 | 2.0 | 2.2 | 2.1 | 2.2 | 2.0 | 100.0 |
| Calm (<1.3): | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 0.0 |
| Ave Speed | 7.9 | 7.1 | 6.6 | 6.4 | 6.2 | 6.3 | 6.4 | 6.5 | 6.7 | 7.0 | 7.5 | 7.8 | 8.2 | 8.3 | 8.4 | 8.8 | 9.3 | 9.9 | 10.2 | 10.6 | 10.4 | 10.3 | 9.8 | 8.7 | 8.0 | 7.7 | 7.7 | 7.7 | 7.9 | 7.9 | 7.9 | 8.0 | 8.2 | 8.1 | 8.1 | 8.1 | 7.9 |

# HYSPLIT Models for Texas Monitors

Louisiana Department of Environmental Quality

**Hou.DeerPrk2 C35/235/1001/AFH139FP239 (DRPK)**

- EPA site number: 48-201-1039

- State: Texas

- County: Harris

- City: Deer Park

- Address: 4514 1/2 Durant St

- Site coordinates:

  ○ Latitude: 29° 40' 12.09" North (+29.670025°)

  ○ Longitude: 95° 07' 42.63" West (-95.128508°)

  ○ Elevation: 6 m (20 ft)

- 2023 Projection: 4.72 ppb



























**Denton Airport South C56/A163/X157 (DENT)**

- EPA site number: 48-121-0034

- State: Texas

- County: Denton

- City: Denton

- Address: Denton Airport South

- Site coordinates:

  ○ Latitude: 33° 13' 8.65" North (+33.219069°)

  ○ Longitude: 97° 11' 46.62" West (-97.196284°)

  ○ Elevation: 183 m (600 ft)

- 2023 Projection: 1.92 ppb



























| Site | State | County | 2009-2013 Avg DV | 2009-2013 Max DV | 2023 Avg DV | 2023 Max DV | 2014-2016 DV | In-State Contribution | Total Contribution from All Upwind States | Total US 2023 Anthropogenic Contribution | Percent of 2023 Avg DV from Upwind States | Percent of Total US Anthropogenic Ozone from Upwind States | TX | Canada+Mexico | Offshore | Fire | Initial & Boundary | Biogenic |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 220150008 | Louisiana | Bossier | 77.3 | 80 | 63.4 | 65.6 | 65 | 19.29 | 16.33 | 35.62 | 25.8% | 45.8% | 11.12 | 0.49 | 1.83 | 0.80 | 20.44 | 3.98 |
| 220170001 | Louisiana | Caddo | 74.7 | 76 | 61.0 | 62.0 | 64 | 14.31 | 17.73 | 32.04 | 29.1% | 55.3% | 11.55 | 0.60 | 1.24 | 0.91 | 21.27 | 4.72 |
| 220190002 | Louisiana | Calcasieu | 72.7 | 75 | 66.5 | 68.6 | 68 | 17.02 | 10.60 | 27.62 | 15.9% | 38.4% | 5.65 | 0.16 | 7.64 | 7.70 | 21.16 | 2.01 |
| 220190008 | Louisiana | Calcasieu | 67.7 | 69 | 61.7 | 62.8 | N/A | 19.24 | 8.27 | 27.51 | 13.4% | 30.1% | 5.08 | 0.19 | 6.12 | 6.29 | 19.66 | 1.72 |
| 220190009 | Louisiana | Calcasieu | 72.0 | 74 | 63.6 | 65.4 | 64 | 8.55 | 17.59 | 26.14 | 27.7% | 67.3% | 11.31 | 0.37 | 6.51 | 5.19 | 22.25 | 2.92 |

**Appendix C: International Air Pollution Support Documents**



## Table 8.1  Electricity generating capacity, 2000-15 (MW)

| Energy source | 2000 | 2005 | 2010 | 2015 |
|---|---|---|---|---|
| Natural gas | 4 887 | 16 147 | 19 854 | 21 107 |
| Liquid/gas | 6 984 | 10 330 | 11 787 | 12 107 |
| Liquid fuels, including refinery gas | 11 418 | 7 871 | 9 358 | 10 062 |
| Solid/liquid | 410 | 425 | 428 | 575 |
| Coal | 4 700 | 4 700 | 5 440 | 5 474 |
| Other combustible fuels | 42 | 67 | 47 | 96 |
| **Total combustible fuels** | **28 441** | **39 540** | **46 914** | **49 421** |
| Nuclear | 1 365 | 1 365 | 1 365 | 1 510 |
| Hydro | 9 653 | 10 598 | 11 597 | 12 223 |
| Wind | 17 | 18 | 519 | 3 271 |
| Geothermal | 855 | 960 | 965 | 854 |
| Solar photovoltaics (PV) | 14 | 16 | 29 | 54 |
| **Total capacity** | **40 345** | **52 497** | **61 389** | **67 333** |

Note: Some coal-fired power capacity that previously has been reported as *Solid/liquid* is here moved to the *Coal* category for consistency.

Source: IEA (2016b), *Electricity Information 2016*, www.iea.org/statistics/.



# Electricity generation and energy-related CO$_2$ emissions, 1990-2040

Source: IEA (2016c), *World Energy Outlook, Special Report on Mexico.*

Although Mexico reaches (and even surpasses) its clean energy targets in the New Policies Scenario, reaching the overall GHG mitigation goal will be a challenging endeavour. The lower bound of the pledged target requires GHG emissions in total to be reduced to around 760 Mt in 2030. In the New Policies Scenario, energy-related GHG emissions fall modestly to around 460 Mt in 2030, meaning that emissions from other sectors (such as agriculture or waste) would need to roughly stabilise at the present level if the lower end of the GHG target is to be achieved. The higher end of the pledge would require GHG emissions to drop to around 620 Mt in 2030, an emissions budget that, without additional measures, would already be largely absorbed by the energy sector.

Source: IEA (2016c), *World Energy Outlook, Special Report on Mexico.*