No. 23-60069

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C; LOUISIANA CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

On Petitions for Review of a Final Action
of the United States Environmental Protection Agency

## RULE 30.2(a) APPENDIX – VOLUME SIX OF SEVEN (C.I. NO. R6-6 (PT. 1))

*(Counsel Listed on Inside Cover)*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

LANORA C. PETTIT
Principal Deputy Solicitor General

BILL DAVIS
Deputy Solicitor General
Bill.Davis@oag.texas.gov

MICHAEL R. ABRAMS
WILLIAM F. COLE
Assistant Solicitors General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for the State of Texas, Texas
Commission on Environmental
Quality, Public Utility Commission of
Texas, and Railroad Commission of
Texas

No. 23-60069

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C; LOUISIANA CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

On Petitions for Review of a Final Action of the United States Environmental Protection Agency

## INDEX TO RULE 30.2(a) APPENDIX (VOLUME SIX OF SEVEN) *

---

* Consistent with how record material was cited in the briefs, appendix tab numbers correspond to the final four digits (minus leading zeros) of "Document ID" numbers on the certified index of record contents.

32.     Texas Commission on Environmental Quality, Federal Clean Air
        Act Sections 110(a)(1) and (2) Transport State Implementation Plan
        Revision for the 2015 Ozone National Ambient Air Quality
        Standards (Aug. 8, 2018) (EPA-R06-OAR-2021-0801-0006)........... Tab R6-6

*(See subsequent volumes for additional appendix documents)*

**TAB R6-6 (PT. 1): TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, FEDERAL CLEAN AIR ACT SECTIONS 110(A)(1) AND (2) TRANSPORT STATE IMPLEMENTATION PLAN REVISION FOR THE 2015 OZONE NATIONAL AMBIENT AIR QUALITY STANDARDS (AUG. 8, 2018) (EPA-R06-OAR-2021-0801-0006)**

Bryan W. Shaw, Ph.D., P.E., *Chairman*
Toby Baker, *Commissioner*
Jon Niermann, *Commissioner*
Stephanie Bergeron Perdue, *Interim Executive Director*





## TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

*Protecting Texas by Reducing and Preventing Pollution*

August 17, 2018

**Docket No. 2017-1762-SIP**
**Project No. 2017-039-SIP-NR**

Ms. Anne Idsal
Regional Administrator
U.S. Environmental Protection Agency - Region 6
1445 Ross Avenue
Dallas, Texas 75202-2733

Dear Ms. Idsal:

On August 8, 2018, the Texas Commission on Environmental Quality (Commission) adopted revisions to the State Implementation Plan (SIP) to meet Federal Clean Air Act (FCAA), Section 110(a)(2)(D) transport requirements for the 2015 ozone National Ambient Air Quality Standards (NAAQS).

The Commission adopted the 2015 Ozone NAAQS Transport SIP Revision. The SIP revision outlines the requirements of FCAA, Section 110(a)(2)(D)(i) and (ii) and the Texas provisions supporting the requirements for the 2015 ozone NAAQS. The revision also includes a technical demonstration to support the determination that Texas meets the interstate transport requirements of Section 110(a)(2)(D)(i)(I). The infrastructure requirements of FCAA, Section 110(a)(2)(A) through (C) and (E) through (M) are addressed in a separate SIP revision (Non-Rule Project No. 2017-040-SIP-NR).

Enclosed are the proposed revisions to the SIP, a public hearing certification, a complete record of the public hearing, and the accompanying order. I look forward to your expeditious approval of these SIP revisions.

Sincerely,

Bryan W. Shaw, Ph.D., P.E.
Chairman

BWS/alb

Enclosures

cc:    The Honorable Greg Abbott, Governor of Texas
       Mr. Steven Schar, Office of Budget and Policy, Office of the Governor
       Ms. Stephanie Bergeron Perdue, Interim Executive Director, Texas Commission
       on Environmental Quality

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY



**Docket No. 2017-1762-SIP**
**Project No. 2017-039-SIP-NR**

THE STATE OF TEXAS

COUNTY OF TRAVIS

This is to certify that the attached electronic file is included and that the electronic file is a true and correct copy of documents for a revision to the Texas State Implementation Plan, adopted on August 8, 2018, pursuant to 40 Code of Federal Regulations § 51.104. I am the records administrator for the Air Quality Division of the Texas Commission on Environmental Quality (Commission).

for Donna F. Huff, Director
Air Quality Division
Texas Commission on Environmental Quality

Texas Commission on Environmental Quality
Public Hearing
April 10, 2018

Concerning Revisions to 2015 Ozone NAAQS
Transport SIP Revision

Project No. 2017-039-SIP-NR

## INTRODUCTION

The Texas Commission on Environmental Quality (TCEQ or commission) held a public hearing in Austin on April 10, 2018 to receive testimony regarding revisions to the state implementation plan (SIP) under the requirements of Texas Health and Safety Code, §382.017; Texas Government Code, Chapter 2001, Subchapter B; and 40 Code of Federal Regulations §51.102 of the United States Environmental Protection Agency concerning SIPs.

The 2015 Ozone National Ambient Air Quality Standards (NAAQS) revision outlines the requirements of Federal Clean Air Act, Section 110(a)(2)(D)(i) and (ii) and the Texas provisions supporting the requirements for the 2015 ozone NAAQS. This revision includes a technical demonstration supporting the determination that Texas meets the interstate transport requirements of Section 110(a)(2)(D)(i)(I).

The comment period closed on April 10, 2018. All testimony and comments have been reviewed and seriously considered. This hearing record contains a complete record of the public hearing and is divided into the following four sections:

o   Public Notification and Proposal
o   Written and Oral Testimony
o   Evaluation of Testimony
o   Staff Recommendations/Order

Additional copies of this hearing record are maintained in the TCEQ central office at 12100 Park 35 Circle, Austin, Texas 78753. For further information, please contact Kristin Jacobsen at (512) 239-4907.

# NOTICE & PROPOSAL

PUBLIC NOTIFICATION

Notification to the public of the proposed revisions was conducted by the following procedures:

1. Publication of notice of public hearing in the following newspapers on the date listed:

   *Austin American-Statesman*: March 9, 2018
   *Dallas Morning News:* March 10, 2018
   *Houston Chronicle:* March 9, 2018

2. Publication of the Notice of Public Hearing in the March 23, 2018, issue of the *Texas Register* (43 TexReg 1907).

4. Correspondence forwarding the notice of public hearings to the following officials and agencies:

   Speaker of the House

   Lieutenant Governor

   Alamo Area Council of Governments

   Capital Area Planning Council

   City of Austin, Mayor's Office

   City of Dallas, Office of Environmental Quality

   City of Dallas, Department of Aviation

   City of El Paso, Environmental Services, Compliance Unit

   City of Fort Worth, Code Compliance Environmental Section

   City of Houston, Department of Health and Human Services

   East Texas Council of Governments

   El Paso Metropolitan Planning Organization

   Federal Highway Administration

Galveston County Health District

Harris County Pollution Control Services Department

Houston-Galveston Area Council

North Central Texas Council of Governments

South East Texas Regional Planning Commission

Texas Department of Transportation

Travis County Judge

Victoria Metropolitan Planning Organization

Arkansas Department of Environmental Quality

Central States Air Resource Agencies Association

Louisiana Department of Environmental Quality

New Mexico Environmental Department

Oklahoma Department of Environmental Quality

United States Environmental Protection Agency

## Example of Newspaper Classified Ad

*Dallas Morning News*, March 10, 2018

**Legal Notices**

NOTICE OF PUBLIC
HEARING REGARDING
INFRASTRUCTURE
AND TRANSPORT
STATE
IMPLEMENTATION
PLAN REVISION FOR
THE 2015 OZONE
NATIONAL AMBIENT
AIR QUALITY
STANDARDS

The Texas Commission
on Environmental Quality
(commission) will
conduct a public hearing
to receive testimony
regarding proposed
revisions to the state
implementation plan
(SIP) under the
requirements of Texas
Health and Safety Code,
§382.017; Texas
Government Code,
Chapter 2001, Subchapter
B; and 40 Code of
Federal Regulations
§51.102 of the United
States Environmental
Protection Agency (EPA)
concerning SIPs.

The proposed 2015 Ozone
National Ambient Air
Quality Standards
(NAAQS) Infrastructure
SIP revision would
outline the requirements
of Federal Clean Air Act
(FCAA), Section
110(a)(2)(A) through (C)
and (E) through (M), and
the Texas provisions
supporting the
requirements for the 2015
ozone NAAQS. These
requirements include
basic program elements
such as: enforceable
emission limitations and
control measures; air
quality monitoring and
modeling; a permitting
program; adequate
funding and personnel;
authority under state law
to carry out the plan;
emissions reporting;
emergency powers;
public participation; and
fee collection. (Non-Rule
Project No. 2017-040-SIP-
NR).

The proposed 2015 Ozone
NAAQS-Transport SIP
revision would outline the
requirements of FCAA,
Section 110(a)(2)(D)(i)(I)
and (ii) and the Texas
provisions supporting the
requirements for the 2015
ozone NAAQS. This
proposed revision would
also include a technical
demonstration to support
the determination that
Texas meets the
interstate transport
requirements of Section
110(a)(2)(D)(i)(I). (Non-
Rule Project No. 2017-039-
SIP-NR).

The commission will hold
a public hearing on these
proposals in Austin on
April 10, 2018, at 2:00
p.m. in Building E, Room
201S at the commission's
central office located at
12100 Park 35 Circle. The
hearing is structured for
the receipt of oral or
written comments by
interested persons.
Individuals may present
oral statements when
called upon in order of
registration. Open
discussion will not be
permitted during the
hearing; however,
commission staff
members will be
available to discuss the
proposal 30 minutes prior
to the hearing.

Persons who have special
communication or other
accommodation needs
who are planning to
attend the hearing should
contact Joyce Spencer-
Nelson, Air Quality
Division at (512) 239-5017
or 1-800-RELAY-TX
(TDD). Requests should
be made as far in
advance as possible.

Electronic comments
may be submitted at:
http://www1.tceq.texas.
gov/rules/ecomments/.
File size restrictions may
apply to comments being
submitted via the
eComments system. All
comments regarding the
2015 Ozone NAAQS
Infrastructure SIP
revision should reference
Project No. 2017-040-SIP-
NR. All comments
regarding the 2015 Ozone
NAAQS Transport SIP
revision should reference
Project No. 2017-039-SIP-
NR. For further
information regarding
these SIP revisions,
please contact Kristin
Patton, Air Quality
Division, (512) 239-4907.
The comment period
closes April 10, 2018.
Copies of the proposed
SIP revisions can be
obtained from the
commission's website at
https://www.tceq.texas.
gov/airquality/sip/criteria-
pollutants/sip-ozone.

the preliminary hearing, an evidentiary hearing will not be held on the date of this preliminary hearing. Upon failure of **Michael Rodriguez dba Oak Acres Mobile Home Park** to appear at the preliminary hearing or evidentiary hearing, the factual allegations in the notice will be deemed admitted as true, and the relief sought in the notice of hearing may be granted by default. The specific allegations included in the notice are those set forth in the Executive Director's Preliminary Report and Petition, attached hereto and incorporated herein for all purposes.

Michael Rodriguez dba Oak Acres Mobile Home Park, the Executive Director of the Commission, and the Commission's Public Interest Counsel are the only designated parties to this proceeding.

Legal Authority: Tex. Health & Safety Code ch. 341 and 30 Tex. Admin. Code chs. 70 and 290; Tex. Water Code §7.058, and the Rules of Procedure of the Texas Commission on Environmental Quality and the State Office of Administrative Hearings, including 30 Tex. Admin. Code §§70.108 and 70.109 and ch. 80, and 1 Tex. Admin. Code ch. 155.

Further information regarding this hearing may be obtained by contacting Elizabeth Harkrider, Staff Attorney, Texas Commission on Environmental Quality, Litigation Division, Mail Code 175, P.O. Box 13087, Austin, Texas 78711-3087, telephone (512) 239-3400. Information concerning your participation in this hearing may be obtained by contacting Vic McWherter, Public Interest Counsel, Mail Code 103, at the same P.O. Box address given above, or by telephone at (512) 239-6363.

Any document filed prior to the hearing must be filed with TCEQ's Office of the Chief Clerk and SOAH. Documents filed with the Office of the Chief Clerk may be filed electronically at *http://www.tceq.texas.gov/goto/eFilings* or sent to the following address: TCEQ Office of the Chief Clerk, Mail Code 105, P.O. Box 13087, Austin, Texas 78711-3087. Documents filed with SOAH may be filed via fax at (512) 322-2061 or sent to the following address: SOAH, 300 West 15th Street, Suite 504, Austin, Texas 78701. When contacting the Commission or SOAH regarding this matter, reference the SOAH docket number given at the top of this notice.

In accordance with 1 Tex. Admin. Code §155.401(a), Notice of Hearing, "Parties that are not represented by an attorney may obtain information regarding contested case hearings on the public website of the State Office of Administrative Hearings at *www.soah.texas.gov,* or in printed format upon request to SOAH."

Persons who need special accommodations at the hearing should call the SOAH Docketing Department at (512) 475-3445, at least one week before the hearing.

Issued: March 12, 2018

TRD-201801118
Bridget C. Bohac
Chief Clerk
Texas Commission on Environmental Quality
Filed: March 14, 2018

◆          ◆          ◆

**Notice of Public Hearing Regarding Infrastructure and Transport State Implementation Plan Revision for the 2015 Ozone National Ambient Air Quality Standards**

The Texas Commission on Environmental Quality (commission) will conduct a public hearing to receive testimony regarding proposed revisions to the state implementation plan (SIP) under the requirements of Texas Health and Safety Code, §382.017; Texas Government Code,

Chapter 2001, Subchapter B; and 40 Code of Federal Regulations §51.102 of the United States Environmental Protection Agency (EPA) concerning SIPs.

The proposed 2015 Ozone National Ambient Air Quality Standards (NAAQS) Infrastructure SIP revision would outline the requirements of Federal Clean Air Act (FCAA), Section 110(a)(2)(A) through (C) and (E) through (M), and the Texas provisions supporting the requirements for the 2015 ozone NAAQS. These requirements include basic program elements such as: enforceable emission limitations and control measures; air quality monitoring and modeling; a permitting program; adequate funding and personnel; authority under state law to carry out the plan; emissions reporting; emergency powers; public participation; and fee collection. **(Non-Rule Project No. 2017-040-SIP-NR).**

The proposed 2015 Ozone NAAQS Transport SIP revision would outline the requirements of FCAA, Section 110(a)(2)(D)(i) and (ii) and the Texas provisions supporting the requirements for the 2015 ozone NAAQS. This proposed revision would also include a technical demonstration to support the determination that Texas meets the interstate transport requirements of Section 110(a)(2)(D)(i)(I). **(Non-Rule Project No. 2017-039-SIP-NR).**

The commission will hold a public hearing on these proposals in Austin on April 10, 2018, at 2:00 p.m. in Building E, Room 201S at the commission's central office located at 12100 Park 35 Circle. The hearing is structured for the receipt of oral or written comments by interested persons. Individuals may present oral statements when called upon in order of registration. Open discussion will not be permitted during the hearing; however, commission staff members will be available to discuss the proposal 30 minutes prior to the hearing.

Persons who have special communication or other accommodation needs who are planning to attend the hearing should contact Joyce Spencer-Nelson, Air Quality Division at (512) 239-5017 or (800) RELAY-TX (TDD). Requests should be made as far in advance as possible.

Electronic comments may be submitted at: *http://www1.tceq.texas.gov/rules/ecomments/.* File size restrictions may apply to comments being submitted via the *eComments* system. All comments regarding the 2015 Ozone NAAQS Infrastructure SIP revision should reference **Project No. 2017-040-SIP-NR**. All comments regarding the 2015 Ozone NAAQS Transport SIP revision should reference **Project No. 2017-039-SIP-NR**. For further information regarding these SIP revisions, please contact Kristin Patton, Air Quality Division, (512) 239-4907. The comment period closes April 10, 2018. Copies of the proposed SIP revisions can be obtained from the commission's website at *https://www.tceq.texas.gov/airquality/sip/criteria-pollutants/sip-ozone.*

TRD-201801037
Robert Martinez
Director, Environmental Law Division
Texas Commission on Environmental Quality
Filed: March 9, 2018

◆          ◆          ◆

**Notice of Public Meeting**

Air Quality Standard Permit for Concrete Batch Plants Proposed Registration No. 149713

Application. Soto Ready Mix, Inc., has applied to the Texas Commission on Environmental Quality (TCEQ) for an Air Quality Standard Permit, Registration No. 149713, which would authorize construction of a permanent concrete batch plant located at 3411 De Soto Street,

Bryan W. Shaw, Ph.D., P.E., *Chairman*
Toby Baker, *Commissioner*
Jon Niermann, *Commissioner*
Richard A. Hyde, P.E., *Executive Director*



# TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

*Protecting Texas by Reducing and Preventing Pollution*

NOTICE OF PUBLIC HEARING REGARDING INFRASTRUCTURE AND TRANSPORT
STATE IMPLEMENTATION PLAN REVISION FOR THE 2015 OZONE NATIONAL
AMBIENT AIR QUALITY STANDARDS

The Texas Commission on Environmental Quality (commission) will conduct a public
hearing to receive testimony regarding proposed revisions to the state implementation
plan (SIP) under the requirements of Texas Health and Safety Code, §382.017; Texas
Government Code, Chapter 2001, Subchapter B; and 40 Code of Federal Regulations
§51.102 of the United States Environmental Protection Agency (EPA) concerning SIPs.

The proposed 2015 Ozone National Ambient Air Quality Standards (NAAQS)
Infrastructure SIP revision would outline the requirements of Federal Clean Air Act
(FCAA), Section 110(a)(2)(A) through (C) and (E) through (M), and the Texas provisions
supporting the requirements for the 2015 ozone NAAQS. These requirements include
basic program elements such as: enforceable emission limitations and control
measures; air quality monitoring and modeling; a permitting program; adequate
funding and personnel; authority under state law to carry out the plan; emissions
reporting; emergency powers; public participation; and fee collection. **(Non-Rule
Project No. 2017-040-SIP-NR).**

The proposed 2015 Ozone NAAQS Transport SIP revision would outline the
requirements of FCAA, Section 110(a)(2)(D)(i) and (ii) and the Texas provisions
supporting the requirements for the 2015 ozone NAAQS. This proposed revision
would also include a technical demonstration to support the determination that Texas
meets the interstate transport requirements of Section 110(a)(2)(D)(i)(I). **(Non-Rule
Project No. 2017-039-SIP-NR).**

The commission will hold a public hearing on these proposals in Austin on April 10,
2018, at 2:00 p.m. in Building E, Room 201S at the commission's central office located
at 12100 Park 35 Circle. The hearing is structured for the receipt of oral or written
comments by interested persons. Individuals may present oral statements when called
upon in order of registration. Open discussion will not be permitted during the
hearing; however, commission staff members will be available to discuss the proposal
30 minutes prior to the hearing.

Persons who have special communication or other accommodation needs who are
planning to attend the hearing should contact Joyce Spencer-Nelson, Air Quality
Division at (512) 239-5017 or 1-800-RELAY-TX (TDD). Requests should be made as far
in advance as possible.

Electronic comments may be submitted at:
*http://www1.tceq.texas.gov/rules/ecomments/.* File size restrictions may apply to
comments being submitted via the *eComments* system. All comments regarding the

2015 Ozone NAAQS Infrastructure SIP revision should reference **Project No. 2017-040-SIP-NR.** All comments regarding the 2015 Ozone NAAQS Transport SIP revision should reference **Project No. 2017-039-SIP-NR.** For further information regarding these SIP revisions, please contact Kristin Patton, Air Quality Division, (512) 239-4907. The comment period closes April 10, 2018. Copies of the proposed SIP revisions can be obtained from the commission's website at
*https://www.tceq.texas.gov/airquality/sip/criteria-pollutants/sip-ozone.*

REVISIONS TO THE STATE OF TEXAS AIR QUALITY
IMPLEMENTATION PLAN CONCERNING FEDERAL CLEAN AIR
ACT SECTIONS 110(a)(1) AND (2) INFRASTRUCTURE

TRANSPORT DEMONSTRATION FOR OZONE



TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
P.O. BOX 13087
AUSTIN, TEXAS 78711-3087

**FEDERAL CLEAN AIR ACT, SECTIONS 110(A)(1) AND (2)
TRANSPORT STATE IMPLEMENTATION PLAN REVISION FOR
THE 2015 OZONE NATIONAL AMBIENT AIR QUALITY
STANDARDS**

PROJECT NUMBER 2017-039-SIP-NR

Proposal
March 7, 2018

*This page intentionally left blank*

**EXECUTIVE SUMMARY**

This proposed revision to the state implementation plan (SIP) is intended to meet the infrastructure and transport requirements of the Federal Clean Air Act (FCAA), §110(a). States are required by FCAA, §110(a)(1) to submit SIP revisions providing for the implementation, maintenance, and enforcement of a new or revised National Ambient Air Quality Standard (NAAQS) within three years after promulgation. On October 1, 2015, the United States Environmental Protection Agency (EPA) revised the primary and secondary NAAQS for ozone to an eight-hour standard of 0.070 parts per million. Infrastructure and transport SIP revisions to address the 2015 Ozone NAAQS are due to the EPA by October 1, 2018.

FCAA, §110(a)(2)(A) through (M), lists the elements that infrastructure and transport SIP submissions must contain. This proposed SIP revision specifically addresses transport requirements under FCAA, §110(a)(2)(D) for the 2015 ozone NAAQS. The remaining infrastructure requirements of FCAA, §110(a)(2)(A) through (M) are addressed in a separate SIP revision (Project No. 2017-040-SIP-NR). This proposed SIP revision documents how the transport elements listed in FCAA, §110(a)(2)(D) are currently addressed in the Texas SIP and provides a detailed technical demonstration and other supporting information to meet the interstate transport requirements of FCAA, §110(a)(2)(D)(i) and (ii).

Pursuant to FCAA, §110(a)(2)(D)(i), this proposed SIP revision must contain several elements that provide supporting information demonstrating that Texas is:

- not contributing significantly to nonattainment of the 2015 ozone NAAQS for areas in other states;

- not interfering with the maintenance of the 2015 ozone NAAQS in any other state;

- not interfering with measures required to meet an implementation plan for any other state related to prevention of significant deterioration (PSD); and

- not interfering with measures required to meet the implementation plan for any other state related to regional haze and visibility.

In addition, pursuant to FCAA, §110(a)(2)(D)(ii), this proposed SIP revision must provide information demonstrating compliance with the applicable requirements of FCAA, §126 and §115 relating to interstate and international pollution abatement.

To meet the requirements of FCAA, §110(a)(2)(D)(i)(I), this proposed SIP revision includes an analysis of ozone design value and emissions trends in Texas, a modeling analysis of the impacts of Texas' emissions on other states, and a discussion of existing ozone control strategies to demonstrate that emissions from Texas do not contribute significantly to nonattainment or interfere with maintenance of the 2015 ozone NAAQS in another state. Information regarding how Texas meets the requirements of FCAA, §110(a)(2)(D)(i)(II) is provided in Chapter 4: *Prevention of Significant Deterioration and Visibility Transport [FCAA, §110(a)(2)(D)(i)(II)]*. Statements

regarding compliance with FCAA, §110(a)(2)(D)(ii) are provided in Chapter 5: *Interstate Pollution Abatement and International Air Pollution [FCAA, §110(a)(2)(D)(ii)].*

## SECTION V-A: LEGAL AUTHORITY

General
The Texas Commission on Environmental Quality (TCEQ) has the legal authority to implement, maintain, and enforce the National Ambient Air Quality Standards (NAAQS) and to control the quality of the state's air, including maintaining adequate visibility.

The first air pollution control act, known as the Clean Air Act of Texas, was passed by the Texas Legislature in 1965. In 1967, the Clean Air Act of Texas was superseded by a more comprehensive statute, the Texas Clean Air Act (TCAA), found in Article 4477-5, Vernon's Texas Civil Statutes. The legislature amended the TCAA in 1969, 1971, 1973, 1979, 1985, 1987, 1989, 1991, 1993, 1995, 1997, 1999, 2001, 2003, 2005, 2007, 2009, 2011, 2013, 2015, and 2017. In 1989, the TCAA was codified as Chapter 382 of the Texas Health and Safety Code.

Originally, the TCAA stated that the Texas Air Control Board (TACB) is the state air pollution control agency and is the principal authority in the state on matters relating to the quality of air resources. In 1991, the legislature abolished the TACB effective September 1, 1993, and its powers, duties, responsibilities, and functions were transferred to the Texas Natural Resource Conservation Commission (TNRCC). With the creation of the TNRCC, the authority over air quality is found in both the Texas Water Code and the TCAA. Specifically, the authority of the TNRCC is found in Chapters 5 and 7. Chapter 5, Subchapters A - F, H - J, and L, include the general provisions, organization, and general powers and duties of the TNRCC, and the responsibilities and authority of the executive director. Chapter 5 also authorizes the TNRCC to implement action when emergency conditions arise and to conduct hearings. Chapter 7 gives the TNRCC enforcement authority. In 2001, the 77th Texas Legislature continued the existence of the TNRCC until September 1, 2013, and changed the name of the TNRCC to the TCEQ. In 2009, the 81st Texas Legislature, during a special session, amended section 5.014 of the Texas Water Code, changing the expiration date of the TCEQ to September 1, 2011, unless continued in existence by the Texas Sunset Act. In 2011, the 82nd Texas Legislature continued the existence of the TCEQ until 2023.

The TCAA specifically authorizes the TCEQ to establish the level of quality to be maintained in the state's air and to control the quality of the state's air by preparing and developing a general, comprehensive plan. The TCAA, Subchapters A - D, also authorize the TCEQ to collect information to enable the commission to develop an inventory of emissions; to conduct research and investigations; to enter property and examine records; to prescribe monitoring requirements; to institute enforcement proceedings; to enter into contracts and execute instruments; to formulate rules; to issue orders taking into consideration factors bearing upon health, welfare, social and economic factors, and practicability and reasonableness; to conduct hearings; to establish air quality control regions; to encourage cooperation with citizens' groups and other agencies and political subdivisions of the state as well as with industries and the federal government; and to establish and operate a system of permits for construction or modification of facilities.

Local government authority is found in Subchapter E of the TCAA. Local governments have the same power as the TCEQ to enter property and make inspections. They also

may make recommendations to the commission concerning any action of the TCEQ that affects their territorial jurisdiction, may bring enforcement actions, and may execute cooperative agreements with the TCEQ or other local governments. In addition, a city or town may enact and enforce ordinances for the control and abatement of air pollution not inconsistent with the provisions of the TCAA and the rules or orders of the commission.

Subchapters G and H of the TCAA authorize the TCEQ to establish vehicle inspection and maintenance programs in certain areas of the state, consistent with the requirements of the Federal Clean Air Act; coordinate with federal, state, and local transportation planning agencies to develop and implement transportation programs and measures necessary to attain and maintain the NAAQS; establish gasoline volatility and low emission diesel standards; and fund and authorize participating counties to implement vehicle repair assistance, retrofit, and accelerated vehicle retirement programs.

<u>Applicable Law</u>
The following statutes and rules provide necessary authority to adopt and implement the state implementation plan (SIP). The rules listed below have previously been submitted as part of the SIP.

<u>Statutes</u>
All sections of each subchapter are included, unless otherwise noted.
> TEXAS HEALTH & SAFETY CODE, Chapter 382      September 1, 2017
> TEXAS WATER CODE      September 1, 2017

Chapter 5: Texas Natural Resource Conservation Commission
> Subchapter A: General Provisions
> Subchapter B: Organization of the Texas Natural Resource Conservation
>        Commission
> Subchapter C: Texas Natural Resource Conservation Commission
> Subchapter D: General Powers and Duties of the Commission
> Subchapter E: Administrative Provisions for Commission
> Subchapter F: Executive Director (except §§5.225, 5.226, 5.227, 5.2275, 5.231, 5.232,
>        and 5.236)
> Subchapter H: Delegation of Hearings
> Subchapter I: Judicial Review
> Subchapter J: Consolidated Permit Processing
> Subchapter L: Emergency and Temporary Orders (§§5.514, 5.5145, and 5.515 only)
> Subchapter M: Environmental Permitting Procedures (§5.558 only)

Chapter 7: Enforcement
> Subchapter A: General Provisions (§§7.001, 7.002, 7.0025, 7.004, and 7.005 only)
> Subchapter B: Corrective Action and Injunctive Relief (§7.032 only)
> Subchapter C: Administrative Penalties
> Subchapter D: Civil Penalties (except §7.109)
> Subchapter E: Criminal Offenses and Penalties: §§7.177, 7.179-7.183

Rules

All of the following rules are found in 30 Texas Administrative Code, as of the following latest effective dates:

Chapter 7: Memoranda of Understanding, §§7.110 and 7.119

December 13, 1996 and May 2, 2002

Chapter 19: Electronic Reporting                                    March 15, 2007

Chapter 35: Subchapters A-C, K: Emergency and Temporary Orders
and Permits; Temporary Suspension or Amendment of Permit
Conditions                                                                      July 20, 2006

Chapter 39: Public Notice, §§39.201; 39.401; 39.403(a) and (b)(8)-(10);
39.405(f)(1) and (g); 39.409; 39.411 (a), (b)(1)-(6), and (8)-(10) and (c)(1)-
(6) and (d); 39.413(9), (11), (12), and (14); 39.418(a) and (b)(3) and (4);
39.419(a), (b), (d), and (e); 39.420(a), (b) and (c)(3) and (4); 39.423 (a)
and (b); 39.601-39.605                                               December 29, 2016

Chapter 55: Requests for Reconsideration and Contested Case
Hearings; Public Comment, §§55.1; 55.21(a) - (d), (e)(2), (3), and (12), (f)
and (g); 55.101(a), (b), and (c)(6) - (8); 55.103; 55.150; 55.152(a)(1), (2),
and (6) and (b); 55.154; 55.156; 55.200; 55.201(a) - (h); 55.203; 55.205;
55.209, and 55.211                                                   December 31, 2015

Chapter 101: General Air Quality Rules                          October 12, 2017

Chapter 106: Permits by Rule, Subchapter A                     April 17, 2014

Chapter 111: Control of Air Pollution from Visible Emissions and
Particulate Matter                                                       August 3, 2017

Chapter 112: Control of Air Pollution from Sulfur Compounds    July 16, 1997

Chapter 113: Standards of Performance for Hazardous Air Pollutants
and for Designated Facilities and Pollutants                      May 14, 2009

Chapter 114: Control of Air Pollution from Motor Vehicles    December 29, 2016

Chapter 115: Control of Air Pollution from Volatile Organic
Compounds                                                                June 25, 2015

Chapter 116: Permits for New Construction or Modification   November 24, 2016

Chapter 117: Control of Air Pollution from Nitrogen Compounds   June 25, 2015

Chapter 118: Control of Air Pollution Episodes                   March 5, 2000

Chapter 122: §122.122: Potential to Emit                       February 23, 2017

iii

Chapter 122: §122.215: Minor Permit Revisions                    June 3, 2001

Chapter 122: §122.216: Applications for Minor Permit Revisions    June 3, 2001

Chapter 122: §122.217: Procedures for Minor Permit Revisions    December 11, 2002

Chapter 122: §122.218: Minor Permit Revision Procedures for Permit
Revisions Involving the Use of Economic Incentives, Marketable
Permits, and Emissions Trading                                   June 3, 2001

## SECTION VI: CONTROL STRATEGY

A.  Introduction (No change)
B.  Ozone (No change)
C.  Particulate Matter (No change)
D.  Carbon Monoxide (No change)
E.  Lead (No change)
F.  Oxides of Nitrogen (No change)
G.  Sulfur Dioxide (No change)
H.  Conformity with the National Ambient Air Quality Standards (No change)
I.  Site Specific (No change)
J.  Mobile Sources Strategies (No change)
K.  Clean Air Interstate Rule (No change)
L.  Transport (Revised)
M.  Regional Haze (No change)

## TABLE OF CONTENTS

Executive Summary

Section V-A: Legal Authority

Section VI: Control Strategy

Table of Contents

List of Acronyms

List of Tables

List of Figures

List of Appendices

Chapter 1: General

    1.1 Background

    1.2 Introduction

    1.3 Health Effects

    1.4 Public Hearing and Comment Information

    1.5 Social and Economic Considerations

    1.6 Fiscal and Manpower Resources

Chapter 2: Ozone Data

    2.1 Introduction

    2.2 Ozone Design Value Trends in Texas

    2.3 Ozone Emissions Trends in Texas

        2.3.1 General

        2.3.2 Historical Emissions Inventory Trends

    2.4 Ozone Data Summary

Chapter 3: Significant Contribution to Nonattainment and Interference With Maintenance [FCAA, §110(a)(2)(D)(i)(I)]

    3.1 Introduction

    3.2 Step 1: Identification of Projected Nonattainment and Maintenance Monitors

        3.2.1 Modeling Domain

        3.2.2 Modeling Episode

            3.2.2.1 Meteorology of 2012

            3.2.2.2 Ozone Production in 2012

        3.2.3 Base Case Modeling

3.2.3.1 Meteorological Modeling

3.2.3.2 Emissions Modeling

3.2.3.3 Initial and Boundary Conditions

3.2.3.4 Photochemical Modeling

3.2.4 Future Year Modeling

3.2.4.1 Emissions Modeling

3.2.4.2 Initial and Boundary Conditions

3.2.4.3 Photochemical Modeling

3.3 Step 2: Source Apportionment and Identification of Downwind Monitors Tagged For Further Review

3.3.1 Identification of Nonattainment Monitors for Further Review

3.3.2 Identification of Maintenance Monitors for Further Review

3.4 Step 3: Analysis to Determine if Texas Emissions Contribute Significantly to Nonattainment or Interfere with Maintenance at Tagged Monitors

3.4.1 Colorado Monitors

3.4.1.1 Eight-Hour Ozone Design Value Trends

3.4.1.2 Monitored Elevated Ozone Days

3.4.1.3 Back Trajectory Analysis on Elevated Ozone Days

3.4.1.4 Texas Contributions on Projected Future Year Elevated Ozone Days

3.4.1.5 Collective Interstate Contribution to the Future Design Value

3.4.1.6 Direct Decoupled Method and Analysis of MDA8 Ozone Responsiveness to Texas Emissions

3.4.2 Arizona Monitor(s)

3.4.3 California Monitors

3.4.3.1 Conceptual Model of Eight-Hour Ozone Formation at Tagged California Monitors

3.4.3.2 Eight-Hour Ozone Design Value Trends

3.4.3.3 Monitored Elevated Ozone Days

3.4.3.4 Back Trajectory Analysis on Elevated Ozone Days

3.4.3.5 Texas Contributions on Projected Future Year Elevated Ozone Days

3.4.3.6 Collective Interstate Contribution to the Future Design Value

3.5 Conclusion

3.6 References

Chapter 4: Control Strategies

4.1 Introduction

4.2 Emissions Reductions from Electric Generating Units (EGU)

4.2.1 Utility Electric Generation in Ozone Nonattainment Areas

4.2.2 Utility Electric Generation in East and Central Texas

4.2.3 Senate Bill 7 (76th Texas Legislature)

4.3 Emission Reductions from Other Sources

4.3.1 East Texas Engines

4.3.2 Mass Emissions Cap and Trade (MECT) Program

4.3.3 Highly Reactive Volatile Organic Compounds (HRVOC) Rules and HRVOC Emissions Cap and Trade (HECT) Program

4.3.4 Cement Kilns

4.4 Additional Measures

4.4.1 SmartWay Transport Partnership and the Blue Skyway Collaborative

4.4.2 Energy Efficiency and Renewable Energy (EE/RE) Measures

4.4.3 Consent Decrees with Refineries

4.4.4 Clean Air Interstate Rule (CAIR) and Cross-State Air Pollution Rule (CSAPR)

4.4.5 Texas Emissions Reduction Plan (TERP)

4.4.6 Clean School Bus Program

4.4.7 Local Initiatives

4.4.8 Voluntary Measures

4.5 2008 Ozone NAAQS SIP Revisions Adopted Since 2015

4.5.1 DFW 2008 Eight Hour Ozone SIP Revisions

4.5.2 HGB 2008 Eight-Hour Ozone SIP Revisions

4.6 Conclusions

Chapter 5: Prevention of Significant Deterioration and Visibility Transport [FCAA, §110(a)(2)(D)(i)(II)]

5.1 Introduction

5.2 PSD

5.3 Visibility Transport

Chapter 6: Interstate Pollution Abatement and International Air Pollution [FCAA, §110(a)(2)(D)(ii)]

6.1 Introduction

6.2 Interstate Pollution Abatement

    6.2.1 Compliance with FCAA, §126(a)

    6.2.2 Compliance with FCAA, §126(b) and (c)

6.3 International Air Pollution

    6.3.1 Compliance with FCAA, §115

Chapter 7: Conclusions

Chapter 8: Future Revisions to the National Ambient Air Quality Standards (NAAQS)

## LIST OF ACRONYMS

| | |
|---|---|
| 3-D | three-dimensional |
| AD | attainment demonstration |
| APCA | Anthropogenic Culpability Precursor Analysis |
| AQS | Air Quality System |
| BART | best available retrofit technology |
| BEIS | Biogenic Emissions Inventory Systems |
| BPA | Beaumont-Port Arthur |
| CAIR | Clean Air Interstate Rule |
| CAMx | Comprehensive Air Quality Model with Extensions |
| CEMS | continuous emissions monitoring system |
| CSAPR | Cross-State Air Pollution Rule |
| CST | Central Standard Time |
| CTM | Chemical Transport Model |
| DDM | Direct Decoupled Method |
| DERA | Diesel Emissions Reduction Act |
| DERI | Diesel Emissions Reduction Incentive Program |
| DFW | Dallas-Fort Worth |
| $DV_B$ | baseline design value |
| $DV_F$ | future year design value |
| EE | energy efficiency |
| EI | emissions inventory |
| EGF | electric generating facility |
| EGU | electric generating unit |
| EPA | United States Environmental Protection Agency |
| EPS3 | Emissions Processor System |
| ESL | Energy Systems Laboratory |
| FCAA | Federal Clean Air Act |
| FINN | Fire Inventory of NCAR |
| FIP | federal implementation plan |
| FR | *Federal Register* |
| FY | fiscal year |
| g/hp-hr | grams per horsepower-hour |

| | |
|---|---|
| GEOS | Goddard Earth Observing System |
| GHG | greenhouse gas |
| H-GAC | Houston-Galveston Area Council |
| HB | House Bill |
| HECT | Highly Reactive Volatile Organic Compounds Emissions Cap and Trade |
| HGB | Houston-Galveston-Brazoria |
| hp | horsepower |
| HRVOC | Highly Reactive Volatile Organic Compounds |
| HTAP | Hemispheric Transport of Air Pollution |
| HYSPLIT | Hybrid Single Particle Lagrangian Integrated Trajectory |
| km | kilometers |
| Kv | vertical diffusivity |
| LAI | Leaf Area Index |
| lb/MMBtu | pound per million British thermal units |
| m | meters |
| m AGL | meters above ground level |
| MB | mean bias |
| MDA8 | maximum daily average eight-hour (ozone concentration) |
| $MDV_F$ | maintenance future year design value |
| ME | mean error |
| MECT | Mass Emissions Cap and Trade |
| MW | megawatts |
| NAAQS | National Ambient Air Quality Standard |
| NCAR | National Center for Atmospheric Research |
| NCDC | National Climatic Data Center |
| NCEP | National Centers for Environmental Prediction |
| NMB | normalized mean bias |
| NME | normalized mean error |
| NOAA | National Oceanic and Atmospheric Administration |
| NODA | Notice of Data Availability |
| $NO_x$ | nitrogen oxides |
| NSR | New Source Review |
| $O_3$ | ozone |
| PM | particulate matter |

| | |
|---|---|
| $PM_{2.5}$ | particulate matter with an aerodynamic diameter less than or equal to a nominal 2.5 micrometers |
| ppb | parts per billion |
| ppm | parts per million |
| PSD | prevention of significant deterioration |
| PUCT | Public Utility Commission of Texas |
| RACT | reasonably available control technology |
| RE | renewable energy |
| RFP | reasonable further progress |
| RMSE | root mean square error |
| RRF | relative response factor |
| SB | Senate Bill |
| SECO | State Energy Conservation Office |
| SIP | state implementation plan |
| SMOKE | Sparse Matrix Operation Kernel Emissions (System) |
| $SO_2$ | sulfur dioxide |
| TAC | Texas Administrative Code |
| TACB | Texas Air Control Board |
| TCAA | Texas Clean Air Act |
| TCEQ | Texas Commission on Environmental Quality (commission) |
| TCFP | Texas Clean Fleet Program |
| TERP | Texas Emissions Reduction Plan |
| THSC | Texas Health and Safety Code |
| TNGVGP | Texas Natural Gas Vehicle Grant Program |
| TNRCC | Texas Natural Resource Conservation Commission |
| tpd | tons per day |
| tpy | tons per year |
| TUC | Texas Utilities Code |
| $TX_{DVF}$ | Texas contribution to a monitor's future year design value |
| VOC | volatile organic compounds |
| WRF | Weather Research and Forecasting Model |

## LIST OF TABLES

Table 1-1:   Public Hearing Information

Table 3-1:   2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Definitions

Table 3-2:   2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Vertical Structure

Table 3-3:   2015 Transport SIP Revision WRF Modeling Domain Definitions

Table 3-4:   2015 Transport SIP Revision WRF Modeling Domain Vertical Structure

Table 3-5:   WRF Model Configuration Parameters

Table 3-6:   Emissions Processing Modules

Table 3-7:   Statistical Model Performance Evaluation Metrics for TCEQ's 2015 Ozone NAAQS Transport SIP Revision Configuration

Table 3-8:   Apportion of Total Ozone Concentration for cell index [242, 78] on episode day July 14 at 12:00 p.m. CST to Contribution Categories

Table 3-9:   Downwind Nonattainment Monitors Tagged for Further Review

Table 3-10: Downwind Maintenance Monitors Tagged for Further Review

Table 3-11: Monitors Linked to Texas by EPA Modeling in the 2015 Transport NODA

Table 3-12: Number of HYSPLIT Back Trajectories at Each Tagged Colorado Monitor

Table 3-13: Modeled Elevated Ozone Days in the Future Year at the Tagged Colorado Monitors

Table 3-14: Collective Interstate Contribution to Future Design Value at Tagged Colorado Monitors

Table 3-15: Number of HYSPLIT Back Trajectories at Each Tagged California Monitor

Table 3-16: Modeled Elevated Ozone Days in the Future Year

Table 3-17: Collective Interstate Contributions to Future Design Values at Tagged California Monitors

## LIST OF FIGURES

Figure 2-1:   2016 Eight-Hour Ozone Design Values by County in Texas

Figure 2-2:   Eight-Hour Ozone Design Values and Population by Area in Texas

Figure 2-3:   Statewide Historical $NO_x$ Emissions Trends in Tons per Year

Figure 2-4:   Statewide Historical VOC Emissions Trends in Tons per Year

Figure 2-5:   DFW 10-County Nonattainment Area Historical $NO_x$ Emissions Trends in Tons per Year

Figure 2-6:   DFW 10-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year

Figure 2-7:   HGB Eight-County Nonattainment Area Historical $NO_x$ Emissions Trends in Tons per Year

Figure 2-8:   HGB Eight-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year

Figure 3-1:   Map of 2015 Ozone NAAQS Transport SIP Revision CTM Modeling Domain

Figure 3-2:   U.S. Drought Monitor Map of Texas for July 26, 2011

Figure 3-3:   May through October 2012 Statewide NCDC Temperature Ranks

Figure 3-4:   May through October 2012 Statewide NCDC Precipitation Ranks

Figure 3-5:   Change in Texas Drought Conditions from July 2011 to July 2012

Figure 3-6:   Meteorologically-Adjusted Ozone Trends for NCDC Climate Regions for 2000 through 2016

Figure 3-7:   Map of 2015 Ozone NAAQS Transport SIP Revision Meteorological Modeling Domain

Figure 3-8:   Matching of WRF and CAMx Vertical Layers

Figure 3-9:   Wind Speed Mean Bias for May through September 2012

Figure 3-10: Two Meter Temperature Mean Bias for May through September 2012

Figure 3-11: Humidity Mean Bias for May through September 2012

Figure 3-12: Wind Speed Mean Absolute Error for May through September 2012

Figure 3-13: Two Meter Temperature Mean Absolute Error for May through September 2012

Figure 3-14: Humidity Mean Absolute Error for May through September 2012

Figure 3-15: Wind Speed RMSE for May through September 2012

Figure 3-16: Two Meter Temperature RMSE for May through September 2012

Figure 3-17: Humidity RMSE for May through September 2012

Figure 3-18: Base Case Representative Day Total Anthropogenic Precursor Emissions by Geographic Regions

Figure 3-19: Base Case Representative Day Total Anthropogenic Precursor Emissions by Source Category

Figure 3-20: Biogenic VOC Emissions in RPO_12km Domain on July 18, 2012

Figure 3-21: Initial Concentration on April 16, 2012 in the RPO_12km

Figure 3-22: 2012 East Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-23: 2012 West Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-24: 2012 North Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-25: 2012 South Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-26: Mean Bias for the May through September 2012 Episode at AQS Monitoring Sites

Figure 3-27: RMSE for May through September 2012 Episode at AQS Monitoring Sites

Figure 3-28: Future Year Representative Day Total Anthropogenic Precursor Emissions by Geographic Region

Figure 3-29: Future Year Representative Day Total Anthropogenic Precursor Emissions by Source Category

Figure 3-30: 2023 East Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-31: 2023 West Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-32: 2023 North Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-33: 2023 South Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-34: Baseline Design Value (DV$_B$) for the 2015 Ozone NAAQS Transport SIP Revision

Figure 3-35: 2023 Future Design Value (DV$_F$) for the AQS Monitors in the RPO_12km Domain

Figure 3-36: 2023 Maintenance Future Year Design Value (MDV$_F$) for the AQS Monitors in the RPO_12km Domain

Figure 3-37: APCA Geographic Regions for the 2015 Ozone NAAQS Transport SIP Revision

Figure 3-38: Breakdown of Total Hourly Modeled Ozone Concentration by APCA Contribution Categories for the Manvel Croix Monitor Grid Cell on July 14 at 12:00 p.m. CST

Figure 3-39: Map of Additional APCA Geographic Regions Based on Location of Tagged Monitors

Figure 3-40: Eight-Hour Ozone Design Values for Monitors in the Denver-Aurora Area

Figure 3-41: Number of Elevated Eight-Hour Ozone Days at the Tagged Colorado Monitors for the years 2007 through 2016

Figure 3-42: HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged Colorado Monitors

Figure 3-43: Number of Trajectories that Reach Texas and the Number of Elevated Eight-Hour Ozone Days at Each Tagged Colorado Monitor

Figure 3-44: Fourth-Highest Eight-Hour Ozone and the Number of Trajectories that Reach Texas

Figure 3-45: DDM Responsiveness of Ozone in July 2023 at Highland Reservoir

Figure 3-46: DDM Responsiveness of Ozone in August 2023 at Highland Reservoir

Figure 3-47: DDM Responsiveness of Ozone in July 2023 at Chatfield State Park

Figure 3-48: DDM Responsiveness of Ozone in August 2023 at Chatfield State Park

Figure 3-49: DDM Responsiveness of Ozone in July 2023 at Rocky Flats

Figure 3-50: DDM Responsiveness of Ozone in August 2023 at Rocky Flats

Figure 3-51: DDM Responsiveness of Ozone in July 2023 at National Renewable Energy Labs-NREL

Figure 3-52: DDM Responsiveness of Ozone in August 2023 at National Renewable Energy Labs-NREL

Figure 3-53: DDM Responsiveness of Ozone in July 2023 at Fort Collins-West

Figure 3-54: DDM Responsiveness of Ozone in August 2023 at Fort Collins-West

Figure 3-55: Design Value Trends from 2007 through 2016 for Chiricahua National Monument (AQS ID: 040038001)

Figure 3-56: Eight-Hour Ozone Design Values for Monitors in the Los Angeles Area

Figure 3-57: Number of Elevated Eight-Hour Ozone Days at the Tagged California Monitors for the years 2012 through 2016

Figure 3-58: HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged California Monitors

## LIST OF APPENDICES

| **Appendix** | **Appendix Name** |
|---|---|
| Appendix A | Meteorological Modeling for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard |
| Appendix B | Emissions Modeling for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard |
| Appendix C | Photochemical Model Performance Evaluation for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard |
| Appendix D | Photochemical Modeling Protocol for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard |

# CHAPTER 1: GENERAL

## 1.1 BACKGROUND

Information on the Texas state implementation plan (SIP) and a list of SIP revisions and other air quality plans adopted by the commission can be found on the Texas State Implementation Plan webpage (http://www.tceq.texas.gov/airquality/sip) on the Texas Commission on Environmental Quality's (TCEQ) website (http://www.tceq.texas.gov/).

## 1.2 INTRODUCTION

On October 1, 2015, the United States Environmental Protection Agency (EPA) revised the primary and secondary NAAQS for ozone to an eight-hour standard of 0.070 parts per million (ppm) or 70 parts per billion (ppb) (80 *Federal Register* (FR) 65291, October 26, 2015). Within three years of the promulgation of any new or revised NAAQS, FCAA, §110(a)(1) requires states to submit a SIP revision to provide for the implementation, maintenance, and enforcement of the NAAQS. Section 110(a)(2)(A) through (M), lists the elements that the SIP submissions must contain. This proposed SIP revision would specifically address transport requirements under FCAA, §110(a)(2)(D). The TCEQ is addressing the infrastructure requirements of FCAA, §110(a)(2)(A) through (C) and (E) through (M) in a separate concurrent SIP revision (Project No. 2017-040-SIP-NR). Submittal of this SIP revision and the infrastructure SIP revision covering FCAA, §110(a)(2)(A) through (C) and (E) through (M) will fulfil the FCAA, §110(a)(1) requirement. Infrastructure and transport SIP revisions to address the 2015 Ozone NAAQS are due to the EPA by October 1, 2018.

Pursuant to FCAA, §110(a)(2)(D)(i), this proposed transport SIP revision must contain adequate provisions that prohibit any source or other type of emissions activity within the state from emitting any NAAQS pollutants in amounts that will:

- contribute significantly to nonattainment of the 2015 ozone NAAQS for areas in other states;

- interfere with the maintenance of the 2015 ozone NAAQS in any other state;

- interfere with measures required to meet an implementation plan for any other state related to prevention of significant deterioration (PSD); and

- interfere with measures required to meet the implementation plan for any other state related to regional haze and visibility.

In addition, pursuant to FCAA, §110(a)(2)(D)(ii), this proposed SIP revision must provide information demonstrating compliance with the applicable requirements of FCAA, §126 and §115 relating to interstate and international pollution abatement.

The EPA has historically failed to issue timely guidance to address transport requirements for previous NAAQS and has not issued formal guidance for states to use in developing transport SIP revisions for the 2015 ozone NAAQS. In order to meet statutory deadlines, states do not have the option of waiting for the EPA to provide guidance before proceeding with SIP development, review, and submittal and must proceed without the EPA's formal guidance to develop submittals based on information available at the time.

This proposed SIP revision includes an analysis of required transport elements in FCAA, §110(a)(2)(D)(i) and (ii) consistent with statutory requirements and includes a technical demonstration and various Texas provisions that support the conclusion that Texas meets the requirements of each section. The TCEQ acknowledges that proposed changes to federal regulations may have future impacts on how the TCEQ meets the requirements of FCAA, §110(a)(2)(D); however, this proposed SIP revision reflects the methods and means by which Texas meets these requirements at the time this SIP revision was developed. Should future federal rule changes necessitate state rule changes, the TCEQ will act appropriately at that time.

## 1.3 HEALTH EFFECTS

On October 1, 2015, the EPA revised the primary and secondary eight-hour ozone NAAQS to 70 ppb (80 FR 65291). To support the 2015 ozone NAAQS, the EPA provided information that suggested that health effects may potentially occur at levels lower than the 2008 standard of 75 ppb. Breathing relatively high levels of ground-level ozone can cause acute respiratory problems like cough and decreases in lung function and can aggravate the symptoms of asthma. Repeated exposures to high levels of ozone can potentially make people more susceptible to allergic responses and lung inflammation.

Children are at a relatively higher risk from exposure to ozone when compared to adults since they breathe more air per pound of body weight than adults and because children's respiratory systems are still developing. Children also spend a considerable amount of time outdoors during summer and during the start of the school year (August through October) when high ozone levels are typically recorded. Adults most at risk from exposures to elevated ozone levels are people working or exercising outdoors and individuals with preexisting respiratory diseases.

## 1.4 PUBLIC HEARING AND COMMENT INFORMATION

The commission will hold a public hearing for this proposed SIP revision at the following time and location:

**Table 1-1:  Public Hearing Information**

| City | Date | Time | Location |
|------|------|------|----------|
| Austin, TX | April 10, 2018 | 2:00 p.m. | Texas Commission on Environmental Quality, 12100 Park 35 Circle, Building E, Room 201S |

The public comment period will open on March 9, 2018, and close on April 10, 2018. Written comments will be accepted via mail, fax, or through the eComments (http://www1.tceq.texas.gov/rules/ecomments/index.cfm) system. All comments should reference the "2015 Ozone NAAQS Transport SIP Revision" and should reference Project Number 2017-039-SIP-NR. Comments may be submitted to Kristin Patton, MC 206, State Implementation Plan Team, Air Quality Division, Texas Commission on Environmental Quality, P.O. Box 13087, Austin, Texas 78711-3087 or faxed to (512) 239-6188. If you choose to submit electronic comments, they must be submitted through the eComments system. File size restrictions may apply to

comments being submitted via the eComments system. Comments must be received by April 10, 2018.

An electronic version of the 2015 Ozone NAAQS Transport SIP Revision and appendices can be found on the TCEQ's Air Pollution from Ozone webpage (https://www.tceq.texas.gov/airquality/sip/criteria-pollutants/sip-ozone).

## 1.5 SOCIAL AND ECONOMIC CONSIDERATIONS

Because rulemaking is not a part of this SIP revision, there are no changes that would impact society or the economy.

## 1.6 FISCAL AND MANPOWER RESOURCES

The TCEQ has determined that its fiscal and manpower resources are adequate and will not be adversely affected through the implementation of this plan.

# CHAPTER 2: OZONE DATA

## 2.1 INTRODUCTION

Ozone ($O_3$) is a secondary pollutant that is created through a photochemical reaction between oxygen ($O_2$), nitrogen oxides ($NO_x$), and volatile organic compounds (VOC). $NO_x$ refers to the combination of nitrogen oxide (NO) and nitrogen dioxide ($NO_2$). The following reactions show how $NO_x$, VOC, and $O_2$ react in the presence of sunlight (hv) to form $O_3$:

$$O_2 + NO_2 \overset{hv}{\leftrightarrow} O_3 + NO$$

$$NO + VOC \rightarrow NO_2$$

The amount of ozone formed depends on several factors. Meteorological conditions, such as wind direction and speed, temperature, mixing height, solar radiation, and other parameters, affect the rates at which ozone formation occurs. The types and the concentration of precursors present can affect net reactivity of precursor compounds found in a plume of emissions.

Precursor compounds, $NO_x$ and VOC, also exist under natural conditions. Ozone is created and destroyed on a natural cycle according to atmospheric conditions and chemical concentrations, even in the absence of additional anthropogenic precursor sources. This natural ozone formation is known as "natural background" ozone and is the starting point for measuring the contribution of ozone and precursors attributable to human activity. Within an urban area, not all ozone formation is necessarily caused by emissions produced locally because anthropogenic precursors, along with ozone formed by them, are often transported over long distances. Because the amount of ozone formed depends on so many other variables, it can be difficult to quantify the exact contribution from specific sources.

The United States Environmental Protection Agency (EPA) revised the eight-hour ozone National Ambient Air Quality Standard (NAAQS) to 0.070 parts per million (ppm) in 2015. On November 16, 2017, the EPA designated the majority of Texas as attainment/unclassifiable for the 2015 eight-hour ozone NAAQS (82 *Federal Register* 54232). On December 22, 2017, the EPA sent 120-day letters responding to state recommendations for remaining area designations.[1] The EPA is proposing nonattainment designations for Collin, Dallas, Denton, Ellis, Johnson, Kaufman, Parker, Rockwall, Tarrant, and Wise Counties in the Dallas-Fort Worth (DFW) area and Brazoria, Chambers, Fort Bend, Galveston, Harris, Liberty, Montgomery, and Waller Counties in the Houston-Galveston-Brazoria (HGB) area. The EPA also intends to designate all other counties listed in the proposal as attainment/unclassifiable. This chapter will discuss trends in ozone and ozone precursor emissions in Texas to demonstrate the progress the state has made towards achieving the NAAQS.

---

[1] Samuel Coleman to the Honorable Greg Abbott, December 22, 2017, in *EPA's Response to Texas,* https://www.epa.gov/sites/production/files/2017-12/documents/tx_ltr_12_22_17.pdf

## 2.2 OZONE DESIGN VALUE TRENDS IN TEXAS

A design value is a statistic that is used to compare air quality data to the NAAQS. For eight-hour ozone, a design value is the three-year average of the fourth-highest daily-maximum eight-hour averaged ozone. The latest year in the three-year average is used to represent the design value for that three-year period. Design values are calculated at each ozone monitor and the monitor with the highest design value will set the design value for that area. Although the eight-hour ozone NAAQS is reported in ppm, design values in this chapter will be displayed in parts per billion (ppb) for ease of reading.

In 2016, Texas had 76 ozone monitoring sites in 34 counties that reported valid data to the EPA. Eight-hour ozone design values for 2016 are displayed in Figure 2-1: *2016 Eight-Hour Ozone Design Values by County in Texas* and listed in Table 2-1: *2016 Eight-Hour Ozone Design Values by County in Texas*. Figure 2-1 and Table 2-1show that most Texas counties have 2016 design values below the 2015 ozone NAAQS of 70 ppb. Three areas of Texas: DFW, HGB, and San Antonio, have eight-hour ozone design values above 70 ppb.



**Figure 2-1: 2016 Eight-Hour Ozone Design Values by County in Texas**

**Table 2-1:   2016 Eight-Hour Ozone Design Values by County in Texas**

| CSA/CBSA | County | 2016 Eight-Hour Ozone Design Values (ppb) |
|---|---|---|
| Dallas—Fort Worth | Denton | 80 |
| Houston—The Woodlands | Harris | 79 |
| Houston—The Woodlands | Galveston | 76 |
| Houston—The Woodlands | Brazoria | 75 |
| Dallas—Fort Worth | Tarrant | 75 |
| Dallas—Fort Worth | Collin | 74 |
| San Antonio—New Braunfels | Bexar | 73 |
| Dallas—Fort Worth | Parker | 73 |
| Dallas—Fort Worth | Dallas | 72 |
| Dallas—Fort Worth | Johnson | 72 |
| Houston—The Woodlands | Montgomery | 72 |
| El Paso—Las Cruces | El Paso | 70 |
| Dallas—Fort Worth | Hood | 69 |
| Beaumont—Port Arthur | Jefferson | 68 |
| Killeen-Temple | Bell | 67 |
| Longview-Marshall | Gregg | 66 |
| Dallas—Fort Worth | Rockwall | 66 |
| Austin—Round Rock | Travis | 66 |
| Tyler-Jacksonville | Smith | 65 |
| Victoria—Port Lavaca | Victoria | 65 |
| Amarillo-Borger | Randall | 64 |
| Corpus Christi—Kingsville—Alice | Nueces | 64 |
| Beaumont—Port Arthur | Orange | 64 |
| Dallas—Fort Worth | Ellis | 63 |
| Waco | McLennan | 63 |
| No CSA | Brewster | 62 |
| Longview-Marshall | Harrison | 62 |
| Dallas—Fort Worth | Kaufman | 61 |
| Dallas—Fort Worth | Navarro | 61 |
| No CSA | Polk | 61 |
| Dallas—Fort Worth | Hunt | 60 |
| Brownsville-Harlingen-Raymondville | Cameron | 57 |
| McAllen-Edinburg | Hidalgo | 55 |
| Laredo | Webb | 54 |

Design value trends can be used to determine if various areas in Texas are making progress towards attainment of the ozone NAAQS. Eight-hour ozone design value trends by Texas area are displayed in Figure 2-2: *Eight-Hour Ozone Design Values and Population by Area in Texas*. Figure 2-2 shows that all areas of Texas have shown decreases in design values over the past 25 years. No area has seen an increase in eight-hour ozone design values. As mentioned above, in 2016 only three areas in Texas are measuring above the 2015 ozone NAAQS of 70 ppb. The largest ozone decreases

from 1991 through 2016 were observed in the HGB area, which had a 34% decrease in eight-hour ozone design values, and the Beaumont-Port Arthur (BPA) area, which had a 33% decrease in eight-hour ozone design values.



**Figure 2-2: Eight-Hour Ozone Design Values and Population by Area in Texas**

## 2.3 OZONE EMISSIONS TRENDS IN TEXAS

### 2.3.1 General

The Texas Commission on Environmental Quality (TCEQ) maintains an inventory of current information for sources of ozone precursor emissions ($NO_x$ and VOC) that identifies the types of emissions sources present in an area, the amount of each pollutant emitted, and the types of processes and control devices employed at each plant or source category. The total anthropogenic inventory of $NO_x$ and VOC emissions for an area is derived from estimates developed for three general categories of emissions sources: point, area, and mobile (both non-road and on-road). The emissions inventory also provides data for a variety of air quality planning tasks, including establishing baseline emissions levels, calculating reduction targets, developing control strategies to achieve emissions reductions, developing emissions inputs for air quality models, and tracking actual emissions reductions against established emissions growth and control budgets.

The most current emissions inventory (EI) data were analyzed as part of this ozone transport SIP revision. At the time of preparation of this SIP revision, the TCEQ was

planning the development of the 2017 periodic EI in accordance with the EPA's Air Emissions Reporting Requirements (40 Code of Federal Regulations Part 51, Subpart A). The calendar year 2014 periodic inventory was the most recent periodic inventory available to develop this SIP revision's EI.

Additionally, 10 years of anthropogenic emissions data (2005 through 2014) were analyzed to develop historical trend data. During this time, the EI for Texas and its two current ozone nonattainment areas (DFW and HGB) showed a significant decrease in ozone precursor emissions from all source categories; reductions range from 15 to 46%, as detailed in Section 2.3.2: *Historical Emissions Inventory Trends*. These reductions contributed to the attainment of both the one-hour and the 1997 eight-hour ozone NAAQS. These reductions were accomplished through a variety of federal, state, and local regulations and programs as detailed below.

### 2.3.2 Historical Emissions Inventory Trends

For the 10-year historical period up to and including 2014 (2005 through 2014), overall anthropogenic ozone precursor emissions in Texas as well as the DFW and HGB ozone nonattainment areas declined substantially. As demonstrated in Figure 2-3: *Statewide Historical $NO_x$ Emissions Trends in Tons per Year* and Figure 2-4: *Statewide Historical VOC Emissions Trends in Tons per Year*, anthropogenic $NO_x$ emissions decreased 35% and anthropogenic VOC emissions decreased 17% from 2005 through 2014. These emissions reductions were the result of regulations implemented at the federal, state, and local levels and innovative programs implemented by the TCEQ.

Both 30 Texas Administrative Code (TAC) Chapter 115*: Control of Air Pollution from Volatile Organic Compounds* and 30 TAC Chapter 117*: Control of Air Pollution from Nitrogen Compounds* regulations have significantly reduced overall ozone precursor emissions at both major and minor (point and area) industrial, commercial, and institutional sources in the DFW and HGB ozone nonattainment areas as well as other portions of the state (e.g., East Texas Combustion Rule).

The implementation of statewide or regional emissions banking and trading programs have also assisted in reducing ozone precursor emissions. For example, the Emissions Banking and Trading of Allowances program has implemented annual $NO_x$ emissions caps for grandfathered and electing electric generating facilities. Similarly, the Highly Reactive Volatile Organic Compound (HRVOC) Emissions Cap and Trade Program and the Mass Emissions Cap and Trade Program have specifically reduced HRVOC and $NO_x$ emissions, respectively, from point sources in the HGB area.

Innovative emissions reduction programs such as the Texas Emissions Reduction Plan and 30 TAC Chapter 114*: Control of Air Pollution from Motor Vehicles*, which includes programs such as the AirCheckTexas Drive a Clean Machine program and vehicle emissions testing, have also reduced mobile source emissions, the primary source of $NO_x$ emissions in the state.

The following graphs illustrate these trends statewide as well as in the DFW and HGB ozone nonattainment areas.



**Figure 2-3:  Statewide Historical NO$_x$ Emissions Trends in Tons per Year**



**Figure 2-4:  Statewide Historical VOC Emissions Trends in Tons per Year**

Similarly, Figure 2-5: *DFW 10-County Nonattainment Area Historical NO$_x$ Emissions Trends in Tons per Year* and Figure 2-6: *DFW 10-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year* demonstrate a marked 46% decrease in anthropogenic NO$_x$ emissions and a 15% decrease in anthropogenic VOC emissions from 2005 through 2014.



**Figure 2-5:  DFW 10-County Nonattainment Area Historical NO$_x$ Emissions Trends in Tons per Year**



**Figure 2-6: DFW 10-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year**

Finally, the HGB area shows significant overall progress in reducing anthropogenic emissions. As shown in Figure 2-7: *HGB Eight-County Nonattainment Area Historical NO$_x$ Emissions Trends in Tons per Year* and Figure 2-8: *HGB Eight-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year*, a 43% decrease in anthropogenic NO$_x$ emissions and a 37% decrease in anthropogenic VOC emissions has occurred from 2005 through 2014.



**Figure 2-7: HGB Eight-County Nonattainment Area Historical NO$_x$ Emissions Trends in Tons per Year**



**Figure 2-8: HGB Eight-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year**

## 2.4 OZONE DATA SUMMARY

Ozone data in Texas show that there are three areas that have eight-hour ozone design values above 70 ppb: DFW, HGB, and San Antonio. Over the past 25 years, all areas in Texas have observed some decrease in eight-hour ozone design values. The largest eight-hour ozone design value decreases from 1991 through 2016 were observed in the HGB and the BPA areas with decreases of 34% and 33%, respectively.

Statewide trend analysis using the 2005 through 2014 emissions shows a similar reduction in ozone precursor emissions: a 17% reduction in VOC emissions and a 35% reduction in $NO_x$ emissions. These reductions have assisted the state in attaining both the one-hour and 1997 eight-hour ozone NAAQS and are expected to help the state in attaining the 2008 and 2015 NAAQS in the future.

### CHAPTER 3: SIGNIFICANT CONTRIBUTION TO NONATTAINMENT AND INTERFERENCE WITH MAINTENANCE [FCAA, §110(A)(2)(D)(i)(I)]

## 3.1 INTRODUCTION

The Federal Clean Air Act (FCAA), §110(a)(2)(D)(i)(I) requires states to submit a state implementation plan (SIP) revision that contains adequate provisions to prohibit any source or other type of emissions activity within the state from emitting any air pollutants in amounts that will contribute significantly to nonattainment of the National Ambient Air Quality Standards (NAAQS) for areas in other states or interfere with maintenance of the NAAQS in any other state. The purpose of FCAA's §110(a)(2)(D)(i)(I), also known as the "good neighbor" provision, is to ensure that emissions in one state that contribute significantly to nonattainment or interfere with maintenance in another state are addressed appropriately.

For this SIP revision, the key aspect of fulfilling this obligation is to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS in another state. The following sections utilize photochemical modeling and data analysis to demonstrate that emissions from Texas do not contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS in another state.

The approach used by the Texas Commission on Environmental Quality (TCEQ) to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at downwind monitors in another state is based partly on the United States Environmental Protection Agency's (EPA) *Notice of Data Availability of Preliminary Interstate Ozone Transport Modeling Data for the 2015 Ozone NAAQS* (2015 Transport NODA) published in the January 6, 2017 *Federal Register* (82 FR 1733), with several key improvements. The TCEQ used a three-step approach, detailed below, to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at downwind monitors in another state.

> **Step 1:** Identify monitors projected to be in nonattainment or have maintenance issues in a future year.

> **Step 2:** Identify projected nonattainment and/or maintenance monitors in other states that might be impacted by emissions from Texas, tagging them for further review.

> **Step 3:** Determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at the monitors tagged for review in Step 2.

The EPA used a four-step framework, referred to as the Cross-State Air Pollution Rule (CSAPR) framework, to address the requirements of the "good neighbor" provision in the 2015 Transport NODA. From the 2015 Transport NODA, the four steps in the CSAPR framework are as follows (82 FR 1735):

> "[1] Identifying downwind receptors that are expected to have problems attaining or maintaining clean air standards (i.e., NAAQS);

[2] determining which states contribute to these problems in amounts sufficient to "link: them to the downwind air quality problems;

[3] for states linked to downwind air quality problems, identifying upwind emissions that significantly contribute to nonattainment or interfere with maintenance of the NAAQS by quantifying upwind reductions in ozone precursor emissions and apportioning emissions reduction responsibility among upwind states; and

[4] for states that are found to have emissions that significantly contribute to nonattainment or interfere with maintenance of the NAAQS downwind, adopting SIPs or FIPs that eliminate such emissions."

The TCEQ's three-step process covers steps [1] and [2] of the four-step framework. Step 1 of the TCEQ's three-step process is the same as step [1] of the EPA's four-step framework. Steps 2 and 3 of the TCEQ's process together are equivalent to step [2] of the EPA's framework. Steps [3] and [4] of EPA's framework are relevant only if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at downwind monitors in another state and are therefore not addressed in this SIP revision.

In the 2015 Transport NODA, upwind states with contributions greater than or equal to 0.7 ppb to a monitor's future year design value are linked to the downwind monitor. Once the linkages have been established, the portion of emissions from linked states that were determined by the EPA to have contributed significantly to nonattainment or interfere with maintenance are identified (Steps 2 and 3, respectively, of the EPA's four-step framework). The EPA's framework establishes the 1% of NAAQS threshold as the default definition of significant contribution to nonattainment or interference with maintenance. The TCEQ has maintained and noted in comments to EPA on its transport modeling, that an arbitrary threshold of 1% of the NAAQS for significant contribution to nonattainment or interference with maintenance is inappropriate and incomplete.[2,3] In the 2015 Transport NODA, the EPA acknowledges that a contribution of 1% of the NAAQS from an upwind state alone does not determine whether the upwind state significantly contributes to nonattainment or interferes with maintenance of a NAAQS to a downwind state (FR 82 1740). The TCEQ believes that it is critical to determine if emissions from an upwind state contribute significantly to nonattainment or interfere with maintenance prior to the identification (and subsequent reduction) of such emissions.

---

[2] "Comments by the Texas Commission on Environmental Quality Regarding the Notice of Availability of the Environmental Protection Agency's Preliminary Interstate Ozone Transport Modeling Data for the 2015 Ozone National Ambient Air Quality Standard", available at https://www.tceq.texas.gov/assets/public/agency/nc/air/TCEQ-Summary-on-EPA%E2%80%93HQ%E2%80%93OAR%E2%80%932016%E2%80%930751.pdf

[3] "Comments by the Texas Commission On Environmental Quality Regarding Disapproval of Air Quality Implementation Plans: Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards", available at https://www.tceq.texas.gov/assets/public/agency/nc/air/TCEQ-Comments-on-EPA-R06-OAR-2012-0985.docx

In this SIP revision, the TCEQ is partially addressing its concern with the use of the 1% of NAAQS threshold as the definition of significant contribution to nonattainment by adding a step that uses a more comprehensive analysis to determine **if** emissions from an upwind state contribute **significantly** to nonattainment or interfere with maintenance.

For Step 1, the TCEQ used regional photochemical modeling to identify monitors projected to be in nonattainment or have maintenance issues in the future year. In Step 2, if the Texas contribution to a monitor's future year design value was greater than or equal to 1% of the NAAQS (i.e., 0.7 ppb) the monitor was tagged for further review. In Step 3, a comprehensive review of modeling and analysis of monitoring data was used to determine if emissions from Texas contributed significantly to nonattainment or interfered with maintenance for monitors tagged in Step 2.

## 3.2 STEP 1: IDENTIFICATION OF PROJECTED NONATTAINMENT AND MAINTENANCE MONITORS

The TCEQ used photochemical modeling, in accordance with the EPA's 2014 *Draft Modeling Guidance for Demonstrating Attainment of Air Quality Goals for Ozone, PM$_{2.5}$, and Regional Haze* (EPA Modeling Guidance)[4], to identify monitors projected to be in nonattainment in a future year. Photochemical modeling for ozone consists of using a regional Chemical Transport Model (CTM) with appropriate meteorological and emissions inputs, to simulate the formation and transport of ozone.

To assess the future attainment status of monitors, the EPA's Modeling Guidance uses modeling results in a relative sense. This relative approach is based on how the model responds to the change in emissions between a base year and a future year while holding meteorological inputs constant. For this SIP revision, the TCEQ used a 2012 base year and a 2023 future year to identify monitors projected to be in nonattainment or have maintenance issues in the future. The future year of 2023 was chosen based on the assumed attainment date for moderate nonattainment areas as detailed in EPA's 2015 Transport NODA.

The photochemical modeling process began with episode, base year, and domain selection. Base case and future year modeling was conducted, and results were interpreted to determine future year (2023) design values (DV$_F$) at monitoring sites in the modeling domain.

### 3.2.1 Modeling Domain

The geographic extent of the modeling domain used for the 2015 ozone NAAQS Transport SIP revision is shown in Figure 3-1: *Map of 2015 Ozone NAAQS Transport SIP Revision CTM Modeling Domain*. The domain includes the 48 contiguous states of the United States (U.S.), with parts of southern Canada and northern Mexico.

---

[4] https://www3.epa.gov/scram001/guidance/guide/Draft_O3-PM-RH_Modeling_Guidance-2014.pdf



**Figure 3-1: Map of 2015 Ozone NAAQS Transport SIP Revision CTM Modeling Domain**

The CTM used for this SIP revision is the Comprehensive Air Quality Model with Extensions (CAMx), version 6.40. CAMx is a three-dimensional grid-based Eulerian model designed to simulate the formation and transport of ozone and ozone precursor concentrations over regional and urban spatial scales.[5] The modeling domain, referred to as the rpo_12km domain, has a horizontal grid resolution of 12 kilometers (km) by 12 km and 29 vertical layers. The domain definitions are provided in *Table 3-1: 2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Definitions.*

Table 3-2: *2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Vertical Structure* provides details of the modeling domain vertical layers such as the top and center height in meters Above Ground Level (m AGL) and thickness in meters (m).

---

[5] http://www.camx.com/about/default.aspx

**Table 3-1: 2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Definitions**

| Domain | Easting Range (km) | Northing Range (km) | Number of Cells (Easting) | Number of Cells (Northing) | Short Name |
|---|---|---|---|---|---|
| National RPO Domain | (-2736,2592) | (-2088,1944) | 444 | 336 | rpo_12km |

**Table 3-2: 2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Vertical Structure**

| CAMx Layer | Top (m AGL) | Center (m AGL) | Thickness (m) |
|---|---|---|---|
| 29 | 18250 | 16445 | 3611 |
| 28 | 14639 | 13632 | 2015 |
| 27 | 12624 | 10786 | 3675 |
| 26 | 8949 | 7891 | 2115 |
| 25 | 6833 | 6289 | 1088 |
| 24 | 5746 | 5290 | 911 |
| 23 | 4835 | 4449 | 772 |
| 22 | 4063 | 3704 | 717 |
| 21 | 3346 | 3175 | 341 |
| 20 | 3005 | 2840 | 330 |
| 19 | 2675 | 2515 | 320 |
| 18 | 2355 | 2225 | 259 |
| 17 | 2096 | 1969 | 253 |
| 16 | 1842 | 1718 | 248 |
| 15 | 1595 | 1474 | 242 |
| 14 | 1353 | 1281 | 143 |
| 13 | 1210 | 1140 | 141 |
| 12 | 1069 | 1000 | 139 |
| 11 | 930 | 861 | 138 |
| 10 | 792 | 747 | 91 |
| 9 | 702 | 656 | 90 |
| 8 | 612 | 567 | 89 |
| 7 | 522 | 478 | 89 |
| 6 | 433 | 389 | 88 |
| 5 | 345 | 302 | 87 |
| 4 | 258 | 215 | 87 |
| 3 | 171 | 128 | 86 |
| 2 | 85 | 60 | 51 |
| 1 | 34 | 17 | 34 |

## 3.2.2 Modeling Episode

The modeling episode used for this SIP revision was the May 1 through September 30, 2012 period (May through September 2012). A robust modeling platform had been developed for May through September 2012 as part of the Houston-Galveston Brazoria Attainment Demonstration SIP revision for the 2008 Eight-hour Ozone NAAQS (HGB

AD SIP) that was adopted on December 15, 2016 by the commission and submitted to the EPA on December 29, 2016. The May through September 2012 episode was selected in accordance with the episode selection criteria specified in the EPA Modeling Guidance, details of which are documented in the section 3.4: *Episode Selection* of the HGB AD SIP.[6] The EPA, in its 2015 Transport NODA, used May 1 through September 30, 2011 period (May through September 2011) for its transport modeling. However, 2011 was a meteorologically anomalous year for Texas and surrounding states as it was the hottest year on record and the single-worst drought year recorded in Texas since 1895 (Hoerling *et al.*, 2012). Figure 3-2: *U.S. Drought Monitor Map of Texas for July 26, 2011* shows the extent of the drought across the state.



**Figure 3-2: U.S. Drought Monitor Map of Texas for July 26, 2011**

The TCEQ has submitted comments on the unsuitability of the May through September 2011 episode for Texas ozone modeling in response to several EPA actions such as the

---

[6] Revisions to the State of Texas Air Quality Implementation Plan for the Control of Ozone Air Pollution, Houston-Galveston Brazoria Attainment Demonstration SIP revision for the 2008 Eight-hour Ozone Standard Nonattainment Area (pages 3-4 to 3-17)
https://www.tceq.texas.gov/assets/public/implementation/air/sip/hgb/HGB_2016_AD_RFP/AD_Adoption/16016SIP_HGB08AD_ado.pdf

EPA 2011 modeling platform,[7] EPA 2018 Modeling Platform,[8] EPA NODA on Updated Transport Modeling for the 2008 Ozone NAAQS[9] and the 2015 Transport NODA.[10]

3.2.2.1 Meteorology of 2012

Meteorology for the May through September 2012 period was analyzed for the rest of the contiguous U.S. The year 2012 had above average temperatures across most of the U.S., except in some states in the southeast. New Hampshire had their highest May through October average temperatures on record. The National Oceanic and Atmospheric Administration's (NOAA) National Climatic Data Center (NCDC) temperature rankings[11] for the May through October average temperature of 2012 relative to the years 1895 through 2012 are shown in Figure 3-3: *May through October 2012 Statewide NCDC Temperature Ranks*. The numbers in each state represent the numerical rank for that state for 2012. Among the NCDC climatic regions,[12] the Northeast had its warmest year on record for the years 1895 through 2012.

---

[7] TCEQ comments on EPA's "Notice of Availability of the EPA's 2011 Modeling Platform." Submitted 3/31/14 and available at https://www.tceq.texas.gov/agency/nc/Air_Issues.html/#033114
[8] TCEQ comments on EPA's "Notice of Availability of the EPA's 2018 Modeling Platform." Submitted 6/24/14 and available at https://www.tceq.texas.gov/agency/nc/Air_Issues.html/#062414
[9] TCEQ comments on EPA's Notice of Data Availability of the Updated Ozone Transport Modeling Data for the 2008 Ozone NAAQS. Submitted 10/15/15 and available at https://www.tceq.texas.gov/agency/nc/Air_Issues.html/#101515
[10] TCEQ comments on EPA's "Preliminary Interstate Ozone Transport Modeling Data for 2015 Ozone NAAQS." Submitted 4/5/17 and available at https://www.tceq.texas.gov/agency/nc/Air_Issues.html/#040517
[11] Explanation of Climatological Rankings available at https://www.ncdc.noaa.gov/monitoring-references/dyk/ranking-definition
[12] NCDC US Climatic Region definitions are available at https://www.ncdc.noaa.gov/monitoring-references/maps/us-climate-regions.php



**Figure 3-3: May through October 2012 Statewide NCDC Temperature Ranks**

Figure 3-4: *May through October 2012 Statewide NCDC Precipitation Ranks* shows the NCDC precipitation rankings for the May through October months of 2012 relative to the years 1895 through 2012. May through October 2012 had below normal or much below normal precipitation in most of the South and Northern Rockies and Plains and parts of the Upper Midwest and Ohio River Valley climate regions with a record driest year for Nebraska and Wyoming. However, the Northeast and parts of the Southeast had above normal or much above normal precipitation.



**Figure 3-4: May through October 2012 Statewide NCDC Precipitation Ranks**

The entire central portion of the U.S. was in some state of drought. However, the drought reported in Texas by July 2011 had diminished in severity by July 2012. Figure 3-5: *Change in Texas Drought Conditions from July 2011 to July 2012* shows the change in drought class from July 26, 2011 to July 24, 2012 with approximately 60 to 70% of Texas showing improvement by three to five drought classes statewide.



**Figure 3-5: Change in Texas Drought Conditions from July 2011 to July 2012**

3.2.2.2 Ozone Production in 2012

The TCEQ analyzed, similarly to the EPA's analysis for its transport modeling,[13] the meteorologically adjusted ozone trends for the NCDC climate regions for May through September 2012. Figure 3-6: *Meteorologically-Adjusted Ozone Trends for NCDC Climate Regions for 2000 through* 2016[14] shows the meteorologically-adjusted ozone trends from 2000 through 2016. The 2010 through 2016 time period shows variation in ozone conducive conditions across years and climate regions. The year 2012 was more conducive (relative to 2010 through 2016) for ozone formation in the Northeast, Upper Midwest, Northwest, Northern Rockies and Plains, and West regions while for the Ohio River Valley, South, Southeast, and Southwest climate regions 2011 was more conducive to ozone production. In the past the EPA has acknowledged that no single year will be representative of "typical" meteorological conditions for ozone for all regions of the U.S. (EPA, August 2016). Based on this analysis, the TCEQ concluded that the well-tested 2012 modeling platform is appropriate for use in this SIP revision.

---

[13] "Air Quality Modeling Technical Support Document for the 2008 Ozone NAAQS Cross-State Air Pollution Rule Proposal", available at https://www.epa.gov/sites/production/files/2015-11/documents/air_quality_modeling_tsd_proposed_rule.pdf
[14] Data for this analysis shown in Figure 3-6 was obtained from the EPA's Air-Trends webpage (https://www.epa.gov/air-trends/trends-ozone-adjusted-weather-conditions)

Northeast Region Urban Ozone Trend (24 Locations)
East North Central Region Urban Ozone Trend (9 Locations)
Northwest Region Urban Ozone Trend (4 Locations)
West North Central Region Urban Ozone Trend (3 Locations)
Central Region Urban Ozone Trend (23 Locations)
West Region Urban Ozone Trend (9 Locations)
Southeast Region Urban Ozone Trend (19 Locations)
South Region Urban Ozone Trend (15 Locations)
Southwest Region Urban Ozone Trend (6 Locations)
May - September Average Ozone (ppb)
Adjusted for Weather
Unadjusted for Weather

**Figure 3-6: Meteorologically-Adjusted Ozone Trends for NCDC Climate Regions for 2000 through 2016**

### 3.2.3 Base Case Modeling

Base case modeling was used to evaluate the CTM's ability to replicate measured ozone and precursor concentrations. The adequacy of the model in replicating observations was assessed statistically and graphically. Satisfactory model performance in base case modeling provided a degree of confidence in the use of the model to predict future ozone concentrations and to evaluate transport impacts.

Base case modeling included the generation of initial and boundary conditions, emissions inputs and meteorological inputs for the May through September 2012 period needed by CAMx. Results of base case modeling included modeled ozone and precursor concentrations for every grid cell of the rpo_12km domain for every hour of May through September 2012. The base case modeling results were evaluated by comparisons with observed measurements at monitoring sites across the modeling domain. The model performance evaluation was iterative. Feedback from successive evaluations was incorporated to ensure that the model was adequately replicating observations throughout the modeling domain and episode. Details of the inputs generated for base case modeling are provided below.

#### 3.2.3.1 Meteorological Modeling

The TCEQ used the Weather Research and Forecasting Model (WRF) version 3.8.1 to create the May through September 2012 meteorological inputs for CAMx. The WRF domain was chosen to accommodate the CAMx domain shown in Figure 3-1. Figure 3-7: *Map of 2015 Ozone NAAQS Transport SIP Revision Meteorological Modeling Domain* shows the geographical extent of the WRF modeling domain, along with the CAMx domain for reference.



**Figure 3-7: Map of 2015 Ozone NAAQS Transport SIP Revision Meteorological Modeling Domain**

For the meteorological model, a single domain was used, referred to as na_12km, with horizontal grid resolution of 12 km x 12 km and 44 vertical layers. The WRF model domain definitions are provided in Table 3-3: *2015 Transport SIP Revision WRF Modeling Domain Definitions.* Table 3-4: *2015 Transport SIP Revision WRF Modeling Domain Vertical Structure* provides details of the WRF model domain vertical layers, such as heights and thickness. Figure 3-8: *Matching of WRF and CAMx Vertical Layers* shows how the vertical layers of WRF shown in Table 3-4 are matched to the vertical layers of CAMx shown in Table 3-2.

**Table 3-3:  2015 Transport SIP Revision WRF Modeling Domain Definitions**

| Domain | Easting Range (km) | Northing Range (km) | Number of Cells (Easting) | Number of Cells (Northing) | Short Name |
|---|---|---|---|---|---|
| North America Domain | (-2916,2916) | (-2304,2304) | 489 | 387 | na_12km |

**Table 3-4:  2015 Transport SIP Revision WRF Modeling Domain Vertical Structure**

| WRF Layer | Sigma Level | Top (m AGL) | Center (m AGL) | Thickness (m) |
|---|---|---|---|---|
| 44 | 0.000 | 20581 | 20054 | 1054 |

3-13

| WRF Layer | Sigma Level | Top (m AGL) | Center (m AGL) | Thickness (m) |
|---|---|---|---|---|
| 43 | 0.010 | 19527 | 18888 | 1278 |
| 42 | 0.025 | 18249 | 17573 | 1353 |
| 41 | 0.045 | 16896 | 16344 | 1103 |
| 40 | 0.065 | 15793 | 15215 | 1156 |
| 39 | 0.090 | 14637 | 14144 | 987 |
| 38 | 0.115 | 13650 | 13136 | 1029 |
| 37 | 0.145 | 12621 | 12168 | 906 |
| 36 | 0.175 | 11716 | 11245 | 941 |
| 35 | 0.210 | 10774 | 10294 | 962 |
| 34 | 0.250 | 9813 | 9379 | 867 |
| 33 | 0.290 | 8946 | 8550 | 792 |
| 32 | 0.330 | 8154 | 7790 | 729 |
| 31 | 0.370 | 7425 | 7128 | 594 |
| 30 | 0.405 | 6830 | 6551 | 559 |
| 29 | 0.440 | 6271 | 6007 | 528 |
| 28 | 0.475 | 5743 | 5492 | 501 |
| 27 | 0.510 | 5242 | 5037 | 410 |
| 26 | 0.540 | 4832 | 4636 | 393 |
| 25 | 0.570 | 4439 | 4250 | 378 |
| 24 | 0.600 | 4061 | 3878 | 365 |
| 23 | 0.630 | 3696 | 3520 | 352 |
| 22 | 0.660 | 3344 | 3173 | 341 |
| 21 | 0.690 | 3003 | 2838 | 330 |
| 20 | 0.720 | 2673 | 2513 | 320 |
| 19 | 0.750 | 2353 | 2224 | 259 |
| 18 | 0.775 | 2094 | 1967 | 253 |
| 17 | 0.800 | 1841 | 1717 | 247 |
| 16 | 0.825 | 1593 | 1472 | 242 |
| 15 | 0.850 | 1352 | 1280 | 143 |
| 14 | 0.865 | 1209 | 1138 | 141 |
| 13 | 0.880 | 1068 | 999 | 139 |
| 12 | 0.895 | 929 | 860 | 137 |
| 11 | 0.910 | 792 | 746 | 91 |
| 10 | 0.920 | 701 | 656 | 90 |
| 9 | 0.930 | 611 | 566 | 89 |
| 8 | 0.940 | 522 | 477 | 89 |
| 7 | 0.950 | 433 | 389 | 88 |
| 6 | 0.960 | 345 | 301 | 87 |
| 5 | 0.970 | 258 | 214 | 87 |
| 4 | 0.980 | 171 | 128 | 86 |
| 3 | 0.990 | 85 | 60 | 51 |
| 2 | 0.996 | 34 | 26 | 17 |
| 1 | 0.998 | 17 | 8 | 17 |
| 0 | 1.000 | 0 | 0 | 0 |



**Vertical Layer Structure**

### 2012 MAY - SEP

| WRF Layer | CAMx Layer | Top (m AGL) | Center (m AGL) | Thickness (m) |
|---|---|---|---|---|
| 42 | 29 | 18250 | 16445 | 3611 |
| 39 | 28 | 14639 | 13632 | 2015 |
| 37 | 27 | 12624 | 10786 | 3675 |
| 33 | 26 | 8949 | 7891 | 2115 |
| 30 | 25 | 6833 | 6289 | 1088 |
| 28 | 24 | 5746 | 5290 | 911 |
| 26 | 23 | 4835 | 4449 | 772 |
| 24 | 22 | 4063 | 3704 | 717 |
| 22 | 21 | 3346 | 3175 | 341 |
| 21 | 20 | 3005 | 2840 | 330 |
| 20 | 19 | 2675 | 2515 | 320 |
| 19 | 18 | 2355 | 2225 | 259 |
| 18 | 17 | 2096 | 1969 | 253 |
| 17 | 16 | 1842 | 1718 | 248 |
| 16 | 15 | 1595 | 1474 | 242 |
| 15 | 14 | 1353 | 1281 | 143 |
| 14 | 13 | 1210 | 1140 | 141 |
| 13 | 12 | 1069 | 1000 | 139 |
| 12 | 11 | 930 | 861 | 138 |
| 11 | 10 | 792 | 747 | 91 |
| 10 | 9 | 702 | 656 | 90 |
| 9 | 8 | 612 | 567 | 89 |
| 8 | 7 | 522 | 478 | 89 |
| 7 | 6 | 433 | 389 | 88 |
| 6 | 5 | 345 | 302 | 87 |
| 5 | 4 | 258 | 215 | 87 |
| 4 | 3 | 171 | 128 | 86 |
| 3 | 2 | 85 | 60 | 51 |
| 2 | 1 | 34 | 17 | 34 |

**Note**

◼ AGL - Above Ground Level.

**Figure 3-8: Matching of WRF and CAMx Vertical Layers**

The initial and boundary conditions for WRF modeling were obtained from the GCIP (GEWEX (Global Energy and Water EXperiment) Continental-Scale International Project) NCEP (National Centers for Environmental Prediction) Eta data archive. Where data were missing from the GCIP NCEP Eta archive, data extracted from the NCEP North American Mesoscale model were used. More details regarding how missing data were handled is presented in Appendix A: *Meteorological Modeling for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard*. To optimize performance, two types of nudging were utilized. The first type was analysis nudging, both three-dimensional (3-D) and surface. The 3-D analysis nudging was used to nudge the wind, temperature and moisture, while the surface analysis nudging was only used to nudge wind and temperature. The second type of nudging used was observational nudging, which used the radar profiler data for nudging aloft winds towards observed vertical profiles.

The selection of the final meteorological modeling configuration for May through September 2012 resulted from numerous sensitivity tests and model performance evaluation. The final WRF parameterization schemes and options selected are shown in Table 3-5: *WRF Model Configuration Parameters*. Details of the meteorological sensitivity tests are provided in Appendix A.

**Table 3-5:  WRF Model Configuration Parameters**

| Domain | Nudging Type | PBL | Cumulus | Radiation | Land-Surface | Microphysics |
|---|---|---|---|---|---|---|
| na_12km | 3-D, Surface Analysis, PX Soil Nudging, NPN and CAP Radar Profiler Observations | YSU | Multiscale Kain-Fritsch | RRTM / Dudhia | Pleim-Xiu | WSM5 |

WRF output was post-processed using the WRF2CAMx version 4.6 utility with the Community Multi-Scale Air Quality (CMAQ) modeling system vertical diffusivity (Kv) option to convert the WRF meteorological fields to the appropriate CAMx grid and input format. The 100 m Kv Patch program developed by Ramboll Environ[15] was used to modify the vertical diffusivity coefficients based on a land-use basis to maintain vertical mixing within the first 100 meters of the model over urban areas. Sub grid stratiform cloud diagnostics were applied to better simulate ultraviolet-attenuation in CAMx.

WRF model performance was evaluated for wind speed and direction, temperature, and humidity. Figure 3-9: *Wind Speed Mean Bias for May through September 2012*, Figure 3-10: *Two Meter Temperature Mean Bias for May through September 2012*, and Figure 3-11: *Humidity Mean Bias for May through September 2012* show the mean bias for wind speed, temperature, and humidity, respectively for May through September 2012 for each monitoring station across the na_12km domain.

[15] "Dallas-Fort Worth Modeling Support: Improving Vertical Mixing, Plume-in-Grid, and Photolysis Rates in CAMx", TCEQ Project report available at https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/pm/5821110365FY1206-20120820-environ_dfw_modeling_support.pdf



**Figure 3-9: Wind Speed Mean Bias for May through September 2012**



**Figure 3-10: Two Meter Temperature Mean Bias for May through September 2012**



**Figure 3-11: Humidity Mean Bias for May through September 2012**

Figure 3-9 shows that wind speed had a negative bias along the East Coast, Southeast, and western continental U.S., while eastern Texas, the Ohio River Valley, and the Great Lakes region had a positive bias. Mean bias for temperature in Figure 3-10 does not show strong geographical trends, although slightly more monitors in the western U.S. show a positive bias. Figure 3-11 shows that there was a positive bias for humidity at most monitoring stations in the domain, although a negative bias is seen over much of Oklahoma through eastern Kansas and into southern Nebraska, and also in parts of southern California.

Figure 3-12: *Wind Speed Mean Absolute Error for May through September 2012*, Figure 3-13: *Two Meter Temperature Mean Absolute Error for May through September 2012*, and Figure 3-14: *Humidity Mean Absolute Error for May through September 2012* show the mean absolute error for wind speed, temperature, and humidity, respectively for May through September 2012 at monitoring stations across the na_12km domain.



**Figure 3-12:  Wind Speed Mean Absolute Error for May through September 2012**



**Figure 3-13:  Two Meter Temperature Mean Absolute Error for May through September 2012**



**Figure 3-14:  Humidity Mean Absolute Error for May through September 2012**

Figure 3-12 and Figure 3-13 show that the mean absolute error for wind speed and temperature, respectively, were lower in the eastern U.S. than western U.S. Figure 3-14 shows a more north/south regional difference for humidity, with monitors in the northern U.S. having less mean absolute error than monitors in the southern U.S.

Figure 3-15: *Wind Speed RMSE for May through September 2012*, Figure 3-16: *Two Meter Temperature RMSE for May through September 2012*, and Figure 3-17: *Humidity RMSE for May through September 2012* show the Root Mean Square Error (RMSE) for wind speed, temperature, and humidity, respectively, for May through September 2012 at monitoring stations across the na_12km domain.



**Figure 3-15: Wind Speed RMSE for May through September 2012**



**Figure 3-16: Two Meter Temperature RMSE for May through September 2012**



**Figure 3-17:  Humidity RMSE for May through September 2012**

Similar to the Mean Absolute Error in Figures 3-12 through 3-14, Figure 3-15 and Figure 3-16 show an east/west regional trend with monitors in the east having lower RMSE than monitors in the west for wind speed and temperature, respectively, while Figure 3-17 shows that RMSE for humidity in the southern and central monitors are greater than RMSE for northern monitors.

Overall, WRF model performance for May through September 2012 was acceptable for the CTM input. More details regarding WRF model performance, including daily, monthly, and regional performance statistics, are presented in Appendix A.

<u>3.2.3.2 Emissions Modeling</u>

Emissions modeling is the process of creating CAMx-ready emissions inputs. For base case modeling, precursor emissions inputs are chemically speciated into the Carbon Bond 6 (CB6) chemical mechanism species used in CAMx, temporally allocated, and spatially distributed to 12 km grid cells for May through September 2012. The main ozone precursors are nitrogen oxides ($NO_x$) and volatile organic compounds (VOC) while carbon monoxide (CO) plays a minor role in ozone formation. Though CO has very low reactivity and does not play a major role in controlling ozone formation, in this subsection details of CO modeling emissions inventories are presented as CO is a chemical species in the model.

Version 3.22 of the Emissions Processor System (EPS3) was used to prepare the gridded emissions inputs. Table 3-6: *Emissions Processing Modules* summarizes many of the steps taken to prepare the required emission files needed by CAMx and the software modules in EPS3 that were used for each step.

**Table 3-6:  Emissions Processing Modules**

| EPS3 Module | Description |
|---|---|
| PREAM | Prepare area and non-link based area and mobile source emissions for further processing |
| LBASE | Spatially allocate link-based mobile source emissions among grid cells |
| PREPNT | Group point source emissions into elevated and low-level categories for further processing |
| CNTLEM | Apply controls to model strategies, apply adjustments, make projections, etc. |
| TMPRL | Apply temporal profiles to allocate emissions by day type and hour |
| SPCEMS | Chemically speciate emissions into nitrogen oxide (NO), nitrogen dioxide (NO$_2$), and various CB6 VOC species |
| GRDEM | Spatially distribute emissions by grid cell using source category surrogates |
| MRGUAM | Merge and adjust multiple gridded files for model-ready input |
| PIGEMS | Assign Plume-in-Grid (PiG) emissions and merge elevated point source files |

Figure 3-18: *Base Case Representative Day Total Anthropogenic Precursor Emissions by Geographic Regions* shows the total anthropogenic precursor emissions in the rpo_12km domain by major geographic region (Texas, Non-Texas U.S., southern Canada, northern Mexico, and Oceanic) on a sample 2012 summer weekday in tons per day.



**Figure 3-18:  Base Case Representative Day Total Anthropogenic Precursor Emissions by Geographic Regions**

Emissions modeling includes preparing emissions inventories for anthropogenic emissions source categories such as stationary point sources (power plants, refineries,

etc.), area sources (dry cleaners, gas stations, etc.), on-road mobile sources (cars, trucks, etc.), non-road mobile sources (construction vehicles, lawn mowing equipment, etc.), off-road mobile sources (locomotives, commercial marine, aircraft, etc.), and oceanic (off-shore oil rigs and ocean-going vessels). Figure 3-19: *Base Case Representative Day Total Anthropogenic Precursor Emissions by Source Category* shows the total anthropogenic precursor emissions in the rpo_12km domain by source category for a sample 2012 summer weekday in tons per day.



**Figure 3-19: Base Case Representative Day Total Anthropogenic Precursor Emissions by Source Category**

Emissions inventories for natural emissions source categories, i.e., biogenic sources and fires, were also developed. Version 3.61 of the Biogenic Emissions Inventory System (BEIS) (Bash et al., 2016) within the Sparse Matrix Operation Kernel Emissions (SMOKE) System version 3.7[16] was used to create the biogenic emissions inventory. Figure 3-20: *Biogenic VOC Emissions in RPO_12km Domain on July 18, 2012* shows a sample of biogenic VOC emissions in the rpo_12km domain.

---

[16] Available at https://www.cmascenter.org/smoke/



**Figure 3-20:  Biogenic VOC Emissions in RPO_12km Domain on July 18, 2012**

Wildfire emissions were estimated from the daily Fire Inventory from the National Center for Atmospheric Research (NCAR) (FINN) version 1.5 product for 2012 (Wiedinmyer, 2011). The FINN fire estimates were projected to the model grid and grouped together if fires were within 5 km of each other. Each fire was treated as a point source and processed using the EPS3 PREFIR, CHMSPL, TMPRL, and PSTFIR

modules following the methodology developed in a TCEQ project.[17] The fire emissions were temporally allocated according to the temperate North American diurnal cycle of fires from Mu et al. (2011).

Since the purpose of base case modeling is to evaluate the ability of the model to recreate a past episode, measured and reported emissions data from 2012 with the highest resolution available were relied upon to determine the spatial and temporal allocation of emissions in the modeling domain for each hour of the modeling episode. Details of the development and processing of emissions inventories for base case modeling are provided in Appendix B: *Emissions Modeling for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard.*

### 3.2.3.3 Initial and Boundary Conditions

In addition to emissions and meteorological inputs, CAMx requires initial and boundary conditions. Initial conditions refer to the state of the atmosphere in the rpo_12km domain at the start of the modeling episode. Boundary conditions refer to the state of the atmosphere at the five edges (North, South, East, West, and Top) of the rpo_12km domain.

The initial and boundary conditions were derived from the output of a three-dimensional global CTM, GEOS-Chem. The GEOS-Chem model simulates atmospheric chemical and physical processes driven by assimilated meteorological observations from the NASA's Goddard Earth Observing System (GEOS).[18] The TCEQ used a modified version of the standard GEOS-Chem version 10-01. The modifications were implemented by Ramboll Environ as part of TCEQ projects[19, 20] that updated the lightning $NO_x$ module (Travis et al., 2016; Zhang et al., 2014) and halogen chemistry (Sherwen et al., 2016; Yarwood et al., 2016), and fixed several model errors.

For the base case simulation, GEOS-Chem was run for 2012 with a grid resolution of 2.0 degrees latitude x 2.5 degrees longitude, using meteorology from the GEOS Model Version 5 (GEOS-5) and global anthropogenic emissions inventory for non-U.S. regions from the Hemispheric Transport of Air Pollution (HTAP) version 2. For U.S. emissions, the U.S. National Emission Inventory 2011 (2011 National Emissions Inventory) was used. GEOS-Chem results were used to provide one-way dynamic boundary concentrations at three-hour intervals and an initial concentration field for the CAMx simulations. Figure 3-21: *Initial Concentration on April 16, 2012 in the RPO_12km* shows a map of the initial ozone concentration field on 12 a.m., April 16, 2012 at the surface layer in the rpo_12km domain. April 16, 2012 is the start date of the CAMx

---

[17] "Boundary Condition and Fire Emissions Modeling", Tai *et al*, September 2008, https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/pm/5820784005FY0810-20080831-environ-bcic_final_report.pdf
[18] GEOS-Chem Model, http://acmg.seas.harvard.edu/geos/
[19] "Updated Boundary Conditions for CAMx Modeling", Nopmongcol *et al*, July 2016, https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/pm/5821662241FY1615-20160729-environ-GEOSChem_BC_for_CAMx.pdf
[20] "2013 Boundary Conditions for CAMx Modeling", Nopmongcol *et al*, June 2017, https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/pm/582177144421-20170627-environ-2013_BC_GEOS_Chem.pdf

simulation with a ramp up period of April 16 through April 30 for the base case modeling.



**Figure 3-21:  Initial Concentration on April 16, 2012 in the RPO_12km**

Figure 3-22: *2012 East Boundary Condition Cross-Section for July 18, 2012 Episode Day*, Figure 3-23: *2012 West Boundary Condition Cross-Section for July 18, 2012 Episode Day*, Figure 3-24: *2012 North Boundary Condition Cross-Section for July 18, 2012 Episode Day*, and Figure 3-25: *2012 South Boundary Condition Cross-Section for July 18, 2012 Episode Day* show a samples of the 2012 east, west, north, and south, respectively, boundary conditions for the July 18, 2012 episode day for the three-hour window of 12 p.m. to 3 p.m.



**Figure 3-22: 2012 East Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-23: 2012 West Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-24: 2012 North Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-25:  2012 South Boundary Condition Cross-Section for July 18, 2012 Episode Day**

3.2.3.4 Photochemical Modeling

The TCEQ used CAMx version 6.40,[21] with the following options:

- New gas-phase chemistry mechanism CB6 "revision 4," with condensed halogen chemistry and inline sea salt emissions (CB6r4h); and

- Wesely dry deposition scheme.

In addition to the meteorological, emissions, and initial and boundary condition inputs, CAMx needs spatially resolved surface characteristic parameters, albedo/haze/ozone (i.e., opacity), photolysis rates and a file with chemistry parameters.

Surface characteristic parameters, including topographic elevation, Leaf Area Index (LAI), vegetative distribution, and water/land boundaries are input to CAMx via a land-use file. The land-use file provides the fractional contribution of 26 land-use categories per grid cell, as defined by Zhang et al (2003). The land use file was developed using version 3 of the Biogenic Emissions Land Use Database for areas outside the U.S. and the 2006 National Land Cover Dataset for the U.S. For Texas and surrounding states, updated land-use files developed by Texas A&M University (Popescu et al., 2012) were used. The land use file, in addition to the land-use categories, has LAI ratios. LAI is the ratio of total upper leaf surface of vegetation divided by the surface area of the land on which the vegetation grows. LAI is a dimensionless value, typically ranging from zero for bare ground to over seven for a dense forest. Monthly averaged LAI was created from the eight-day 1 km resolution MODIS MCD15A2 product.

Spatially resolved opacity and photolysis rates that are specific to the chemistry parameters for the CB6 mechanism are input to CAMx via a photolysis rates file and an opacity file. The chemistry parameters for the CB6 mechanism are provided in the

---

[21] User's Guide Comprehensive Air Quality Model with Extensions (CAMx), Version 6.30, Ramboll Environ, Inc., April 2016, available at http://www.camx.com/files/camxusersguide_v6-30.pdf

chemistry parameters file. Episode-specific satellite data from the Total Ozone Mapping Spectrometer were used to prepare the clear-sky photolysis rates and opacity files. Photolysis rates are internally adjusted by CAMx according to cloud and aerosol properties using the inline Tropospheric Ultraviolet Visible model.

The CAMx model configuration was applied to the 2012 base case using the episode-specific meteorological inputs, biogenic and anthropogenic emission inputs, and initial and boundary conditions described above. The CAMx modeling results were compared to the measured ozone and ozone precursor concentrations at all regulatory monitoring sites in the rpo_12km domain, which resulted in several modeling iterations to implement improvements to the meteorological modeling, emissions modeling, and subsequent CAMx modeling. Various configuration changes such as the choice of biogenic emission models, land-use model used in WRF modeling, impact of cloud assimilation, etc., were evaluated along with updates to various anthropogenic emissions categories.

Statistical metrics such as Mean Bias (MB), Mean Error (ME), Normalized Mean Bias (NMB), Normalized Mean Error (NME), and RMSE were calculated by comparing monitored (measured) and bi-linearly interpolated modeled ozone concentrations for all episode days and monitors. These statistical metrics were used to evaluate the different configurations and arrive at the final configuration used for the 2015 Ozone NAAQS Transport SIP revision.

Episode-wide model performance statistics and graphics for the final modeling configuration are presented below. Figure 3-26: *Mean Bias for the May through September 2012 Episode at AQS Monitoring Sites* shows the mean bias for all the EPA Air Quality System (AQS)[22] monitoring sites for the May through September 2012 episode for days with observed Maximum Daily Average Eight-Hour (MDA8) ozone concentration greater than or equal to 60 ppb. Figure 3-26 shows that the mean biases for days with MDA8 greater than 60 ppb differ by region, with monitors along the East Coast showing positive bias while monitors on the West Coast show negative biases. Most monitors have a mean bias in the range of ± 5 ppb on high ozone days, which is acceptable model performance (Simon *et al.*,2012). Figure 3-27: *RMSE for May through September 2012 Episode at AQS Monitoring Sites* shows the RMSE for each of the AQS monitoring sites on days with observed MDA8 greater than 60 ppb. The RMSE at most monitors in the modeling domain were in the range of 6 to 12 ppb. However, monitors along the northeast and the southwest coast had higher deviations with RMSE in the 16 to 20 ppb range. Table 3-7: *Statistical Model Performance Evaluation Metrics for TCEQ's 2015 Ozone NAAQS Transport SIP Revision Configuration* provides the statistical metrics for the May through September 2012 episode on days with observed MDA8 greater than 60 ppb for each of the NCDC Climate Regions.

---

[22] https://www.epa.gov/aqs



**Figure 3-26: Mean Bias for the May through September 2012 Episode at AQS Monitoring Sites**



**Figure 3-27: RMSE for May through September 2012 Episode at AQS Monitoring Sites**

**Table 3-7: Statistical Model Performance Evaluation Metrics for TCEQ's 2015 Ozone NAAQS Transport SIP Revision Configuration**

| Climate Region | No. of Obs | MB (ppb) | ME (ppb) | NMB (%) | NME (%) | RMSE (ppb) |
|---|---|---|---|---|---|---|
| Northeast | 5281 | 4.1 | 8.4 | 5.9 | 12.2 | 11.0 |
| Ohio Valley | 9861 | -2.5 | 6.8 | -3.6 | 10.0 | 8.5 |
| Upper Midwest | 2950 | -6.2 | 8.3 | -8.9 | 11.9 | 9.9 |
| Southeast | 3203 | 3.1 | 6.8 | 4.7 | 10.2 | 8.8 |
| South | 5020 | -3.9 | 6.5 | -5.7 | 9.6 | 8.1 |
| Southwest | 7215 | -5.5 | 7.1 | -8.4 | 10.8 | 9.0 |
| Northern Rockies | 1084 | -7.5 | 8.6 | -11.8 | 13.4 | 10.4 |
| Northwest | 193 | -7.0 | 8.2 | -10.9 | 12.7 | 10.2 |
| West | 10672 | -9.2 | 10.4 | -13.1 | 14.9 | 12.7 |
| National | 45479 | -3.9 | 8.0 | -5.7 | 11.7 | 10.1 |

Overall, the base case modeling showed reasonable model performance and is comparable with the EPA's modeling documented in the 2015 Transport NODA. Although the EPA had better performance in the Northeast climate region, in the South

climate region, which includes Texas and surrounding states, the TCEQ's modeling performed better than the EPA's. Detailed performance evaluation for the 2012 base case modeling episode is included in Appendix C: *Photochemical Model Performance Evaluation for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard.*

## 3.2.4 Future Year Modeling

Future year modeling is used to predict ozone concentrations and calculate a $DV_F$ at each AQS monitor in the modeling domain in the future year, 2023. In future year modeling, the same modeling episode (May through September 2012) is used, but with projected future anthropogenic emissions. Future year modeling predicts the change in ozone concentrations due to changes in anthropogenic emissions in a future year while keeping the meteorological and natural emissions (biogenic and wildfires) inputs constant. Future year modeling answers the question: what would the ozone concentrations be in the future if the same meteorological conditions (that resulted in a high ozone episode in the past) were to repeat?

The meteorological inputs generated for May through September 2012 using the WRF model and described in section 3.2.3.1: *Meteorological Modeling* were used as inputs to the CTM in the future year modeling.

### 3.2.4.1 Emissions Modeling

For future year modeling, emissions inventories were developed for the anthropogenic emissions source categories by applying growth and control factors to base year emissions. Growth and control factors are developed based on the projected growth in the demand for goods and services, along with the reduction in emissions expected from state, local, and federal control programs. Figure 3-28: *Future Year Representative Day Total Anthropogenic Precursor Emissions by Geographic Region* shows the total projected anthropogenic precursor emissions in the rpo_12km domain by major geographic region on a representative 2023 summer weekday in tons per day. Figure 3-29: *Future Year Representative Day Total Anthropogenic Precursor Emissions by Source Category* shows the total projected anthropogenic precursor emissions in the rpo_12km domain by source category for a sample 2023 summer weekday in tons per day.



**Figure 3-28: Future Year Representative Day Total Anthropogenic Precursor Emissions by Geographic Region**



**Figure 3-29: Future Year Representative Day Total Anthropogenic Precursor Emissions by Source Category**

Since biogenic emissions are dependent upon the meteorological conditions on a given day, the same episode-specific emissions that were used in the base case modeling

3-34

were also used in the 2023 future year modeling. Since future year wildfires cannot be predicted, the wildfire emissions inventory developed for the base case modeling was also used in the 2023 future year modeling. Details regarding the development of the 2023 emissions inventory, including projection tools, projection growth factors and federal/state/local rules and programs incorporated are provided in Appendix B.

## 3.2.4.2 Initial and Boundary Conditions

For future year modeling, updated 2023 initial and boundary conditions were developed by running GEOS-Chem again. The 2023 initial and boundary conditions were developed by using projected 2023 anthropogenic emissions inventories with the same GEOS-Chem meteorological and CTM configurations as the 2012 base case. The 2023 anthropogenic emissions were updated from the base year using projected growth factors. Emissions in North America (specifically, the continental U.S., southern Canada, and northern Mexico) were projected using the same methods used by the TCEQ to project anthropogenic emissions in the rpo_12km domain as explained in Appendix B. In all other areas of the GEOS-Chem domain, emissions projection factors from the Representative Concentration Pathway (RCP85) Database[23] were used to develop the 2023 anthropogenic emissions. Since the RCP85 data are only available at 5 or 10 year intervals (e.g., 2000, 2005, 2010, 2020, etc.), emission projections factors for 2023 were linearly interpolated from changes between the two nearest projection years. Details of the emissions projections methodology are available in the TCEQ Project FY2016-16 report *Updated Boundary Conditions for CAMx Modeling.*[24]

Figure 3-30: *2023 East Boundary Condition Cross-Section for July 18, 2012 Episode Day*, Figure 3-31: *2023 West Boundary Condition Cross-Section for July 18, 2012 Episode Day*, Figure 3-32: *2023 North Boundary Condition Cross-Section for July 18, 2012 Episode Day*, and Figure 3-33: *2023 South Boundary Condition Cross-Section for July 18, 2012 Episode Day* show samples of the 2023 east, west, north and south boundary conditions for July 18, 2012 episode day for the three-hour window of 12 p.m. to 3 p.m.

---

[23] https://tntcat.iiasa.ac.at/RcpDb/dsd?Action=htmlpage&page=welcome
[24] "Updated Boundary Conditions for CAMx Modeling", Nopmongcol *et al*, July 2016, https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/pm/5821662241FY1615-20160729-environ-GEOSChem_BC_for_CAMx.pdf



**Figure 3-30:  2023 East Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-31:  2023 West Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-32:  2023 North Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-33:  2023 South Boundary Condition Cross-Section for July 18, 2012 Episode Day**

3.2.4.3 Photochemical Modeling

For future year modeling, the 2023 anthropogenic emissions inventories were input along with the 2012 meteorological, biogenic, and wildfire emissions to the CAMx model configuration detailed in the section 3.2.3: *Base Case Modeling*. The output of the future year modeling, ozone concentrations for each grid cell in the rpo_12km domain, was post-processed to obtain the 2023 $DV_F$ at each AQS monitor in the rpo_12km domain.

*Projected Nonattainment Monitors*

The methodology described in EPA Modeling Guidance was used to determine the 2023 $DV_F$ at each monitor in the rpo_12km domain. A monitor's $DV_F$ is calculated by multiplying the Relative Response Factor (RRF) by a baseline year design value ($DV_B$) as shown in *Equation 3-1: Future Year Design Value Calculation for a Monitor.*

$$DV_F = RRF \times DV_B$$

**Equation 3-1: Future Year Design Value Calculation for a Monitor**

The RRF is the ratio of the average future year modeled MDA8 ozone concentrations to the average base year modeled MDA8 ozone concentrations on the top 10 modeled MDA8 base year days. In accordance with EPA Modeling Guidance, the maximum concentration of the three-by-three grid cell array surrounding each monitor on the top 10 base year days with modeled MDA8 above 60 ppb was used to calculate the RRF for each monitor. The $DV_B$ is the average of the regulatory design values for the three consecutive years containing the base year, as shown in Figure 3-34: *Baseline Design Value ($DV_B$) for the 2015 Ozone NAAQS Transport SIP.*



**Figure 3-34:  Baseline Design Value (DV$_B$) for the 2015 Ozone NAAQS Transport SIP Revision**

Figure 3-35: *2023 Future Design Value (DV$_F$) for the AQS Monitors in the RPO_12km Domain* shows a map of the rpo_12km domain with the 2023 DV$_F$ for each AQS monitor.



**Figure 3-35:  2023 Future Design Value (DV_F) for the AQS Monitors in the RPO_12km Domain**

*Projected Maintenance Monitors*

In Step 1, in addition to identifying the monitors projected to be in nonattainment in 2023 as described above, monitors projected to have maintenance issues were also identified. To identify monitors that could have maintenance issues in 2023, the TCEQ calculated Maintenance Future Year Design Values (MDV_F). The 2023 MDV_F is calculated using the same equation presented in Equation 3-1, except that the DV_B is the most recent, instead of the average, of the three regulatory design values containing the base year. Therefore, since 2012 is the base year, the 2014 design value that is the latest regulatory design value that contains the base year of 2012 is used as DV_B. For monitors with no regulatory 2014 design value, the 2013 or 2012 design values were used as applicable. The regulatory design values after 2014, namely 2015 and 2016, are not used since these design values do not include monitored data from the modeling base year of 2012.

The TCEQ's approach for identifying maintenance monitors differs from the approach used by the EPA in the 2015 Transport NODA. The EPA used the maximum of the three consecutive regulatory design values containing the base year as the DV_B to identify maintenance monitors. However, as the TCEQ commented, this approach is not appropriate for monitors with design values that have been decreasing because of emissions reductions and not merely due to meteorological variability. The TCEQ's approach takes into consideration both meteorological variability (since the latest regulatory design value is itself an average of the fourth highest measured

concentrations for three years) and any emissions reductions that might have occurred. It should be noted that it is possible that the latest regulatory design value might also be the maximum design value. Figure 3-36: *2023 Maintenance Future Year Design Value (MDV$_F$) for the AQS Monitors in the RPO_12km Domain* shows the MDV$_F$ for all the AQS monitors in the rpo_12km domain.



**Figure 3-36:  2023 Maintenance Future Year Design Value (MDV$_F$) for the AQS Monitors in the RPO_12km Domain**

### 3.3 STEP 2: SOURCE APPORTIONMENT AND IDENTIFICATION OF DOWNWIND MONITORS TAGGED FOR FURTHER REVIEW

Section 3.2 detailed how photochemical modeling was used in the relative sense to identify monitors projected to be in nonattainment or have maintenance issues in 2023. In this section, details on Step 2 and the identification of the subset of monitors that might be impacted by Texas emissions from the approximately 1200 AQS monitors in the rpo_12km domain are presented. The subset of monitors tagged in Step 2 were further reviewed in Step 3 to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at that monitor.

The Anthropogenic Culpability Precursor Analysis (APCA) tool was used to identify and tag the subset of downwind monitors that might be impacted by Texas emissions (and will be further reviewed in Step 3). APCA is a probing tool in CAMx that is used to apportion the modeled ozone concentration at each grid cell at each simulation hour to specific user-defined geographic regions and/or source categories. APCA does this by keeping track of the origin of the NO$_x$ and VOC precursors creating the ozone in each grid cell for each time step during the model run.

The APCA contribution categories chosen were to facilitate better understanding of interstate problems at the monitors within the rpo_12km domain. Since Step 2 is to identify monitors that might be impacted by Texas emissions, the TCEQ considered Texas anthropogenic emissions as a contribution category for this SIP revision. Anthropogenic emissions from other states in the continental U.S. were grouped together as one contribution category. Other contribution categories were chosen to separate out the impacts of emissions that are not directly related to interstate problems such as biogenics, fires, ocean, etc. The following are source contribution categories that were used in the APCA model run:

- Texas Anthro – $NO_x$ and VOC emissions from Texas anthropogenic sources;

- Non-Texas U.S. Anthro – $NO_x$ and VOC emissions from anthropogenic sources in the 47 other states of the continental U.S.;

- Non-U.S. Anthro – $NO_x$ and VOC emissions from southern Canadian and northern Mexican anthropogenic sources included in the rpo_12km domain;

- Ocean Anthro – $NO_x$ and VOC emissions from ocean-going vessels and off-shore oil and gas platforms;

- Biogenic Emissions;

- Fires; and

- Initial and boundary conditions.

Figure 3-37: *APCA Geographic Regions for the 2015 Ozone NAAQS Transport SIP* shows a map of the APCA contribution categories with Texas in red, Non-Texas U.S. in pink, Non-U.S. in lavender, and Ocean in blue.



**Figure 3-37:  APCA Geographic Regions for the 2015 Ozone NAAQS Transport SIP Revision**

The outputs of an APCA model run are the total modeled hourly concentration and the breakdown of the total concentration by each user-specified contribution category for each grid cell of the domain for each hour of the episode. For example, as part of the 2023 APCA simulation, for cell index [242, 78], which contains the Manvel Croix monitor, the hourly modeled ozone concentration is 72.21 ppb on episode day July 14 at 12:00 p.m. Central Standard Time (CST). The total ozone concentration of 72.21 ppb in the cell is apportioned to the specified contribution categories as shown in Table 3-8: *Apportion of Total Ozone Concentration for cell index [242, 78] on episode day July 14 at 12:00 p.m. CST to Contribution* Categories.

**Table 3-8:   Apportion of Total Ozone Concentration for cell index [242, 78] on episode day July 14 at 12:00 p.m. CST to Contribution Categories**

| Category | Contribution |
|---|---|
| Texas anthropogenic emissions | 48.41 |
| Non-Texas US anthropogenic emissions | 0.72 |
| Non-US anthropogenic emissions | 0.25 |
| Ocean anthropogenic emissions | 7.71 |
| Fire emissions | 0.32 |
| Biogenic emissions | 4.91 |
| Boundary conditions | 9.90 |

Figure 3-38: *Breakdown of Total Hourly Modeled Ozone Concentration by APCA Contribution Categories for the Manvel Croix Monitor Grid Cell on July 14 at 12:00 p.m. CST* is a graphical representation of the breakdown of the total hourly modeled concentration in the grid cell containing the Manvel Croix monitor on July 14 (contained within the red box) at 12:00 p.m. CST (identified by a gold star) by each APCA contribution category.



**Figure 3-38:  Breakdown of Total Hourly Modeled Ozone Concentration by APCA Contribution Categories for the Manvel Croix Monitor Grid Cell on July 14 at 12:00 p.m. CST**

In an APCA model run, the sum concentrations apportioned to each contribution category will always equal the total modeled concentration for each grid cell for each hour. APCA apportions ozone formed due to the interaction of biogenic and anthropogenic precursor emissions by recognizing that biogenic emissions as a non-controllable category. Therefore, APCA apportions/attributes ozone formed from such interactions to the anthropogenic precursor emissions. Details of how APCA results were used to tag downwind nonattainment and maintenance monitors for further review are presented in this section.

To identify nonattainment and maintenance monitors for further review, Texas contribution to the monitor's 2023 $DV_F$ (2023 $TX_{DVF}$) was evaluated. The following methodology was used to determine the 2023 $TX_{DVF}$.

1.  Calculate the 2023 MDA8 total concentration for each grid cell for each episode day.

2.  Calculate the 2023 MDA8 Texas contribution using the hourly apportioned concentration for Texas for each grid cell for each episode day, using contributions from the hours that comprised the MDA8 concentration for that day.

3.  For each monitor, calculate the ratio of the average of the 2023 MDA8 Texas contribution to the average of the 2023 MDA8 total concentration from the same days and grid cells used in the 2023 $DV_F$ calculation for that monitor.

4.  Calculate the 2023 $TX_{DVF}$ for each monitor by multiplying the 2023 $DV_F$ for that monitor by the ratio calculated in the previous step for that monitor.

In addition to determining $TX_{DVF}$, the contribution of each APCA category to the 2023 $DV_F$ for each AQS monitor in the rpo_12km domain was also calculated using the steps outlined above.

### 3.3.1 Identification of Nonattainment Monitors for Further Review

Two criteria were used to tag downwind nonattainment monitors for further review - a monitor's 2023 $DV_F$ is greater than or equal to 71 ppb and the monitor's 2023 $TX_{DVF}$ is greater than or equal to 0.7 ppb. Table 3-9: *Downwind Nonattainment Monitors Tagged for Further Review*, sorted by state, provides details such as AQS ID, site name, state and county, 2023 $DV_F$, and 2023 $TX_{DVF}$, of the downwind nonattainment monitors tagged for further review in Step 3.

**Table 3-9:  Downwind Nonattainment Monitors Tagged for Further Review**

| AQS ID | Site Name | State | County | 2023 $DV_F$ (ppb) | 2023 $TX_{DVF}$ (ppb) |
|---|---|---|---|---|---|
| 80350004 | Highland Reservoir | Colorado | Douglas | 73 | 1.42 |
| 80590006 | Chatfield State Park | Colorado | Jefferson | 72 | 1.26 |
| 80590011 | Rocky Flats | Colorado | Jefferson | 71 | 1.26 |
| 80690011 | National Renewable Energy Labs-NREL | Colorado | Larimer | 72 | 1.22 |
| 40038001 | Chiricahua National Monument | Arizona | Cochise | 71 | 1.06 |
| 60371201 | Reseda | California | Los Angeles | 80 | 0.76 |
| 60371701 | Pomona | California | Los Angeles | 80 | 0.72 |
| 60376012 | Santa Clarita | California | Los Angeles | 87 | 0.9 |
| 60658001 | Rubidoux | California | Riverside | 88 | 0.73 |
| 60658005 | Mira Loma (Van Buren) | California | Riverside | 84 | 0.71 |
| 60710001 | Barstow | California | San Bernardino | 71 | 0.84 |
| 60710306 | Victorville-Park Avenue | California | San Bernardino | 76 | 0.81 |
| 60711004 | Upland | California | San Bernardino | 91 | 0.88 |
| 60714001 | Hesperia-Olive Street | California | San Bernardino | 82 | 0.86 |
| 60714003 | Redlands | California | San Bernardino | 94 | 0.74 |

### 3.3.2 Identification of Maintenance Monitors for Further Review

Two criteria were used to tag downwind maintenance monitors for further review – a monitor's 2023 $MDV_F$ is greater than or equal to 71 ppb and the monitor's 2023 $TX_{DVF}$ is greater than or equal to 0.7 ppb. Table 3-10: *Downwind Maintenance Monitors Tagged for Further Review*, sorted by state, provides details such as AQS ID, site name, state

and county, 2023 $MDV_F$, and 2023 $TX_{DVF}$, of the downwind maintenance monitors tagged for further review in Step 3.

**Table 3-10: Downwind Maintenance Monitors Tagged for Further Review**

| AQS ID | Site Name | State | County | 2023 $MDV_F$ (ppb) | 2023 $TX_{DVF}$ (ppb) |
|--------|-----------|-------|--------|--------------------|------------------------|
| 80350004 | Highland Reservoir | Colorado | Douglas | 72 | 1.42 |
| 80590006 | Chatfield State Park | Colorado | Jefferson | 73 | 1.26 |
| 80590011 | Rocky Flats | Colorado | Jefferson | 71 | 1.26 |
| 80690011 | National Renewable Energy Labs-NREL | Colorado | Larimer | 71 | 1.22 |
| 80050002 | Highland Reservoir | Colorado | Arapahoe | 71 | 1.15 |
| 60371201 | Reseda | California | Los Angeles | 78 | 0.76 |
| 60371701 | Pomona | California | Los Angeles | 82 | 0.72 |
| 60376012 | Santa Clarita | California | Los Angeles | 86 | 0.9 |
| 60658001 | Rubidoux | California | Riverside | 85 | 0.73 |
| 60658005 | Mira Loma (Van Buren) | California | Riverside | 83 | 0.71 |
| 60710001 | Barstow | California | San Bernardino | 72 | 0.84 |
| 60710306 | Victorville-Park Avenue | California | San Bernardino | 77 | 0.81 |
| 60711004 | Upland | California | San Bernardino | 90 | 0.88 |
| 60714001 | Hesperia-Olive Street | California | San Bernardino | 79 | 0.86 |
| 60714003 | Redlands | California | San Bernardino | 91 | 0.74 |

Except for the Highland Reservoir (AQS ID: 80050002) monitor in Arapahoe County, Colorado, all the maintenance monitors are also nonattainment monitors.

In the 2015 Transport NODA, the EPA's modeling linked Texas to six monitors based solely because modeled contributions to a monitor's future year design value were greater than or equal to 0.7 ppb. Table 3 11: *Monitors Linked to Texas by EPA Modeling in the 2015 Transport NODA* shows the six monitors, the 2023 $DV_F$ and modeled Texas contributions to $DV_F$ from the EPA's modeling and the corresponding values determined using the TCEQ's modeling.

**Table 3-11: Monitors Linked to Texas by EPA Modeling in the 2015 Transport NODA**

| AQS ID | State | County | 2023 DV$_F$ in EPA Modeling (ppb) | 2023 TX$_{DVF}$ in EPA Modeling (ppb) | 2023 DV$_F$ TCEQ Modeling (ppb) | 2023 TX$_{DVF}$ in TCEQ Modeling (ppb) |
|---|---|---|---|---|---|---|
| 260050003 | Michigan | Allegan | 68.8 | 2.49 | 71 | 0.59 |
| 551170006 | Wisconsin | Sheboygan | 71.0 | 1.92 | 70 | 0.73 |
| 240251001 | Maryland | Harford | 71.3 | 0.91 | 65 | 0.69 |
| 360850067 | New York | Richmond | 71.2 | 0.77 | 62 | 0.67 |
| 361030002 | New York | Suffolk | 71.3 | 0.71 | 67 | 0.63 |
| 80590011 | Colorado | Jefferson | 69.7 | 1.03 | 71 | 1.26 |

In the EPA's modeling, five of the six monitors linked to Texas were located in eastern states, whereas all the monitors tagged for further review by the TCEQ's modeling are located in western states.[25] This difference is due to key changes made by the TCEQ to address several critical concerns with the EPA's methodology in the 2015 Transport NODA; therefore, the TCEQ focused only on the monitors tagged for further review by TCEQ modeling and shown in Table 3-9 and Table 3-10 to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance.

The downwind nonattainment and maintenance monitors tagged for further review are in three states: Arizona, California, and Colorado. To aid further review and analysis of the tagged monitors, APCA runs were conducted with additional contribution categories: California Anthro, Colorado Anthro, New Mexico Anthro, Kansas Anthro, Nebraska Anthro, Wyoming Anthro, Utah Anthro, California Anthro, Arizona Anthro, Nevada Anthro and Oregon Anthro. Figure 3-39: *Map of Additional APCA Geographic Regions Based on Location of Tagged Monitors* shows all the geographic contribution regions used in the APCA runs for this 2015 Ozone NAAQS Transport SIP revision.

---

[25] Per the EPA, Eastern states include all states from Texas northward to North Dakota and eastward to the East Coast while the Western states include the 11 western contiguous states of Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming (FR 82, 1737).



**Figure 3-39:  Map of Additional APCA Geographic Regions Based on Location of Tagged Monitors**

### 3.4 STEP 3: ANALYSIS TO DETERMINE IF TEXAS EMISSIONS CONTRIBUTE SIGNIFICANTLY TO NONATTAINMENT OR INTERFERE WITH MAINTENANCE AT TAGGED MONITORS

This section describes the analysis used to determine whether Texas emissions significantly contribute to nonattainment or interfere with maintenance at the sixteen downwind monitors that were tagged for further review in Step 2. To make this determination, a weight-of-evidence approach was used. Interstate transport is a complex problem and a nuanced approach that takes into consideration the factors relevant to the ozone conditions at the tagged monitors is required. Examples of factors considered include the current attainment status of the monitors, design value trends, the meteorological conditions that lead to high ozone formation at the monitor, and the number of days with elevated ozone (observed and modeled).

Since there could be considerable variation in the characteristics of the ozone problem at each monitor, not all factors were considered or analyzed for every monitor. In addition, the use of 1% of the NAAQS threshold for modeled contribution as the sole definition of significant contribution is inappropriate for the 2015 ozone NAAQS since the more stringent 0.7 ppb threshold is an order of magnitude smaller than the biases and errors typically documented for regional photochemical modeling (Simon *et al.*, 2012). The Texas contribution should be deemed "significant" only if there is a persistent and consistent pattern of contribution **on several days with elevated**

**ozone**. Analysis is presented for each state with a tagged downwind monitor in the following sections.

### 3.4.1 Colorado Monitors

Modeling tagged four Colorado nonattainment monitors, as shown in Table 3-9, for further review. In addition to these monitors, modeling also tagged one Colorado maintenance monitor, the Highland Reservoir (AQS ID 080050002) monitor, as shown in Table 3-10 for further review.

Results of in-depth analysis leads to the conclusion that Texas emissions do not contribute to nonattainment or interfere with maintenance at the five Colorado monitors tagged for further review. The conclusion is based on design value trends, number of monitored elevated ozone days, back trajectory analysis on elevated ozone days, average modeled contributions from modeled future elevated ozone days, the collective interstate contribution to the future design values, and the responsiveness to Texas emissions at these monitors. Details of the analysis are presented in the following sections.

#### 3.4.1.1 Eight-Hour Ozone Design Value Trends

Eight-hour ozone design value trends at the tagged monitors, along with the other monitors in the Denver-Aurora combined statistical area (CSA), are displayed in Figure 3-40: *Eight-Hour Ozone Design Values for Monitors in the Denver-Aurora Area.* The Colorado monitors tagged for further review are highlighted in color while the other monitors in the Denver-Aurora CSA are in gray. The four nonattainment monitors tagged for further review have the highest eight-hour ozone design values in the Denver-Aurora CSA, ranging from 80 ppb at National Renewable Energy Labs to 75 ppb at Fort Collins West. The tagged maintenance monitor does not have valid eight-hour ozone in 2016, but its last valid eight-hour ozone design value, 79 ppb in 2013, was one of the five highest eight-hour ozone design values for that year. All other monitors except one, the Welch monitor, in the Denver-Aurora area, have eight-hour ozone design values below the 2015 ozone NAAQS. Overall, eight-hour ozone design values in the Denver-Aurora area have been decreasing from 2007 through 2016. Decreases observed are modest ranging from a 2% to 10%.



**Figure 3-40:  Eight-Hour Ozone Design Values for Monitors in the Denver-Aurora Area**

3.4.1.2 Monitored Elevated Ozone Days

To investigate the contribution of Texas emissions to ozone at the tagged Colorado monitors, days that had elevated ozone at each of the five tagged monitors were identified. Any day with a monitored daily maximum eight-hour average ozone concentration greater than 70 ppb was considered an elevated ozone day. From 2012 through 2016 the number of elevated ozone days at the Colorado monitors ranged from a high of 116 days at Rocky Flats to a low of 46 days at Highland Reservoir. In order to better characterize the ozone problem at the Colorado monitors and have more days with elevated ozone, the number of years evaluated was increased from five to ten. Using ten years of data more than doubled the number of elevated ozone days at some of the monitors, with a high of 237 days at Rocky Flats and a low of 78 days at Highland Reservoir. The number of elevated ozone days at each tagged monitor from the past 10 years is shown in Figure 3-41: *Number of Elevated Eight-Hour Ozone Days at the Tagged Colorado Monitors for the years 2007 through 2016*. Figure 3-41 shows that the five monitors seem to have similar trends with varying levels of severity. Trends in elevated ozone days overall appear to be decreasing, with a peak occurring in 2012. Over the past 10 years, all five tagged monitors in Colorado observed the highest number of elevated ozone days in 2012. The Rocky Flats monitor historically observed the most elevated ozone days until the most recent two years (2015 and 2016), when the National Renewable Energy Labs monitor observed the highest number of elevated ozone days.



**Figure 3-41: Number of Elevated Eight-Hour Ozone Days at the Tagged Colorado Monitors for the years 2007 through 2016**

3.4.1.3 Back Trajectory Analysis on Elevated Ozone Days

The elevated ozone days identified were used as a starting point to examine back trajectories from the tagged monitors. NOAA's HYbrid Single-Particle Lagrangian Integrated Trajectory (HYSPLIT) back trajectory model was used to run 72-hour back trajectories for each elevated ozone day at each tagged monitor. A test run of back trajectories for the top 10 modeled high ozone days showed that some endpoints reached Texas only after 72 hours; therefore, it was determined that 72 hours was an appropriate length of time to determine whether air from Texas reaches Colorado on a given day. The time of daily maximum one-hour ozone on the elevated eight-hour ozone day was used as the starting hour for each trajectory. If the maximum one-hour ozone occurred over multiple hours, then multiple trajectories were run, using each different hour as the starting hour. Three starting heights were used, 500 m AGL, 1000 m AGL, and 1500 m AGL.

To look for probable cases where pollution from Texas was transported to Colorado, back trajectories were filtered for the following two conditions: back trajectories that did not hit the surface (zero m AGL) at any time during the 72-hour run, and back trajectories that started within the HYSPLIT calculated mixing layer in Colorado. The filtering criteria ensured that the back trajectories used were those that capture air that would affect the ground level monitor. The total number of HYSPLIT back trajectories and the number of trajectories that meet the filtering criteria are

summarized in Table 3-12: *Number of HYSPLIT Back Trajectories at Each Tagged Colorado Monitor*.

**Table 3-12: Number of HYSPLIT Back Trajectories at Each Tagged Colorado Monitor**

| AQS ID | Site Name | Number of Back Trajectories | Number of Back Trajectories that Meet Filter Criteria | Percent of Back Trajectories that Meet Filter Criteria |
|---|---|---|---|---|
| 80050002 | Highland Reservoir | 282 | 189 | 67% |
| 80350004 | Chatfield State Park | 594 | 367 | 62% |
| 80590006 | Rocky Flats | 846 | 578 | 68% |
| 80590011 | National Renewable Energy Labs-NREL | 624 | 380 | 61% |
| 80690011 | Fort Collins-West | 663 | 434 | 65% |

The filtered back trajectories are displayed on the map in Figure 3-42: *HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged Colorado Monitors*. For a trajectory (whether run forward or backward in time), the estimated location of the air parcel during each hour of the trajectory is referred to as an endpoint. The green endpoints represent an air parcel that is located above the mixing layer while the purple endpoints represent an air parcel that is located within the mixing layer. It is important to know which endpoints are located within the mixing layer because an endpoint in the mixing layer would demonstrate a clearer case of emissions at that location being transported to the starting location. Although it is difficult to see any detail for specific trajectories in the Colorado area, the map shows back trajectory end points that end in Texas. Out of the 1,948 back trajectories with 134,185 endpoints displayed in Figure 3-42, 116 back trajectories (6%) with a total of 2,019 endpoints (1.5%) reach Texas. Of those 2,019 endpoints, 912 are located within the mixing layer over Texas, meaning 0.68% of endpoints are located within the Texas mixing layer.



**Figure 3-42:  HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged Colorado Monitors**

Although most back trajectories do not reach Texas on elevated ozone days in Colorado, further analysis was necessary to indicate whether the days where trajectories that reached Texas had a significant impact on ozone levels in Colorado. To investigate further, the number of trajectories to reach Texas from Colorado were calculated for each year from 2007 through 2016. The number of trajectories reaching Texas from each monitor were then compared to the number of elevated eight-hour ozone days for each year. The results are shown in Figure 3-43: *Number of Trajectories that Reach Texas and the Number of Elevated Eight-Hour Ozone Days at Each Tagged Colorado Monitor.* Figure 3-43 shows that the number of trajectories that reach Texas from Colorado varies by year. Most years from 2007 through 2016 show fewer than five, and some show zero trajectories that reach Texas. Of the trajectories that reach Texas from Colorado, 66% occurred during 2011 and 2012. This spike does not appear to be a pattern that repeats frequently. There were also many more elevated eight-hour ozone days observed in 2012 compared to other years. This may indicate that there were some unusual meteorological patterns that occurred that year that caused a more severe ozone season. There are years where few, if any, trajectories reach Texas and the number of elevated ozone days still remained high. For example, National Renewable Energy Labs had over 15 elevated eight-hour ozone days in 2007, 2008, 2015, and 2016, but only one trajectory reached Texas over those four years combined.



**Figure 3-43: Number of Trajectories that Reach Texas and the Number of Elevated Eight-Hour Ozone Days at Each Tagged Colorado Monitor**

While the number of elevated ozone days can indicate the severity of an ozone season, the fourth-highest eight-hour ozone concentrations provide more information on how close the area is to attaining the standard. The fourth-highest eight-hour ozone values at the tagged Colorado monitors, along with the number of trajectories that reach Texas each year, are shown in Figure 3-44: *Fourth-Highest Eight-Hour Ozone and the Number of Trajectories that Reach Texas.* Overall, trends in the fourth-highest eight-hour ozone concentrations have only slightly decreased. The increase in trajectories that reach Texas in 2012 did not appear to increase the fourth-highest eight-hour ozone values at the tagged Colorado monitors much, if at all. The fourth-highest eight-

hour ozone values in 2015 and 2016 remained above 70 ppb, even though those years observed no trajectories that reached Texas.



**Figure 3-44:  Fourth-Highest Eight-Hour Ozone and the Number of Trajectories that Reach Texas**

In summary, trajectory analysis of transport from Texas to Colorado indicates that emissions from Texas are unlikely to affect ozone concentrations in the mixing layer over Colorado on elevated ozone days. Although trajectory analysis can have uncertainty (Stein et al. 2017), the large data set examined greatly reduces the uncertainty related to small sample sizes. Filtering the back trajectories by only looking at trajectories during elevated ozone episodes, that start within Colorado's

mixing layer, that do not hit the surface, and that have endpoints within Texas' mixing layer is an attempt to find a clear case where emissions in Texas would affect the ozone in Colorado. Those filters showed that 6% of elevated ozone days in Colorado had trajectories that reached the mixing layer in Texas. Further analysis of the trajectories by year showed that 66% of days where trajectories reached the Texas mixing layer occurred in 2011 and 2012. There are many years where no trajectories reach Texas from Colorado. In the years where no trajectories reached Texas, the tagged monitors still observed a high number of elevated ozone days and fourth-highest eight-hour ozone concentrations above 70 ppb. Most importantly, the latest data (2015 and 2016) indicate that Texas was not upwind during any elevated ozone days at any of the five sites shown in Figure 3-44. Although air from Texas can reach Colorado, the air from Texas does not appear to significantly affect the ozone concentrations.

3.4.1.4 Texas Contributions on Projected Future Year Elevated Ozone Days

The previous sections showed that although there is possible transport of air parcels from Texas to the Colorado monitors on some historical monitored elevated ozone days, the probability of such transport is small. In addition to monitored elevated ozone days in the past, contributions from Texas on projected future year elevated ozone days were also evaluated. The subset of 2023 days with modeled MDA8 greater than 70 ppb was identified, and the average modeled Texas contributions for this subset of days were computed. Table 3-13: *Modeled Elevated Ozone Days in the Future Year at the Tagged Colorado Monitors* shows the number of days with modeled MDA8 greater than 70 ppb, the average eight-hour Texas ozone contribution, the average MDA8 for each of the tagged Colorado monitors, and the percentage of Texas contribution in the MDA8s.

**Table 3-13: Modeled Elevated Ozone Days in the Future Year at the Tagged Colorado Monitors**

| Site Name | AQS ID | Number of Future Elevated Days | Average Texas Contribution on Future Elevated Ozone Days (ppb) | Average MDA8 on Future Elevated Ozone Days (ppb) | Percentage of Texas Contribution in MDA8 |
|---|---|---|---|---|---|
| Highland Reservoir | 80350004 | 9 | 0.77 | 73.05 | 1.06% |
| Chatfield State Park | 80590006 | 10 | 0.89 | 73.64 | 1.21% |
| Rocky Flats | 80590011 | 11 | 0.86 | 74.09 | 1.16% |
| National Renewable Energy Labs | 80690011 | 2 | 0.56 | 73.06 | 0.77% |
| Fort Collins-West | 80050002 | 8 | 0.52 | 73.80 | 0.71% |

Table 3-13 shows that for the Colorado monitors, the expected average Texas contribution on projected future elevated ozone days is a small percentage of the projected average MDA8 on these days. The expected impact is not significant, since the average contribution is less than one ppb on very few days, especially when considering the uncertainties associated with model predictions.

### 3.4.1.5 Collective Interstate Contribution to the Future Design Value

The EPA has maintained that the nature of the interstate transport problem varies between the western and eastern states. In the EPA's 2015 Transport NODA, the EPA states "While the 1 percent screening threshold has been traditionally applied to evaluate upwind state linkages in eastern states where such collective contribution was identified, the EPA noted in the CSAPR Update Rule for the 2008 ozone NAAQS that, as to western states, there may be geographically specific factors to consider in determining whether the 1 percent screening threshold is appropriate. For certain receptors, where the collective contribution of emissions from one or more upwind states may not be a considerable portion of the ozone concentration at the downwind receptor, the EPA and states have considered, and could continue to consider, other factors to evaluate those states' planning obligation pursuant to the Good Neighbor provision" (FR 82, 1740). Although the TCEQ does not believe that 1% of the NAAQS is an appropriate threshold for determining significant contribution, it agrees that the collective contribution of interstate transport is an important factor in the overall evaluation. The EPA defines collective contribution as "...the total upwind states' contribution to ozone concentration (from linked[26] and unlinked states) based on modeling..."

The EPA has stated that the collective contribution metric is important to determine if interstate transport is a significant contributor to a monitor's nonattainment or maintenance problems.[27] The collective interstate contribution to the 2023 $DV_F$ for the tagged Colorado monitors was calculated. Table 3-14: *Collective Interstate Contribution to Future Design Value at Tagged Colorado Monitors* provides the percentage of interstate, intra-state, and background contributions to the future design values at the five tagged Colorado monitors.

---

[26] The EPA uses the term "linked" to refer to downwind monitors that have contributions to future design value greater than 1% of the NAAQS from an upwind state.

[27] In approving Nevada's Inter-State Transport SIP the EPA states "One such factor that the EPA considers relevant to determining the nature of a projected receptor's interstate transport problem is the magnitude of ozone attributable to transport from all upwind states collectively contributing to the air quality problem" (81 FR 87859).

**Table 3-14: Collective Interstate Contribution to Future Design Value at Tagged Colorado Monitors**

| Site Name | AQS ID | Percentage of 2023 DV$_F$ from Background Contribution | Percentage of 2023 DV$_F$ from Interstate Contribution | Percentage of 2023 DV$_F$ from Intra-State Contribution |
|---|---|---|---|---|
| Highland Reservoir | 80350004 | 62.12% | 9.86% | 25.44% |
| Chatfield State Park | 80590006 | 60.57% | 10.21% | 26.88% |
| Rocky Flats | 80590011 | 60.33% | 10.27% | 27.04% |
| National Renewable Energy Labs | 80690011 | 67.42% | 9.32% | 20.88% |
| Fort Collins-West | 80050002 | 62.47% | 9.88% | 25.28% |

The total interstate contribution at tagged Colorado monitors ranges from 9.32% to 10.27%. The percentage of total interstate contribution is a small percentage and not as high as the total interstate percentages EPA calculated for Eastern States, which ranged from 17% to 67%.[28] A significant portion of the tagged Colorado monitors' 2023 DV$_F$ is due to background emissions (sum of contributions from to biogenic, fires, and boundary conditions).

3.4.1.6 Direct Decoupled Method and Analysis of MDA8 Ozone Responsiveness to Texas Emissions

Direct Decoupled Method (DDM)[29] is a probing tool available in CAMx that estimates the responsiveness of ozone formation to small changes in any input parameter. The DDM method calculates for each grid cell in the domain for each simulation hour the first-order differential for ozone formation due to changes in specific inputs. DDM results can explain the responsiveness of ozone formation due to marginal changes of any input parameter. DDM results should be interpreted with care, since the method only calculates the first-order differential which assumes a linear response. Ozone formation is highly non-linear and therefore DDM results are only useful for a limited range of input perturbations.

DDM was used to gauge the responsiveness of ozone formation to Texas NO$_X$ emissions at the tagged Colorado monitors. For regional ozone problems and long-range transport, NO$_X$ emissions play a major role. As part of the CSAPR final rule the EPA stated, "Authoritative assessments of ozone control approaches have concluded that, for reducing regional scale ozone transport, a NO$_X$ control strategy is most effective, whereas VOC reductions are generally most effective locally, in more dense urbanized areas" (76 FR 48222). For these reasons, the TCEQ focused on Texas NO$_X$

---

[28] "Technical Support Document Evaluation of the Arizona Infrastructure SIP for 2008 O3 Transport (CAA 110(a)(2)(D)), U.S. EPA, Region 9, March 15, 2016, page 8 and footnotes 26 and 27.
[29] CAMx User Guide, page 177 available at http://www.camx.com/files/camxusersguide_v6-40.pdf

emissions while using DDM to evaluate the responsiveness of ozone formation at the tagged Colorado monitors.

Because it is resource intensive to use the DDM tool, it was run for a subset of the episode months, July and August, for the 2023 future year. July and August were chosen because they had the highest number of the top 10 days that went into the 2023 $DV_F$ calculation. In addition to responsiveness to Texas $NO_x$ emissions, responsiveness to Colorado $NO_x$ emissions was also calculated at the tagged monitors. Since DDM calculates the responsiveness of ozone to $NO_x$ emissions, the DDM values can be negative, indicating the destruction of ozone due to $NO_x$ titration.

A series of figures showing the DDM results for each of the tagged Colorado monitors are presented below. In each figure, the hourly responsiveness of eight-hour average ozone at the tagged monitor to Texas $NO_x$ emissions, Colorado $NO_x$ emissions, and $NO_x$ emissions from other sources excluding boundary conditions ("Other $NO_x$" emissions) are shown as a line graphs in blue, purple, and orange, respectively, with the ozone response in ppb is shown on the primary axis to the left. In addition to the responsiveness the figures also have the hourly eight-hour average ozone depicted in green line graph with markers, with the ozone concertation in ppb shown on the secondary axis to the right. The 2015 ozone NAAQS is shown as a black line.

Figure 3-45: *DDM Responsiveness of Ozone in July 2023 at Highland Reservoir* shows the responsiveness of ozone at the Highland Reservoir monitor (AQS ID: 80050002) to Texas $NO_x$ emissions, Colorado $NO_x$ emissions, and $NO_x$ emissions from other sources (excluding boundary conditions) in the rpo_12km domain for the month of July.



**Figure 3-45:  DDM Responsiveness of Ozone in July 2023 at Highland Reservoir**

In the month of July, Highland Reservoir (AQS ID: 80050002) had two elevated ozone days (July 11 and 12) and on both days, the modeled eight-hour ozone at the monitor is significantly more responsive to Colorado and "Other $NO_x$" emissions than to Texas $NO_x$ emissions. This is a critical observation because the responsiveness of ozone at this monitor to Texas $NO_x$ emissions remains flat throughout the month with no changes between days with and without elevated ozone.

Figure 3-46: *DDM Responsiveness of Ozone in August 2023 at Highland Reservoir* shows the responsiveness of ozone at the Highland Reservoir monitor (AQS ID: 80050002) to

Texas NO$_x$ emissions, Colorado NO$_x$ emissions, and NO$_x$ emissions from other sources in the rpo_12km domain (excluding boundary conditions) for the month of August.



**Figure 3-46:  DDM Responsiveness of Ozone in August 2023 at Highland Reservoir**

Similar to the July results, the responsiveness of eight-hour ozone to Texas NO$_x$ emissions at Highland Reservoir (AQS ID: 80050002) is near zero and stays flat in the month of August. Figure 3-45 and Figure 3-46 show that the modeled eight-hour ozone at Highland Reservoir (AQS ID: 80050002) is not responsive to Texas NO$_x$ emissions, during the period studied.

Figure 3-47: *DDM Responsiveness of Ozone in July 2023 at Chatfield State Park* shows the responsiveness of ozone at Chatfield State Park (AQS ID 80350004) to Texas NO$_x$ emissions, Colorado NO$_x$ emissions, and NO$_x$ emissions from other sources in the rpo_12km domain (excluding boundary conditions) for the month of July while Figure 3-48: *DDM Responsiveness of Ozone in August 2023 at Chatfield State Park* does the same for the month of August. Chatfield State Park has fewer elevated ozone days than Highland Reservoir but shows a similar pattern of very limited responsiveness to Texas NO$_x$ emissions.



**Figure 3-47:  DDM Responsiveness of Ozone in July 2023 at Chatfield State Park**



**Figure 3-48:  DDM Responsiveness of Ozone in August 2023 at Chatfield State Park**

Figure 3-49: *DDM Responsiveness of Ozone in July 2023 at Rocky Flats* and Figure 3-50: *DDM Responsiveness of Ozone in August 2023 at Rocky Flats* show the responsiveness of ozone at Rocky Flat (AQS ID: 80590006) to Texas $NO_x$ emissions, Colorado $NO_x$ emissions, and $NO_x$ emissions from other sources in the rpo_12km domain (excluding boundary conditions) for the months of July and August, respectively.

Rocky flats (AQS ID: 80590006) shows a small (approximately 2 ppb) responsiveness to Texas $NO_x$ emissions in mid to late July. However, when ozone at the monitor is responsive to Texas $NO_x$ emissions, elevated ozone was not observed except for a minor response on one day, July 23.



**Figure 3-49:  DDM Responsiveness of Ozone in July 2023 at Rocky Flats**



**Figure 3-50:  DDM Responsiveness of Ozone in August 2023 at Rocky Flats**

Figure 3-51: *DDM Responsiveness of Ozone in July 2023 at National Renewable Energy Labs-NREL* and Figure 3-52: *DDM Responsiveness of Ozone in August 2023 at National Renewable Energy Labs-NREL* show the responsiveness of ozone at National Renewable Energy Labs – NREL (AQS ID: 80590011) to Texas $NO_x$ emissions, Colorado $NO_x$ emissions, and $NO_x$ emissions from other sources in the rpo_12km domain (excluding boundary conditions) for the months of July and August, respectively. In this case, there appears to be some minor responsiveness to Texas' $NO_x$ emissions on two high ozone days in the third week of July, but similar to other Colorado monitors studied the degree of responsiveness is overwhelmed by the responsiveness to Colorado and "Other $NO_x$" emissions.



**Figure 3-51:  DDM Responsiveness of Ozone in July 2023 at National Renewable Energy Labs-NREL**



**Figure 3-52: DDM Responsiveness of Ozone in August 2023 at National Renewable Energy Labs-NREL**

Figure 3-53: *DDM Responsiveness of Ozone in July 2023 at Fort Collins-West* and Figure 3-54: *DDM Responsiveness of Ozone in August 2023 at Fort Collins-West* show the responsiveness of ozone at Fort Collins-West (AQS ID: 80690011) to Texas $NO_x$ emissions, Colorado $NO_x$ emissions, and $NO_x$ emissions from other sources in the rpo_12km domain (excluding boundary conditions) for the months of July and August, respectively. At Fort Collins-West the highest ozone days recorded in July or August were well below 71 ppb, so while ozone peak concentrations showed marginal responsiveness to Texas $NO_x$ emissions on a few days, clearly there was no significant contribution during this period.



**Figure 3-53: DDM Responsiveness of Ozone in July 2023 at Fort Collins-West**



**Figure 3-54:  DDM Responsiveness of Ozone in August 2023 at Fort Collins-West**

Both at National Renewable Energy Labs-NREL (AQS ID: 80590011) and Fort Collins-West (AQS ID: 80690011), the same pattern of ozone responsiveness to Texas $NO_x$ emissions as the other three tagged Colorado monitors was observed.

In summary, though the DDM analysis may on occasion exhibit a limited responsiveness (two ppb or less) to Texas $NO_x$ emissions at the tagged Colorado monitors, the instances where this occurs are infrequent and rarely coincide with elevated ozone. Of the 62 days that DDM was estimated, the number of days that met the condition of having elevated ozone (MDA8 greater than 70 ppb) and appreciable responsiveness (greater than 1 ppb) ranged from three days at National Renewable Energy Labs-NREL (AQS ID: 80590011) and Rocky flats (AQS ID: 80590006) to zero days at Fort Collins-West (AQS ID: 80690011). In virtually all events, responsiveness to Texas $NO_x$ emissions is dwarfed by that of Colorado and "Other $NO_x$" emissions.

Analysis of the design value trends, number of monitored elevated ozone days, back trajectory analysis on elevated ozone days, the modeled contributions on expected elevated ozone days, total interstate contribution, and the responsiveness of ozone formation at the tagged Colorado monitors to Texas $NO_x$ emissions leads to the conclusion that Texas emissions do not contribute significantly to nonattainment or interfere with maintenance of the 2015 ozone NAAQS at the tagged monitors in Colorado.

### 3.4.2 Arizona Monitor(s)

Modeling tagged the Chiricahua National Monument (AQS ID: 040038001) monitor in Cochise County, Arizona as a nonattainment monitor with a $TX_{DVF}$ of 1.06 ppb. A survey of the monitor's recent design values shows that the monitor is currently attaining the 2015 eight-hour ozone NAAQS with a design value of 68 and 65 ppb in 2015 and 2016, respectively. In addition, the monitor has never been designated a nonattainment monitor and has been in attainment of both the 1997 and 2008 eight-hour ozone standards. Figure 3-55*: Design Value Trends from 2007 through 2016 for Chiricahua National Monument (AQS ID: 040038001)* shows the design value trends for the monitor.



**Figure 3-55:  Design Value Trends from 2007 through 2016 for Chiricahua National Monument (AQS ID: 040038001)**

Since the monitor is already in attainment of the 2015 Eight-Hour Ozone NAAQS, it can be concluded that emissions from Texas do not significantly contribute to nonattainment at this downwind monitor. As detailed in subsection 2.3.2, *Historical Emissions Inventory Trends*, anthropogenic ozone precursor emissions in Texas have decreased significantly due to several federal, state and local regulations. Since ozone precursor emissions in Texas, particularly $NO_x$, are projected to stay capped or decrease and the design value at this monitor is currently significantly below the 2015 ozone NAAQS (65 ppb in 2016), emissions from Texas are not expected to interfere with maintenance of the 2015 ozone NAAQS.

### 3.4.3 California Monitors

Modeling tagged 10 monitors in California, as shown in Table 3-9 and Table 3-10, for further review to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance of the 2015 ozone NAAQS at the monitors. The tagged monitors are in the Los Angeles-South Coast Air Basin (South Coast) and the Los Angeles–San Bernardino (Western Mojave Desert) nonattainment areas.

After extensive analysis, it was concluded that Texas emissions do not significantly contribute to nonattainment or interfere with maintenance at the 10 California monitors tagged in Step 2. Analysis included review of the conceptual model developed by the South Coast Air Basin for eight-hour ozone at these monitors, and considered design value trends, number of monitored elevated ozone days, back trajectory analysis on elevated ozone days, average modeled contributions from modeled future elevated ozone days, and the collective interstate contribution to the future design values at these monitors. Details of the analysis are presented in the following sections.

3.4.3.1 Conceptual Model of Eight-Hour Ozone Formation at Tagged California Monitors

Both the South Coast and the Western Mojave Desert nonattainment areas have had persistent nonattainment issues and have been designated nonattainment for every federal one-hour and eight-hour ozone NAAQS (1997 and 2008). The ozone problems in the Western Mojave Desert nonattainment area are largely due to transport from the South Coast and San Joaquin Valley.[30] For the South Coast nonattainment area, the EPA,[31] quoting the South Coast Air Quality Management District, described the meteorological conditions that would contribute to ozone formation as follows:

> "The topography and climate of Southern California combine to make the Basin an area of high air pollution potential. During the summer months, a warm air mass frequently descends over the cool, moist marine layer produced by the interaction between the ocean's surface and the lowest layer of the atmosphere. The warm upper layer forms a cap over the cool marine layer and inhibits the pollutants in the marine layer from dispersing upward. In addition, light winds during the summer further limit ventilation. Furthermore, sunlight triggers the photochemical reactions which produce ozone. The region experiences more days of sunlight than any other major urban area in the nation except Phoenix."

> "The Basin's severe air pollution problem is a consequence of the combination of emissions from the nation's second largest urban area and meteorological conditions that are adverse to the dispersion of those emissions. The average wind speed for Los Angeles is the lowest of the nation's ten largest urban areas. In addition, the summertime maximum mixing height (an index of how well pollutants can be dispersed vertically in the atmosphere) in Southern California averages the lowest in the U.S. The Southern California area is also an area with abundant sunshine, which drives the photochemical reactions which form pollutants such as ozone. In the Basin, high concentrations of ozone are normally recorded during the spring and summer months."

3.4.3.2 Eight-Hour Ozone Design Value Trends

Eight-hour ozone design value trends at the tagged California monitors along with the other monitors located in the Los Angeles CSA are displayed in Figure 3-56: *Eight-Hour Ozone Design Values for Monitors in the Los Angeles Area*. The tagged California monitors are highlighted in color while the other monitors in the Los Angeles CSA are in gray. The 10 monitors tagged in Step 2 had eight-hour ozone design values, ranging from 101 ppb to 80 ppb in 2016. The Los Angeles CSA had design values ranging from

---

[30] "Technical Support Document for 2008 Ozone NAAQS Designations", Technical Analysis for Los Angeles –San Bernardino Counties (West Mojave Desert), pages 7 and 8 of 11. Accessed 8/22/2017 at https://www3.epa.gov/region9/air/ozone/pdf/R9_CA_AllTechAnalyses_FINAL2.pdf
[31] "Technical Support Document for 2008 Ozone NAAQS Designations", Technical Analysis for Los Angeles –South Coast Air Basin, page 7 of 13. Accessed 8/22/2017 at https://www3.epa.gov/region9/air/ozone/pdf/R9_CA_AllTechAnalyses_FINAL2.pdf

108 ppb to 63 ppb in 2016, and thus, none of the 10 tagged monitors recorded the highest eight-hour ozone design value for the CSA in 2016. Eight-hour ozone design values in the area have decreased overall for the past 10 years. The 10 monitors tagged for further review have observed eight-hour ozone design value decreases from 2007 through 2016 ranging from 13% at Reseda (AQS ID: 60371201) to 5% at Victorville-Park Avenue (AQS ID: 60710306).



**Figure 3-56: Eight-Hour Ozone Design Values for Monitors in the Los Angeles Area**

3.4.3.3 Monitored Elevated Ozone Days

To investigate the Texas contribution to ozone in California, days that had elevated ozone were identified at each of the 10 monitors tagged in Step 2. Any day with a monitored MDA8 ozone concentration greater than 70 ppb was considered an elevated ozone day. The number of elevated ozone days at each tagged monitor from the past five years is shown in Figure 3-57: *Number of Elevated Eight-Hour Ozone Days at the Tagged California Monitors*. As Figure 3-57 shows, the trends in the number of elevated ozone days at the 10 monitors vary. Trends in elevated ozone days overall appear to be flat. The Redlands (AQS ID: 60714003) monitor consistently observed the largest number of elevated ozone days, which ranged from a low of 76 days in 2015 to a high of 98 days in 2012. The Pomona (AQS ID: 60371701), Barstow (AQS ID: 60710001), and Reseda (AQS ID: 60371201) monitors observed the least number of elevated ozone days in the area, with Barstow (AQS ID: 60710001) observing only 18, the lowest number, of elevated ozone days in 2015.



**Figure 3-57:  Number of Elevated Eight-Hour Ozone Days at the Tagged California Monitors for the years 2012 through 2016**

3.4.3.4 Back Trajectory Analysis on Elevated Ozone Days

The elevated ozone days identified in the previous section were used as a starting point to examine back trajectories from the tagged monitors. NOAA's HYSPLIT back trajectory model was used to run 72-hour back trajectories for each elevated ozone day at each tagged monitor. The time of daily maximum one-hour ozone on the elevated eight-hour ozone day was used as the starting hour for each trajectory. If the maximum one-hour ozone occurred over multiple hours, then multiple trajectories were run, using each different hour as the starting hour. Three starting heights were used, 500 m AGL, 1000 m AGL, and 1500 m AGL.

To look for probable cases where pollution from Texas was transported to California, back trajectories were filtered for the following two conditions: back trajectories that did not hit the surface (zero m AGL) at any time during the 72-hour run, and back trajectories that started within the HYSPLIT calculated mixing layer in California. The conceptual model of ozone formation outlined for these monitors discusses the significance of the mixing layer height. Per the conceptual model, the area has very low mixing heights and a low-level subsidence inversion that prevents air transported into the basin from mixing to the surface. The filtering criteria ensured that the back trajectories used are those that capture air that would affect the ground level monitor. Due to the geography and topography of the Los Angeles area, many back trajectories

hit the ground after several hours back. In addition, on many days, the mixing layer at the tagged monitors was below 1,000 m AGL, which eliminated the trajectories that were run at higher altitudes. The total number of HYSPLIT back trajectories and the number of trajectories that meet the filtering criteria are summarized in Table 3-15: *Number of HYSPLIT Back Trajectories at Each Tagged California Monitor.*

**Table 3-15: Number of HYSPLIT Back Trajectories at Each Tagged California Monitor**

| AQS ID | Site Name | Number of Back Trajectories | Number of Back Trajectories that Meet Filter Criteria | Percent of Back Trajectories that Meet Filter Criteria |
|---|---|---|---|---|
| 60371201 | Reseda | 447 | 45 | 10% |
| 60371701 | Pomona | 567 | 44 | 8% |
| 60376012 | Santa Clarita | 1011 | 155 | 15% |
| 60658001 | Rubidoux | 936 | 201 | 21% |
| 60658005 | Mira Loma (Van Buren) | 894 | 0 | 0% |
| 60710001 | Barstow | 504 | 228 | 45% |
| 60710306 | Victorville-Park Avenue | 750 | 259 | 35% |
| 60711004 | Upland | 960 | 90 | 9% |
| 60714001 | Hesperia-Olive Street | 939 | 244 | 26% |
| 60714003 | Redlands | 1371 | 394 | 29% |

A large number of back trajectories were run for each tagged monitor, as shown in Table 3-15; however, few of the back trajectories met the filter criteria. One monitor, Mira Loma (AQS ID: 60658005) had no back trajectories out of 894 that met the criteria. These results show the difficulty in simulating conditions where an air parcel travels from Texas and ends within the mixing layer of the Los Angeles area on an elevated ozone day. This may indicate that there are not many situations when air from Texas travels to the mixing layer over Los Angeles.

The endpoints for the filtered back trajectories are displayed on the map in Figure 3-58: *HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged California Monitors.* The green endpoints represent an air parcel that is located above the mixing layer while the purple endpoints represent an air parcel that is located within the mixing layer. It is important to know which endpoints are located within the mixing layer because an endpoint in the mixing layer would demonstrate a clearer case of emissions at that location being transported to the starting location. Although it is difficult to see any trajectory detail in the California area, the map clearly shows very few back-trajectory end points end in Texas. Out of the 1,660 back trajectories with 113,467 endpoints displayed in Figure 3-58, only 10 back trajectories with a total of 59 endpoints reach Texas. Of those 10 back trajectories, only 2 back trajectories and 4 endpoints are located within the mixing layer over Texas. Of those two back trajectories that span from California to the mixing layer over Texas, one started at the Rubidoux (AQS ID: 60658001) monitoring site and the other started at the Upland (AQS

ID: 60711004) monitoring site. This represents 0.3% of the elevated ozone days from 2012 through 2016 at each monitor.



**Figure 3-58:  HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged California Monitors**

While it appears that air from Texas can reach the Los Angeles area, based upon trajectory analysis, this transport seems to occur very infrequently.

In summary, trajectory analysis of transport from Texas to Los Angeles indicates that emissions from Texas are very unlikely to affect ozone concentrations in the mixing layer over Los Angeles on high ozone days. Although trajectory analysis can have uncertainty (Stein et al. 2017), the large data set examined greatly reduces the uncertainty related to small sample sizes. Filtering the back trajectories by only looking at trajectories during elevated ozone episodes that start within California's mixing layer, do not hit the surface, and have endpoints within Texas' mixing layer is an attempt to find a clear case where emissions in Texas could affect the ozone in California. Those filters showed that only 0.03% of days were affected at the Rubidoux and Upland monitors; therefore, Texas does not appear to hinder California's progress toward attaining the 2015 ozone NAAQS.

### 3.4.3.5 Texas Contributions on Projected Future Year Elevated Ozone Days

Contributions from Texas to projected future year elevated ozone days at the tagged California monitors were evaluated. Similar to the analysis for Colorado monitors, the subset of 2023 days with modeled MDA8 greater than 70 ppb was identified and the average modeled Texas contributions for this subset of days for each of the 10 tagged California monitors was computed.

Table 3-16: *Modeled Elevated Ozone Days in the Future Year* shows the number of days with modeled MDA8 greater than 70 ppb, the average eight-hour Texas ozone contribution, the average MDA8 for each of the tagged California monitors, and the percentage of Texas contribution to the MDA8s.

**Table 3-16: Modeled Elevated Ozone Days in the Future Year**

| Site Name | AQS ID | Number of Elevated Days in 2023 | Average Texas Contribution on Elevated Ozone Days in 2023 (ppb) | Average MDA8 on Elevated Ozone Days in 2023 (ppb) | Percentage of Texas Contributions in MDA8 |
|---|---|---|---|---|---|
| Reseda | 60371201 | 9 | 0.53 | 73.33 | 0.73% |
| Pomona | 60371701 | 60 | 0.26 | 76.87 | 0.35% |
| Santa Clarita | 60376012 | 13 | 0.41 | 73.94 | 0.56% |
| Rubidoux | 60658001 | 57 | 0.30 | 77.67 | 0.39% |
| Mira Loma (Van Buren) | 60658005 | 57 | 0.30 | 77.67 | 0.39% |
| Barstow | 60710001 | 1 | 0.00[32] | 70.82 | 0.00% |
| Victorville-Park Avenue | 60710306 | 5 | 0.19 | 72.24 | 0.27% |
| Upland | 60711004 | 57 | 0.31 | 77.21 | 0.41% |
| Hesperia-Olive Street | 60714001 | 12 | 0.23 | 73.50 | 0.32% |
| Redlands | 60714003 | 54 | 0.29 | 77.12 | 0.38% |

Table 3-16 shows that the calculated average Texas contribution on projected future elevated ozone days is less than 1% of the projected average MDA8 at all of the monitors on these days.

### 3.4.3.6 Collective Interstate Contribution to the Future Design Value

The TCEQ calculated the collective interstate contributions[33] to the future design values for the tagged California monitors. Table 3-17: *Collective Interstate Contributions to Future Design Values at Tagged California Monitors* provides the percentage of

---

[32] The average Texas contribution on Future Elevated Ozone days for this monitor was 0.00035 ppb which was rounded to 0.00 ppb.
[33] The collective contribution metric was calculated using the same methodology as used to calculate Texas contribution in section 3.3.

interstate, intra-state, and background contributions to the future design values at the 10 tagged California monitors.

**Table 3-17:   Collective Interstate Contributions to Future Design Values at Tagged California Monitors**

| AQS ID | Site Name | Percentage of Future Design Value from Background Contribution | Percentage of Future Design Value from Interstate Contribution | Percentage of Future Design Value from Intra-State Contribution |
|---|---|---|---|---|
| 60371201 | Reseda | 32.49% | 3.62% | 52.55% |
| 60371701 | Pomona | 30.88% | 4.05% | 54.87% |
| 60376012 | Santa Clarita | 37.41% | 3.60% | 49.00% |
| 60658001 | Rubidoux | 29.22% | 3.20% | 57.20% |
| 60658005 | Mira Loma (Van Buren) | 29.22% | 3.20% | 57.20% |
| 60710001 | Barstow | 58.53% | 4.58% | 30.64% |
| 60710306 | Victorville-Park Avenue | 36.58% | 3.98% | 49.55% |
| 60711004 | Upland | 30.74% | 4.22% | 54.69% |
| 60714001 | Hesperia-Olive Street | 32.09% | 3.97% | 53.35% |
| 60714003 | Redlands | 29.70% | 3.25% | 57.19% |

The maximum collective contribution to the future design value is 4.58% at the Barstow (AQS ID: 60710001) monitor. The 4.58% is insignificant compared to the intra-state contribution of 30.64%. A similar trend is seen at all 10 of the tagged monitors, thereby supporting the conclusion that interstate transport does not contribute significantly to nonattainment at these monitors.

Based on the detailed analysis at the tagged California monitors, the design value trends, back trajectory analysis on elevated ozone days, average Texas modeled contributions on projected future elevated ozone days, and collective interstate contributions to future design values, Texas emissions do not significantly contribute to nonattainment or interfere with maintenance at the 10 tagged California monitors.

## 3.5 CONCLUSION

Texas emissions do not contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS at any downwind monitors. Modeling was used to project the nonattainment and maintenance status of downwind monitors in 2023. Among monitors projected to be in nonattainment or have maintenance issues, 16 monitors were tagged for further review, one in Arizona, 10 in California, and five in Colorado. Several factors were examined, such as design value trends, number of elevated ozone days, back trajectory analysis on elevated ozone days, modeled concentrations on future expected elevated ozone days, total interstate contributions at tagged monitors, and responsiveness of ozone to Texas emissions. Based on this rigorous analysis, it was concluded that emissions from Texas do not

contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS at the tagged downwind monitors.

## 3.6 REFERENCES

Bash, J., Baker, K., Beaver, M., 2016. Evaluation of improved land use and canopy representation in BEIS v3.61 with biogenic VOC measurements in California, *Geoscientific Model Development*, 9, 2191–2207.

Henderson, B.H., Akhtar, F., Pye, H.O.T., Napelenok, S.L., Hutzell, W.T., 2014. A Database and Tool for Boundary Conditions for Regional Air Quality Modeling: Description and Evaluations, *Geoscientific Model Development*, **7**, 339-360.

Hoerling, M., Kumar, A., Dole, R., Nielson-Gammon, J., Eischeid, J., Perlwitz. J., Quan, X., Zhang, T., Pegion, P., and Chen, M., 2012. Anatomy of an Extreme Event. *Journal of Climate.*, 29, 2811-2832, doi: 10.1175/JCLI-D-12-00270.1.

Mu, M., et al. (2011), Daily and 3-hourly variability in global fire emissions and consequences for atmospheric model predictions of carbon monoxide, *J. Geophys. Res.*,116, D24303, doi:10.1029/2011JD016245.

Sherwen, T., M.J., Evans, L.J., Carpenter, S.J., Andrews, R.T., Lidster, B., Dix, T.K., Koenig, R., Sinreich, I., Ortega, R., Volkamer, A., and Saiz-Lopez. 2016. Iodine's impact on tropospheric oxidants: a global model study in GEOS-Chem. *Atmospheric Chemistry and Physics*, 16(2), pp.1161-1186.

Simon, H., Baker, K.R., and Phillips, S.B., 2012. Compilation and interpretation of photochemical model performance statistics published between 2006 and 2012, 2012., *Atmospheric Environment*, v61, 124-139. doi: 10.1016/j.atmosenv.2012.07.012.

Stein, A.F., Draxler, R.R, Rolph, G.D., Stunder, B.J.B., Cohen, M.D., and Ngan, F., 2015. NOAA's HYSPLIT atmospheric transport and dispersion modeling system, *Bull. Amer. Meteor. Soc.*, 96, 2059-2077, http://dx.doi.org/10.1175/BAMS-D-14-00110.1.

Travis, K., Jacob, D.J., Fisher, J.A., Kim, P. S., Marais, E.A., Zhu, L., Yu, K., Miller, C.C., Yantosca, R.M., Sulprizio, M.P., Thompson, A.M., Wennberg, P.O., Crounse, J.D., St. Clair, J.M., Cohen, R.C., Laughner, J.L., Dibb, J.E., Hall, S.R., Ullmann, K., Wolfe, G.M., Pollack, I.B., Peischl, J., Neuman, J.A, Zhou, X. 2016. Why do models overestimate surface ozone in the Southeast United States? *Atmos. Chem. Phys.*, 16, 13561-13577, doi:10.5194/acp-16-13561-2016.

Yantosca, B., Sulprizio, M., Yannetti, M., Lundgren, L., Xu, J., 2015. GEOS-Chem v10-01 Online User's Guide. Atmospheric Chemistry Modeling Group, School of Engineering and Applied Sciences, Harvard University, Cambridge, MA. (Available at http://acmg.seas.harvard.edu/geos/doc/man/ ).

Yantosca, B. 2004. GEOS-CHEMv7-01-02 User's Guide, Atmospheric Chemistry Modeling Group, Harvard University, Cambridge, MA.

Yarwood, G., T. Sakulyanontvittaya, U. Nopmongcol, B. Koo. 2014. Ozone Depletion by Bromine and Iodine over the Gulf of Mexico. Final Report for Work Order No. 582-11-10365-FY14-12.

Wiedinmyer, C., Akagi, S. K., Yokelson, R. J., Emmons, L. K., Al-Saadi, J. A., Orlando, J. J., and Soja, A. J., 2011. The Fire INventory from NCAR (FINN): a high resolution global model to estimate the emissions from open burning, *Geosci. Model Dev.*, 4, 625-641, doi:10.5194/gmd-4-625-2011, 2011.

# CHAPTER 4: CONTROL STRATEGIES

## 4.1 INTRODUCTION

On November 16, 2017, the United States Environmental Protection Agency (EPA) made the first round of designations for the 2015 eight-hour ozone National Ambient Air Quality Standards (NAAQS), designating 205 of the 254 counties in Texas as attainment/unclassifiable, effective January 16, 2018 (82 *Federal Register* (FR) 54232). On December 22, 2017, the EPA sent 120-day letters responding to state recommendations for remaining area designations.[34] The EPA is proposing nonattainment designations for Collin, Dallas, Denton, Ellis, Johnson, Kaufman, Parker, Rockwall, Tarrant, and Wise Counties in the Dallas-Fort Worth (DFW) area and Brazoria, Chambers, Fort Bend, Galveston, Harris, Liberty, Montgomery, and Waller Counties in the Houston-Galveston-Brazoria (HGB) area. The EPA also intends to designate all other counties listed in the proposal as attainment/unclassifiable. Under the 2008 eight-hour ozone NAAQS, the DFW area, consisting of Collin, Dallas, Denton, Tarrant, Ellis, Johnson, Kaufman, Parker, Rockwall, and Wise Counties, and the HGB area, consisting of Brazoria, Chambers, Fort Bend, Galveston, Harris, Liberty, Montgomery, and Waller Counties, are designated nonattainment. The rest of the counties in Texas are designated unclassifiable/attainment for the 2008 eight-hour ozone NAAQS.

Attainment demonstration state implementation plan (SIP) revisions for any areas designated as nonattainment for the 2015 eight-hour ozone NAAQS would not be due until after this transport SIP revision is submitted to the EPA. Because designations for Texas under the 2015 eight-hour ozone NAAQS have not been completed, attainment demonstration SIP revision due dates have not been established and potential controls have not yet been contemplated. However, Texas has implemented stringent and innovative regulations that address emissions of nitrogen oxides ($NO_X$) and volatile organic compounds (VOC) from a wide variety of major and minor source types under previous NAAQS. This chapter describes control measures for the DFW and HGB nonattainment areas as well as other areas of the state.

## 4.2 EMISSIONS REDUCTIONS FROM ELECTRIC GENERATING UNITS (EGU)

### 4.2.1 Utility Electric Generation in Ozone Nonattainment Areas

The rules in 30 Texas Administrative Code (TAC) Chapter 117, Subchapter C establish $NO_X$ emission specifications for utility electric generation for each ozone nonattainment area in Texas. These rules apply to each electric generating facility that generates electric energy for compensation, or are owned or operated by a municipality or Public Utility Commission of Texas (PUCT) regulated utility or any of its successors, regardless of whether the successor is a municipality or is regulated by the PUCT.

In the HGB area, the owner or operator of each affected utility boiler, auxiliary steam boiler, or stationary gas turbine must demonstrate compliance with the $NO_X$ emission specifications through a system cap and participation in the HGB area Mass Emissions Cap and Trade (MECT) Program. Affected sources were required to comply with the

---

[34] Samuel Coleman to the Honorable Greg Abbott, December 22, 2017, in *EPA's Response to Texas,* https://www.epa.gov/sites/production/files/2017-12/documents/tx_ltr_12_22_17.pdf

MECT Program rules beginning January 1, 2002, and comply with the system cap requirements by March 31, 2004. Additional information about the MECT Program is available in Section 4.3.2: *Mass Emissions Cap and Trade (MECT) Program.*

In the DFW area, each utility boiler that is part of a large system[35] must meet a $NO_x$ emission rate of 0.033 pound per million British thermal units (lb/MMBtu) heat input, and each utility boiler that is part of a small system must meet a $NO_x$ emission rate of 0.06 lb/MMBtu heat input. Compliance with the $NO_x$ emission rates may be demonstrated on a daily average basis, a system-wide heat input weighted average basis for utility boilers that are part of a large system, or through the use of emission credits. Affected sources were required to comply with the rules by March 1, 2009.

In the Beaumont-Port Arthur (BPA) 1997 eight-hour ozone maintenance area, each utility boiler must meet a $NO_x$ emission rate of 0.10 lb/MMBtu heat input. Compliance with the $NO_x$ emission rates must be demonstrated on a daily average through the use of either a system cap or emission credits. Affected sources were required to comply with the rules by May 1, 2005.

### 4.2.2 Utility Electric Generation in East and Central Texas

The rules in 30 TAC Chapter 117, Subchapter E, Division 1 limit $NO_x$ emissions from utility electric generation in Atascosa, Bastrop, Bexar, Brazos, Calhoun, Cherokee, Fannin, Fayette, Freestone, Goliad, Gregg, Grimes, Harrison, Henderson, Hood, Hunt, Lamar, Limestone, Marion, McLennan, Milam, Morris, Nueces, Parker, Red River, Robertson, Rusk, Titus, Travis, Victoria, and Wharton Counties. The rules apply to each utility electric power boiler and stationary gas turbine (including duct burners used in turbine exhaust ducts) that generate electric energy for compensation; is owned by an electric cooperative, independent power producer, municipality, river authority, or public utility; and was placed into service before December 31, 1995. Utility electric power boilers must meet a $NO_x$ emission rate of 0.14 lb/MMBtu for gas-fired units and 0.165 lb/MMBtu for coal-fired units. Stationary gas turbines (including duct burners used in turbine exhaust ducts) must meet an annual average $NO_x$ emission rate of 0.14 lb/MMBtu for units subject to Texas Utilities Code (TUC), §39.264 (except §39.264(i)) or 0.15 lb/MMBtu for units not subject to TUC, §39.264 and units designated in accordance with TUC, §39.264(i). Compliance with the $NO_x$ emission rates is based on average heat input for a calendar year. Affected sources were required to comply with the rules by May 1, 2005.

### 4.2.3 Senate Bill 7 (76th Texas Legislature)

Senate Bill (SB) 7 from the 1999 76th Texas Legislature, requires grandfathered, or unpermitted, electric generating facilities (EGFs) and other EGFs that choose to participate to achieve a 50% reduction in $NO_x$ emissions and a 25% reduction in sulfur dioxide ($SO_2$) emissions from the 1997 emission levels. The reductions were implemented via participation in a cap and trade program in which participating EGFs are required to surrender allowances equivalent to the actual emissions each control

---

[35] A large utility system is defined in 30 TAC Chapter 117 as: all boilers, auxiliary steam boilers, and stationary gas turbines that are located in the DFW eight-hour ozone nonattainment area, and were part of one electric power generating system on January 1, 2000, that had a combined electric generating capacity equal to or greater than 500 megawatts.

period. For grandfathered EGFs, the allowance allocations were determined using the following emission rates: 0.14 lb $NO_x$/MMBtu and 1.38 lb $SO_2$/MMBtu in the East Texas region, and 0.195 lb $NO_x$/MMBtu in the West Texas and El Paso regions. For electing EGFs, the allowance allocations were equal to the emissions reported to the EPA's Acid Rain Program in 1997, or if unavailable, by a method approved by the executive director not to exceed any annual emission limitation authorized under Chapter 116, Subchapter B or an applicable state or federal requirement. There are no coal-fired EGFs located in the West Texas and El Paso regions that are subject to the Emissions Banking and Trading Allowances Program. The SB 7 requirements were implemented through rules in 30 TAC Chapter 101, Subchapter H, Division 2 and became effective January 11, 2000. The initial control period for this program began on May 1, 2003.

## 4.3 EMISSION REDUCTIONS FROM OTHER SOURCES

### 4.3.1 East Texas Engines

The rules in 30 TAC Chapter 117, Subchapter E, Division 4 limit $NO_x$ emissions from certain engines located in Anderson, Brazos, Burleson, Camp, Cass, Cherokee, Franklin, Freestone, Gregg, Grimes, Harrison, Henderson, Hill, Hopkins, Hunt, Lee, Leon, Limestone, Madison, Marion, Morris, Nacogdoches, Navarro, Panola, Rains, Robertson, Rusk, Shelby, Smith, Titus, Upshur, Van Zandt, and Wood Counties. The rules apply to stationary, gas-fired, reciprocating internal combustion engines rated 240 horsepower (hp) and larger. Rich-burn gas-fired internal combustion engines rated less than 500 hp must limit $NO_x$ emissions to 1.0 grams per horsepower-hour (g/hp-hr). Rich-burn engines rated 500 hp or greater must limit $NO_x$ emissions to 0.60 g/hp-hr for landfill gas-fired engines or 0.05 g/hp-hr for all other rich-burn engines. Affected sources were required to comply with the rules by March 1, 2010.

The East Texas combustion rules reduce $NO_x$ emissions and ozone air pollution transport into the DFW area. While these rules are part of the May 2007 DFW Attainment Demonstration SIP Revision for the 1997 eight-hour ozone NAAQS, the Northeast Texas area also benefits from $NO_x$ reductions resulting from the rules. Using photochemical modeling sensitivity studies, the Texas Commission on Environmental Quality (TCEQ) estimated that implementation of the rules results in an overall reduction of approximately 22.4 tons per day (tpd) of $NO_x$ emissions in the 33 counties subject to the rules by March 1, 2010. The TCEQ estimated the rules benefit the DFW area by reducing ozone by an average of 0.1 to 0.2 parts per billion.

### 4.3.2 Mass Emissions Cap and Trade (MECT) Program

The MECT Program rules in 30 TAC Chapter 101, Subchapter H, Division 3 established a mandatory annual $NO_x$ emission cap on sites in the HGB 1997 eight-hour ozone nonattainment area that are either a major source of $NO_x$ with facilities subject to the $NO_x$ emissions specifications in 30 TAC §117.310 or §117.1210, or have an uncontrolled design capacity to emit at least 10.0 tons per year (tpy) of $NO_x$ from facilities subject to 30 TAC §117.2010. Affected facilities include: utility boilers, auxiliary steam boilers, or stationary gas turbines; industrial, commercial, or institutional boilers and process heaters; stationary gas turbines; stationary internal combustion engines; fluid catalytic cracking units (including carbon monoxide boilers, carbon monoxide furnaces, and catalyst regenerator vents); boilers and industrial furnaces that were regulated as existing facilities by the EPA under 40 Code of Federal Regulations Part 266, Subpart H (as in effect on June 9, 1993); duct burners used in

turbine exhaust ducts; pulping liquor recovery furnaces; lime kilns; lightweight aggregate kilns; heat treating furnaces and reheat furnaces; magnesium chloride fluidized bed dryers; and incinerators.

The MECT Program cap is enforced by the allocation, trading, and banking of allowances. An allowance is the equivalent of 1.0 ton of $NO_x$ emissions. The MECT Program cap was implemented on January 1, 2002 at historical emission levels with mandatory $NO_x$ reductions increasing over time until achieving the final cap on April 1, 2007. Affected facilities that do not meet the criteria for receiving an allocation of allowances must use allowances allocated to facilities already participating in the program to cover annual $NO_x$ emissions. The projected 2018 MECT cap is 39,866.1 tpy of $NO_x$ emissions.

### 4.3.3 Highly Reactive Volatile Organic Compounds (HRVOC) Rules and HRVOC Emissions Cap and Trade (HECT) Program

The HRVOC rules in 30 TAC Chapter 115, Subchapter H are performance-based, emphasizing monitoring, recordkeeping, reporting, and enforcement rather than establishing individual unit emission rates. The rules apply to HRVOC emissions from flares, process vents, cooling towers, and fugitive emission sources. In addition to the monitoring requirements, affected sources in Harris County must meet an annual HRVOC emission cap and a site-wide short-term HRVOC limit of 1,200 lb/hour from any flare, vent, pressure relief valve, cooling tower, or any combination thereof. Affected sources in Harris County must demonstrate compliance with these HRVOC emission limits through participation in the HECT Program.

The HECT Program rules in 30 TAC Chapter 101, Subchapter H, Division 6 established a mandatory annual HRVOC emission cap on sites in the HGB 1997 eight-hour ozone nonattainment area with the potential to emit greater than 10.0 tpy of HRVOC from facilities subject to 30 TAC Chapter 115, Subchapter H, Division 1 or Division 2. These facilities include vent gas streams, flares, and cooling tower heat exchange systems. Sites in Harris County are required to participate in the HECT Program. The program was implemented on January 1, 2007.

The HECT Program cap is enforced by the allocation, trading, and banking of allowances. An allowance is the equivalent of 1.0 ton of HRVOC emissions. The HECT Program cap was established at a level demonstrated as necessary to allow the HGB area to attain the one-hour ozone standard along with a 5% compliance margin to account for potential emissions variations. The total initial cap was 3,451.5 tpy.

Allowances allocated from 2007 through 2010 were based on historical levels of activity reported by affected sites. For 2011 and beyond, a site's allocation was determined by multiplying the total HECT cap by an industry-sector factor and a site-specific factor. The industry-sector factor was determined by grouping sites into sectors and determining each site's proportion based on actual emissions. The site-specific factor was based on a site's uncontrolled emissions as a proportion of the total uncontrolled emissions from all sites in that industry sector. The reallocation includes a mandatory 10% cap reduction implemented during 2014, with additional 5% reductions implemented at the start of each control period for 2015, 2016, and 2017. The final HECT Program cap is set at 2,588.6 tpy for 2017 and all subsequent control periods. Affected sites that do not receive an allocation of allowances must obtain and

use allowances allocated to sites already participating in the program to cover annual HRVOC emissions.

### 4.3.4 Cement Kilns

The rules in 30 TAC Chapter 117, Subchapter E, Division 1 limit $NO_x$ emissions from cement kilns in Bexar, Comal, Ellis, Hays, and McLennan Counties. The rules require cement kilns in Bexar, Comal, Hays, and McLennan Counties to reduce $NO_x$ emissions 30% below 1996 levels or to meet a $NO_x$ emissions cap of 6.0 pounds of $NO_x$ per ton of cement clinker produced (lb $NO_x$/ton of clinker) for wet kilns; 5.1 lb $NO_x$/ton of clinker for dry kilns; 3.8 lb $NO_x$/ton of clinker for preheater kilns; and 2.8 lb $NO_x$/ton of clinker for preheater-precalciner or precalciner kilns. Affected sources were required to comply with the rules by May 1, 2005. The rules also require cement kilns located in Ellis County to meet an ozone season $NO_x$ emission source cap.

Ash Grove Cement Company operated three kilns in Ellis County, with an established source cap under §117.3123 of 4.4 tpd. However, a 2013 consent decree between Ash Grove and the EPA required by September 10, 2014 the shutdown of two kilns and reconstruction of kiln #3 with selective non-catalytic reduction (SNCR) with an emission limit of 1.5 lb $NO_x$/ton of clinker and a 12-month rolling tonnage limit for $NO_x$ of 975 tpy. The reconstructed kiln is a dry kiln with year-round SNCR operation. The redesign allows 949,000 tpy of clinker, or 1.95 tpd of $NO_x$, which is well below the 4.4 tpd source cap. Ash Grove's enforceable limit continues to be 4.4 tpd, although actual emissions are expected to be below the consent decree limit. Any modifications or new construction would be required to meet nonattainment new source review with best available control technology requirements, and would be subject to the same 1.5 lb $NO_x$/ton of clinker emission limit in the New Source Performance Standards for Portland Cement Plants. It would also be subject to other regulatory requirements, including the National Emission Standards for Hazardous Air Pollutants for the Portland Cement Manufacturing Industry.

Martin Marietta currently operates one dry preheater/precalciner kiln #5. The permitted capacity of this kiln is 2,800,000 tons of clinker per year, and it has a permitted emission factor of 1.95 lb $NO_x$/ton of clinker. Based on these permit limits, this kiln is therefore limited to a maximum of 7.48 tpd $NO_x$, compared to the current §117.3123 source cap of 7.9 tpd $NO_x$. Kiln #5 typically operates well below the source cap, at an average emission factor below 1.5 lb $NO_x$/ton of clinker.

### 4.4 ADDITIONAL MEASURES

### 4.4.1 SmartWay Transport Partnership and the Blue Skyway Collaborative

Among its various efforts to improve air quality in Texas, the TCEQ continues to promote two voluntary programs in cooperation with the EPA: SmartWay Transport Partnership and Blue Skyways Collaborative.

The SmartWay Transport Partnership is a market-driven partnership aimed at helping businesses move goods in the cleanest most efficient way possible. This is a voluntary EPA program primarily for the freight transport industry that promotes strategies and technologies to help improve fleet efficiency while also reducing air emissions.

There are over 3,000 SmartWay partners in the U.S., including most of the nation's largest truck carriers, all the Class 1 rail companies, and many of the top Fortune 500 companies. Since its founding, SmartWay has reduced oil consumption by 170.3 million barrels and prevented the release of 1,458,000 tons of $NO_x$ and 59,000 tons of particulate matter into the atmosphere.[36] Ports in the U.S. rely on SmartWay's Port Drayage Truck program to help reduce pollution in and around major national ports. The Port of Houston Authority's (PHA) partnership with the Environmental Defense Fund and the Houston-Galveston Area Council (H-GAC) in the Port Drayage Truck Bridge Loan Program received $9 million from the EPA's Diesel Emissions Reduction Act (DERA) SmartWay Program in 2009. On average, four trucks a month, or about 50 trucks a year, were approved for replacement funding.

In April 2015, the EPA awarded the PHA with a DERA grant of nearly $900,000. This grant award, with matching funds of $1,669,560, had a total commitment of more than $2.5 million. A total of 24 trucks were replaced that operate at the Port of Houston. This included replacing 13 on-road over the road trucks that are only used inside the PHA's Turning Basin terminal. The replacement trucks were on-road terminal tractors, with model year 2015 engines, which are built and designed to work on marine terminals. The other 11 trucks replaced with this grant were older on-road terminal tractors that operate in and around PHA's Barbours Cut and Bayport container terminals. The replacements for these trucks were also on-road terminal tractors with model year 2016 engines.

In February 2015, the EPA awarded the PHA with a DERA grant of nearly $900,000. This grant award, with matching funds of $900,000, had a total commitment of $1.8 million. It is expected, that at the end of this grant, 17 drayage trucks will be replaced. The funding will provide for replacement trucks powered by certified engines that are model year 2011 or newer, which are estimated to be 90% cleaner. These drayage trucks operate in the Port of Houston and along the Houston Ship Channel. The replacement trucks will also have Global Positioning System units to collect data on idling and port operations, which will allow fleet owners and operators to gauge opportunities for additional fuel savings and emissions reduction.

Approximately 170 Texas companies are SmartWay partners. The SmartWay Transport Partnership will continue to benefit the HGB area by reducing emissions as more companies and affiliates join, and additional idle reduction, trailer aerodynamic kits, low-rolling resistance tire, and retrofit technologies are incorporated into SmartWay-verified technologies.

The Blue Skyways Collaborative was created to encourage voluntary air emission reductions by planning or implementing projects that use innovations in diesel engines, alternative fuels, and renewable energy technologies applicable to on-road and non-road sources. The Blue Skyways Collaborative partnerships include international, federal, state, and local governments, non-profit organizations, environmental groups, and private industries.

---

[36] https://www.epa.gov/smartway/learn-about-smartway

## 4.4.2 Energy Efficiency and Renewable Energy (EE/RE) Measures

Energy efficiency (EE) measures are typically programs that reduce the amount of electricity and natural gas consumed by residential, commercial, industrial, and municipal energy consumers. Examples of EE measures include: increasing insulation in homes; installing compact fluorescent light bulbs; and replacing motors and pumps with high efficiency units. Renewable energy (RE) measures include programs that generate energy from resources that are replenished or are otherwise not consumed as with traditional fuel-based energy production. Examples of renewable energy include wind energy and solar energy projects.

Texas leads the nation in RE generation from wind. As of the third quarter 2017, Texas has 21,450 megawatts (MW) of installed wind generation capacity,[37] 25% of all installed wind capacity in the United States (U.S.) and three times the installed wind capacity of Iowa, the state ranked second in installed wind capacity. Texas' total net electrical generation from renewable wind generators in 2016 was 57.5 million megawatt-hours (MWh), approximately 25% of the total wind net electrical generation for the U.S. For the first eight months in 2017, total net electrical generation from renewable wind generators in Texas is estimated to be 44.8 million MWh,[38] approximately 17% more than the same eight-month period in 2016.

While EE/RE measures are beneficial and do result in lower overall emissions from fossil fuel-fired power plants in Texas, emission reductions resulting from these programs are not explicitly included in photochemical modeling for SIP purposes because local efficiency or renewable energy efforts may not result in local emissions reductions or may be offset by increased demand in electricity. The complex nature of the electrical grid makes accurately quantifying emission reductions from EE/RE measures difficult. At any given time, it is impossible to determine exactly where a specific user's electricity was produced.

While specific emission reductions from EE/RE measures are not provided in the SIP, persons interested in estimates of energy savings and emission reductions from EE/RE measures can access additional information and reports from the Texas A&M Engineering Experiment Station's Energy Systems Laboratory (ESL) website (http://esl.tamu.edu/). The reports submitted to the TCEQ regarding EE/RE measures are available under Texas Emissions Reduction Plan (TERP) Letters and Reports.

Finally, the Texas Legislature has enacted a number of EE/RE measures and programs. The following is a summary of Texas EE/RE legislation since 1999.

76th Texas Legislature, 1999

- SB 7
- House Bill (HB) 2492

---

[37] U.S. Department of Energy, National Renewable Energy Laboratory, https://windexchange.energy.gov/maps-data/321
[38] U.S. Department of Energy, Energy Information Administration, https://www.eia.gov/electricity/data/browser/

- HB 2960

77th Texas Legislature, 2001

- SB 5
- HB 2277
- HB 2278
- HB 2845

78th Texas Legislature, 2003

- HB 1365 (Regular Session)

79th Texas Legislature, 2005

- SB 20 (First Called Session)
- HB 2129 (Regular Session)
- HB 2481 (Regular Session)

80th Texas Legislature, 2007

- SB 12
- HB 66
- HB 3070
- HB 3693

81st Texas Legislature, 2009

- None

82nd Texas Legislature, 2011

- SB 898 (Regular Session)
- SB 924 (Regular Session)
- SB 981 (Regular Session)
- SB 1125 (Regular Session)
- SB 1150 (Regular Session)
- HB 51 (Regular Session)
- HB 362 (Regular Session)

83rd Texas Legislature, 2013

- None

84th Texas Legislature, 2015

- SB 1626
- HB 1736

85th Texas Legislature, 2017

- HB 1571 (Regular Session)

*Renewable Energy*

SB 5, 77th Texas Legislature, 2001, set goals for political subdivisions in affected counties to implement measures to reduce energy consumption from existing facilities by 5% each year for five years from January 1, 2002 through January 1, 2006. In 2007, the 80th Texas Legislature passed SB 12, which extended the timeline set in SB 5 through 2007 and made the annual 5% reduction a goal instead of a requirement. The State Energy Conservation Office (SECO) is charged with tracking the implementation of SB 5 and SB 12. Also during the 77th Texas Legislature, the ESL, part of the Texas Engineering Experiment Station, Texas A&M University System, was mandated to provide an annual report on EE/RE efforts in the state as part of the TERP under Texas Health and Safety Code (THSC), §388.003(e).

The 79th Texas Legislature, 2005, Regular and First Called Sessions, amended SB 5 through SB 20, HB 2129, and HB 2481 to add, among other initiatives, renewable energy initiatives that require: 5,880 MW of generating capacity from renewable energy by 2015; the TCEQ to develop a methodology for calculating emission reductions from renewable energy initiatives and associated credits; the ESL to assist the TCEQ in quantifying emissions reductions from EE/RE programs; and the PUCT to establish a target of 10,000 MW of installed renewable technologies by 2025. Wind power producers in Texas exceeded the renewable energy generation target by installing over 10,000 MW of wind electric generating capacity by 2010.

HB 2129, 79th Texas Legislature, 2005, Regular Session, directed the ESL to collaborate with the TCEQ to develop a methodology for computing emission reductions attributable to use of RE and for the ESL to annually quantify such emission reductions. HB 2129 directed the Texas Environmental Research Consortium to use the Texas Engineering Experiment Station to develop this methodology. With the TCEQ's guidance, the ESL produces an annual report, *Statewide Air Emissions Calculations from Energy Efficiency, Wind and Renewables*, detailing these efforts.

In addition to the programs discussed and analyzed in the ESL report, local governments may have enacted measures beyond what has been reported to SECO and the PUCT. The TCEQ encourages local political subdivisions to promote EE/RE measures in their respective communities and to ensure these measures are fully reported to SECO and the PUCT.

SB 981, 82nd Texas Legislature, 2011, Regular Session, allows a retail electric customer to contract with a third party to finance, install, or maintain a distributed renewable generation system on the customer's side of the electric meter, regardless of whether the customer owns the installed system. SB 981 also prohibits the PUCT from requiring registration of the system as an electric utility if the system is not projected to send power to the grid.

HB 362, 82nd Texas Legislature, 2011, Regular Session, helps property owners install solar energy devices such as electric generating solar panels by establishing requirements for property owners associations' approval of installation of solar energy

devices. HB 362 specifies the conditions that property owners associations may and may not deny approval of installing solar energy devices.

SB 1626, 84th Texas Legislature, 2015, modifies the provisions established by HB 362 from the 82nd Texas Legislature, 2011, Regular Session, regarding property owners associations' authority to approve and deny installations of solar energy devices such as electric generating solar panels. HB 362 included an exception that allowed developers to prohibit installation of solar energy devices during the development period. SB 1626 limits the exception during the development period to developments with 50 or fewer units.

*Residential and Commercial Building Codes and Programs*

THSC, Chapter 388, Texas Building Energy Performance Standards, as adopted in SB 5 of the 77th Texas Legislature, 2001, Regular Session, states in §388.003(a) that single-family residential construction must meet the energy efficiency performance standards established in the energy efficiency chapter of the International Residential Code. The Furnace Pilot Light Program includes energy savings accomplished by retrofitting existing furnaces. Also included is a January 2006 federal mandate raising the minimum Seasonal Energy Efficiency Ratio (SEER) for air conditioners in single-family and multi-family buildings from 10 to 13.

THSC, Chapter 388, as adopted in SB 5 of the 77th Texas Legislature, 2001, states in §388.003(b) that non-single-family residential, commercial, and industrial construction must meet the energy efficiency performance standards established in the energy efficiency chapter of the International Energy Conservation Code.

HB 51, 82nd Legislature, 2011, Regular Session, requires municipalities to report implementation of residential and commercial building codes to SECO.

HB 1736, 84th Texas Legislature, 2015, updates THSC §388.003 to adopt, effective September 1, 2016, the energy efficiency chapter of the International Residential Code as it existed on May 1, 2015. HB 1736 also establishes a schedule by which SECO could adopt updated editions of the International Residential Code in the future, not more often than once every six years.

*Federal Facility EE/RE Projects*

Federal facilities are required to reduce energy use by Presidential Executive Order 13123 and the Energy Policy Act of 2005 (Public Law 109-58 EPACT20065).

*Political Subdivisions Projects*

SECO funds loans for energy efficiency projects for state agencies, institutions of higher education, school districts, county hospitals, and local governments. Political subdivisions in nonattainment and affected counties are required by SB 5, 77th Texas Legislature, 2001, to report EE/RE projects to SECO. These projects are typically building systems retrofits, non-building lighting projects, and other mechanical and electrical systems retrofits such as municipal water and waste water treatment systems.

*Electric Utility Sponsored Programs*

Utilities are required by SB 7, 76th Texas Legislature, 1999, and SB 5, 77th Texas Legislature, 2001, to report demand-reducing energy efficiency projects to the PUCT (see THSC, §386.205 and Texas Utilities Code (TUC), §39.905). These projects are typically air conditioner replacements, ventilation duct tightening, and commercial and industrial equipment replacement.

SB 1125, 82nd Texas Legislature, 2011, Regular Session, amended the TUC, §39.905 to require energy efficiency goals to be at least 30% of annual growth beginning in 2013. The metric for the energy efficiency goal remains at 0.4% of peak summer demand when a utility program accrues that amount of energy efficiency. SB 1150, 82nd Texas Legislature, 2011, Regular Session, extended the energy efficiency goal requirements to utilities outside the Electric Reliability Council of Texas area.

*State Energy Efficiency Programs*

HB 3693, 80th Texas Legislature, 2007, amended the Texas Education Code, Texas Government Code, THSC, and TUC. The bill:

- requires state agencies, universities and local governments to adopt energy efficiency programs;

- provides additional incentives for electric utilities to expand energy conservation and efficiency programs;

- includes municipal-owned utilities and cooperatives in efficiency programs;

- increases incentives and provides consumer education to improve efficiency programs; and

- supports other programs such as revision of building codes and research into alternative technology and renewable energy.

HB 51, 82nd Texas Legislature, 2011, Regular Session, requires new state buildings and major renovations to be constructed to achieve certification under an approved high-performance design evaluation system.

HB 51 also requires, if practical, that certain new and renovated state-funded university buildings comply with approved high-performance building standards.

SB 898, 82nd Texas Legislature, 2011, Regular Session, extended the existing requirement for state agencies, state-funded universities, local governments, and school districts to adopt energy efficiency programs with a goal of reducing energy consumption by at least 5% per state fiscal year (FY) for 10 state FYs from September 1, 2011 through August 31, 2021.

SB 924, 82nd Texas Legislature, 2011, Regular Session, requires all municipally owned utilities and electric cooperatives that had retail sales of more than 500,000 MWh in 2005 to report each year to SECO information regarding the combined effects of the

energy efficiency activities of the utility from the previous calendar year, including the utility's annual goals, programs enacted to achieve those goals, and any achieved energy demand or savings goals.

HB 1571, 85th Texas Legislature, 2017, Regular Session, expanded Education Code and Government Code provisions for local governmental entities, schools, and state agencies entering into energy saving performance contracts by authorizing the entities to use any available money to pay the provider for energy or water conservation measures. Previously, only money other than money borrowed from the state could be used to pay for such conservation measures.

### 4.4.3 Consent Decrees with Refineries

The EPA's National Petroleum Refinery Initiative[39] has resulted in multi-issue settlement agreements with the nation's major petroleum refineries. As of October 2016, 112 refineries representing more than 95% of total domestic refining capacity are under settlement. The EPA consent decrees limit emissions from fluidized catalytic cracking units, sulfur recovery units, heaters and boilers, and flares. The EPA estimates that full implementation of the current settlements will result in more than 95,000 tpy of $NO_x$ emission reductions. The EPA also anticipates VOC emission reductions will result from consent decree requirements that reduce hydrocarbon flaring including:

- installing continuous emissions monitoring systems (CEMS) or predictive emissions monitoring systems;
- operating a flare gas recovery system to control continuous or routine flaring;
- limiting flaring to only process upset gases, fuel gas released as a result of relief valve leakage, or gas released due to a malfunction; and
- eliminating the routes of generated fuel gases and monitoring the flare with CEMS or a flow meter.

### 4.4.4 Clean Air Interstate Rule (CAIR) and Cross-State Air Pollution Rule (CSAPR)

In March 2005, the EPA issued CAIR to address EGU emissions that transport from one state to another. The rule incorporated the use of three cap and trade programs to reduce $SO_2$ and $NO_x$: the ozone-season $NO_x$ trading program, the annual $NO_x$ trading program, and the annual $SO_2$ trading program.

Texas was not included in the ozone season $NO_x$ program but was included for the annual $NO_x$ and $SO_2$ programs. As such, Texas was required to make necessary reductions in annual $SO_2$ and $NO_x$ emissions from new and existing EGUs to demonstrate that emissions from Texas do not contribute to nonattainment or interfere with maintenance of the 1997 particulate matter with an aerodynamic diameter less than or equal to a nominal 2.5 micrometers ($PM_{2.5}$) NAAQS in another state. CAIR consisted of two phases for implementing necessary $NO_x$ and $SO_2$ reductions. Phase I addressed required reductions from 2009 through 2014. Phase II was intended to address reductions in 2015 and thereafter.

---

[39] https://www.epa.gov/enforcement/petroleum-refinery-national-case-results

In July 2006, the commission adopted a SIP revision to address how the state would meet emissions allowance allocation budgets for $NO_x$ and $SO_2$ established by the EPA to meet the federal obligations under CAIR. The commission adopted a second CAIR-related SIP revision in February 2010. This revision incorporated various federal rule revisions that the EPA had promulgated since the TCEQ's initial submittal. It also incorporated revisions to 30 TAC Chapter 101 resulting from legislation during the 80th Texas Legislature, 2007.

A December 2008 court decision found flaws in CAIR but kept CAIR requirements in place temporarily while directing the EPA to issue a replacement rule. In July 2011, the EPA finalized CSAPR to meet Federal Clean Air Act (FCAA) requirements and respond to the court's order to issue a replacement program. Texas was included in CSAPR for ozone season $NO_x$, annual $NO_x$, and annual $SO_2$ due to the EPA's determination that Texas significantly contributes to nonattainment or interferes with maintenance of the 1997 eight-hour ozone NAAQS and the 1997 $PM_{2.5}$ NAAQS in other states. As a result of numerous EGU emission reduction strategies already in place in Texas, the annual and ozone season $NO_x$ reduction requirements from CSAPR were relatively small but still significant. CSAPR required an approximate 7% reduction in annual $NO_x$ emissions and less than 5% reduction in ozone season $NO_x$ emissions.

On August 21, 2012, the U.S. Court of Appeals for the District of Columbia (D.C.) Circuit vacated CSAPR. Under the D.C. Circuit Court's ruling, CAIR remained in place until the EPA developed a valid replacement.

The EPA and various environmental groups petitioned the Supreme Court of the United States to review the D.C. Circuit Court's decision on CSAPR. On April 29, 2014, a decision by the Supreme Court reversed the D.C. Circuit and remanded the case. On October 23, 2014, the D.C. Circuit lifted the CSAPR stay and on November 21, 2014, the EPA issued rulemaking, which shifted the effective dates of the CSAPR requirements to account for the time that had passed after the rule was stayed in 2011. Phase 1 of CSAPR took effect January 1, 2015 and Phase 2 began January 1, 2017. On July 28, 2015, the D.C. Circuit Court ruled that the 2014 annual $SO_2$ budgets and the 2014 ozone season $NO_x$ budgets for Texas were invalid because they required over control of Texas emissions, and remanded these budgets back to the EPA without vacatur.

On January 22, 2015, the EPA issued a memorandum to provide information on how it intends to implement FCAA interstate transport requirements for the 2008 ozone NAAQS. The EPA provided preliminary modeling results for 2018, which show contribution to nonattainment of the 2008 ozone NAAQS in the HGB area from sources outside of Texas. On July 23, 2015, the EPA issued a notice of data availability regarding updated ozone transport modeling results for a 2017 attainment year.

On June 27, 2016, the EPA issued a memorandum outlining the agency's approach for responding to the D.C. Circuit's July 2015 remand of the Phase 2 $SO_2$ emissions budgets, providing a choice of two paths for states with remanded budgets. Under the first path, states could voluntarily continue to participate in CSAPR at the state's current Phase 2 $SO_2$ and annual $NO_x$ budget levels through a SIP revision. Under the second path, if a state does not choose to participate in CSAPR, the EPA would initiate rulemaking by fall of 2016 to remove the state's sources from CSAPR's $SO_2$ and annual $NO_x$ programs and address any remaining interstate transport or regional haze

obligations on a state-by-state basis. On November 10, 2016, the EPA published a proposed rule to remove Texas sources from the CSAPR $SO_2$ and annual $NO_x$ trading programs. The EPA also proposed to determine that, following withdrawal of the federal implementation plan (FIP) requirements, sources in Texas will not contribute significantly to nonattainment or interfere with maintenance of the 1997 $PM_{2.5}$ NAAQS in any other state and that the EPA therefore will have no obligation to issue new FIP requirements for Texas sources to address transport for the 1997 $PM_{2.5}$ NAAQS (81 FR 78954). The rule was finalized, effective immediately, on September 29, 2017 (82 FR 45481).

On September 7, 2016, the EPA signed the final CSAPR Update Rule for the 2008 eight-hour ozone standard. The EPA's modeling shows that emissions from within Texas no longer significantly contribute to downwind nonattainment or interference with maintenance for the 1997 eight-hour ozone NAAQS even without implementation of the original CSAPR ozone season $NO_x$ emissions budget. Accordingly, sources in Texas are no longer subject to the emissions budget calculated to address the 1997 eight-hour ozone NAAQS. However, this rule finalized a new ozone season $NO_x$ emissions budget for Texas to address interstate transport with respect to the 2008 eight-hour ozone NAAQS. This new budget became effective for the 2017 ozone season, the same period in which the Phase 2 budget that was invalidated by the court was scheduled to become effective.

CSAPR budgets for Texas may be subject to change in the future based on any additional rulemaking to address remanded budgets or changes resulting from further appeals.

### 4.4.5 Texas Emissions Reduction Plan (TERP)

The TERP program was created in 2001 by the 77th Texas Legislature to provide grants to offset the incremental costs associated with reducing $NO_x$ emissions from high-emitting heavy-duty internal combustion engines on heavy-duty vehicles, non-road equipment, marine vessels, locomotives, and some stationary equipment.

The primary emissions reduction incentives are awarded under the Diesel Emissions Reduction Incentive Program (DERI). DERI incentives are awarded to projects to replace, repower, or retrofit eligible vehicles and equipment to achieve $NO_x$ emission reductions in Texas ozone nonattainment areas and other counties identified as affected counties under the TERP program where ground-level ozone is a concern.

From 2001 through August 2017, $1,088,390,866 in DERI grants were awarded for projects projected to help reduce and estimated 179,427 tons of $NO_x$ over the life of the projects. This includes $448,288,693 going to activities in the HGB area and $377,422,749 to activities in the DFW area, with an estimated 78,445 tons of $NO_x$ reduced in the HGB area and 62,731 tons of $NO_x$ reduced in the DFW area over the life of the projects.

Three other incentive programs under the TERP program will result in the reduction in $NO_x$ emissions in the DFW and HGB areas, as well as other TERP areas.

The Drayage Truck Incentive Program was established in 2013 to provide grants for the replacement of drayage trucks operating in and from seaports and rail yards

located in nonattainment areas. The name of this program was recently changed to the Seaport and Rail Yard Areas Emissions Reduction Program, and replacement or repower of cargo handling equipment was added to the eligible project list. Through August 2017, the program awarded $6,209,424, with an estimated 353 tons of $NO_x$ reduced over the life of the projects. In the HGB area the funding totaled $5.57 million, with projects estimated to reduce up to 325 tons of $NO_x$, over the life of the projects. $542,061 was awarded to projects in the DFW area, with an estimated 27 tons of $NO_x$ reduced over the life of the projects.

The Texas Clean Fleet Program (TCFP) was established in 2009 to provide grants for the replacement of light-duty and heavy-duty diesel vehicles with vehicles powered by alternative fuels, including: natural gas, liquefied petroleum gas, hydrogen, methanol (85% by volume), or electricity. This program is for larger fleets, therefore applicants must commit to replacing at least 10 eligible diesel-powered vehicles with qualifying alternative fuel or hybrid vehicles. From 2009 through August 2017, over $58.16 million in TCFP grants were awarded for projects to help reduce an estimated 660 tons of $NO_x$ over the life of the projects. Over $22.9 million in TCFP grants were awarded to projects in the HGB area, with an estimated 216 tons of $NO_x$ reduced over the life of the projects, and over $16.3 million was awarded in the DFW area, with an estimated 245 tons of $NO_x$ reduced over the life of the projects.

The Texas Natural Gas Vehicle Grant Program (TNGVGP) was established in 2011 to provide grants for the replacement of medium-duty and heavy-duty diesel vehicles with vehicles powered by natural gas. This program may include grants for individual vehicles or multiple vehicles. The majority of the vehicle's operation must occur in the Texas nonattainment areas, other counties designated as affected counties under the TERP, and the counties in and between the triangular area between Houston, San Antonio, and DFW. From 2011 through August 2017, over $48.3 million in TNGVGP grants were awarded for projects to help reduce an estimated 1,676 tons of $NO_x$ over the life of the projects. Over $12.65 million in TNGVGP grants were awarded to projects in the HGB area, with an estimated 348 tons of $NO_x$ reduced over the life of the projects, and over $17.7 million was awarded to projects in the DFW area, with an estimated 658 tons of $NO_x$ reduced of the life of the projects.

### 4.4.6 Clean School Bus Program

HB 3469, 79th Texas Legislature, 2005, Regular Session, established the Clean School Bus Program, which provides monetary incentives for school districts in the state for reducing emissions of diesel exhaust from school buses through retrofit of older school buses with diesel oxidation catalysts, diesel particulate filters, and closed crankcase filters. As of August 2017, the TCEQ Clean School Bus Program had reimbursed approximately $34.6 million in grants for over 7,500 retrofit activities. This amount included $4.7 million in federal funds. As a result of recent legislative changes, this program will include replacement of older school buses with newer, lower-emitting models going forward.

### 4.4.7 Local Initiatives

Local strategies in the DFW nonattainment area are being implemented by the North Central Texas Council of Governments and local strategies in the HGB nonattainment area are being implemented by H-GAC. Due to the continued progress of these

measures, additional air quality benefits are expected to be gained that will further reduce precursors to ground level ozone formation. A summary of local strategies for the DFW nonattainment area is included in Appendix H: *Local Initiatives Submitted by the North Central Texas Council of Governments* of the DFW 2008 Eight-Hour Ozone Attainment Demonstration for the 2017 Attainment Year and information on local measures in the HGB nonattainment area is available on the Houston-Galveston Area Council website (http://www.h-gac.com/home/residents.aspx).

### 4.4.8 Voluntary Measures

While the oil and natural gas industry is required to install controls either due to state or federal requirements, the oil and natural gas industry has in some instances voluntarily implemented additional controls and practices to reduce VOC emissions from oil and natural gas operations in the DFW nonattainment area as well as other areas of the state. Examples of these voluntary efforts include: installing vapor recovery units on condensate storage tanks; using low-bleed natural gas actuated pneumatic devices; installing plunger lift systems in gas wells to reduce gas well blowdown emissions; and implementing practices to reduce VOC emissions during well completions (i.e., "Green Completions"). The EPA's Natural Gas STAR Program provides details on these and other practices recommended by the EPA as voluntary measures to reduce emissions from oil and natural gas operations and improve efficiency. Additional information on the EPA Natural Gas STAR Program may be found on the EPA's Natural Gas STAR Program webpage (http://www.epa.gov/gasstar/).

### 4.5 2008 OZONE NAAQS SIP REVISIONS ADOPTED SINCE 2015

All Texas SIP revisions are available on the Texas SIP Revisions webpage (http://www.tceq.texas.gov/airquality/sip/sipplans.html).

Since 2015, Texas has adopted several SIP revisions to further address the 2008 eight-hour ozone standard in the DFW and HGB areas. These latest SIP revisions and plans are detailed in this section.

### 4.5.1 DFW 2008 Eight Hour Ozone SIP Revisions

On June 3, 2015, the commission adopted two revisions to the Texas SIP for the DFW 2008 eight-hour ozone moderate nonattainment area: the DFW 2008 Eight-Hour Ozone Attainment Demonstration SIP Revision and the DFW 2008 Eight-Hour Ozone Reasonable Further Progress (RFP) SIP Revision. On December 7, 2016, the EPA published final approval of the DFW RFP SIP revision (81 FR 88124). Following proposal of these SIP revisions, the attainment date for the DFW 2008 eight-hour ozone moderate nonattainment area changed from December 31, 2018 to July 20, 2018 as a result of the December 23, 2014 D.C. Circuit Court ruling and the EPA's final 2008 ozone standard SIP requirements rule. Because the attainment year ozone season is the ozone season immediately preceding a nonattainment area's attainment date, the attainment year for the DFW moderate nonattainment area also changed from 2018 to 2017. As a result of the change in the attainment year, it was necessary for the TCEQ to develop a revised attainment demonstration. The DFW 2008 eight-hour ozone nonattainment area attainment demonstration SIP revision for the 2017 attainment year was adopted by the commission on July 6, 2016. On June 14, 2017, the EPA approved part of the attainment demonstration SIP revision that describes how FCAA requirements for vehicle inspection and maintenance and nonattainment new source

review are met in the DFW area for the 2008 ozone NAAQS (82 FR 22291), effective on September 12, 2017. On September 22, 2017, the EPA conditionally approved the TCEQ's cement kiln $NO_x$ RACT analysis for Martin Marietta (82 FR 44320) predicated on the TCEQ's commitment to establish the permitted emission limit of 1.95 lb $NO_x$/ton of clinker for kiln #5 in the SIP. The TCEQ committed to the EPA in a letter dated July 29, 2016 to prepare a SIP revision containing the 1.95 lb $NO_x$/ton of clinker limit for Martin Marietta and subsequently submit the SIP revision to the EPA if it is approved by the commission. In the September 22, 2017 final rule, the EPA also fully approved $NO_x$ RACT for all other affected sources in the 10-county DFW 2008 eight-hour ozone nonattainment area. The EPA published final approval of VOC RACT on December 21, 2017 (82 FR 60546).

### 4.5.2 HGB 2008 Eight-Hour Ozone SIP Revisions

On December 15, 2016, the commission adopted two revisions to the Texas SIP for the HGB 2008 eight-hour ozone moderate nonattainment area: the HGB 2008 Eight-Hour Ozone Attainment Demonstration SIP Revision (Non-Rule Project No. 2016-016-SIP-NR) and the HGB 2008 Eight-Hour Ozone RFP SIP Revision (Non-Rule Project No. 2016-017-SIP-NR). These SIP revisions were adopted to meet federal obligations for the 2008 eight-hour ozone NAAQS for a moderate nonattainment area with a July 20, 2018 attainment deadline and a 2017 attainment year. The attainment demonstration SIP revision incorporated revisions to 30 TAC Chapter 115 to update reasonably available control technology for VOC storage tanks in the HGB area. The SIP and rule revisions were submitted to the EPA on December 29, 2016. On May 15, 2017, the EPA approved Section 4.9 of the attainment demonstration SIP revision that describes how FCAA requirements for vehicle inspection and maintenance, nonattainment new source review, and emission statements for large stationary point sources are met in the HGB area for the 2008 ozone NAAQS (82 FR 22291). On June 6, 2017, the EPA published its finding that the motor vehicle emissions budgets in the HGB RFP SIP revision are adequate and must be used for transportation conformity determinations in the HGB area (82 FR 26091). These budgets became effective June 21, 2017.

### 4.6 CONCLUSIONS

Texas has numerous control measures in place to address ozone precursor emissions that are federally enforceable through SIP revisions. These measures have resulted in significant decreases in eight-hour ozone design values in Texas. Any additional control strategies necessary to address requirements for the 2015 eight-hour ozone NAAQS will be evaluated when attainment demonstration and RFP SIP revisions are developed and implemented.

## CHAPTER 5: PREVENTION OF SIGNIFICANT DETERIORATION AND VISIBILITY TRANSPORT [FCAA, §110(A)(2)(D)(i)(II)]

### 5.1 INTRODUCTION

The Federal Clean Air Act (FCAA), §110(a)(2)(D)(i)(II), requires states to submit a state implementation plan (SIP) revision that contains adequate provisions to prohibit any source or other type of emissions activity within the state from emitting any air pollutants in amounts that will interfere with measures required to meet an implementation plan for any other state related to prevention of significant deterioration (PSD) or interfere with measures required to meet the implementation plan for any other state related to regional haze and visibility. The following sections provide information on how Texas meets the requirements of FCAA, §110(a)(2)(D)(i)(II).

### 5.2 PSD

Texas has a SIP-approved PSD and nonattainment New Source Review (NSR) permitting program that contains requirements for sources of air pollutants to obtain an approved permit before beginning construction of a facility and before modifying an existing facility. The Texas Commission on Environmental Quality (TCEQ) has established rules governing the enforcement of control measures, including attainment plans and permitting programs that regulate construction and modification of stationary sources.

On January 6, 2014, the United States Environmental Protection Agency (EPA) published approval of Texas' public participation requirements for air quality permits (79 FR 551).[40] On November 10, 2014, the EPA published partial approval of the October 2010 and April 2014 SIP submittals that revise Texas' PSD program to provide for the regulation of greenhouse gas (GHG) emissions and clarify the applicability of best available control technology for all PSD permit applications (79 FR 66626).[41] The EPA also approved revisions to the NSR permitting program as consistent with federal requirements for PSD permitting of GHG emissions. Although the EPA originally disapproved the Texas infrastructure SIP for the 1997 eight-hour ozone, and for the 1997 and 2006 $PM_{2.5}$ National Ambient Air Quality Standards (NAAQS) for not containing provisions for the permitting of GHGs, on September 4, 2015 the EPA published a direct final rule in the *Federal Register* (FR) to correct the Code of Federal Regulations to reflect that Texas now has a SIP-approved GHG permitting program (80 FR 53467). The rule became effective November 3, 2015.

On June 12, 2015, in response to a petition for rulemaking from the Sierra Club, the EPA finalized a SIP call related to provisions in SIPs concerning how air agency rules in EPA-approved SIPs treat excess emissions during periods of startup, shutdown, and malfunction (SSM) of industrial source process or emission control equipment. Although not one of the states named in the Sierra Club's petition, the EPA's final rule included Texas. The State of Texas and the TCEQ disagree with the EPA that the TCEQ's

---

[40] Approval and Promulgation of Implementation Plans; Texas; Prevention of Significant Deterioration; Greenhouse Gas Tailoring Rule Revisions, 79 FR 66626 (November 10, 2014).
[41] Approval and Promulgation of Implementation Plans; Texas; Public Participation for Air Quality Permit Applications, 79 FR 551 (January 6, 2014).

SIP-approved affirmative defense rule for certain excess emissions is substantially inadequate to meet FCAA requirements and are challenging the EPA's SIP call.

The following chapters of 30 Texas Administrative Code (TAC) contain rules relevant for this federal requirement:

Chap. 35        Emergency and Temporary Orders and Permits; Temporary Suspension or Amendment of Permit Conditions; Subchapters A, B, C, K

Chap. 39        Public Notice

Chap. 55        Requests for Reconsideration and Contested Case Hearings; Public Notice

Chap. 101       General Air Quality Rules

Chap. 106       Permits by Rule, Subchapter A, General Requirements

Chap. 112       Control of Air Pollution from Sulfur Compounds

Chap. 115       Control of Air Pollution from Volatile Organic Compounds

Chap. 116       Control of Air Pollution by Permits for New Construction or Modification

Chap. 117       Control of Air Pollution from Nitrogen Compounds

Texas has a robust, SIP-approved permitting program and therefore has met the infrastructure requirements of §110(a)(2)(D)(i)(II).

## 5.3 VISIBILITY TRANSPORT

On December 16, 2014, the EPA published a proposed rule to partially disapprove the Texas 2009 Regional Haze SIP revision and issue a federal implementation plan (FIP) (79 FR 74818). The EPA also proposed to approve the Texas Best Available Retrofit Technology (BART) rule for non-electric generating units (EGUs), and replace the TCEQ's reliance on the Clean Air Interstate Rule (CAIR) with a FIP implementing the Cross-State Air Pollution Rule (CSAPR) in Texas for BART for EGUs.[42] On January 5, 2016, the EPA partially approved (for non-EGU BART) and partially disapproved the Texas SIP and adopted a FIP for the reasonable progress goals and long-term strategy requirements that were disapproved. The EPA did not finalize the EGU BART portion of the proposal. On July 15, 2016, the 5th Circuit stayed EPA's FIP of the Texas Regional Haze Rule.

Because of litigation since the 2009 Texas Regional Haze SIP submission, EGUs are no longer covered under CAIR or subsequent program provisions; and the EPA did not finalize the disapproval of Texas EGU BART on January 5, 2016. In accordance with a consent decree, the EPA published a proposed BART FIP on January 4, 2017 covering

---

[42] The D.C. Circuit lifted the stay on CSAPR and the EPA began implementing the rule on January 1, 2015. However, on July 28, 2015 the D.C. Circuit ruled that the 2014 annual $SO_2$ budgets and the 2014 ozone season $NO_x$ budgets for Texas were invalid because they required overcontrol of Texas emissions, and remanded these budgets back to the EPA without vacatur.

EGUs. The consent decree required the EPA to sign a final FIP in September 2017. On September 29, 2017, the EPA Administrator signed a FIP to address BART requirements for Texas EGUs, specifically with regard to nitrogen oxides ($NO_x$), particulate matter (PM), and sulfur dioxide ($SO_2$). The final rule was published in the *Federal Register* on October 17, 2017 (82 FR 48324). Additionally, on September 29, 2017, the EPA finalized a rule withdrawing Texas from the CSAPR Group 2 $SO_2$ and Annual $NO_x$ Programs (82 FR 45481). The BART FIP relies on Texas' participation in the CSAPR Ozone Season $NO_x$ Program to fulfill $NO_x$ BART. Because Texas is no longer participating in the CSAPR Group 2 $SO_2$ Program, CSAPR cannot be relied upon to satisfy $SO_2$ BART. Therefore, the FIP establishes an $SO_2$ trading program that applies to select Texas EGUs. The EPA approved the TCEQ's PM screening for EGUs from the 2009 Texas Regional Haze SIP submittal, eliminating the need to require controls for PM BART. Additionally, the EPA disapproved portions of the Texas SIP with regard to interstate visibility transport for the following NAAQS: 1997 eight-hour ozone; 1997 $PM_{2.5}$ (annual and 24-hour); 2006 $PM_{2.5}$ (24-hour); 2008 eight-hour; 2010 one-hour nitrogen dioxide; and 2010 one-hour $SO_2$. The EPA also made a finding that the BART alternatives adopted as the FIP meet the interstate visibility transport requirements for these NAAQS under FCAA §110(a)(2)(D)(i)(II).

Regional haze program requirements include progress reports due to the EPA every five years, to demonstrate progress toward the visibility goal. The 2014 Five-Year Regional Haze Progress Report SIP Revision was submitted to the EPA in March 2014. On January 10, 2017, the EPA published the final Regional Haze Rule Amendments (82 FR 3078) extending the SIP submittal deadline for the second planning period from July 31, 2018 to July 31, 2021 and adjusting the interim progress report submission deadline so that second progress reports would be due by January 31, 2025. The following SIP submittal would be due in 2028 and then every 10 years thereafter, through 2064.

The following chapter of 30 TAC contains rules relevant for this federal requirement:

Chap. 101     General Air Quality Rules

Chap. 122     Subchapter E, Division 2, Clean Air Interstate Rule

Chap. 115     Control of Air Pollution from Volatile Organic Compounds

Chap. 116     Control of Air Pollution by Permits for New Construction or Modification

Chap. 117     Control of Air Pollution from Nitrogen Compounds

The modeling analysis in this SIP revision demonstrates that Texas does not contribute to nonattainment or interfere with maintenance in another state for the 2015 ozone NAAQS. The EPA has not established a separate visibility standard for ozone because ozone does not directly impair visibility or substantially produce or contribute to the production of the secondary air contaminants that cause visibility impairment or regional haze. Particulate matter, rather than ozone, is the pollutant primarily responsible for visibility impairment at Class I areas covered by the Regional Haze Rule. Emissions from Texas EGUs that potentially contribute to both ozone nonattainment and visibility impairment are already controlled under the ozone

NAAQS, BART under the Regional Haze Rule, and interstate transport obligations. Texas is also subject to the ozone season $NO_x$ budget under the CSAPR Update Rule for the 2008 ozone standard. Based on the finding that emissions from Texas do not interfere with measures to protect visibility in nearby states, Texas meets the visibility transport provision for six other NAAQS under the BART FIP (82 FR 48324). When considered alongside the modeling analysis in this SIP revision, and Texas' inclusion in the CSAPR Update Rule ozone season $NO_x$ trading program, it is concluded that Texas meets the visibility transport provision for the 2015 ozone NAAQS as well.

**CHAPTER 6: INTERSTATE POLLUTION ABATEMENT AND INTERNATIONAL AIR POLLUTION [FCAA, §110(A)(2)(D)(ii)]**

## 6.1 INTRODUCTION

The requirements of Federal Clean Air Act (FCAA), §110(a)(2)(D)(ii) are satisfied by demonstrating compliance with the applicable requirements of FCAA, §126(a), 126(b) and (c), and 115.

## 6.2 INTERSTATE POLLUTION ABATEMENT

### 6.2.1 Compliance with FCAA, §126(a)

Under section 126(a)(1) of the FCAA, a state implementation plan (SIP) must contain provisions requiring each new or modified major source required by FCAA title I part C to be subject to prevention of significant deterioration (PSD) permitting to notify neighboring air agencies of potential impacts from the source. Per guidance on development and submission of infrastructure SIPs issued by the United States Environmental Protection Agency (EPA) on September 13, 2013,[43] the EPA considers the notification by the permitting authority to satisfy the requirement of FCAA, §126(a)(1)(A) that a new or modified major source subject to part C notify neighboring air agencies of its potential downwind impact. Texas has a SIP-approved PSD permitting program that contains requirements for the permitting authority to notify air agencies whose lands may be affected by emissions from that source.

### 6.2.2 Compliance with FCAA, §126(b) and (c)

The required content of an infrastructure SIP with respect to FCAA, §110(a)(2)(D)(ii) is affected by sections 126(b) and 126(c) of the FCAA only if: (1) the Administrator has, in response to a petition, made a finding under section 126(b) of the FCAA that emissions from a source or sources within the air agency's jurisdiction emit prohibited amounts of air pollution relevant to the new or revised NAAQS for which the infrastructure SIP submission is being made; and (2) under section 126(c) of the FCAA, the Administrator has required the source or sources to cease construction, cease or reduce operations, or comply with emissions limitations and compliance schedule requirements for continued operation.

No source or sources within Texas are the subject of an active finding under section 126 of the FCAA with respect to the 2015 ozone NAAQS.

## 6.3 INTERNATIONAL AIR POLLUTION

### 6.3.1 Compliance with FCAA, §115

Section 115 of the FCAA authorizes the EPA Administrator to require a state to revise its SIP under certain conditions to alleviate international transport into another country. When acting on an infrastructure SIP submission for a new or revised NAAQS, the EPA will look to whether the Administrator has made a finding with respect to

---

[43] Memorandum from Stephen D. Page, Director of the Office of Air Quality Planning and Standards, September 13, 2013, *Guidance on Infrastructure State Implementation Plan (SIP) Elements under Clean Air Act Sections 110(a)(1) and 110(a)(2)*. EPA Office of Air Quality Planning and Standards. https://www3.epa.gov/airquality/urbanair/sipstatus/docs/Guidance_on_Infrastructure_SIP_Elements_Multipollutant_FINAL_Sept_2013.pdf

emissions of the particular NAAQS pollutant and its precursors, if applicable. There are no final findings under section 115 of the FCAA against the State of Texas with respect to the 2015 ozone NAAQS.

# CHAPTER 7: CONCLUSIONS

Texas has numerous control measures in place to address ozone precursor emissions and these measures have resulted in significant decreases in eight-hour ozone design values in Texas. Statewide trend analysis of ozone precursor emissions from 2005 through 2014 shows a 17% reduction in volatile organic compounds and a 35% reduction in nitrogen oxides. These reductions have assisted the state in attaining both the one-hour and 1997 eight-hour ozone National Ambient Air Quality Standards (NAAQS) and are expected to help the state attain the 2008 and 2015 NAAQS in the future. Over the past 25 years, all areas in Texas have observed some decrease in eight-hour ozone design values with the greatest decreases observed in the Houston-Galveston-Brazoria and Beaumont-Port Arthur areas with decreases of 34% and 33% respectively.

The modeling analysis provided in this state implementation plan (SIP) revision demonstrates that Texas emissions do not contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS at any downwind monitors in 2023. Factors such as design value trends, number of elevated ozone days, back trajectory analysis on elevated ozone days, modeled concentrations on future expected elevated ozone days, total interstate contributions at tagged monitors, and responsiveness of ozone to Texas emissions were examined for 16 monitors projected to be in nonattainment or projected to have maintenance issues in other states. Based on this modeling analysis, it is concluded that emissions from Texas do not contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS in any other state.

Additionally, Texas has a robust, SIP-approved new source review permitting program and therefore has met the Federal Clean Air Act (FCAA) infrastructure requirements relating to prevention of significant deterioration (PSD). The Texas Commission on Environmental Quality has also determined that Texas meets the visibility transport provisions for the 2015 ozone NAAQS as the state is not contributing significantly to nonattainment or maintenance issues in any other state, the EPA has not established a separate visibility standard for ozone, Texas is subject to the ozone season $NO_x$ budget under the Cross-State Air Pollution Rule Update, and the EPA has made a finding that Texas meets the visibility transport provision for six other NAAQS under the Best Available Retrofit Technology FIP.

Finally, Texas meets the FCAA requirements related to interstate pollution abatement and international air pollution. Texas has a SIP-approved PSD permitting program that contains requirements for the permitting authority to notify air agencies whose lands may be affected by emissions from that source, no sources within Texas are the subject of an active finding under section 126 of the FCAA with respect to the 2015 ozone NAAQS, and there are no final findings under section 115 of the FCAA against the State of Texas with respect to the 2015 ozone NAAQS.

In conclusion, this SIP revision demonstrates that Texas meets the interstate transport requirements of FCAA, §110(a)(2)(D)(i)(I) as well as the requirements of FCAA, §110(a)(2)(D)(i)(II) for prevention of significant deterioration and visibility transport and the interstate pollution abatement and international air pollution requirements of FCAA, §110(a)(2)(D)(ii).

# CHAPTER 8: FUTURE REVISIONS TO THE NATIONAL AMBIENT AIR QUALITY STANDARDS (NAAQS)

Federal Clean Air Act (FCAA), §110(a)(1) requires states to submit state implementation plans within three years after the promulgation of new or revised NAAQS to meet the requirements of FCAA, §110(a)(2), including FCAA, §110(a)(2)(D), relating to interstate transport. Therefore, if the NAAQS are revised in the future, the Texas Commission on Environmental Quality will need to take the adequate steps relating to the interstate transport of air pollution.

*Appendices Available Upon Request*

Kristin Patton
kristin.patton@tceq.texas.gov
512.239.4907

# TESTIMONY

INDEX OF WRITTEN TESTIMONY

**NO WRITTEN COMMENTS WERE RECEIVED PERTAINING TO THIS SIP REVISION.**

# INDEX OF ORAL TESTIMONY

April 10, 2018, 2:00 p.m. – Austin, TX

Reference Number

O-1

Submitted by

Cyrus Reed, Sierra Club, Lone Star Chapter



# JUDICIAL SERVICES COURT REPORTING COMPANY

4241 WOODCOCK DR. SUITE A204
SAN ANTONIO, TEXAS 78228
TELE: (210) 681-4885
FAX: (210) 681-4886

TYPE OF PROCEEDING:  **PUBLIC HEARING**

NAME OF PROCEEDING:  **INFRASTRUCTURE AND TRANSPORT STATE IMPLEMENTATION**

DATE AND TIME :  **APRIL 10, 2018 AT 2:04 P.M.**

CASE NUMBER:  NON-RULE PROJECT NO. 2017-039-SIP-NR and 2017-040-SIP-NR

DELIVER TO:  JOYCE NELSON
TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
12100 PARK 35 CIRCLE, BUILDING F
AUSITN, TEXAS 78753

# ORIGINAL PUBLIC MEETING
# TRANSCRIPT

*Nationwide Scheduling*                                                                    *Internet Repository*

Page 1

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY


HEARING TRANSCRIPT OF


THE PUBLIC HEARING REGARDING INFRASTRUCTURE AND

TRANSPORT STATE IMPLEMENTATION PLAN REVISION FOR

THE 2015 OZONE NATIONAL AMBIENT AIR QUALITY

STANDARDS


APRIL 10, 2018

2:04 p.m.


The hearing at the Texas Commission on

Environmental Quality, on the 10th day of April,

2018, between 2:04 p.m. and 2:12 p.m., before

Katrina Faith Wright, Certified Shorthand Reporter

in and for the State of Texas, reported by

computerized stenotype machine, at 12100 Park 35

Circle, Austin, Texas 78753.

Page 2

```
 1                    P R E S E N T

 2

 3

 4     WITH THE AIR QUALITY DIVISION:

 5

 6     KRISTIN PATTON

 7     DONNA HUFF

 8     WALKER WILLIAMSON

 9     SHANTHA DANIEL

10     DOUG BOYER

11     KASEY SAVANICH

12

13

14     WITH THE ENVIRONMENTAL LAW DIVISION:

15

16     AMY BROWNING

17

18

19

20

21

22

23

24     COURT REPORTER:  KATRINA FAITH WRIGHT,

25                      Texas CSR No. 9220
```

Page 3

1          MS. PATTON:   Good afternoon.   I would like to

2     welcome everyone to this public hearing being

3     conducted by the Texas Commission on Environmental

4     Quality.

5               My name is Kristin Patton, with the Air

6     Quality Division.   I would also like to introduce

7     Donna Huff, Walker Williamson, Shantha Daniel,

8     Doug Boyer, and Kasey Savanich with the Air Quality

9     Division; and Amy Browning with the Environmental

10    Law Division.

11              We are here this afternoon to receive

12    oral and written comments on two proposed State

13    Implementation Plan, or SIP, revisions:   The

14    Infrastructure SIP revision and the Transport SIP

15    revision for the 2015 ozone standard.

16          There are copies of the proposed SIP

17    revisions for you to refer to while you are here,

18    located on the far table.   These documents, along

19    with the associated appendices, are also available

20    on the Commission's website.   There is also a

21    handout on the table next to the SIP revisions with

22    the web address and a brief overview of the

23    proposed revisions that we are taking comment on

24    today.

25              We will continue to accept comments on these

Page 4

1    proposals via the eComments system until midnight

2    tonight.

3         This hearing is structured strictly for the

4    receipt of oral or written comments on these

5    proposals.  Open discussion during the hearing is

6    not allowed.

7         We will now begin receiving comments in the

8    order in which you registered.  We have a

9    court reporter present that will be transcribing

10   your comments.  Please remember to speak directly

11   into the microphone so that she can hear your

12   comments.  When I call your name, please come up to

13   the podium, state your name and who you represent,

14   and begin your comments.

15             Cyrus Reed.

16        MR. REED:  Thank you.  For the record,

17   Cyrus Reed representing the Lone Star chapter

18   of the Sierra Club, a conservation organization --

19   sorry.

20             (Microphone adjustments made.)

21        MR. REED:  For the record, Cyrus Reed

22   representing the Lone Star chapter of the Sierra

23   Club.  Sierra Club is a national conservation

24   organization.  I represent the state chapter.  We

25   have about 27,000 members in Texas, and of course

Page 5

1    the Sierra Club nationally has members all over.

2                My comments today, which are brief, are

3    only on the Transport.   Depending on timing, we may

4    submit written comments both on the Transport and

5    the Infrastructure proposed revisions.

6                I first wanted to make a general

7    statement that I hope that whatever the final

8    version of these SIP revisions are that are

9    submitted to the EPA would include the latest

10   information on nonattainment areas.

11               So I wanted to say on this SIP Transport

12   revision, I appreciate the fact that TCEQ

13   accurately reflects that Bexar County, San Antonio

14   has design values over the current ozone standard.

15   And to the extent that when this is submitted,

16   those nonattainment areas, that the EPA decides

17   that is nonattainment areas, as I think they

18   should, and that's a different rule matter, but I

19   hope that this will reflect that.

20               That being said, given that Bexar County

21   is shown as an ozone design value above 70 parts

22   per billion, it seems to me that it would be useful

23   in this document to also show the historical

24   nonsubmission trends in either Bexar County or the

25   Bexar County and larger area.   You have done it

Page 6

1    statewide.   You've done it for DFW, you have

2    done it for Houston.   Why not show it in

3    San Antonio as well?   I think that would be

4    a good addition.

5              None of that necessarily relates to the

6    transport of the emissions that create ozone, but

7    at least it would be accurate in terms of this

8    document on where we are in our nonattainment

9    areas.

10             Just a couple of points.   As is

11   reflected in this document, a lot of the EPA rules

12   and decisions are always under litigation.   Sierra

13   Club is involved in a number of those.   So as

14   things change, obviously these documents can be

15   updated.

16             EPA previously disallowed a SIP revision

17   related to ozone transport and then found that the

18   latest rulings on the CSAPR Rule now take care of

19   those issues.   That is still undergoing litigation.

20   So to the extent that things change, obviously the

21   SIP revision may need to be changed as well.

22             I wanted to bring up two other issues,

23   more substantive issues, one being -- and, you

24   know, based on conversations I've had with staff,

25   this document essentially is stating it doesn't

1   find any problems with either causing nonattainment

2   in other areas or creating a problem for

3   maintaining attainment in other areas.

4            I will just note that previous -- when

5   looking at previous issues, more related to

6   visibility than ozone, we have found problems

7   north and east of Texas, in Oklahoma and Arkansas,

8   with some of the emissions coming from the coal

9   plants.  I realize some of those coal plants have

10  now retired, but would hope that you will address

11  the extent to which northeastern coal plants could

12  impact ozone in nearby states, which would

13  be important.

14            Then I would also note that since our

15  previous emissions inventory and control strategies

16  on oil and gas facilities, there have been major

17  increases in certain areas of the state in oil and

18  gas drilling.  I don't see any -- and I'll do

19  written comments if I have got this wrong, but I

20  don't see any discussion in here about control

21  strategies on oil and gas and the emissions that

22  they can also release, which can lead to ozone

23  formation.

24            So I think it would be beneficial to

25  have a discussion of oil and gas control strategies

1    and what we are doing to limit ozone formation

2    because of those emissions, particularly because of

3    the big boom in the Permian Basin that has occurred

4    in the last few years that I don't think has been

5    analyzed.

6            So those are the comments I will make,

7    and I reserve the right to do written comments

8    before midnight, once I consult with our lawyers,

9    to make sure I don't say anything that is wrong.

10   Thanks.

11       MS. PATTON:   Thank you.

12            I don't believe there is anyone else

13   present to comment at this time.

14            Once again, comments will be accepted

15   via eComments system until midnight tonight.   All

16   comments should reference the SIP project number

17   that the comment pertains to.   Copies of the

18   proposed SIP revisions and appendices can be

19   obtained from the Commission's website.   Please

20   feel free to pick up the handout with the web

21   address as well as the eComments web address from

22   the registration table.   The handout also includes

23   instructions on how to register to receive e-mail

24   updates on issues related to the development of the

25   SIP.

Page 9

1           We appreciate your comments and we thank

2    you for coming.

3           If there are no further comments, the

4    hearing is now closed.

5           (Hearing concluded at 2:12 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 10

1    TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

2    HEARING TRANSCRIPT OF

3    THE PUBLIC HEARING REGARDING INFRASTRUCTURE AND
     TRANSPORT STATE IMPLEMENTATION PLAN REVISION FOR

4    THE 2015 OZONE NATIONAL AMBIENT AIR QUALITY
     STANDARDS

5

6    APRIL 10, 2018

7    REPORTER'S CERTIFICATION

8         I, KATRINA FAITH WRIGHT, Certified Shorthand
     Reporter in and for the State of Texas, do hereby
     certify:

9

10        That said transcript of proceedings was taken
     before me at the time and place therein set forth
     and was taken down by me in shorthand and

11   thereafter was transcribed into typewriting under
     my direction, and I hereby certify the foregoing

12   transcript is a full, true, and correct transcript
     of my shorthand notes so taken.

13

14        I further certify that I am neither counsel
     for nor related to any party to said action, nor in
     any way interested in the outcome thereof.

15

16        IN WITNESS WHEREOF, I have hereunto
     subscribed my name this 20th day of April, 2018.

17

18

19

20



21   _____
     KATRINA FAITH WRIGHT, Texas CSR 9220
22   CSR Expiration:   12/31/18
     JUDICIAL SERVICES COURT REPORTING COMPANY
23   Firm Registration No. 774
     4241 Woodcock Drive, Suite A204
24   San Antonio, Texas 78228
     210-681-4885
25   210-681-4886 (fax)

# Texas Commission on Environmental Quality
## Public Hearing Registration

**Date:** April 10, 2018
**Time:** 2:00 p.m.

**Project Nos.:** 2017-039-SIP-NR; 2017-040-SIP-NR

**Short Titles:** 2015 Ozone NAAQS Transport SIP Revision; 2015 Ozone NAAQS Infrastructure SIP Revision
**Location:** Texas Commission on Environmental Quality, 12100 Park 35 Circle, Building E, Room 201S, Austin, Texas 78753
**Concerning:** Proposed Infrastructure and Transport State Implementation Plan (SIP) Revisions for the 2015 Ozone National Ambient Air Quality Standards (NAAQS)

| Name (Please Print) | Representing | Presenting Oral Testimony? (Circle One) |
|---|---|---|
| Cyrus Reed | Sierra Club, Lone Star Chapter | (Yes) No |
| | | Yes No |
| | | Yes No |
| | | Yes No |
| | | Yes No |
| | | Yes No |
| | | Yes No |
| | | Yes No |

# EVALUATION

# Texas Commission on Environmental Quality
## Interoffice Memorandum

**To:**       Commissioners                                **Date:**   July 20, 2018

**Thru:**     Bridget C. Bohac, Chief Clerk
             Stephanie Bergeron Perdue, Interim Executive Director

**From:**     Steve Hagle, P.E., Deputy Director
             Office of Air

**Docket No.:**  2017-1762-SIP

**Subject:**   Commission Approval for Adoption of Federal Clean Air Act (FCAA),
              §110(a)(1) and §110(a)(2)(D) Transport State Implementation Plan (SIP)
              Revision for the 2015 Ozone National Ambient Air Quality Standards
              (NAAQS)

              2015 Ozone NAAQS Transport SIP Revision
              Project No. 2017-039-SIP-NR

**Background and reason(s) for the SIP revision:**
On October 1, 2015, the United States Environmental Protection Agency (EPA) revised the
primary and secondary NAAQS for ozone to an eight-hour standard of 0.070 parts per
million. Within three years of the promulgation of any new or revised NAAQS, FCAA,
§110(a)(1) requires states to submit a SIP revision to provide for the implementation,
maintenance, and enforcement of the NAAQS. Section 110(a)(2)(A) through (M), lists the
elements that the SIP submissions must contain. This SIP revision specifically addresses
transport requirements under FCAA, §110(a)(2)(D). The remaining infrastructure
requirements of FCAA, §110(a)(2)(A) through (M) are addressed in a separate SIP revision
(Project No. 2017-040-SIP-NR). Infrastructure and transport SIP revisions to address the
2015 ozone NAAQS are due to the EPA by October 1, 2018.

**Scope of the SIP revision:**

**A.) Summary of what the SIP revision will do:**
The proposed SIP revision documents how the transport elements listed in FCAA,
§110(a)(2)(D) are currently addressed in the Texas SIP. This SIP revision provides a
detailed technical demonstration and other supporting information to meet the interstate
transport requirements of FCAA, §110(a)(2)(D)(i) and (ii).

**B.) Scope required by federal regulations or state statutes:**
Pursuant to FCAA, §110(a)(2)(D)(i), this SIP revision must contain several elements that
provide supporting information demonstrating that Texas is:
- not contributing significantly to nonattainment of the 2015 ozone NAAQS for
  areas in other states;
- not interfering with the maintenance of the 2015 ozone NAAQS in any other state;
- not interfering with measures required to meet an implementation plan for any
  other state related to prevention of significant deterioration (PSD); and
- not interfering with measures required to meet the implementation plan for any
  other state related to regional haze and visibility.

Commissioners
Page 2
July 20, 2018

Re: Docket No. 2017-1762-SIP

In addition, pursuant to FCAA, §110(a)(2)(D)(ii), the SIP revision must provide information demonstrating compliance with the applicable requirements of FCAA, §126 and §115 relating to interstate and international pollution abatement.

Guidance on development and submission of infrastructure SIPs issued by the EPA on September 13, 2013[1] did not address §110(a)(2)(D)(i)(I), which specifically concerns interstate pollution transport affecting attainment and maintenance of the NAAQS. The EPA did not issue formal transport guidance prior to the development and proposal of this SIP revision. On March 27, 2018, the EPA issued a memo to provide information to assist states' efforts to develop transport SIP revisions for the 2015 ozone NAAQS.[2] The memo notes that in developing transport SIP revisions, states have flexibility to follow the four-step transport framework or alternative frameworks, so long as the chosen approach has adequate technical justification and is consistent with the requirements of the FCAA. The memo also includes a preliminary list of potential flexibilities in analytical approaches for developing transport SIP revisions that may warrant further discussion between the EPA and states. Although this transport SIP revision was developed prior to the EPA's memo, the approach used in developing this SIP revision is consistent with the EPA memo providing states with flexibility in their technical work and submittals. This SIP revision includes an analysis of required transport elements consistent with statutory requirements.

**C.) Additional staff recommendations that are not required by federal rule or state statute:**
None

**Statutory authority:**
The EPA published the final rule establishing the revised NAAQS for ozone in the *Federal Register* on October 26, 2015 (80 FR 65292). The authority to propose and adopt the SIP revision is derived from FCAA, §110, which requires states to submit SIP revisions that contain enforceable measures to achieve the NAAQS, and other general and specific authority in Texas Water Code, Chapters 5 and 7, and Texas Health and Safety Code, Chapter 382.

---

[1] Memorandum from Stephen D. Page, Director of the Office of Air Quality Planning and Standards, September 13, 2013, *Guidance on Infrastructure State Implementation Plan (SIP) Elements under Clean Air Act Sections 110(a)(1) and 110(a)(2)*. EPA Office of Air Quality Planning and Standards. https://www3.epa.gov/airquality/urbanair/sipstatus/docs/Guidance_on_Infrastructure_SIP_Elements_Multipollutant_FINAL_Sept_2013.pdf
[2] Memorandum from Peter Tsirigotis, Director of the Office of Air Quality Planning and Standards, March 27, 2018, *Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I)*. EPA Office of Air Quality Planning and Standards. https://www.epa.gov/sites/production/files/2018-03/documents/transport_memo_03_27_18_1.pdf

Commissioners
Page 3
July 20, 2018

Re: Docket No. 2017-1762-SIP

**Effect on the:**

**A.) Regulated community:**
No effects on the regulated community are anticipated. However, if the EPA were to issue a federal implementation plan (FIP) because the state failed to submit a SIP revision there could ultimately be significant effects on the regulated community.

**B.) Public:**
None

**C.) Agency programs:**
The SIP revision would have no new effect on agency programs.

**Stakeholder meetings:**
The proposed SIP revision went through a public review and comment period including one public hearing.

**Public comment:**
The commission offered a public hearing on the proposed SIP revision in Austin on April 10, 2018. Notice of the public hearing was published in the *Texas Register* and the *Austin American-Statesman*, *Dallas Morning News*, and *Houston Chronicle* newspapers.

The public comment period opened on March 9, 2018 and closed on April 10, 2018. During the comment period, staff received comments from the Lone Star Chapter of the Sierra Club. The comments generally concerned nonattainment designations, ongoing litigation, emissions, and control strategies. A summary of the comments and the TCEQ response is provided as part of the SIP revision in the Response to Comments.

**Significant changes from proposal:**
None

**Potential controversial concerns and legislative interest:**
Section 110(a)(2)(D) of the FCAA requires transport SIPs to contain adequate provisions to prevent emissions from interfering with visibility in another state. As part of the EPA's October 17, 2017 FIP to address best available retrofit technology (BART) requirements for Texas electric generating units, the EPA disapproved portions of the Texas SIP with regard to interstate visibility transport for the 1997 eight-hour ozone, 1997 $PM_{2.5}$ (annual and 24-hour), 2006 $PM_{2.5}$ (24-hour), 2008 eight-hour ozone, 2010 one-hour nitrogen dioxide, and 2010 one-hour sulfur dioxide NAAQS (82 FR 48324). The EPA also made a finding that the BART alternatives adopted as the FIP meet the interstate visibility transport requirements for these NAAQS under FCAA, §110(a)(2)(D)(II). Based on the finding that Texas meets the visibility transport provision for these other NAAQS under the BART FIP, along with the modeling analysis in the proposed SIP revision demonstrating that Texas does not significantly contribute to nonattainment or maintenance in another state for the 2015 ozone NAAQS, the fact that the EPA has not established a separate visibility standard for ozone, and because Texas is included in the Cross-State Air Pollution Rule (CSAPR) Update ozone season nitrogen oxides ($NO_x$) trading

Commissioners
Page 4
July 20, 2018

Re: Docket No. 2017-1762-SIP

program, it is concluded that Texas meets the visibility transport provision for the 2015 ozone NAAQS as well.

Texas is included in the EPA's CSAPR Update Rule for ozone season $NO_x$, due to the EPA's disapproval of the portion of Texas' 2008 ozone infrastructure and transport SIP revision pertaining to the §110(a)(2)(D)(i)(I) interstate transport requirements and the EPA's determination that Texas significantly contributes to nonattainment or interferes with maintenance of the 2008 eight-hour ozone NAAQS in other states. While the CSAPR Update Rule does not specifically cover the 2015 ozone NAAQS, litigation over the rule is still ongoing and could potentially affect interstate transport requirements in the future.

**Does this SIP revision affect any current policies or require development of new policies?**
No

**What are the consequences if this SIP revision does not go forward? Are there alternatives to this SIP revision?**
Transport SIP revisions are required by §110(a) of the FCAA to be submitted within three years of the EPA promulgating the revised standard. The commission could choose to not comply with requirements to develop and submit a transport SIP revision to the EPA. However, if the required SIP revision is not submitted to the EPA by the October 1, 2018 deadline, the EPA has the authority to issue a finding of failure to submit requiring that the TCEQ submit the SIP revision within a specified time period and potentially imposing sanctions on the state. The EPA would be required to promulgate a FIP if the TCEQ failed to make the submission within two years, or by October 1, 2020.

**Key points in the SIP revision adoption schedule:**
    **Anticipated adoption date:** August 8, 2018
    **EPA due date:** October 1, 2018

**Agency contacts:**
Kristin Patton, SIP Project Manager, Air Quality Division, (512) 239-4907
Amy Browning, Staff Attorney, (512) 239-0891
Joyce Spencer-Nelson, *Texas Register* Rule/Agenda Coordinator, (512) 239-5017

cc:    Chief Clerk, 2 copies
       Executive Director's Office
       Jim Rizk
       Office of General Counsel
       Kristin Patton
       Joyce Spencer-Nelson

**RESPONSE TO COMMENTS RECEIVED CONCERNING THE
TRANSPORT STATE IMPLEMENTATION PLAN (SIP)
REVISION FOR THE 2015 EIGHT-HOUR OZONE
STANDARD**

The Texas Commission on Environmental Quality (commission or TCEQ) conducted a public hearing in Austin on April 10, 2018, at 2:00 p.m. During the comment period, which closed on April 10, 2018, the commission received comments from the Lone Star Chapter of the Sierra Club (Sierra Club).

**TABLE OF CONTENTS**
General Comments
Emissions
Control Strategies

**GENERAL COMMENTS**
Sierra Club commented that the final 2015 Ozone NAAQS Transport SIP revision should include the latest information on nonattainment area designations.

**The TCEQ has updated the SIP revision to include the latest available information related to final area designations for the 2015 ozone NAAQS.**

Sierra Club commented that many EPA rules and decisions are under ongoing litigation and that the SIP revision should be updated for any changes resulting from existing litigation.

**The SIP revision includes the latest information related to ongoing litigation available at the time of development. As noted in Section 1.2: *Introduction* of the SIP revision, the TCEQ acknowledges that proposed changes to federal regulations may have future impacts on how the TCEQ meets the requirements of FCAA, §110(a)(2)(D); however, this SIP revision reflects the methods and means by which Texas meets these requirements at the time this SIP revision was developed. Should future federal rule changes necessitate state rule changes, the TCEQ will act appropriately at that time.**

**EMISSIONS**
Sierra Club suggested that historical $NO_x$ emission trends for Bexar County or the greater San Antonio area be included in the SIP revision.

**$NO_x$ emissions trends for Bexar County and the greater San Antonio area are included as part of the statewide trends discussed in the SIP revision in Section 2.3.2: *Historical Emissions Inventory Trends*. The request for additional emission trend analysis specific to Bexar County or the San Antonio area is outside the scope of this SIP revision.**

Sierra Club commented that the SIP revision should address the extent to which coal plants in northeastern Texas could impact ozone in nearby states, specifically Oklahoma and Arkansas.

**The TCEQ's modeling indicates there are no projected nonattainment or maintenance monitors in Oklahoma and Arkansas for the 2015 ozone NAAQS. Any ozone impacts on Oklahoma or Arkansas specifically from coal-fired power plants in northeastern Texas beyond the requirements of FCAA, §110(a)(2)(D) are not relevant for the purposes of this transport SIP revision. Further analysis presented in this SIP revision was limited to the tagged projected nonattainment and/or maintenance monitors in Arizona, California, and Colorado and determined that emissions from Texas do not contribute significantly to nonattainment or interfere with maintenance of the 2015 ozone NAAQS at these downwind monitors or in any other state.**

CONTROL STRATEGIES

Sierra Club commented that the SIP revision should include a discussion about control strategies on oil and gas and what is being done to limit ozone formation as a result of oil and gas emissions, particularly in the Permian Basin.

**The SIP revision includes a discussion of existing control strategies related to oil and gas emissions in Chapter 4: *Control Strategies*. Additional controls are not addressed in this SIP revision as Texas emissions do not contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS in any other state.**

# RECOMMENDATION

REVISIONS TO THE STATE OF TEXAS AIR QUALITY
IMPLEMENTATION PLAN CONCERNING FEDERAL CLEAN AIR
ACT SECTIONS 110(a)(1) AND (2) INFRASTRUCTURE

TRANSPORT DEMONSTRATION FOR OZONE



TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
P.O. BOX 13087
AUSTIN, TEXAS 78711-3087

**FEDERAL CLEAN AIR ACT, SECTIONS 110(A)(1) AND (2)
TRANSPORT STATE IMPLEMENTATION PLAN REVISION FOR
THE 2015 OZONE NATIONAL AMBIENT AIR QUALITY
STANDARDS**

PROJECT NUMBER 2017-039-SIP-NR

Adoption
August 8, 2018

*This page intentionally left blank*

# EXECUTIVE SUMMARY

This revision to the state implementation plan (SIP) is intended to meet the infrastructure and transport requirements of the Federal Clean Air Act (FCAA), §110(a). States are required by FCAA, §110(a)(1) to submit SIP revisions providing for the implementation, maintenance, and enforcement of a new or revised National Ambient Air Quality Standard (NAAQS) within three years after promulgation. On October 1, 2015, the United States Environmental Protection Agency (EPA) revised the primary and secondary NAAQS for ozone to an eight-hour standard of 0.070 parts per million. Infrastructure and transport SIP revisions to address the 2015 Ozone NAAQS are due to the EPA by October 1, 2018.

FCAA, §110(a)(2)(A) through (M), lists the elements that infrastructure and transport SIP submissions must contain. This SIP revision specifically addresses transport requirements under FCAA, §110(a)(2)(D) for the 2015 ozone NAAQS. The remaining infrastructure requirements of FCAA, §110(a)(2)(A) through (M) are addressed in a separate SIP revision (Project No. 2017-040-SIP-NR). This SIP revision documents how the transport elements listed in FCAA, §110(a)(2)(D) are currently addressed in the Texas SIP and provides a detailed technical demonstration and other supporting information to meet the interstate transport requirements of FCAA, §110(a)(2)(D)(i) and (ii).

Pursuant to FCAA, §110(a)(2)(D)(i), this SIP revision must contain several elements that provide supporting information demonstrating that Texas is:

- not contributing significantly to nonattainment of the 2015 ozone NAAQS for areas in other states;

- not interfering with the maintenance of the 2015 ozone NAAQS in any other state;

- not interfering with measures required to meet an implementation plan for any other state related to prevention of significant deterioration (PSD); and

- not interfering with measures required to meet the implementation plan for any other state related to regional haze and visibility.

In addition, pursuant to FCAA, §110(a)(2)(D)(ii), this SIP revision must provide information demonstrating compliance with the applicable requirements of FCAA, §126 and §115 relating to interstate and international pollution abatement.

To meet the requirements of FCAA, §110(a)(2)(D)(i)(I), this SIP revision includes an analysis of ozone design value and emissions trends in Texas, a modeling analysis of the impacts of Texas' emissions on other states, and a discussion of existing ozone control strategies to demonstrate that emissions from Texas do not contribute significantly to nonattainment or interfere with maintenance of the 2015 ozone NAAQS in another state. Information regarding how Texas meets the requirements of FCAA, §110(a)(2)(D)(i)(II) is provided in Chapter 4: *Prevention of Significant Deterioration and Visibility Transport [FCAA, §110(a)(2)(D)(i)(II)]*. Statements regarding

compliance with FCAA, §110(a)(2)(D)(ii) are provided in Chapter 5: *Interstate Pollution Abatement and International Air Pollution [FCAA, §110(a)(2)(D)(ii)].*

## SECTION V-A: LEGAL AUTHORITY

<u>General</u>
The Texas Commission on Environmental Quality (TCEQ) has the legal authority to implement, maintain, and enforce the National Ambient Air Quality Standards (NAAQS) and to control the quality of the state's air, including maintaining adequate visibility.

The first air pollution control act, known as the Clean Air Act of Texas, was passed by the Texas Legislature in 1965. In 1967, the Clean Air Act of Texas was superseded by a more comprehensive statute, the Texas Clean Air Act (TCAA), found in Article 4477-5, Vernon's Texas Civil Statutes. The legislature amended the TCAA in 1969, 1971, 1973, 1979, 1985, 1987, 1989, 1991, 1993, 1995, 1997, 1999, 2001, 2003, 2005, 2007, 2009, 2011, 2013, 2015, and 2017. In 1989, the TCAA was codified as Chapter 382 of the Texas Health and Safety Code.

Originally, the TCAA stated that the Texas Air Control Board (TACB) is the state air pollution control agency and is the principal authority in the state on matters relating to the quality of air resources. In 1991, the legislature abolished the TACB effective September 1, 1993, and its powers, duties, responsibilities, and functions were transferred to the Texas Natural Resource Conservation Commission (TNRCC). With the creation of the TNRCC, the authority over air quality is found in both the Texas Water Code and the TCAA. Specifically, the authority of the TNRCC is found in Chapters 5 and 7. Chapter 5, Subchapters A - F, H - J, and L, include the general provisions, organization, and general powers and duties of the TNRCC, and the responsibilities and authority of the executive director. Chapter 5 also authorizes the TNRCC to implement action when emergency conditions arise and to conduct hearings. Chapter 7 gives the TNRCC enforcement authority. In 2001, the 77th Texas Legislature continued the existence of the TNRCC until September 1, 2013, and changed the name of the TNRCC to the TCEQ. In 2009, the 81st Texas Legislature, during a special session, amended section 5.014 of the Texas Water Code, changing the expiration date of the TCEQ to September 1, 2011, unless continued in existence by the Texas Sunset Act. In 2011, the 82nd Texas Legislature continued the existence of the TCEQ until 2023.

The TCAA specifically authorizes the TCEQ to establish the level of quality to be maintained in the state's air and to control the quality of the state's air by preparing and developing a general, comprehensive plan. The TCAA, Subchapters A - D, also authorize the TCEQ to collect information to enable the commission to develop an inventory of emissions; to conduct research and investigations; to enter property and examine records; to prescribe monitoring requirements; to institute enforcement proceedings; to enter into contracts and execute instruments; to formulate rules; to issue orders taking into consideration factors bearing upon health, welfare, social and economic factors, and practicability and reasonableness; to conduct hearings; to establish air quality control regions; to encourage cooperation with citizens' groups and other agencies and political subdivisions of the state as well as with industries and the federal government; and to establish and operate a system of permits for construction or modification of facilities.

Local government authority is found in Subchapter E of the TCAA. Local governments have the same power as the TCEQ to enter property and make inspections. They also

may make recommendations to the commission concerning any action of the TCEQ that affects their territorial jurisdiction, may bring enforcement actions, and may execute cooperative agreements with the TCEQ or other local governments. In addition, a city or town may enact and enforce ordinances for the control and abatement of air pollution not inconsistent with the provisions of the TCAA and the rules or orders of the commission.

Subchapters G and H of the TCAA authorize the TCEQ to establish vehicle inspection and maintenance programs in certain areas of the state, consistent with the requirements of the Federal Clean Air Act; coordinate with federal, state, and local transportation planning agencies to develop and implement transportation programs and measures necessary to attain and maintain the NAAQS; establish gasoline volatility and low emission diesel standards; and fund and authorize participating counties to implement vehicle repair assistance, retrofit, and accelerated vehicle retirement programs.

<u>Applicable Law</u>
The following statutes and rules provide necessary authority to adopt and implement the state implementation plan (SIP). The rules listed below have previously been submitted as part of the SIP.

<u>Statutes</u>
All sections of each subchapter are included, unless otherwise noted.
    TEXAS HEALTH & SAFETY CODE, Chapter 382        September 1, 2017
    TEXAS WATER CODE        September 1, 2017

Chapter 5: Texas Natural Resource Conservation Commission
    Subchapter A: General Provisions
    Subchapter B: Organization of the Texas Natural Resource Conservation
            Commission
    Subchapter C: Texas Natural Resource Conservation Commission
    Subchapter D: General Powers and Duties of the Commission
    Subchapter E: Administrative Provisions for Commission
    Subchapter F: Executive Director (except §§5.225, 5.226, 5.227, 5.2275,5.231, 5.232,
            and 5.236)
    Subchapter H: Delegation of Hearings
    Subchapter I: Judicial Review
    Subchapter J: Consolidated Permit Processing
    Subchapter L: Emergency and Temporary Orders (§§5.514, 5.5145, and 5.515 only)
    Subchapter M: Environmental Permitting Procedures (§5.558 only)

Chapter 7: Enforcement
    Subchapter A: General Provisions (§§7.001, 7.002, 7.0025, 7.004, and 7.005 only)
    Subchapter B: Corrective Action and Injunctive Relief (§7.032 only)
    Subchapter C: Administrative Penalties
    Subchapter D: Civil Penalties (except §7.109)
    Subchapter E: Criminal Offenses and Penalties: §§7.177, 7.179-7.183

Rules

All of the following rules are found in 30 Texas Administrative Code, as of the following latest effective dates:

Chapter 7: Memoranda of Understanding, §§7.110 and 7.119

December 13, 1996 and May 2, 2002

Chapter 19: Electronic Reporting                                    March 15, 2007

Chapter 35: Subchapters A-C, K: Emergency and Temporary Orders
and Permits; Temporary Suspension or Amendment of Permit
Conditions                                                          July 20, 2006

Chapter 39: Public Notice, §§39.201; 39.401; 39.403(a) and (b)(8)-(10);
39.405(f)(1) and (g); 39.409; 39.411 (a), (b)(1)-(6), and (8)-(10) and (c)(1)-
(6) and (d); 39.413(9), (11), (12), and (14); 39.418(a) and (b)(3) and (4);
39.419(a), (b), (d), and (e); 39.420(a), (b) and (c)(3) and (4); 39.423 (a)
and (b); 39.601-39.605                                              December 29, 2016

Chapter 55: Requests for Reconsideration and Contested Case
Hearings; Public Comment, §§55.1; 55.21(a) - (d), (e)(2), (3), and (12), (f)
and (g); 55.101(a), (b), and (c)(6) - (8); 55.103; 55.150; 55.152(a)(1), (2),
and (6) and (b); 55.154; 55.156; 55.200; 55.201(a) - (h); 55.203; 55.205;
55.209, and 55.211                                                 December 29, 2016

Chapter 101: General Air Quality Rules                             October 12, 2017

Chapter 106: Permits by Rule, Subchapter A                         April 17, 2014

Chapter 111: Control of Air Pollution from Visible Emissions and
Particulate Matter                                                 August 3, 2017

Chapter 112: Control of Air Pollution from Sulfur Compounds        July 16, 1997

Chapter 113: Standards of Performance for Hazardous Air Pollutants
and for Designated Facilities and Pollutants                       May 14, 2009

Chapter 114: Control of Air Pollution from Motor Vehicles          December 29, 2016

Chapter 115: Control of Air Pollution from Volatile Organic
Compounds                                                          January 5, 2017

Chapter 116: Permits for New Construction or Modification          November 24, 2016

Chapter 117: Control of Air Pollution from Nitrogen Compounds      June 25, 2015

Chapter 118: Control of Air Pollution Episodes                     March 5, 2000

Chapter 122: §122.122: Potential to Emit                           February 23, 2017

Chapter 122: §122.215: Minor Permit Revisions    June 3, 2001

Chapter 122: §122.216: Applications for Minor Permit Revisions    June 3, 2001

Chapter 122: §122.217: Procedures for Minor Permit Revisions    December 11, 2002

Chapter 122: §122.218: Minor Permit Revision Procedures for Permit Revisions Involving the Use of Economic Incentives, Marketable Permits, and Emissions Trading    June 3, 2001

**SECTION VI: CONTROL STRATEGY**

A.  Introduction (No change)
B.  Ozone (No change)
C.  Particulate Matter (No change)
D.  Carbon Monoxide (No change)
E.  Lead (No change)
F.  Oxides of Nitrogen (No change)
G.  Sulfur Dioxide (No change)
H.  Conformity with the National Ambient Air Quality Standards (No change)
I.  Site Specific (No change)
J.  Mobile Sources Strategies (No change)
K.  Clean Air Interstate Rule (No change)
L.  Transport (Revised)
M.  Regional Haze (No change)

## TABLE OF CONTENTS

Executive Summary

Section V-A: Legal Authority

Section VI: Control Strategy

Table of Contents

List of Acronyms

List of Tables

List of Figures

List of Appendices

Chapter 1: General

    1.1 Background

    1.2 Introduction

    1.3 Health Effects

    1.4 Public Hearing and Comment Information

    1.5 Social and Economic Considerations

    1.6 Fiscal and Manpower Resources

Chapter 2: Ozone Data

    2.1 Introduction

    2.2 Ozone Design Value Trends in Texas

    2.3 Ozone Emissions Trends in Texas

        2.3.1 General

        2.3.2 Historical Emissions Inventory Trends

    2.4 Ozone Data Summary

Chapter 3: Significant Contribution to Nonattainment and Interference With Maintenance [FCAA, §110(a)(2)(D)(i)(I)]

    3.1 Introduction

    3.2 Step 1: Identification of Projected Nonattainment and Maintenance Monitors

        3.2.1 Modeling Domain

        3.2.2 Modeling Episode

            3.2.2.1 Meteorology of 2012

            3.2.2.2 Ozone Production in 2012

        3.2.3 Base Case Modeling

3.2.3.1 Meteorological Modeling

3.2.3.2 Emissions Modeling

3.2.3.3 Initial and Boundary Conditions

3.2.3.4 Photochemical Modeling

3.2.4 Future Year Modeling

3.2.4.1 Emissions Modeling

3.2.4.2 Initial and Boundary Conditions

3.2.4.3 Photochemical Modeling

3.3 Step 2: Source Apportionment and Identification of Downwind Monitors Tagged For Further Review

3.3.1 Identification of Nonattainment Monitors for Further Review

3.3.2 Identification of Maintenance Monitors for Further Review

3.4 Step 3: Analysis to Determine if Texas Emissions Contribute Significantly to Nonattainment or Interfere with Maintenance at Tagged Monitors

3.4.1 Colorado Monitors

3.4.1.1 Eight-Hour Ozone Design Value Trends

3.4.1.2 Monitored Elevated Ozone Days

3.4.1.3 Back Trajectory Analysis on Elevated Ozone Days

3.4.1.4 Texas Contributions on Projected Future Year Elevated Ozone Days

3.4.1.5 Collective Interstate Contribution to the Future Design Value

3.4.1.6 Direct Decoupled Method and Analysis of MDA8 Ozone Responsiveness to Texas Emissions

3.4.1.7 Conclusion of Weight-of-Evidence Analysis of the Tagged Colorado Monitors

3.4.2 Arizona Monitor(s)

3.4.3 California Monitors

3.4.3.1 Conceptual Model of Eight-Hour Ozone Formation at Tagged California Monitors

3.4.3.2 Eight-Hour Ozone Design Value Trends

3.4.3.3 Monitored Elevated Ozone Days

3.4.3.4 Back Trajectory Analysis on Elevated Ozone Days

3.4.3.5 Texas Contributions on Projected Future Year Elevated Ozone Days

3.4.3.6 Collective Interstate Contribution to the Future Design Value

      3.4.3.7 Conclusion of the Weight-of Evidence Analysis of the Tagged California Monitors

   3.5 Conclusion

   3.6 References

Chapter 4: Control Strategies

   4.1 Introduction

   4.2 Emissions Reductions from Electric Generating Units (EGU)

      4.2.1 Utility Electric Generation in Ozone Nonattainment Areas

      4.2.2 Utility Electric Generation in East and Central Texas

      4.2.3 Senate Bill 7 (76th Texas Legislature)

   4.3 Emission Reductions from Other Sources

      4.3.1 East Texas Engines

      4.3.2 Mass Emissions Cap and Trade (MECT) Program

      4.3.3 Highly Reactive Volatile Organic Compounds (HRVOC) Rules and HRVOC Emissions Cap and Trade (HECT) Program

      4.3.4 Cement Kilns

   4.4 Additional Measures

      4.4.1 SmartWay Transport Partnership and the Blue Skyway Collaborative

      4.4.2 Energy Efficiency and Renewable Energy (EE/RE) Measures

      4.4.3 Consent Decrees with Refineries

      4.4.4 Clean Air Interstate Rule (CAIR) and Cross-State Air Pollution Rule (CSAPR)

      4.4.5 Texas Emissions Reduction Plan (TERP)

      4.4.6 Clean School Bus Program

      4.4.7 Local Initiatives

      4.4.8 Voluntary Measures

   4.5 2008 Ozone NAAQS SIP Revisions Adopted Since 2015

      4.5.1 DFW 2008 Eight Hour Ozone SIP Revisions

      4.5.2 HGB 2008 Eight-Hour Ozone SIP Revisions

   4.6 Conclusions

Chapter 5: Prevention of Significant Deterioration and Visibility Transport [FCAA, §110(a)(2)(D)(i)(II)]

   5.1 Introduction

   5.2 PSD

5.3 Visibility Transport

Chapter 6: Interstate Pollution Abatement and International Air Pollution [FCAA, §110(a)(2)(D)(ii)]

6.1 Introduction

6.2 Interstate Pollution Abatement

6.2.1 Compliance with FCAA, §126(a)

6.2.2 Compliance with FCAA, §126(b) and (c)

6.3 International Air Pollution

6.3.1 Compliance with FCAA, §115

Chapter 7: Conclusions

Chapter 8: Future Revisions to the National Ambient Air Quality Standards (NAAQS)

## LIST OF ACRONYMS

| | |
|---|---|
| 3-D | three-dimensional |
| AD | attainment demonstration |
| APCA | Anthropogenic Culpability Precursor Analysis |
| AQS | Air Quality System |
| BART | best available retrofit technology |
| BEIS | Biogenic Emissions Inventory Systems |
| BPA | Beaumont-Port Arthur |
| CAIR | Clean Air Interstate Rule |
| CAMx | Comprehensive Air Quality Model with Extensions |
| CEMS | continuous emissions monitoring system |
| CSAPR | Cross-State Air Pollution Rule |
| CST | Central Standard Time |
| CTM | Chemical Transport Model |
| DDM | Direct Decoupled Method |
| DERA | Diesel Emissions Reduction Act |
| DERI | Diesel Emissions Reduction Incentive Program |
| DFW | Dallas-Fort Worth |
| $DV_B$ | baseline design value |
| $DV_F$ | future year design value |
| EE | energy efficiency |
| EI | emissions inventory |
| EGF | electric generating facility |
| EGU | electric generating unit |
| EPA | United States Environmental Protection Agency |
| EPS3 | Emissions Processor System |
| ESL | Energy Systems Laboratory |
| FCAA | Federal Clean Air Act |
| FINN | Fire Inventory of NCAR |
| FIP | federal implementation plan |
| FR | *Federal Register* |
| FY | fiscal year |
| g/hp-hr | grams per horsepower-hour |

| | |
|---|---|
| GEOS | Goddard Earth Observing System |
| GHG | greenhouse gas |
| H-GAC | Houston-Galveston Area Council |
| HB | House Bill |
| HECT | Highly Reactive Volatile Organic Compounds Emissions Cap and Trade |
| HGB | Houston-Galveston-Brazoria |
| hp | horsepower |
| HRVOC | Highly Reactive Volatile Organic Compounds |
| HTAP | Hemispheric Transport of Air Pollution |
| HYSPLIT | Hybrid Single Particle Lagrangian Integrated Trajectory |
| km | kilometers |
| Kv | vertical diffusivity |
| LAI | Leaf Area Index |
| lb/MMBtu | pound per million British thermal units |
| m | meters |
| m AGL | meters above ground level |
| MB | mean bias |
| MDA8 | maximum daily average eight-hour (ozone concentration) |
| $MDV_F$ | maintenance future year design value |
| ME | mean error |
| MECT | Mass Emissions Cap and Trade |
| MW | megawatts |
| NAAQS | National Ambient Air Quality Standard |
| NCAR | National Center for Atmospheric Research |
| NCDC | National Climatic Data Center |
| NCEP | National Centers for Environmental Prediction |
| NMB | normalized mean bias |
| NME | normalized mean error |
| NOAA | National Oceanic and Atmospheric Administration |
| NODA | Notice of Data Availability |
| $NO_x$ | nitrogen oxides |
| NSR | New Source Review |
| $O_3$ | ozone |
| PM | particulate matter |

| | |
|---|---|
| $PM_{2.5}$ | particulate matter with an aerodynamic diameter less than or equal to a nominal 2.5 micrometers |
| ppb | parts per billion |
| ppm | parts per million |
| PSD | prevention of significant deterioration |
| PUCT | Public Utility Commission of Texas |
| RACT | reasonably available control technology |
| RE | renewable energy |
| RFP | reasonable further progress |
| RMSE | root mean square error |
| RRF | relative response factor |
| SB | Senate Bill |
| SECO | State Energy Conservation Office |
| SIP | state implementation plan |
| SMOKE | Sparse Matrix Operation Kernel Emissions (System) |
| $SO_2$ | sulfur dioxide |
| TAC | Texas Administrative Code |
| TACB | Texas Air Control Board |
| TCAA | Texas Clean Air Act |
| TCEQ | Texas Commission on Environmental Quality (commission) |
| TCFP | Texas Clean Fleet Program |
| TERP | Texas Emissions Reduction Plan |
| THSC | Texas Health and Safety Code |
| TNGVGP | Texas Natural Gas Vehicle Grant Program |
| TNRCC | Texas Natural Resource Conservation Commission |
| tpd | tons per day |
| tpy | tons per year |
| TUC | Texas Utilities Code |
| $TX_{DVF}$ | Texas contribution to a monitor's future year design value |
| VOC | volatile organic compounds |
| WRF | Weather Research and Forecasting Model |

## LIST OF TABLES

Table 2-1:    2016 Eight-Hour Ozone Design Values by County in Texas

Table 3-1:    2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Definitions

Table 3-2:    2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Vertical Structure

Table 3-3:    2015 Transport SIP Revision WRF Modeling Domain Definitions

Table 3-4:    2015 Transport SIP Revision WRF Modeling Domain Vertical Structure

Table 3-5:    WRF Model Configuration Parameters

Table 3-6:    Emissions Processing Modules

Table 3-7:    Statistical Model Performance Evaluation Metrics for TCEQ's 2015 Ozone NAAQS Transport SIP Revision Configuration

Table 3-8:    Maximum and Minimum Eight-Hour Ozone Design Values for All U.S. Monitors for Each Year from 2007 through 2016

Table 3-9:    Apportion of Total Ozone Concentration for cell index [242, 78] on episode day July 14 at 12:00 p.m. CST to Contribution Categories

Table 3-10:  Downwind Nonattainment Monitors Tagged for Further Review

Table 3-11:  Downwind Maintenance Monitors Tagged for Further Review

Table 3-12:  Monitors Linked to Texas by EPA Modeling in the 2015 Transport NODA

Table 3-13:  Number of HYSPLIT Back Trajectories at Each Tagged Colorado Monitor

Table 3-14:  Modeled Elevated Ozone Days in the Future Year at the Tagged Colorado Monitors

Table 3-15:  Collective Interstate Contribution to Future Design Value at Tagged Colorado Monitors

Table 3-16:  Number of HYSPLIT Back Trajectories at Each Tagged California Monitor

Table 3-17:  Modeled Elevated Ozone Days in the Future Year

Table 3-18:  Collective Interstate Contributions to Future Design Values at Tagged California Monitors

## LIST OF FIGURES

Figure 2-1:  2016 Eight-Hour Ozone Design Values by County in Texas

Figure 2-2:  Eight-Hour Ozone Design Values and Population by Area in Texas

Figure 2-3:  Statewide Historical $NO_x$ Emissions Trends in Tons per Year

Figure 2-4:  Statewide Historical VOC Emissions Trends in Tons per Year

Figure 2-5:  DFW 10-County Nonattainment Area Historical $NO_x$ Emissions Trends in Tons per Year

Figure 2-6:  DFW 10-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year

Figure 2-7:  HGB Eight-County Nonattainment Area Historical $NO_x$ Emissions Trends in Tons per Year

Figure 2-8:  HGB Eight-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year

Figure 3-1:  Map of 2015 Ozone NAAQS Transport SIP Revision CTM Modeling Domain

Figure 3-2:  U.S. Drought Monitor Map of Texas for July 26, 2011

Figure 3-3:  May through October 2012 Statewide NCDC Temperature Ranks

Figure 3-4:  May through October 2012 Statewide NCDC Precipitation Ranks

Figure 3-5:  Change in Texas Drought Conditions from July 2011 to July 2012

Figure 3-6:  Meteorologically-Adjusted Ozone Trends for NCDC Climate Regions for 2000 through 2016

Figure 3-7:  Map of 2015 Ozone NAAQS Transport SIP Revision Meteorological Modeling Domain

Figure 3-8:  Matching of WRF and CAMx Vertical Layers

Figure 3-9:  Wind Speed Mean Bias for May through September 2012

Figure 3-10: Two Meter Temperature Mean Bias for May through September 2012

Figure 3-11: Humidity Mean Bias for May through September 2012

Figure 3-12: Wind Speed Mean Absolute Error for May through September 2012

Figure 3-13: Two Meter Temperature Mean Absolute Error for May through September 2012

Figure 3-14: Humidity Mean Absolute Error for May through September 2012

Figure 3-15: Wind Speed RMSE for May through September 2012

Figure 3-16: Two Meter Temperature RMSE for May through September 2012

Figure 3-17: Humidity RMSE for May through September 2012

Figure 3-18: Base Case Representative Day Total Anthropogenic Precursor Emissions by Geographic Regions

Figure 3-19: Base Case Representative Day Total Anthropogenic Precursor Emissions by Source Category

Figure 3-20: Biogenic VOC Emissions in RPO_12km Domain on July 18, 2012

Figure 3-21: Initial Concentration on April 16, 2012 in the RPO_12km

Figure 3-22: 2012 East Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-23: 2012 West Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-24: 2012 North Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-25: 2012 South Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-26: Mean Bias for the May through September 2012 Episode at AQS Monitoring Sites

Figure 3-27: RMSE for May through September 2012 Episode at AQS Monitoring Sites

Figure 3-28: Future Year Representative Day Total Anthropogenic Precursor Emissions by Geographic Region

Figure 3-29: Future Year Representative Day Total Anthropogenic Precursor Emissions by Source Category

Figure 3-30: 2023 East Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-31: 2023 West Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-32: 2023 North Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-33: 2023 South Boundary Condition Cross-Section for July 18, 2012 Episode Day

Figure 3-34: Baseline Design Value (DV$_B$) for the 2015 Ozone NAAQS Transport SIP Revision

Figure 3-35: 2023 Future Design Value (DV$_F$) for the AQS Monitors in the RPO_12km Domain

Figure 3-36: 2023 Maintenance Future Year Design Value (MDV$_F$) for the AQS Monitors in the RPO_12km Domain

Figure 3-37: APCA Geographic Regions for the 2015 Ozone NAAQS Transport SIP Revision

Figure 3-38: Breakdown of Total Hourly Modeled Ozone Concentration by APCA Contribution Categories for the Manvel Croix Monitor Grid Cell on July 14 at 12:00 p.m. CST

Figure 3-39: Map of Additional APCA Geographic Regions Based on Location of Tagged Monitors

Figure 3-40: Eight-Hour Ozone Design Values for Monitors in the Denver-Aurora Area

Figure 3-41: Number of Elevated Eight-Hour Ozone Days at the Tagged Colorado Monitors for the years 2007 through 2016

Figure 3-42: HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged Colorado Monitors

Figure 3-43: Number of Trajectories that Reach Texas and the Number of Elevated Eight-Hour Ozone Days at Each Tagged Colorado Monitor

Figure 3-44: Fourth-Highest Eight-Hour Ozone and the Number of Trajectories that Reach Texas

Figure 3-45: DDM Responsiveness of Ozone in July 2023 at Highland Reservoir

Figure 3-46: DDM Responsiveness of Ozone in August 2023 at Highland Reservoir

Figure 3-47: DDM Responsiveness of Ozone in July 2023 at Chatfield State Park

Figure 3-48: DDM Responsiveness of Ozone in August 2023 at Chatfield State Park

Figure 3-49: DDM Responsiveness of Ozone in July 2023 at Rocky Flats

Figure 3-50: DDM Responsiveness of Ozone in August 2023 at Rocky Flats

Figure 3-51: DDM Responsiveness of Ozone in July 2023 at National Renewable Energy Labs-NREL

Figure 3-52: DDM Responsiveness of Ozone in August 2023 at National Renewable Energy Labs-NREL

Figure 3-53: DDM Responsiveness of Ozone in July 2023 at Fort Collins-West

Figure 3-54: DDM Responsiveness of Ozone in August 2023 at Fort Collins-West

Figure 3-55: Design Value Trends from 2007 through 2016 for Chiricahua National Monument (AQS ID: 040038001)

Figure 3-56: Eight-Hour Ozone Design Values for Monitors in the Los Angeles Area

Figure 3-57: Number of Elevated Eight-Hour Ozone Days at the Tagged California Monitors for the years 2012 through 2016

Figure 3-58: HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged California Monitors

## LIST OF APPENDICES

| **Appendix** | **Appendix Name** |
|---|---|
| Appendix A | Meteorological Modeling for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard |
| Appendix B | Emissions Modeling for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard |
| Appendix C | Photochemical Model Performance Evaluation for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard |
| Appendix D | Photochemical Modeling Protocol for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard |

# CHAPTER 1: GENERAL

## 1.1 BACKGROUND

Information on the Texas state implementation plan (SIP) and a list of SIP revisions and other air quality plans adopted by the commission can be found on the Texas State Implementation Plan webpage (http://www.tceq.texas.gov/airquality/sip) on the Texas Commission on Environmental Quality's (TCEQ) website (http://www.tceq.texas.gov/).

## 1.2 INTRODUCTION

On October 1, 2015, the United States Environmental Protection Agency (EPA) revised the primary and secondary NAAQS for ozone to an eight-hour standard of 0.070 parts per million (ppm) or 70 parts per billion (ppb) (80 *Federal Register* (FR) 65291, October 26, 2015). Within three years of the promulgation of any new or revised NAAQS, FCAA, §110(a)(1) requires states to submit a SIP revision to provide for the implementation, maintenance, and enforcement of the NAAQS. Section 110(a)(2)(A) through (M), lists the elements that the SIP submissions must contain. This SIP revision specifically addresses transport requirements under FCAA, §110(a)(2)(D). The TCEQ is addressing the infrastructure requirements of FCAA, §110(a)(2)(A) through (C) and (E) through (M) in a separate concurrent SIP revision (Project No. 2017-040-SIP-NR). Submittal of this SIP revision and the infrastructure SIP revision covering FCAA, §110(a)(2)(A) through (C) and (E) through (M) will fulfil the FCAA, §110(a)(1) requirement. Infrastructure and transport SIP revisions to address the 2015 Ozone NAAQS are due to the EPA by October 1, 2018.

Pursuant to FCAA, §110(a)(2)(D)(i), this transport SIP revision must contain adequate provisions that prohibit any source or other type of emissions activity within the state from emitting any NAAQS pollutants in amounts that will:

- contribute significantly to nonattainment of the 2015 ozone NAAQS for areas in other states;

- interfere with the maintenance of the 2015 ozone NAAQS in any other state;

- interfere with measures required to meet an implementation plan for any other state related to prevention of significant deterioration (PSD); and

- interfere with measures required to meet the implementation plan for any other state related to regional haze and visibility.

In addition, pursuant to FCAA, §110(a)(2)(D)(ii), this SIP revision must provide information demonstrating compliance with the applicable requirements of FCAA, §126 and §115 relating to interstate and international pollution abatement.

The EPA has historically failed to issue timely guidance to address transport requirements for previous NAAQS and did not issue formal guidance for states to use in developing transport SIP revisions for the 2015 ozone NAAQS prior to proposal of this SIP revision. In order to meet statutory deadlines, states do not have the option of waiting for the EPA to provide guidance before proceeding with SIP development, review, and submittal and must proceed without the EPA's formal guidance to develop submittals based on information available at the time. On March 27, 2018, the EPA issued a memo to provide information to assist states' efforts to develop transport SIP

revisions for the 2015 ozone NAAQS.[1] The memo notes that in developing transport SIP revisions, states have flexibility to follow the four-step transport framework or alternative frameworks, so long as the chosen approach has adequate technical justification and is consistent with the requirements of the FCAA. The memo also includes a preliminary list of potential flexibilities in analytical approaches for developing transport SIP revisions that may warrant further discussion between the EPA and states. Although this transport SIP revision was developed prior to the EPA's memo, the approach used in developing this SIP revision is consistent with the EPA memo providing states with flexibility in their technical work and submittals.

This SIP revision includes an analysis of required transport elements in FCAA, §110(a)(2)(D)(i) and (ii) consistent with statutory requirements and includes a technical demonstration and various Texas provisions that support the conclusion that Texas meets the requirements of each section. The TCEQ acknowledges that proposed changes to federal regulations may have future impacts on how the TCEQ meets the requirements of FCAA, §110(a)(2)(D); however, this SIP revision reflects the methods and means by which Texas meets these requirements at the time this SIP revision was developed. Should future federal rule changes necessitate state rule changes, the TCEQ will act appropriately at that time.

## 1.3 HEALTH EFFECTS

On October 1, 2015, the EPA revised the primary and secondary eight-hour ozone NAAQS to 70 ppb (80 FR 65291). To support the 2015 ozone NAAQS, the EPA provided information that suggested that health effects may potentially occur at levels lower than the 2008 standard of 75 ppb. Breathing relatively high levels of ground-level ozone can cause acute respiratory problems like cough and decreases in lung function and can aggravate the symptoms of asthma. Repeated exposures to high levels of ozone can potentially make people more susceptible to allergic responses and lung inflammation.

Children are at a relatively higher risk from exposure to ozone when compared to adults since they breathe more air per pound of body weight than adults and because children's respiratory systems are still developing. Children also spend a considerable amount of time outdoors during summer and during the start of the school year (August through October) when high ozone levels are typically recorded. Adults most at risk from exposures to elevated ozone levels are people working or exercising outdoors and individuals with preexisting respiratory diseases.

## 1.4 PUBLIC HEARING AND COMMENT INFORMATION

The commission held a public hearing for this SIP revision on April 10, 2018 at 2:00 p.m. in Austin at the TCEQ Headquarters. Notice of the public hearing was published in

---

[1] Memorandum from Peter Tsirigotis, Director of the Office of Air Quality Planning and Standards, March 27, 2018, *Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I)*. EPA Office of Air Quality Planning and Standards. https://www.epa.gov/sites/production/files/2018-03/documents/transport_memo_03_27_18_1.pdf

the *Texas Register* as well as the *Austin American-Statesman, Dallas Morning News, and Houston Chronicle* newspapers.

The public comment period opened on March 9, 2018, and closed on April 10, 2018. Written comments were accepted via mail, fax, or through the [eComments](https://www6.tceq.texas.gov/rules/ecomments/) (https://www6.tceq.texas.gov/rules/ecomments/) system. During the comment period, staff received comments from the Lone Star Chapter of the Sierra Club. A summary of the comments and the TCEQ response is provided as part of this SIP revision in the Response to Comments.

## 1.5 SOCIAL AND ECONOMIC CONSIDERATIONS

Because rulemaking is not a part of this SIP revision, there are no changes that would impact society or the economy.

## 1.6 FISCAL AND MANPOWER RESOURCES

The TCEQ has determined that its fiscal and manpower resources are adequate and will not be adversely affected through the implementation of this plan.

# CHAPTER 2: OZONE DATA

## 2.1 INTRODUCTION

Ozone ($O_3$) is a secondary pollutant that is created through a photochemical reaction between oxygen ($O_2$), nitrogen oxides ($NO_x$), and volatile organic compounds (VOC). $NO_x$ refers to the combination of nitrogen oxide (NO) and nitrogen dioxide ($NO_2$). The following reactions show how $NO_x$, VOC, and $O_2$ react in the presence of sunlight (hv) to form $O_3$:

$$O_2 + NO_2 \overset{hv}{\leftrightarrow} O_3 + NO$$

$$NO + VOC \rightarrow NO_2$$

The amount of ozone formed depends on several factors. Meteorological conditions, such as wind direction and speed, temperature, mixing height, solar radiation, and other parameters, affect the rates at which ozone formation occurs. The types and the concentration of precursors present can affect net reactivity of precursor compounds found in a plume of emissions.

Precursor compounds, $NO_x$ and VOC, also exist under natural conditions. Ozone is created and destroyed on a natural cycle according to atmospheric conditions and chemical concentrations, even in the absence of additional anthropogenic precursor sources. This natural ozone formation is known as "natural background" ozone and is the starting point for measuring the contribution of ozone and precursors attributable to human activity. Within an urban area, not all ozone formation is necessarily caused by emissions produced locally because anthropogenic precursors, along with ozone formed by them, are often transported over long distances. Because the amount of ozone formed depends on so many other variables, it can be difficult to quantify the exact contribution from specific sources.

The United States Environmental Protection Agency (EPA) revised the eight-hour ozone National Ambient Air Quality Standard (NAAQS) to 0.070 parts per million (ppm) in 2015. On November 16, 2017, the EPA designated the majority of Texas as attainment/unclassifiable for the 2015 eight-hour ozone NAAQS (82 *Federal Register* (FR) 54232). On June 4, 2018, the EPA published final designations for all remaining areas of the state except the eight counties comprising the San Antonio area (83 FR 25776). The EPA finalized nonattainment designations for Collin, Dallas, Denton, Ellis, Johnson, Kaufman, Parker, Tarrant, and Wise Counties in the Dallas-Fort Worth (DFW) area and Brazoria, Chambers, Fort Bend, Galveston, Harris, and Montgomery Counties in the Houston-Galveston-Brazoria (HGB) area. The EPA designated all remaining counties as attainment/unclassifiable. On March 19, 2018, the EPA sent a 120-day letter to the State of Texas regarding designations for the San Antonio area, proposing to designate Atascosa, Bandera, Comal, Guadalupe, Kendall, Medina, and Wilson Counties as attainment/unclassifiable and Bexar County as "at best" unclassifiable. Final designations for the San Antonio area are expected by July 17, 2018. This chapter discusses trends in ozone and ozone precursor emissions in Texas to demonstrate the progress the state has made towards achieving the NAAQS.

## 2.2 OZONE DESIGN VALUE TRENDS IN TEXAS

A design value is a statistic that is used to compare air quality data to the NAAQS. For eight-hour ozone, a design value is the three-year average of the fourth-highest daily-maximum eight-hour averaged ozone. The latest year in the three-year average is used to represent the design value for that three-year period. Design values are calculated at each ozone monitor and the monitor with the highest design value will set the design value for that area. Although the eight-hour ozone NAAQS is reported in ppm, design values in this chapter will be displayed in parts per billion (ppb) for ease of reading.

In 2016, Texas had 76 ozone monitoring sites in 34 counties that reported valid data to the EPA. Eight-hour ozone design values for 2016 are displayed in Figure 2-1: *2016 Eight-Hour Ozone Design Values by County in Texas* and listed in Table 2-1: *2016 Eight-Hour Ozone Design Values by County in Texas*. Figure 2-1 and Table 2-1 show that most Texas counties have 2016 design values below the 2015 ozone NAAQS of 70 ppb. Three areas of Texas: DFW, HGB, and San Antonio, have eight-hour ozone design values above 70 ppb.



**Figure 2-1:  2016 Eight-Hour Ozone Design Values by County in Texas**

**Table 2-1: 2016 Eight-Hour Ozone Design Values by County in Texas**

| CSA/CBSA | County | 2016 Eight-Hour Ozone Design Values (ppb) |
|---|---|---:|
| Dallas—Fort Worth | Denton | 80 |
| Houston—The Woodlands | Harris | 79 |
| Houston—The Woodlands | Galveston | 76 |
| Houston—The Woodlands | Brazoria | 75 |
| Dallas—Fort Worth | Tarrant | 75 |
| Dallas—Fort Worth | Collin | 74 |
| San Antonio—New Braunfels | Bexar | 73 |
| Dallas—Fort Worth | Parker | 73 |
| Dallas—Fort Worth | Dallas | 72 |
| Dallas—Fort Worth | Johnson | 72 |
| Houston—The Woodlands | Montgomery | 72 |
| El Paso—Las Cruces | El Paso | 70 |
| Dallas—Fort Worth | Hood | 69 |
| Beaumont—Port Arthur | Jefferson | 68 |
| Killeen-Temple | Bell | 67 |
| Longview-Marshall | Gregg | 66 |
| Dallas—Fort Worth | Rockwall | 66 |
| Austin—Round Rock | Travis | 66 |
| Tyler-Jacksonville | Smith | 65 |
| Victoria—Port Lavaca | Victoria | 65 |
| Amarillo-Borger | Randall | 64 |
| Corpus Christi—Kingsville—Alice | Nueces | 64 |
| Beaumont—Port Arthur | Orange | 64 |
| Dallas—Fort Worth | Ellis | 63 |
| Waco | McLennan | 63 |
| No CSA | Brewster | 62 |
| Longview-Marshall | Harrison | 62 |
| Dallas—Fort Worth | Kaufman | 61 |
| Dallas—Fort Worth | Navarro | 61 |
| No CSA | Polk | 61 |
| Dallas—Fort Worth | Hunt | 60 |
| Brownsville-Harlingen-Raymondville | Cameron | 57 |
| McAllen-Edinburg | Hidalgo | 55 |
| Laredo | Webb | 54 |

Design value trends can be used to determine if various areas in Texas are making progress towards attainment of the ozone NAAQS. Eight-hour ozone design value trends by Texas area are displayed in Figure 2-2: *Eight-Hour Ozone Design Values and Population by Area in Texas*. Figure 2-2 shows that all areas of Texas have shown decreases in design values over the past 25 years. No area has seen an increase in eight-hour ozone design values. As mentioned above, in 2016 only three areas in Texas are measuring above the 2015 ozone NAAQS of 70 ppb. The largest ozone decreases

from 1991 through 2016 were observed in the HGB area, which had a 34% decrease in eight-hour ozone design values, and the Beaumont-Port Arthur (BPA) area, which had a 33% decrease in eight-hour ozone design values.



**Figure 2-2: Eight-Hour Ozone Design Values and Population by Area in Texas**

## 2.3 OZONE EMISSIONS TRENDS IN TEXAS

### 2.3.1 General

The Texas Commission on Environmental Quality (TCEQ) maintains an inventory of current information for sources of ozone precursor emissions ($NO_x$ and VOC) that identifies the types of emissions sources present in an area, the amount of each pollutant emitted, and the types of processes and control devices employed at each plant or source category. The total anthropogenic inventory of $NO_x$ and VOC emissions for an area is derived from estimates developed for three general categories of emissions sources: point, area, and mobile (both non-road and on-road). The emissions inventory also provides data for a variety of air quality planning tasks, including establishing baseline emissions levels, calculating reduction targets, developing control strategies to achieve emissions reductions, developing emissions inputs for air quality models, and tracking actual emissions reductions against established emissions growth and control budgets.

The most current emissions inventory (EI) data were analyzed as part of this ozone transport SIP revision. At the time of preparation of this SIP revision, the TCEQ was

planning the development of the 2017 periodic EI in accordance with the EPA's Air Emissions Reporting Requirements (40 Code of Federal Regulations Part 51, Subpart A). The calendar year 2014 periodic inventory was the most recent periodic inventory available to develop this SIP revision's EI.

Additionally, 10 years of anthropogenic emissions data (2005 through 2014) were analyzed to develop historical trend data. During this time, the EI for Texas and its two current ozone nonattainment areas (DFW and HGB) showed a significant decrease in ozone precursor emissions from all source categories; reductions range from 15 to 46%, as detailed in Section 2.3.2: *Historical Emissions Inventory Trends*. These reductions contributed to the attainment of both the one-hour and the 1997 eight-hour ozone NAAQS. These reductions were accomplished through a variety of federal, state, and local regulations and programs as detailed below.

### 2.3.2 Historical Emissions Inventory Trends

For the 10-year historical period up to and including 2014 (2005 through 2014), overall anthropogenic ozone precursor emissions in Texas as well as the DFW and HGB ozone nonattainment areas declined substantially. As demonstrated in Figure 2-3: *Statewide Historical $NO_x$ Emissions Trends in Tons per Year* and Figure 2-4: *Statewide Historical VOC Emissions Trends in Tons per Year*, anthropogenic $NO_x$ emissions decreased 35% and anthropogenic VOC emissions decreased 17% from 2005 through 2014. These emissions reductions were the result of regulations implemented at the federal, state, and local levels and innovative programs implemented by the TCEQ.

Both 30 Texas Administrative Code (TAC) Chapter 115: *Control of Air Pollution from Volatile Organic Compounds* and 30 TAC Chapter 117: *Control of Air Pollution from Nitrogen Compounds* regulations have significantly reduced overall ozone precursor emissions at both major and minor (point and area) industrial, commercial, and institutional sources in the DFW and HGB ozone nonattainment areas as well as other portions of the state (e.g., East Texas Combustion Rule).

The implementation of statewide or regional emissions banking and trading programs have also assisted in reducing ozone precursor emissions. For example, the Emissions Banking and Trading of Allowances program has implemented annual $NO_x$ emissions caps for grandfathered and electing electric generating facilities. Similarly, the Highly Reactive Volatile Organic Compound (HRVOC) Emissions Cap and Trade Program and the Mass Emissions Cap and Trade Program have specifically reduced HRVOC and $NO_x$ emissions, respectively, from point sources in the HGB area.

Innovative emissions reduction programs such as the Texas Emissions Reduction Plan and 30 TAC Chapter 114: *Control of Air Pollution from Motor Vehicles*, which includes programs such as the AirCheckTexas Drive a Clean Machine program and vehicle emissions testing, have also reduced mobile source emissions, the primary source of $NO_x$ emissions in the state.

The following graphs illustrate these trends statewide as well as in the DFW and HGB ozone nonattainment areas.



**Figure 2-3:  Statewide Historical NO$_X$ Emissions Trends in Tons per Year**



**Figure 2-4:  Statewide Historical VOC Emissions Trends in Tons per Year**

Similarly, Figure 2-5: *DFW 10-County Nonattainment Area Historical NO$_x$ Emissions Trends in Tons per Year* and Figure 2-6: *DFW 10-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year* demonstrate a marked 46% decrease in anthropogenic NO$_x$ emissions and a 15% decrease in anthropogenic VOC emissions from 2005 through 2014.



**Figure 2-5: DFW 10-County Nonattainment Area Historical NO$_x$ Emissions Trends in Tons per Year**



**Figure 2-6: DFW 10-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year**

Finally, the HGB area shows significant overall progress in reducing anthropogenic emissions. As shown in Figure 2-7: *HGB Eight-County Nonattainment Area Historical NO$_x$ Emissions Trends in Tons per Year* and Figure 2-8: *HGB Eight-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year*, a 43% decrease in anthropogenic NO$_x$ emissions and a 37% decrease in anthropogenic VOC emissions has occurred from 2005 through 2014.



**Figure 2-7: HGB Eight-County Nonattainment Area Historical NO$_x$ Emissions Trends in Tons per Year**



**Figure 2-8: HGB Eight-County Nonattainment Area Historical VOC Emissions Trends in Tons per Year**

**2.4 OZONE DATA SUMMARY**

Ozone data in Texas show that there are three areas that have eight-hour ozone design values above 70 ppb: DFW, HGB, and San Antonio. Over the past 25 years, all areas in Texas have observed some decrease in eight-hour ozone design values. The largest eight-hour ozone design value decreases from 1991 through 2016 were observed in the HGB and the BPA areas with decreases of 34% and 33%, respectively.

Statewide trend analysis using the 2005 through 2014 emissions shows a similar reduction in ozone precursor emissions: a 17% reduction in VOC emissions and a 35% reduction in $NO_x$ emissions. These reductions have assisted the state in attaining both the one-hour and 1997 eight-hour ozone NAAQS and are expected to help the state in attaining the 2008 and 2015 NAAQS in the future.

## CHAPTER 3: SIGNIFICANT CONTRIBUTION TO NONATTAINMENT AND INTERFERENCE WITH MAINTENANCE [FCAA, §110(A)(2)(D)(i)(I)]

## 3.1 INTRODUCTION

The Federal Clean Air Act (FCAA), §110(a)(2)(D)(i)(I) requires states to submit a state implementation plan (SIP) revision that contains adequate provisions to prohibit any source or other type of emissions activity within the state from emitting any air pollutants in amounts that will contribute significantly to nonattainment of the National Ambient Air Quality Standards (NAAQS) for areas in other states or interfere with maintenance of the NAAQS in any other state. The purpose of FCAA's §110(a)(2)(D)(i)(I), also known as the "good neighbor" provision, is to ensure that emissions in one state that contribute significantly to nonattainment or interfere with maintenance in another state are addressed appropriately.

For this SIP revision, the key aspect of fulfilling this obligation is to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS in another state. The following sections utilize photochemical modeling and data analysis to demonstrate that emissions from Texas do not contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS in another state.

The approach used by the Texas Commission on Environmental Quality (TCEQ) to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at downwind monitors in another state is based partly on the United States Environmental Protection Agency's (EPA) *Notice of Data Availability of Preliminary Interstate Ozone Transport Modeling Data for the 2015 Ozone NAAQS* (2015 Transport NODA) published in the January 6, 2017 *Federal Register* (82 FR 1733), with several key improvements. The TCEQ used a three-step approach, detailed below, to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at downwind monitors in another state.

> **Step 1:** Identify monitors projected to be in nonattainment or have maintenance issues in a future year.

> **Step 2:** Identify projected nonattainment and/or maintenance monitors in other states that might be impacted by emissions from Texas, tagging them for further review.

> **Step 3:** Determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at the monitors tagged for review in Step 2.

The EPA used a four-step framework, referred to as the Cross-State Air Pollution Rule (CSAPR) framework, to address the requirements of the "good neighbor" provision in the 2015 Transport NODA. From the 2015 Transport NODA, the four steps in the CSAPR framework are as follows (82 FR 1735):

> "[1] Identifying downwind receptors that are expected to have problems attaining or maintaining clean air standards (i.e., NAAQS);

[2] determining which states contribute to these problems in amounts sufficient to "link: them to the downwind air quality problems;

[3] for states linked to downwind air quality problems, identifying upwind emissions that significantly contribute to nonattainment or interfere with maintenance of the NAAQS by quantifying upwind reductions in ozone precursor emissions and apportioning emissions reduction responsibility among upwind states; and

[4] for states that are found to have emissions that significantly contribute to nonattainment or interfere with maintenance of the NAAQS downwind, adopting SIPs or FIPs that eliminate such emissions."

The TCEQ's three-step process covers steps [1] and [2] of the four-step framework. Step 1 of the TCEQ's three-step process is the same as step [1] of the EPA's four-step framework. Steps 2 and 3 of the TCEQ's process together are equivalent to step [2] of the EPA's framework. Steps [3] and [4] of EPA's framework are relevant only if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at downwind monitors in another state and are therefore not addressed in this SIP revision.

In the 2015 Transport NODA, upwind states with contributions greater than or equal to 0.7 ppb to a monitor's future year design value are linked to the downwind monitor. Once the linkages have been established, the portion of emissions from linked states that were determined by the EPA to have contributed significantly to nonattainment or interfere with maintenance are identified (Steps 2 and 3, respectively, of the EPA's four-step framework). The EPA's framework establishes the 1% of NAAQS threshold as the default definition of significant contribution to nonattainment or interference with maintenance. The TCEQ has maintained and noted in comments to EPA on its transport modeling, that an arbitrary threshold of 1% of the NAAQS for significant contribution to nonattainment or interference with maintenance is inappropriate and incomplete.[2,3] In the 2015 Transport NODA, the EPA acknowledges that a contribution of 1% of the NAAQS from an upwind state alone does not determine whether the upwind state significantly contributes to nonattainment or interferes with maintenance of a NAAQS to a downwind state (FR 82 1740). The TCEQ believes that it is critical to determine if emissions from an upwind state contribute significantly to nonattainment or interfere with maintenance prior to the identification (and subsequent reduction) of such emissions.

---

[2] "Comments by the Texas Commission on Environmental Quality Regarding the Notice of Availability of the Environmental Protection Agency's Preliminary Interstate Ozone Transport Modeling Data for the 2015 Ozone National Ambient Air Quality Standard", available at https://www.tceq.texas.gov/assets/public/agency/nc/air/TCEQ-Summary-on-EPA%E2%80%93HQ%E2%80%93OAR%E2%80%932016%E2%80%930751.pdf

[3] "Comments by the Texas Commission On Environmental Quality Regarding Disapproval of Air Quality Implementation Plans: Interstate Transport of Air Pollution for the 2008 Ozone National Ambient Air Quality Standards", available at https://www.tceq.texas.gov/assets/public/agency/nc/air/TCEQ-Comments-on-EPA-R06-OAR-2012-0985.docx

In this SIP revision, the TCEQ is partially addressing its concern with the use of the 1% of NAAQS threshold as the definition of significant contribution to nonattainment by adding a step that uses a more comprehensive analysis to determine **if** emissions from an upwind state contribute **significantly** to nonattainment or interfere with maintenance.

For Step 1, the TCEQ used regional photochemical modeling to identify monitors projected to be in nonattainment or have maintenance issues in the future year. In Step 2, if the Texas contribution to a monitor's future year design value was greater than or equal to 1% of the NAAQS (i.e., 0.7 ppb) the monitor was tagged for further review. In Step 3, a comprehensive review of modeling and analysis of monitoring data was used to determine if emissions from Texas contributed significantly to nonattainment or interfered with maintenance for monitors tagged in Step 2.

### 3.2 STEP 1: IDENTIFICATION OF PROJECTED NONATTAINMENT AND MAINTENANCE MONITORS

The TCEQ used photochemical modeling, in accordance with the EPA's 2014 *Draft Modeling Guidance for Demonstrating Attainment of Air Quality Goals for Ozone, PM$_{2.5}$, and Regional Haze* (EPA Modeling Guidance)[4], to identify monitors projected to be in nonattainment in a future year. Photochemical modeling for ozone consists of using a regional Chemical Transport Model (CTM) with appropriate meteorological and emissions inputs, to simulate the formation and transport of ozone.

To assess the future attainment status of monitors, the EPA's Modeling Guidance uses modeling results in a relative sense. This relative approach is based on how the model responds to the change in emissions between a base year and a future year while holding meteorological inputs constant. For this SIP revision, the TCEQ used a 2012 base year and a 2023 future year to identify monitors projected to be in nonattainment or have maintenance issues in the future. The future year of 2023 was chosen based on the assumed attainment date for moderate nonattainment areas as detailed in EPA's 2015 Transport NODA.

The photochemical modeling process began with episode, base year, and domain selection. Base case and future year modeling was conducted, and results were interpreted to determine future year (2023) design values (DV$_F$) at monitoring sites in the modeling domain.

### 3.2.1 Modeling Domain

The geographic extent of the modeling domain used for the 2015 ozone NAAQS Transport SIP revision is shown in Figure 3-1: *Map of 2015 Ozone NAAQS Transport SIP Revision CTM Modeling Domain*. The domain includes the 48 contiguous states of the United States (U.S.), with parts of southern Canada and northern Mexico.

---

[4] https://www3.epa.gov/scram001/guidance/guide/Draft_O3-PM-RH_Modeling_Guidance-2014.pdf



**Figure 3-1: Map of 2015 Ozone NAAQS Transport SIP Revision CTM Modeling Domain**

The CTM used for this SIP revision is the Comprehensive Air Quality Model with Extensions (CAMx), version 6.40. CAMx is a three-dimensional grid-based Eulerian model designed to simulate the formation and transport of ozone and ozone precursor concentrations over regional and urban spatial scales.[5] The modeling domain, referred to as the rpo_12km domain, has a horizontal grid resolution of 12 kilometers (km) by 12 km and 29 vertical layers. The domain definitions are provided in *Table 3-1: 2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Definitions.*

Table 3-2: *2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Vertical Structure* provides details of the modeling domain vertical layers such as the top and center height in meters Above Ground Level (m AGL) and thickness in meters (m).

---

[5] http://www.camx.com/about/default.aspx

**Table 3-1:   2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Definitions**

| Domain | Easting Range (km) | Northing Range (km) | Number of Cells (Easting) | Number of Cells (Northing) | Short Name |
|---|---|---|---|---|---|
| National RPO Domain | (-2736,2592) | (-2088,1944) | 444 | 336 | rpo_12km |

**Table 3-2:  2015 Ozone NAAQS Transport SIP Revision CAMx Modeling Domain Vertical Structure**

| CAMx Layer | Top (m AGL) | Center (m AGL) | Thickness (m) |
|---|---|---|---|
| 29 | 18250 | 16445 | 3611 |
| 28 | 14639 | 13632 | 2015 |
| 27 | 12624 | 10786 | 3675 |
| 26 | 8949 | 7891 | 2115 |
| 25 | 6833 | 6289 | 1088 |
| 24 | 5746 | 5290 | 911 |
| 23 | 4835 | 4449 | 772 |
| 22 | 4063 | 3704 | 717 |
| 21 | 3346 | 3175 | 341 |
| 20 | 3005 | 2840 | 330 |
| 19 | 2675 | 2515 | 320 |
| 18 | 2355 | 2225 | 259 |
| 17 | 2096 | 1969 | 253 |
| 16 | 1842 | 1718 | 248 |
| 15 | 1595 | 1474 | 242 |
| 14 | 1353 | 1281 | 143 |
| 13 | 1210 | 1140 | 141 |
| 12 | 1069 | 1000 | 139 |
| 11 | 930 | 861 | 138 |
| 10 | 792 | 747 | 91 |
| 9 | 702 | 656 | 90 |
| 8 | 612 | 567 | 89 |
| 7 | 522 | 478 | 89 |
| 6 | 433 | 389 | 88 |
| 5 | 345 | 302 | 87 |
| 4 | 258 | 215 | 87 |
| 3 | 171 | 128 | 86 |
| 2 | 85 | 60 | 51 |
| 1 | 34 | 17 | 34 |

**3.2.2 Modeling Episode**

The modeling episode used for this SIP revision was the May 1 through September 30, 2012 period (May through September 2012). A robust modeling platform had been developed for May through September 2012 as part of the Houston-Galveston Brazoria Attainment Demonstration SIP revision for the 2008 Eight-hour Ozone NAAQS (HGB

AD SIP) that was adopted on December 15, 2016 by the commission and submitted to the EPA on December 29, 2016. The May through September 2012 episode was selected in accordance with the episode selection criteria specified in the EPA Modeling Guidance, details of which are documented in the section 3.4: *Episode Selection* of the HGB AD SIP.[6] The EPA, in its 2015 Transport NODA, used May 1 through September 30, 2011 period (May through September 2011) for its transport modeling. However, 2011 was a meteorologically anomalous year for Texas and surrounding states as it was the hottest year on record and the single-worst drought year recorded in Texas since 1895 (Hoerling *et al.*, 2012). Figure 3-2: *U.S. Drought Monitor Map of Texas for July 26, 2011* shows the extent of the drought across the state.



**Figure 3-2: U.S. Drought Monitor Map of Texas for July 26, 2011**

The TCEQ has submitted comments on the unsuitability of the May through September 2011 episode for Texas ozone modeling in response to several EPA actions such as the

---

[6] Revisions to the State of Texas Air Quality Implementation Plan for the Control of Ozone Air Pollution, Houston-Galveston Brazoria Attainment Demonstration SIP revision for the 2008 Eight-hour Ozone Standard Nonattainment Area (pages 3-4 to 3-17)
https://www.tceq.texas.gov/assets/public/implementation/air/sip/hgb/HGB_2016_AD_RFP/AD_Adoption/16016SIP_HGB08AD_ado.pdf

EPA 2011 modeling platform,[7] EPA 2018 Modeling Platform,[8] EPA NODA on Updated Transport Modeling for the 2008 Ozone NAAQS[9] and the 2015 Transport NODA.[10]

3.2.2.1 Meteorology of 2012

Meteorology for the May through September 2012 period was analyzed for the rest of the contiguous U.S. The year 2012 had above average temperatures across most of the U.S., except in some states in the southeast. New Hampshire had their highest May through October average temperatures on record. The National Oceanic and Atmospheric Administration's (NOAA) National Climatic Data Center (NCDC) temperature rankings[11] for the May through October average temperature of 2012 relative to the years 1895 through 2012 are shown in Figure 3-3: *May through October 2012 Statewide NCDC Temperature Ranks*. The numbers in each state represent the numerical rank for that state for 2012. Among the NCDC climatic regions,[12] the Northeast had its warmest year on record for the years 1895 through 2012.

---

[7] TCEQ comments on EPA's "Notice of Availability of the EPA's 2011 Modeling Platform." Submitted 3/31/14 and available at https://www.tceq.texas.gov/agency/nc/Air_Issues.html/#033114
[8] TCEQ comments on EPA's "Notice of Availability of the EPA's 2018 Modeling Platform." Submitted 6/24/14 and available at https://www.tceq.texas.gov/agency/nc/Air_Issues.html/#062414
[9] TCEQ comments on EPA's Notice of Data Availability of the Updated Ozone Transport Modeling Data for the 2008 Ozone NAAQS. Submitted 10/15/15 and available at https://www.tceq.texas.gov/agency/nc/Air_Issues.html/#101515
[10] TCEQ comments on EPA's "Preliminary Interstate Ozone Transport Modeling Data for 2015 Ozone NAAQS." Submitted 4/5/17 and available at https://www.tceq.texas.gov/agency/nc/Air_Issues.html/#040517
[11] Explanation of Climatological Rankings available at https://www.ncdc.noaa.gov/monitoring-references/dyk/ranking-definition
[12] NCDC U.S. Climatic Region definitions are available at https://www.ncdc.noaa.gov/monitoring-references/maps/us-climate-regions.php



**Figure 3-3: May through October 2012 Statewide NCDC Temperature Ranks**

Figure 3-4: *May through October 2012 Statewide NCDC Precipitation Ranks* shows the NCDC precipitation rankings for the May through October months of 2012 relative to the years 1895 through 2012. May through October 2012 had below normal or much below normal precipitation in most of the South and Northern Rockies and Plains and parts of the Upper Midwest and Ohio River Valley climate regions with a record driest year for Nebraska and Wyoming. However, the Northeast and parts of the Southeast had above normal or much above normal precipitation.



**Figure 3-4: May through October 2012 Statewide NCDC Precipitation Ranks**

The entire central portion of the U.S. was in some state of drought. However, the drought reported in Texas by July 2011 had diminished in severity by July 2012. Figure 3-5: *Change in Texas Drought Conditions from July 2011 to July 2012* shows the change in drought class from July 26, 2011 to July 24, 2012 with approximately 60 to 70% of Texas showing improvement by three to five drought classes statewide.



**Figure 3-5: Change in Texas Drought Conditions from July 2011 to July 2012**

3.2.2.2 Ozone Production in 2012

The TCEQ analyzed, similar to the EPA's analysis for its transport modeling,[13] the meteorologically adjusted ozone trends for the NCDC climate regions for May through September 2012. Figure 3-6: *Meteorologically-Adjusted Ozone Trends for NCDC Climate Regions for 2000 through 2016*[14] shows the meteorologically-adjusted ozone trends from 2000 through 2016. The 2010 through 2016 time period shows variation in ozone-conducive conditions across years and climate regions. The year 2012 was more conducive (relative to 2010 through 2016) for ozone formation in the Northeast, Upper Midwest, Northwest, Northern Rockies and Plains, and West regions while for the Ohio River Valley, South, Southeast, and Southwest climate regions 2011 was more conducive to ozone production. In the past the EPA has acknowledged that no single year will be representative of "typical" meteorological conditions for ozone for all regions of the U.S. (EPA, August 2016). Based on this analysis, the TCEQ concluded that the well-tested 2012 modeling platform is appropriate for use in this SIP revision.

---

[13] "Air Quality Modeling Technical Support Document for the 2008 Ozone NAAQS Cross-State Air Pollution Rule Proposal", available at https://www.epa.gov/sites/production/files/2015-11/documents/air_quality_modeling_tsd_proposed_rule.pdf
[14] Data for this analysis shown in Figure 3-6 was obtained from the EPA's Air-Trends webpage (https://www.epa.gov/air-trends/trends-ozone-adjusted-weather-conditions)

Figure 3-6: Meteorologically-Adjusted Ozone Trends for NCDC Climate Regions for 2000 through 2016

### 3.2.3 Base Case Modeling

Base case modeling was used to evaluate the CTM's ability to replicate measured ozone and precursor concentrations. The adequacy of the model in replicating observations was assessed statistically and graphically. Satisfactory model performance in base case modeling provided a degree of confidence in the use of the model to predict future ozone concentrations and to evaluate transport impacts.

Base case modeling included the generation of initial and boundary conditions, emissions inputs and meteorological inputs for the May through September 2012 period needed by CAMx. Results of base case modeling included modeled ozone and precursor concentrations for every grid cell of the rpo_12km domain for every hour of May through September 2012. The base case modeling results were evaluated by comparisons with observed measurements at monitoring sites across the modeling domain. The model performance evaluation was iterative. Feedback from successive evaluations was incorporated to ensure that the model was adequately replicating observations throughout the modeling domain and episode. Details of the inputs generated for base case modeling are provided below.

### 3.2.3.1 Meteorological Modeling

The TCEQ used the Weather Research and Forecasting Model (WRF) version 3.8.1 to create the May through September 2012 meteorological inputs for CAMx. The WRF domain was chosen to accommodate the CAMx domain shown in Figure 3-1. Figure 3-7: *Map of 2015 Ozone NAAQS Transport SIP Revision Meteorological Modeling Domain* shows the geographical extent of the WRF modeling domain, along with the CAMx domain for reference.



**Figure 3-7: Map of 2015 Ozone NAAQS Transport SIP Revision Meteorological Modeling Domain**

For the meteorological model, a single domain was used, referred to as na_12km, with horizontal grid resolution of 12 km x 12 km and 44 vertical layers. The WRF model domain definitions are provided in Table 3-3: *2015 Transport SIP Revision WRF Modeling Domain Definitions.* Table 3-4: *2015 Transport SIP Revision WRF Modeling Domain Vertical Structure* provides details of the WRF model domain vertical layers, such as heights and thickness. Figure 3-8: *Matching of WRF and CAMx Vertical Layers* shows how the vertical layers of WRF shown in Table 3-4 are matched to the vertical layers of CAMx shown in Table 3-2.

**Table 3-3:   2015 Transport SIP Revision WRF Modeling Domain Definitions**

| Domain | Easting Range (km) | Northing Range (km) | Number of Cells (Easting) | Number of Cells (Northing) | Short Name |
|---|---|---|---|---|---|
| North America Domain | (-2916,2916) | (-2304,2304) | 489 | 387 | na_12km |

**Table 3-4:   2015 Transport SIP Revision WRF Modeling Domain Vertical Structure**

| WRF Layer | Sigma Level | Top (m AGL) | Center (m AGL) | Thickness (m) |
|---|---|---|---|---|
| 44 | 0.000 | 20581 | 20054 | 1054 |

| WRF Layer | Sigma Level | Top (m AGL) | Center (m AGL) | Thickness (m) |
|---|---|---|---|---|
| 43 | 0.010 | 19527 | 18888 | 1278 |
| 42 | 0.025 | 18249 | 17573 | 1353 |
| 41 | 0.045 | 16896 | 16344 | 1103 |
| 40 | 0.065 | 15793 | 15215 | 1156 |
| 39 | 0.090 | 14637 | 14144 | 987 |
| 38 | 0.115 | 13650 | 13136 | 1029 |
| 37 | 0.145 | 12621 | 12168 | 906 |
| 36 | 0.175 | 11716 | 11245 | 941 |
| 35 | 0.210 | 10774 | 10294 | 962 |
| 34 | 0.250 | 9813 | 9379 | 867 |
| 33 | 0.290 | 8946 | 8550 | 792 |
| 32 | 0.330 | 8154 | 7790 | 729 |
| 31 | 0.370 | 7425 | 7128 | 594 |
| 30 | 0.405 | 6830 | 6551 | 559 |
| 29 | 0.440 | 6271 | 6007 | 528 |
| 28 | 0.475 | 5743 | 5492 | 501 |
| 27 | 0.510 | 5242 | 5037 | 410 |
| 26 | 0.540 | 4832 | 4636 | 393 |
| 25 | 0.570 | 4439 | 4250 | 378 |
| 24 | 0.600 | 4061 | 3878 | 365 |
| 23 | 0.630 | 3696 | 3520 | 352 |
| 22 | 0.660 | 3344 | 3173 | 341 |
| 21 | 0.690 | 3003 | 2838 | 330 |
| 20 | 0.720 | 2673 | 2513 | 320 |
| 19 | 0.750 | 2353 | 2224 | 259 |
| 18 | 0.775 | 2094 | 1967 | 253 |
| 17 | 0.800 | 1841 | 1717 | 247 |
| 16 | 0.825 | 1593 | 1472 | 242 |
| 15 | 0.850 | 1352 | 1280 | 143 |
| 14 | 0.865 | 1209 | 1138 | 141 |
| 13 | 0.880 | 1068 | 999 | 139 |
| 12 | 0.895 | 929 | 860 | 137 |
| 11 | 0.910 | 792 | 746 | 91 |
| 10 | 0.920 | 701 | 656 | 90 |
| 9 | 0.930 | 611 | 566 | 89 |
| 8 | 0.940 | 522 | 477 | 89 |
| 7 | 0.950 | 433 | 389 | 88 |
| 6 | 0.960 | 345 | 301 | 87 |
| 5 | 0.970 | 258 | 214 | 87 |
| 4 | 0.980 | 171 | 128 | 86 |
| 3 | 0.990 | 85 | 60 | 51 |
| 2 | 0.996 | 34 | 26 | 17 |
| 1 | 0.998 | 17 | 8 | 17 |
| 0 | 1.000 | 0 | 0 | 0 |



**Vertical Layer Structure**

### 2012 MAY - SEP

| WRF Layer | CAMx Layer | Top (m AGL) | Center (m AGL) | Thickness (m) |
|---|---|---|---|---|
| 42 | 29 | 18250 | 16445 | 3611 |
| 39 | 28 | 14639 | 13632 | 2015 |
| 37 | 27 | 12624 | 10786 | 3675 |
| 33 | 26 | 8949 | 7891 | 2115 |
| 30 | 25 | 6833 | 6289 | 1088 |
| 28 | 24 | 5746 | 5290 | 911 |
| 26 | 23 | 4835 | 4449 | 772 |
| 24 | 22 | 4063 | 3704 | 717 |
| 22 | 21 | 3346 | 3175 | 341 |
| 21 | 20 | 3005 | 2840 | 330 |
| 20 | 19 | 2675 | 2515 | 320 |
| 19 | 18 | 2355 | 2225 | 259 |
| 18 | 17 | 2096 | 1969 | 253 |
| 17 | 16 | 1842 | 1718 | 248 |
| 16 | 15 | 1595 | 1474 | 242 |
| 15 | 14 | 1353 | 1281 | 143 |
| 14 | 13 | 1210 | 1140 | 141 |
| 13 | 12 | 1069 | 1000 | 139 |
| 12 | 11 | 930 | 861 | 138 |
| 11 | 10 | 792 | 747 | 91 |
| 10 | 9 | 702 | 656 | 90 |
| 9 | 8 | 612 | 567 | 89 |
| 8 | 7 | 522 | 478 | 89 |
| 7 | 6 | 433 | 389 | 88 |
| 6 | 5 | 345 | 302 | 87 |
| 5 | 4 | 258 | 215 | 87 |
| 4 | 3 | 171 | 128 | 86 |
| 3 | 2 | 85 | 60 | 51 |
| 2 | 1 | 34 | 17 | 34 |

**Note**

■ AGL - Above Ground Level.

**Figure 3-8: Matching of WRF and CAMx Vertical Layers**

The initial and boundary conditions for WRF modeling were obtained from the GCIP (GEWEX (Global Energy and Water EXperiment) Continental-Scale International Project) NCEP (National Centers for Environmental Prediction) Eta data archive. Where data were missing from the GCIP NCEP Eta archive, data extracted from the NCEP North American Mesoscale model were used. More details regarding how missing data were handled is presented in Appendix A: *Meteorological Modeling for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard*. To optimize performance, two types of nudging were utilized. The first type was analysis nudging, both three-dimensional (3-D) and surface. The 3-D analysis nudging was used to nudge the wind, temperature and moisture, while the surface analysis nudging was only used to nudge wind and temperature. The second type of nudging used was observational nudging, which used the radar profiler data for nudging aloft winds towards observed vertical profiles.

The selection of the final meteorological modeling configuration for May through September 2012 resulted from numerous sensitivity tests and model performance evaluation. The final WRF parameterization schemes and options selected are shown in Table 3-5: *WRF Model Configuration Parameters*. Details of the meteorological sensitivity tests are provided in Appendix A.

**Table 3-5:  WRF Model Configuration Parameters**

| Domain | Nudging Type | PBL | Cumulus | Radiation | Land-Surface | Microphysics |
|---|---|---|---|---|---|---|
| na_12km | 3-D, Surface Analysis, PX Soil Nudging, NPN and CAP Radar Profiler Observations | YSU | Multiscale Kain-Fritsch | RRTM / Dudhia | Pleim-Xiu | WSM5 |

WRF output was post-processed using the WRF2CAMx version 4.6 utility with the Community Multi-Scale Air Quality (CMAQ) modeling system vertical diffusivity (Kv) option to convert the WRF meteorological fields to the appropriate CAMx grid and input format. The 100 m Kv Patch program developed by Ramboll Environ[15] was used to modify the vertical diffusivity coefficients based on a land-use basis to maintain vertical mixing within the first 100 meters of the model over urban areas. Sub grid stratiform cloud diagnostics were applied to better simulate ultraviolet-attenuation in CAMx.

WRF model performance was evaluated for wind speed and direction, temperature, and humidity. Figure 3-9: *Wind Speed Mean Bias for May through September 2012*, Figure 3-10: *Two Meter Temperature Mean Bias for May through September 2012*, and Figure 3-11: *Humidity Mean Bias for May through September 2012* show the mean bias for wind speed, temperature, and humidity, respectively for May through September 2012 for each monitoring station across the na_12km domain.

---

[15] "Dallas-Fort Worth Modeling Support: Improving Vertical Mixing, Plume-in-Grid, and Photolysis Rates in CAMx", TCEQ Project report available at
https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/pm/5821110365FY1206-20120820-environ_dfw_modeling_support.pdf



**Figure 3-9: Wind Speed Mean Bias for May through September 2012**



**Figure 3-10:  Two Meter Temperature Mean Bias for May through September 2012**



**Figure 3-11:  Humidity Mean Bias for May through September 2012**

Figure 3-9 shows that wind speed had a negative bias along the East Coast, Southeast, and western continental U.S., while eastern Texas, the Ohio River Valley, and the Great Lakes region had a positive bias. Mean bias for temperature in Figure 3-10 does not show strong geographical trends, although slightly more monitors in the western U.S. show a positive bias. Figure 3-11 shows that there was a positive bias for humidity at most monitoring stations in the domain, although a negative bias is seen over much of Oklahoma through eastern Kansas and into southern Nebraska, and also in parts of southern California.

Figure 3-12: *Wind Speed Mean Absolute Error for May through September 2012*, Figure 3-13: *Two Meter Temperature Mean Absolute Error for May through September 2012*, and Figure 3-14: *Humidity Mean Absolute Error for May through September 2012* show the mean absolute error for wind speed, temperature, and humidity, respectively for May through September 2012 at monitoring stations across the na_12km domain.



**Figure 3-12: Wind Speed Mean Absolute Error for May through September 2012**



**Figure 3-13: Two Meter Temperature Mean Absolute Error for May through September 2012**



**Figure 3-14: Humidity Mean Absolute Error for May through September 2012**

Figure 3-12 and Figure 3-13 show that the mean absolute error for wind speed and temperature, respectively, were lower in the eastern U.S. than western U.S. Figure 3-14 shows a more north/south regional difference for humidity, with monitors in the northern U.S. having less mean absolute error than monitors in the southern U.S.

Figure 3-15: *Wind Speed RMSE for May through September 2012*, Figure 3-16: *Two Meter Temperature RMSE for May through September 2012*, and Figure 3-17: *Humidity RMSE for May through September 2012* show the Root Mean Square Error (RMSE) for wind speed, temperature, and humidity, respectively, for May through September 2012 at monitoring stations across the na_12km domain.



**Figure 3-15:  Wind Speed RMSE for May through September 2012**



**Figure 3-16:  Two Meter Temperature RMSE for May through September 2012**



**Figure 3-17:  Humidity RMSE for May through September 2012**

Similar to the Mean Absolute Error in Figures 3-12 through 3-14, Figure 3-15 and Figure 3-16 show an east/west regional trend with monitors in the east having lower RMSE than monitors in the west for wind speed and temperature, respectively, while Figure 3-17 shows that RMSE for humidity in the southern and central monitors are greater than RMSE for northern monitors.

Overall, WRF model performance for May through September 2012 was acceptable for the CTM input. More details regarding WRF model performance, including daily, monthly, and regional performance statistics, are presented in Appendix A.

### 3.2.3.2 Emissions Modeling

Emissions modeling is the process of creating CAMx-ready emissions inputs. For base case modeling, precursor emissions inputs are chemically speciated into the Carbon Bond 6 (CB6) chemical mechanism species used in CAMx, temporally allocated, and spatially distributed to 12 km grid cells for May through September 2012. The main ozone precursors are nitrogen oxides ($NO_x$) and volatile organic compounds (VOC) while carbon monoxide (CO) plays a minor role in ozone formation. Though CO has very low reactivity and does not play a major role in controlling ozone formation, in this subsection details of CO modeling emissions inventories are presented as CO is a chemical species in the model.

Version 3.22 of the Emissions Processor System (EPS3) was used to prepare the gridded emissions inputs. Table 3-6: *Emissions Processing Modules* summarizes many of the steps taken to prepare the required emission files needed by CAMx and the software modules in EPS3 that were used for each step.

**Table 3-6:  Emissions Processing Modules**

| EPS3 Module | Description |
|---|---|
| PREAM | Prepare area and non-link based area and mobile source emissions for further processing |
| LBASE | Spatially allocate link-based mobile source emissions among grid cells |
| PREPNT | Group point source emissions into elevated and low-level categories for further processing |
| CNTLEM | Apply controls to model strategies, apply adjustments, make projections, etc. |
| TMPRL | Apply temporal profiles to allocate emissions by day type and hour |
| SPCEMS | Chemically speciate emissions into nitrogen oxide (NO), nitrogen dioxide ($NO_2$), and various CB6 VOC species |
| GRDEM | Spatially distribute emissions by grid cell using source category surrogates |
| MRGUAM | Merge and adjust multiple gridded files for model-ready input |
| PIGEMS | Assign Plume-in-Grid (PiG) emissions and merge elevated point source files |

Figure 3-18: *Base Case Representative Day Total Anthropogenic Precursor Emissions by Geographic Regions* shows the total anthropogenic precursor emissions in the rpo_12km domain by major geographic region (Texas, Non-Texas U.S., southern Canada, northern Mexico, and Oceanic) on a sample 2012 summer weekday in tons per day.



**Figure 3-18:  Base Case Representative Day Total Anthropogenic Precursor Emissions by Geographic Regions**

Emissions modeling includes preparing emissions inventories for anthropogenic emissions source categories such as stationary point sources (power plants, refineries,

etc.), area sources (dry cleaners, gas stations, etc.), on-road mobile sources (cars, trucks, etc.), non-road mobile sources (construction vehicles, lawn mowing equipment, etc.), off-road mobile sources (locomotives, commercial marine, aircraft, etc.), and oceanic (off-shore oil rigs and ocean-going vessels). Figure 3-19: *Base Case Representative Day Total Anthropogenic Precursor Emissions by Source Category* shows the total anthropogenic precursor emissions in the rpo_12km domain by source category for a sample 2012 summer weekday in tons per day.



**Figure 3-19: Base Case Representative Day Total Anthropogenic Precursor Emissions by Source Category**

Emissions inventories for natural emissions source categories, i.e., biogenic sources and fires, were also developed. Version 3.61 of the Biogenic Emissions Inventory System (BEIS) (Bash et al., 2016) within the Sparse Matrix Operation Kernel Emissions (SMOKE) System version 3.7[16] was used to create the biogenic emissions inventory. Figure 3-20: *Biogenic VOC Emissions in RPO_12km Domain on July 18, 2012* shows a sample of biogenic VOC emissions in the rpo_12km domain.

---

[16] Available at https ://www.cmascenter.org/smoke/



**Figure 3-20:  Biogenic VOC Emissions in RPO_12km Domain on July 18, 2012**

Wildfire emissions were estimated from the daily Fire Inventory from the National Center for Atmospheric Research (NCAR) (FINN) version 1.5 product for 2012 (Wiedinmyer, 2011). The FINN fire estimates were projected to the model grid and grouped together if fires were within 5 km of each other. Each fire was treated as a point source and processed using the EPS3 PREFIR, CHMSPL, TMPRL, and PSTFIR

modules following the methodology developed in a TCEQ project.[17] The fire emissions were temporally allocated according to the temperate North American diurnal cycle of fires from Mu et al. (2011).

Since the purpose of base case modeling is to evaluate the ability of the model to recreate a past episode, measured and reported emissions data from 2012 with the highest resolution available were relied upon to determine the spatial and temporal allocation of emissions in the modeling domain for each hour of the modeling episode. Details of the development and processing of emissions inventories for base case modeling are provided in Appendix B: *Emissions Modeling for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard.*

### 3.2.3.3 Initial and Boundary Conditions

In addition to emissions and meteorological inputs, CAMx requires initial and boundary conditions. Initial conditions refer to the state of the atmosphere in the rpo_12km domain at the start of the modeling episode. Boundary conditions refer to the state of the atmosphere at the five edges (North, South, East, West, and Top) of the rpo_12km domain.

The initial and boundary conditions were derived from the output of a three-dimensional global CTM, GEOS-Chem. The GEOS-Chem model simulates atmospheric chemical and physical processes driven by assimilated meteorological observations from the NASA's Goddard Earth Observing System (GEOS).[18] The TCEQ used a modified version of the standard GEOS-Chem version 10-01. The modifications were implemented by Ramboll Environ as part of TCEQ projects[19, 20] that updated the lightning $NO_x$ module (Travis et al., 2016; Zhang et al., 2014) and halogen chemistry (Sherwen et al., 2016; Yarwood et al., 2016), and fixed several model errors.

For the base case simulation, GEOS-Chem was run for 2012 with a grid resolution of 2.0 degrees latitude x 2.5 degrees longitude, using meteorology from the GEOS Model Version 5 (GEOS-5) and global anthropogenic emissions inventory for non-U.S. regions from the Hemispheric Transport of Air Pollution (HTAP) version 2. For U.S. emissions, the U.S. National Emission Inventory 2011 (2011 National Emissions Inventory) was used. GEOS-Chem results were used to provide one-way dynamic boundary concentrations at three-hour intervals and an initial concentration field for the CAMx simulations. Figure 3-21: *Initial Concentration on April 16, 2012 in the RPO_12km* shows a map of the initial ozone concentration field on 12 a.m., April 16, 2012 at the surface layer in the rpo_12km domain. April 16, 2012 is the start date of the CAMx

---

[17] "Boundary Condition and Fire Emissions Modeling", Tai *et al*, September 2008, https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/pm/5820784005FY0810-20080831-environ-bcic_final_report.pdf
[18] GEOS-Chem Model, http://acmg.seas.harvard.edu/geos/
[19] "Updated Boundary Conditions for CAMx Modeling", Nopmongcol *et al*, July 2016, https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/pm/5821662241FY1615-20160729-environ-GEOSChem_BC_for_CAMx.pdf
[20] "2013 Boundary Conditions for CAMx Modeling", Nopmongcol *et al*, June 2017, https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/pm/582177144421-20170627-environ-2013_BC_GEOS_Chem.pdf

simulation with a ramp up period of April 16 through April 30 for the base case modeling.



**Figure 3-21:  Initial Concentration on April 16, 2012 in the RPO_12km**

Figure 3-22: *2012 East Boundary Condition Cross-Section for July 18, 2012 Episode Day*, Figure 3-23: *2012 West Boundary Condition Cross-Section for July 18, 2012 Episode Day*, Figure 3-24: *2012 North Boundary Condition Cross-Section for July 18, 2012 Episode Day*, and Figure 3-25: *2012 South Boundary Condition Cross-Section for July 18, 2012 Episode Day* show a samples of the 2012 east, west, north, and south, respectively, boundary conditions for the July 18, 2012 episode day for the three-hour window of 12 p.m. to 3 p.m.



**Figure 3-22:  2012 East Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-23:  2012 West Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-24:  2012 North Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-25:  2012 South Boundary Condition Cross-Section for July 18, 2012 Episode Day**

3.2.3.4 Photochemical Modeling

The TCEQ used CAMx version 6.40,[21] with the following options:

- New gas-phase chemistry mechanism CB6 "revision 4," with condensed halogen chemistry and inline sea salt emissions (CB6r4h); and

- Wesely dry deposition scheme.

In addition to the meteorological, emissions, and initial and boundary condition inputs, CAMx needs spatially resolved surface characteristic parameters, albedo/haze/ozone (i.e., opacity), photolysis rates, and a file with chemistry parameters.

Surface characteristic parameters, including topographic elevation, Leaf Area Index (LAI), vegetative distribution, and water/land boundaries are input to CAMx via a land-use file. The land-use file provides the fractional contribution of 26 land-use categories per grid cell, as defined by Zhang et al (2003). The land use file was developed using version 3 of the Biogenic Emissions Land Use Database for areas outside the U.S. and the 2006 National Land Cover Dataset for the U.S. For Texas and surrounding states, updated land-use files developed by Texas A&M University (Popescu et al., 2012) were used. The land use file, in addition to the land-use categories, has LAI ratios. LAI is the ratio of total upper leaf surface of vegetation divided by the surface area of the land on which the vegetation grows. LAI is a dimensionless value, typically ranging from zero for bare ground to over seven for a dense forest. Monthly averaged LAI was created from the eight-day 1 km resolution MODIS MCD15A2 product.

Spatially resolved opacity and photolysis rates that are specific to the chemistry parameters for the CB6 mechanism are input to CAMx via a photolysis rates file and an opacity file. The chemistry parameters for the CB6 mechanism are provided in the

---

[21] User's Guide Comprehensive Air Quality Model with Extensions (CAMx), Version 6.30, Ramboll Environ, Inc., April 2016, available at http://www.camx.com/files/camxusersguide_v6-30.pdf

chemistry parameters file. Episode-specific satellite data from the Total Ozone Mapping Spectrometer were used to prepare the clear-sky photolysis rates and opacity files. Photolysis rates are internally adjusted by CAMx according to cloud and aerosol properties using the inline Tropospheric Ultraviolet Visible model.

The CAMx model configuration was applied to the 2012 base case using the episode-specific meteorological inputs, biogenic and anthropogenic emission inputs, and initial and boundary conditions described above. The CAMx modeling results were compared to the measured ozone and ozone precursor concentrations at all regulatory monitoring sites in the rpo_12km domain, which resulted in several modeling iterations to implement improvements to the meteorological modeling, emissions modeling, and subsequent CAMx modeling. Various configuration changes such as the choice of biogenic emission models, land-use model used in WRF modeling, impact of cloud assimilation, etc., were evaluated along with updates to various anthropogenic emissions categories.

Statistical metrics such as Mean Bias (MB), Mean Error (ME), Normalized Mean Bias (NMB), Normalized Mean Error (NME), and RMSE were calculated by comparing monitored (measured) and bi-linearly interpolated modeled ozone concentrations for all episode days and monitors. These statistical metrics were used to evaluate the different configurations and arrive at the final configuration used for the 2015 Ozone NAAQS Transport SIP revision.

Episode-wide model performance statistics and graphics for the final modeling configuration are presented below. Figure 3-26: *Mean Bias for the May through September 2012 Episode at AQS Monitoring Sites* shows the mean bias for all the EPA Air Quality System (AQS)[22] monitoring sites for the May through September 2012 episode for days with observed Maximum Daily Average Eight-Hour (MDA8) ozone concentration greater than or equal to 60 ppb. Figure 3-26 shows that the mean biases for days with MDA8 greater than 60 ppb differ by region, with monitors along the East Coast showing positive bias while monitors on the West Coast show negative biases. Most monitors have a mean bias in the range of ± 5 ppb on high ozone days, which is acceptable model performance (Simon *et al.*,2012). Figure 3-27: *RMSE for May through September 2012 Episode at AQS Monitoring Sites* shows the RMSE for each of the AQS monitoring sites on days with observed MDA8 greater than 60 ppb. The RMSE at most monitors in the modeling domain were in the range of 6 to 12 ppb. However, monitors along the northeast and the southwest coast had higher deviations with RMSE in the 16 to 20 ppb range. Table 3-7: *Statistical Model Performance Evaluation Metrics for TCEQ's 2015 Ozone NAAQS Transport SIP Revision Configuration* provides the statistical metrics for the May through September 2012 episode on days with observed MDA8 greater than 60 ppb for each of the NCDC Climate Regions.

---

[22] https://www.epa.gov/aqs



**Figure 3-26:  Mean Bias for the May through September 2012 Episode at AQS Monitoring Sites**



**Figure 3-27:  RMSE for May through September 2012 Episode at AQS Monitoring Sites**

**Table 3-7:  Statistical Model Performance Evaluation Metrics for TCEQ's 2015 Ozone NAAQS Transport SIP Revision Configuration**

| Climate Region | No. of Obs | MB (ppb) | ME (ppb) | NMB (%) | NME (%) | RMSE (ppb) |
|---|---|---|---|---|---|---|
| Northeast | 5281 | 4.1 | 8.4 | 5.9 | 12.2 | 11.0 |
| Ohio Valley | 9861 | -2.5 | 6.8 | -3.6 | 10.0 | 8.5 |
| Upper Midwest | 2950 | -6.2 | 8.3 | -8.9 | 11.9 | 9.9 |
| Southeast | 3203 | 3.1 | 6.8 | 4.7 | 10.2 | 8.8 |
| South | 5020 | -3.9 | 6.5 | -5.7 | 9.6 | 8.1 |
| Southwest | 7215 | -5.5 | 7.1 | -8.4 | 10.8 | 9.0 |
| Northern Rockies | 1084 | -7.5 | 8.6 | -11.8 | 13.4 | 10.4 |
| Northwest | 193 | -7.0 | 8.2 | -10.9 | 12.7 | 10.2 |
| West | 10672 | -9.2 | 10.4 | -13.1 | 14.9 | 12.7 |
| National | 45479 | -3.9 | 8.0 | -5.7 | 11.7 | 10.1 |

Overall, the base case modeling showed reasonable model performance and is comparable with the EPA's modeling documented in the 2015 Transport NODA. Although the EPA had better performance in the Northeast climate region, in the South

climate region, which includes Texas and surrounding states, the TCEQ's modeling performed better than the EPA's. Detailed performance evaluation for the 2012 base case modeling episode is included in Appendix C: *Photochemical Model Performance Evaluation for the Transport State Implementation Plan Revision for the 2015 Eight-Hour Ozone National Ambient Air Quality Standard.*

### 3.2.4 Future Year Modeling

Future year modeling is used to predict ozone concentrations and calculate a $DV_F$ at each AQS monitor in the modeling domain in the future year, 2023. In future year modeling, the same modeling episode (May through September 2012) is used, but with projected future anthropogenic emissions. Future year modeling predicts the change in ozone concentrations due to changes in anthropogenic emissions in a future year while keeping the meteorological and natural emissions (biogenic and wildfires) inputs constant. Future year modeling answers the question: what would the ozone concentrations be in the future if the same meteorological conditions (that resulted in a high ozone episode in the past) were to repeat?

The meteorological inputs generated for May through September 2012 using the WRF model and described in section 3.2.3.1: *Meteorological Modeling* were used as inputs to the CTM in the future year modeling.

#### 3.2.4.1 Emissions Modeling

For future year modeling, emissions inventories were developed for the anthropogenic emissions source categories by applying growth and control factors to base year emissions. Growth and control factors are developed based on the projected growth in the demand for goods and services, along with the reduction in emissions expected from state, local, and federal control programs. Figure 3-28: *Future Year Representative Day Total Anthropogenic Precursor Emissions by Geographic Region* shows the total projected anthropogenic precursor emissions in the rpo_12km domain by major geographic region on a representative 2023 summer weekday in tons per day. Figure 3-29: *Future Year Representative Day Total Anthropogenic Precursor Emissions by Source Category* shows the total projected anthropogenic precursor emissions in the rpo_12km domain by source category for a sample 2023 summer weekday in tons per day.



**Figure 3-28: Future Year Representative Day Total Anthropogenic Precursor Emissions by Geographic Region**



**Figure 3-29: Future Year Representative Day Total Anthropogenic Precursor Emissions by Source Category**

Since biogenic emissions are dependent upon the meteorological conditions on a given day, the same episode-specific emissions that were used in the base case modeling

were also used in the 2023 future year modeling. Since future year wildfires cannot be predicted, the wildfire emissions inventory developed for the base case modeling was also used in the 2023 future year modeling. Details regarding the development of the 2023 emissions inventory, including projection tools, projection growth factors and federal/state/local rules and programs incorporated are provided in Appendix B.

### 3.2.4.2 Initial and Boundary Conditions

For future year modeling, updated 2023 initial and boundary conditions were developed by running GEOS-Chem again. The 2023 initial and boundary conditions were developed by using projected 2023 anthropogenic emissions inventories with the same GEOS-Chem meteorological and CTM configurations as the 2012 base case. The 2023 anthropogenic emissions were updated from the base year using projected growth factors. Emissions in North America (specifically, the continental U.S., southern Canada, and northern Mexico) were projected using the same methods used by the TCEQ to project anthropogenic emissions in the rpo_12km domain as explained in Appendix B. In all other areas of the GEOS-Chem domain, emissions projection factors from the Representative Concentration Pathway (RCP85) Database[23] were used to develop the 2023 anthropogenic emissions. Since the RCP85 data are only available at 5 or 10 year intervals (e.g., 2000, 2005, 2010, 2020, etc.), emission projections factors for 2023 were linearly interpolated from changes between the two nearest projection years. Details of the emissions projections methodology are available in the TCEQ Project FY2016-16 report *Updated Boundary Conditions for CAMx Modeling.*[24]

Figure 3-30: *2023 East Boundary Condition Cross-Section for July 18, 2012 Episode Day*, Figure 3-31: *2023 West Boundary Condition Cross-Section for July 18, 2012 Episode Day*, Figure 3-32: *2023 North Boundary Condition Cross-Section for July 18, 2012 Episode Day*, and Figure 3-33: *2023 South Boundary Condition Cross-Section for July 18, 2012 Episode Day* show samples of the 2023 east, west, north and south boundary conditions for July 18, 2012 episode day for the three-hour window of 12 p.m. to 3 p.m.

---

[23] https://tntcat.iiasa.ac.at/RcpDb/dsd?Action=htmlpage&page=welcome
[24] "Updated Boundary Conditions for CAMx Modeling", Nopmongcol *et al*, July 2016, https://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/pm/5821662241FY1615-20160729-environ-GEOSChem_BC_for_CAMx.pdf



**Figure 3-30:  2023 East Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-31:  2023 West Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-32:  2023 North Boundary Condition Cross-Section for July 18, 2012 Episode Day**



**Figure 3-33:  2023 South Boundary Condition Cross-Section for July 18, 2012 Episode Day**

3.2.4.3 Photochemical Modeling

For future year modeling, the 2023 anthropogenic emissions inventories were input along with the 2012 meteorological, biogenic, and wildfire emissions to the CAMx model configuration detailed in the section 3.2.3: *Base Case Modeling*. The output of the future year modeling, ozone concentrations for each grid cell in the rpo_12km domain, was post-processed to obtain the 2023 $DV_F$ at each AQS monitor in the rpo_12km domain.

*Projected Nonattainment Monitors*

The methodology described in EPA Modeling Guidance was used to determine the 2023 $DV_F$ at each monitor in the rpo_12km domain. A monitor's $DV_F$ is calculated by multiplying the Relative Response Factor (RRF) by a baseline year design value ($DV_B$) as shown in *Equation 3-1: Future Year Design Value Calculation for a Monitor.*

$$DV_F = RRF \times DV_B$$

**Equation 3-1: Future Year Design Value Calculation for a Monitor**

The RRF is the ratio of the average future year modeled MDA8 ozone concentrations to the average base year modeled MDA8 ozone concentrations on the top 10 modeled MDA8 base year days. In accordance with EPA Modeling Guidance, the maximum concentration of the three-by-three grid cell array surrounding each monitor on the top 10 base year days with modeled MDA8 above 60 ppb was used to calculate the RRF for each monitor. The $DV_B$ is the average of the regulatory design values for the three consecutive years containing the base year, as shown in Figure 3-34: *Baseline Design Value ($DV_B$) for the 2015 Ozone NAAQS Transport SIP.*



**Figure 3-34: Baseline Design Value (DV$_B$) for the 2015 Ozone NAAQS Transport SIP Revision**

Figure 3-35: *2023 Future Design Value (DV$_F$) for the AQS Monitors in the RPO_12km Domain* shows a map of the rpo_12km domain with the 2023 DV$_F$ for each AQS monitor.



**Figure 3-35: 2023 Future Design Value (DV$_F$) for the AQS Monitors in the RPO_12km Domain**

*Projected Maintenance Monitors*

In Step 1, in addition to identifying the monitors projected to be in nonattainment in 2023 as described above, monitors projected to have maintenance issues were also identified. To identify monitors that could have maintenance issues in 2023, the TCEQ calculated Maintenance Future Year Design Values (MDV$_F$). The 2023 MDV$_F$ is calculated using the same equation presented in Equation 3-1, except that the DV$_B$ is the most recent, instead of the average, of the three regulatory design values containing the base year. Therefore, since 2012 is the base year, the 2014 design value that is the latest regulatory design value that contains the base year of 2012 is used as DV$_B$. For monitors with no regulatory 2014 design value, the 2013 or 2012 design values were used as applicable. The regulatory design values after 2014, namely 2015 and 2016, are not used since these design values do not include monitored data from the modeling base year of 2012.

The TCEQ's approach for identifying maintenance monitors differs from the approach used by the EPA in the 2015 Transport NODA. The EPA used the maximum of the three consecutive regulatory design values containing the base year as the DV$_B$ to identify maintenance monitors. Both the EPA's approach and the TCEQ's approach account for three years of meteorological variability in their choice of DV$_B$ to identify maintenance monitors since a single design value is a three-year average of the annual fourth-highest MDA8 ozone concentration. The EPA's approach is to choose the maximum of the three consecutive regulatory design values containing the base year as the DV$_B$

while the TCEQ's approach is to choose the latest of the three consecutive regulatory design values containing the base year as the $DV_B$. For the reasons described below, the TCEQ determined that the selection of the most recent $DV_B$ addresses all issues relevant for an independent assessment of maintenance; and therefore, provides a comprehensive assessment of the potential impacts of Texas emissions on potential maintenance monitors.

The EPA's approach to identify maintenance monitors provides independent meaning to "maintenance" by choosing a $DV_B$ that is different from the $DV_B$ used in the identification of nonattainment monitors. As discussed previously, EPA chooses the maximum $DV_B$. The EPA justified this approach by inappropriately under-weighting the role of emissions reductions in the inter-annual variability of design values. Inter-annual variability in design values is mainly a function of both meteorology and emissions. By choosing the maximum $DV_B$, EPA provides less weight to the impact of emission reductions over time at a particular monitor, without justification. The EPA's approach under-emphasizes emissions reductions and future maintenance plan requirements that provide for attainment and maintenance. The EPA's approach assumes that inter-annual variability in design values is mainly attributable to meteorological conditions and any downward trend in design value is due to meteorology not being conducive to ozone formation.

Despite meteorological inter-annual variability there is a well-documented[25] nationwide decrease in ozone design values over time with many monitors attaining and maintaining ever-tightening standards. A nonattainment monitor progresses into maintenance through emissions reductions, not through weather modification. Even accounting for meteorological conditions, ozone formation has been on a downward trajectory in most parts of the country. As shown in Figure 3-6, which depicts the meteorologically adjusted ozone trends for the NCDC climate regions for May through September (ozone season) for years 2000 through 2016, a downward trend in meteorologically adjusted ozone (the blue line) in the later years can be seen for most regions. Table 3-8: *Maximum and Minimum Eight-Hour Ozone Design Values for All U.S. Monitors for Each Year from 2007 through 2016* shows how many monitors had either a maximum or a minimum eight-hour ozone design value for each year from 2007 through 2016, with the five years that are included in the three consecutive regulatory design values containing the base year used in TCEQ's modeling shaded in light blue.

**Table 3-8: Maximum and Minimum Eight-Hour Ozone Design Values for All U.S. Monitors for Each Year from 2007 through 2016**

| Year | Number of Monitors with Maximum Eight-Hour Ozone Design Value | Number of Monitors with Minimum Eight-Hour Ozone Design Value |
|------|---------------------------------------------------------------|---------------------------------------------------------------|
| 2007 | 582 | 18 |
| 2008 | 106 | 4 |
| 2009 | 10 | 14 |
| 2010 | 24 | 67 |

[25] "Our Nation's Air – Status and Trends though 2015", Interactive web report available at https://gispub.epa.gov/air/trendsreport/2016/

| Year | Number of Monitors with Maximum Eight-Hour Ozone Design Value | Number of Monitors with Minimum Eight-Hour Ozone Design Value |
|------|---|---|
| 2011 | 5 | 44 |
| 2012 | 43 | 13 |
| 2013 | 18 | 47 |
| 2014 | 0 | 51 |
| 2015 | 6 | 362 |
| 2016 | 6 | 180 |

As seen in Table 3-8, the maximum design value occurs more often in the earlier years and the minimum design value occurs more often in later years, though not always the latest years. This further shows that ozone is decreasing despite changes in meteorology from year to year.

In addition, since the maximum design value in the set of three consecutive regulatory design values containing the base year tends to be the oldest design value, the EPA's choice for $DV_B$ can inappropriately emphasize ozone concentrations from the first year (which is farthest from the future year) of the five-year window through its contribution to the oldest of three design values.

The TCEQ approach provides independent meaning to maintenance monitors in a manner consistent with the FCAA's concept of maintenance areas as areas that were formerly in nonattainment and that have since attained the standard and will continue to maintain that status in the future because it accounts for both meteorological variability and the latest emissions impact on the monitor, which could be either increasing or decreasing. The concept of maintenance is forward looking and must account for meteorological variability, the emissions reductions that have occurred in the past (through the establishment of permanent and enforceable measures on major stationary sources and well as trends such as fleet turnover), and commitments regarding contingency measures to address future emission reductions necessary if the area violates the standard.

The EPA's approach would appear to be more appropriate if the goal is to maximize the likelihood that a monitor would attain the NAAQS in a particular future year, since ozone concentrations in a particular year are subject to random meteorological effects, but that is not the focus in the identification of maintenance monitors. Although meteorology plays a role in determining whether or not an attainment monitor maintains that status, the EPA's approach conflates two related but distinct concepts: the likelihood of *attaining* the standard in a future year and the ability of an attainment monitor to *maintain* that attainment status.

Since all nonattainment monitors are simultaneously maintenance monitors and any remedies devised to address nonattainment monitors would have to apply to maintenance monitors due to the overlapping nature of the two methods, another practical consequence of the EPA's approach is that it could easily lead to over-control as well as requiring upwind states to consider or implement controls when the downwind state in which the maintenance monitor is located does not have any obligations to control local emissions. Such an approach was already adopted in CSAPR

where the EPA treated maintenance monitors identically to the way it treated nonattainment monitors, both in linking states to specific monitors and devising emission limits for the linked states. This conflation of nonattainment and maintenance further results in there being effectively no independent meaning to "maintenance" as opposed to "nonattainment," contrary to *North Carolina v. Environmental Protection Agency,* 531 F.3d 896 (D.C. Cir. 2008) (*North Carolina*).

The TCEQ's recommended approach accounts for meteorological variability, while accounting for possible emissions reductions, since the latest design value itself consists of monitoring data from a three-year period. Using the latest of the three design values acknowledges the progress made by states but still accounts for any recent changes in ozone concentrations. The TCEQ method provides independent meaning of maintenance (*North Carolina*) in a manner that is consistent with the FCAA's concept of maintenance and without penalizing upwind states for old violations at monitors that have seen substantial reductions over a five-year period. By focusing on the latest design value, the approach also harmonizes the requirements of §175A, the maintenance plan requirement for areas that were formerly nonattainment with the requirements of FCAA, §110(a)(2)(D). Since the latest design value will reflect the current state of ozone concentrations in an area and the impact of any maintenance plans that are in place to prevent local emissions from causing an area to slip back into nonattainment, the TCEQ's approach will ensure that only monitors with maintenance issues that are truly driven by interstate transport are tagged as maintenance monitors. Due to the differences in the TCEQ's approach (including choice of base year) and the EPA's approach, the set of monitors projected to be maintenance in 2023 are, not unexpectedly, different from the monitors identified as maintenance monitors in the 2015 Transport NODA.

Figure 3-36: *2023 Maintenance Future Year Design Value (MDV$_F$) for the AQS Monitors in the RPO_12km Domain* shows the MDV$_F$ for all the AQS monitors in the rpo_12km domain.



**Figure 3-36: 2023 Maintenance Future Year Design Value (MDV$_F$) for the AQS Monitors in the RPO_12km Domain**

### 3.3 STEP 2: SOURCE APPORTIONMENT AND IDENTIFICATION OF DOWNWIND MONITORS TAGGED FOR FURTHER REVIEW

Section 3.2 detailed how photochemical modeling was used in the relative sense to identify monitors projected to be in nonattainment or have maintenance issues in 2023. In this section, details on Step 2 and the identification of the subset of monitors that might be impacted by Texas emissions from the approximately 1200 AQS monitors in the rpo_12km domain are presented. The subset of monitors tagged in Step 2 were further reviewed in Step 3 to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at that monitor.

The Anthropogenic Culpability Precursor Analysis (APCA) tool was used to identify and tag the subset of downwind monitors that might be impacted by Texas emissions (and will be further reviewed in Step 3). APCA is a probing tool in CAMx that is used to apportion the modeled ozone concentration at each grid cell at each simulation hour to specific user-defined geographic regions and/or source categories. APCA does this by keeping track of the origin of the NO$_x$ and VOC precursors creating the ozone in each grid cell for each time step during the model run.

The APCA contribution categories chosen were to facilitate better understanding of interstate problems at the monitors within the rpo_12km domain. Since Step 2 is to identify monitors that might be impacted by Texas emissions, the TCEQ considered Texas anthropogenic emissions as a contribution category for this SIP revision. Anthropogenic emissions from other states in the continental U.S. were grouped together as one contribution category. Other contribution categories were chosen to

separate out the impacts of emissions that are not directly related to interstate problems such as biogenics, fires, ocean, etc. The following are source contribution categories that were used in the APCA model run:

- Texas Anthro – $NO_x$ and VOC emissions from Texas anthropogenic sources;

- Non-Texas U.S. Anthro – $NO_x$ and VOC emissions from anthropogenic sources in the 47 other states of the continental U.S.;

- Non-U.S. Anthro – $NO_x$ and VOC emissions from southern Canadian and northern Mexican anthropogenic sources included in the rpo_12km domain;

- Ocean Anthro – $NO_x$ and VOC emissions from ocean-going vessels and off-shore oil and gas platforms;

- Biogenic Emissions;

- Fires; and

- Initial and boundary conditions.

Figure 3-37: *APCA Geographic Regions for the 2015 Ozone NAAQS Transport SIP* shows a map of the APCA contribution categories with Texas in red, Non-Texas U.S. in pink, Non-U.S. in lavender, and Ocean in blue.



**Figure 3-37:  APCA Geographic Regions for the 2015 Ozone NAAQS Transport SIP Revision**

The outputs of an APCA model run are the total modeled hourly concentration and the breakdown of the total concentration by each user-specified contribution category for each grid cell of the domain for each hour of the episode. For example, as part of the 2023 APCA simulation, for cell index [242, 78], which contains the Manvel Croix monitor, the hourly modeled ozone concentration is 72.21 ppb on episode day July 14 at 12:00 p.m. Central Standard Time (CST). The total ozone concentration of 72.21 ppb in the cell is apportioned to the specified contribution categories as shown in Table 3-9: *Apportion of Total Ozone Concentration for cell index [242, 78] on episode day July 14 at 12:00 p.m. CST to Contribution* Categories.

**Table 3-9:  Apportion of Total Ozone Concentration for cell index [242, 78] on episode day July 14 at 12:00 p.m. CST to Contribution Categories**

| Category | Contribution |
|---|---|
| Texas anthropogenic emissions | 48.41 |
| Non-Texas U.S. anthropogenic emissions | 0.72 |
| Non-U.S. anthropogenic emissions | 0.25 |
| Ocean anthropogenic emissions | 7.71 |
| Fire emissions | 0.32 |
| Biogenic emissions | 4.91 |
| Boundary conditions | 9.90 |

Figure 3-38: *Breakdown of Total Hourly Modeled Ozone Concentration by APCA Contribution Categories for the Manvel Croix Monitor Grid Cell on July 14 at 12:00 p.m. CST* is a graphical representation of the breakdown of the total hourly modeled concentration in the grid cell containing the Manvel Croix monitor on July 14 (contained within the red box) at 12:00 p.m. CST (identified by a gold star) by each APCA contribution category.



**Figure 3-38: Breakdown of Total Hourly Modeled Ozone Concentration by APCA Contribution Categories for the Manvel Croix Monitor Grid Cell on July 14 at 12:00 p.m. CST**

In an APCA model run, the sum concentrations apportioned to each contribution category will always equal the total modeled concentration for each grid cell for each hour. APCA apportions ozone formed due to the interaction of biogenic and anthropogenic precursor emissions by recognizing that biogenic emissions as a non-controllable category. Therefore, APCA apportions/attributes ozone formed from such interactions to the anthropogenic precursor emissions. Details of how APCA results were used to tag downwind nonattainment and maintenance monitors for further review are presented in this section.

To identify nonattainment and maintenance monitors for further review, Texas contribution to the monitor's 2023 $DV_F$ (2023 $TX_{DVF}$) was evaluated. The following methodology was used to determine the 2023 $TX_{DVF}$.

1. Calculate the 2023 MDA8 total concentration for each grid cell for each episode day.

2. Calculate the 2023 MDA8 Texas contribution using the hourly apportioned concentration for Texas for each grid cell for each episode day, using contributions from the hours that comprised the MDA8 concentration for that day.

3. For each monitor, calculate the ratio of the average of the 2023 MDA8 Texas contribution to the average of the 2023 MDA8 total concentration from the same days and grid cells used in the 2023 $DV_F$ calculation for that monitor.

4. Calculate the 2023 $TX_{DVF}$ for each monitor by multiplying the 2023 $DV_F$ for that monitor by the ratio calculated in the previous step for that monitor.

In addition to determining $TX_{DVF}$, the contribution of each APCA category to the 2023 $DV_F$ for each AQS monitor in the rpo_12km domain was also calculated using the steps outlined above.

### 3.3.1 Identification of Nonattainment Monitors for Further Review

Two criteria were used to tag downwind nonattainment monitors for further review - a monitor's 2023 $DV_F$ is greater than or equal to 71 ppb and the monitor's 2023 $TX_{DVF}$ is greater than or equal to 0.7 ppb. Table 3-10: *Downwind Nonattainment Monitors Tagged for Further Review*, sorted by state, provides details such as AQS ID, site name, state and county, 2023 $DV_F$, and 2023 $TX_{DVF}$, of the downwind nonattainment monitors tagged for further review in Step 3.

**Table 3-10: Downwind Nonattainment Monitors Tagged for Further Review**

| AQS ID | Site Name | State | County | 2023 $DV_F$ (ppb) | 2023 $TX_{DVF}$ (ppb) |
|---|---|---|---|---|---|
| 80350004 | Chatfield State Park | Colorado | Douglas | 73 | 1.42 |
| 80590006 | Rocky Flats | Colorado | Jefferson | 72 | 1.26 |
| 80590011 | National Renewable Energy Labs-NREL | Colorado | Jefferson | 71 | 1.26 |
| 80690011 | Fort Collins-West | Colorado | Larimer | 72 | 1.22 |
| 40038001 | Chiricahua National Monument | Arizona | Cochise | 71 | 1.06 |
| 60371201 | Reseda | California | Los Angeles | 80 | 0.76 |
| 60371701 | Pomona | California | Los Angeles | 80 | 0.72 |
| 60376012 | Santa Clarita | California | Los Angeles | 87 | 0.9 |
| 60658001 | Rubidoux | California | Riverside | 88 | 0.73 |
| 60658005 | Mira Loma (Van Buren) | California | Riverside | 84 | 0.71 |
| 60710001 | Barstow | California | San Bernardino | 71 | 0.84 |
| 60710306 | Victorville-Park Avenue | California | San Bernardino | 76 | 0.81 |
| 60711004 | Upland | California | San Bernardino | 91 | 0.88 |
| 60714001 | Hesperia-Olive Street | California | San Bernardino | 82 | 0.86 |
| 60714003 | Redlands | California | San Bernardino | 94 | 0.74 |

### 3.3.2 Identification of Maintenance Monitors for Further Review

Two criteria were used to tag downwind maintenance monitors for further review – a monitor's 2023 $MDV_F$ is greater than or equal to 71 ppb and the monitor's 2023 $TX_{DVF}$ is greater than or equal to 0.7 ppb. Table 3-11: *Downwind Maintenance Monitors Tagged for Further Review*, sorted by state, provides details such as AQS ID, site name, state

and county, 2023 $MDV_F$, and 2023 $TX_{DVF}$, of the downwind maintenance monitors tagged for further review in Step 3.

**Table 3-11: Downwind Maintenance Monitors Tagged for Further Review**

| AQS ID | Site Name | State | County | 2023 $MDV_F$ (ppb) | 2023 $TX_{DVF}$ (ppb) |
|---|---|---|---|---|---|
| 80350004 | Chatfield State Park | Colorado | Douglas | 72 | 1.42 |
| 80590006 | Rocky Flats | Colorado | Jefferson | 73 | 1.26 |
| 80590011 | National Renewable Energy Labs-NREL | Colorado | Jefferson | 71 | 1.26 |
| 80690011 | Fort Collins-West | Colorado | Larimer | 71 | 1.22 |
| 80050002 | Highland Reservoir | Colorado | Arapahoe | 71 | 1.15 |
| 60371201 | Reseda | California | Los Angeles | 78 | 0.76 |
| 60371701 | Pomona | California | Los Angeles | 82 | 0.72 |
| 60376012 | Santa Clarita | California | Los Angeles | 86 | 0.9 |
| 60658001 | Rubidoux | California | Riverside | 85 | 0.73 |
| 60658005 | Mira Loma (Van Buren) | California | Riverside | 83 | 0.71 |
| 60710001 | Barstow | California | San Bernardino | 72 | 0.84 |
| 60710306 | Victorville-Park Avenue | California | San Bernardino | 77 | 0.81 |
| 60711004 | Upland | California | San Bernardino | 90 | 0.88 |
| 60714001 | Hesperia-Olive Street | California | San Bernardino | 79 | 0.86 |
| 60714003 | Redlands | California | San Bernardino | 91 | 0.74 |

Except for the Highland Reservoir (AQS ID: 80050002) monitor in Arapahoe County, Colorado, all the maintenance monitors are also nonattainment monitors.

In the 2015 Transport NODA, the EPA's modeling linked Texas to six monitors based solely because modeled contributions to a monitor's future year design value were greater than or equal to 0.7 ppb. Table 3 12: *Monitors Linked to Texas by EPA Modeling in the 2015 Transport NODA* shows the six monitors, the 2023 $DV_F$ and modeled Texas contributions to $DV_F$ from the EPA's modeling and the corresponding values determined using the TCEQ's modeling.

**Table 3-12: Monitors Linked to Texas by EPA Modeling in the 2015 Transport NODA**

| AQS ID | State | County | 2023 DV$_F$ in EPA Modeling (ppb) | 2023 TX$_{DVF}$ in EPA Modeling (ppb) | 2023 DV$_F$ in TCEQ Modeling (ppb) | 2023 TX$_{DVF}$ in TCEQ Modeling (ppb) |
|---|---|---|---|---|---|---|
| 260050003 | Michigan | Allegan | 68.8 | 2.49 | 71 | 0.59 |
| 551170006 | Wisconsin | Sheboygan | 71.0 | 1.92 | 70 | 0.73 |
| 240251001 | Maryland | Harford | 71.3 | 0.91 | 65 | 0.69 |
| 360850067 | New York | Richmond | 71.2 | 0.77 | 62 | 0.67 |
| 361030002 | New York | Suffolk | 71.3 | 0.71 | 67 | 0.63 |
| 80590011 | Colorado | Jefferson | 69.7 | 1.03 | 71 | 1.26 |

There are significant though not unexpected differences between the TCEQ's modeling results and the EPA's modeling results. For example, in the EPA's modeling, five of the six monitors linked to Texas were located in Eastern states, whereas all the monitors tagged for further review by the TCEQ's modeling are located in Western states.[26] The differences are due to key changes the TCEQ made to modeling inputs, analysis, and methodologies to address several critical concerns with the EPA's modeling and approach in the 2015 Transport NODA, as discussed in this SIP revision as well as the TCEQ's comments on the 2015 Transport NODA. Some of the changes include a different base year, a different EGU projection tool, changes to the methodology used to identify maintenance monitors, and changes to the methodology used to calculate Texas' contribution to downwind monitors. These changes are appropriate since there are no regulatory requirements that specify required modeling parameters for transport analysis. Further, as stated by the EPA in the 2015 Transport NODA, "The EPA believes that states may rely on this or other appropriate modeling, data or analyses to develop approvable Good Neighbor SIPs…" (82 FR 1735); therefore, the TCEQ can make choices different than those made by the EPA as long as the modeling and analysis is technically justifiable. The TCEQ's modeling and analysis, though different from the EPA's modeling and analysis, are valid as they are within the CSAPR framework and follow sound scientific principles and the EPA Modeling Guidance, where applicable. Therefore, the TCEQ focused only on the monitors tagged for further review by TCEQ modeling and shown in Table 3-10 and Table 3-11 to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance.

The downwind nonattainment and maintenance monitors tagged for further review are in three states: Arizona, California, and Colorado. To aid further review and analysis of the tagged monitors, APCA runs were conducted with additional contribution categories: California Anthro, Colorado Anthro, New Mexico Anthro, Kansas Anthro, Nebraska Anthro, Wyoming Anthro, Utah Anthro, California Anthro, Arizona Anthro, Nevada Anthro and Oregon Anthro. Figure 3-39: *Map of Additional APCA Geographic Regions Based on Location of Tagged Monitors* shows all the geographic contribution regions used in the APCA runs for this 2015 Ozone NAAQS Transport SIP revision.

---

[26] Per the EPA, Eastern states include all states from Texas northward to North Dakota and eastward to the East Coast while the Western states include the 11 western contiguous states of Arizona, California, Colorado, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming (FR 82, 1737).



**Figure 3-39:  Map of Additional APCA Geographic Regions Based on Location of Tagged Monitors**

### 3.4 STEP 3: ANALYSIS TO DETERMINE IF TEXAS EMISSIONS CONTRIBUTE SIGNIFICANTLY TO NONATTAINMENT OR INTERFERE WITH MAINTENANCE AT TAGGED MONITORS

This section describes the analysis used to determine whether Texas emissions significantly contribute to nonattainment or interfere with maintenance at the sixteen downwind monitors that were tagged for further review in Step 2. To make this determination, a weight-of-evidence approach was used. Interstate transport is a complex problem and a nuanced approach that takes into consideration the factors relevant to the ozone conditions at the tagged monitors is required. Examples of factors considered include the current attainment status of the monitors, design value trends, the meteorological conditions that lead to high ozone formation at the monitor, and the number of days with elevated ozone (observed and modeled).

Since there could be considerable variation in the characteristics of the ozone problem at each monitor, not all factors were considered or analyzed for every monitor. In addition, the use of 1% of the NAAQS threshold for modeled contribution as the sole definition of significant contribution is inappropriate for the 2015 ozone NAAQS since the more stringent 0.7 ppb threshold is an order of magnitude smaller than the biases and errors typically documented for regional photochemical modeling (Simon *et al.*, 2012). The Texas contribution should be deemed "significant" only if there is a persistent and consistent pattern of contribution **on several days with elevated**

**ozone**. Analysis is presented for each state with a tagged downwind monitor in the following sections.

### 3.4.1 Colorado Monitors

Modeling tagged four Colorado nonattainment monitors, as shown in Table 3-10, for further review. In addition to these monitors, modeling also tagged one Colorado maintenance monitor, the Highland Reservoir (AQS ID 080050002) monitor, as shown in Table 3-11 for further review.

Results of in-depth analysis leads to the conclusion that Texas emissions do not contribute to nonattainment or interfere with maintenance at the five Colorado monitors tagged for further review. The conclusion is based on design value trends, number of monitored elevated ozone days, back trajectory analysis on elevated ozone days, average modeled contributions from modeled future elevated ozone days, the collective interstate contribution to the future design values, and the responsiveness to Texas emissions at these monitors. Details of the analysis are presented in the following sections.

3.4.1.1 Eight-Hour Ozone Design Value Trends

Eight-hour ozone design value trends at the tagged monitors, along with the other monitors in the Denver-Aurora combined statistical area (CSA), are displayed in Figure 3-40: *Eight-Hour Ozone Design Values for Monitors in the Denver-Aurora Area*. The Colorado monitors tagged for further review are highlighted in color while the other monitors in the Denver-Aurora CSA are in gray. The four nonattainment monitors tagged for further review have the highest eight-hour ozone design values in the Denver-Aurora CSA, ranging from 80 ppb at National Renewable Energy Labs to 75 ppb at Fort Collins West. The tagged maintenance monitor does not have valid eight-hour ozone in 2016, but its last valid eight-hour ozone design value, 79 ppb in 2013, was one of the five highest eight-hour ozone design values for that year. All other monitors except one, the Welch monitor, in the Denver-Aurora area, have eight-hour ozone design values below the 2015 ozone NAAQS. Overall, eight-hour ozone design values in the Denver-Aurora area have been decreasing from 2007 through 2016. Decreases observed are modest, ranging from a 2% to 10%.



**Figure 3-40: Eight-Hour Ozone Design Values for Monitors in the Denver-Aurora Area**

3.4.1.2 Monitored Elevated Ozone Days

To investigate the contribution of Texas emissions to ozone at the tagged Colorado monitors, days that had elevated ozone at each of the five tagged monitors were identified. Any day with a monitored daily maximum eight-hour average ozone concentration greater than 70 ppb was considered an elevated ozone day. From 2012 through 2016 the number of elevated ozone days at the Colorado monitors ranged from a high of 116 days at Rocky Flats to a low of 46 days at Highland Reservoir. In order to better characterize the ozone problem at the Colorado monitors and have more days with elevated ozone, the number of years evaluated was increased from five to ten. Using ten years of data more than doubled the number of elevated ozone days at some of the monitors, with a high of 237 days at Rocky Flats and a low of 78 days at Highland Reservoir. The number of elevated ozone days at each tagged monitor from the past 10 years is shown in Figure 3-41: *Number of Elevated Eight-Hour Ozone Days at the Tagged Colorado Monitors for the years 2007 through 2016*. Figure 3-41 shows that the five monitors seem to have similar trends with varying levels of severity. Trends in elevated ozone days overall appear to be decreasing, with a peak occurring in 2012. Over the past 10 years, all five tagged monitors in Colorado observed the highest number of elevated ozone days in 2012. The Rocky Flats monitor historically observed the most elevated ozone days until the most recent two years (2015 and 2016), when the National Renewable Energy Labs monitor observed the highest number of elevated ozone days.



**Figure 3-41:  Number of Elevated Eight-Hour Ozone Days at the Tagged Colorado Monitors for the years 2007 through 2016**

3.4.1.3 Back Trajectory Analysis on Elevated Ozone Days

The elevated ozone days identified were used as a starting point to examine back trajectories from the tagged monitors. NOAA's HYbrid Single-Particle Lagrangian Integrated Trajectory (HYSPLIT) back trajectory model was used to run 72-hour back trajectories for each elevated ozone day at each tagged monitor. A test run of back trajectories for the top 10 modeled high ozone days showed that some endpoints reached Texas only after 72 hours; therefore, it was determined that 72 hours was an appropriate length of time to determine whether air from Texas reaches Colorado on a given day. The time of daily maximum one-hour ozone on the elevated eight-hour ozone day was used as the starting hour for each trajectory. If the maximum one-hour ozone occurred over multiple hours, then multiple trajectories were run, using each different hour as the starting hour. Three starting heights were used, 500 m AGL, 1000 m AGL, and 1500 m AGL.

To look for probable cases where pollution from Texas was transported to Colorado, back trajectories were filtered for the following two conditions: back trajectories that did not hit the surface (zero m AGL) at any time during the 72-hour run, and back trajectories that started within the HYSPLIT calculated mixing layer in Colorado. The filtering criteria ensured that the back trajectories used were those that capture air that would affect the ground level monitor. The total number of HYSPLIT back trajectories and the number of trajectories that meet the filtering criteria are

summarized in Table 3-13: *Number of HYSPLIT Back Trajectories at Each Tagged Colorado Monitor*.

**Table 3-13: Number of HYSPLIT Back Trajectories at Each Tagged Colorado Monitor**

| AQS ID | Site Name | Number of Back Trajectories | Number of Back Trajectories that Meet Filter Criteria | Percent of Back Trajectories that Meet Filter Criteria |
|---|---|---|---|---|
| 80050002 | Highland Reservoir | 282 | 189 | 67% |
| 80350004 | Chatfield State Park | 594 | 367 | 62% |
| 80590006 | Rocky Flats | 846 | 578 | 68% |
| 80590011 | National Renewable Energy Labs-NREL | 624 | 380 | 61% |
| 80690011 | Fort Collins-West | 663 | 434 | 65% |

The filtered back trajectories are displayed on the map in Figure 3-42: *HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged Colorado Monitors*. For a trajectory (whether run forward or backward in time), the estimated location of the air parcel during each hour of the trajectory is referred to as an endpoint. The green endpoints represent an air parcel that is located above the mixing layer while the purple endpoints represent an air parcel that is located within the mixing layer. It is important to know which endpoints are located within the mixing layer because an endpoint in the mixing layer would demonstrate a clearer case of emissions at that location being transported to the starting location. Although it is difficult to see any detail for specific trajectories in the Colorado area, the map shows back trajectory end points that end in Texas. Out of the 1,948 back trajectories with 134,185 endpoints displayed in Figure 3-42, 116 back trajectories (6%) with a total of 2,019 endpoints (1.5%) reach Texas. Of those 2,019 endpoints, 912 are located within the mixing layer over Texas, meaning 0.68% of endpoints are located within the Texas mixing layer.



**Figure 3-42:  HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged Colorado Monitors**

Although most back trajectories do not reach Texas on elevated ozone days in Colorado, further analysis was necessary to indicate whether the days where trajectories that reached Texas had a significant impact on ozone levels in Colorado. To investigate further, the number of trajectories to reach Texas from Colorado were calculated for each year from 2007 through 2016. The number of trajectories reaching Texas from each monitor were then compared to the number of elevated eight-hour ozone days for each year. The results are shown in Figure 3-43: *Number of Trajectories that Reach Texas and the Number of Elevated Eight-Hour Ozone Days at Each Tagged Colorado Monitor.* Figure 3-43 shows that the number of trajectories that reach Texas from Colorado varies by year. Most years from 2007 through 2016 show fewer than five, and some show zero trajectories that reach Texas. Of the trajectories that reach Texas from Colorado, 66% occurred during 2011 and 2012. This spike does not appear to be a pattern that repeats frequently. There were also many more elevated eight-hour ozone days observed in 2012 compared to other years. This may indicate that there were some unusual meteorological patterns that occurred that year that caused a more severe ozone season. There are years where few, if any, trajectories reach Texas and the number of elevated ozone days still remained high. For example, National Renewable Energy Labs had over 15 elevated eight-hour ozone days in 2007, 2008, 2015, and 2016, but only one trajectory reached Texas over those four years combined.



**Figure 3-43:  Number of Trajectories that Reach Texas and the Number of Elevated Eight-Hour Ozone Days at Each Tagged Colorado Monitor**

While the number of elevated ozone days can indicate the severity of an ozone season, the fourth-highest eight-hour ozone concentrations provide more information on how close the area is to attaining the standard. The fourth-highest eight-hour ozone values at the tagged Colorado monitors, along with the number of trajectories that reach Texas each year, are shown in Figure 3-44: *Fourth-Highest Eight-Hour Ozone and the Number of Trajectories that Reach Texas*. Overall, trends in the fourth-highest eight-hour ozone concentrations have only slightly decreased. The increase in trajectories that reach Texas in 2012 did not appear to increase the fourth-highest eight-hour ozone values at the tagged Colorado monitors much, if at all. The fourth-highest eight-

hour ozone values in 2015 and 2016 remained above 70 ppb, even though those years observed no trajectories that reached Texas.



**Figure 3-44: Fourth-Highest Eight-Hour Ozone and the Number of Trajectories that Reach Texas**

In summary, trajectory analysis of transport from Texas to Colorado indicates that emissions from Texas are unlikely to affect ozone concentrations in the mixing layer over Colorado on elevated ozone days. Although trajectory analysis can have uncertainty (Stein et al. 2017), the large data set examined greatly reduces the uncertainty related to small sample sizes. Filtering the back trajectories by only looking at trajectories during elevated ozone episodes, that start within Colorado's

mixing layer, that do not hit the surface, and that have endpoints within Texas' mixing layer is an attempt to find a clear case where emissions in Texas would affect the ozone in Colorado. Those filters showed that 6% of elevated ozone days in Colorado had trajectories that reached the mixing layer in Texas. Further analysis of the trajectories by year showed that 66% of days where trajectories reached the Texas mixing layer occurred in 2011 and 2012. There are many years where no trajectories reach Texas from Colorado. In the years where no trajectories reached Texas, the tagged monitors still observed a high number of elevated ozone days and fourth-highest eight-hour ozone concentrations above 70 ppb. Most importantly, the latest data (2015 and 2016) indicate that Texas was not upwind during any elevated ozone days at any of the five sites shown in Figure 3-44. Although air from Texas can reach Colorado, the air from Texas does not appear to significantly affect the ozone concentrations.

### 3.4.1.4 Texas Contributions on Projected Future Year Elevated Ozone Days

The previous sections showed that although there is possible transport of air parcels from Texas to the Colorado monitors on some historical monitored elevated ozone days, the probability of such transport is small. In addition to monitored elevated ozone days in the past, contributions from Texas on projected future year elevated ozone days were also evaluated. The subset of 2023 days with modeled MDA8 greater than 70 ppb was identified, and the average modeled Texas contributions for this subset of days were computed. Table 3-14: *Modeled Elevated Ozone Days in the Future Year at the Tagged Colorado Monitors* shows the number of days with modeled MDA8 greater than 70 ppb, the average eight-hour Texas ozone contribution, the average MDA8 for each of the tagged Colorado monitors, and the percentage of Texas contribution in the MDA8s.

**Table 3-14: Modeled Elevated Ozone Days in the Future Year at the Tagged Colorado Monitors**

| Site Name | AQS ID | Number of Future Elevated Days | Average Texas Contribution on Future Elevated Ozone Days (ppb) | Average MDA8 on Future Elevated Ozone Days (ppb) | Percentage of Texas Contribution in MDA8 |
|---|---|---|---|---|---|
| Chatfield State Park | 80350004 | 9 | 0.77 | 73.05 | 1.06% |
| Rocky Flats | 80590006 | 10 | 0.89 | 73.64 | 1.21% |
| National Renewable Energy Labs-NREL | 80590011 | 11 | 0.86 | 74.09 | 1.16% |
| Fort Collins-West | 80690011 | 2 | 0.56 | 73.06 | 0.77% |
| Highland Reservoir | 80050002 | 8 | 0.52 | 73.80 | 0.71% |

Table 3-14 shows that for the Colorado monitors, the expected average Texas contribution on projected future elevated ozone days is a small percentage of the projected average MDA8 on these days. The expected impact is not significant, since the average contribution is less than one ppb on very few days, especially when considering the uncertainties associated with model predictions.

3.4.1.5 Collective Interstate Contribution to the Future Design Value

The EPA has maintained that the nature of the interstate transport problem varies between the western and eastern states. In the EPA's 2015 Transport NODA, the EPA states "While the 1 percent screening threshold has been traditionally applied to evaluate upwind state linkages in eastern states where such collective contribution was identified, the EPA noted in the CSAPR Update Rule for the 2008 ozone NAAQS that, as to western states, there may be geographically specific factors to consider in determining whether the 1 percent screening threshold is appropriate. For certain receptors, where the collective contribution of emissions from one or more upwind states may not be a considerable portion of the ozone concentration at the downwind receptor, the EPA and states have considered, and could continue to consider, other factors to evaluate those states' planning obligation pursuant to the Good Neighbor provision" (FR 82, 1740). Although the TCEQ does not believe that 1% of the NAAQS is an appropriate threshold for determining significant contribution, it agrees that the collective contribution of interstate transport is an important factor in the overall evaluation. The EPA defines collective contribution as "...the total upwind states' contribution to ozone concentration (from linked[27] and unlinked states) based on modeling..."

The EPA has stated that the collective contribution metric is important to determine if interstate transport is a significant contributor to a monitor's nonattainment or maintenance problems.[28] The collective interstate contribution to the 2023 $DV_F$ for the tagged Colorado monitors was calculated. Table 3-15: *Collective Interstate Contribution to Future Design Value at Tagged Colorado Monitors* provides the percentage of interstate, intra-state, and background contributions to the future design values at the five tagged Colorado monitors.

---

[27] The EPA uses the term "linked" to refer to downwind monitors that have contributions to future design value greater than 1% of the NAAQS from an upwind state.

[28] In approving Nevada's Inter-State Transport SIP the EPA states "One such factor that the EPA considers relevant to determining the nature of a projected receptor's interstate transport problem is the magnitude of ozone attributable to transport from all upwind states collectively contributing to the air quality problem" (81 FR 87859).

**Table 3-15: Collective Interstate Contribution to Future Design Value at Tagged Colorado Monitors**

| Site Name | AQS ID | Percentage of 2023 $DV_F$ from Background Contribution | Percentage of 2023 $DV_F$ from Collective Interstate Contribution | Percentage of 2023 $DV_F$ from Intra-State Contribution |
|---|---|---|---|---|
| Chatfield State Park | 80350004 | 62.12% | 9.86% | 25.44% |
| Rocky Flats | 80590006 | 60.57% | 10.21% | 26.88% |
| National Renewable Energy Labs-NREL | 80590011 | 60.33% | 10.27% | 27.04% |
| Fort Collins-West | 80690011 | 67.42% | 9.32% | 20.88% |
| Highland Reservoir | 80050002 | 62.47% | 9.88% | 25.28% |

The collective interstate contribution at tagged Colorado monitors ranges from 9.32% to 10.27%. It is a small percentage and not as high as the collective interstate contribution percentages the EPA calculated for monitors in Eastern States, which ranged from 17% to 67%.[29] A significant portion of the tagged Colorado monitors' 2023 $DV_F$ is due to background emissions (sum of contributions from to biogenic, fires, and boundary conditions).

3.4.1.6 Direct Decoupled Method and Analysis of MDA8 Ozone Responsiveness to Texas Emissions

Direct Decoupled Method (DDM)[30] is a probing tool available in CAMx that estimates the responsiveness of ozone formation to small changes in any input parameter. The DDM method calculates for each grid cell in the domain for each simulation hour the first-order differential for ozone formation due to changes in a specific input parameter(s). DDM results can explain the responsiveness of ozone formation due to marginal changes of any input parameter. DDM results should be interpreted with care, since the method only calculates the first-order differential which assumes a linear response. Ozone formation is highly non-linear and therefore DDM results are only useful for a limited range of input perturbations, about ±15% of the input parameter value in a given simulation.

DDM was used to gauge the responsiveness of ozone formation to Texas $NO_x$ emissions at the tagged Colorado monitors. For regional ozone problems and long-range transport, $NO_x$ emissions play a major role. As part of the CSAPR final rule the EPA stated, "Authoritative assessments of ozone control approaches have concluded that, for reducing regional scale ozone transport, a $NO_x$ control strategy is most effective, whereas VOC reductions are generally most effective locally, in more dense urbanized areas" (76 FR 48222). For these reasons, the TCEQ focused on Texas $NO_x$

---

[29] "Technical Support Document Evaluation of the Arizona Infrastructure SIP for 2008 O3 Transport (CAA 110(a)(2)(D)), U.S. EPA, Region 9, March 15, 2016, page 8 and footnotes 26 and 27.
[30] CAMx User Guide, page 177 available at http://www.camx.com/files/camxusersguide_v6-40.pdf

emissions while using DDM to evaluate the responsiveness of ozone formation at the tagged Colorado monitors.

Because it is resource intensive to use the DDM tool, it was run for a subset of the episode months, July and August, for the 2023 future year. July and August were chosen because they had the highest number of the top 10 days that went into the 2023 $DV_F$ calculation for the tagged Colorado monitors. In addition to responsiveness to Texas $NO_x$ emissions, responsiveness to Colorado $NO_x$ emissions was also calculated at the tagged monitors. Since DDM calculates the responsiveness of ozone to $NO_x$ emissions, the DDM values can be negative, indicating the destruction of ozone due to $NO_x$ titration.

A series of figures showing the DDM results for each of the tagged Colorado monitors are presented below. Each figure depicts, for every hour of every day for the July and August episode months, the 2023 modeled eight-hour average of ozone responsiveness at a tagged monitor to Texas $NO_x$ emissions, Colorado $NO_x$ emissions, and $NO_x$ emissions from other sources excluding boundary conditions ("Other $NO_x$" emissions) as line graphs in blue, purple, and orange, respectively. The ozone responsiveness in ppb is shown on the primary axis to the left. In addition to the hourly eight-hour average ozone responsiveness, each figure has the hourly modeled 2023 eight-hour average ozone concentration in ppb for the July and August episode months, depicted by a green line graph with circle markers on the secondary axis to the right. The 2015 ozone NAAQS is shown as a black line. Both the ozone responsiveness and the modeled ozone are from the grid cell where the monitor is located.

Figure 3-45: *DDM Responsiveness of Ozone in July 2023 at Highland Reservoir* shows the responsiveness of ozone at the Highland Reservoir monitor (AQS ID: 80050002) to Texas $NO_x$ emissions, Colorado $NO_x$ emissions, and $NO_x$ emissions from other sources (excluding boundary conditions) in the rpo_12km domain for the month of July.



**Figure 3-45:  DDM Responsiveness of Ozone in July 2023 at Highland Reservoir**

In the month of July, Highland Reservoir (AQS ID: 80050002) had two elevated ozone days (July 11 and 22) and on both days, the modeled eight-hour ozone at the monitor is significantly more responsive to Colorado $NO_x$ and "Other $NO_x$" emissions than to Texas $NO_x$ emissions. This is a critical observation because the responsiveness of

ozone at this monitor to Texas $NO_x$ emissions remains flat throughout the month with little change between days with and without elevated ozone.

Figure 3-46: *DDM Responsiveness of Ozone in August 2023 at Highland Reservoir* shows the responsiveness of ozone at the Highland Reservoir monitor (AQS ID: 80050002) to Texas $NO_x$ emissions, Colorado $NO_x$ emissions, and $NO_x$ emissions from other sources in the rpo_12km domain (excluding boundary conditions) for the month of August.



**Figure 3-46:  DDM Responsiveness of Ozone in August 2023 at Highland Reservoir**

Similar to the July results, the responsiveness of eight-hour ozone to Texas $NO_x$ emissions at Highland Reservoir (AQS ID: 80050002) is near zero and stays flat in the month of August. Figure 3-45 and Figure 3-46 show that the modeled eight-hour ozone at Highland Reservoir (AQS ID: 80050002) is not responsive to Texas $NO_x$ emissions, during the period studied.

Figure 3-47: *DDM Responsiveness of Ozone in July 2023 at Chatfield State Park* shows the responsiveness of ozone at Chatfield State Park (AQS ID 80350004) to Texas $NO_x$ emissions, Colorado $NO_x$ emissions, and $NO_x$ emissions from other sources in the rpo_12km domain (excluding boundary conditions) for the month of July while Figure 3-48: *DDM Responsiveness of Ozone in August 2023 at Chatfield State Park* does the same for the month of August. Chatfield State Park has fewer elevated ozone days than Highland Reservoir but shows a similar pattern of very limited responsiveness to Texas $NO_x$ emissions.



**Figure 3-47:  DDM Responsiveness of Ozone in July 2023 at Chatfield State Park**



**Figure 3-48:  DDM Responsiveness of Ozone in August 2023 at Chatfield State Park**

Figure 3-49: *DDM Responsiveness of Ozone in July 2023 at Rocky Flats* and Figure 3-50: *DDM Responsiveness of Ozone in August 2023 at Rocky Flats* show the responsiveness of ozone at Rocky Flat (AQS ID: 80590006) to Texas NO$_x$ emissions, Colorado NO$_x$ emissions, and NO$_x$ emissions from other sources in the rpo_12km domain (excluding boundary conditions) for the months of July and August, respectively.

Rocky Flats (AQS ID: 80590006) shows a small (approximately 2 ppb) responsiveness to Texas NO$_x$ emissions in mid to late July. However, when ozone at the monitor is responsive to Texas NO$_x$ emissions, elevated ozone was not observed except for a minor response on one day, July 23.



**Figure 3-49: DDM Responsiveness of Ozone in July 2023 at Rocky Flats**



**Figure 3-50: DDM Responsiveness of Ozone in August 2023 at Rocky Flats**

Figure 3-51: *DDM Responsiveness of Ozone in July 2023 at National Renewable Energy Labs-NREL* and Figure 3-52: *DDM Responsiveness of Ozone in August 2023 at National Renewable Energy Labs-NREL* show the responsiveness of ozone at National Renewable Energy Labs – NREL (AQS ID: 80590011) to Texas $NO_x$ emissions, Colorado $NO_x$ emissions, and $NO_x$ emissions from other sources in the rpo_12km domain (excluding boundary conditions) for the months of July and August, respectively. In this case, there appears to be some minor responsiveness to Texas' $NO_x$ emissions on two high ozone days in the third week of July, but similar to other Colorado monitors studied the degree of responsiveness is overwhelmed by the responsiveness to Colorado $NO_x$ and "Other $NO_x$" emissions.



**Figure 3-51:  DDM Responsiveness of Ozone in July 2023 at National Renewable Energy Labs-NREL**



**Figure 3-52:  DDM Responsiveness of Ozone in August 2023 at National Renewable Energy Labs-NREL**

Figure 3-53: *DDM Responsiveness of Ozone in July 2023 at Fort Collins-West* and Figure 3-54: *DDM Responsiveness of Ozone in August 2023 at Fort Collins-West* show the responsiveness of ozone at Fort Collins-West (AQS ID: 80690011) to Texas $NO_x$ emissions, Colorado $NO_x$ emissions, and $NO_x$ emissions from other sources in the rpo_12km domain (excluding boundary conditions) for the months of July and August, respectively. At Fort Collins-West the highest ozone days recorded in July or August were well below 71 ppb, so while ozone peak concentrations showed marginal responsiveness to Texas $NO_x$ emissions on a few days, clearly there was no significant contribution during this period.



**Figure 3-53: DDM Responsiveness of Ozone in July 2023 at Fort Collins-West**



**Figure 3-54: DDM Responsiveness of Ozone in August 2023 at Fort Collins-West**

Both at National Renewable Energy Labs-NREL (AQS ID: 80590011) and Fort Collins-West (AQS ID: 80690011), the same pattern of ozone responsiveness to Texas $NO_x$ emissions as the other three tagged Colorado monitors was observed.

In summary, though the DDM analysis may on occasion exhibit a limited responsiveness (two ppb or less) to Texas $NO_x$ emissions at the tagged Colorado monitors, the instances where this occurs are infrequent and rarely coincide with elevated ozone. Of the 62 days that DDM was estimated, the number of days that met the condition of having elevated ozone (MDA8 greater than 70 ppb) and appreciable responsiveness (greater than 1 ppb) ranged from three days at National Renewable Energy Labs-NREL (AQS ID: 80590011) and Rocky flats (AQS ID: 80590006) to zero days at Fort Collins-West (AQS ID: 80690011). In virtually all events, responsiveness to Texas $NO_x$ emissions is dwarfed by that of Colorado $NO_x$ and "Other $NO_x$" emissions.

3.4.1.7 Conclusion of Weight-of-Evidence Analysis of the Tagged Colorado Monitors

Analysis of the design value trends, number of monitored elevated ozone days, back trajectory analysis on elevated ozone days, the modeled contributions on expected elevated ozone days, total interstate contribution, and the responsiveness of ozone formation at the tagged Colorado monitors to Texas $NO_x$ emissions leads to the

conclusion that Texas emissions do not contribute significantly to nonattainment or interfere with maintenance of the 2015 ozone NAAQS at the tagged monitors in Colorado.

### 3.4.2 Arizona Monitor(s)

Modeling tagged the Chiricahua National Monument (AQS ID: 040038001) monitor in Cochise County, Arizona as a nonattainment monitor with a $TX_{DVF}$ of 1.06 ppb. A survey of the monitor's recent design values shows that the monitor is currently attaining the 2015 eight-hour ozone NAAQS with a design value of 68 and 65 ppb in 2015 and 2016, respectively. In addition, the monitor has never been designated a nonattainment monitor and has been in attainment of both the 1997 and 2008 eight-hour ozone standards. Figure 3-55: *Design Value Trends from 2007 through 2016 for Chiricahua National Monument (AQS ID: 040038001)* shows the design value trends for the monitor.



**Figure 3-55:  Design Value Trends from 2007 through 2016 for Chiricahua National Monument (AQS ID: 040038001)**

Since the monitor is already in attainment of the 2015 Eight-Hour Ozone NAAQS, it can be concluded that emissions from Texas do not significantly contribute to nonattainment at this downwind monitor. As detailed in subsection 2.3.2, *Historical Emissions Inventory Trends*, anthropogenic ozone precursor emissions in Texas have decreased significantly due to several federal, state, and local regulations. Since ozone precursor emissions in Texas, particularly $NO_x$, are projected to stay capped or decrease and the design value at this monitor is currently significantly below the 2015 ozone NAAQS (65 ppb in 2016), emissions from Texas are not expected to interfere with maintenance of the 2015 ozone NAAQS.

### 3.4.3 California Monitors

Modeling tagged 10 monitors in California, as shown in Table 3-10 and Table 3-11, for further review to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance of the 2015 ozone NAAQS at the

monitors. The tagged monitors are in the Los Angeles-South Coast Air Basin (South Coast) and the Los Angeles–San Bernardino (Western Mojave Desert) nonattainment areas.

After extensive analysis, it was concluded that Texas emissions do not significantly contribute to nonattainment or interfere with maintenance at the 10 California monitors tagged in Step 2. Analysis included review of the conceptual model developed by the South Coast Air Basin for eight-hour ozone at these monitors, and considered design value trends, number of monitored elevated ozone days, back trajectory analysis on elevated ozone days, average modeled contributions from modeled future elevated ozone days, and the collective interstate contribution to the future design values at these monitors. Details of the analysis are presented in the following sections.

### 3.4.3.1 Conceptual Model of Eight-Hour Ozone Formation at Tagged California Monitors

Both the South Coast and the Western Mojave Desert nonattainment areas have had persistent nonattainment issues and have been designated nonattainment for every federal one-hour and eight-hour ozone NAAQS (1997 and 2008). The ozone problems in the Western Mojave Desert nonattainment area are largely due to transport from the South Coast and San Joaquin Valley.[31] For the South Coast nonattainment area, the EPA,[32] quoting the South Coast Air Quality Management District, described the meteorological conditions that would contribute to ozone formation as follows:

> "The topography and climate of Southern California combine to make the Basin an area of high air pollution potential. During the summer months, a warm air mass frequently descends over the cool, moist marine layer produced by the interaction between the ocean's surface and the lowest layer of the atmosphere. The warm upper layer forms a cap over the cool marine layer and inhibits the pollutants in the marine layer from dispersing upward. In addition, light winds during the summer further limit ventilation. Furthermore, sunlight triggers the photochemical reactions which produce ozone. The region experiences more days of sunlight than any other major urban area in the nation except Phoenix."

> "The Basin's severe air pollution problem is a consequence of the combination of emissions from the nation's second largest urban area and meteorological conditions that are adverse to the dispersion of those emissions. The average wind speed for Los Angeles is the lowest of the nation's ten largest urban areas. In addition, the summertime maximum mixing height (an index of how well pollutants can be dispersed vertically in the atmosphere)

---

[31] "Technical Support Document for 2008 Ozone NAAQS Designations", Technical Analysis for Los Angeles –San Bernardino Counties (West Mojave Desert), pages 7 and 8 of 11. Accessed 8/22/2017 at https://www3.epa.gov/region9/air/ozone/pdf/R9_CA_AllTechAnalyses_FINAL2.pdf

[32] "Technical Support Document for 2008 Ozone NAAQS Designations", Technical Analysis for Los Angeles –South Coast Air Basin, page 7 of 13. Accessed 8/22/2017 at https://www3.epa.gov/region9/air/ozone/pdf/R9_CA_AllTechAnalyses_FINAL2.pdf

in Southern California averages the lowest in the U.S. The Southern California area is also an area with abundant sunshine, which drives the photochemical reactions which form pollutants such as ozone. In the Basin, high concentrations of ozone are normally recorded during the spring and summer months."

### 3.4.3.2 Eight-Hour Ozone Design Value Trends

Eight-hour ozone design value trends at the tagged California monitors along with the other monitors located in the Los Angeles CSA are displayed in Figure 3-56: *Eight-Hour Ozone Design Values for Monitors in the Los Angeles Area*. The tagged California monitors are highlighted in color while the other monitors in the Los Angeles CSA are in gray. The 10 monitors tagged in Step 2 had eight-hour ozone design values, ranging from 101 ppb to 80 ppb in 2016. The Los Angeles CSA had design values ranging from 108 ppb to 63 ppb in 2016, and thus, none of the 10 tagged monitors recorded the highest eight-hour ozone design value for the CSA in 2016. Eight-hour ozone design values in the area have decreased overall for the past 10 years. The 10 monitors tagged for further review have observed eight-hour ozone design value decreases from 2007 through 2016 ranging from 13% at Reseda (AQS ID: 60371201) to 5% at Victorville-Park Avenue (AQS ID: 60710306).



**Figure 3-56:  Eight-Hour Ozone Design Values for Monitors in the Los Angeles Area**

### 3.4.3.3 Monitored Elevated Ozone Days

To investigate the Texas contribution to ozone in California, days that had elevated ozone were identified at each of the 10 monitors tagged in Step 2. Any day with a monitored MDA8 ozone concentration greater than 70 ppb was considered an elevated ozone day. The number of elevated ozone days at each tagged monitor from the past five years is shown in Figure 3-57: *Number of Elevated Eight-Hour Ozone Days at the Tagged California Monitors*. As Figure 3-57 shows, the trends in the number of elevated ozone days at the 10 monitors vary. Trends in elevated ozone days overall appear to be flat. The Redlands (AQS ID: 60714003) monitor consistently observed the largest number of elevated ozone days, which ranged from a low of 76 days in 2015 to a high of 98 days in 2012. The Pomona (AQS ID: 60371701), Barstow (AQS ID: 60710001), and Reseda (AQS ID: 60371201) monitors observed the least number of elevated ozone days in the area, with Barstow (AQS ID: 60710001) observing only 18, the lowest number, of elevated ozone days in 2015.



**Figure 3-57:  Number of Elevated Eight-Hour Ozone Days at the Tagged California Monitors for the years 2012 through 2016**

### 3.4.3.4 Back Trajectory Analysis on Elevated Ozone Days

The elevated ozone days identified in the previous section were used as a starting point to examine back trajectories from the tagged monitors. NOAA's HYSPLIT back trajectory model was used to run 72-hour back trajectories for each elevated ozone

day at each tagged monitor. The time of daily maximum one-hour ozone on the elevated eight-hour ozone day was used as the starting hour for each trajectory. If the maximum one-hour ozone occurred over multiple hours, then multiple trajectories were run, using each different hour as the starting hour. Three starting heights were used, 500 m AGL, 1000 m AGL, and 1500 m AGL.

To look for probable cases where pollution from Texas was transported to California, back trajectories were filtered for the following two conditions: back trajectories that did not hit the surface (zero m AGL) at any time during the 72-hour run, and back trajectories that started within the HYSPLIT calculated mixing layer in California. The conceptual model of ozone formation outlined for these monitors discusses the significance of the mixing layer height. Per the conceptual model, the area has very low mixing heights and a low-level subsidence inversion that prevents air transported into the basin from mixing to the surface. The filtering criteria ensured that the back trajectories used are those that capture air that would affect the ground level monitor. Due to the geography and topography of the Los Angeles area, many back trajectories hit the ground after several hours back. In addition, on many days, the mixing layer at the tagged monitors was below 1,000 m AGL, which eliminated the trajectories that were run at higher altitudes. The total number of HYSPLIT back trajectories and the number of trajectories that meet the filtering criteria are summarized in Table 3-16: *Number of HYSPLIT Back Trajectories at Each Tagged California Monitor.*

**Table 3-16: Number of HYSPLIT Back Trajectories at Each Tagged California Monitor**

| AQS ID | Site Name | Number of Back Trajectories | Number of Back Trajectories that Meet Filter Criteria | Percent of Back Trajectories that Meet Filter Criteria |
|---|---|---|---|---|
| 60371201 | Reseda | 447 | 45 | 10% |
| 60371701 | Pomona | 567 | 44 | 8% |
| 60376012 | Santa Clarita | 1011 | 155 | 15% |
| 60658001 | Rubidoux | 936 | 201 | 21% |
| 60658005 | Mira Loma (Van Buren) | 894 | 0 | 0% |
| 60710001 | Barstow | 504 | 228 | 45% |
| 60710306 | Victorville-Park Avenue | 750 | 259 | 35% |
| 60711004 | Upland | 960 | 90 | 9% |
| 60714001 | Hesperia-Olive Street | 939 | 244 | 26% |
| 60714003 | Redlands | 1371 | 394 | 29% |

A large number of back trajectories were run for each tagged monitor, as shown in Table 3-16; however, few of the back trajectories met the filter criteria. One monitor, Mira Loma (AQS ID: 60658005) had no back trajectories out of 894 that met the criteria. These results show the difficulty in simulating conditions where an air parcel travels from Texas and ends within the mixing layer of the Los Angeles area on an

elevated ozone day. This may indicate that there are not many situations when air from Texas travels to the mixing layer over Los Angeles.

The endpoints for the filtered back trajectories are displayed on the map in Figure 3-58: *HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged California Monitors*. The green endpoints represent an air parcel that is located above the mixing layer while the purple endpoints represent an air parcel that is located within the mixing layer. It is important to know which endpoints are located within the mixing layer because an endpoint in the mixing layer would demonstrate a clearer case of emissions at that location being transported to the starting location. Although it is difficult to see any trajectory detail in the California area, the map clearly shows very few back-trajectory end points end in Texas. Out of the 1,660 back trajectories with 113,467 endpoints displayed in Figure 3-58, only 10 back trajectories with a total of 59 endpoints reach Texas. Of those 10 back trajectories, only 2 back trajectories and 4 endpoints are located within the mixing layer over Texas. Of those two back trajectories that span from California to the mixing layer over Texas, one started at the Rubidoux (AQS ID: 60658001) monitoring site and the other started at the Upland (AQS ID: 60711004) monitoring site. This represents 0.3% of the elevated ozone days from 2012 through 2016 at each monitor.



**Figure 3-58: HYSPLIT Back Trajectory Endpoints that Meet Filter Criteria from the Tagged California Monitors**

While it appears that air from Texas can reach the Los Angeles area, based upon trajectory analysis, this transport seems to occur very infrequently.

In summary, trajectory analysis of transport from Texas to Los Angeles indicates that emissions from Texas are very unlikely to affect ozone concentrations in the mixing layer over Los Angeles on high ozone days. Although trajectory analysis can have uncertainty (Stein et al. 2017), the large data set examined greatly reduces the uncertainty related to small sample sizes. Filtering the back trajectories by only looking at trajectories during elevated ozone episodes that start within California's mixing layer, do not hit the surface, and have endpoints within Texas' mixing layer is an attempt to find a clear case where emissions in Texas could affect the ozone in California. Those filters showed that only 0.03% of days were affected at the Rubidoux and Upland monitors; therefore, Texas does not appear to hinder California's progress toward attaining the 2015 ozone NAAQS.

3.4.3.5 Texas Contributions on Projected Future Year Elevated Ozone Days

Contributions from Texas to projected future year elevated ozone days at the tagged California monitors were evaluated. Similar to the analysis for Colorado monitors, the

subset of 2023 days with modeled MDA8 greater than 70 ppb was identified and the average modeled Texas contributions for this subset of days for each of the 10 tagged California monitors was computed.

Table 3-17: *Modeled Elevated Ozone Days in the Future Year* shows the number of days with modeled MDA8 greater than 70 ppb, the average eight-hour Texas ozone contribution, the average MDA8 for each of the tagged California monitors, and the percentage of Texas contribution to the MDA8s.

**Table 3-17: Modeled Elevated Ozone Days in the Future Year**

| Site Name | AQS ID | Number of Elevated Days in 2023 | Average Texas Contribution on Elevated Ozone Days in 2023 (ppb) | Average MDA8 on Elevated Ozone Days in 2023 (ppb) | Percentage of Texas Contributions in MDA8 |
|---|---|---|---|---|---|
| Reseda | 60371201 | 9 | 0.53 | 73.33 | 0.73% |
| Pomona | 60371701 | 60 | 0.26 | 76.87 | 0.35% |
| Santa Clarita | 60376012 | 13 | 0.41 | 73.94 | 0.56% |
| Rubidoux | 60658001 | 57 | 0.30 | 77.67 | 0.39% |
| Mira Loma (Van Buren) | 60658005 | 57 | 0.30 | 77.67 | 0.39% |
| Barstow | 60710001 | 1 | 0.00[33] | 70.82 | 0.00% |
| Victorville-Park Avenue | 60710306 | 5 | 0.19 | 72.24 | 0.27% |
| Upland | 60711004 | 57 | 0.31 | 77.21 | 0.41% |
| Hesperia-Olive Street | 60714001 | 12 | 0.23 | 73.50 | 0.32% |
| Redlands | 60714003 | 54 | 0.29 | 77.12 | 0.38% |

Table 3-17 shows that the calculated average Texas contribution on projected future elevated ozone days is less than 1% of the projected average MDA8 at all of the monitors on these days.

3.4.3.6 Collective Interstate Contribution to the Future Design Value

The TCEQ calculated the collective interstate contributions[34] to the future design values for the tagged California monitors. Table 3-18: *Collective Interstate Contributions to Future Design Values at Tagged California Monitors* provides the percentage of interstate, intra-state, and background contributions to the future design values at the 10 tagged California monitors.

---

[33] The average Texas contribution on Future Elevated Ozone days for this monitor was 0.00035 ppb which was rounded to 0.00 ppb.

[34] The collective contribution metric was calculated using the same methodology as used to calculate Texas contribution in section 3.3.

**Table 3-18:   Collective Interstate Contributions to Future Design Values at Tagged California Monitors**

| AQS ID | Site Name | Percentage of 2023 DV$_F$ from Background Contribution | Percentage of 2023 DV$_F$ from Collective Interstate Contribution | Percentage of 2023 DV$_F$ from Intra-State Contribution |
|---|---|---|---|---|
| 60371201 | Reseda | 32.49% | 3.62% | 52.55% |
| 60371701 | Pomona | 30.88% | 4.05% | 54.87% |
| 60376012 | Santa Clarita | 37.41% | 3.60% | 49.00% |
| 60658001 | Rubidoux | 29.22% | 3.20% | 57.20% |
| 60658005 | Mira Loma (Van Buren) | 29.22% | 3.20% | 57.20% |
| 60710001 | Barstow | 58.53% | 4.58% | 30.64% |
| 60710306 | Victorville-Park Avenue | 36.58% | 3.98% | 49.55% |
| 60711004 | Upland | 30.74% | 4.22% | 54.69% |
| 60714001 | Hesperia-Olive Street | 32.09% | 3.97% | 53.35% |
| 60714003 | Redlands | 29.70% | 3.25% | 57.19% |

The maximum collective interstate contribution to the future design value is 4.58% at the Barstow (AQS ID: 60710001) monitor, which is insignificant compared to the intra-state contribution of 30.64%. A similar trend is seen at all 10 of the tagged monitors, thereby supporting the conclusion that interstate transport does not contribute significantly to nonattainment at these monitors.

3.4.3.7 Conclusion of the Weight-of Evidence Analysis of the Tagged California Monitors

Based on the detailed analysis at the tagged California monitors, the design value trends, back trajectory analysis on elevated ozone days, average Texas modeled contributions on projected future elevated ozone days, and collective interstate contributions to future design values, Texas emissions do not significantly contribute to nonattainment or interfere with maintenance at the 10 tagged California monitors.

**3.5 CONCLUSION**

Texas emissions do not contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS at any downwind monitors. Modeling was used to project the nonattainment and maintenance status of downwind monitors in 2023. Among monitors projected to be in nonattainment or have maintenance issues, 16 monitors were tagged for further review, one in Arizona, 10 in California, and five in Colorado. Several factors were examined, such as design value trends, number of elevated ozone days, back trajectory analysis on elevated ozone days, modeled concentrations on future expected elevated ozone days, total interstate contributions at tagged monitors, and responsiveness of ozone to Texas emissions. Based on this rigorous analysis, it was concluded that emissions from Texas do not

contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS at the tagged downwind monitors.

## 3.6 REFERENCES

Bash, J., Baker, K., Beaver, M., 2016. Evaluation of improved land use and canopy representation in BEIS v3.61 with biogenic VOC measurements in California, *Geoscientific Model Development*, 9, 2191–2207.

Henderson, B.H., Akhtar, F., Pye, H.O.T., Napelenok, S.L., Hutzell, W.T., 2014. A Database and Tool for Boundary Conditions for Regional Air Quality Modeling: Description and Evaluations, *Geoscientific Model Development*, **7**, 339-360.

Hoerling, M., Kumar, A., Dole, R., Nielson-Gammon, J., Eischeid, J., Perlwitz. J., Quan, X., Zhang, T., Pegion, P., and Chen, M., 2012. Anatomy of an Extreme Event. *Journal of Climate.*, 29, 2811-2832, doi: 10.1175/JCLI-D-12-00270.1.

Mu, M., et al. (2011), Daily and 3-hourly variability in global fire emissions and consequences for atmospheric model predictions of carbon monoxide, *J. Geophys. Res.*,116, D24303, doi:10.1029/2011JD016245.

Sherwen, T., M.J., Evans, L.J., Carpenter, S.J., Andrews, R.T., Lidster, B., Dix, T.K., Koenig, R., Sinreich, I., Ortega, R., Volkamer, A., and Saiz-Lopez. 2016. Iodine's impact on tropospheric oxidants: a global model study in GEOS-Chem. *Atmospheric Chemistry and Physics*, 16(2), pp.1161-1186.

Simon, H., Baker, K.R., and Phillips, S.B., 2012. Compilation and interpretation of photochemical model performance statistics published between 2006 and 2012, 2012., *Atmospheric Environment*, v61, 124-139. doi: 10.1016/j.atmosenv.2012.07.012.

Stein, A.F., Draxler, R.R, Rolph, G.D., Stunder, B.J.B., Cohen, M.D., and Ngan, F., 2015. NOAA's HYSPLIT atmospheric transport and dispersion modeling system, *Bull. Amer. Meteor. Soc.*, 96, 2059-2077, http://dx.doi.org/10.1175/BAMS-D-14-00110.1.

Travis, K., Jacob, D.J., Fisher, J.A., Kim, P. S., Marais, E.A., Zhu, L., Yu, K., Miller, C.C., Yantosca, R.M., Sulprizio, M.P., Thompson, A.M., Wennberg, P.O., Crounse, J.D., St. Clair, J.M., Cohen, R.C., Laughner, J.L., Dibb, J.E., Hall, S.R., Ullmann, K., Wolfe, G.M., Pollack, I.B., Peischl, J., Neuman, J.A, Zhou, X. 2016. Why do models overestimate surface ozone in the Southeast United States? *Atmos. Chem. Phys.*, 16, 13561-13577, doi:10.5194/acp-16-13561-2016.

Yantosca, B., Sulprizio, M., Yannetti, M., Lundgren, L., Xu, J., 2015. GEOS-Chem v10-01 Online User's Guide. Atmospheric Chemistry Modeling Group, School of Engineering and Applied Sciences, Harvard University, Cambridge, MA. (Available at http://acmg.seas.harvard.edu/geos/doc/man/ ).

Yantosca, B. 2004. GEOS-CHEMv7-01-02 User's Guide, Atmospheric Chemistry Modeling Group, Harvard University, Cambridge, MA.

Yarwood, G., T. Sakulyanontvittaya, U. Nopmongcol, B. Koo. 2014. Ozone Depletion by Bromine and Iodine over the Gulf of Mexico. Final Report for Work Order No. 582-11-10365-FY14-12.

Wiedinmyer, C., Akagi, S. K., Yokelson, R. J., Emmons, L. K., Al-Saadi, J. A., Orlando, J. J., and Soja, A. J., 2011. The Fire INventory from NCAR (FINN): a high resolution global model to estimate the emissions from open burning, *Geosci. Model Dev.*, 4, 625-641, doi:10.5194/gmd-4-625-2011, 2011.

# CHAPTER 4: CONTROL STRATEGIES

## 4.1 INTRODUCTION

On November 16, 2017, the United States Environmental Protection Agency (EPA) made the first round of designations for the 2015 eight-hour ozone National Ambient Air Quality Standards (NAAQS), designating 205 of the 254 counties in Texas as attainment/unclassifiable, effective January 16, 2018 (82 *Federal Register* (FR) 54232). On June 4, 2018, the EPA published final designations for all remaining areas of the state except the eight counties comprising the San Antonio area (83 FR 25776). The EPA finalized nonattainment designations for Collin, Dallas, Denton, Ellis, Johnson, Kaufman, Parker, Tarrant, and Wise Counties in the Dallas-Fort Worth (DFW) area and Brazoria, Chambers, Fort Bend, Galveston, Harris, and Montgomery Counties in the Houston-Galveston-Brazoria (HGB) area. The EPA designated all remaining counties as attainment/unclassifiable. On March 19, 2018, the EPA sent a 120-day letter to the State of Texas regarding designations for the San Antonio area, proposing to designate Atascosa, Bandera, Comal, Guadalupe, Kendall, Medina, and Wilson Counties as attainment/unclassifiable and Bexar County as "at best" unclassifiable. Final designations for the San Antonio area are expected by July 17, 2018.

Attainment demonstration state implementation plan (SIP) revisions for any areas designated as nonattainment for the 2015 eight-hour ozone NAAQS would not be due until after this transport SIP revision is submitted to the EPA. Because designations for Texas under the 2015 eight-hour ozone NAAQS have not been completed, attainment demonstration SIP revision due dates have not been established and potential controls have not yet been contemplated. However, Texas has implemented stringent and innovative regulations that address emissions of nitrogen oxides ($NO_x$) and volatile organic compounds (VOC) from a wide variety of major and minor source types under previous NAAQS. This chapter describes control measures for the DFW and HGB nonattainment areas as well as other areas of the state.

## 4.2 EMISSIONS REDUCTIONS FROM ELECTRIC GENERATING UNITS (EGU)

### 4.2.1 Utility Electric Generation in Ozone Nonattainment Areas

The rules in 30 Texas Administrative Code (TAC) Chapter 117, Subchapter C establish $NO_x$ emission specifications for utility electric generation for each ozone nonattainment area in Texas. These rules apply to each electric generating facility that generates electric energy for compensation, and is owned or operated by a municipality or Public Utility Commission of Texas (PUCT) regulated utility or any of its successors, regardless of whether the successor is a municipality or is regulated by the PUCT.

In the HGB area, the owner or operator of each affected utility boiler, auxiliary steam boiler, or stationary gas turbine must demonstrate compliance with the $NO_x$ emission specifications through a system cap and participation in the HGB area Mass Emissions Cap and Trade (MECT) Program. Affected sources were required to comply with the MECT Program rules beginning January 1, 2002, and comply with the system cap requirements by March 31, 2004. Additional information about the MECT Program is available in Section 4.3.2: *Mass Emissions Cap and Trade (MECT) Program.*

In the DFW area, each utility boiler that is part of a large system[35] must meet a $NO_x$ emission rate of 0.033 pound per million British thermal units (lb/MMBtu) heat input, and each utility boiler that is part of a small system must meet a $NO_x$ emission rate of 0.06 lb/MMBtu heat input. Compliance with the $NO_x$ emission rates may be demonstrated on a daily average basis, a system-wide heat input weighted average basis for utility boilers that are part of a large system, or through the use of emission credits. Affected sources were required to comply with the rules by March 1, 2009.

In the Beaumont-Port Arthur (BPA) 1997 eight-hour ozone maintenance area, each utility boiler must meet a $NO_x$ emission rate of 0.10 lb/MMBtu heat input. Compliance with the $NO_x$ emission rates must be demonstrated on a daily average through the use of either a system cap or emission credits. Affected sources were required to comply with the rules by May 1, 2005.

### 4.2.2 Utility Electric Generation in East and Central Texas

The rules in 30 TAC Chapter 117, Subchapter E, Division 1 limit $NO_x$ emissions from utility electric generation in Atascosa, Bastrop, Bexar, Brazos, Calhoun, Cherokee, Fannin, Fayette, Freestone, Goliad, Gregg, Grimes, Harrison, Henderson, Hood, Hunt, Lamar, Limestone, Marion, McLennan, Milam, Morris, Nueces, Parker, Red River, Robertson, Rusk, Titus, Travis, Victoria, and Wharton Counties. The rules apply to each utility electric power boiler and stationary gas turbine (including duct burners used in turbine exhaust ducts) that generate electric energy for compensation; is owned by an electric cooperative, independent power producer, municipality, river authority, or public utility; and was placed into service before December 31, 1995. Utility electric power boilers must meet a $NO_x$ emission rate of 0.14 lb/MMBtu for gas-fired units and 0.165 lb/MMBtu for coal-fired units. Stationary gas turbines (including duct burners used in turbine exhaust ducts) must meet an annual average $NO_x$ emission rate of 0.14 lb/MMBtu for units subject to Texas Utilities Code (TUC), §39.264 (except §39.264(i)) or 0.15 lb/MMBtu for units not subject to TUC, §39.264 and units designated in accordance with TUC, §39.264(i). Compliance with the $NO_x$ emission rates is based on average heat input for a calendar year. Affected sources were required to comply with the rules by May 1, 2005.

### 4.2.3 Senate Bill 7 (76th Texas Legislature)

Senate Bill (SB) 7 from the 1999 76th Texas Legislature, requires grandfathered, or unpermitted, electric generating facilities (EGFs) and other EGFs that choose to participate to achieve a 50% reduction in $NO_x$ emissions and a 25% reduction in sulfur dioxide ($SO_2$) emissions from the 1997 emission levels. The reductions were implemented via participation in a cap and trade program in which participating EGFs are required to surrender allowances equivalent to the actual emissions each control period. For grandfathered EGFs, the allowance allocations were determined using the following emission rates: 0.14 lb $NO_x$/MMBtu and 1.38 lb $SO_2$/MMBtu in the East Texas region, and 0.195 lb $NO_x$/MMBtu in the West Texas and El Paso regions. For electing EGFs, the allowance allocations were equal to the emissions reported to the EPA's Acid

---

[35] A large utility system is defined in 30 TAC Chapter 117 as: all boilers, auxiliary steam boilers, and stationary gas turbines that are located in the DFW eight-hour ozone nonattainment area, and were part of one electric power generating system on January 1, 2000, that had a combined electric generating capacity equal to or greater than 500 megawatts.

Rain Program in 1997, or if unavailable, by a method approved by the executive director not to exceed any annual emission limitation authorized under Chapter 116, Subchapter B or an applicable state or federal requirement. There are no coal-fired EGFs located in the West Texas and El Paso regions that are subject to the Emissions Banking and Trading Allowances Program. The SB 7 requirements were implemented through rules in 30 TAC Chapter 101, Subchapter H, Division 2 and became effective January 11, 2000. The initial control period for this program began on May 1, 2003.

## 4.3 EMISSION REDUCTIONS FROM OTHER SOURCES

### 4.3.1 East Texas Engines

The rules in 30 TAC Chapter 117, Subchapter E, Division 4 limit $NO_x$ emissions from certain engines located in Anderson, Brazos, Burleson, Camp, Cass, Cherokee, Franklin, Freestone, Gregg, Grimes, Harrison, Henderson, Hill, Hopkins, Hunt, Lee, Leon, Limestone, Madison, Marion, Morris, Nacogdoches, Navarro, Panola, Rains, Robertson, Rusk, Shelby, Smith, Titus, Upshur, Van Zandt, and Wood Counties. The rules apply to stationary, gas-fired, reciprocating internal combustion engines rated 240 horsepower (hp) and larger. Rich-burn gas-fired internal combustion engines rated less than 500 hp must limit $NO_x$ emissions to 1.0 grams per horsepower-hour (g/hp-hr). Rich-burn engines rated 500 hp or greater must limit $NO_x$ emissions to 0.60 g/hp-hr for landfill gas-fired engines or 0.50 g/hp-hr for all other rich-burn engines. Affected sources were required to comply with the rules by March 1, 2010.

The East Texas combustion rules reduce $NO_x$ emissions and ozone air pollution transport into the DFW area. While these rules are part of the May 2007 DFW Attainment Demonstration SIP Revision for the 1997 eight-hour ozone NAAQS, the Northeast Texas area also benefits from $NO_x$ reductions resulting from the rules. Using photochemical modeling sensitivity studies, the Texas Commission on Environmental Quality (TCEQ) estimated that implementation of the rules results in an overall reduction of approximately 22.4 tons per day (tpd) of $NO_x$ emissions in the 33 counties subject to the rules by March 1, 2010. The TCEQ estimated the rules benefit the DFW area by reducing ozone by an average of 0.1 to 0.2 parts per billion.

### 4.3.2 Mass Emissions Cap and Trade (MECT) Program

The MECT Program rules in 30 TAC Chapter 101, Subchapter H, Division 3 establish a mandatory annual $NO_x$ emission cap on sites in the HGB 1997 eight-hour ozone nonattainment area that are either a major source of $NO_x$ with facilities subject to the $NO_x$ emissions specifications in 30 TAC §117.310 or §117.1210, or have an uncontrolled design capacity to emit at least 10.0 tons per year (tpy) of $NO_x$ from facilities subject to 30 TAC §117.2010. Affected facilities include: utility boilers, auxiliary steam boilers, or stationary gas turbines; industrial, commercial, or institutional boilers and process heaters; stationary gas turbines; stationary internal combustion engines; fluid catalytic cracking units (including carbon monoxide boilers, carbon monoxide furnaces, and catalyst regenerator vents); boilers and industrial furnaces that were regulated as existing facilities by the EPA under 40 Code of Federal Regulations Part 266, Subpart H (as in effect on June 9, 1993); duct burners used in turbine exhaust ducts; pulping liquor recovery furnaces; lime kilns; lightweight aggregate kilns; heat treating furnaces and reheat furnaces; magnesium chloride fluidized bed dryers; and incinerators.

The MECT Program cap is enforced by the allocation, trading, and banking of allowances. An allowance is the equivalent of 1.0 ton of $NO_x$ emissions. The MECT Program cap was implemented on January 1, 2002 at historical emission levels with mandatory $NO_x$ reductions increasing over time until achieving the final cap on April 1, 2007. Affected facilities that do not meet the criteria for receiving an allocation of allowances must use allowances allocated to facilities already participating in the program to cover annual $NO_x$ emissions. The projected 2018 MECT cap is 39,866.1 tpy of $NO_x$ emissions.

### 4.3.3 Highly Reactive Volatile Organic Compounds (HRVOC) Rules and HRVOC Emissions Cap and Trade (HECT) Program

The HRVOC rules in 30 TAC Chapter 115, Subchapter H are performance-based, emphasizing monitoring, recordkeeping, reporting, and enforcement rather than establishing individual unit emission rates. The rules apply to HRVOC emissions from flares, process vents, cooling towers, and fugitive emission sources. In addition to the monitoring requirements, affected sources in Harris County must meet an annual HRVOC emission cap and a site-wide short-term HRVOC limit of 1,200 lb/hour from any flare, vent, pressure relief valve, cooling tower, or any combination thereof. Affected sources in Harris County must demonstrate compliance with these HRVOC emission limits through participation in the HECT Program.

The HECT Program rules in 30 TAC Chapter 101, Subchapter H, Division 6 establish a mandatory annual HRVOC emission cap on sites in Harris County with the potential to emit greater than 10.0 tpy of HRVOC from facilities subject to 30 TAC Chapter 115, Subchapter H, Division 1 or Division 2. These facilities include vent gas streams, flares, and cooling tower heat exchange systems. Affected sites in Harris County are required to participate in the HECT Program. The program was implemented on January 1, 2007.

The HECT Program cap is enforced by the allocation, trading, and banking of allowances. An allowance is the equivalent of 1.0 ton of HRVOC emissions. The HECT Program cap was established at a level demonstrated as necessary to allow the HGB area to attain the one-hour ozone standard along with a 5% compliance margin to account for potential emissions variations. The total initial cap was 3,451.5 tpy.

Allowances allocated from 2007 through 2010 were based on historical levels of activity reported by affected sites. For 2011 and beyond, a site's allocation was determined by multiplying the total HECT cap by an industry-sector factor and a site-specific factor. The industry-sector factor was determined by grouping sites into sectors and determining each site's proportion based on actual emissions. The site-specific factor was based on a site's uncontrolled emissions as a proportion of the total uncontrolled emissions from all sites in that industry sector. The reallocation includes a mandatory 10% cap reduction implemented during 2014, with additional 5% reductions implemented at the start of each control period for 2015, 2016, and 2017. The final HECT Program cap is set at 2,588.6 tpy for 2017 and all subsequent control periods. Affected sites that do not receive an allocation of allowances must obtain and use allowances allocated to sites already participating in the program to cover annual HRVOC emissions.

### 4.3.4 Cement Kilns

The rules in 30 TAC Chapter 117, Subchapter E, Division 1 limit $NO_x$ emissions from cement kilns in Bexar, Comal, Ellis, Hays, and McLennan Counties. The rules require cement kilns in Bexar, Comal, Hays, and McLennan Counties to reduce $NO_x$ emissions 30% below 1996 levels or to meet a $NO_x$ emissions cap of 6.0 pounds of $NO_x$ per ton of cement clinker produced (lb $NO_x$/ton of clinker) for wet kilns; 5.1 lb $NO_x$/ton of clinker for dry kilns; 3.8 lb $NO_x$/ton of clinker for preheater kilns; and 2.8 lb $NO_x$/ton of clinker for preheater-precalciner or precalciner kilns. Affected sources were required to comply with the rules by May 1, 2005. The rules also require cement kilns located in Ellis County to meet an ozone season $NO_x$ emission source cap.

Ash Grove Cement Company operated three kilns in Ellis County, with an established source cap under §117.3123 of 4.4 tpd. However, a 2013 consent decree between Ash Grove and the EPA required by September 10, 2014 the shutdown of two kilns and reconstruction of kiln #3 with selective non-catalytic reduction (SNCR) with an emission limit of 1.5 lb $NO_x$/ton of clinker and a 12-month rolling tonnage limit for $NO_x$ of 975 tpy. The reconstructed kiln is a dry kiln with year-round SNCR operation. The redesign allows 949,000 tpy of clinker, or 1.95 tpd of $NO_x$, which is well below the 4.4 tpd source cap. Ash Grove's enforceable limit continues to be 4.4 tpd, although actual emissions are expected to be below the consent decree limit. Any modifications or new construction would be required to meet nonattainment new source review with best available control technology requirements, and would be subject to the same 1.5 lb $NO_x$/ton of clinker emission limit in the New Source Performance Standards for Portland Cement Plants. It would also be subject to other regulatory requirements, including the National Emission Standards for Hazardous Air Pollutants for the Portland Cement Manufacturing Industry.

TXI Operations, LP currently operates one dry preheater/precalciner kiln #5. The permitted capacity of this kiln is 2,800,000 tons of clinker per year, and it has a permitted emission factor of 1.95 lb $NO_x$/ton of clinker. Based on these permit limits, this kiln is therefore limited to a maximum of 7.48 tpd $NO_x$, compared to the current §117.3123 source cap of 7.9 tpd $NO_x$. Kiln #5 typically operates well below the source cap, at an average emission factor below 1.5 lb $NO_x$/ton of clinker.

## 4.4 ADDITIONAL MEASURES

### 4.4.1 SmartWay Transport Partnership and the Blue Skyway Collaborative

Among its various efforts to improve air quality in Texas, the TCEQ continues to promote two voluntary programs in cooperation with the EPA: SmartWay Transport Partnership and Blue Skyways Collaborative.

The SmartWay Transport Partnership is a market-driven partnership aimed at helping businesses move goods in the cleanest most efficient way possible. This is a voluntary EPA program primarily for the freight transport industry that promotes strategies and technologies to help improve fleet efficiency while also reducing air emissions.

There are over 3,000 SmartWay partners in the U.S., including most of the nation's largest truck carriers, all the Class 1 rail companies, and many of the top Fortune 500 companies. Since its founding, SmartWay has reduced oil consumption by 170.3 million barrels and prevented the release of 1,458,000 tons of $NO_x$ and 59,000 tons of

particulate matter into the atmosphere.[36] Ports in the U.S. rely on SmartWay's Port Drayage Truck program to help reduce pollution in and around major national ports. The Port of Houston Authority's (PHA) partnership with the Environmental Defense Fund and the Houston-Galveston Area Council (H-GAC) in the Port Drayage Truck Bridge Loan Program received $9 million from the EPA's Diesel Emissions Reduction Act (DERA) SmartWay Program in 2009. On average, four trucks a month, or about 50 trucks a year, were approved for replacement funding.

In April 2015, the EPA awarded the PHA with a DERA grant of nearly $900,000. This grant award, with matching funds of $1,669,560, had a total commitment of more than $2.5 million. A total of 24 trucks were replaced that operate at the Port of Houston. This included replacing 13 on-road over the road trucks that are only used inside the PHA's Turning Basin terminal. The replacement trucks were on-road terminal tractors, with model year 2015 engines, which are built and designed to work on marine terminals. The other 11 trucks replaced with this grant were older on-road terminal tractors that operate in and around PHA's Barbours Cut and Bayport container terminals. The replacements for these trucks were also on-road terminal tractors with model year 2016 engines.

In February 2015, the EPA awarded the PHA with a DERA grant of nearly $900,000. This grant award, with matching funds of $900,000, had a total commitment of $1.8 million. It is expected, that at the end of this grant, 17 drayage trucks will be replaced. The funding will provide for replacement trucks powered by certified engines that are model year 2011 or newer, which are estimated to be 90% cleaner. These drayage trucks operate in the Port of Houston and along the Houston Ship Channel. The replacement trucks will also have Global Positioning System units to collect data on idling and port operations, which will allow fleet owners and operators to gauge opportunities for additional fuel savings and emissions reduction.

Approximately 170 Texas companies are SmartWay partners. The SmartWay Transport Partnership will continue to benefit the HGB area by reducing emissions as more companies and affiliates join, and additional idle reduction, trailer aerodynamic kits, low-rolling resistance tire, and retrofit technologies are incorporated into SmartWay-verified technologies.

The Blue Skyways Collaborative was created to encourage voluntary air emission reductions by planning or implementing projects that use innovations in diesel engines, alternative fuels, and renewable energy technologies applicable to on-road and non-road sources. The Blue Skyways Collaborative partnerships include international, federal, state, and local governments, non-profit organizations, environmental groups, and private industries.

### 4.4.2 Energy Efficiency and Renewable Energy (EE/RE) Measures

Energy efficiency (EE) measures are typically programs that reduce the amount of electricity and natural gas consumed by residential, commercial, industrial, and municipal energy consumers. Examples of EE measures include: increasing insulation in homes; installing compact fluorescent light bulbs; and replacing motors and pumps

---

[36] https://www.epa.gov/smartway/learn-about-smartway

with high efficiency units. Renewable energy (RE) measures include programs that generate energy from resources that are replenished or are otherwise not consumed as with traditional fuel-based energy production. Examples of renewable energy include wind energy and solar energy projects.

Texas leads the nation in RE generation from wind. As of the first quarter 2018, Texas has 22,799 megawatts (MW) of installed wind generation capacity,[37] 25% of all installed wind capacity in the United States (U.S.). Texas' total net electrical generation from renewable wind generators in 2016 was 57.5 million megawatt-hours (MWh), approximately 25% of the total wind net electrical generation for the U.S. In 2017, total net electrical generation from renewable wind generators in Texas was 67.0 million MWh,[38] approximately 17% more than in 2016.

While EE/RE measures are beneficial and do result in lower overall emissions from fossil fuel-fired power plants in Texas, emission reductions resulting from these programs are not explicitly included in photochemical modeling for SIP purposes because local efficiency or renewable energy efforts may not result in local emissions reductions or may be offset by increased demand in electricity. The complex nature of the electrical grid makes accurately quantifying emission reductions from EE/RE measures difficult. At any given time, it is impossible to determine exactly where a specific user's electricity was produced.

While specific emission reductions from EE/RE measures are not provided in the SIP, persons interested in estimates of energy savings and emission reductions from EE/RE measures can access additional information and reports from the Texas A&M Engineering Experiment Station's Energy Systems Laboratory (ESL) website (http://esl.tamu.edu/). The reports submitted to the TCEQ regarding EE/RE measures are available under Texas Emissions Reduction Plan (TERP) Letters and Reports.

Finally, the Texas Legislature has enacted a number of EE/RE measures and programs. The following is a summary of Texas EE/RE legislation since 1999.

76th Texas Legislature, 1999

- SB 7
- House Bill (HB) 2492
- HB 2960

77th Texas Legislature, 2001

- SB 5
- HB 2277
- HB 2278
- HB 2845

---

[37] U.S. Department of Energy, National Renewable Energy Laboratory, https://windexchange.energy.gov/maps-data/321
[38] U.S. Department of Energy, Energy Information Administration, https://www.eia.gov/electricity/data/browser/

78th Texas Legislature, 2003

- HB 1365 (Regular Session)

79th Texas Legislature, 2005

- SB 20 (First Called Session)
- HB 2129 (Regular Session)
- HB 2481 (Regular Session)

80th Texas Legislature, 2007

- SB 12
- HB 66
- HB 3070
- HB 3693

81st Texas Legislature, 2009

- None

82nd Texas Legislature, 2011

- SB 898 (Regular Session)
- SB 924 (Regular Session)
- SB 981 (Regular Session)
- SB 1125 (Regular Session)
- SB 1150 (Regular Session)
- HB 51 (Regular Session)
- HB 362 (Regular Session)

83rd Texas Legislature, 2013

- None

84th Texas Legislature, 2015

- SB 1626
- HB 1736

85th Texas Legislature, 2017

- HB 1571 (Regular Session)

*Renewable Energy*

SB 5, 77th Texas Legislature, 2001, set goals for political subdivisions in affected counties to implement measures to reduce energy consumption from existing facilities by 5% each year for five years from January 1, 2002 through January 1, 2006. In 2007, the 80th Texas Legislature passed SB 12, which extended the timeline set in SB 5

through 2007 and made the annual 5% reduction a goal instead of a requirement. The State Energy Conservation Office (SECO) is charged with tracking the implementation of SB 5 and SB 12. Also during the 77th Texas Legislature, the ESL, part of the Texas Engineering Experiment Station, Texas A&M University System, was mandated to provide an annual report on EE/RE efforts in the state as part of the TERP under Texas Health and Safety Code (THSC), §388.003(e).

The 79th Texas Legislature, 2005, Regular and First Called Sessions, amended SB 5 through SB 20, HB 2129, and HB 2481 to add, among other initiatives, renewable energy initiatives that require: 5,880 MW of generating capacity from renewable energy by 2015; the TCEQ to develop a methodology for calculating emission reductions from renewable energy initiatives and associated credits; the ESL to assist the TCEQ in quantifying emissions reductions from EE/RE programs; and the PUCT to establish a target of 10,000 MW of installed renewable technologies by 2025. Wind power producers in Texas exceeded the renewable energy generation target by installing over 10,000 MW of wind electric generating capacity by 2010.

HB 2129, 79th Texas Legislature, 2005, Regular Session, directed the ESL to collaborate with the TCEQ to develop a methodology for computing emission reductions attributable to use of RE and for the ESL to annually quantify such emission reductions. HB 2129 directed the Texas Environmental Research Consortium to use the Texas Engineering Experiment Station to develop this methodology. With the TCEQ's guidance, the ESL produces an annual report, *Statewide Air Emissions Calculations from Energy Efficiency, Wind and Renewables*, detailing these efforts.

In addition to the programs discussed and analyzed in the ESL report, local governments may have enacted measures beyond what has been reported to SECO and the PUCT. The TCEQ encourages local political subdivisions to promote EE/RE measures in their respective communities and to ensure these measures are fully reported to SECO and the PUCT.

SB 981, 82nd Texas Legislature, 2011, Regular Session, allows a retail electric customer to contract with a third party to finance, install, or maintain a distributed renewable generation system on the customer's side of the electric meter, regardless of whether the customer owns the installed system. SB 981 also prohibits the PUCT from requiring registration of the system as an electric utility if the system is not projected to send power to the grid.

HB 362, 82nd Texas Legislature, 2011, Regular Session, helps property owners install solar energy devices such as electric generating solar panels by establishing requirements for property owners associations' approval of installation of solar energy devices. HB 362 specifies the conditions that property owners associations may and may not deny approval of installing solar energy devices.

SB 1626, 84th Texas Legislature, 2015, modifies the provisions established by HB 362 from the 82nd Texas Legislature, 2011, Regular Session, regarding property owners associations' authority to approve and deny installations of solar energy devices such as electric generating solar panels. HB 362 included an exception that allowed developers to prohibit installation of solar energy devices during the development

period. SB 1626 limits the exception during the development period to developments with 50 or fewer units.

*Residential and Commercial Building Codes and Programs*

THSC, Chapter 388, Texas Building Energy Performance Standards, as adopted in SB 5 of the 77th Texas Legislature, 2001, Regular Session, states in §388.003(a) that single-family residential construction must meet the energy efficiency performance standards established in the energy efficiency chapter of the International Residential Code. The Furnace Pilot Light Program includes energy savings accomplished by retrofitting existing furnaces. Also included is a January 2006 federal mandate raising the minimum Seasonal Energy Efficiency Ratio (SEER) for air conditioners in single-family and multi-family buildings from 10 to 13.

THSC, Chapter 388, as adopted in SB 5 of the 77th Texas Legislature, 2001, states in §388.003(b) that non-single-family residential, commercial, and industrial construction must meet the energy efficiency performance standards established in the energy efficiency chapter of the International Energy Conservation Code.

HB 51, 82nd Legislature, 2011, Regular Session, requires municipalities to report implementation of residential and commercial building codes to SECO.

HB 1736, 84th Texas Legislature, 2015, updates THSC §388.003 to adopt, effective September 1, 2016, the energy efficiency chapter of the International Residential Code as it existed on May 1, 2015. HB 1736 also establishes a schedule by which SECO could adopt updated editions of the International Residential Code in the future, not more often than once every six years.

*Federal Facility EE/RE Projects*

Federal facilities are required to reduce energy use by Presidential Executive Order 13123 and the Energy Policy Act of 2005 (Public Law 109-58 EPACT20065).

*Political Subdivisions Projects*

SECO funds loans for energy efficiency projects for state agencies, institutions of higher education, school districts, county hospitals, and local governments. Political subdivisions in nonattainment and affected counties are required by SB 5, 77th Texas Legislature, 2001, to report EE/RE projects to SECO. These projects are typically building systems retrofits, non-building lighting projects, and other mechanical and electrical systems retrofits such as municipal water and waste water treatment systems.

*Electric Utility Sponsored Programs*

Utilities are required by SB 7, 76th Texas Legislature, 1999, and SB 5, 77th Texas Legislature, 2001, to report demand-reducing energy efficiency projects to the PUCT (see THSC, §386.205 and Texas Utilities Code (TUC), §39.905). These projects are typically air conditioner replacements, ventilation duct tightening, and commercial and industrial equipment replacement.

SB 1125, 82nd Texas Legislature, 2011, Regular Session, amended the TUC, §39.905 to require energy efficiency goals to be at least 30% of annual growth beginning in 2013. The metric for the energy efficiency goal remains at 0.4% of peak summer demand when a utility program accrues that amount of energy efficiency. SB 1150, 82nd Texas Legislature, 2011, Regular Session, extended the energy efficiency goal requirements to utilities outside the Electric Reliability Council of Texas area.

*State Energy Efficiency Programs*

HB 3693, 80th Texas Legislature, 2007, amended the Texas Education Code, Texas Government Code, THSC, and TUC. The bill:

- requires state agencies, universities and local governments to adopt energy efficiency programs;

- provides additional incentives for electric utilities to expand energy conservation and efficiency programs;

- includes municipal-owned utilities and cooperatives in efficiency programs;

- increases incentives and provides consumer education to improve efficiency programs; and

- supports other programs such as revision of building codes and research into alternative technology and renewable energy.

HB 51, 82nd Texas Legislature, 2011, Regular Session, requires new state buildings and major renovations to be constructed to achieve certification under an approved high-performance design evaluation system.

HB 51 also requires, if practical, that certain new and renovated state-funded university buildings comply with approved high-performance building standards.

SB 898, 82nd Texas Legislature, 2011, Regular Session, extended the existing requirement for state agencies, state-funded universities, local governments, and school districts to adopt energy efficiency programs with a goal of reducing energy consumption by at least 5% per state fiscal year (FY) for 10 state FYs from September 1, 2011 through August 31, 2021.

SB 924, 82nd Texas Legislature, 2011, Regular Session, requires all municipally owned utilities and electric cooperatives that had retail sales of more than 500,000 MWh in 2005 to report each year to SECO information regarding the combined effects of the energy efficiency activities of the utility from the previous calendar year, including the utility's annual goals, programs enacted to achieve those goals, and any achieved energy demand or savings goals.

HB 1571, 85th Texas Legislature, 2017, Regular Session, expanded Education Code and Government Code provisions for local governmental entities, schools, and state agencies entering into energy saving performance contracts by authorizing the entities to use any available money to pay the provider for energy or water conservation

measures. Previously, only money other than money borrowed from the state could be used to pay for such conservation measures.

### 4.4.3 Consent Decrees with Refineries

The EPA's National Petroleum Refinery Initiative[39] has resulted in multi-issue settlement agreements with the nation's major petroleum refineries. As of October 2016, 112 refineries representing more than 95% of total domestic refining capacity are under settlement. The EPA consent decrees limit emissions from fluidized catalytic cracking units, sulfur recovery units, heaters and boilers, and flares. The EPA estimates that full implementation of the current settlements will result in more than 95,000 tpy of $NO_x$ emission reductions. The EPA also anticipates VOC emission reductions will result from consent decree requirements that reduce hydrocarbon flaring including:

- installing continuous emissions monitoring systems (CEMS) or predictive emissions monitoring systems;
- operating a flare gas recovery system to control continuous or routine flaring;
- limiting flaring to only process upset gases, fuel gas released as a result of relief valve leakage, or gas released due to a malfunction; and
- eliminating the routes of generated fuel gases and monitoring the flare with CEMS or a flow meter.

### 4.4.4 Clean Air Interstate Rule (CAIR) and Cross-State Air Pollution Rule (CSAPR)

In March 2005, the EPA issued CAIR to address EGU emissions that transport from one state to another. The rule incorporated the use of three cap and trade programs to reduce $SO_2$ and $NO_x$: the ozone-season $NO_x$ trading program, the annual $NO_x$ trading program, and the annual $SO_2$ trading program.

Texas was not included in the ozone season $NO_x$ program but was included for the annual $NO_x$ and $SO_2$ programs. As such, Texas was required to make necessary reductions in annual $SO_2$ and $NO_x$ emissions from new and existing EGUs to demonstrate that emissions from Texas do not contribute to nonattainment or interfere with maintenance of the 1997 particulate matter with an aerodynamic diameter less than or equal to a nominal 2.5 micrometers ($PM_{2.5}$) NAAQS in another state. CAIR consisted of two phases for implementing necessary $NO_x$ and $SO_2$ reductions. Phase I addressed required reductions from 2009 through 2014. Phase II was intended to address reductions in 2015 and thereafter.

In July 2006, the commission adopted a SIP revision to address how the state would meet emissions allowance allocation budgets for $NO_x$ and $SO_2$ established by the EPA to meet the federal obligations under CAIR. The commission adopted a second CAIR-related SIP revision in February 2010. This revision incorporated various federal rule revisions that the EPA had promulgated since the TCEQ's initial submittal. It also incorporated revisions to 30 TAC Chapter 101 resulting from legislation during the 80th Texas Legislature, 2007.

---

[39] https://www.epa.gov/enforcement/petroleum-refinery-national-case-results

A December 2008 court decision found flaws in CAIR but kept CAIR requirements in place temporarily while directing the EPA to issue a replacement rule. In July 2011, the EPA finalized CSAPR to meet Federal Clean Air Act (FCAA) requirements and respond to the court's order to issue a replacement program. Texas was included in CSAPR for ozone season $NO_x$, annual $NO_x$, and annual $SO_2$ due to the EPA's determination that Texas significantly contributes to nonattainment or interferes with maintenance of the 1997 eight-hour ozone NAAQS and the 1997 $PM_{2.5}$ NAAQS in other states. As a result of numerous EGU emission reduction strategies already in place in Texas, the annual and ozone season $NO_x$ reduction requirements from CSAPR were relatively small but still significant. CSAPR required an approximate 7% reduction in annual $NO_x$ emissions and less than 5% reduction in ozone season $NO_x$ emissions.

On August 21, 2012, the U.S. Court of Appeals for the District of Columbia (D.C.) Circuit vacated CSAPR. Under the D.C. Circuit Court's ruling, CAIR remained in place until the EPA developed a valid replacement.

The EPA and various environmental groups petitioned the Supreme Court of the United States to review the D.C. Circuit Court's decision on CSAPR. On April 29, 2014, a decision by the Supreme Court reversed the D.C. Circuit and remanded the case. On October 23, 2014, the D.C. Circuit lifted the CSAPR stay and on November 21, 2014, the EPA issued rulemaking, which shifted the effective dates of the CSAPR requirements to account for the time that had passed after the rule was stayed in 2011. Phase 1 of CSAPR took effect January 1, 2015 and Phase 2 began January 1, 2017. On July 28, 2015, the D.C. Circuit Court ruled that the 2014 annual $SO_2$ budgets and the 2014 ozone season $NO_x$ budgets for Texas were invalid because they required over control of Texas emissions, and remanded these budgets back to the EPA without vacatur.

On January 22, 2015, the EPA issued a memorandum to provide information on how it intends to implement FCAA interstate transport requirements for the 2008 ozone NAAQS. The EPA provided preliminary modeling results for 2018, which show contribution to nonattainment of the 2008 ozone NAAQS in the HGB area from sources outside of Texas. On July 23, 2015, the EPA issued a notice of data availability regarding updated ozone transport modeling results for a 2017 attainment year.

On June 27, 2016, the EPA issued a memorandum outlining the agency's approach for responding to the D.C. Circuit's July 2015 remand of the Phase 2 $SO_2$ emissions budgets, providing a choice of two paths for states with remanded budgets. Under the first path, states could voluntarily continue to participate in CSAPR at the state's current Phase 2 $SO_2$ and annual $NO_x$ budget levels through a SIP revision. Under the second path, if a state does not choose to participate in CSAPR, the EPA would initiate rulemaking by fall of 2016 to remove the state's sources from CSAPR's $SO_2$ and annual $NO_x$ programs and address any remaining interstate transport or regional haze obligations on a state-by-state basis. On November 10, 2016, the EPA published a proposed rule to remove Texas sources from the CSAPR $SO_2$ and annual $NO_x$ trading programs. The EPA also proposed to determine that, following withdrawal of the federal implementation plan (FIP) requirements, sources in Texas will not contribute significantly to nonattainment or interfere with maintenance of the 1997 $PM_{2.5}$ NAAQS in any other state and that the EPA therefore will have no obligation to issue new FIP requirements for Texas sources to address transport for the 1997 $PM_{2.5}$ NAAQS (81 FR

78954). The rule was finalized, effective immediately, on September 29, 2017 (82 FR 45481).

On September 7, 2016, the EPA signed the final CSAPR Update Rule for the 2008 eight-hour ozone standard. The EPA's modeling shows that emissions from within Texas no longer significantly contribute to downwind nonattainment or interference with maintenance for the 1997 eight-hour ozone NAAQS even without implementation of the original CSAPR ozone season $NO_x$ emissions budget. Accordingly, sources in Texas are no longer subject to the emissions budget calculated to address the 1997 eight-hour ozone NAAQS. However, this rule finalized a new ozone season $NO_x$ emissions budget for Texas to address interstate transport with respect to the 2008 eight-hour ozone NAAQS. This new budget became effective for the 2017 ozone season, the same period in which the Phase 2 budget that was invalidated by the court was scheduled to become effective.

CSAPR budgets for Texas may be subject to change in the future based on any additional rulemaking to address remanded budgets or changes resulting from further appeals.

### 4.4.5 Texas Emissions Reduction Plan (TERP)

The TERP program was created in 2001 by the 77th Texas Legislature to provide grants to offset the incremental costs associated with reducing $NO_x$ emissions from high-emitting heavy-duty internal combustion engines on heavy-duty vehicles, non-road equipment, marine vessels, locomotives, and some stationary equipment.

The primary emissions reduction incentives are awarded under the Diesel Emissions Reduction Incentive Program (DERI). DERI incentives are awarded to projects to replace, repower, or retrofit eligible vehicles and equipment to achieve $NO_x$ emission reductions in Texas ozone nonattainment areas and other counties identified as affected counties under the TERP program where ground-level ozone is a concern.

From 2001 through August 2017, $1,088,390,866 in DERI grants were awarded for projects projected to help reduce an estimated 179,427 tons of $NO_x$ over the life of the projects. This includes $448,288,693 going to activities in the HGB area and $377,422,749 to activities in the DFW area, with an estimated 78,445 tons of $NO_x$ reduced in the HGB area and 62,731 tons of $NO_x$ reduced in the DFW area over the life of the projects.

Three other incentive programs under the TERP program will result in the reduction in $NO_x$ emissions in the DFW and HGB areas, as well as other TERP areas.

The Drayage Truck Incentive Program was established in 2013 to provide grants for the replacement of drayage trucks operating in and from seaports and rail yards located in nonattainment areas. The name of this program was recently changed to the Seaport and Rail Yard Areas Emissions Reduction Program, and replacement or repower of cargo handling equipment was added to the eligible project list. Through August 2017, the program awarded $6,209,424, with an estimated 357 tons of $NO_x$ reduced over the life of the projects. In the HGB area the funding totaled $5.56 million, with projects estimated to reduce up to 325 tons of $NO_x$, over the life of the projects.

$542,061 was awarded to projects in the DFW area, with an estimated 27 tons of $NO_x$ reduced over the life of the projects.

The Texas Clean Fleet Program (TCFP) was established in 2009 to provide grants for the replacement of light-duty and heavy-duty diesel vehicles with vehicles powered by alternative fuels, including: natural gas, liquefied petroleum gas, hydrogen, methanol (85% by volume), or electricity. This program is for larger fleets, therefore applicants must commit to replacing at least 10 eligible diesel-powered vehicles with qualifying alternative fuel or hybrid vehicles. From 2009 through August 2017, over $58.16 million in TCFP grants were awarded for projects to help reduce an estimated 660 tons of $NO_x$ over the life of the projects. Over $22.9 million in TCFP grants were awarded to projects in the HGB area, with an estimated 216 tons of $NO_x$ reduced over the life of the projects, and over $16.3 million was awarded in the DFW area, with an estimated 245 tons of $NO_x$ reduced over the life of the projects.

The Texas Natural Gas Vehicle Grant Program (TNGVGP) was established in 2011 to provide grants for the replacement of medium-duty and heavy-duty diesel vehicles with vehicles powered by natural gas. This program may include grants for individual vehicles or multiple vehicles. The majority of the vehicle's operation must occur in the Texas nonattainment areas, other counties designated as affected counties under the TERP, and the counties in and between the triangular area between Houston, San Antonio, and DFW. From 2011 through August 2017, over $41.9 million in TNGVGP grants were awarded for projects to help reduce an estimated 1,493 tons of $NO_x$ over the life of the projects. Over $10.59 million in TNGVGP grants were awarded to projects in the HGB area, with an estimated 310 tons of $NO_x$ reduced over the life of the projects, and over $14.6 million was awarded to projects in the DFW area, with an estimated 529 tons of $NO_x$ reduced of the life of the projects.

### 4.4.6 Clean School Bus Program

HB 3469, 79th Texas Legislature, 2005, Regular Session, established the Clean School Bus Program, which provides monetary incentives for school districts in the state for reducing emissions of diesel exhaust from school buses through retrofit of older school buses with diesel oxidation catalysts, diesel particulate filters, and closed crankcase filters. As of August 2017, the TCEQ Clean School Bus Program had reimbursed approximately $34.6 million in grants for over 7,500 retrofit activities. This amount included $4.7 million in federal funds. As a result of recent legislative changes, this program will include replacement of older school buses with newer, lower-emitting models going forward.

### 4.4.7 Local Initiatives

Local strategies in the DFW nonattainment area are being implemented by the North Central Texas Council of Governments and local strategies in the HGB nonattainment area are being implemented by H-GAC. Due to the continued progress of these measures, additional air quality benefits are expected to be gained that will further reduce precursors to ground level ozone formation. A summary of local strategies for the DFW nonattainment area is included in Appendix H: *Local Initiatives Submitted by the North Central Texas Council of Governments* of the DFW 2008 Eight-Hour Ozone Attainment Demonstration for the 2017 Attainment Year and information on local

measures in the HGB nonattainment area is available on the Houston-Galveston Area Council website (http://www.h-gac.com/home/residents.aspx).

### 4.4.8 Voluntary Measures

While the oil and natural gas industry is required to install controls either due to state or federal requirements, the oil and natural gas industry has in some instances voluntarily implemented additional controls and practices to reduce VOC emissions from oil and natural gas operations in the DFW nonattainment area as well as other areas of the state. Examples of these voluntary efforts include: installing vapor recovery units on condensate storage tanks; using low-bleed natural gas actuated pneumatic devices; installing plunger lift systems in gas wells to reduce gas well blowdown emissions; and implementing practices to reduce VOC emissions during well completions (i.e., "Green Completions"). The EPA's Natural Gas STAR Program provides details on these and other practices recommended by the EPA as voluntary measures to reduce emissions from oil and natural gas operations and improve efficiency. Additional information on the EPA Natural Gas STAR Program may be found on the EPA's Natural Gas STAR Program webpage (http://www.epa.gov/gasstar/).

### 4.5 2008 OZONE NAAQS SIP REVISIONS ADOPTED SINCE 2015

All Texas SIP revisions are available on the Texas SIP Revisions webpage (http://www.tceq.texas.gov/airquality/sip/sipplans.html).

Since 2015, Texas has adopted several SIP revisions to further address the 2008 eight-hour ozone standard in the DFW and HGB areas. These latest SIP revisions and plans are detailed in this section.

### 4.5.1 DFW 2008 Eight Hour Ozone SIP Revisions

On June 3, 2015, the commission adopted two revisions to the Texas SIP for the DFW 2008 eight-hour ozone moderate nonattainment area: the DFW 2008 Eight-Hour Ozone Attainment Demonstration SIP Revision and the DFW 2008 Eight-Hour Ozone Reasonable Further Progress (RFP) SIP Revision. On December 7, 2016, the EPA published final approval of the DFW RFP SIP revision (81 FR 88124). Following proposal of these SIP revisions, the attainment date for the DFW 2008 eight-hour ozone moderate nonattainment area changed from December 31, 2018 to July 20, 2018 as a result of the December 23, 2014 D.C. Circuit Court ruling and the EPA's final 2008 ozone standard SIP requirements rule. Because the attainment year ozone season is the ozone season immediately preceding a nonattainment area's attainment date, the attainment year for the DFW moderate nonattainment area also changed from 2018 to 2017. As a result of the change in the attainment year, it was necessary for the TCEQ to develop a revised attainment demonstration. The DFW 2008 eight-hour ozone nonattainment area attainment demonstration SIP revision for the 2017 attainment year was adopted by the commission on July 6, 2016. On June 14, 2017, the EPA approved part of the attainment demonstration SIP revision that describes how FCAA requirements for vehicle inspection and maintenance and nonattainment new source review are met in the DFW area for the 2008 ozone NAAQS (82 FR 22291), effective on September 12, 2017. On September 22, 2017, the EPA conditionally approved the TCEQ's cement kiln $NO_x$ RACT analysis for TXI Operations, LP (82 FR 44320) predicated on the TCEQ's commitment to establish the permitted emission limit of 1.95 lb $NO_x$/ton of clinker for kiln #5 in the SIP. The TCEQ committed to the EPA in a letter

dated July 29, 2016 to prepare a SIP revision containing the 1.95 lb $NO_x$/ton of clinker limit for TXI Operations, LP and subsequently submit the SIP revision to the EPA if it is approved by the commission. In the September 22, 2017 final rule, the EPA also fully approved $NO_x$ RACT for all other affected sources in the 10-county DFW 2008 eight-hour ozone nonattainment area. The EPA published final approval of VOC RACT on December 21, 2017 (82 FR 60546). On May 3, 2018 the EPA proposed approval of the attainment demonstration, reasonably available control measures analysis, contingency measures plan, and motor vehicle emissions budgets (83 FR 19483).

### 4.5.2 HGB 2008 Eight-Hour Ozone SIP Revisions

On December 15, 2016, the commission adopted two revisions to the Texas SIP for the HGB 2008 eight-hour ozone moderate nonattainment area: the HGB 2008 Eight-Hour Ozone Attainment Demonstration SIP Revision (Non-Rule Project No. 2016-016-SIP-NR) and the HGB 2008 Eight-Hour Ozone RFP SIP Revision (Non-Rule Project No. 2016-017-SIP-NR). These SIP revisions were adopted to meet federal obligations for the 2008 eight-hour ozone NAAQS for a moderate nonattainment area with a July 20, 2018 attainment deadline and a 2017 attainment year. The attainment demonstration SIP revision incorporated revisions to 30 TAC Chapter 115 to update reasonably available control technology for VOC storage tanks in the HGB area. The SIP and rule revisions were submitted to the EPA on December 29, 2016. On May 15, 2017, the EPA approved Section 4.9 of the attainment demonstration SIP revision that describes how FCAA requirements for vehicle inspection and maintenance, nonattainment new source review, and emission statements for large stationary point sources are met in the HGB area for the 2008 ozone NAAQS (82 FR 22291). On June 6, 2017, the EPA published its finding that the motor vehicle emissions budgets in the HGB RFP SIP revision are adequate and must be used for transportation conformity determinations in the HGB area (82 FR 26091). These budgets became effective June 21, 2017. On May 29, 2018, the EPA published proposed approval of elements of the HGB attainment demonstration SIP revision, specifically, the attainment demonstration, reasonably available control measures analysis, contingency measures plan, and MVEBs (83 FR 24446).

### 4.6 CONCLUSIONS

Texas has numerous control measures in place to address ozone precursor emissions that are federally enforceable through SIP revisions. These measures have resulted in significant decreases in eight-hour ozone design values in Texas. Any additional control strategies necessary to address requirements for the 2015 eight-hour ozone NAAQS will be evaluated when attainment demonstration and RFP SIP revisions are developed and implemented.

## CHAPTER 5: PREVENTION OF SIGNIFICANT DETERIORATION AND VISIBILITY TRANSPORT [FCAA, §110(A)(2)(D)(i)(II)]

### 5.1 INTRODUCTION

The Federal Clean Air Act (FCAA), §110(a)(2)(D)(i)(II), requires states to submit a state implementation plan (SIP) revision that contains adequate provisions to prohibit any source or other type of emissions activity within the state from emitting any air pollutants in amounts that will interfere with measures required to meet an implementation plan for any other state related to prevention of significant deterioration (PSD) or interfere with measures required to meet the implementation plan for any other state related to regional haze and visibility. The following sections provide information on how Texas meets the requirements of FCAA, §110(a)(2)(D)(i)(II).

### 5.2 PSD

Texas has a SIP-approved PSD and nonattainment New Source Review (NSR) permitting program that contains requirements for sources of air pollutants to obtain an approved permit before beginning construction of a facility and before modifying an existing facility. The Texas Commission on Environmental Quality (TCEQ) has established rules governing the enforcement of control measures, including attainment plans and permitting programs that regulate construction and modification of stationary sources.

On January 6, 2014, the United States Environmental Protection Agency (EPA) published approval of Texas' public participation requirements for air quality permits (79 FR 551).[40] On November 10, 2014, the EPA published partial approval of the October 2010 and April 2014 SIP submittals that revise Texas' PSD program to provide for the regulation of greenhouse gas (GHG) emissions and clarify the applicability of best available control technology for all PSD permit applications (79 FR 66626).[41] The EPA also approved revisions to the NSR permitting program as consistent with federal requirements for PSD permitting of GHG emissions. Although the EPA originally disapproved the Texas infrastructure SIP for the 1997 eight-hour ozone, and for the 1997 and 2006 $PM_{2.5}$ National Ambient Air Quality Standards (NAAQS) for not containing provisions for the permitting of GHGs, on September 4, 2015 the EPA published a direct final rule in the *Federal Register* (FR) to correct the Code of Federal Regulations to reflect that Texas now has a SIP-approved GHG permitting program (80 FR 53467). The rule became effective November 3, 2015.

On June 12, 2015, in response to a petition for rulemaking from the Sierra Club, the EPA finalized a SIP call related to provisions in SIPs concerning how air agency rules in EPA-approved SIPs treat excess emissions during periods of startup, shutdown, and malfunction (SSM) of industrial source process or emission control equipment. Although not one of the states named in the Sierra Club's petition, the EPA's final rule included Texas. The State of Texas and the TCEQ disagree with the EPA that the TCEQ's

---

[40] Approval and Promulgation of Implementation Plans; Texas; Prevention of Significant Deterioration; Greenhouse Gas Tailoring Rule Revisions, 79 FR 66626 (November 10, 2014).
[41] Approval and Promulgation of Implementation Plans; Texas; Public Participation for Air Quality Permit Applications, 79 FR 551 (January 6, 2014).

SIP-approved affirmative defense rule for certain excess emissions is substantially inadequate to meet FCAA requirements and are challenging the EPA's SIP call.

The following chapters of 30 Texas Administrative Code (TAC) contain rules relevant for this federal requirement:

Chap. 35     Emergency and Temporary Orders and Permits; Temporary Suspension or Amendment of Permit Conditions; Subchapters A, B, C, K

Chap. 39     Public Notice

Chap. 55     Requests for Reconsideration and Contested Case Hearings; Public Notice

Chap. 101    General Air Quality Rules

Chap. 106    Permits by Rule, Subchapter A, General Requirements

Chap. 112    Control of Air Pollution from Sulfur Compounds

Chap. 115    Control of Air Pollution from Volatile Organic Compounds

Chap. 116    Control of Air Pollution by Permits for New Construction or Modification

Chap. 117    Control of Air Pollution from Nitrogen Compounds

Texas has a robust, SIP-approved permitting program and therefore has met the infrastructure requirements of §110(a)(2)(D)(i)(II).

## 5.3 VISIBILITY TRANSPORT

On December 16, 2014, the EPA published a proposed rule to partially disapprove the Texas 2009 Regional Haze SIP revision and issue a federal implementation plan (FIP) (79 FR 74818). The EPA also proposed to approve the Texas Best Available Retrofit Technology (BART) rule for non-electric generating units (EGUs), and replace the TCEQ's reliance on the Clean Air Interstate Rule (CAIR) with a FIP implementing the Cross-State Air Pollution Rule (CSAPR) in Texas for BART for EGUs.[42] On January 5, 2016, the EPA partially approved (for non-EGU BART) and partially disapproved the Texas SIP and adopted a FIP for the reasonable progress goals and long-term strategy requirements that were disapproved. The EPA did not finalize the EGU BART portion of the proposal. On July 15, 2016, the 5th Circuit stayed EPA's FIP of the Texas Regional Haze Rule.

Because of litigation since the 2009 Texas Regional Haze SIP submission, EGUs are no longer covered under CAIR or subsequent program provisions; and the EPA did not finalize the disapproval of Texas EGU BART on January 5, 2016. In accordance with a consent decree, the EPA published a proposed BART FIP on January 4, 2017 covering

---

[42] The D.C. Circuit lifted the stay on CSAPR and the EPA began implementing the rule on January 1, 2015. However, on July 28, 2015 the D.C. Circuit ruled that the 2014 annual $SO_2$ budgets and the 2014 ozone season $NO_x$ budgets for Texas were invalid because they required overcontrol of Texas emissions, and remanded these budgets back to the EPA without vacatur.

EGUs. The consent decree required the EPA to sign a final FIP in September 2017. On September 29, 2017, the EPA Administrator signed a FIP to address BART requirements for Texas EGUs, specifically with regard to nitrogen oxides ($NO_x$), particulate matter (PM), and sulfur dioxide ($SO_2$). The final rule was published in the *Federal Register* on October 17, 2017 (82 FR 48324). Additionally, on September 29, 2017, the EPA finalized a rule withdrawing Texas from the CSAPR Group 2 $SO_2$ and Annual $NO_x$ Programs (82 FR 45481). The BART FIP relies on Texas' participation in the CSAPR Ozone Season $NO_x$ Program to fulfill $NO_x$ BART. Because Texas is no longer participating in the CSAPR Group 2 $SO_2$ Program, CSAPR cannot be relied upon to satisfy $SO_2$ BART. Therefore, the FIP establishes an $SO_2$ trading program that applies to select Texas EGUs. The EPA approved the TCEQ's PM screening for EGUs from the 2009 Texas Regional Haze SIP submittal, eliminating the need to require controls for PM BART. Additionally, the EPA disapproved portions of the Texas SIP with regard to interstate visibility transport for the following NAAQS: 1997 eight-hour ozone; 1997 $PM_{2.5}$ (annual and 24-hour); 2006 $PM_{2.5}$ (24-hour); 2008 eight-hour; 2010 one-hour nitrogen dioxide; and 2010 one-hour $SO_2$. The EPA also made a finding that the BART alternatives adopted as the FIP meet the interstate visibility transport requirements for these NAAQS under FCAA §110(a)(2)(D)(i)(II).

Regional haze program requirements include progress reports due to the EPA every five years, to demonstrate progress toward the visibility goal. The 2014 Five-Year Regional Haze Progress Report SIP Revision was submitted to the EPA in March 2014. On January 10, 2017, the EPA published the final Regional Haze Rule Amendments (82 FR 3078) extending the SIP submittal deadline for the second planning period from July 31, 2018 to July 31, 2021 and adjusting the interim progress report submission deadline so that second progress reports would be due by January 31, 2025. The following SIP submittal would be due in 2028 and then every 10 years thereafter, through 2064.

The following chapter of 30 TAC contains rules relevant for this federal requirement:

Chap. 101     General Air Quality Rules

Chap. 122     Subchapter E, Division 2, Clean Air Interstate Rule

Chap. 115     Control of Air Pollution from Volatile Organic Compounds

Chap. 116     Control of Air Pollution by Permits for New Construction or Modification

Chap. 117     Control of Air Pollution from Nitrogen Compounds

The modeling analysis in this SIP revision demonstrates that Texas does not contribute to nonattainment or interfere with maintenance in another state for the 2015 ozone NAAQS. The EPA has not established a separate visibility standard for ozone because ozone does not directly impair visibility or substantially produce or contribute to the production of the secondary air contaminants that cause visibility impairment or regional haze. Particulate matter, rather than ozone, is the pollutant primarily responsible for visibility impairment at Class I areas covered by the Regional Haze Rule. Emissions from Texas EGUs that potentially contribute to both ozone nonattainment and visibility impairment are already controlled under the ozone

NAAQS, BART under the Regional Haze Rule, and interstate transport obligations. Texas is also subject to the ozone season $NO_x$ budget under the CSAPR Update Rule for the 2008 ozone standard. Based on the finding that emissions from Texas do not interfere with measures to protect visibility in nearby states, Texas meets the visibility transport provision for six other NAAQS under the BART FIP (82 FR 48324). When considered alongside the modeling analysis in this SIP revision, and Texas' inclusion in the CSAPR Update Rule ozone season $NO_x$ trading program, it is concluded that Texas meets the visibility transport provision for the 2015 ozone NAAQS as well.

## CHAPTER 6: INTERSTATE POLLUTION ABATEMENT AND INTERNATIONAL AIR POLLUTION [FCAA, §110(A)(2)(D)(ii)]

### 6.1 INTRODUCTION

The requirements of Federal Clean Air Act (FCAA), §110(a)(2)(D)(ii) are satisfied by demonstrating compliance with the applicable requirements of FCAA, §126(a), 126(b) and (c), and 115.

### 6.2 INTERSTATE POLLUTION ABATEMENT

### 6.2.1 Compliance with FCAA, §126(a)

Under section 126(a)(1) of the FCAA, a state implementation plan (SIP) must contain provisions requiring each new or modified major source required by FCAA title I part C to be subject to prevention of significant deterioration (PSD) permitting to notify neighboring air agencies of potential impacts from the source. Per guidance on development and submission of infrastructure SIPs issued by the United States Environmental Protection Agency (EPA) on September 13, 2013,[43] the EPA considers the notification by the permitting authority to satisfy the requirement of FCAA, §126(a)(1)(A) that a new or modified major source subject to part C notify neighboring air agencies of its potential downwind impact. Texas has a SIP-approved PSD permitting program that contains requirements for the permitting authority to notify air agencies whose lands may be affected by emissions from that source.

### 6.2.2 Compliance with FCAA, §126(b) and (c)

The required content of an infrastructure SIP with respect to FCAA, §110(a)(2)(D)(ii) is affected by sections 126(b) and 126(c) of the FCAA only if: (1) the Administrator has, in response to a petition, made a finding under section 126(b) of the FCAA that emissions from a source or sources within the air agency's jurisdiction emit prohibited amounts of air pollution relevant to the new or revised NAAQS for which the infrastructure SIP submission is being made; and (2) under section 126(c) of the FCAA, the Administrator has required the source or sources to cease construction, cease or reduce operations, or comply with emissions limitations and compliance schedule requirements for continued operation.

No source or sources within Texas are the subject of an active finding under section 126 of the FCAA with respect to the 2015 ozone NAAQS.

### 6.3 INTERNATIONAL AIR POLLUTION

### 6.3.1 Compliance with FCAA, §115

Section 115 of the FCAA authorizes the EPA Administrator to require a state to revise its SIP under certain conditions to alleviate international transport into another country. When acting on an infrastructure SIP submission for a new or revised NAAQS, the EPA will look to whether the Administrator has made a finding with respect to

---

[43] Memorandum from Stephen D. Page, Director of the Office of Air Quality Planning and Standards, September 13, 2013, *Guidance on Infrastructure State Implementation Plan (SIP) Elements under Clean Air Act Sections 110(a)(1) and 110(a)(2)*. EPA Office of Air Quality Planning and Standards. https://www3.epa.gov/airquality/urbanair/sipstatus/docs/Guidance_on_Infrastructure_SIP_Elements_Multipollutant_FINAL_Sept_2013.pdf

emissions of the particular NAAQS pollutant and its precursors, if applicable. There are no final findings under section 115 of the FCAA against the State of Texas with respect to the 2015 ozone NAAQS.

## CHAPTER 7: CONCLUSIONS

Texas has numerous control measures in place to address ozone precursor emissions and these measures have resulted in significant decreases in eight-hour ozone design values in Texas. Statewide trend analysis of ozone precursor emissions from 2005 through 2014 shows a 17% reduction in volatile organic compounds and a 35% reduction in nitrogen oxides. These reductions have assisted the state in attaining both the one-hour and 1997 eight-hour ozone National Ambient Air Quality Standards (NAAQS) and are expected to help the state attain the 2008 and 2015 NAAQS in the future. Over the past 25 years, all areas in Texas have observed some decrease in eight-hour ozone design values with the greatest decreases observed in the Houston-Galveston-Brazoria and Beaumont-Port Arthur areas with decreases of 34% and 33% respectively.

The modeling analysis provided in this state implementation plan (SIP) revision demonstrates that Texas emissions do not contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS at any downwind monitors in 2023. Factors such as design value trends, number of elevated ozone days, back trajectory analysis on elevated ozone days, modeled concentrations on future expected elevated ozone days, total interstate contributions at tagged monitors, and responsiveness of ozone to Texas emissions were examined for 16 monitors projected to be in nonattainment or projected to have maintenance issues in other states. Based on this modeling analysis, it is concluded that emissions from Texas do not contribute significantly to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS in any other state.

Additionally, Texas has a robust, SIP-approved new source review permitting program and therefore has met the Federal Clean Air Act (FCAA) infrastructure requirements relating to prevention of significant deterioration (PSD). The Texas Commission on Environmental Quality has also determined that Texas meets the visibility transport provisions for the 2015 ozone NAAQS as the state is not contributing significantly to nonattainment or maintenance issues in any other state, the EPA has not established a separate visibility standard for ozone, Texas is subject to the ozone season $NO_x$ budget under the Cross-State Air Pollution Rule Update, and the EPA has made a finding that Texas meets the visibility transport provision for six other NAAQS under the Best Available Retrofit Technology FIP.

Finally, Texas meets the FCAA requirements related to interstate pollution abatement and international air pollution. Texas has a SIP-approved PSD permitting program that contains requirements for the permitting authority to notify air agencies whose lands may be affected by emissions from that source, no sources within Texas are the subject of an active finding under section 126 of the FCAA with respect to the 2015 ozone NAAQS, and there are no final findings under section 115 of the FCAA against the State of Texas with respect to the 2015 ozone NAAQS.

In conclusion, this SIP revision demonstrates that Texas meets the interstate transport requirements of FCAA, §110(a)(2)(D)(i)(I) as well as the requirements of FCAA, §110(a)(2)(D)(i)(II) for prevention of significant deterioration and visibility transport and the interstate pollution abatement and international air pollution requirements of FCAA, §110(a)(2)(D)(ii).

## CHAPTER 8: FUTURE REVISIONS TO THE NATIONAL AMBIENT AIR QUALITY STANDARDS (NAAQS)

Federal Clean Air Act (FCAA), §110(a)(1) requires states to submit state implementation plans within three years after the promulgation of new or revised NAAQS to meet the requirements of FCAA, §110(a)(2), including FCAA, §110(a)(2)(D), relating to interstate transport. Therefore, if the NAAQS are revised in the future, the Texas Commission on Environmental Quality will need to take the adequate steps relating to the interstate transport of air pollution.

*Appendices Available Upon Request*

Kristin Patton
kristin.patton@tceq.texas.gov
512.239.4907

**APPENDIX A**


**METEOROLOGICAL MODELING FOR THE TRANSPORT
STATE IMPLEMENTATION PLAN REVISION FOR THE 2015
EIGHT-HOUR OZONE NATIONAL AMBIENT AIR QUALITY
STANDARD**


Project Number 2017-039-SIP-NR


Adoption
August 8, 2018

## Table of Contents

1: Weather Research and Forecasting (WRF) Modeling Overview ........................................1

2: WRF Preparation .........................................................................................................4

    2.1 WRF Preprocessing System (WPS) ..........................................................................4

    2.2 WPS Quality Assurance ............................................................................................6

    2.3 WRF Model Configuration ......................................................................................10

3: WRF Model Performance Evaluation (MPE) Tools ......................................................11

    3.1 Observations ...........................................................................................................11

    3.2 Daily Model Performance Bar Plots ........................................................................15

    3.3 SURFRAD Site Performance Plots ..........................................................................26

        3.3.1 May 2012 Averaged Performance Metrics at SURFRAD Sites ....................27

        3.3.2 June 2012 Averaged Performance Metrics at SURFRAD Sites ...................31

        3.3.3 July 2012 Averaged Performance Metrics at SURFRAD Sites.....................35

        3.3.4 August 2012 Averaged Performance Metrics at SURFRAD Sites...............37

        3.3.5 September 2012 Averaged Performance Metrics at SURFRAD Sites ........41

        3.3.6 May through September Surface Radiation Performance Analysis ..........44

4: WRF Regional Modeling Performance ........................................................................46

    4.1 May 2012 Regional Performance Evaluation ..........................................................49

        4.1.1 May 2012 Averaged Performance Metrics by ds472.0 Site.......................49

        4.1.2 May 2012 Northeast Region Performance ..............................................53

        4.1.3 May 2012 Upper Midwest Performance ..................................................55

        4.1.4 May 2012 Ohio Valley Performance .......................................................57

        4.1.5 May 2012 Southeast Performance ..........................................................59

        4.1.6 May 2012 South Performance ................................................................61

        4.1.7 May 2012 Southwest Performance .........................................................63

        4.1.8 May 2012 Northern Rockies and Plains Performance..............................65

        4.1.9 May 2012 West Performance .................................................................67

    4.2 June 2012 Regional Performance Evaluation ..........................................................69

        4.2.1 June 2012 Averaged Performance Metrics by ds472.0 Site.......................69

        4.2.2 June 2012 Northeast Region Performance ..............................................72

        4.2.3 June 2012 Upper Midwest Region Performance .....................................74

        4.2.4 June 2012 Ohio Valley Region Performance ...........................................76

        4.2.5 June 2012 Southeast Region Performance ..............................................78

        4.2.6 June 2012 South Region Performance.....................................................80

        4.2.7 June 2012 Southwest Region Performance .............................................82

        4.2.8 June 2012 Northern Rockies and Plains Region Performance...................84

        4.2.9 June 2012 Northwest Region Performance .............................................86

        4.2.10 June 2012 West Region Performance....................................................88

4.3 July 2012 Regional Performance Evaluation ............................................................ 90

    4.3.1 July 2012 Averaged Performance Metrics by ds472.0 Site ........................ 90

    4.3.2 July 2012 Northeast Region Performance ...................................................... 93

    4.3.3 July 2012 Upper Midwest Region Performance ............................................ 95

    4.3.4 July 2012 Ohio Valley Region Performance ................................................... 97

    4.3.5 July 2012 Southeast Region Performance ...................................................... 99

    4.3.6 July 2012 South Region Performance .......................................................... 101

    4.3.7 July 2012 Southwest Region Performance ................................................... 103

    4.3.8 July 2012 Northern Rockies and Plains Region Performance ................. 105

    4.3.9 July 2012 Northwest Region Performance ................................................... 107

    4.3.10 July 2012 West Region Performance .......................................................... 109

4.4 August 2012 Regional Performance Evaluation ....................................................... 111

    4.4.1 August 2012 Averaged Performance Metrics by ds472.0 Site ................. 111

    4.4.2 August 2012 Northeast Region Performance ............................................... 114

    4.4.3 August 2012 Upper Midwest Region Performance ..................................... 116

    4.4.4 August 2012 Ohio Valley Region Performance ........................................... 118

    4.4.5 August 2012 Southeast Region Performance ............................................... 120

    4.4.6 August 2012 South Region Performance ...................................................... 122

    4.4.7 August 2012 Southwest Region Performance ............................................. 124

    4.4.8 August 2012 Northern Rockies and Plains Region Performance ............ 126

    4.4.9 August 2012 Northwest Region Performance ............................................. 128

    4.4.10 August 2012 West Region Performance ..................................................... 130

4.5 September 2012 REGonal Performance Evaluation ................................................. 132

    4.5.1 September 2012 Averaged Performance Metrics by ds472.0 Site .......... 132

    4.5.2 September 2012 Northeast Region Performance .......................................... 135

    4.5.3 September 2012 Upper Midwest Region Performance ............................... 137

    4.5.4 September 2012 Ohio Valley Region Performance ..................................... 139

    4.5.5 September 2012 Southeast Region Performance .......................................... 141

    4.5.6 September 2012 South Region Performance ................................................ 143

    4.5.7 September 2012 Southwest Region Performance ........................................ 145

    4.5.8 September 2012 Northern Rockies and Plains Region Performance ....... 147

    4.5.9 September 2012 Northwest Region Performance ........................................ 149

    4.5.10 September 2012 West Region Performance ............................................... 151

4.6 Conclusions ................................................................................................................... 153

5: References ......................................................................................................................... 153

**List of Figures**

Figure 1-1: WRF Good Neighbor Modeling Domain ..................................................................2

Figure 1-2: WRF Vertical Layer Structure..............................................................................4

Figure 2-1: Radar Profilers throughout CONUS during the 2012 Season; National Profiler Network (NPN) in blue and Cooperative Agency Profilers (CAP) in red .............6

Figure 2-2: Missing Upper Air Data during WPS Preprocessing ...........................................8

Figure 2-3: Missing Surface Data during WPS Preprocessing ...............................................9

Figure 2-4: WPS Patch with NCEP NAM Data ..................................................................... 10

Figure 3-1: DS472.0 Stations used for WRF model validation for the 2015 Ozone NAAQS Transport SIP Revision ......................................................................................... 12

Figure 3-2: SURFRAD site locations ................................................................................. 14

Figure 3-3: May 2012 Wind Performance Bar Plots (all ds472 data) ............................... 16

Figure 3-4: May 2012 Temperature Performance Bar Plots (all ds472 data)................. 17

Figure 3-5: May 2012 Humidity Performance Bar Plots (all ds472 data) ....................... 17

Figure 3-6: June 2012 Wind Performance Bar Plots (all ds472 data) .............................. 18

Figure 3-7: June 2012 Relative Temperature Performance Bar Plot (all ds472 data)... 19

Figure 3-8: June 2012 Relative Humidity Performance Bar Plot (all ds472 data) ......... 19

Figure 3-9: July 2012 Wind Performance Bar Plots (all ds472 data) .............................. 20

Figure 3-10: July 2012 Temperature Performance Bar Plots (all ds472 data) .............. 21

Figure 3-11: July 2012 Humidity Performance Bar Plots (all ds472 data) ..................... 21

Figure 3-12: August 2012 Wind Performance Bar Plots (all ds472 data)....................... 22

Figure 3-13: August 2012 Temperature Performance Bar Plots (all ds472 data).......... 23

Figure 3-14: August 2012 Humidity Performance Bar Plots (all ds472 data)............... 23

Figure 3-15: September 2012 Wind Performance Bar Plots (all ds472 data)................. 24

Figure 3-16: September 2012 Temperature Performance Bar Plots (all ds472 data)... 25

Figure 3-17: September 2012 Humidity Performance Bar Plots (all ds472 data)......... 25

Figure 3-18: Color Scale for SURFAD Site Performance Plots............................................ 27

Figure 3-19: May Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 12-14 UTC.............................................................................. 27

Figure 3-20: May Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 15-17 UTC.............................................................................. 28

Figure 3-21: May Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 18-20 UTC.............................................................................. 29

Figure 3-22: May Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 21-23 UTC.............................................................................. 30

Figure 3-23: June Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 12-14 UTC.............................................................................. 31

Figure 3-24: June Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 15-17 UTC.............................................................................. 32

Figure 3-25: June Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 18-20 UTC.................................................................................... 33

Figure 3-26: June Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 21-23 UTC.................................................................................... 34

Figure 3-27: July Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 12-14 UTC.................................................................................... 35

Figure 3-28: July Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 15-17 UTC.................................................................................... 35

Figure 3-29: July Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 18-20 UTC.................................................................................... 36

Figure 3-30: July Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 21-23 UTC.................................................................................... 36

Figure 3-31: August Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 12-14 UTC.............................................................................. 37

Figure 3-32: August Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 15-17 UTC.............................................................................. 38

Figure 3-33: August Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 18-20 UTC.............................................................................. 39

Figure 3-34: August Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 21-23 UTC.............................................................................. 40

Figure 3-35: September Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 12-14 UTC......................................................................... 41

Figure 3-36: September Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 15-17 UTC......................................................................... 42

Figure 3-37: September Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 18-20 UTC......................................................................... 43

Figure 3-38: September Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 21-23 UTC......................................................................... 44

Figure 3-39: May-September Averaged Shortwave Radiation Bias all four UTC time periods......................................................................................................................................... 45

Figure 3-40: May-September 2012 Averaged Diurnal plots for Bondville, Penn State, Sioux Falls, and Goodwin Creek Monitors .................................................................................. 46

Figure 4-1: U.S. Climate Regions (NCDC) ............................................................................... 48

Figure 4-2: May 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location ....... 49

Figure 4-3: May 2012 Mean Bias of Wind Speed at Each ds472.0 Monitor Location .... 50

Figure 4-4: May 2012 Mean Temperature Error at Each ds472.0 Monitor Location..... 50

Figure 4-5: May 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location.. 51

Figure 4-6: May 2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location...... 51

Figure 4-7: May 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location... 52

Figure 4-8: May Wind Performance Bar Plots (NCDC Northeast Region) ........................ 53

Figure 4-9: May Temperature Performance Bar Plots (NCDC Northeast Region).......... 54

Figure 4-10: May Humidity Performance Bar Plots (NCDC Northeast Region) ............. 54
Figure 4-11: May Wind Bar Plots (NCDC Midwest Region) ................................................. 55
Figure 4-12: May Temperature Bar Plots (NCDC Midwest Region) ................................. 56
Figure 4-13: May Humidity Bar Plots (NCDC Midwest Region) ........................................ 56
Figure 4-14 May Wind Bar Plots (NCDC Ohio Valley Region) ........................................... 57
Figure 4-15: May Temperature Bar Plots (NCDC Ohio Valley Region) ........................... 58
Figure 4-16: May Humidity Bar Plots (NCDC Ohio Valley Region) .................................. 58
Figure 4-17: May Wind Bar Plots (NCDC Southeast Region) ............................................. 59
Figure 4-18: May Temperature Bar Plots (NCDC Southeast Region) .............................. 60
Figure 4-19: May Humidity Bar Plots (NCDC Southeast Region) ..................................... 60
Figure 4-20: May Wind Bar Plots (NCDC South Region) .................................................... 61
Figure 4-21: May Temperature Bar Plots (NCDC South Region) ...................................... 62
Figure 4-22: May Humidity Bar Plots (NCDC South Region) ............................................. 62
Figure 4-23: May Wind Bar Plots (NCDC Southwest Region) ........................................... 63
Figure 4-24: May Temperature Bar Plots (NCDC Southwest Region) ............................. 64
Figure 4-25: May Humidity Bar Plots (NCDC Southwest Region) .................................... 64
Figure 4-26: May Wind Bar Plots (NCDC Northern Rockies and Plains Region) ............ 65
Figure 4-27: May Temperature Bar Plots (NCDC Northern Rockies and Plains Region) 66
Figure 4-28: May Humidity Bar Plots (NCDC Northern Rockies and Plains Region) ..... 66
Figure 4-29: May Wind Bar Plots (NCDC West Region) ...................................................... 67
Figure 4-30: May Temperature Bar Plots (NCDC West Region) ........................................ 68
Figure 4-31: May Humidity Bar Plots (NCDC West Region) ............................................... 68
Figure 4-32: June 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location .... 69
Figure 4-33: June 2012 Mean Bias of Wind Speed at Each ds472.0 Monitor Location . 69
Figure 4-34: June 2012 Mean Temperature Error at Each ds472.0 Monitor Location .. 70
Figure 4-35: June 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location 70
Figure 4-36: June 2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location .. 71
Figure 4-37: June 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location 71
Figure 4-38: June Wind Bar Plots (NCDC Northeast Region) ............................................ 72
Figure 4-39: June Temperature Plots (NCDC Northeast Region) ..................................... 73
Figure 4-40: June Wind Humidity Plots (NCDC Northeast Region) ................................. 73
Figure 4-41: June Wind Plots (NCDC Upper Midwest Region) ......................................... 74
Figure 4-42: June Temperature Plots (NCDC Upper Midwest Region) ........................... 75
Figure 4-43: June Humidity Plots (NCDC Upper Midwest Region) .................................. 75
Figure 4-44: June Wind Plots (NCDC Ohio Valley Region) ................................................. 76
Figure 4-45: June Temperature Plots (NCDC Ohio Valley Region) .................................. 77
Figure 4-46: June Humidity Plots (NCDC Ohio Valley Region) ......................................... 77
Figure 4-47: June Wind Plots (NCDC Southeast Region) .................................................... 78

Figure 4-48: June Temperature Plots (NCDC Southeast Region)......................................79
Figure 4-49: June Humidity Plots (NCDC Southeast Region) ..............................................79
Figure 4-50: June Wind Plots (NCDC South Region)................................................................80
Figure 4-51: June Temperature Plots (NCDC South Region).................................................81
Figure 4-52: June Humidity Plots (NCDC South Region)........................................................81
Figure 4-53: June Wind Plots (NCDC Southwest Region)......................................................82
Figure 4-54: June Temperature Plots (NCDC Southwest Region).......................................83
Figure 4-55: June Humidity Plots (NCDC Southwest Region) .............................................83
Figure 4-56: June Wind Plots (NCDC Northern Rockies and Plains Region)..................84
Figure 4-57: June Temperature Plots (NCDC Northern Rockies and Plains Region) ....85
Figure 4-58: June Humidity Plots (NCDC Northern Rockies and Plains Region)...........85
Figure 4-59: June Wind Plots (NCDC Northwest Region)......................................................86
Figure 4-60: June Temperature Plots (NCDC Northwest Region)......................................87
Figure 4-61: June Humidity Plots (NCDC Northwest Region) .............................................87
Figure 4-62: June Wind Plots (NCDC West Region) ................................................................88
Figure 4-63: June Temperature Plots (NCDC West Region)................................................89
Figure 4-64: June Humidity Plots (NCDC West Region) ........................................................89
Figure 4-65: July 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location.....90
Figure 4-66: July 2012 Mean Bias of Wind Speed at Each ds472.0 Monitor Location..90
Figure 4-67: July 2012 Mean Temperature Error at Each ds472.0 Monitor Location...91
Figure 4-68: July 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location 91
Figure 4-69: July 2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location....92
Figure 4-70: July 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location 92
Figure 4-71: July Wind Plots (NCDC Northeast Region)........................................................93
Figure 4-72: July Temperature Plots (NCDC Northeast Region)........................................94
Figure 4-73: July Humidity Plots (NCDC Northeast Region) ..............................................94
Figure 4-74: July Wind Plots (NCDC Upper Midwest Region) ............................................95
Figure 4-75: July Temperature Plots (NCDC Upper Midwest Region)............................96
Figure 4-76: July Humidity Plots (NCDC Upper Midwest Region)....................................96
Figure 4-77: July Wind Plots (NCDC Ohio Valley Region) ...................................................97
Figure 4-78: July Temperature Plots (NCDC Ohio Valley Region)....................................98
Figure 4-79: July Humidity Plots (NCDC Ohio Valley Region) ...........................................98
Figure 4-80: July Wind Plots (NCDC Southeast Region) .......................................................99
Figure 4-81: July Temperature Plots (NCDC Southeast Region)....................................100
Figure 4-82: July Humidity Plots (NCDC Southeast Region) ............................................100
Figure 4-83: July Wind Plots (NCDC South Region)...............................................................101
Figure 4-84: July Temperature Plots (NCDC South Region) ..............................................102
Figure 4-85: July Humidity Plots (NCDC South Region)........................................................102

Figure 4-86: July Wind Plots (NCDC Southwest Region) ....................................................103
Figure 4-87: July Temperature Plots (NCDC Southwest Region)....................................104
Figure 4-88: July Humidity Plots (NCDC Southwest Region) ............................................104
Figure 4-89: July Wind Plots (NCDC Northern Rockies and Plains Region)..................105
Figure 4-90: July Temperature Plots (NCDC Northern Rockies and Plains Region) ...106
Figure 4-91: July Humidity Plots (NCDC Northern Rockies and Plains Region)..........106
Figure 4-92: July Wind Plots (NCDC Northwest Region) ....................................................107
Figure 4-93: July Temperature Plots (NCDC Northwest Region)....................................108
Figure 4-94: July Humidity Plots (NCDC Northwest Region) ............................................108
Figure 4-95: July Wind Plots (NCDC West Region) ..............................................................109
Figure 4-96: July Temperature Plots (NCDC West Region)..............................................110
Figure 4-97: July Humidity Plots (NCDC West Region)......................................................110
Figure 4-98: August 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location111
Figure 4-99: August 2012 Mean Bias of Wind Speed at Each ds472.0 Monitor Location
.................................................................................................................................111
Figure 4-100: August 2012 Mean Temperature Error at Each ds472.0 Monitor Location
.................................................................................................................................112
Figure 4-101: August 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location
.................................................................................................................................112
Figure 4-102: August 2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location
.................................................................................................................................113
Figure 4-103: August 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location
.................................................................................................................................113
Figure 4-104: August Wind Plots (NCDC Northeast Region)............................................114
Figure 4-105: August Temperature Plots (NCDC Northeast Region) .............................115
Figure 4-106: August Humidity Plots (NCDC Northeast Region) ....................................115
Figure 4-107: August Wind Plots (NCDC Upper Midwest Region) ..................................116
Figure 4-108: August Temperature Plots (NCDC Upper Midwest Region)....................117
Figure 4-109: August Humidity Plots (NCDC Upper Midwest Region) ..........................117
Figure 4-110: August Wind Plots (NCDC Ohio Valley Region)..........................................118
Figure 4-111: August Temperature Plots (NCDC Ohio Valley Region) ..........................119
Figure 4-112: August Humidity Plots (NCDC Ohio Valley Region)..................................119
Figure 4-113: August Wind Plots (NCDC Southeast Region)............................................120
Figure 4-114: August Temperature Plots (NCDC Southeast Region) .............................121
Figure 4-115: August Humidity Plots (NCDC Southeast Region)....................................121
Figure 4-116: August Wind Plots (NCDC South Region) ....................................................122
Figure 4-117: August Temperature Plots (NCDC South Region)....................................123
Figure 4-118: August Humidity Plots (NCDC South Region)............................................123
Figure 4-119: August Wind Plots (NCDC Southwest Region)............................................124

Figure 4-120: August Temperature Plots (NCDC Southwest Region) ...........................125
Figure 4-121: August Humidity Plots (NCDC Southwest Region) ..................................125
Figure 4-122: August Wind Plots (NCDC Northern Rockies and Plains Region)..........126
Figure 4-123: August Temperature Plots (NCDC Northern Rockies and Plains Region) ...................................................................................................................................127
Figure 4-124: August Humidity Plots (NCDC Northern Rockies and Plains Region)..127
Figure 4-125: August Wind Plots (NCDC Northwest Region)......................................128
Figure 4-126: August Temperature Plots (NCDC Northwest Region) ...........................129
Figure 4-127: August Humidity Plots (NCDC Northwest Region)................................129
Figure 4-128: August Wind Plots (NCDC West Region) ..............................................130
Figure 4-129: August Temperature Plots (NCDC West Region).....................................131
Figure 4-130: August Humidity Plots (NCDC West Region) ........................................131
Figure 4-131: September 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location.......................................................................................................................132
Figure 4-132: September 2012 Mean Bias of Wind Speed at Each ds472.0 Monitor Location.......................................................................................................................132
Figure 4-133: September 2012 Mean Temperature Error at Each ds472.0 Monitor Location.......................................................................................................................133
Figure 4-134: September 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location.......................................................................................................................133
Figure 4-135: September 2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location.......................................................................................................................134
Figure 4-136: September 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location.......................................................................................................................134
Figure 4-137: September Wind Plots (NCDC Northeast Region) ..................................135
Figure 4-138: September Temperature Plots (NCDC Northeast Region).......................136
Figure 4-139: September Humidity Plots (NCDC Northeast Region)............................136
Figure 4-140: September Wind Plots (NCDC Upper Midwest Region)..........................137
Figure 4-141: September Temperature Plots (NCDC Upper Midwest Region) .............138
Figure 4-142: September Humidity Plots (NCDC Upper Midwest Region)...................138
Figure 4-143: September Wind Plots (NCDC Ohio Valley Region) ...............................139
Figure 4-144: September Temperature Plots (NCDC Ohio Valley Region)....................140
Figure 4-145: September Humidity Plots (NCDC Ohio Valley Region)..........................140
Figure 4-146: September Wind Plots (NCDC Southeast Region) ...................................141
Figure 4-147: September Temperature Plots (NCDC Southeast Region).......................142
Figure 4-148: September Humidity Plots (NCDC Southeast Region)............................142
Figure 4-149: September Wind Plots (NCDC South Region).........................................143
Figure 4-150: September Temperature Plots (NCDC South Region).............................144
Figure 4-151: September Humidity Plots (NCDC South Region) ...................................144

Figure 4-152: September Wind Plots (NCDC Southwest Region) ....................................145

Figure 4-153: September Temperature Plots (NCDC Southwest Region)....................146

Figure 4-154: September Humidity Plots (NCDC Southwest Region)...........................146

Figure 4-155: September Wind Plots (NCDC Northern Rockies and Plains Region)...147

Figure 4-156: September Temperature Plots (NCDC Northern Rockies and Plains Region)..................................................................................................................................148

Figure 4-157: September Humidity Plots (NCDC Northern Rockies and Plains Region) ....................................................................................................................................148

Figure 4-158: September Wind Plots (NCDC Northwest Region) ...................................149

Figure 4-159: September Temperature Plots (NCDC Northwest Region)....................150

Figure 4-160: September Humidity Plots (NCDC Northwest Region)...........................150

Figure 4-161: September Wind Plots (NCDC West Region).............................................151

Figure 4-162: September Temperature Plots (NCDC West Region) ..............................152

Figure 4-163: September Humidity Plots (NCDC West Region)......................................152

## List of Tables

Table 1-1: Lambert Conformal Map Projections.....................................................................1

Table 1-2: WRF Modeling Domain Definitions .......................................................................2

Table 1-3: Vertical Layer Structure ...........................................................................................2

Table 2-1: 2015 Ozone Transport SIP Revision WRF Configuration ..............................11

Table 3-1: Simple and Complex Meteorological Modeling Performance Benchmarks for Meteorological Surface Variables ....................................................................................13

Table 3-2: SURFRAD Location Data........................................................................................14

# 1:  WEATHER RESEARCH AND FORECASTING (WRF) MODELING OVERVIEW

The Texas Commission on Environmental Quality (TCEQ) used the WRF model version 3.8.1 to generate the meteorological inputs for the photochemical modeling supporting the Federal Clean Air Act, sections 110(a)(1) and (2) Transport State Implementation Plan revision for the 2015 Eight-hour Ozone National Ambient Air Quality Standard (2015 Ozone NAAQS Transport SIP revision). The WRF modeling system was developed by a broad user community including the Air Force Weather Agency, national laboratories, and academia. WRF modeling was conducted for the period beginning at 00:00 UTC[1] on April 15, 2012 and ending at 00:00 UTC on October 2, 2012. This period covers the five-month modeling period of the TCEQ 2012 modeling platform (May through September 2012) including the ramp-up period.

A Lambert Conformal Conic (LCC) map projection with geographical coordinates defined in Table 1-2: *Lambert Conformal Map Projections* was used for the WRF modeling.

**Table 1-1: Lambert Conformal Map Projections**

| Parameter | Value |
|---|---|
| First True Latitude (Alpha): | 33˚N |
| Second True Latitude (Beta): | 45˚N |
| Central Longitude (Gamma): | 97˚W |
| Projection Origin: | 97˚W, 40˚N |
| Spheroid: | Perfect Sphere, Radius = 6370 km |

WRF was configured as a single 12 km grid as shown in Figure 1-1: WRF Good Neighbor Modeling Domain. This WRF grid embeds a corresponding CAMx grid of the same horizontal resolution. The easting and northing ranges for the 12 km grid in the LCC projection are defined in Table 1-3: *WRF Modeling Domain Definitions* in units of km. Table 1-4: *Vertical Layer Structure provides* details regarding the heights and thicknesses of the vertical layers in WRF.

---

[1] UTC stands for Coordinated Universal Time, formerly Greenwich Mean Time.



**Figure 1-1: WRF Good Neighbor Modeling Domain**

**Table 1-2: WRF Modeling Domain Definitions**

| Domain Name | Easting Range (km) | Northing Range (km) | East/West Grid Points | North/South Grid Points |
|---|---|---|---|---|
| na_12 km | (-2916,2916) | (-2304,2304) | 489 | 387 |

**Table 1-3: Vertical Layer Structure**

| WRF Layer | Sigma Level | Top (m AGL) | Center (m AGL) | Thickness (m) |
|---|---|---|---|---|
| 44 | 0.000 | 20581 | 20054 | 1054 |
| 43 | 0.010 | 19527 | 18888 | 1278 |
| 42 | 0.025 | 18249 | 17573 | 1353 |
| 41 | 0.045 | 16896 | 16344 | 1103 |
| 40 | 0.065 | 15793 | 15215 | 1156 |
| 39 | 0.090 | 14637 | 14144 | 987 |
| 38 | 0.115 | 13650 | 13136 | 1029 |
| 37 | 0.145 | 12621 | 12168 | 906 |
| 36 | 0.175 | 11716 | 11245 | 941 |

| WRF Layer | Sigma Level | Top (m AGL) | Center (m AGL) | Thickness (m) |
|---|---|---|---|---|
| 35 | 0.210 | 10774 | 10294 | 962 |
| 34 | 0.250 | 9813 | 9379 | 867 |
| 33 | 0.290 | 8946 | 8550 | 792 |
| 32 | 0.330 | 8154 | 7790 | 729 |
| 31 | 0.370 | 7425 | 7128 | 594 |
| 30 | 0.405 | 6830 | 6551 | 559 |
| 29 | 0.440 | 6271 | 6007 | 528 |
| 28 | 0.475 | 5743 | 5492 | 501 |
| 27 | 0.510 | 5242 | 5037 | 410 |
| 26 | 0.540 | 4832 | 4636 | 393 |
| 25 | 0.570 | 4439 | 4250 | 378 |
| 24 | 0.600 | 4061 | 3878 | 365 |
| 23 | 0.630 | 3696 | 3520 | 352 |
| 22 | 0.660 | 3344 | 3173 | 341 |
| 21 | 0.690 | 3003 | 2838 | 330 |
| 20 | 0.720 | 2673 | 2513 | 320 |
| 19 | 0.750 | 2353 | 2224 | 259 |
| 18 | 0.775 | 2094 | 1967 | 253 |
| 17 | 0.800 | 1841 | 1717 | 247 |
| 16 | 0.825 | 1593 | 1472 | 242 |
| 15 | 0.850 | 1352 | 1280 | 143 |
| 14 | 0.865 | 1209 | 1138 | 141 |
| 13 | 0.880 | 1068 | 999 | 139 |
| 12 | 0.895 | 929 | 860 | 137 |
| 11 | 0.910 | 792 | 746 | 91 |
| 10 | 0.920 | 701 | 656 | 90 |
| 9 | 0.930 | 611 | 566 | 89 |
| 8 | 0.940 | 522 | 477 | 89 |
| 7 | 0.950 | 433 | 389 | 88 |
| 6 | 0.960 | 345 | 301 | 87 |
| 5 | 0.970 | 258 | 214 | 87 |
| 4 | 0.980 | 171 | 128 | 86 |
| 3 | 0.990 | 85 | 60 | 51 |
| 2 | 0.996 | 34 | 26 | 17 |
| 1 | 0.998 | 17 | 8 | 17 |
| 0 | 1.000 | 0 | 0 | 0 |



**Figure 1-2: WRF Vertical Layer Structure**

The WRF vertical layer structure provides high resolution in the lowest part of the atmosphere where pollutant mixing is critical, as shown in Figure 1-2: *WRF Vertical Layer Structure.*

## 2: WRF PREPARATION

### 2.1 WRF PREPROCESSING SYSTEM (WPS)

The preparation of WRF input files involves the execution of different modules within the WPS as described below.

GEOGRID

- GEOGRID defined the WRF grids on a Lambert-Conformal Projection (see Table 1-2) and allocated the Land Use/Land Cover (LULC) data.

UNGRIB/METGRID

- UNGRIB unpacked the GRIB (Gridded Binary) files with surface and upper level meteorological data to standard pressure levels native to the Global Energy and Water Experiment Continental-scale International Project (GCIP) National Centers for Environmental Prediction (NCEP) Eta data archive. This archive has the highest temporal resolution (three-hour as well as six-hour) of the archived data available for processing into initial conditions and boundary conditions. These data also extend to 50 millibars (mb), which is higher than other archived data. Both of these features have proven desirable for preparing WRF initial conditions and boundary conditions files.
- METGRID re-gridded the unpacked data onto the WRF grid defined in GEOGRID and reformatted the data into a NetCDF (Network Common Data Form) format.

MOD_LEVS

- Where data were missing from the GCIP NCEP Eta archive, data extracted from NCEP North American Mesoscale (NAM) model were used. This model is archived on a six-hour interval, compared to the 3-hour interval of the GCIP NCEP Eta. The NAM model extends to 50 mb but has additional pressure levels beyond what is needed to match the GCIP NCEP Eta data. The MOD_LEVS program was run to remove the extra data levels. METGRID was then re-run. Extracting data consistently across matching pressure levels facilitated scripting WRF preprocessing across multiple months.

OBSGRID

- This optional program was used to develop the WRF Surface Four Dimensional Data Assimilation (WRFSFDDA) for the 12 km grid. In addition to generating the surface nudging files, new gridded data files consistent with the surface analysis replace the gridded met data for the 12 km grid generated by the METGRID program. Furthermore, running the WRF model with the Pleim-Xiu (PX) land surface model with soil nudging requires the WRFSFDDA file.

REAL

- The REAL program defined the WRF sigma level vertical structure (Figure 1-2) and mapped the archived data retrieved on pressure levels to the sigma levels defined by the WRF user, consistent with surface land use data and definitions of the upper atmosphere. Base state variables were set to Texas summer values: 1013 hectopascal (hPa) sea-level pressure, a reference temperature lapse rate of 45 degrees Kelvin divided by the natural logarithm of pressure (K/ln p), and a 304 degrees K sea-level temperature. The REAL program produced the WRF initial conditions files, boundary condition files, and WRF FDDA (Four Dimensional Data

Assimilation) files, where the four dimensions are three spatial dimensions plus time.

In addition to the analysis nudging files (WRFSFDDA and WRFFDDA) produced during WPS preparation, archived Meteorological Assimilation Data Ingest System (MADIS) boundary layer radar profiler data were processed. The retrieved profiler data were filtered, reorganized, and reformatted with Python and SAS routines to generate an observational nudging file for the 12 km WRF grid. The profiler locations are shown in Figure 2-1: *Radar Profilers throughout CONUS during the 2012 Season; National Profiler Network (NPN) in blue and Cooperative Agency Profilers (CAP) in red.* The NCEP data gridded analyses used by WPS already include all available upper air and surface data, which taken with WRF model system improvements has lessened the dependence on the profiler data for acceptable model performance. However, sensitivity tests showed improved performance with observational radar profiler nudging, and so all available archived profiler data were used.



**Figure 2-1: Radar Profilers throughout CONUS during the 2012 Season; National Profiler Network (NPN) in blue and Cooperative Agency Profilers (CAP) in red**

Further details about WRF preprocessing can be found at the following URL:
http://www2.mmm.ucar.edu/wrf/users/docs/user_guide/users_guide_chap3.htm.

## 2.2 WPS QUALITY ASSURANCE

As described above, data from the GCIP NCEP Eta archive were processed with WPS to prepare WRF initial conditions, boundary conditions, and FDDA nudging files. This archive was preferred because surface data were usually available in three-hour intervals. WPS will interpolate to create one-hour WRF input files. In many cases, the WPS can interpolate across periods of missing data. Figure 2-2: *Missing Upper Air Data during WPS Preprocessing* and Figure 2-3: *Missing Surface Data during WPS*

*Preprocessing* summarize missing data during the May through September 2012 episode. Each figure is color coded by number of three-hour data periods that were missing or had contaminated data during each day in the five-month modeling season. As seen in Figure 2-2, most upper data were complete with notable exceptions on May 3, August 21 through 25, and September 1 through 3. Figure 2-3 shows that in addition to the days with extensive missing upper air data, the entire season had at least two 3-hour periods with problematic surface analysis data. Many days during June had particular hours with a temperature of zero degrees Celsius or zero wind speeds across the entire 12 km domain. These days were successfully processed by WPS. Other days that had complete data that included some corrupted hours caused WPS to crash. Missing data on May 3, May 17, August 21 through 25, and September 1 through 3 were patched with data from the NCEP NAM 12 km model as described above. The "patched" days are shown in Figure 2-4: *WPS Patch with NCEP NAM Data*. The criterion for patching was missing data greater than or equal to 12 hours (four three-hour contiguous periods). All other days had problematic hours removed from the ungribbed GCIP NCEP Eta data, and WPS was re-run. The METGRID program internally interpolated across the removed hours. Exceptions to the above procedure are May 3 and September 23, 24, and 27. On May 3, the alternate dataset had missing data and METGRID was used to interpolate across the missing data in the original GCIP NCEP Eta archive. Fortunately, on September 23, 24, and 27, missing data were not contiguous, and therefore METGRID could interpolate across the missing hours.



**Figure 2-2: Missing Upper Air Data during WPS Preprocessing**



**Figure 2-3: Missing Surface Data during WPS Preprocessing**



**Figure 2-4: WPS Patch with NCEP NAM Data**

## 2.3 WRF MODEL CONFIGURATION

The selection of the final meteorological modeling configuration for the May through September 2012 episode resulted from numerous sensitivity tests and model performance evaluation. The final WRF parameterization schemes and options selected are shown in Table 2-1: 2015 *Ozone Transport SIP Revision WRF Configuration*.

**Table 2-1: 2015 Ozone Transport SIP Revision WRF Configuration**

| Domain | Nudging Type | PBL | Cumulus | Radiation | Land-Surface | Microphysics |
|--------|-------------|-----|---------|-----------|--------------|--------------|
| 12 km | 3-D, Surface Analysis, PX Soil Nudging, NPN and CAP Radar Profiler Observations | YSU | Multiscale Kain-Fritsch | RRTM / Dudhia | Pleim-Xiu | WSM5 |

Note: RRTM = Rapid Radiative Transfer Model; YSU = Yonsei University (South Korea)

Modeling a five-month episode, such as the 2015 Ozone Transport SIP Revision modeling platform, benefits from using a land surface model. For periods as short as a month when archived data reflect the default WRF seasonal averages, simple thermal diffusion may provide adequate performance. However, during longer and varied meteorological regimes, modeling soil moisture as well as temperature within a vegetative canopy will provide more realistic surface fluxes. The selected WRF configuration used the Pleim-Xiu (PX) land surface model (LSM) and the PX Soil Nudging option. The Multiscale Kain-Fritsch cumulus parameterization feature modifies the partitioning between parameterized convection and explicit moisture microphysics so that this scheme can be used at all grid resolutions (Bullock, 2015).

WRF output was post-processed using the WRFCAMX version 4.6 utility to convert the WRF meteorological fields to the Comprehensive Air Quality Model with Extensions (CAMx) grid and input format (Environ, 2016). The WRFCAMX utility generates several alternative vertical diffusivity (Kv) files based upon multiple methodologies for estimating mixing given the same WRF meteorological fields. The WRF Kv option based upon the CMAQ PBL profile was selected.

## 3:  WRF MODEL PERFORMANCE EVALUATION (MPE) TOOLS

### 3.1  OBSERVATIONS

To evaluate the performance of WRF, surface data for wind speed, wind direction, temperature and specific humidity were collected from the NOAA ds472.0 dataset and the Meteorological Assimilation Data Ingest System (MADIS). Across the na_12km domain there were over 2800 stations as shown in Figure 3-1: *DS472.0 Stations used for WRF model validation for the 2015 Ozone NAAQS Transport SIP Revision.*



**Figure 3-1: DS472.0 Stations used for WRF model validation for the 2015 Ozone NAAQS Transport SIP Revision**

In Section 3.2 *Daily Model Performance Bar Plots* bar plot panels are displayed comparing modeled and observed data are averaged across all ds472 sites. Furthermore, in the bar plots presented below, the nation-wide averages were calculated on a daily basis for each of the five months in the episode. A variety of statistical metrics for the meteorological variables of wins speed, wind direction, temperature, specific humidity and short-wave radiation is discussed below.

Alternative ways of aggregating and averaging data provide other performance information. For that reason, in addition to evaluation of model performance across the entire domain, Chapter 4: WRF Regional Modeling Performance presents monthly statistical performance is calculated at individual ds472 sites through a series of spatial plots. These are complemented by daily-averaged bar plots created by sub-regions of the country.

Table 3-1: *Simple and Complex Meteorological Modeling Performance Benchmarks for Meteorological Surface Variable*s provides a summary of meteorological benchmarks for simple and complex terrains. The simple benchmark are more stringent since expectations are higher when terrain is simple, and meteorology is restricted to a single met regime such as stable high pressure (Emery et al. 2001). As air quality modeling was used for longer study periods with more synoptic variability and in regions with mountains and land sea breezes, additional benchmarks for complex meteorology were proposed (Kemball-Cook et al., 2005). Since the modeling episode and domain for this episode involve complex terrains and meteorology, the complex benchmarks were used for performance evaluation. However, WRF performance met many of the more stringent simple benchmarks for several parameters.

**Table 3-1: Simple and Complex Meteorological Modeling Performance Benchmarks for Meteorological Surface Variables**

| Meteorological Variable | Simple Benchmark | Complex Benchmark |
|---|---|---|
| Temperature Bias | ≤ ±0.5 ˚K | ≤ ±2.0 ˚K |
| Temperature Error | ≤ 2.0 ˚K | ≤ 3.5 ˚K |
| Mixing Ratio Bias | ≤ ±1.0 g/kg | |
| Mixing Ratio Error | ≤ 2.0 g/kg | |
| Wind speed Bias | ≤ ±0.5 m/s | ≤ ±1.5 m/s |
| Wind Speed RMSE | ≤ 2.0 m/s | ≤ 2.5 m/s |
| Wind Direction Bias | ≤ ±10 degrees | |
| Wind Direction Error | ≤ 30 degrees | ≤ 55 degrees |

There are no "bright lines" for model performance. Rather, these guidelines summarize a broad consensus of performance goals across different modeling exercises. It is also important to note that statistical measures are often developed for data forecast modeling. Almost all tools calculate Bias, root mean square error (RMSE) and Mean Absolute Error (MAE). For this SIP, MAE and Bias were the primary metrics for performance evaluation for wind speed and direction, temperature, and humidity. RMSE is reported in some of the solar radiation graphics later in Section 3.3, and as a metric highlights outliers in measurements.

It is also possible to evaluate the agreement of model-predicted downward shortwave radiation against observed surface solar radiation. The observations are collected from the Surface Radiation (SURFRAD) Budget Network and the site locations are shown in Figure 3-2: *SURFRAD site locations*. Additional site data are listed in Table 3-2: *SURFRAD Location Data*. Due to the limited number of observational sites and the high temporal variability of clouds, data from SURFRAD site were aggregated and averaged across the entire five-month modeling period. WRF model comparisons to these data is discussed in Section 3.3 *SURFRAD Site Performance Plots*.



**Figure 3-2: SURFRAD site locations**

**Table 3-2: SURFRAD Location Data**

| Code | Name | Latitude | Longitude | Elevation | Time Zone | Installed |
|------|------|----------|-----------|-----------|-----------|-----------|
| BND* | Bondville, Illinois | 40.05192° N | 88.37309° W | 230 m | 6 hours from UTC | April 1994 |
| TBL | Table Mountain, Boulder, Colorado | 40.12498° N | 105.23680° W | 1689 m | 7 hours from UTC | July 1995 |
| DRA | Desert Rock, Nevada | 36.62373° N | 116.01947° W | 1007 m | 8 hours from UTC | March 1998 |
| FPK | Fort Peck, Montana | 48.30783° N | 105.10170° W | 634 m | 7 hours from UTC | November 1994 |
| GCM | Goodwin Creek, Mississippi | 34.2547° N | 89.8729° W | 98 m | 6 hours from UTC | December 1994 |
| PSU | Penn. State Univ., Pennsylvania | 40.72012° N | 77.93085° W | 376 m | 5 hours from UTC | June 1998 |
| SXF | Sioux Falls, South Dakota | 43.73403° N | 96.62328° W | 473 m | 6 hours from UTC | June 2003 |
| SGP | ARM Southern Great Plains Facility, Oklahoma | 36.60406° N | 97.48525° W | 314 m | 6 hours from UTC | |

## 3.2  DAILY MODEL PERFORMANCE BAR PLOTS

As discussed in Section 3.1 Observations, bar plots of observational and model data are daily averages of groups of monitors. In this section, all ds472 data are evaluated in daily averages, but smaller regions defined by the National Climatic Data Center (NCDC) are evaluated in Chapter 4. For each of the months May through September 2012, three figures present daily performance statistics for wind speed and direction, temperature, and humidity evaluating WRF performance against the entire ds472.0 dataset. At the end of each bar plot, a final pair of bars shows the monthly average of each daily averaged meteorological variable preceding it.

Figure 3-3: *May 2012 Wind Performance Bar Plots (all ds472 data)* shows daily magnitude of observed and modeled wind speed, wind speed bias and error, observed and modeled wind direction, and wind direction bias and error averaged over all ds472 data. Likewise Figure 3-6: *June 2012 Wind Performance Bar Plots (all ds472 data)*, Figure 3-9: *July 2012 Wind Performance Bar Plots (all ds472 data)*, Figure 3-12: *August 2012 Wind Performance Bar Plots (all ds472 data)*, and Figure 3-15: *September 2012 Wind Performance Bar Plots (all ds472 data)* show daily magnitude of observed and modeled wind speed, wind speed bias and error, observed and modeled wind direction, and wind direction bias and error averaged over all ds472 data for each subsequent month. Daily average wind speed errors were less than 1.5 m/s for the entire modeling period. Daily average wind speed bias was well below the ± 0.5 m/s expected for simple terrain and also met complex terrain benchmarks. Wind direction errors were approximately 30 degrees and much less than the benchmark for complex meteorology. Thus, on a continental scale, daily average statistics for wind performance are satisfactory. In Chapter 4 although regional differences in performance are discussed, each region meets all performance benchmarks.

Figure 3-4: *May 2012 Temperature Performance Bar Plots (all ds472 data)* shows daily magnitude of observed and modeled temperature, and temperature bias and error. Likewise Figure 3-7: *June 2012 Relative Temperature Performance Bar Plot (all ds472 data)*, Figure 3-10: *July 2012 Temperature Performance Bar Plots (all ds472 data)*, Figure 3-13: *August 2012 Temperature Performance Bar Plots (all ds472 data)*, Figure 3-16: *September 2012 Temperature Performance Bar Plots (all ds472 data)* show daily magnitude of observed and modeled temperature, and temperature bias and error performance for each subsequent month. Average daily temperature errors were below 1.5 degrees K, and temperature bias was well below ±0.5 degrees K. Thus, on a continental scale, daily average temperature performance is satisfactory. The generally positive temperature bias seen for each month (except a few days in May and early July) shows more variability on a regional scale where negative biases appear. This is discussed again in Chapter 4.

Figure 3-5: *May 2012 Humidity Performance Bar Plots (all ds472 data)* shows the daily magnitude of observed and modeled humidity and humidity bias and error. Likewise Figure 3-8: *June 2012 Relative Humidity Performance Bar Plot (all ds472 data)*, Figure 3-11: *July 2012 Humidity Performance Bar Plots (all ds472 data)*, Figure 3-14: *August 2012 Humidity Performance Bar Plots (all ds472 data)*, and Figure 3-17: *September 2012 Humidity Performance Bar Plots (all ds472 data)* show humidity performance for each subsequent month. Average daily humidity errors remained below 2.0 g/kg for all months, and were often closer to 1.0 gm/km. Humidity biases were less than ±1.0

gm/kg for each month. As with temperatures, humidity biases were generally positive for each month; however it does tends to vary by region as discussed in Chapter 4.



**Figure 3-3: May 2012 Wind Performance Bar Plots (all ds472 data)**



**Figure 3-4: May 2012 Temperature Performance Bar Plots (all ds472 data)**



**Figure 3-5: May 2012 Humidity Performance Bar Plots (all ds472 data)**



**Figure 3-6: June 2012 Wind Performance Bar Plots (all ds472 data)**



**Figure 3-7: June 2012 Relative Temperature Performance Bar Plot (all ds472 data)**



**Figure 3-8: June 2012 Relative Humidity Performance Bar Plot (all ds472 data)**



**Figure 3-9: July 2012 Wind Performance Bar Plots (all ds472 data)**



**Figure 3-10: July 2012 Temperature Performance Bar Plots (all ds472 data)**



**Figure 3-11: July 2012 Humidity Performance Bar Plots (all ds472 data)**



**Figure 3-12: August 2012 Wind Performance Bar Plots (all ds472 data)**



**Figure 3-13: August 2012 Temperature Performance Bar Plots (all ds472 data)**



**Figure 3-14: August 2012 Humidity Performance Bar Plots (all ds472 data)**



**Figure 3-15: September 2012 Wind Performance Bar Plots (all ds472 data)**



**Figure 3-16: September 2012 Temperature Performance Bar Plots (all ds472 data)**



**Figure 3-17: September 2012 Humidity Performance Bar Plots (all ds472 data)**

### 3.3  SURFRAD SITE PERFORMANCE PLOTS

Surface radiation budget data can be helpful for validating model performance. However, given that data are only available at a limited number of sites nationally as shown in Figure 3-2, these data need to be examined cautiously. Furthermore, modeling of clouds on a 12 km grid requires sub-grid scale parameterizations, and this poses challenges for capturing natural behavior, which may be on a short time scale. Two sets of SURFRAD plots follow below. The first series shows plots of monthly averages across three-hour intervals during the day. This helps mitigate the short time scale variability of clouds. The second set of plots shows longer averages across all five months. Each plot references the global Coordinated Universal Time (UTC), a time standard to coordinate data around the world and referenced to Greenwich Mean Time (GMT), which is five hours ahead of Eastern Standard Time (EST).

Each plot that follows has four panels with Mean Shortwave Radiation Bias in the upper left-hand corner, Mean Shortwave Radiation MAE in the upper right-hand corner, Mean Shortwave Radiation RMSE in the lower left corner and Mean Shortwave Radiation SDEV (Standard Deviation) Difference in the lower right. As discussed in Chapter 3 *Observations*, although Bias is generally well understood, the differences between MAE and RMSE are subtle. For this reason, a plot of standard deviation differences helps interpret the other statistical values. Color scales are consistent on all plots varying between ±400 Watt/m², 0-400 Watt/m², 0-400 Watt/m², and ±400 Watt/m² respectively. Figure 3-18: Color Scale for SURFAD Site Performance Plots shows the color scale and corresponding parameter value ranges for the plots.

There is no commonly used performance benchmark to evaluate shortwave radiation in the meteorological modeling used to for CAMx. The first step is to characterize the data itself. Shortwave radiation grows from close to 0 Watt/m² at night up to approximately 1000 Watt/m². Measurement accuracies are 15 W/m² or 5%, whichever is the largest. Thus, data uncertainties can range up to 50 Watt/m² during the middle of the day and down to 15 Watt/m² in morning or late afternoon. Attempts to identify patterns for shortwave bias and/or error also need to account for the variable local times associated with each three-hour UTC interval. Since 12-14 UTC plots reflect three hours earlier local time at western sites, bias and errors may reflect physical properties that change rapidly at that time. For example, some sites may be more or less prone to early morning clouds which is very site specific. In general, a careful reading of the biases shows values that are mostly small, sometimes small and negative, and probably close to the uncertainty of the observations during the day/night transition.

A quick survey of the figures that follow shows shortwave radiation MAE and RMSE values, while geographically variable, are not widely different. RMSE values are more accentuated from MAE for August and September and during mid-afternoon times. As discussed with Figure 3-38 and Figure 3-39 below, since the RMSE is not only a measure of mean error but also reflects the distribution of magnitude of errors is more likely to grow and exceed MAE during mid-afternoon times.



**Figure 3-18: Color Scale for SURFAD Site Performance Plots**

### 3.3.1  May 2012 Averaged Performance Metrics at SURFRAD Sites



**Figure 3-19: May Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 12-14 UTC.**



**Figure 3-20: May Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 15-17 UTC.**



**Figure 3-21: May Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 18-20 UTC.**



**Figure 3-22: May Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 21-23 UTC.**

### 3.3.2  June 2012 Averaged Performance Metrics at SURFRAD Sites



**Figure 3-23: June Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 12-14 UTC.**



**Figure 3-24: June Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 15-17 UTC.**



**Figure 3-25: June Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 18-20 UTC.**



**Figure 3-26: June Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 21-23 UTC.**

### 3.3.3 July 2012 Averaged Performance Metrics at SURFRAD Sites



**Figure 3-27: July Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 12-14 UTC**



**Figure 3-28: July Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 15-17 UTC.**



**Figure 3-29: July Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 18-20 UTC.**



**Figure 3-30: July Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 21-23 UTC.**

### 3.3.4 August 2012 Averaged Performance Metrics at SURFRAD Sites



**Figure 3-31: August Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 12-14 UTC.**



**Figure 3-32: August Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 15-17 UTC.**



**Figure 3-33: August Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 18-20 UTC.**



**Figure 3-34: August Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 21-23 UTC.**

### 3.3.5  September 2012 Averaged Performance Metrics at SURFRAD Sites



**Figure 3-35: September Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 12-14 UTC.**



**Figure 3-36: September Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 15-17 UTC.**



**Figure 3-37: September Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 18-20 UTC.**



**Figure 3-38: September Monthly Averaged Shortwave Radiation Bias, MAE, RMSE and SDEV at SURFRAD sites between 21-23 UTC.**

### 3.3.6 May through September Surface Radiation Performance Analysis

In addition to the monthly averages for three-hour intervals shown above, the five-month episodic average was also evaluated. Figure 3-38: *May-September Averaged Shortwave Radiation Bias all four UTC time periods* shows the average of spatial radiation for all four three-hour time periods over the entire ozone season. Each panel in Figure 3-38 retains the global Coordinated Universal Time (UTC).

The dominant features are a negative bias early in the day (except in Pennsylvania), and positive biases by the end of the day (except in Nevada). From a performance point of view, all these biases are less than ±75 Watt/m² and thus seem reasonable. Without further investigation, it is not clear why the bias, albeit not very large, changes sign with time of day.



**Figure 3-39: May-September Averaged Shortwave Radiation Bias all four UTC time periods**

One final way to assess broad shortwave radiation performance is to look at diurnal shortwave radiation variability averaged across all five months in Figure 3-39: *May-September 2012 Averaged Diurnal plots for Bondville, Penn State, Sioux Falls, and Goodwin Creek Monitors.* As with previous figures, these four sites have shortwave radiation statistics plotted in UTC coordinates. Thus, shortwave radiation in the observational and modeling data rises from 0 Watt/m² at 10 UTC or 5 A.M. local time for sites in the Central Time Zone and 9 UTC is also 5 A.M. local time for the EST.

In keeping with observations made with the first series of shortwave radiation plots, MAE is roughly 200 Watt/m² at all sites in mid-afternoon. As is always the case, RMSE is larger than MAE, and the variance of error magnitudes is enough to push RMSE to about 300 Watt/m² across a five-month period. Taking Figure 3-38 and Figure 3-39 together, the WRF model appears to have a generally weak daytime positive bias in shortwave radiation with errors, given some observational uncertainty, of approximately 15-20 %. This value suggests a need for further investigation. However, one possible explanation is suggested by the low biases. If there is a temporal mismatch of modeled and observational data due to passing clouds, which is a likely outcome of matching a gridded model value to a point measurement, then an over-

prediction followed by under-prediction of shortwave radiation would produce canceling biases but result in two positive errors calculated for the period of temporal mismatch. This suggests a need for further investigation of cloud performance, not only spatially but temporally.



May-September 2012 Averaged Diurnal plot for BON, Bondville, IL

May-September 2012 Averaged Diurnal plot for PXA, Penn State, PA

May-September 2012 Averaged Diurnal plot for SXF, Sioux Falls, SD

May-September 2012 Averaged Diurnal plot for GWN, Goodwin Creek, MS

**Figure 3-40: May-September 2012 Averaged Diurnal plots for Bondville, Penn State, Sioux Falls, and Goodwin Creek Monitors**

## 4:  WRF REGIONAL MODELING PERFORMANCE

The previous chapter summarized performance for the entire United States by month using daily averaged statistical bar charts for wind speed, wind direction, temperature and humidity, Chapter 4 presents regional statistics calculated over smaller regions than the entire continental U.S. The five sections of Chapter 4 presents regional WRF performance for wind, temperature, and specific humidity (also called mixing ratio) for the months of May through September.

Each monthly evaluation section begins with a sub-section presenting six maps of the continental U.S. showing the spatial location of each ds472 site color coded for wind speed error, wind speed bias, temperature error, temperature bias, humidity error and humidity bias. The spatial plots are monthly averages of each meteorological variable at each site.

In Figure 4-2: *May 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location*, the monthly averaged MAE for each ds472.0 site shows that the lowest errors were found throughout the east and along the west coast and remained below about 1.5 m/s. Slightly higher errors were found through the intermountain west. The same characteristic distribution for wind speed errors is reflected in Figure 4-32, Figure 4-65,

Figure 4-98, and Figure 4-131, for the months of June, July, August, and September, respectively. By September errors increase along the west coast.

In Figure 4-3: *May 2012 Mean Bias of Wind Speed at Each ds472.0 Monitor Location* , the spatial plots for wind speed bias indicate predominantly positive biases across eastern Texas and Oklahoma and throughout the central Mississippi and Ohio Valleys and the Upper Midwest. A mixture of positive and negative biases extends across the rest of the country, but tends more to negative values.

In Figure 4-4: *May 2012 Mean Temperature Error at Each ds472.0 Monitor Location*, temperature errors tend to be lower in the east than in the west; however, with few exceptions, all errors remain within the benchmark guidelines. Figure 4-5: *May 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location* shows that negative temperature biases occur more frequently in the eastern U.S. This feature continues until later in the summer. By September, however, a warm temperature bias extends across much of the country as shown in Figure 4-134: *September 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location* The most notable outliers of temperature bias were low values at spots in the Colorado Rocky Mountains, bordering the Great Lakes, and along the California coast. The California coast is particularly prone to fog, and both the California and Great Lakes coast lines may have warm air over-riding cooler waters in a stable marine environment. In general, coastal features are not well captured by the 12 km model grid. California poses special challenges with a cold Pacific current and nearby coastal ranges, and those biases are pronounced during each month.

Spatial plots of MAE and bias for the May mixing ratio, or specific humidity, are shown in Figure 4-6: *May 2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location* and Figure 4-7: *May 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location*. The plots show somewhat different behavior than later in the episode, for example, in Figure 4-135: September *2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location* and Figure 4-136: *September 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location*. During May, the lowest errors are in the northern part of the country. Mixing ratio errors are somewhat larger along the Gulf Coast. Mixing ratio biases tend to be uniformly positive throughout the eastern U.S. and the Intermountain West, and regionally, the most noticeable negative biases for mixing ratio are located in the central Great Plains and the central valley of California. During June, July, and August, humidity errors extend from the Gulf Coast northward and especially into the Southwest. The humidity biases for these months are almost entirely positive throughout the country. By September, the negative humidity biases seen in the Great Plains have returned, but are even more pronounced in the southern Great Plains near eastern Oklahoma and throughout the Midwest.

The spatial plots of May ds472 data are followed by daily averaged bar charts similar to those in Section 3.2, but in this Chapter 4 are calculated according to U.S. Climate Regions defined by the National Climatic Data Center (NCDC) as shown in Figure 4-1: *U.S. Climate Regions (NCDC).*



**Figure 4-1: U.S. Climate Regions (NCDC)**

(http://www.ncdc.noaa.gov/monitoring-references/maps/us-climate-regions.php)

The ds472 data set described above was sorted by region, and statistics calculated for each NCDC region and month. Each month in Chapter 4 comprises a sub-section with the spatial plots of ds472 data followed by sub-sections of daily averaged ds470 data averaged across an NCDC sub-region. As noted in Section 3.2, averaging over smaller regions frequently increases the size of errors. However, the NCDC regional wind speed errors remain within acceptable bounds.

For example, the graphical spatial distribution of wind speed error and bias, temperature errors and bias, and humidity errors and bias averaged for all of May 2012 shown above in Figure 4-2: *May 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location* through Figure 4-7: *May 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location* is shown in greater detail in Figure 4-8: *May Wind Performance Bar Plots (NCDC Northeast Region)*, through Figure 4-10: *May Humidity Performance Bar Plots (NCDC Northeast Region)* This series of May daily averaged bar plots for the NCDC region is repeated for each of the remaining NCDC regions through Figure 4-31: *May Humidity Bar Plots (NCDC West Region)*. In the following subsequent subsections of Chapter 4, each month will have a series of graphical spatial plots followed by bar plots for each of the nine NCDC regions shown in **Figure 4-1:** *U.S. Climate Regions (NCDC)*.

Each series of bar charts for a given NCDC region can be compared to the graphical spatial plots that begin each monthly section. Each type of figure is useful in a

complementary way: the bar charts of daily averages by a sub-section of the United States can be compared to the spatial distribution of performance at all the individual ds472 sites averaged across the month. The bar charts provide a higher resolution of temporal averaging across a sub-region while the graphical spatial plots of individual ds472 sites provides site-specific spatial performance averaged across the entire month.

## 4.1  MAY 2012 REGIONAL PERFORMANCE EVALUATION

### 4.1.1  May 2012 Averaged Performance Metrics by ds472.0 Site



**Figure 4-2: May 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location**



**Figure 4-3: May 2012 Mean Bias of Wind Speed at Each ds472.0 Monitor Location**



**Figure 4-4: May 2012 Mean Temperature Error at Each ds472.0 Monitor Location**



**Figure 4-5: May 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location**



**Figure 4-6: May 2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location**



**Figure 4-7: May 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location**

### 4.1.2 May 2012 Northeast Region Performance



**Figure 4-8: May Wind Performance Bar Plots (NCDC Northeast Region)**



**Figure 4-9: May Temperature Performance Bar Plots (NCDC Northeast Region)**



**Figure 4-10: May Humidity Performance Bar Plots (NCDC Northeast Region)**

### 4.1.3 May 2012 Upper Midwest Performance



**Figure 4-11: May Wind Bar Plots (NCDC Midwest Region)**



**Figure 4-12: May Temperature Bar Plots (NCDC Midwest Region)**



**Figure 4-13: May Humidity Bar Plots (NCDC Midwest Region)**

### 4.1.4  May 2012 Ohio Valley Performance



**Figure 4-14 May Wind Bar Plots (NCDC Ohio Valley Region)**



**Figure 4-15: May Temperature Bar Plots (NCDC Ohio Valley Region)**



**Figure 4-16: May Humidity Bar Plots (NCDC Ohio Valley Region)**

### 4.1.5  May 2012 Southeast Performance



**Figure 4-17: May Wind Bar Plots (NCDC Southeast Region)**



**Figure 4-18: May Temperature Bar Plots (NCDC Southeast Region)**



**Figure 4-19: May Humidity Bar Plots (NCDC Southeast Region)**

### 4.1.6 May 2012 South Performance



**Figure 4-20: May Wind Bar Plots (NCDC South Region)**



**Figure 4-21: May Temperature Bar Plots (NCDC South Region)**



**Figure 4-22: May Humidity Bar Plots (NCDC South Region)**

### 4.1.7  May 2012 Southwest Performance



**Figure 4-23: May Wind Bar Plots (NCDC Southwest Region)**



**Figure 4-24: May Temperature Bar Plots (NCDC Southwest Region)**



**Figure 4-25: May Humidity Bar Plots (NCDC Southwest Region)**

### 4.1.8 May 2012 Northern Rockies and Plains Performance



**Figure 4-26: May Wind Bar Plots (NCDC Northern Rockies and Plains Region)**



**Figure 4-27: May Temperature Bar Plots (NCDC Northern Rockies and Plains Region)**



**Figure 4-28: May Humidity Bar Plots (NCDC Northern Rockies and Plains Region)**

### 4.1.9  May 2012 West Performance



**Figure 4-29: May Wind Bar Plots (NCDC West Region)**



**Figure 4-30: May Temperature Bar Plots (NCDC West Region)**



**Figure 4-31: May Humidity Bar Plots (NCDC West Region)**

## 4.2  JUNE 2012 REGIONAL PERFORMANCE EVALUATION

### 4.2.1  June 2012 Averaged Performance Metrics by ds472.0 Site



Figure 4-32: June 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location



Figure 4-33: June 2012 Mean Bias of Wind Speed at Each ds472.0 Monitor Location



**Figure 4-34: June 2012 Mean Temperature Error at Each ds472.0 Monitor Location**



**Figure 4-35: June 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location**



**Figure 4-36: June 2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location**



**Figure 4-37: June 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location**

## 4.2.2  June 2012 Northeast Region Performance



**Figure 4-38: June Wind Bar Plots (NCDC Northeast Region)**



**Figure 4-39: June Temperature Plots (NCDC Northeast Region)**



**Figure 4-40: June Wind Humidity Plots (NCDC Northeast Region)**

### 4.2.3  June 2012 Upper Midwest Region Performance



**Figure 4-41: June Wind Plots (NCDC Upper Midwest Region)**



**Figure 4-42: June Temperature Plots (NCDC Upper Midwest Region)**



**Figure 4-43: June Humidity Plots (NCDC Upper Midwest Region)**

### 4.2.4  June 2012 Ohio Valley Region Performance



**Figure 4-44: June Wind Plots (NCDC Ohio Valley Region)**



**Figure 4-45: June Temperature Plots (NCDC Ohio Valley Region)**



**Figure 4-46: June Humidity Plots (NCDC Ohio Valley Region)**

### 4.2.5  June 2012 Southeast Region Performance



Figure 4-47: June Wind Plots (NCDC Southeast Region)



**Figure 4-48: June Temperature Plots (NCDC Southeast Region)**



**Figure 4-49: June Humidity Plots (NCDC Southeast Region)**

### 4.2.6 June 2012 South Region Performance

**Observed/Predicted Windspeed**



**Bias/Gross Error Windspeed**



**Observed/Predicted Wind Direction**



**Bias/Gross Error Wind Direction**



**Figure 4-50: June Wind Plots (NCDC South Region)**



**Figure 4-51: June Temperature Plots (NCDC South Region)**



**Figure 4-52: June Humidity Plots (NCDC South Region)**

### 4.2.7  June 2012 Southwest Region Performance



**Figure 4-53: June Wind Plots (NCDC Southwest Region)**



**Figure 4-54: June Temperature Plots (NCDC Southwest Region)**



**Figure 4-55: June Humidity Plots (NCDC Southwest Region)**

### 4.2.8  June 2012 Northern Rockies and Plains Region Performance



**Figure 4-56: June Wind Plots (NCDC Northern Rockies and Plains Region)**



Figure 4-57: June Temperature Plots (NCDC Northern Rockies and Plains Region)



Figure 4-58: June Humidity Plots (NCDC Northern Rockies and Plains Region)

### 4.2.9  June 2012 Northwest Region Performance



**Figure 4-59: June Wind Plots (NCDC Northwest Region)**



**Figure 4-60: June Temperature Plots (NCDC Northwest Region)**



**Figure 4-61: June Humidity Plots (NCDC Northwest Region)**

### 4.2.10  June 2012 West Region Performance



**Figure 4-62: June Wind Plots (NCDC West Region)**



**Figure 4-63: June Temperature Plots (NCDC West Region)**



**Figure 4-64: June Humidity Plots (NCDC West Region)**

### 4.3  JULY 2012 REGIONAL PERFORMANCE EVALUATION

#### 4.3.1  July 2012 Averaged Performance Metrics by ds472.0 Site



Figure 4-65: July 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location



Figure 4-66: July 2012 Mean Bias of Wind Speed at Each ds472.0 Monitor Location



**Figure 4-67: July 2012 Mean Temperature Error at Each ds472.0 Monitor Location**



**Figure 4-68: July 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location**



**Figure 4-69: July 2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location**



**Figure 4-70: July 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location**

### 4.3.2  July 2012 Northeast Region Performance



**Figure 4-71: July Wind Plots (NCDC Northeast Region)**



**Figure 4-72: July Temperature Plots (NCDC Northeast Region)**



**Figure 4-73: July Humidity Plots (NCDC Northeast Region)**

### 4.3.3  July 2012 Upper Midwest Region Performance



**Figure 4-74: July Wind Plots (NCDC Upper Midwest Region)**



**Figure 4-75: July Temperature Plots (NCDC Upper Midwest Region)**



**Figure 4-76: July Humidity Plots (NCDC Upper Midwest Region)**

### 4.3.4  July 2012 Ohio Valley Region Performance



**Figure 4-77: July Wind Plots (NCDC Ohio Valley Region)**



**Figure 4-78: July Temperature Plots (NCDC Ohio Valley Region)**



**Figure 4-79: July Humidity Plots (NCDC Ohio Valley Region)**

### 4.3.5  July 2012 Southeast Region Performance



Figure 4-80: July Wind Plots (NCDC Southeast Region)



**Figure 4-81: July Temperature Plots (NCDC Southeast Region)**



**Figure 4-82: July Humidity Plots (NCDC Southeast Region)**

### 4.3.6 July 2012 South Region Performance



**Figure 4-83: July Wind Plots (NCDC South Region)**



**Figure 4-84: July Temperature Plots (NCDC South Region)**



**Figure 4-85: July Humidity Plots (NCDC South Region)**

### 4.3.7  July 2012 Southwest Region Performance



**Figure 4-86: July Wind Plots (NCDC Southwest Region)**



**Figure 4-87: July Temperature Plots (NCDC Southwest Region)**



**Figure 4-88: July Humidity Plots (NCDC Southwest Region)**

### 4.3.8  July 2012 Northern Rockies and Plains Region Performance



**Figure 4-89: July Wind Plots (NCDC Northern Rockies and Plains Region)**



**Figure 4-90: July Temperature Plots (NCDC Northern Rockies and Plains Region)**



**Figure 4-91: July Humidity Plots (NCDC Northern Rockies and Plains Region)**

### 4.3.9  July 2012 Northwest Region Performance



**Figure 4-92: July Wind Plots (NCDC Northwest Region)**



**Figure 4-93: July Temperature Plots (NCDC Northwest Region)**



**Figure 4-94: July Humidity Plots (NCDC Northwest Region)**

### 4.3.10  July 2012 West Region Performance



**Figure 4-95: July Wind Plots (NCDC West Region)**



**Figure 4-96: July Temperature Plots (NCDC West Region)**



**Figure 4-97: July Humidity Plots (NCDC West Region)**

## 4.4  AUGUST 2012 REGIONAL PERFORMANCE EVALUATION

### 4.4.1  August 2012 Averaged Performance Metrics by ds472.0 Site



Figure 4-98: August 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location



Figure 4-99: August 2012 Mean Bias of Wind Speed at Each ds472.0 Monitor Location



**Figure 4-100: August 2012 Mean Temperature Error at Each ds472.0 Monitor Location**



**Figure 4-101: August 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location**



**Figure 4-102: August 2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location**



**Figure 4-103: August 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location**

### 4.4.2  August 2012 Northeast Region Performance



Figure 4-104: August Wind Plots (NCDC Northeast Region)



**Figure 4-105: August Temperature Plots (NCDC Northeast Region)**



**Figure 4-106: August Humidity Plots (NCDC Northeast Region)**

### 4.4.3  August 2012 Upper Midwest Region Performance



**Figure 4-107: August Wind Plots (NCDC Upper Midwest Region)**



**Figure 4-108: August Temperature Plots (NCDC Upper Midwest Region)**



**Figure 4-109: August Humidity Plots (NCDC Upper Midwest Region)**

### 4.4.4 August 2012 Ohio Valley Region Performance



Figure 4-110: August Wind Plots (NCDC Ohio Valley Region)



**Figure 4-111: August Temperature Plots (NCDC Ohio Valley Region)**



**Figure 4-112: August Humidity Plots (NCDC Ohio Valley Region)**

### 4.4.5  August 2012 Southeast Region Performance



**Figure 4-113: August Wind Plots (NCDC Southeast Region)**



**Figure 4-114: August Temperature Plots (NCDC Southeast Region)**



**Figure 4-115: August Humidity Plots (NCDC Southeast Region)**

### 4.4.6  August 2012 South Region Performance



**Figure 4-116: August Wind Plots (NCDC South Region)**



**Figure 4-117: August Temperature Plots (NCDC South Region)**



**Figure 4-118: August Humidity Plots (NCDC South Region)**

### 4.4.7 August 2012 Southwest Region Performance



**Figure 4-119: August Wind Plots (NCDC Southwest Region)**



)

**Figure 4-120: August Temperature Plots (NCDC Southwest Region)**



**Figure 4-121: August Humidity Plots (NCDC Southwest Region)**

### 4.4.8 August 2012 Northern Rockies and Plains Region Performance



**Figure 4-122: August Wind Plots (NCDC Northern Rockies and Plains Region)**



**Figure 4-123: August Temperature Plots (NCDC Northern Rockies and Plains Region)**



**Figure 4-124: August Humidity Plots (NCDC Northern Rockies and Plains Region)**

### 4.4.9  August 2012 Northwest Region Performance



**Figure 4-125: August Wind Plots (NCDC Northwest Region)**



**Figure 4-126: August Temperature Plots (NCDC Northwest Region)**



**Figure 4-127: August Humidity Plots (NCDC Northwest Region)**

### 4.4.10  August 2012 West Region Performance



**Figure 4-128: August Wind Plots (NCDC West Region)**



**Figure 4-129: August Temperature Plots (NCDC West Region)**



**Figure 4-130: August Humidity Plots (NCDC West Region)**

## 4.5  SEPTEMBER 2012 REGIONAL PERFORMANCE EVALUATION

### 4.5.1  September 2012 Averaged Performance Metrics by ds472.0 Site



**Figure 4-131: September 2012 Mean Wind Speed Error at Each ds472.0 Monitor Location**



**Figure 4-132: September 2012 Mean Bias of Wind Speed at Each ds472.0 Monitor Location**



**Figure 4-133: September 2012 Mean Temperature Error at Each ds472.0 Monitor Location**



**Figure 4-134: September 2012 Mean Bias of Temperature at Each ds472.0 Monitor Location**



**Figure 4-135: September 2012 Mean Mixing Ratio Error at Each ds472.0 Monitor Location**



**Figure 4-136: September 2012 Mean Bias of Mixing Ratio at Each ds472.0 Monitor Location**

### 4.5.2  September 2012 Northeast Region Performance



**Figure 4-137: September Wind Plots (NCDC Northeast Region)**



**Figure 4-138: September Temperature Plots (NCDC Northeast Region)**



**Figure 4-139: September Humidity Plots (NCDC Northeast Region)**

### 4.5.3  September 2012 Upper Midwest Region Performance



**Figure 4-140: September Wind Plots (NCDC Upper Midwest Region)**



**Figure 4-141: September Temperature Plots (NCDC Upper Midwest Region)**



**Figure 4-142: September Humidity Plots (NCDC Upper Midwest Region)**

### 4.5.4  September 2012 Ohio Valley Region Performance



**Figure 4-143: September Wind Plots (NCDC Ohio Valley Region)**



Figure 4-144: September Temperature Plots (NCDC Ohio Valley Region)



Figure 4-145: September Humidity Plots (NCDC Ohio Valley Region)

### 4.5.5  September 2012 Southeast Region Performance



**Figure 4-146: September Wind Plots (NCDC Southeast Region)**



**Figure 4-147: September Temperature Plots (NCDC Southeast Region)**



**Figure 4-148: September Humidity Plots (NCDC Southeast Region)**

### 4.5.6  September 2012 South Region Performance



**Figure 4-149: September Wind Plots (NCDC South Region)**



**Figure 4-150: September Temperature Plots (NCDC South Region)**



**Figure 4-151: September Humidity Plots (NCDC South Region)**

### 4.5.7  September 2012 Southwest Region Performance



**Figure 4-152: September Wind Plots (NCDC Southwest Region)**



Figure 4-153: September Temperature Plots (NCDC Southwest Region)



Figure 4-154: September Humidity Plots (NCDC Southwest Region)

### 4.5.8  September 2012 Northern Rockies and Plains Region Performance



**Figure 4-155: September Wind Plots (NCDC Northern Rockies and Plains Region)**



**Figure 4-156: September Temperature Plots (NCDC Northern Rockies and Plains Region)**



**Figure 4-157: September Humidity Plots (NCDC Northern Rockies and Plains Region)**

### 4.5.9 September 2012 Northwest Region Performance



**Figure 4-158: September Wind Plots (NCDC Northwest Region)**



**Figure 4-159: September Temperature Plots (NCDC Northwest Region)**



**Figure 4-160: September Humidity Plots (NCDC Northwest Region)**

### 4.5.10  September 2012 West Region Performance



**Figure 4-161: September Wind Plots (NCDC West Region)**



**Figure 4-162: September Temperature Plots (NCDC West Region)**



**Figure 4-163: September Humidity Plots (NCDC West Region)**

## 4.6 CONCLUSIONS

WRF modeling of the Good Neighbor 2012 season provided consistently good regional performance across several metrics. The spatial plots of monthly averaged shortwave radiation provided additional information about regional performance in addition to traditional metrics of daily averaged wind speed, wind direction, temperature and humidity. Regional and daily differences across such a large domain long modeling episode (five months) are expected, but performance stayed within or near expected guidance. In total, this meteorology was considered suitable for input to photochemical modeling.

## 5: REFERENCES

Bullock Jr., O. R., K. Alapaty, J. Herwehe, J. Kain, 2015, A dynamically Computed Convective Time Scale for the Kain-Fritsch Convective Parameterization Scheme, Mon. Wea. Rev., 143(6), 2105-2120.

Emery, C., Tai, E., Yarwood, G., 2001, Enhanced Meteorological Modeling and Performance Evaluation for Two Texas Ozone Episodes, Final Report, TNRCC Umbrella Contract No. 582-0-31984.

2016 User's Guide Comprehensive Air Quality Model with Extensions Version 6.4, Ramboll-Environ.

Western Regional Air Partnership (WRAP) West-wide Jump-start Air Quality Modeling Study (WestJumpAQMS) Draft Final Report Ramboll-Environ and Alpine Geophysics (2013).

Willmott, C. J., Matsuura, K, 2005, Advantages of the mean absolute error (MAE) over the root mean square error (RMSE) in assessing average model performance, Clim. Res., Vol. 30: 79–82.

**APPENDIX B**

**EMISSIONS MODELING FOR THE TRANSPORT STATE
IMPLEMENTATION PLAN REVISION FOR THE 2015 EIGHT-
HOUR OZONE NATIONAL AMBIENT AIR QUALITY
STANDARD**

Project Number 2017-039-SIP-NR

Adoption
August 8, 2018

## Table of Contents

Appendix B ...........................................................................................................i
1: General Modeling Emissions Development ...............................................1
1.1 Base Case Modeling Emissions ...........................................................1
1.2 Future Year Modeling Emissions..........................................................3
2: Point Source Modeling Emissions Development ......................................4
2.1 2012 Base Case Point Source Modeling Emissions Development.............4
2.1.1 Preparation of CTM Ready Files with EPS3...................................5
2.1.2 EGU Point Sources.....................................................................6
2.1.3 Texas Non-EGU Point Sources ...................................................9
2.1.3.1 STARS ................................................................................9
2.1.3.2 Rule Effectiveness (RE) .......................................................9
2.1.3.3 Preparation of AFS Files for EPS3 Input .............................9
2.1.3.4 Speciation of Texas Non-EGU Point Sources .............................10
2.1.4 Non-EGU Point Sources Outside of Texas............................................12
2.1.4.1 CONUS Non-EGUs ..............................................................12
2.1.4.2 Offshore (Gulf of Mexico) Point Sources .....................................14
2.1.5 Non-US Point Sources ...............................................................16
2.1.5.1 Mexico ................................................................................16
2.1.5.2 Canada................................................................................18
2.1.6 Summary of 2012 Base Case Point Sources ...................................20
2.2 2023 Future Year Point Source Modeling Emissions Development ..........20
2.2.1 EGU Point Sources....................................................................21
2.2.1.1 Newly-Permitted and Retirement of EGUs ...................................22
2.2.1.2 CSAPR Update....................................................................23
2.2.2 Texas Non-EGU Point Sources ..................................................27
2.2.2.1 Cap-and-Trade Programs, Banking and Trading ........................27
2.2.2.2 Banking and Trading Credit Programs .........................................28
2.2.2.3 Modeling the Cap-and-Trade Programs...................................30
2.2.2.4 DFW Cement Kilns...............................................................31
2.2.2.5 Summary of Texas Non-EGU point Sources................................32
2.2.3 Non-EGU Point Sources Outside of Texas............................................34
2.2.3.1 CONUS Non-EGUs ..............................................................34
2.2.3.2 Offshore (Gulf of Mexico) .....................................................36
2.2.4 Non-US Point Sources ...............................................................36
2.2.4.1 Mexico and Canada ............................................................36
2.2.5 Summary of Future Year Point Source Data Files................................39
3: On-Road Mobile Source Modeling Emissions Development ................................40

3.1 On-Road Mobile Source Emissions......................................................................40

4: Non-Road, Off-road, And Area Source Modeling Emissions.................................56

4.1 Non-Road Mobile Source Emissions Overview ................................................56

4.2 Off-Road Airport Emissions Overview...........................................................66

4.3 Off-Road Locomotive Emissions Overview ....................................................72

4.4 Off-Road Commercial Marine Emissions Overview ......................................77

4.5 Area Source Emissions Overview ...................................................................83

4.6 Oil and Gas Drilling and Production Emissions Overview ..........................92

5: Biogenic Emissions Modeling.............................................................................102

5.1 Biogenic Emission Summary ........................................................................102

6: References............................................................................................................104

## List of Figures

Figure 2-1: Tile Plot of Non-Texas CONUS EGU NO$_x$ Emissions for July 18, 2012 . 7

Figure 2-2: Tile Plot of Texas EGU NO$_x$ Emissions for July 18, 2012 ....................... 8

Figure 2-3: Tile Plot of Texas OSD Non-EGU NO$_x$ Emissions for a Day in 2012 ... 11

Figure 2-4: Tile Plot of Non-Texas CONUS OSD Non-EGU NO$_x$ Emissions for a Sample Day in 2012 ........................................................................................... 13

Figure 2-5: Tile Plot of Offshore Platform NO$_x$ Emissions for a Representative Day in July 2012 ................................................................................................... 15

Figure 2-6: Tile Plot of Mexico NO$_x$ Emissions for an Average 2012 Weekday ..... 17

Figure 2-7: Tile Plot of Canadian 2010 NO$_x$ Emissions for a Weekday in 2012 .... 19

Figure 2-8: Tile Plot of FY2023 Non-Texas CONUS EGU NO$_x$ Emissions for an Episode Day ................................................................................................... 25

Figure 2-9: Tile Plot of FY2023 Texas CONUS EGU NO$_x$ Emissions for an Episode Day ................................................................................................................. 26

Figure 2-10: Tile Plot of Texas FY2023 Non-EGU NO$_x$ Emissions for an Ozone Season Day ................................................................................................... 33

Figure 2-11: Tile Plot of Non-Texas CONUS FY2023 Non-EGU NO$_x$ Emissions for an Ozone Season Day ...................................................................................... 35

Figure 2-12: Tile Plot of Mexico FY2023 NO$_x$ Emissions for an Average Weekday 37

Figure 2-13: Tile Plot of Canadian FY2023 NO$_x$ Emissions for an Average Weekday ......................................................................................................................... 38

Figure 3-1: 2012 Summer Weekday On-Road NO$_x$ Emissions Distribution ........... 52

Figure 3-2: 2012 Summer Weekday On-Road VOC Emissions Distribution .......... 53

Figure 3-3: 2023 Summer Weekday On-Road NO$_x$ Emissions Distribution ........... 54

Figure 3-4: 2023 Summer Weekday On-Road VOC Emissions Distribution .......... 55

Figure 4-1: 2012 Summer Weekday Non-Road NO$_x$ Emissions Distribution ......... 62

Figure 4-2: 2012 Summer Weekday Non-Road VOC Emissions Distribution ........ 63

Figure 4-3: 2023 Summer Weekday Non-Road NO$_x$ Emissions Distribution ......... 64

Figure 4-4: 2023 Summer Weekday Non-Road VOC Emissions Distribution ........ 65

Figure 4-5: 2012 Base Case Airport NO$_x$ Emissions Distribution ............................ 70

Figure 4-6: 2023 Future Year Airport NO$_x$ Emissions Distribution ........................ 71

Figure 4-7: 2012 Base Case Locomotive NO$_x$ Emissions Distribution .................... 75

Figure 4-8: 2023 Future Year Locomotive NO$_x$ Emissions Distribution ................ 76

Figure 4-9: 2012 Base Case Commercial Marine NO$_x$ Emissions Distribution ...... 81

Figure 4-10: 2023 Future Year Commercial Marine NO$_x$ Emissions Distribution 82

Figure 4-11: 2012 Summer Weekday Area Source NO$_x$ Emissions Distribution ... 88

Figure 4-12: 2012 Summer Weekday Area Source VOC Emissions Distribution .. 89

Figure 4-13: 2023 Summer Weekday Area Source NO$_x$ Emissions Distribution ... 90

Figure 4-14: 2023 Summer Weekday Area Source VOC Emissions Distribution .. 91

Figure 4-15: 2012 Base Case U.S. Oil and Gas Production NO$_x$ Emissions..............96
Figure 4-16: 2012 Base Case U.S. Oil and Gas Production VOC Emissions ..........97
Figure 4-17: 2023 Future Year U.S. Oil and Gas Production NO$_x$ Emissions .........98
Figure 4-18: 2023 Future Year U.S. Oil and Gas Production VOC Emissions.........99
Figure 4-19: 2012 Base Case Texas Oil and Gas Drilling Rig NO$_x$ Emissions ..... 100
Figure 4-20: 2023 Future Year Texas Oil and Gas Drilling Rig NO$_x$ Emissions.. 101
Figure 5-1: Biogenic Isoprene Emissions on June 15, 2012 for the 12 km Domain103
Figure 5-2: Modeled CAMx Isoprene Concentrations for June 15, 2012 at 15:00 CST
................................................................................................................. 104

**List of Tables**

Table 1-1: Summary of Base Case Point Source Emissions Data Sources................ 1
Table 1-2: Summary of Base Case On-Road Mobile Source Emissions Data Sources
...................................................................................................................... 2
Table 1-3: Summary of Base Case Non-Road Mobile, Area, Oil and Gas, and Biogenic
Source Emissions Data Sources............................................................. 2
Table 1-4: Summary of Future Year Point Source Emissions Data Sources ........... 3
Table 1-5: Summary of Future Year On-Road Mobile Source Emissions Data Sources
...................................................................................................................... 3
Table 1-6: Summary of Future Year Non-Road Mobile, Area, Oil and Gas, and Biogenic
Source Emissions Data Sources............................................................. 3
Table 2-1: Sources of Point Source Emissions Data ...................................................... 4
Table 2-2: GWEI Historical Platform Emissions Summary........................................14
Table 2-3: Base Case AFS Files Used for the May to September 2012 Episode.....20
Table 2-4: 2012 Base Case Emissions Summary for an Average Day in July in 2012
....................................................................................................................20
Table 2-5: Newly-Permitted EGUs (post 2016) in Texas as of December 2016.....23
Table 2-6: Modelable Bank Analysis for Future year 2023........................................29
Table 2-7: Comparison of the 2023 Modelable Bank and Predicted Growth........30
Table 2-8: 2023 Caps for MECT and HECT Cap-and-Trade Programs in Texas....30
Table 2-9: AFS Files for the 2023 Future Year............................................................39
Table 2-10: 2023 Future Year Point Source Emissions Summary for an Average Day in
July.............................................................................................................39
Table 3-1: 2012 Base Case On-Road Emissions by Geographic Area.....................40
Table 3-2: 2023 Future Year On-Road Emissions by Geographic Area ..................40
Table 3-3: 2012 Base Case Texas On-Road Emissions by Season and Day Type .41
Table 3-4: 2023 Future Year Texas On-Road Emissions by Season and Day Type41
Table 3-5: 2012 Base Case U.S On-Road Emissions by Season and Day Type ......42

Table 3-6: 2023 Future Year U.S. On-Road Emissions by Season and Day Type..42
Table 3-7: 2012 Base Case Canada On-Road Emissions by Season and Day Type43
Table 3-8: 2023 Future Year Canada On-Road Emissions by Season and Day Type43
Table 3-9: 2012 Base Case Mexico On-Road Emissions by Season and Day Type44
Table 3-10: 2023 Future Year Mexico On-Road Emissions by Season and Day Type .................................................................................................................44
Table 3-11: 2012 Texas On-Road Emissions by Fuel and Source Use Type ..........44
Table 3-12: 2023 Texas On-Road Emissions by Fuel and Source Use Type ..........45
Table 3-13: 2012 Diesel Combination Long-Haul Truck Exhaust Summary for Texas .................................................................................................................46
Table 3-14: 2023 Diesel Combination Long-Haul Truck Exhaust Summary for Texas .................................................................................................................46
Table 3-15: 2012 U.S. On-Road Emissions by Fuel and Source Use Type .............46
Table 3-16: 2023 U.S. On-Road Emissions by Fuel and Source Use Type .............47
Table 3-17: 2012 Diesel Combination Long-Haul Truck Exhaust Summary for U.S.48
Table 3-18: 2023 Diesel Combination Long-Haul Truck Exhaust Summary for U.S.48
Table 3-19: 2012 Canada On-Road Emissions by Fuel and Vehicle Type .............49
Table 3-20: 2023 Canada On-Road Emissions by Fuel and Vehicle Type .............49
Table 3-21: 2012 Mexico On-Road Emissions by Fuel and Source Use Type ........49
Table 3-22: 2023 Mexico On-Road Emissions by Fuel and Source Use Type ........50
Table 3-23: EPS3 Modules for Processing On-Road Emissions ...............................50
Table 4-1: 2012 Base Case Non-Road Emissions by Geographic Area ...................56
Table 4-2: 2023 Future Year Non-Road Emissions by Geographic Area ...............56
Table 4-3: 2012 Base Case Texas Non-Road Emissions by Day Type ....................57
Table 4-4: 2023 Future Year Texas Non-Road Emissions by Day Type ..................57
Table 4-5: Texas NONROAD Model Subsector Categories .......................................57
Table 4-6: 2012 Base Case Texas Non-Road Emissions by Aggregate SCC ...........58
Table 4-7: 2023 Future Year Texas Non-Road Emissions by Aggregate SCC ........58
Table 4-8: 2012 Base Case U.S. Non-Road Emissions by Day Type ........................59
Table 4-9: 2023 Future Year U.S. Non-Road Emissions by Day Type ....................59
Table 4-10: 2012 Base Case U.S. Non-Road Emissions by Aggregate SCC ............59
Table 4-11: 2023 Future Year U.S. Non-Road Emissions by Aggregate SCC .........60
Table 4-12: 2012 Base Case Canada Non-Road Emissions by Day Type ...............60
Table 4-13: 2023 Future Year Canada Non-Road Emissions by Day Type ...........60
Table 4-14: 2012 Base Case Mexico Non-Road Emissions by Day Type ...............61
Table 4-15: 2023 Future Year Mexico Non-Road Emissions by Day Type ...........61
Table 4-16: 2012 Base Case Airport Emissions by Geographic Area .....................66
Table 4-17: 2023 Future Year Airport Emissions by Geographic Area ..................66

Table 4-18: 2012 Base Case Emissions for Largest Texas Airports..........................66
Table 4-19: 2023 Future Year Emissions for Largest Texas Airports.....................67
Table 4-20: 2012 Base Case Texas Airport Emissions by Aggregate Category.....67
Table 4-21: 2023 Future Year Texas Airport Emissions by Aggregate Category.........68
Table 4-22: 2012 Base Case U.S. Airport Emissions by Aggregate Category.....68
Table 4-23: 2023 Future Year U.S. Airport Emissions by Aggregate Category.....68
Table 4-24: 2012 Base Case Locomotive Emissions by Geographic Area.............72
Table 4-25: 2023 Future Year Locomotive Emissions by Geographic Area...........72
Table 4-26: 2012 Base Case Texas Locomotive Emissions by Aggregate Category72
Table 4-27: 2023 Future Year Texas Locomotive Emissions by Aggregate Category ........................................................................................................................73
Table 4-28: 2012 Base Case U.S. Locomotive Emissions by Aggregate Category.73
Table 4-29: 2023 Future Year U.S. Locomotive Emissions by Aggregate Category73
Table 4-30: 2012 Base Case Commercial Marine Emissions by Geographic Area77
Table 4-31: 2023 Future Year Commercial Marine Emissions by Geographic Area77
Table 4-32: 2012 Base Case Texas Commercial Marine Emissions by Vessel Type78
Table 4-33: 2023 Future Year Texas Commercial Marine Emissions by Vessel Type ........................................................................................................................78
Table 4-34: 2012 Base Case U.S. Commercial Marine Emissions ............................79
Table 4-35: 2023 Future Year U.S. Commercial Marine Emissions.........................79
Table 4-36: 2012 Base Case Oceanic Commercial Marine Emissions ....................80
Table 4-37: 2023 Future Year Oceanic Commercial Marine Emissions.................80
Table 4-38: 2012 Base Case Area Source Emissions by Geographic Area ............83
Table 4-39: 2023 Future Year Area Source Emissions by Geographic Area..........83
Table 4-40: 2012 Base Case Texas Area Source Emissions by Aggregate SCC .....84
Table 4-41: 2023 Future Year Texas Area Source Emissions by Aggregate SCC..84
Table 4-42: 2012 Base Case Texas Area Source Emissions by Day Type ...............84
Table 4-43: 2023 Future Year Texas Area Source Emissions by Day Type...........85
Table 4-44: 2012 Base Case U.S. Area Source Emissions by Aggregate SCC .........85
Table 4-45: 2023 Future Year U.S. Area Source Emissions by Aggregate SCC......85
Table 4-46: 2012 Base Case U.S. Area Source Emissions by Day Type...................86
Table 4-47: 2023 Future Year U.S. Area Source Emissions by Day Type ...............86
Table 4-48: 2012 Base Case Canada Area Source Emissions by Day Type............86
Table 4-49: 2023 Future Year Canada Area Source Emissions by Day Type ........86
Table 4-50: 2012 Base Case Mexico Area Source Emissions by Day Type.............87
Table 4-51: 2023 Future Year Mexico Area Source Emissions by Day Type .........87
Table 4-52: 2012 Base Case Oil and Gas Production Emissions by Texas Area...92
Table 4-53: 2023 Future Year Oil and Gas Production Emissions by Texas Area93

Table 4-54: 2012 Base Case Oil and Gas Drilling Rig Emissions by Texas Area ..93
Table 4-55: 2023 Future Year Oil and Gas Drilling Rig Emissions by Texas Area94
Table 4-56: Oil and Gas Production Emissions for Non-Texas U.S. States.............94
Table 5-1:  Sample of US Daily Biogenic Emissions ................................................. 102

# 1:  GENERAL MODELING EMISSIONS DEVELOPMENT

Emissions modeling refers to the development of inputs suitable for use with a Chemical Transport Model (CTM). This appendix details the development of CTM emissions inputs by the Texas Commission on Environmental Quality (TCEQ) to support the photochemical modeling related to the Transport State Implementation Plan (SIP) revision for the 2015 Eight-hour Ozone National Ambient Air Quality Standard (2015 ozone NAAQS Transport SIP). For the 2015 ozone NAAQS Transport SIP, emission inputs for a CTM refer to the development of ozone precursor emissions inventories that are chemically speciated, temporally allocated, and spatially distributed at a grid resolution of 12 kilometers (km) for the May through September 2012 time period for both base case and future year modeling.

Emissions modeling includes preparing emissions inventories for several anthropogenic emissions source categories such as stationary point sources (electric generating units (EGU), refineries, etc.), area sources (dry cleaners, gas stations, etc.), on-road mobile sources (cars, trucks, etc.), non-road mobile sources (construction equipment, lawn mowers, etc.), and off-road mobile sources (locomotives, commercial marine, aircraft, etc.). Emissions inventories for natural emissions source categories such as biogenic sources and fires were also developed.

In this Appendix, we present details on the development of modeling emissions inventories for point sources, on-road, non-road, and off-road mobile sources, area sources, and biogenic sources.

## 1.1  BASE CASE MODELING EMISSIONS

Base case modeling refers to the replication of a historical high ozone episode to evaluate model performance. For the 2015 ozone NAAQS Transport SIP the historical modeling episode is the five-month ozone season, May through September 2012. To maximize model performance, base case emission inputs were estimated as accurately as possible. In the development of the base case modeling emissions, several quality assurance techniques were used to evaluate the reasonableness of the emission magnitudes, along with their spatial distribution and temporal profile. A summary of the primary data sources for the development of the base case modeling emissions is provided in Table 1-1: *Summary of Base Case Point Source Emissions Data Sources*, Table 1-2: *Summary of Base Case On-Road Mobile Source Emissions Data Sources*, and Table 1-3: *Summary of Base Case Non-Road Mobile, Area, Oil and Gas, and Biogenic Source Emissions Data Sources*.

**Table 1-1: Summary of Base Case Point Source Emissions Data Sources**

| Region | Data Source |
|---|---|
| Texas | 2012 State of Texas Air Reporting System (STARS) for non-EGUs |
| States Outside Texas | 2011 version 6.3 Modeling Platform from the Environmental Protection Agency (2011 EPA Modeling Platform) for non-EGUs based on 2011 version 2 National Emissions Inventory (NEI)[1] |

[1]Available at https://www.epa.gov/air-emissions-modeling/2011-version-63-platform

| Region | Data Source |
|---|---|
| All States | 2012 EPA Clean Air Markets Division (CAMD) Air Markets Program Data (AMPD) hourly data for EGUs |
| Offshore | 2011 Bureau of Ocean Energy Management (BOEM) Gulf-Wide Emission Inventory (GWEI) of platforms in the western Gulf of Mexico |
| Mexico | 2011 Mexican from 2011 EPA Modeling Platform |
| Canada | 2010 Canadian EI from 2011 EPA Modeling Platform |

**Table 1-2: Summary of Base Case On-Road Mobile Source Emissions Data Sources**

| Region | Data Source |
|---|---|
| Eight-County Houston-Galveston-Brazoria (HGB) Area | 2012 based on MOVES2014 emission rates and vehicle miles traveled (VMT) activity estimates from the local travel demand model (TDM) managed by the Houston-Galveston Area Council (H-GAC) |
| 246 Non-HGB Texas Counties | 2012 based on MOVES2014 emission rates and VMT activity estimates from the Highway Performance Monitoring System (HPMS) managed by the Texas Department of Transportation (TxDOT) |
| Non-Texas U.S. Counties | 2012 based on July default runs of the MOVES2014 model |
| Southern Canada | 2012 interpolated between 2010 and 2017 data files from the 2011 EPA modeling platform |
| Northern Mexico | 2012 interpolated between 2011 and 2023 data files from the 2011 EPA modeling platform |

**Table 1-3: Summary of Base Case Non-Road Mobile, Area, Oil and Gas, and Biogenic Source Emissions Data Sources**

| Region | Non-Road Mobile Sources | Area Sources | Oil and Gas Sources | Biogenics |
|---|---|---|---|---|
| 254 Texas Counties | 2012 runs of Texas NONROAD (TexN) model | 2011 Texas Air Emissions Repository TexAER adjusted to 2012 | Texas Railroad Commission (RRC) data and equipment-specific emission rates | Biogenic Emission Inventory System (BEIS) 3.61 |
| Non-Texas U.S. Counties | 2012 runs of National Mobile Inventory Model (NMIM) | 2011 EPA NEI adjusted to 2012 | 2011 EPA NEI adjusted 2012 | BEIS 3.61 |
| Southern Canada | 2011 EPA Modeling Platform | 2011 EPA Modeling Platform | 2011 EPA Modeling Platform | BEIS 3.61 |
| Northern Mexico | 2011 EPA Modeling Platform | 2011 EPA Modeling Platform | 2011 EPA Modeling Platform | BEIS 3.61 |

Emissions were developed for the ozone precursors nitrogen oxides ($NO_x$), Volatile Organic Compounds (VOC), and carbon monoxide (CO). The emissions inventories (EI)

were prepared for CTM input using Version 3 of the Emissions Processing System (EPS3). The CTM used for this SIP revision is the Comprehensive Air Quality Model with Extensions (CAMx), version 6.40.

## 1.2  FUTURE YEAR MODELING EMISSIONS

The future year for this SIP revision is 2023, and the emissions were estimated by applying growth projections and accounting for existing federal regulations as well as Texas state and local controls. The 2023 modeling emissions include the benefits of the Federal Tier 3 Vehicle Emission and Fuel Standards Program, the Mass Emissions Cap and Trade (MECT) Program in the eight-county HGB area, the Highly Reactive VOC Emission Cap and Trade (HECT) Program in Harris County, and the EPA's updated Cross-State Air Pollution Rule (CSAPR).

A summary of the primary data sources for the development of the future year modeling emissions is provided in Table 1-4: *Summary of Future Year Point Source Emissions Data Sources*, Table 1-5: *Summary of Future Year On-Road Mobile Source Emissions Data Sources*, and Table 1-6: *Summary of Future Year Non-Road Mobile, Area, Oil and Gas, and Biogenic Source Emissions Data Sources.*

**Table 1-4: Summary of Future Year Point Source Emissions Data Sources**

| Region | Data Source |
|---|---|
| Texas | 2015 STARS for non-EGUs |
| States Outside Texas | 2011 EPA Modeling Platform for 2023 for non-EGUs |
| All States | Eastern Regional Technical Advisory Committee (ERTAC) EGU projection model based on 2012 EPA CAMD AMPD hourly data |
| Offshore | 2011 BOEM GWEI platforms of western Gulf of Mexico |
| Mexico | 2023 Mexican EI from 2011 EPA Modeling Platform |
| Canada | 2010 Canadian EI from 2011 EPA Modeling Platform |

**Table 1-5: Summary of Future Year On-Road Mobile Source Emissions Data Sources**

| Region | Data Source |
|---|---|
| 254 Texas Counties | 2023 based on MOVES2014a emission rates and VMT activity projections of HPMS data managed by TxDOT |
| Non-Texas U.S. Counties | 2023 based on July default runs of the MOVES2014a model |
| Southern Canada | 2023 from 2011 EPA Modeling Platform |
| Northern Mexico | 2023 from 2011 EPA Modeling Platform |

**Table 1-6: Summary of Future Year Non-Road Mobile, Area, Oil and Gas, and Biogenic Source Emissions Data Sources**

| Region | Non-Road Mobile Sources | Area Sources | Oil and Gas Sources | Biogenics |
|---|---|---|---|---|
| 254 Texas Counties | TexN model | 2014 TexAER projected to 2023 | RRC data and equipment-specific emission rates | BEIS 3.61 |
| Non-Texas U.S. Counties | 2023 runs of MOVES2104a model | 2011 EPA NEI projected to 2023 | 2011 EPA NEI projected to 2023 | BEIS 3.61 |

| Region | Non-Road Mobile Sources | Area Sources | Oil and Gas Sources | Biogenics |
|---|---|---|---|---|
| Southern Canada | 2011 EPA Modeling Platform | 2011 EPA Modeling Platform | 2011 EPA Modeling Platform | BEIS 3.61 |
| Northern Mexico | 2011 EPA Modeling Platform | 2011 EPA Modeling Platform | 2011 EPA Modeling Platform | BEIS 3.61 |

## 2:  POINT SOURCE MODELING EMISSIONS DEVELOPMENT

The point source category includes large stationary sources of emissions, such as EGUs, smelters, industrial boilers, petroleum refineries, and manufacturing facilities. Point source emissions development for the 2015 ozone NAAQS Transport SIP began with the modeling emissions inventory from the HGB Attainment Demonstration (AD) SIP revision for the 2008 Eight-Hour Ozone Standard available at https://www.tceq.texas.gov/airquality/sip/hgb/hgb-latest-ozone. Point source emissions were developed for the May 1 through September 30, 2012 ozone season. The data sources for development of the point source modeling emissions are summarized in Table 2-1: *Sources of Point Source Emissions Data*. The data were compiled and formatted to generate modeling emissions inventories for the base case and the future year modeling as detailed in subsequent sections.

**Table 2-1: Sources of Point Source Emissions Data**

| Sources of Data | Calendar Year(s) Used |
|---|---|
| STARS | 2012, 2015 |
| TCEQ MECT Allocations for sources in HGB | 2023 |
| TCEQ HECT Allocations for sources in Harris County | 2023 |
| EPA CAMD AMPD for EGUs in all states | 2012, 2016 |
| EPA CSAPR Update allocations for subject EGUs | 2023 |
| Electric Reliability Council of Texas (ERCOT) Capacity, Demand, and Reserve report | 2023 |
| TCEQ Air Permits for proposed EGUs | 2023 |
| BOEM GWEI of Offshore Platforms | 2011 |
| 2011 EPA Modeling Platform | 2011, 2023 |
| Canadian EI from 2011 EPA Modeling Platform | 2010 |
| Mexican NEI and future year projection from 2011 EPA Modeling Platform | 2011, 2023 |

## 2.1  2012 BASE CASE POINT SOURCE MODELING EMISSIONS DEVELOPMENT

The following sections describe development of the base case point source modeling emissions for all portions of the domain for May through September 2012. Section 2.1.1 *EGU Point Sources* discusses emissions development for EGUs for the U.S., Section 2.1.2 *Texas Non-EGU Point Sources* discusses non-electric generating unit point sources in Texas, Section 2.1.3 *Non-EGU Point Sources Outside of Texas* discusses non-EGU point sources outside of Texas in the Continental U.S., (CONUS) and Gulf of Mexico, and Section 2.1.4 *Non-US Point Sources* discusses point sources in parts of northern Mexico and southern Canada that are part of the modeling domain.

**2.1.1  Preparation of CTM Ready Files with EPS3**

EPS3 is used to process the emissions in the AFS file into a format ready for CAMx input. CAMx inputs require that the emissions be:

- chemically speciated into groups of compounds with similar reactivity for the formation of ozone;
- temporally allocated by hour of day, day of week, etc.; and
- spatially allocated to grid cells or assigned to fixed three-dimensional locations.

The EPS3 User's Guide provides additional details for processing the point source emissions for CAMx input (Ramboll Environ, 2015). The remainder of this section discusses the specific point source emissions processing procedures.

*Chemical Speciation with EPS3*

The VOC values that are included in the AFS file are speciated into carbon bond groups for the chemical mechanism used in CAMx. The TCEQ used the sixth generation Carbon Bond (CB6) chemical mechanism, which is implemented via the EPS3 module SPCEMS (Speciate Emissions) (Yarwood et al, 2010).

*Temporal Allocation with EPS3*

EPS3 can temporally distribute emissions by month, day of the week, and hour of a specific episode when sufficient detail is available. The 2010 HGB SIP revision for the 1997 Eight-Hour Ozone standard (Available at https://www.tceq.texas.gov/assets/public/implementation/air/sip/sipdocs/2010-HGB-AD-RFP/HGB_AD_2010_archive.pdf) documentation provides detail about temporal allocation, along with examples of the cross reference and profile records.

*Spatial Allocation with EPS3*

CAMx is a three-dimensional Eulerian system in which emissions are allocated to individual grid cells. Emissions occur at or near the surface for most source categories such as area, biogenic, on-road mobile, and non-road mobile. These near-surface emissions are classified as low-level emissions and are released at the same time and mixed throughout the grid cell. Numerous point sources also fall into the low-level source category, but tall stacks such as large combustion sources, e.g., power plants, are categorized as elevated sources because their hot exhaust gases can rise several hundred meters into the atmosphere.

Low-level point sources are allocated to grid cells and merged with the other low-level source categories prior to CAMx input, whereas elevated point sources are kept at their reported X-Y locations and assumed to emit from the calculated effective plume height (above the reported stack height) of Z to better simulate physical mixing in the elevated layers of the CTM. EPS3 processing of point source emissions is divided into low-level and elevated streams. This division allows for merging of low level files, and for a better distribution of elevated emissions prior to mixing and reacting with surface emissions within CAMx. A plume cutoff height of 30 meters was chosen to divide the point sources into low-level and elevated categories to correspond to the 34-meter height of the first CAMx model layer.

**2.1.2 EGU Point Sources**

To develop base case modeling emissions for EGUs in the U.S., hourly records from the EPA's CAMD were used. Under the Clean Air Act's several cap-and-trade programs, EGUs are required to report their emissions of sulfur dioxide ($SO_2$), $NO_x$, and $CO_2$, along with other parameters such as heat input collected using Continuous Emissions Monitoring (CEM). The EPA's CAMD quality controls the reported raw hourly data and provides datasets and a query wizard on the [AMPD website](https://ampd.epa.gov/ampd/) (https://ampd.epa.gov/ampd/) for downloading the data. Missing or invalid hourly data that arise from CEM equipment problems are handled by the EPA using specific substitution criteria. Hourly data were downloaded from the EPA's AMPD website for the contiguous lower 48 states for May through September 2012. Non-emissions parameters, such as stack parameters, were obtained from STARS for Texas units, and from the 2011 NEI for non-Texas units. The TCEQ maintains STARS-to-AMPD and NEI-to-AMPD cross reference files to assist with matching units.

Hourly VOC and CO emissions for each unit were estimated by multiplying the NEI and STARS annual VOC and CO emissions by the ratio of AMPD hourly heat input to annual heat input. The hourly EGU emissions records were compiled into an AIRS Facility Subsystem (AFS) file format that can be processed with the modules of EPS3.

The AFS file format used by the TCEQ, including expanded field descriptions and options, can be found on the TCEQ modeling FTP site, [ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/hgb_sip/base_2012/point/basecase/AFS/](ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/hgb_sip/base_2012/point/basecase/AFS/). EPS3 is used to process the emissions in the AFS file into a format ready for CTM input, and is discussed in further detail in Section 2.1.1 *Preparation of CTM Ready Files with EPS3.*

Figure 2-1: *Tile Plot of Non-Texas CONUS EGU $NO_x$ Emissions for July 18, 2012* is a map of EGU $NO_x$ emissions for the non-Texas CONUS for a sample day in July, while Figure 2-2: *Tile Plot of Texas EGU $NO_x$ Emissions for July 18, 2012* shows a higher resolution map of Texas EGU $NO_x$ emissions for the same day. Reported on the tile plots are the emission totals in the lower left corner and the corresponding total diurnal profile in the lower right corner. A colored/shaded tile represents the total quantity of EGU $NO_x$ in tons per day.



**Figure 2-1: Tile Plot of Non-Texas CONUS EGU NO$_x$ Emissions for July 18, 2012**



**Figure 2-2: Tile Plot of Texas EGU NO$_x$ Emissions for July 18, 2012**

### 2.1.3  Texas Non-EGU Point Sources

Data used to create emissions modeling files for the 2012 base case for Texas non-EGUs were extracted from the TCEQ's STARS database. The following subsections describe the details of non-EGU point source emissions modeling for Texas sources.

#### 2.1.3.1  STARS

The STARS database is a repository of emissions data for all criteria pollutants from point sources in Texas. It includes approximately 2000 industrial sites whose emissions rates meet the reporting threshold specified in 30 Texas Administrative Code (TAC) §101.10 and are required to update their emissions annually. Development of the Texas point source emissions modeling files began with queries of the quality-assured data of the STARS database. The STARS modeling extract report (STARS extract) is a snapshot of Texas emissions, since regulated entities can update their information at any time. Updated modeling query reports are typically run when significant STARS updates are completed. STARS reporting requirements, guidance documents, trends, and summaries of the most recently quality assured year of reported data can be found on the TCEQ Point Source Emissions Inventory website at https://www.tceq.texas.gov/airquality/point-source-ei/psei.html.

SAS computer programming code was used to parse the STARS extract, perform various logical checks and comparisons, assign defaults for missing data, apply rule effectiveness to VOC emissions paths with control devices, remove EGUs that have AMPD data to avoid double counting of emissions, and format the data into an AFS file

The STARS extract contains four types of emission rates: annual, ozone season day (OSD), emission events (EE), and scheduled maintenance startup and shutdown (SMSS). When supplied, the OSD emissions in tons per day (tpd) are modeled, plus any EE/SMSS for the source (after conversion to tpd). If OSD is not provided by the source, an OSD is computed from the reported seasonal use percentages, operational parameters, and any EE/SMSS reported. The modeled OSD emission rate is representative of average daily emissions during the five-month ozone season, when monitored ozone concentrations are typically highest. An example of STARS extract data is available in Section 2.1.1 of Appendix B of the 2010 HGB SIP revision for the 1997 Eight-Hour Ozone Standard.

#### 2.1.3.2  Rule Effectiveness (RE)

The TCEQ applies RE to the STARS VOC emissions where relevant. The purpose is to account for the possibility that not all facilities covered by a rule are in compliance 100% of the time and that control equipment does not always operate at its assumed control efficiency. Though no longer required by the EPA, the TCEQ continues to carry them to help account for unreported VOC emissions in the state. Additional details about rule effectiveness and how it is applied are described on Page B-17 of Appendix B from the 2010 HGB SIP revision for the 1997 Eight-Hour Ozone Standard. Applying RE to the 2012 point sources adds approximately 15% more to the statewide VOC, as compared to the 2012 reported VOC total emissions from STARS.

#### 2.1.3.3  Preparation of AFS Files for EPS3 Input

The resultant OSD AFS file is in a format ready for input to EPS3. The STARS-derived AFS file for all modeled pollutants typically has more than 200,000 records. Each point

source has an emissions path, a uniquely defined combination of account, equipment (where the emissions are generated), and exhaust point (where the emissions leave the facility). For ozone modeling purposes, values for the ozone precursors of $NO_x$, VOC, and CO are retained in the AFS file for EPS3 input.

2.1.3.4  Speciation of Texas Non-EGU Point Sources

VOC emissions in STARS can be reported as individual compounds, mixtures, classes of compounds, total VOC, and unclassified VOC. The majority of records in STARS include constituent VOC emission rates, which are used to develop point-specific speciation profiles. When the composition of the VOC reported for a specific source is unknown or not fully-speciated, the default speciation profile from EPA's SPECIATE database software program (EPA, 2014b) is applied based on the source classification code (SCC). More detail on the TCEQ source-specific speciation approach is available in a paper (Thomas, 2008) presented at the 17th Annual International Emissions Inventory Conference.

Ethane and acetone, which are not VOCs by the EPA's definition, are also extracted from STARS and used to develop point-specific speciation. Ethane and acetone are included in VOC totals in tables and tile plots in subsections below because CAMx uses these compounds as CB6 lumped species categories of their own, along with all the other VOC species. Because ethane and acetone are additive to the VOC, the modeled and tabulated VOC will almost always be greater than reported VOC in STARS.

Figure 2-3: *Tile Plot of Texas OSD Non-EGU $NO_x$ Emissions for a Day in 2012* is a tile plot of the OSD (non-EGU) $NO_x$ emissions for Texas. Each modeled day of OSD emissions is identical, a typical day during the ozone season.



**Figure 2-3: Tile Plot of Texas OSD Non-EGU NO$_X$ Emissions for a Day in 2012**

### 2.1.4  Non-EGU Point Sources Outside of Texas

This section discusses the point source modeling emissions development for the following areas outside of Texas within the modeling domain:

- CONUS (non-EGUs); and
- Offshore (Gulf of Mexico);

#### 2.1.4.1  CONUS Non-EGUs

The 2012 EI for states outside of Texas was derived from the 2011 EPA Modeling Platform. The 2011 EPA Modeling Platform was not forecast to 2012 because of its proximity in time to the base case year. Records with rail and airport SCCs were removed to avoid duplicating emissions with area source categories. The temporal allocation file for SMOKE associated with the 2011 EPA Modeling Platform was converted to EPS3 format and used to create the daily and hourly varying temporal distribution of emissions for each day of the episode. The temporal file includes point and non-point source categories, and the allocations are based on SCC and county. Figure 2-4: *Tile Plot of Non-Texas CONUS OSD Non-EGU NO$_X$ Emissions for a Sample Day in* 2012 is a tile plot of the OSD (non-EGU) NO$_X$ emissions for the non-Texas CONUS. For non-Texas, non-EGU point sources, the TCEQ chooses a weekday during ozone season to represent a typical episode day, therefore emissions for each modeled day are identical.



**Figure 2-4: Tile Plot of Non-Texas CONUS OSD Non-EGU $NO_x$ Emissions for a Sample Day in 2012**

2.1.4.2  Offshore (Gulf of Mexico) Point Sources

The TCEQ obtained the 2011 GWEI, developed by Eastern Research Group (ERG) under contract to the BOEM. The GWEI is typically updated every three years. However, the 2014 GWEI was not finalized in time for inclusion in this SIP revision.

The GWEI report and data are divided into two parts, oil and gas exploration and production platform (point) sources, and non-platform (area) sources. The TCEQ did not forecast the 2011 GWEI to 2012. Emissions are provided on a monthly basis for each of the twelve months. Diurnal curves to temporalize the emissions to hourly are not available for the 2011 GWEI, so curves developed for 2008 GWEI were used, as advised in ERG's 2011 documentation. Table 2-2: *GWEI Historical Platform Emissions Summary* summarizes the annual emissions in tons per year (tpy) from offshore point sources and shows changes between 2005, 2008 and 2011. The base case offshore emissions are shown in Figure 2-5: *Tile Plot of Offshore Platform NO$_x$ Emissions for a Representative Day in July 2012.*

**Table 2-2: GWEI Historical Platform Emissions Summary**

| Year | CO (tpy) | NO$_x$ (tpy) | VOC (tpy) |
|------|----------|----------|-----------|
| 2005 | 89,813 | 82,581 | 51,241 |
| 2008 | 82,146 | 74,286 | 60,824 |
| 2011 | 70,339 | 84,128 | 54,724 |



**Figure 2-5: Tile Plot of Offshore Platform NO$_x$ Emissions for a Representative Day in July 2012**

**2.1.5  Non-US Point Sources**

This section discusses the point source modeling emissions development for the following areas outside of Texas within the rpo_12km CAMx domain:

- Mexico; and
- Canada.

<u>2.1.5.1  Mexico</u>

The TCEQ used the 2011 EPA Modeling Platform data, which were the latest data available at the time the modeling emissions were complied. The 2011 emissions were estimated by the EPA from a 2008-based Mexico NEI. The estimated annual emissions for 2011 were used for 2012 without growth, and were divided by 365 days per year to create an average day. No temporal allocation data were available, so emissions were distributed evenly across the episode, and speciation was based on SCCs. The $NO_x$ emissions for this dataset are shown in Figure 2-6: *Tile Plot of Mexico $NO_x$ Emissions for an Average 2012 Weekday*.



**Figure 2-6: Tile Plot of Mexico NO$_x$ Emissions for an Average 2012 Weekday**

2.1.5.2  Canada

The TCEQ used the 2010 Canadian EI from the 2011 EPA Modeling Platform. SCC codes representing non-road sources were removed from the point source files and assigned to the non-road source category. No temporal allocation data were used, so emissions were distributed evenly across the episode. The downloaded data were already speciated into CB05 species, which is compatible with the CAMx CB6 chemical mechanism. The $NO_x$ emissions for this dataset are shown in Figure 2-7: *Tile Plot of Canadian 2010 $NO_x$ Emissions for a Weekday in 2012.*



**Figure 2-7: Tile Plot of Canadian 2010 NO$_x$ Emissions for a Weekday in 2012**

### 2.1.6  Summary of 2012 Base Case Point Sources

The base case point source emission files processed with EPS3 are presented in Table 2-3: *Base Case AFS Files Used for the May to September 2012 Episode*. The regional AFS file for the GWEI contains monthly emissions for the year, the regional AFS file for Canada contains daily emissions that are representative for the entire year, and the regional non-EGU NEI AFS file contains annual emissions. EGU files are referred to as either "ARD" or "AMP", and non-EGU files contain "OSD" in the file name text. The Base Case point source files are available at ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/base_2012. Under the "AFS" subdirectory of this FTP structure is the AFS file format document, "AFS-EPS3-v3.docx," which provides additional details for the expanded fields in the AFS files.

**Table 2-3: Base Case AFS Files Used for the May to September 2012 Episode**

| Area | AFS Point Source Emissions File | Record Type |
|------|--------------------------------|-------------|
| Texas | afs.osd_for_2012_amp_based_on_2012v7a.v6 | Daily |
| Texas | afs.amp_01Jan_to_31Dec12_episode_all_pols_RPOlcp.v6 | Hourly |
| Non-Texas | afs.2012_USA_noTX_noEGU_v3.RPOlcp | Annual |
| Non-Texas | afs.amp_USA_Mar2Sep_episode_all_pols_RPOlcp | Hourly |
| Non-Texas | afs.gwei.2011.lcpRPO | Monthly |
| Non-Texas | afs.Mexico_2012_from_EPA2011PlatformV6.3_MexID.RPOlcp | Daily |
| Non-Texas | afs.2010CanadaCB05species.RPOlcp and afs.2010Canada_noCB05species.RPOlcp | Annual |

The files in Table 2-3 were processed by EPS3 to obtain CAMx inputs. July is a high $NO_x$ emissions month for both Texas and the U.S., and therefore a representative July day was chosen for reporting base case emission totals. Table 2-4: *2012 Base Case Emissions Summary for an Average Day in July in 2012* summarizes emissions for that day.

**Table 2-4: 2012 Base Case Emissions Summary for an Average Day in July in 2012**

| Emissions Source | Texas $NO_x$ (tpd) | Texas VOC (tpd) | CONUS Non-Texas $NO_x$ (tpd) | CONUS Non-Texas VOC (tpd) |
|------------------|--------------------|-----------------|------------------------------|---------------------------|
| Non-EGUs (OSD) | 487.4 | 485.6 | 4065.8 | 2291.2 |
| EGUs (AMPD) | 431.0 | 22.2 | 5793.4 | 93.8 |

## 2.2  2023 FUTURE YEAR POINT SOURCE MODELING EMISSIONS DEVELOPMENT

To develop the future year 2023 emissions, the most recent STARS data, year 2015, were used as the Projection Base for non-EGU projections in Texas, and data from the 2011 EPA Modeling Platform was used for non-EGUs for states outside of Texas. AMPD data from 2012 and 2016 were used for the ERTAC projection model for EGUs as described in detail in Section 2.2.1 *EGU Point Sources*.

The following sections describe development of the future year point source modeling emissions for the modeling domain for May through September 2012 episode. Section 2.2.1 *EGU Point Sources* discusses 2023 emissions development for EGUs for the U.S., Section 2.2.2 *Texas Non-EGU Point Sources* discusses non-EGU point sources in Texas, Section 2.2.3 *Non-EGU Point Sources Outside of Texas* discusses non-EGU point sources outside of Texas and Gulf of Mexico, and Section 2.2.4 *Non-US Point Sources* discusses point sources in northern Mexico and southern Canada.

## 2.2.1  EGU Point Sources

To develop the 2023 future year EGU emissions for the entire CONUS, the TCEQ used the ERTAC EGU projection model. This open source tool was introduced in 2010 as an alternative to the Integrated Planning Model (IPM) and is routinely revised and improved upon. For this SIP revision, the TCEQ ran the ERTAC Version 2.6, released in December 2016.The TCEQ has evaluated the model by running it for various scenarios, and has compared it to the TCEQ projection methods used in previous SIPs, as well as to IPM. More information on the model can be found at Mid-Atlantic Regional Air Management Association's website[2] and at EPA's ERTAC page[3].

Since the base year for this SIP revision is 2012, to preserve the temporal characteristics of meteorology, the TCEQ used 2012 AMPD hourly data as the base year for the ERTAC model as well. Version 2.6 of the model used annual growth factors from the U.S. Energy Information Administrations (EIA) Annual Energy Outlook (AEO) 2015, and peak growth factors from North American Electric Reliability Corporation (NERC) 2015. The model creates hour-specific growth rates based on several factors, such as the hourly base year generation profile for the region, and fuel/unit type. In addition to the 2012 base year data and growth factors, the model uses information compiled from 2016 AMPD, National Electric Energy Data System (NEEDS) database, the EIA Form 860[4], and state supplied information. The TCEQ periodically provides known new EGU development, controls, expansions and retirements to the ERTAC model developers for inclusion in its input files. The last update was provided on October 20, 2016 and included in Version 2.6. In addition, the TCEQ updated, where possible, certain input files to account for changes after October 20, 2016. If existing and planned future year EGUs fail to meet demand, the model creates generation deficit units (GDUs) of specific fuel/unit types in specific regions. Model output is unit level, hourly emissions of $NO_x$ and $SO_2$ for the future year. The TCEQ ensured that the ERTAC model output used in CAMx met the requirements of the CSAPR Update described in Section 2.2.1.2 *CSAPR Update.*

For the AMPD units in ERTAC, the TCEQ generated hourly emissions for $NH_3$, CO, $PM_{2.5}$ and VOC using the pollutant to heat input ratios computed from reported emissions and heat input values. For the Texas units, the pollutant to heat input ratio was computed from the 2015 STARS inventory year annual emissions, and annual heat input from 2015 CAMD. For units outside of Texas, the pollutant to heat input ratio was computed from the 2011 NEI year annual emissions, and annual heat input from

---

[2] http://www.marama.org/2013-ertac-egu-forecasting-tool-documentation

[3] https://www.epa.gov/air-emissions-inventories/eastern-regional-technical-advisory-committee-ertac-electricity-generating

[4] http://www.eia.gov/electricity/data/eia860/

2011 CAMD. The ratios were applied to the hourly 2023 heat input from the ERTAC model to calculate the hourly pollutant emissions.

## 2.2.1.1  Newly-Permitted and Retirement of EGUs

The ERTAC model developers regularly solicit state input on planned EGU activity. The TCEQ participates in this effort and, as of December 2016, provided information for the ERTAC model including individual units' disposition (i.e., operating status), new units coming online, future controls, units to be mothballed, and units to be shut down or retired. Information on new EGUs is compiled by researching and analyzing data from various sources including the ERCOT, TCEQ Air Permits, and the EIA. Information for units that began operation after the base year of 2012, and have AMPD data in 2016, is taken from the hourly AMPD data.

The TCEQ criteria for adding newly permitted units are: (1) the units are expected to be operational by the end of 2023, (2) the owners applied for, and were granted, a TCEQ air permit, and (3) the owners obtained an Interconnection Agreement (IA) from ERCOT (for those units planned within the ERCOT grid). All three of these conditions must be met for the unit(s) to be included in the future year modeling. The TCEQ assumed that units with planned retirement dates prior to the 2023 ozone season on EIA Form 860 (2015) or ERCOT's Capacity, Demand, and Reserves[5] report would be retired. All data sources were reconciled to ensure all units were included in ERTAC, and that their status as of December 2016 was modeled.

The ERTAC model requires information specific to each newly permitted unit. Although the model calculates the emissions, input parameters have a bearing on the calculations. The model requires information such as the physical location, fuel type, unit type, start date, heat input, heat rate, control methods.  The TCEQ provided all available information for each of the newly permitted EGUs to the model, and default data were used where such information was not available. The ERTAC model algorithm distributes generation for the newly-permitted EGUs based on that of existing units of similar type, region and fuel. If a similar unit does not exist, the model uses default temporal/distribution profiles.

ERCOT covers approximately 85% of the power grid in the state. For the seven years between December 2016 and December 2023, a comparative analysis was performed to verify the model meets ERCOT's projected demand in electricity, including the latest (2021) reserve margin of 19%. All new units planned by ERCOT[6] for 2023 are accounted for in the ERTAC output, and there is ample generation without the need for GDUs. The complete list of newly permitted EGUs added to the ERTAC model for Texas, sorted by county is provided as Table 2-5: *Newly-Permitted EGUs (post 2016) in Texas as of December 2016.*

---

[5] http://www.ercot.com/content/wcm/lists/96607/CapacityDemandandReserveReport-Dec2016.xlsx

[6] http://www.ercot.com/gridinfo/resource/index.html

**Table 2-5: Newly-Permitted EGUs (post 2016) in Texas as of December 2016**

| Site Name | County | Unit ID |
|---|---|---|
| Pinecrest Energy Center | Angelina | U1 |
| Pinecrest Energy Center | Angelina | U2 |
| La Paloma Energy Center | Cameron | n/a |
| La Paloma Energy Center | Cameron | n/a |
| Montana Power Station | El Paso | GT-4 |
| PH Robinson | Galveston | PHR1 |
| PH Robinson | Galveston | PHR2 |
| PH Robinson | Galveston | PHR3 |
| PH Robinson | Galveston | PHR4 |
| PH Robinson | Galveston | PHR5 |
| PH Robinson | Galveston | PHR6 |
| Friendswood Energy | Harris | 1 |
| Halyard Henderson Energy Center | Henderson | CTG1 |
| Halyard Henderson Energy Center | Henderson | CTG2 |
| Wolf Hollow 2 | Hood | CTG3 |
| Wolf Hollow 2 | Hood | CTG4 |
| Indeck Wharton Energy Center | Wharton | GT1 |
| Indeck Wharton Energy Center | Wharton | GT2 |
| Indeck Wharton Energy Center | Wharton | GT3 |
| Halyard Wharton Energy Center | Wharton | CTG1 |
| Halyard Wharton Energy Center | Wharton | CTG2 |

### 2.2.1.2  CSAPR Update

On September 7, 2016, the EPA finalized the CSAPR Update Rule to address interstate transport obligations related to the 2008 eight-hour ozone NAAQS. The CSAPR Update Rule finalized more stringent ozone season $NO_x$ emissions state budgets for 22 states (including Texas). For this SIP revision, the future emissions of sources subject to the CSAPR ozone season $NO_x$ program in Texas and other states were computed while taking into consideration the CSAPR Update Rule provisions and budgets. CSAPR specified the ozone season $NO_x$ and annual $NO_x$ and $SO_2$ emissions caps[7] for most AMPD EGUs in CSAPR states.

ERTAC version 2.6 was the latest version at the time the TCEQ modeled EGU emissions; it does not have built into it the CSAPR Update limits, although they are addressed in a later release, ERTAC version 2.7. Since CSAPR is a regional cap and trade program, the TCEQ ensured that the regional CSAPR cap, i.e., the sum of all state budgets for subject states, was met. Due to the version of ERTAC used the total projected ozone season $NO_x$ emissions from all CSAPR states was 355,252 tons which was slightly higher than the total ozone season regional CSAPR cap of 316,464 tons. The TCEQ ensured the regional cap is met by reducing the 2023 ERTAC emissions approximately 12% across all EGUs from affected states. This uniform scaling of future case emissions preserves

---

[7] http://www.epa.gov/airtransport/CSAPR/stateinfo.html#states

the shape of nationwide emissions and accounts for trading within the program. States not in CSAPR retained their 2023 future case emission projections.

The Texas EGU projections is conservative since it includes $NO_x$ emissions from several large northeast Texas units (Monticello units 1, 2, and 3; Sandow units 4, 5A, and 5B; and Big Brown units 1 and 2) that have subsequently shutdown and voided their permits. The total 2023 ozone season $NO_x$ emissions that are included equal approximately 4,885 tons (2,306.5 tons from the Monticello units; 858.9 tons from the Sandow units; and 1,719.5 tons from the Big Brown units)

Figure 2-8: *Tile Plot of FY2023 Non-Texas CONUS EGU $NO_x$ Emissions for an Episode Day* is a map of EGU $NO_x$ emissions for the contiguous 47 non-Texas U.S., and Figure 2-9: *Tile Plot of FY2023 Texas CONUS EGU $NO_x$ Emissions for an Episode Day* is a map of Texas EGU $NO_x$ emissions. Reported on the tile plots are the emission totals in the lower left corner and the corresponding total diurnal profile in the lower right corner. A colored/shaded tile represents the total quantity of EGU $NO_x$ in tons per day.



**Figure 2-8: Tile Plot of FY2023 Non-Texas CONUS EGU NO$_x$ Emissions for an Episode Day**



**Figure 2-9: Tile Plot of FY2023 Texas CONUS EGU NO$_x$ Emissions for an Episode Day**

### 2.2.2  Texas Non-EGU Point Sources

As with the base case, the future year point source emissions are separated into EGUs and non-EGUs. The Projection Base year, the year from which growth projections are made, for non-EGUs in Texas is the most current, complete, and quality control checked year of STARS emissions. For this SIP revision, this year is 2015.

The TCEQ estimated the 2023 future year emissions by starting with the 2015 Projection Base and projecting it to 2023 using growth factors developed by ERG in 2016 under contract to the TCEQ. The ERG growth factors[8] are based on county or Federal Information Processing Standard (FIPS) codes and Standard Industrial Classification (SIC) codes. The TCEQ applied growth factors to all 2015 STARS emissions paths. The ERG data provided growth factors for most of the STARS paths (uniquely identified by FIPS, plant, stack and point). In situations where there was not a FIPS/SIC growth factor, the emissions path was assigned a growth factor equal to the SIC average for the state. If there was no SIC match, the next default applied was the county (FIPS) average growth, and then the statewide average. All pollutants for a path were assigned the same growth factor. The growth factors are percentages by which the Projection Base emissions are grown (or reduced), on a county/SIC basis.

Growth factors were assigned individually to each non-EGU path that does not have a cap applied to it. In cases where the growth factor would cause emissions to exceed the cap, the cap was then the emission limit.

#### 2.2.2.1  Cap-and-Trade Programs, Banking and Trading

The TCEQ administers three cap-and-trade programs in Texas: (1) the Emissions Banking and Trading (EBT) of Allowances program (also known as the SB7 program for EGUs) for SO2 and $NO_x$ emissions, (2) the MECT program for $NO_x$ emissions, and (3) the HECT program for HRVOC emissions. Texas EGUs are subject to the federal CSAPR program, described in Section 2.2.1.2. The SB7 program, which affects EGUs, is not modeled as it is less stringent than CSAPR, and thus, is not described here.

*MECT*

The MECT program is a market based cap-and-trade program administered by the TCEQ that implements the annual $NO_x$ emission caps for applicable sources in HGB, as specified in 30 TAC §101.351. Sites with MECT-applicable point sources comply with the source category $NO_x$ emissions limits in 30 TAC Chapter 117.

The TCEQ allocates a specific amount of $NO_x$ allowances to each point source (i.e., piece of equipment) at a site (account) for each compliance year. To comply with the MECT program, each site in the MECT program should have sufficient allowances to cover the total annual $NO_x$ emissions from all its MECT sources. The TCEQ quality checks the annual reports, submitted by subject sites, to verify that the site has allowances equivalent to the total $NO_x$ emissions from the MECT points at the site. Annual allowances are distributed to each subject source, but compliance is determined at the site level. More detail about the MECT program can be found in Appendix B of the December 15, 2016 HGB AD SIP revision for the 2008 Eight-Hour

---

[8]Factors and documentation are presented on the TCEQ's webpage at
ftp://amdaftp.tceq.texas.gov/pub/EI/2012_episodes/hgb_sip/future_2017/point/

Ozone Standard available at
https://www.tceq.texas.gov/assets/public/implementation/air/sip/hgb/HGB_2016_AD
_RFP/AD_Adoption/HGB_AD_SIP_Appendix_B_Adoption.pdf.

The MECT cap of 39,866.1 tpy, or 109.22 tpd, from allocations was used in this SIP
revision. In addition to the allocation portion of the MECT cap, the MECT program
allows the use of Discrete ERCs (DERCs) and Mobile DERCs (MDERCs) to be used for
MECT compliance. To account for the possible use of DERCs and MDERCs to cover
emissions from MECT subject sources, an additional 1,242.1tpy, or 3.4 tpd, of
emissions was added to the MECT cap for a total of 41,108.2 tpy. The method used to
determine this quantity is described below in the Section 2.2.2.2 *Banking and Trading*.

Because some MECT sites sell all or a portion of their allowances each year
permanently via "stream trades," MECT source emissions were modeled using a more
spatially-realistic future year distribution, as described in Section 2.2.2.3 *Modeling the
Cap-and-Trade Programs.*

*HECT*
The HECT program is also a cap-and-trade program administered by the TCEQ. The
HECT program limits HRVOC (ethylene, propylene, butadiene, and all isomers of
butene) emissions discharged from applicable point sources in Harris County as
specified in 30 TAC §101.391. The HECT cap applies to HRVOC emissions from
sources such as flares, non-tank stacks, and cooling tower emissions.

Unlike the MECT program, the HECT cap is distributed by site (account) via annual
allocations. HECT allowances were allocated to applicable sites in proportion to the
site's level of activity, determined from each site's selection of a twelve-consecutive-
month baseline ranging from 2000 through 2004. HECT sites were given the greater of
5.0 tons of HECT allowances or the allocation from the site, determined from using the
equation listed in 30 TAC §101.394(a)(1). The HECT cap of 2,590.3 tpy, or 7.1 tpd, was
used in this SIP revision.

## 2.2.2.2  Banking and Trading Credit Programs

Emissions from non-EGUs in the nonattainment areas (NAA) of the state were
projected to 2023 using the more limiting factor of either the projected growth with
ERG growth factors, or the certified credits (ERCs, DERCS, and MDERCs) available in the
TCEQ's Emission Credit and Discrete Emission Credit Registries (EBT Credit Registry)
as described in the following paragraphs.

Major sources of emissions in NAAs cannot grow their emissions of ozone precursors,
$NO_x$ and VOC, without offsetting the emissions increases either by purchasing certified
credits from the EBT Credit Registry or by making contemporaneous period (internal)
reductions as required by the Nonattainment New Source Review (NNSR) permitting
process. Table 2-6: *Modelable Bank Analysis for Future year 2023* depicts the process
followed to determine the potential certified credits available in the EBT Credit
Registry in 2023.

**Table 2-6: Modelable Bank Analysis for Future year 2023**

| NAA | NOₓ ERCs (tpy) | VOC ERCs (tpy) | NOₓ DERCs (tons) | VOC DERCs (tons) | Modelable NOₓ Bank (tpd) | Modelable VOC Bank (tpd) |
|---|---|---|---|---|---|---|
| HGB Registry as of March 7, 2017 | 281.5 | 898.5 | 29571.4 | 1800.7 | | |
| DFW Registry as of March 7, 2017 | 66.3 | 103.5 | 4246.6 | 8.5 | | |
| HGB DERCs/MDERCs used for MECT Compliance | | | 1242.1 | | 3.4 | |
| HGB Discounted Registry | 244.8 | 781.3 | 16808.1 | 1565.8 | 0.7 ERCs 46.0 DERCs | 2.1 ERCs 4.3 DERCs |
| DFW Discounted Registry | 57.7 | 90.0 | 3692.7 | 7.4 | 0.2 ERCs 13.4 DERCs | 0.2 ERCs 0.03 DERCs |

To begin, the certified credits were first extracted from the EBT Credit Registry, which can be found on EBT's Registry webpage at http://www2.tceq.texas.gov/airperm/index.cfm?fuseaction=ebt_dpa.reg. The available ERCs and DERCs can vary over time; however, given the method by which the TCEQ models growth/projections, small changes in the amount of certified credits available are not expected to affect 2023 emission projections. For this SIP, the certified credits were extracted on March 7, 2017.

The next step was to incorporate applicable rules for offsetting and compliance. In the HGB NAA, NOₓ DERCs/MDERCs can, with certain restrictions, be used for compliance with the MECT program. Since NOₓ DERCs/MDERCs used for MECT compliance will not be available for offsetting, the appropriate amount of NOₓ DERCs/MDERCs were deducted from the total NOₓ DERCs/MDERCs that could represent growth in HGB. The amount deducted takes into consideration the 10,000-ton annual limit on the use of DERCs for MECT compliance in 30 TAC §101.356, and all the MDERCs in the registry. As Table 2-6 denotes, the HGB NOₓ DERCs/MDERCs deducted for compliance and added to the MECT cap were 3.4 tpd. In the DFW NAA, the use of NOₓ DERCS is limited to 17.0 tpd by the DERC Flow Control Rule in 30 TAC §101.376. Since the certified NOₓ DERCs in the EBT Registry at the time of this analysis (13.4 tpd) were less than the 17.0 tpd regulatory limit, the DERC Flow Control Rule did not limit the potential certified credits available in the EBT Credit Registry in 2023.

Lastly, the certified credits were discounted by the applicable Nonattainment NSR offset ratio. The remaining balance of certified credits was considered the Modelable Bank, and represents the maximum amount of emissions that could potentially be added as growth to each area in the future year from certified credits after incorporating rules for offsetting and compliance.

To determine the future year emissions for Texas non-EGUs, the Modelable Bank values in Table 2-6 were compared to the projected growth. If there were enough credits in the Modelable Bank to cover all the projected growth, then growth was allowed to

occur to the full level projected. If there were not enough credits in the Modelable Bank to cover the projected growth, then the growth was limited by the Modelable Banked credits. Historically, ERCs have been preferred for use as offsets in NNSR permitting. Therefore, it is assumed that ERCs will be used to cover as much of the projected growth as possible, with DERCs being used to cover the remaining projected growth. The resulting Modelable Bank emissions for 2023 and the predicted growth values for 2023 are depicted in Table 2-7: *Comparison of the 2023 Modelable Bank and Predicted Growth*. For the 2023 future year non-EGU $NO_x$ emissions, there were sufficient certified credits in the Modelable Bank to allow the projected growth of non-EGU point sources, while the 2023 future year VOC emissions were limited by the Modelable Bank. The 2023 predicted growth is the sum of the growth, in tons per day, as a combination of growth factors applied to the Projection Base emissions.

**Table 2-7: Comparison of the 2023 Modelable Bank and Predicted Growth**

| Area | Pollutant | 2023 Modelable Bank (tpd) | 2023 Predicted Growth (tpd) | 2023 Limiting Attribute |
|------|-----------|---------------------------|-----------------------------|-------------------------|
| HGB | $NO_x$ | 0.7 ERCs 46.0 DERCs | 2.41 | Growth |
| HGB | VOC | 2.1 ERCs 4.3 DERCs | 27.25 | Bank |
| DFW | $NO_x$ | 0.2 ERCs 13.4 DERCs | -5.39 | Growth |
| DFW | VOC | 0.2 ERCs 0.03 DERCs | -2.38 | Bank |

2.2.2.3  Modeling the Cap-and-Trade Programs

The TCEQ modeled the MECT and HECT cap-and-trade programs in 2023 by estimating the total future emissions of subject sources, taking into consideration each program's total 2023 cap, the individual trading history of subject sources, and other provisions of each program. The caps for the MECT and HECT programs used to model future year $NO_x$ and HRVOC emissions are summarized in Table 2-8: *2023 Caps for MECT and HECT Cap-and-Trade Programs in Texas*.

**Table 2-8: 2023 Caps for MECT and HECT Cap-and-Trade Programs in Texas**

| Program | Pollutant Affected | Geographical Scope of Program | 2023 Program Cap for Texas Sources (tpy) |
|---------|--------------------|-------------------------------|------------------------------------------|
| MECT | $NO_x$ | HGB Nonattainment Area | 41,108.2 |
| HECT | HRVOC | Harris County | 2,590.3 |

The spatial representation of future year emissions of the sources subject to these cap-and-trade programs is uncertain because of the trading provisions of these programs. While the total future emissions from the sources subject to each program is limited to the 2023 program cap listed in Table 2-8, the TCEQ spatially distributed the 2023 cap to sources expected to be operational in the future using historical trend analysis for

the MECT and HECT programs as detailed below. The distributed annual 2023 site emissions (tpy) were converted to future year ozone season day emissions (tpd). The distribution of the 2023 program cap described here is intended to spatially represent future year emissions for modeling purposes only and does not take the place of official allocation of allowances associated with these programs.

For MECT and HECT, the historical trend analysis used to spatially distribute the future year program caps consisted of the following steps.

1. For each site, the difference between the total reported site emissions and the site's annual allocation for each of the past compliance periods for a program was calculated. The difference was termed the "site cap gap."
2. A positive site cap gap for a compliance year indicated that the site had leftover allowances that it could potentially sell to other sites in the program (a spatial trade) or bank for future use (a temporal trade). A site with a positive cap gap is a potential "Seller" (spatial or temporal). Similarly, a site with a negative site cap gap indicated that the site purchased allowances (spatially or temporally) for compliance purposes and was termed a "Buyer." The terms Seller and Buyer are used to refer to the potential to trade and not actual trades. In each compliance year, a site is a Seller or a Buyer in each program based on the site cap gap for that program.
3. If a site was a Seller (had a positive cap gap) 80% of the time, then the site was termed to have a Seller trend. Similarly, if a site was a Buyer (negative cap gap) 80% of the time, then the site was termed to have a Buyer trend.
4. If a site exhibited a Buyer or Seller trend, and the site's behavior for the Projection Base year followed that trend, then the annual emissions for the Projection Base year were assigned as future year emissions to the site. For this SIP revision, the Projection Base year used for HECT and MECT is 2015, since this was the latest year for which MECT- and HECT-related compliance information was available from the EBT database.
5. Sites below the 80% threshold were termed as "Neither" Buyer nor Seller. For sites that did not have an identifiable trend or sites that had a trend but the behavior in the Projection Base year did not follow the identified trend, the future year site emissions were represented using future allocations of allowances.
6. To account for possible yearly variations, the assigned caps were proportionally scaled up such that total annual modeled emissions for all sources subject to these programs equaled the program's respective 2023 available caps. The available program caps for MECT and HECT are those listed in Table 2-8.

The historical trend analysis was performed individually for each program. Detailed tables with the results of the historical trend analysis for each program for this SIP revision are available at:

ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/future_2023

## 2.2.2.4  DFW Cement Kilns

$NO_x$ emissions from cement kilns located in Ellis County in the DFW NAA are limited by account-specific caps in 30 TAC §117.3123. These regulatory $NO_x$ caps were modeled as the future year $NO_x$ emissions for the kilns. The future year emissions for

all other pollutants from the kilns were determined using growth factors, as described in Section 2.2.2 *Texas Non-EGU Point Sources*.

<u>2.2.2.5  Summary of Texas Non-EGU point Sources</u>

ERG growth factors, cap-and-trade programs, and banking and trading programs were used to develop non-EGU future year emissions for Texas. The ERG growth factors were only applied to the sources that were not already otherwise limited by existing TCEQ rules or constrained by emissions caps. The HGB and DFW modelable banked emissions and growth from the ERG factors were compared on a path-by-path basis, automated with programming. Future year emissions were limited to the smaller amount. A path's share of the bank, based on its fractional emissions of the total, was added to that path's emissions to account for growth.

Figure 2-10: *Tile Plot of Texas FY2023 Non-EGU NO$_X$ Emissions for an Ozone Season Day* is a tile plot of the future year 2023 gridded low-level non-EGU NO$_X$ emissions for Texas. Each modeled day of emissions is identical, an average day during the ozone season.



**Figure 2-10: Tile Plot of Texas FY2023 Non-EGU NO$_x$ Emissions for an Ozone Season Day**

### 2.2.3  Non-EGU Point Sources Outside of Texas

This section describes the development of future year point source modeling emissions for the following areas outside of Texas but within the modeled CAMx domain:

- CONUS (non-EGUs); and
- Offshore (Gulf of Mexico);

#### 2.2.3.1  CONUS Non-EGUs

For 2023 non-EGUs for the remaining CONUS, the TCEQ used the EPA's 2023 non-IPM (non-EGU) files from the 2011 EPA Modeling Platform. The non-IPM portion of the platform consists of several emissions files including the primary point sources file containing emissions for all states, plus additional files for ethanol and biodiesel plants and cement kilns. Records with rail and airport SCCs were removed to avoid duplicating emissions with area source categories. After extracting Texas from the list, the TCEQ generated an AFS-formatted file, including all necessary and relevant modeling parameters for EPS3 processing. The associated temporal allocation file was used to create the daily temporal distribution. Summary files provided by the EPA contain individual state totals for non-EGU (non-IPM) emissions. These summaries can be found at the EPA Air Emissions Modeling FTP at ftp://ftp.epa.gov/EmisInventory/2011v6/v3platform/reports/.

Figure 2-11: *Tile Plot of Non-Texas CONUS FY2023 Non-EGU NO$_x$ Emissions for an Ozone Season Day* is a tile plot of the Future Year 2023 gridded low-level OSD (non-EGU) NO$_x$ emissions for the non-Texas CONUS. Each modeled day of OSD emissions is identical.



**Figure 2-11: Tile Plot of Non-Texas CONUS FY2023 Non-EGU NO$_x$ Emissions for an Ozone Season Day**

2.2.3.2  Offshore (Gulf of Mexico)

The TCEQ used the 2011 GWEI for the 2023 Gulf of Mexico offshore EI, the same as was used in the base case. An average day for each of the months modeled was used. Because there are no projection data for this sector of the future year EI, the 2011 GWEI was assumed to represent 2023.

**2.2.4  Non-US Point Sources**

This section describes the development of future year point source modeling emissions for the following areas outside of Texas but within the modeled CAMx domain:

- Mexico; and
- Canada.

2.2.4.1  Mexico and Canada

The TCEQ used data from the 2011 EPA Modeling Platform for 2023 for Mexico. The platform provided a 2023 case with emissions projected using ERG growth factors, and interpolated to 2023. No temporal allocation or speciation data were available, so emissions were distributed evenly across the episode, and speciation was by default SCC. The $NO_x$ emissions for this dataset are shown in Figure 2-12: *Tile Plot of Mexico FY2023 $NO_x$ Emissions for an Average Weekday.*





**Figure 2-12: Tile Plot of Mexico FY2023 NO$_x$ Emissions for an Average Weekday**

The TCEQ used the 2010 Canadian EI from the 2011 EPA Modeling Platform for 2023. The emissions were not projected, but EPA removed remaining coal fired EGUs. The $NO_x$ emissions for this dataset are shown in Figure 2-13: *Tile Plot of Canadian FY2023 $NO_x$ Emissions for an Average Weekday.*



**Figure 2-13: Tile Plot of Canadian FY2023 $NO_x$ Emissions for an Average Weekday**

## 2.2.5  Summary of Future Year Point Source Data Files

The point source emission files that were processed with EPS3 are presented in Table 2-9: *AFS Files for the 2023 Future Year.* The regional AFS file for the GWEI contains monthly emissions for the year, the regional AFS file for Canada contains daily emissions that are representative for the entire year, and the regional non-EGU NEI AFS file contains annual emissions. The 2023 Future Year point source files are available at ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/future_2023.

**Table 2-9: AFS Files for the 2023 Future Year**

| Area | AFS Point Source Emissions Dataset | Record Type |
|------|-----------------------------------|-------------|
| Texas | afs.may2023_TX_EGUs.RPOlcp | Hourly |
| Texas | afs.jun2023_TX_EGUs.RPOlcp | Hourly |
| Texas | afs.jul2023_TX_EGUs.RPOlcp | Hourly |
| Texas | afs.aug2023_TX_EGUs.RPOlcp | Hourly |
| Texas | afs.sep2023_TX_EGUs.RPOlcp | Hourly |
| Texas | afs.osd_uncontrolled_2023_growth_recs | Daily |
| Texas | afs.2023_HECT_cap_n_trade_HarrisCo_2015_basis_all_pts_v2 | Daily |
| Texas | afs.DFW_HGB_growth_with_bank_credits_v2 | Daily |
| Texas | afs.osd_mect_2023_with_2013_ERTAC_EGUs_v2 | Daily |
| Texas | afs.midlothian_kiln_2023_agreed_orders_v2 | Daily |
| Non-Texas | afs.may2023_USA_EGUs_.RPOlcp_v2 | Hourly |
| Non-Texas | afs.jun2023_USA_EGUs_.RPOlcp_v2 | Hourly |
| Non-Texas | afs.jul2023_USA_EGUs_.RPOlcp_v2 | Hourly |
| Non-Texas | afs.aug2023_USA_EGUs_.RPOlcp_v2 | Hourly |
| Non-Texas | afs.sep2023_USA_EGUs_.RPOlcp_v2 | Hourly |
| Non-Texas | afs.2023_USA_noTX_noEGU_v1.RPOlcp | Annual |
| Non-Texas | afs.gwei.2011.lcpRPO | Monthly |
| Non-Texas | afs.Mexico_2023_from_EPA2011PlatformV6.3_MexID.RPOlcp | Daily |
| Non-Texas | afs.2023CanadaCB05species_v1.RPOlcp and afs.2023Canada_noCB05species_v1.RPOlcp | Annual |

Table 2-10: *2023 Future Year Point Source Emissions Summary for an Average Day in July* summarizes the future year emissions. CAMx input VOC values may differ slightly due to chemical mechanism conversions.

**Table 2-10: 2023 Future Year Point Source Emissions Summary for an Average Day in July**

| Emissions Source | Texas NO$_x$ (tpd) | Texas VOC (tpd) | CONUS Non-Texas NOX (tpd) | CONUS Non-Texas VOC (tpd) |
|------------------|-----------|----------|----------------|----------------|
| Non-EGUs | 479.6 | 499.6 | 3395.0 | 2306.4 |
| EGUs | 395.5 | 12.7 | 3452.3 | 77.1 |

## 3: ON-ROAD MOBILE SOURCE MODELING EMISSIONS DEVELOPMENT

## 3.1 ON-ROAD MOBILE SOURCE EMISSIONS

This section provides an overview of the development of the on-road mobile source emissions inventory files that were input to the CTM for both the 2012 base case and the 2023 future year. Table 3-1: *2012 Base Case On-Road Emissions by Geographic Area* summarizes these 2012 inputs for all of Texas, the non-Texas continental U.S., and the southern Canada and northern Mexico portions of the modeling domain. Table 3-2: *2023 Future Year On-Road Emissions by Geographic Area* provides a similar summary of the 2023 future year on-road projections.

**Table 3-1: 2012 Base Case On-Road Emissions by Geographic Area**

| Geographic Area | $NO_x$ (tpd) | VOC (tpd) | CO (tpd) | SO2 (tpd) | NH3 (tpd) | PM2.5 (tpd) |
|---|---|---|---|---|---|---|
| Texas | 1,105.75 | 397.79 | 4,575.54 | 5.95 | 24.19 | 30.79 |
| Non-Texas U.S. | 15,430.23 | 6,375.82 | 67,189.78 | 77.72 | 336.75 | 381.75 |
| Southern Canada | 1,007.37 | 629.20 | 7,097.63 | 4.28 | 59.76 | 30.80 |
| Northern Mexico | 1,617.86 | 623.46 | 7,247.97 | 26.22 | 10.20 | 38.79 |
| Total | 19,161.21 | 8,026.27 | 86,110.92 | 114.17 | 430.90 | 482.13 |

**Table 3-2: 2023 Future Year On-Road Emissions by Geographic Area**

| Geographic Area | $NO_x$ (tpd) | VOC (tpd) | CO (tpd) | $SO_2$ (tpd) | $NH_3$ (tpd) | $PM_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Texas | 348.31 | 190.92 | 2,810.98 | 2.61 | 19.29 | 8.14 |
| Non-Texas U.S. | 5,195.95 | 2,243.54 | 32,141.24 | 33.07 | 217.08 | 134.96 |
| Southern Canada | 390.79 | 265.89 | 3,546.38 | 2.15 | 41.83 | 10.16 |
| Northern Mexico | 1,680.57 | 658.72 | 7,690.49 | 36.28 | 13.15 | 59.03 |
| Total | 7,615.62 | 3,359.07 | 46,189.09 | 74.11 | 291.35 | 212.29 |

The estimates in Table 3-1 and Table 3-2 represent on-road emissions for an average summer weekday. The significantly lower on-road emissions in 2023 for Texas, non-Texas U.S., and Canada are primarily the result of fleet turnover where older high-emitting vehicles are scrapped from the fleet and replaced with newer lower-emitting ones. These substantial reductions are expected to occur even after growth is projected for both the vehicle population and total miles traveled. This effect also occurs in Mexico, but on a different schedule because vehicle emission standards are usually phased in during later model years than in the U.S. and Canada.

To fully account for the variation in on-road emissions that will occur over a span of 153 episode days from May 1 through September 30, school and summer (or "non-school") season inventories were developed for the four day types of weekday (i.e., Monday through Thursday average), Friday, Saturday, and Sunday. The result is a total of eight season and day type combinations for on-road emissions estimates. Table 3-3: *2012 Base Case Texas On-Road Emissions by Season and Day Type* and Table *3-4: 2023 Future Year Texas On-Road Emissions by Season and Day Type* summarize the eight season and day type combinations for the Texas portion of the modeling domain.

**Table 3-3: 2012 Base Case Texas On-Road Emissions by Season and Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Summer Weekday | 1,105.75 | 397.79 | 4,575.54 | 5.95 | 24.19 | 30.79 |
| Summer Friday | 1,221.70 | 417.75 | 5,059.76 | 6.74 | 27.40 | 34.47 |
| Summer Saturday | 896.89 | 355.20 | 4,165.98 | 5.49 | 22.59 | 22.59 |
| Summer Sunday | 765.63 | 336.21 | 3,777.63 | 4.77 | 19.59 | 18.19 |
| School Weekday | 1,075.09 | 394.13 | 4,498.15 | 5.85 | 23.70 | 29.80 |
| School Friday | 1,192.39 | 414.27 | 4,989.18 | 6.65 | 26.98 | 33.48 |
| School Saturday | 863.82 | 350.59 | 4,063.89 | 5.35 | 21.92 | 21.56 |
| School Sunday | 728.93 | 330.69 | 3,645.77 | 4.58 | 18.72 | 17.11 |

**Table 3-4: 2023 Future Year Texas On-Road Emissions by Season and Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Summer Weekday | 348.31 | 190.92 | 2,810.98 | 2.61 | 19.29 | 8.14 |
| Summer Friday | 381.09 | 196.93 | 3,095.19 | 2.95 | 21.74 | 9.12 |
| Summer Saturday | 279.82 | 174.63 | 2,560.22 | 2.26 | 17.72 | 6.39 |
| Summer Sunday | 242.02 | 168.77 | 2,336.10 | 1.93 | 15.36 | 5.35 |
| School Weekday | 338.80 | 189.88 | 2,768.25 | 2.56 | 18.92 | 7.91 |
| School Friday | 372.51 | 196.05 | 3,063.76 | 2.90 | 21.48 | 8.90 |
| School Saturday | 270.52 | 173.42 | 2,511.50 | 2.20 | 17.30 | 6.15 |
| School Sunday | 231.35 | 167.20 | 2,264.22 | 1.85 | 14.75 | 5.08 |

On a daily basis, the summer season emissions estimates by day type are slightly higher than the school season ones. However, the morning rush hour emissions from 6-9 AM for weekdays and Fridays during the school season are higher than these same hours during the summer season. The majority of Texas public schools ended the 2011-2012 academic year on Thursday May 31, 2012, and started the 2012-2013 academic year on Monday August 27, 2012. Therefore, the on-road school season emissions estimates were applied to the 66 episode days from May 1 through May 31 and August 27 through September 30. The on-road summer emissions estimates were applied to the remaining 87 episode days from June 1 through August 26.

The on-road emission estimates for all 254 Texas counties were developed under contract by the Texas Transportation Institute (TTI). The 2012 base case inventories were developed with emission rates from the 2014 version of the Motor Vehicle Emission Simulator (MOVES2014) model, while the 2023 future year inventories were developed at a later date with the updated MOVES2014a version, available at https://www.epa.gov/moves. The 2012 on-road link-based emission estimates for the eight-county HGB area rely on VMT estimates from the TDM managed by the H-GAC. This 2012 on-road emissions inventory was originally developed to support the attainment demonstration modeling done for the December 15, 2016 HGB AD SIP revision for the 2008 Eight-Hour Ozone Standard that is available on the TCEQ Texas SIP Revisions webpage at https://www.tceq.texas.gov/airquality/sip/sipplans.html.

For the remaining 246 Texas counties, outside of eight-county HGB, 2012 on-road emissions were developed by TTI using VMT estimates from the HPMS managed by the TxDOT. For the 2023 future year, link-based inventories for HGB using VMT estimates from the H-GAC TDM were not available. Thus, the 2023 on-road emission inventories for all 254 Texas counties are based on VMT projections of historical HPMS data from TxDOT. The TTI reports documenting the development of these 2012 and 2023 on-road emission inventories are available on the TCEQ FTP site at ftp://amdaftp.tceq.texas.gov/EI/onroad/reports/.

For each combination of season and day type, TTI developed hourly on-road emission estimates that account for the temporal variation of both total VMT and the distribution of VMT by vehicle type. This approach results in on-road emission estimates for each Texas county that contain a high degree of hourly resolution for each pollutant. The results were merged for all 254 Texas counties to obtain profiles of how each on-road pollutant varies by season, day type, and hour. These hourly on-road profiles are available on the TCEQ FTP site at ftp://amdaftp.tceq.texas.gov/EI/EPS3/.

To obtain 2012 on-road emission estimates for all non-Texas U.S. counties, the TCEQ ran the MOVES2014 model in default mode to obtain July weekday daily totals for each pollutant. The temporal (TMPRL) module of EPS3 was used to apply the 2012 hourly profiles referenced above to the July weekday totals to obtain a full set of on-road emission estimates that vary by season, day type, and hour for each non-Texas U.S. county. A similar approach was taken to obtain 2023 July weekday emissions for non-Texas U.S. counties, but the MOVES2014a model was used instead since this more recent version was available at the time the work was done. The results are provided in Table 3-5: *2012 Base Case U.S On-Road Emissions by Season and Day Type* and Table 3-6: *2023 Future Year U.S. On-Road Emissions by Season and Day Type.*

**Table 3-5: 2012 Base Case U.S On-Road Emissions by Season and Day Type**

| Season and Day Type | $NO_x$ (tpd) | VOC (tpd) | CO (tpd) | $SO_2$ (tpd) | $NH_3$ (tpd) | $PM_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Summer Weekday | 15,430.23 | 6,375.82 | 67,189.78 | 77.72 | 336.75 | 381.75 |
| Summer Friday | 16,987.18 | 6,757.70 | 74,579.10 | 87.90 | 380.61 | 427.81 |
| Summer Saturday | 12,512.56 | 5,610.18 | 61,141.39 | 71.56 | 313.24 | 281.72 |
| Summer Sunday | 10,646.53 | 5,291.44 | 55,766.26 | 62.23 | 272.82 | 225.97 |
| School Weekday | 14,966.87 | 6,311.43 | 65,844.53 | 76.23 | 330.08 | 368.24 |
| School Friday | 16,678.59 | 6,693.94 | 73,235.32 | 87.13 | 373.87 | 414.08 |
| School Saturday | 12,049.68 | 5,546.43 | 59,797.60 | 70.01 | 306.51 | 267.99 |
| School Sunday | 10,183.65 | 5,163.93 | 53,750.59 | 59.90 | 259.35 | 212.23 |

**Table 3-6: 2023 Future Year U.S. On-Road Emissions by Season and Day Type**

| Season and Day Type | $NO_x$ (tpd) | VOC (tpd) | CO (tpd) | $SO_2$ (tpd) | $NH_3$ (tpd) | $PM_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Summer Weekday | 5,195.95 | 2,243.54 | 32,141.24 | 33.07 | 217.08 | 134.96 |
| Summer Friday | 5,673.31 | 2,333.21 | 35,354.51 | 37.11 | 245.40 | 151.40 |
| Summer Saturday | 4,159.57 | 2,019.13 | 29,247.78 | 28.50 | 199.79 | 106.30 |
| Summer Sunday | 3,620.09 | 1,929.39 | 26,676.53 | 24.52 | 173.73 | 89.09 |
| School Weekday | 5,040.06 | 2,221.04 | 31,497.60 | 32.47 | 212.82 | 131.48 |
| School Friday | 5,559.65 | 2,310.77 | 35,033.09 | 36.45 | 241.05 | 147.23 |

| Season and Day Type | NOₓ (tpd) | VOC (tpd) | CO (tpd) | SO₂ (tpd) | NH₃ (tpd) | PM₂.₅ (tpd) |
|---|---|---|---|---|---|---|
| School Saturday | 4,045.91 | 1,996.69 | 28,604.97 | 27.83 | 195.45 | 102.25 |
| School Sunday | 3,464.21 | 1,906.95 | 26,033.71 | 23.19 | 165.04 | 84.22 |

The TCEQ obtained on-road emission estimates for Canada from the 2011 EPA Modeling Platform, available at ftp://ftp.epa.gov/EmisInventory/2011v6/v3platform/. On-road emissions for 2010, 2017, and 2023 were available for all Canadian provinces based on analyses done with both the MOVES and MOBILE6-Canada models. The 2023 inputs for Canada were used directly, while the 2012 on-road emissions were linearly interpolated by province and vehicle type between the 2010 and 2017 data sets. Similar to the approach taken for non-Texas U.S. counties, the EPS3 TMPRL module was used to apply hourly profiles to the July weekday totals to obtain the full set of on-road emissions for Canada that vary by season, day type, and hour. These are summarized in Table 3-7: *2012 Base Case Canada On-Road Emissions by Season and Day Type* and Table 3-8: *2023 Future Year Canada On-Road Emissions by Season and Day Type*.

**Table 3-7: 2012 Base Case Canada On-Road Emissions by Season and Day Type**

| Season and Day Type | NOₓ (tpd) | VOC (tpd) | CO (tpd) | SO₂ (tpd) | NH₃ (tpd) | PM₂.₅ (tpd) |
|---|---|---|---|---|---|---|
| Summer Weekday | 1,007.37 | 629.20 | 7,097.63 | 4.28 | 59.76 | 30.80 |
| Summer Friday | 1,108.85 | 666.59 | 7,875.45 | 4.83 | 67.51 | 34.49 |
| Summer Saturday | 816.79 | 553.41 | 6,456.02 | 3.93 | 55.56 | 22.70 |
| Summer Sunday | 694.99 | 521.95 | 5,888.94 | 3.42 | 48.39 | 18.20 |
| School Weekday | 976.98 | 622.57 | 6,952.83 | 4.19 | 58.55 | 29.68 |
| School Friday | 1,088.70 | 660.29 | 7,733.48 | 4.79 | 66.31 | 33.38 |
| School Saturday | 786.57 | 547.11 | 6,314.11 | 3.85 | 54.37 | 21.59 |
| School Sunday | 664.77 | 509.37 | 5,676.12 | 3.29 | 46.00 | 17.09 |

**Table 3-8: 2023 Future Year Canada On-Road Emissions by Season and Day Type**

| Season and Day Type | NOₓ (tpd) | VOC (tpd) | CO (tpd) | SO₂ (tpd) | NH₃ (tpd) | PM₂.₅ (tpd) |
|---|---|---|---|---|---|---|
| Summer Weekday | 390.79 | 265.89 | 3,546.38 | 2.15 | 41.83 | 10.16 |
| Summer Friday | 426.65 | 276.39 | 3,899.56 | 2.41 | 47.25 | 11.38 |
| Summer Saturday | 312.85 | 239.17 | 3,225.81 | 1.85 | 38.47 | 7.95 |
| Summer Sunday | 272.30 | 228.54 | 2,942.49 | 1.59 | 33.45 | 6.65 |
| School Weekday | 379.03 | 263.10 | 3,474.05 | 2.11 | 40.98 | 9.87 |
| School Friday | 418.11 | 273.73 | 3,864.10 | 2.37 | 46.42 | 11.06 |
| School Saturday | 304.32 | 236.51 | 3,154.88 | 1.81 | 37.64 | 7.64 |
| School Sunday | 260.58 | 225.88 | 2,871.63 | 1.51 | 31.78 | 6.28 |

The TCEQ obtained on-road emission estimates for Mexico from the 2011 EPA Modeling Platform. On-road emissions for 2011 and 2023 were available for all Mexican states and municipios based on analyses done with the MOVES-Mexico model. The 2023 inputs for Mexico were used directly, while the 2012 on-road emissions were linearly interpolated by municipio and vehicle type between the 2011 and 2023 data sets. Similar to the approach taken for non-Texas U.S. counties, the EPS3 TMPRL

module was used to apply hourly profiles to the July weekday totals to obtain the full set of on-road emissions for Mexico that vary by season, day type, and hour. These are summarized in Table 3-9: *2012 Base Case Mexico On-Road Emissions by Season and Day Type* and Table *3-10: 2023 Future Year Mexico On-Road Emissions by Season and Day* Type.

**Table 3-9: 2012 Base Case Mexico On-Road Emissions by Season and Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Summer Weekday | 1,617.86 | 623.46 | 7,247.97 | 26.22 | 10.20 | 38.79 |
| Summer Friday | 1,781.34 | 660.82 | 8,044.25 | 29.65 | 11.53 | 43.50 |
| Summer Saturday | 1,312.17 | 548.61 | 6,594.83 | 24.14 | 9.49 | 28.57 |
| Summer Sunday | 1,116.30 | 517.44 | 6,015.03 | 20.99 | 8.27 | 22.95 |
| School Weekday | 1,569.29 | 617.18 | 7,102.13 | 25.71 | 10.00 | 37.49 |
| School Friday | 1,748.98 | 654.59 | 7,899.27 | 29.39 | 11.33 | 42.16 |
| School Saturday | 1,263.63 | 542.37 | 6,449.87 | 23.61 | 9.29 | 27.22 |
| School Sunday | 1,067.76 | 504.97 | 5,797.61 | 20.20 | 7.86 | 21.60 |

**Table 3-10: 2023 Future Year Mexico On-Road Emissions by Season and Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Summer Weekday | 1,680.57 | 658.72 | 7,690.49 | 36.28 | 13.15 | 59.03 |
| Summer Friday | 1,834.49 | 685.02 | 8,458.53 | 40.65 | 14.87 | 66.16 |
| Summer Saturday | 1,347.31 | 592.80 | 6,997.51 | 31.21 | 12.11 | 44.03 |
| Summer Sunday | 1,173.62 | 566.45 | 6,382.34 | 26.86 | 10.53 | 36.07 |
| School Weekday | 1,630.10 | 652.08 | 7,535.74 | 35.57 | 12.90 | 57.02 |
| School Friday | 1,798.13 | 678.43 | 8,381.62 | 39.92 | 14.61 | 64.25 |
| School Saturday | 1,310.95 | 586.21 | 6,843.70 | 30.48 | 11.84 | 42.26 |
| School Sunday | 1,123.20 | 559.86 | 6,228.54 | 25.40 | 10.00 | 33.77 |

The MOVES model categorizes all on-road vehicles into 13 source use types (SUTs), and estimates emissions for various combinations of fuel type and SUT. Texas summer weekday emission totals for the 23 combinations of gasoline and diesel SUT are summarized in Table 3-11: *2012 Texas On-Road Emissions by Fuel and Source Use Type* and Table 3-12: *2023 Texas On-Road Emissions by Fuel and Source Use Type.*

**Table 3-11: 2012 Texas On-Road Emissions by Fuel and Source Use Type**

| MOVES Fuel and Source Use Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Gasoline Passenger Car | 236.68 | 181.43 | 2,175.86 | 3.70 | 15.75 | 1.95 |
| Gasoline Passenger Truck | 159.28 | 113.51 | 1,381.65 | 1.24 | 4.64 | 0.83 |
| Gasoline Light Commercial Truck | 49.87 | 34.83 | 434.88 | 0.35 | 1.32 | 0.25 |
| Gasoline Motorcycle | 0.35 | 4.43 | 7.93 | 0.00 | 0.02 | 0.01 |
| Gasoline Motor Home | 1.25 | 0.45 | 10.80 | 0.01 | 0.01 | 0.01 |
| Gasoline School Bus | 0.05 | 0.03 | 0.58 | 0.00 | 0.00 | 0.00 |
| Gasoline Transit Bus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gasoline Refuse Truck | 1.00 | 0.39 | 11.02 | 0.01 | 0.01 | 0.01 |

| MOVES Fuel and Source Use Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Gasoline Single-Unit Long-Haul Truck | 1.42 | 0.49 | 12.44 | 0.02 | 0.03 | 0.00 |
| Gasoline Single-Unit Short-Haul Truck | 13.83 | 4.94 | 129.53 | 0.14 | 0.26 | 0.05 |
| Gasoline Combination Short-Haul Truck | 11.39 | 3.30 | 130.74 | 0.08 | 0.10 | 0.09 |
| Diesel Passenger Car | 0.82 | 0.90 | 15.45 | 0.00 | 0.01 | 0.02 |
| Diesel Passenger Truck | 5.02 | 1.63 | 20.58 | 0.00 | 0.04 | 0.20 |
| Diesel Light Commercial Truck | 11.78 | 3.51 | 36.12 | 0.01 | 0.09 | 0.58 |
| Diesel Motor Home | 5.11 | 0.85 | 2.48 | 0.00 | 0.02 | 0.32 |
| Diesel School Bus | 6.14 | 0.96 | 3.03 | 0.00 | 0.02 | 0.39 |
| Diesel Transit Bus | 2.79 | 0.21 | 1.30 | 0.00 | 0.01 | 0.15 |
| Diesel Intercity Bus | 11.76 | 0.76 | 3.65 | 0.01 | 0.02 | 0.62 |
| Diesel Refuse Truck | 4.14 | 0.25 | 1.42 | 0.00 | 0.01 | 0.21 |
| Diesel Single-Unit Short-Haul Truck | 55.45 | 7.86 | 32.34 | 0.06 | 0.43 | 2.91 |
| Diesel Single-Unit Long-Haul Truck | 5.02 | 0.75 | 3.02 | 0.01 | 0.04 | 0.27 |
| Diesel Combination Short-Haul Truck | 168.17 | 9.85 | 51.73 | 0.12 | 0.47 | 7.39 |
| Diesel Combination Long-Haul Truck | 354.42 | 26.46 | 109.01 | 0.20 | 0.88 | 14.55 |
| Total | 1,105.75 | 397.79 | 4,575.54 | 5.95 | 24.19 | 30.79 |

**Table 3-12: 2023 Texas On-Road Emissions by Fuel and Source Use Type**

| MOVES Fuel and Source Use Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Gasoline Passenger Car | 63.49 | 99.08 | 1,482.65 | 1.11 | 11.49 | 1.51 |
| Gasoline Passenger Truck | 53.45 | 54.16 | 845.00 | 0.44 | 3.96 | 0.74 |
| Gasoline Light Commercial Truck | 14.20 | 13.99 | 225.34 | 0.11 | 1.00 | 0.19 |
| Gasoline Motorcycle | 0.37 | 4.58 | 7.02 | 0.00 | 0.03 | 0.01 |
| Gasoline Motor Home | 0.29 | 0.13 | 3.60 | 0.00 | 0.01 | 0.00 |
| Gasoline School Bus | 0.03 | 0.02 | 0.60 | 0.00 | 0.00 | 0.00 |
| Gasoline Transit Bus | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Gasoline Refuse Truck | 1.04 | 0.49 | 10.33 | 0.00 | 0.01 | 0.01 |
| Gasoline Single-Unit Long-Haul Truck | 0.28 | 0.15 | 7.72 | 0.00 | 0.03 | 0.00 |
| Gasoline Single-Unit Short-Haul Truck | 2.79 | 1.66 | 84.05 | 0.05 | 0.28 | 0.04 |
| Gasoline Combination Short-Haul Truck | 2.12 | 0.69 | 27.91 | 0.03 | 0.11 | 0.05 |
| Diesel Passenger Car | 0.64 | 0.35 | 17.32 | 0.01 | 0.05 | 0.02 |
| Diesel Passenger Truck | 3.04 | 0.48 | 8.39 | 0.01 | 0.07 | 0.07 |
| Diesel Light Commercial Truck | 2.06 | 0.38 | 6.87 | 0.01 | 0.04 | 0.06 |
| Diesel Motor Home | 1.26 | 0.17 | 0.64 | 0.00 | 0.01 | 0.06 |
| Diesel School Bus | 3.12 | 0.44 | 2.36 | 0.01 | 0.03 | 0.17 |

| MOVES Fuel and Source Use Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Diesel Transit Bus | 1.49 | 0.11 | 0.93 | 0.00 | 0.01 | 0.04 |
| Diesel Intercity Bus | 1.14 | 0.07 | 0.44 | 0.00 | 0.01 | 0.05 |
| Diesel Refuse Truck | 2.17 | 0.11 | 1.03 | 0.01 | 0.02 | 0.08 |
| Diesel Single-Unit Short-Haul Truck | 14.31 | 1.06 | 12.54 | 0.11 | 0.43 | 0.29 |
| Diesel Single-Unit Long-Haul Truck | 1.18 | 0.10 | 1.11 | 0.01 | 0.04 | 0.03 |
| Diesel Combination Short-Haul Truck | 41.26 | 1.81 | 14.37 | 0.22 | 0.51 | 1.17 |
| Diesel Combination Long-Haul Truck | 138.55 | 10.88 | 50.78 | 0.47 | 1.15 | 3.56 |
| Total | 348.31 | 190.92 | 2,810.98 | 2.61 | 19.29 | 8.14 |

Included within the diesel combination long-haul truck category are emission estimates for extended idling activity, primarily from the main engine but also from vehicles equipped with auxiliary power. These summer weekday emission totals are summarized by MOVES emission process in Table 3-13: *2012 Diesel Combination Long-Haul Truck Exhaust Summary for Texas* and Table 3-14: *2023 Diesel Combination Long-Haul Truck Exhaust Summary for Texas.*

**Table 3-13: 2012 Diesel Combination Long-Haul Truck Exhaust Summary for Texas**

| Diesel Combination Long-Haul Truck Emission Process | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Running and Start Exhaust | 314.98 | 15.76 | 90.18 | 0.19 | 0.75 | 13.84 |
| Extended Idle Exhaust | 39.23 | 10.62 | 18.51 | 0.01 | 0.13 | 0.70 |
| Auxiliary Power Exhaust | 0.21 | 0.08 | 0.31 | 0.00 | 0.00 | 0.01 |
| Total | 354.42 | 26.46 | 109.01 | 0.20 | 0.88 | 14.55 |

**Table 3-14: 2023 Diesel Combination Long-Haul Truck Exhaust Summary for Texas**

| Diesel Combination Long-Haul Truck Emission Process | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Running and Start Exhaust | 103.11 | 4.36 | 31.82 | 0.45 | 1.04 | 3.31 |
| Extended Idle Exhaust | 33.96 | 6.06 | 16.76 | 0.01 | 0.12 | 0.17 |
| Auxiliary Power Exhaust | 1.49 | 0.46 | 2.20 | 0.00 | 0.00 | 0.08 |
| Total | 138.55 | 10.88 | 50.78 | 0.47 | 1.15 | 3.56 |

The non-Texas U.S. summer weekday emission totals for the 23 combinations of gasoline and diesel SUT are summarized in Table 3-15: *2012 U.S. On-Road Emissions by Fuel and Source Use Type* and Table 3-16: *2023 U.S. On-Road Emissions by Fuel and Source Use Type.*

**Table 3-15: 2012 U.S. On-Road Emissions by Fuel and Source Use Type**

| MOVES Fuel and Source Use Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Gasoline Passenger Car | 2,940.65 | 2,464.01 | 23,092.39 | 28.93 | 163.74 | 26.55 |
| Gasoline Passenger Truck | 3,661.94 | 2,299.50 | 29,282.75 | 27.85 | 115.83 | 21.53 |

| MOVES Fuel and Source Use Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Gasoline Light Commercial Truck | 821.08 | 472.88 | 6,679.98 | 6.72 | 25.51 | 4.72 |
| Gasoline Motorcycle | 59.12 | 181.99 | 1,281.42 | 0.59 | 4.02 | 1.54 |
| Gasoline Motor Home | 29.42 | 21.12 | 330.96 | 0.14 | 0.26 | 0.23 |
| Gasoline School Bus | 9.81 | 6.12 | 112.04 | 0.03 | 0.05 | 0.11 |
| Gasoline Transit Bus | 0.39 | 0.14 | 4.04 | 0.00 | 0.00 | 0.00 |
| Gasoline Refuse Truck | 2.96 | 1.11 | 30.62 | 0.02 | 0.02 | 0.03 |
| Gasoline Single-Unit Long-Haul Truck | 10.55 | 5.21 | 93.52 | 0.04 | 0.10 | 0.08 |
| Gasoline Single-Unit Short-Haul Truck | 283.42 | 146.05 | 2,907.28 | 1.67 | 3.35 | 1.88 |
| Gasoline Combination Short-Haul Truck | 0.32 | 0.19 | 4.37 | 0.00 | 0.00 | 0.00 |
| Diesel Passenger Car | 11.92 | 9.54 | 160.82 | 0.08 | 0.16 | 0.20 |
| Diesel Passenger Truck | 140.25 | 35.72 | 370.34 | 0.35 | 1.24 | 5.85 |
| Diesel Light Commercial Truck | 122.11 | 29.18 | 262.09 | 0.28 | 0.94 | 5.73 |
| Diesel Motor Home | 23.97 | 3.54 | 10.98 | 0.04 | 0.09 | 1.34 |
| Diesel School Bus | 180.97 | 24.56 | 84.84 | 0.23 | 0.51 | 10.03 |
| Diesel Transit Bus | 97.79 | 6.81 | 38.27 | 0.11 | 0.18 | 4.67 |
| Diesel Intercity Bus | 68.72 | 4.16 | 18.47 | 0.08 | 0.12 | 3.27 |
| Diesel Refuse Truck | 132.84 | 7.25 | 39.33 | 0.21 | 0.32 | 5.85 |
| Diesel Single-Unit Short-Haul Truck | 1,038.93 | 147.33 | 537.40 | 1.83 | 4.56 | 59.12 |
| Diesel Single-Unit Long-Haul Truck | 61.98 | 9.93 | 32.41 | 0.11 | 0.30 | 3.62 |
| Diesel Combination Short-Haul Truck | 1,177.02 | 65.33 | 352.68 | 1.72 | 2.70 | 50.96 |
| Diesel Combination Long-Haul Truck | 4,554.08 | 434.19 | 1,462.78 | 6.70 | 12.74 | 174.43 |
| Total | 15,430.23 | 6,375.82 | 67,189.78 | 77.72 | 336.75 | 381.75 |

## Table 3-16: 2023 U.S. On-Road Emissions by Fuel and Source Use Type

| MOVES Fuel and Source Use Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Gasoline Passenger Car | 545.16 | 833.97 | 12,527.88 | 8.79 | 93.63 | 14.50 |
| Gasoline Passenger Truck | 684.24 | 649.85 | 11,532.41 | 7.29 | 65.90 | 12.74 |
| Gasoline Light Commercial Truck | 175.61 | 159.26 | 3,016.57 | 1.81 | 16.79 | 3.20 |
| Gasoline Motorcycle | 61.34 | 177.58 | 1,135.64 | 0.23 | 5.05 | 1.65 |
| Gasoline Motor Home | 8.72 | 8.77 | 188.53 | 0.05 | 0.27 | 0.14 |
| Gasoline School Bus | 1.27 | 0.88 | 25.59 | 0.00 | 0.02 | 0.02 |
| Gasoline Transit Bus | 0.20 | 0.09 | 3.09 | 0.00 | 0.01 | 0.01 |
| Gasoline Refuse Truck | 0.39 | 0.23 | 4.44 | 0.00 | 0.00 | 0.01 |
| Gasoline Single-Unit Long-Haul Truck | 1.87 | 1.58 | 22.53 | 0.00 | 0.02 | 0.02 |
| Gasoline Single-Unit Short-Haul Truck | 82.16 | 61.16 | 1,834.76 | 0.81 | 4.75 | 1.56 |

| MOVES Fuel and Source Use Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Gasoline Combination Short-Haul Truck | 0.02 | 0.02 | 0.48 | 0.00 | 0.00 | 0.00 |
| Diesel Passenger Car | 5.47 | 2.98 | 139.87 | 0.13 | 0.39 | 0.18 |
| Diesel Passenger Truck | 55.99 | 7.73 | 132.46 | 0.36 | 1.62 | 1.32 |
| Diesel Light Commercial Truck | 37.60 | 6.08 | 107.74 | 0.23 | 0.97 | 1.01 |
| Diesel Motor Home | 13.52 | 1.70 | 7.91 | 0.06 | 0.14 | 0.57 |
| Diesel School Bus | 102.73 | 13.34 | 69.20 | 0.31 | 0.71 | 4.97 |
| Diesel Transit Bus | 40.32 | 2.82 | 17.46 | 0.13 | 0.23 | 0.85 |
| Diesel Intercity Bus | 35.08 | 2.22 | 10.62 | 0.10 | 0.16 | 1.42 |
| Diesel Refuse Truck | 39.23 | 1.79 | 16.24 | 0.26 | 0.44 | 1.28 |
| Diesel Single-Unit Short-Haul Truck | 333.36 | 33.37 | 235.70 | 2.21 | 6.08 | 11.24 |
| Diesel Single-Unit Long-Haul Truck | 23.37 | 2.50 | 15.71 | 0.17 | 0.51 | 0.79 |
| Diesel Combination Short-Haul Truck | 381.37 | 18.05 | 143.35 | 2.47 | 4.25 | 11.83 |
| Diesel Combination Long-Haul Truck | 2,566.91 | 257.57 | 953.03 | 7.65 | 15.15 | 65.66 |
| Total | 5,195.95 | 2,243.54 | 32,141.24 | 33.07 | 217.08 | 134.96 |

The diesel combination long-haul truck summer weekday emissions by MOVES emission process are summarized in Table 3-17: *2012 Diesel Combination Long-Haul Truck Exhaust Summary for U.S.* and Table 3-18: *2023 Diesel Combination Long-Haul Truck Exhaust Summary for U.S.*

**Table 3-17: 2012 Diesel Combination Long-Haul Truck Exhaust Summary for U.S.**

| Diesel Combination Long-Haul Truck Emission Process | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Running and Start Exhaust | 3,548.71 | 194.34 | 1,015.19 | 6.31 | 9.68 | 158.25 |
| Extended Idle Exhaust | 998.63 | 237.58 | 438.25 | 0.38 | 3.06 | 15.83 |
| Auxiliary Power Exhaust | 6.74 | 2.27 | 9.34 | 0.00 | 0.00 | 0.35 |
| Total | 4,554.08 | 434.19 | 1,462.78 | 6.70 | 12.74 | 174.43 |

**Table 3-18: 2023 Diesel Combination Long-Haul Truck Exhaust Summary for U.S.**

| Diesel Combination Long-Haul Truck Emission Process | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Running and Start Exhaust | 1,557.67 | 75.55 | 460.40 | 7.24 | 12.03 | 57.53 |
| Extended Idle Exhaust | 970.54 | 171.26 | 441.15 | 0.38 | 3.12 | 6.18 |
| Auxiliary Power Exhaust | 38.71 | 10.77 | 51.48 | 0.03 | 0.00 | 1.95 |
| Total | 2,566.91 | 257.57 | 953.03 | 7.65 | 15.15 | 65.66 |

The Canada on-road emissions available from the 2011 EPA Modeling Platform categorize the fleet into seven combinations of fuel and vehicle type. These summer weekday on-road emissions are summarized in Table 3-19: *2012 Canada On-Road Emissions by Fuel and Vehicle Type* and *Table 3-20: 2023 Canada* On-Road *Emissions by Fuel and Vehicle Type.*

**Table 3-19: 2012 Canada On-Road Emissions by Fuel and Vehicle Type**

| Canada Fuel and Vehicle Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Gasoline Light-Duty Vehicle | 171.53 | 250.24 | 3,089.40 | 1.64 | 32.75 | 1.28 |
| Gasoline Light-Duty Truck | 193.22 | 232.25 | 3,109.01 | 1.71 | 24.72 | 1.23 |
| Gasoline Heavy-Duty Vehicle | 64.23 | 74.23 | 573.38 | 0.22 | 0.25 | 0.72 |
| Gasoline Motorcycle | 7.02 | 18.34 | 107.23 | 0.02 | 0.08 | 0.10 |
| Diesel Light-Duty Vehicle | 2.37 | 0.80 | 4.02 | 0.01 | 0.05 | 0.21 |
| Diesel Light-Duty Truck | 9.98 | 4.78 | 8.89 | 0.05 | 0.09 | 0.71 |
| Diesel Heavy-Duty Vehicle | 559.01 | 48.55 | 205.69 | 0.64 | 1.83 | 26.55 |
| Total | 1,007.37 | 629.20 | 7,097.63 | 4.28 | 59.76 | 30.80 |

**Table 3-20: 2023 Canada On-Road Emissions by Fuel and Vehicle Type**

| Canada Fuel and Vehicle Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Gasoline Light-Duty Vehicle | 45.19 | 108.98 | 1,659.34 | 0.57 | 21.32 | 0.60 |
| Gasoline Light-Duty Truck | 49.53 | 84.01 | 1,382.80 | 0.59 | 17.21 | 0.66 |
| Gasoline Heavy-Duty Vehicle | 16.46 | 26.85 | 255.02 | 0.08 | 0.17 | 0.39 |
| Gasoline Motorcycle | 6.86 | 17.39 | 87.94 | 0.01 | 0.10 | 0.09 |
| Diesel Light-Duty Vehicle | 1.80 | 0.46 | 4.19 | 0.04 | 0.20 | 0.22 |
| Diesel Light-Duty Truck | 4.75 | 2.53 | 6.51 | 0.06 | 0.13 | 0.21 |
| Diesel Heavy-Duty Vehicle | 266.19 | 25.67 | 150.58 | 0.81 | 2.70 | 7.99 |
| Total | 390.79 | 265.89 | 3,546.38 | 2.15 | 41.83 | 10.16 |

The Mexico on-road emissions available from the 2011 EPA Modeling Platform categorize the fleet into 15 combinations of fuel and MOVES SUT. These summer weekday on-road emissions are summarized in Table 3-21: *2012 Mexico On-Road Emissions by Fuel and Source Use Type* and Table 3-22: *2023 Mexico On-Road Emissions by Fuel and Source Use Type*

**Table 3-21: 2012 Mexico On-Road Emissions by Fuel and Source Use Type**

| MOVES Fuel and Source Use Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Gasoline Passenger Car | 458.53 | 265.29 | 2,921.68 | 8.68 | 4.34 | 3.15 |
| Gasoline Passenger Truck | 510.81 | 244.42 | 3,050.97 | 8.96 | 3.60 | 3.18 |
| Gasoline Light-Commercial Truck | 17.66 | 8.67 | 106.27 | 0.31 | 0.13 | 0.11 |
| Gasoline Motorcycle | 27.21 | 55.75 | 647.77 | 1.47 | 1.10 | 0.48 |
| Gasoline Transit Bus | 16.69 | 9.57 | 172.13 | 0.53 | 0.09 | 0.46 |
| Gasoline Single-Unit Short-Haul Truck | 22.86 | 11.84 | 186.66 | 0.77 | 0.18 | 0.22 |
| Gasoline Single-Unit Long-Haul Truck | 1.26 | 0.61 | 9.14 | 0.04 | 0.01 | 0.01 |
| Diesel Passenger Car | 0.20 | 0.09 | 1.47 | 0.00 | 0.00 | 0.00 |
| Diesel Passenger Truck | 2.81 | 0.75 | 9.33 | 0.04 | 0.01 | 0.14 |
| Diesel Light-Commercial Truck | 0.10 | 0.02 | 0.25 | 0.00 | 0.00 | 0.01 |
| Diesel Transit Bus | 73.16 | 3.38 | 21.58 | 0.58 | 0.07 | 4.09 |

| MOVES Fuel and Source Use Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Diesel Single-Unit Short-Haul Truck | 87.73 | 8.27 | 28.81 | 0.93 | 0.18 | 6.25 |
| Diesel Single-Unit Long-Haul Truck | 4.83 | 0.48 | 1.63 | 0.05 | 0.01 | 0.37 |
| Diesel Combination Short-Haul Truck | 110.92 | 4.41 | 25.61 | 1.12 | 0.14 | 5.53 |
| Diesel Combination Long-Haul Truck | 283.10 | 9.91 | 64.78 | 2.74 | 0.33 | 14.80 |
| Total | 1,617.86 | 623.46 | 7,247.97 | 26.22 | 10.20 | 38.79 |

**Table 3-22: 2023 Mexico On-Road Emissions by Fuel and Source Use Type**

| MOVES Fuel and Source Use Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Gasoline Passenger Car | 527.53 | 290.71 | 2,945.23 | 12.37 | 5.08 | 2.06 |
| Gasoline Passenger Truck | 572.23 | 242.36 | 3,220.03 | 11.93 | 4.32 | 1.90 |
| Gasoline Light-Commercial Truck | 19.95 | 8.67 | 114.22 | 0.41 | 0.15 | 0.07 |
| Gasoline Motorcycle | 38.80 | 67.77 | 778.38 | 2.22 | 2.06 | 0.71 |
| Gasoline Transit Bus | 20.79 | 12.12 | 210.07 | 0.78 | 0.13 | 0.29 |
| Gasoline Single-Unit Short-Haul Truck | 31.19 | 15.27 | 254.93 | 1.10 | 0.27 | 0.15 |
| Gasoline Single-Unit Long-Haul Truck | 1.71 | 0.80 | 13.01 | 0.06 | 0.02 | 0.01 |
| Diesel Passenger Car | 0.21 | 0.06 | 1.29 | 0.00 | 0.00 | 0.00 |
| Diesel Passenger Truck | 3.31 | 0.47 | 7.11 | 0.06 | 0.02 | 0.28 |
| Diesel Light-Commercial Truck | 0.11 | 0.02 | 0.25 | 0.00 | 0.00 | 0.01 |
| Diesel Transit Bus | 70.18 | 3.21 | 23.35 | 0.82 | 0.11 | 6.15 |
| Diesel Single-Unit Short-Haul Truck | 80.25 | 5.69 | 35.12 | 1.26 | 0.27 | 12.76 |
| Diesel Single-Unit Long-Haul Truck | 4.58 | 0.35 | 1.98 | 0.07 | 0.02 | 0.77 |
| Diesel Combination Short-Haul Truck | 85.79 | 3.22 | 24.81 | 1.52 | 0.21 | 9.83 |
| Diesel Combination Long-Haul Truck | 223.95 | 8.00 | 60.69 | 3.68 | 0.49 | 24.05 |
| Total | 1,680.57 | 658.72 | 7,690.49 | 36.28 | 13.15 | 59.03 |

The on-road emissions inventory data provided by TTI were prepared for input to the CTM using EPS3. When input to EPS3, the inventory data are in a readable text-based format. However, the emissions data are maintained in a binary format within EPS3. Table 3-23: *EPS3 Modules for Processing On-Road Emissions* summarizes the EPS3 modules that were used to process the on-road inventories.

**Table 3-23: EPS3 Modules for Processing On-Road Emissions**

| EPS3 Module | Description |
|---|---|
| LBASE | Spatially allocate link-based emissions among grid cells. |

| EPS3 Module | Description |
|---|---|
| PREAM | Prepare non-link "roadway type" emissions for further processing. |
| PREPNT | Prepare stationary extended idling emissions for further processing. |
| CNTLEM | Apply controls to model strategies, apply adjustments, etc. |
| TMPRL | Apply temporal profiles to extended idling emissions. |
| SPCEMS | Chemically speciate VOC emissions into olefins, paraffins, etc. |
| GRDEM | Sum emissions by grid cell for CTM input. |
| MRGUAM | Merge and adjust multiple gridded files for CTM input. |

The complete EPS3 on-road processing streams for 2012 and 2023 are available on the TCEQ FTP site at ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/base_2012/onroad/ and ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/future_2023/onroad/, respectively. Within each geographic area sub-directory, all of the EPS3 input, output, and message files are provided. Various run scripts and reference files needed for processing the on-road emissions are available at ftp://amdaftp.tceq.texas.gov/EI/EPS3/. Additional detail about the contents of the emission inventory directories are summarized at ftp://amdaftp.tceq.texas.gov/EI/0ReadMe_EI_Files.txt.

The following pages contain graphical plots of the spatial and temporal distribution of 2012 and 2023 on-road summer weekday $NO_x$ and VOC emissions for the entire modeling domain at a resolution of 12 km. These plots are respectively entitled Figure 3-1: *2012 Summer Weekday On-Road $NO_x$ Emissions Distribution*, Figure 3-2: *2012 Summer Weekday On-Road VOC Emissions Distribution*, Figure 3-3: *2023 Summer Weekday On-Road $NO_x$ Emissions Distribution*, and Figure 3-4: *2023 Summer Weekday On-Road VOC Emissions Distribution.*



**Figure 3-1: 2012 Summer Weekday On-Road NO$_x$ Emissions Distribution**



**Figure 3-2: 2012 Summer Weekday On-Road VOC Emissions Distribution**



**Figure 3-3: 2023 Summer Weekday On-Road NO$_x$ Emissions Distribution**



**Figure 3-4: 2023 Summer Weekday On-Road VOC Emissions Distribution**

## 4: NON-ROAD, OFF-ROAD, AND AREA SOURCE MODELING EMISSIONS

### 4.1 NON-ROAD MOBILE SOURCE EMISSIONS OVERVIEW

This section provides an overview of the non-road mobile source emissions that were input to the CTM for both the 2012 base case and the 2023 future year. Table 4-1: *2012 Base Case Non-Road Emissions by Geographic Area* summarizes these 2012 inputs for all of Texas, the non-Texas continental U.S., and the southern Canada and northern Mexico portions of the modeling domain. Table 4-2: *2023 Future Year Non-Road Emissions by Geographic Area* provides a similar summary of the 2023 future year non-road projections.

**Table 4-1: 2012 Base Case Non-Road Emissions by Geographic Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Texas | 448.76 | 276.63 | 2,676.11 | 1.46 | 2.29 | 40.27 |
| Non-Texas U.S. | 5,239.39 | 5,718.09 | 49,079.69 | 7.22 | 6.86 | 501.44 |
| Southern Canada | 1,034.80 | 609.16 | 8,398.16 | 1.67 | 1.11 | 93.37 |
| Northern Mexico | 248.26 | 40.58 | 169.76 | 3.25 | 0.03 | 41.22 |
| Total | 6,971.21 | 6,644.46 | 60,323.72 | 13.60 | 10.29 | 676.30 |

**Table 4-2: 2023 Future Year Non-Road Emissions by Geographic Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Texas | 194.71 | 177.60 | 2,489.11 | 0.62 | 2.13 | 13.69 |
| Non-Texas U.S. | 3,090.00 | 2,774.05 | 44,912.90 | 5.66 | 8.91 | 297.86 |
| Southern Canada | 565.96 | 430.63 | 8,669.92 | 1.09 | 1.43 | 44.67 |
| Northern Mexico | 261.92 | 41.72 | 175.10 | 3.41 | 0.02 | 42.52 |
| Total | 4,112.59 | 3,424.00 | 56,247.03 | 10.78 | 12.49 | 398.74 |

The estimates in Table 4-1 and Table 4-2 represent non-road emissions for an average ozone season weekday. The significantly lower non-road emissions in 2023 for Texas, non-Texas U.S., and Canada are primarily the result of fleet turnover where older high-emitting types of equipment are scrapped from the fleet and replaced with newer lower-emitting ones that meet more stringent emission standards. These substantial reductions are expected to occur even after growth is projected for both the equipment population and overall hours of operation.

The activity levels for different non-road equipment varies between weekday and weekend day types. For example, commercial construction equipment is more commonly used on weekdays than weekends. Conversely, recreational boats are more commonly used on weekends than on weekdays. The EPS3 TMPRL module was used to adjust the average weekday emissions by equipment type for creating Saturday and Sunday day types. Within each day type, TMPRL also allocates daily totals to each hour. Table 4-3: *2012 Base Case Texas Non-Road Emissions by Day Type* and Table 4-4: *2023 Future Year Texas Non-Road Emissions by Day Type* summarize the daily variation in non-road emissions for the Texas portion of the modeling domain.

**Table 4-3: 2012 Base Case Texas Non-Road Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 448.76 | 276.63 | 2,676.11 | 1.46 | 2.29 | 40.27 |
| Saturday | 396.15 | 589.61 | 4,051.30 | 1.34 | 2.03 | 36.23 |
| Sunday | 354.17 | 559.35 | 3,622.76 | 1.20 | 1.68 | 32.78 |

**Table 4-4: 2023 Future Year Texas Non-Road Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 194.71 | 177.60 | 2,489.11 | 0.62 | 2.13 | 13.69 |
| Saturday | 180.74 | 320.77 | 3,802.65 | 0.56 | 1.91 | 12.46 |
| Sunday | 161.12 | 300.70 | 3,424.48 | 0.49 | 1.57 | 11.03 |

The non-road emission estimates for all 254 Texas counties were developed by the TCEQ using a customized version of EPA's NONROAD model called Texas NONROAD (TexN). NONROAD is available at https://www.epa.gov/moves/nonroad-model-nonroad-engines-equipment-and-vehicles, and TexN is available at ftp://amdaftp.tceq.texas.gov/EI/nonroad/TexN/. For each county specified in a TexN scenario, 25 separate runs of the NONROAD model are performed for the non-road categories outlined in Table 4-5: *Texas NONROAD Model Subsector Categories.* Runs 1 through 25 (excluding 24) are for specific diesel construction equipment (DCE) categories, while the numeric code of '0' is for all non-DCE categories.

**Table 4-5: Texas NONROAD Model Subsector Categories**

| Numeric Code | NONROAD Model Subsector Description (Diesel Construction Equipment for 1-24) |
|---|---|
| 0 | Other - Non-Diesel Construction Equipment |
| 1 | DCE - Agricultural Activities |
| 2 | DCE - Boring and Drilling Equipment |
| 3 | DCE - Brick and Stone Operations |
| 4 | DCE - City and County Road Construction |
| 5 | DCE - Commercial Construction |
| 6 | DCE - Concrete Operations |
| 7 | DCE - County-Owned Construction Equipment |
| 8 | DCE – Cranes |
| 9 | DCE - Heavy Highway Construction |
| 10 | DCE - Landfill Operations |
| 11 | DCE - Landscaping Activities |
| 12 | DCE - Manufacturing Operations |
| 13 | DCE - Municipal-Owned Construction Equipment |
| 14 | DCE - Transportation/Sales/Services |
| 15 | DCE - Residential Construction |
| 16 | DCE - Rough Terrain Forklifts |
| 17 | DCE - Scrap/Recycling Operations |

| Numeric Code | NONROAD Model Subsector Description (Diesel Construction Equipment for 1-24) |
|---|---|
| 18 | DCE - Skid Steer Loaders |
| 19 | DCE - Special Trades Construction |
| 20 | DCE - Trenchers |
| 21 | DCE - TxDOT Construction Equipment |
| 22 | DCE - Utility Construction |
| 23 | DCE - Mining and Quarry Operation |
| 25 | DCE - Off-Road Tractors, Miscellaneous, and Equipment Under 25 Horsepower |

2012 and 2023 summer weekday scenarios were run with the TexN model for all 254 Texas counties. The 25 DCE subcategories for the 254 counties resulted in a total of 6,350 NONROAD model runs for each calendar year. The Texas non-road emissions inventory includes 195 different types of equipment referenced by a unique SCC. The 254-county total non-road emissions are reported by nine aggregated SCC groups in Table 4-6: *2012 Base Case Texas Non-Road Emissions by Aggregate SCC* and *Table 4-7: 2023 Future Year Texas Non-Road Emissions by* Aggregate SCC.

**Table 4-6: 2012 Base Case Texas Non-Road Emissions by Aggregate SCC**

| Aggregate Non-Road SCC Description | $NO_x$ (tpd) | VOC (tpd) | CO (tpd) | $SO_2$ (tpd) | $NH_3$ (tpd) | $PM_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Agricultural Equipment | 237.18 | 24.61 | 241.55 | 0.77 | 0.48 | 20.19 |
| Construction & Mining Equipment | 121.48 | 21.11 | 202.10 | 0.38 | 0.07 | 12.42 |
| Industrial Equipment | 50.57 | 10.74 | 213.23 | 0.15 | 1.07 | 2.01 |
| Commercial Equipment | 23.59 | 33.67 | 801.06 | 0.08 | 0.60 | 1.99 |
| Lawn & Garden Equipment | 7.13 | 57.04 | 738.38 | 0.04 | 0.04 | 1.79 |
| Pleasure Craft | 4.90 | 54.14 | 174.64 | 0.02 | 0.01 | 0.38 |
| Recreational Equipment | 1.96 | 74.06 | 293.02 | 0.02 | 0.02 | 1.23 |
| Logging Equipment | 1.20 | 1.13 | 11.54 | 0.01 | 0.00 | 0.17 |
| Railroad Equipment | 0.74 | 0.13 | 0.60 | 0.00 | 0.00 | 0.09 |
| Total | 448.76 | 276.63 | 2,676.11 | 1.46 | 2.29 | 40.27 |

**Table 4-7: 2023 Future Year Texas Non-Road Emissions by Aggregate SCC**

| Aggregate Non-Road SCC Description | $NO_x$ (tpd) | VOC (tpd) | CO (tpd) | $SO_2$ (tpd) | $NH_3$ (tpd) | $PM_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Agricultural Equipment | 86.04 | 17.39 | 141.02 | 0.27 | 0.54 | 4.48 |
| Construction & Mining Equipment | 57.82 | 15.98 | 149.43 | 0.15 | 0.10 | 4.37 |
| Industrial Equipment | 22.25 | 2.77 | 57.54 | 0.12 | 0.99 | 0.65 |
| Commercial Equipment | 16.26 | 27.23 | 914.96 | 0.04 | 0.39 | 1.28 |
| Lawn & Garden Equipment | 5.31 | 47.50 | 773.84 | 0.02 | 0.06 | 2.01 |
| Pleasure Craft | 4.61 | 21.61 | 138.41 | 0.01 | 0.02 | 0.11 |
| Recreational Equipment | 1.82 | 43.76 | 300.84 | 0.01 | 0.02 | 0.65 |
| Railroad Equipment | 0.43 | 0.08 | 0.31 | 0.00 | 0.00 | 0.05 |
| Logging Equipment | 0.17 | 1.28 | 12.76 | 0.00 | 0.00 | 0.09 |
| Total | 194.71 | 177.60 | 2,489.11 | 0.62 | 2.13 | 13.69 |

To obtain 2012 non-road emission estimates for all non-Texas U.S. counties, the TCEQ ran the EPA's National Mobile Inventory Model (NMIM) in default mode to obtain summer weekday daily totals for each pollutant. NMIM is available at https://www.epa.gov/moves/national-mobile-inventory-model-nmim. For the 2023 future year, the TCEQ ran the EPA's MOVES2014a model in default mode to obtain summer weekday totals for each pollutant. At the time the 2012 non-road emission estimates were developed, the MOVES model had not yet included the capability to estimate non-road emissions. The non-road emissions estimation functionality of NMIM and MOVES is similar because both run the same FORTRAN-based NONROAD model under the "umbrella" of a graphical user interface (GUI).

The EPS3 TMPRL module was used to apply the Saturday and Sunday profiles referenced above to the summer weekday totals to obtain a full set of non-road emission estimates that vary by day type and hour for each non-Texas U.S. county. The results are provided in Table 4-8: *2012 Base Case U.S. Non-Road Emissions by Day Type* and Table 4-9: *2023 Future Year U.S. Non-Road Emissions by Day* Type.

**Table 4-8: 2012 Base Case U.S. Non-Road Emissions by Day Type**

| Season and Day Type | $NO_x$ (tpd) | VOC (tpd) | CO (tpd) | $SO_2$ (tpd) | $NH_3$ (tpd) | $PM_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 5,239.39 | 5,718.09 | 49,079.69 | 7.22 | 6.86 | 501.44 |
| Saturday | 5,600.83 | 12,684.47 | 74,055.88 | 9.85 | 8.50 | 525.73 |
| Sunday | 4,687.95 | 11,019.83 | 63,874.12 | 8.16 | 7.21 | 456.31 |

**Table 4-9: 2023 Future Year U.S. Non-Road Emissions by Day Type**

| Season and Day Type | $NO_x$ (tpd) | VOC (tpd) | CO (tpd) | $SO_2$ (tpd) | $NH_3$ (tpd) | $PM_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 3,090.00 | 2,774.05 | 44,912.90 | 5.66 | 8.91 | 297.86 |
| Saturday | 3,103.71 | 4,322.04 | 52,701.51 | 5.68 | 8.44 | 270.21 |
| Sunday | 2,689.73 | 3,850.70 | 47,121.39 | 4.81 | 7.27 | 242.00 |

The non-Texas U.S. non-road emissions inventory includes 206 different types of equipment referenced by a unique SCC. The non-Texas U.S. non-road emissions are reported by nine aggregated SCC groups in Table 4-10: *2012 Base Case U.S. Non-Road Emissions by Aggregate SCC* and Table *4-11: 2023 Future Year U.S. Non-Road Emissions by Aggregate* SCC.

**Table 4-10: 2012 Base Case U.S. Non-Road Emissions by Aggregate SCC**

| Aggregate Non-Road SCC Description | $NO_x$ (tpd) | VOC (tpd) | CO (tpd) | $SO_2$ (tpd) | $NH_3$ (tpd) | $PM_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Construction & Mining Equipment | 1,848.68 | 266.16 | 2,245.21 | 1.64 | 2.09 | 155.34 |
| Agricultural Equipment | 1,590.82 | 174.11 | 1,467.21 | 1.18 | 1.46 | 130.31 |
| Industrial Equipment | 549.07 | 96.54 | 2,284.40 | 1.24 | 0.37 | 29.06 |
| Pleasure Craft | 478.79 | 1,835.37 | 6,411.82 | 1.15 | 0.81 | 28.49 |
| Lawn & Garden Equipment | 387.86 | 1,626.75 | 24,814.87 | 1.24 | 1.32 | 89.09 |
| Commercial Equipment | 289.07 | 350.84 | 6,963.89 | 0.46 | 0.45 | 23.76 |

| Aggregate Non-Road SCC Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Recreational Equipment | 46.22 | 1,337.92 | 4,632.98 | 0.27 | 0.31 | 38.68 |
| Logging Equipment | 32.51 | 27.02 | 237.52 | 0.03 | 0.04 | 4.85 |
| Underground Mining Equipment | 9.61 | 1.92 | 8.27 | 0.01 | 0.01 | 1.09 |
| Railroad Equipment | 6.75 | 1.46 | 13.52 | 0.00 | 0.00 | 0.77 |
| Total | 5,239.39 | 5,718.09 | 49,079.69 | 7.22 | 6.86 | 501.44 |

**Table 4-11: 2023 Future Year U.S. Non-Road Emissions by Aggregate SCC**

| Aggregate Non-Road SCC Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Agricultural Equipment | 1,115.05 | 145.33 | 1,244.67 | 1.66 | 2.50 | 72.65 |
| Construction & Mining Equipment | 858.91 | 213.10 | 1,554.20 | 1.77 | 2.90 | 61.68 |
| Lawn & Garden Equipment | 332.91 | 1,122.70 | 26,573.17 | 0.76 | 1.68 | 106.50 |
| Industrial Equipment | 305.34 | 40.69 | 827.96 | 0.62 | 0.51 | 11.91 |
| Commercial Equipment | 235.46 | 262.55 | 8,939.35 | 0.37 | 0.69 | 19.80 |
| Pleasure Craft | 184.35 | 366.12 | 1,962.29 | 0.35 | 0.32 | 4.14 |
| Recreational Equipment | 37.06 | 589.69 | 3,511.70 | 0.10 | 0.26 | 15.87 |
| Underground Mining Equipment | 10.19 | 1.84 | 7.72 | 0.01 | 0.01 | 0.88 |
| Logging Equipment | 5.75 | 30.96 | 278.12 | 0.02 | 0.05 | 3.92 |
| Railroad Equipment | 4.97 | 1.07 | 13.71 | 0.00 | 0.00 | 0.51 |
| Total | 3,090.00 | 2,774.05 | 44,912.90 | 5.66 | 8.91 | 297.86 |

The TCEQ obtained non-road emission estimates for Canada from the 2011 EPA Modeling Platform. Non-road emissions for 2010 and 2023 were available for all Canadian provinces. The 2010 non-road inputs for Canada were used for 2012 and the 2023 non-road inputs were used directly. Similar to the approach taken for non-Texas U.S. counties, the EPS3 TMPRL module was used to apply the Saturday and Sunday profiles referenced above to the summer weekday totals to obtain a full set of non-road emission estimates that vary by day type and hour for each Canadian province. The results are provided in Table 4-12: *2012 Base Case Canada Non-Road Emissions by Day Type* and Table *4-13: 2023 Future Year Canada Non-Road Emissions by Day Type.*

**Table 4-12: 2012 Base Case Canada Non-Road Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO2 (tpd) | NH3 (tpd) | PM2.5 (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 1,034.80 | 609.16 | 8,398.16 | 1.67 | 1.11 | 93.37 |
| Saturday | 966.35 | 894.92 | 10,413.03 | 1.84 | 1.12 | 90.80 |
| Sunday | 906.32 | 833.23 | 9,814.45 | 1.74 | 1.05 | 84.76 |

**Table 4-13: 2023 Future Year Canada Non-Road Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 565.96 | 430.63 | 8,669.92 | 1.09 | 1.43 | 44.67 |
| Saturday | 563.24 | 586.61 | 10,769.98 | 1.41 | 1.43 | 46.00 |

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Sunday | 541.32 | 534.76 | 10,217.28 | 1.35 | 1.35 | 42.67 |

The TCEQ obtained non-road emission estimates for Mexico from the 2011 EPA Modeling Platform. Non-road emissions for 2011 and 2023 were available for all Mexican states and municipios for agricultural and construction equipment. The 2011 non-road inputs for Mexico were used for 2012 and the 2023 non-road inputs were used directly. Similar to the approach taken for non-Texas U.S. counties, the EPS3 TMPRL module was used to apply the Saturday and Sunday profiles referenced above to the summer weekday totals to obtain a full set of non-road emission estimates that vary by day type and hour for each Mexican state and municipio. The results are provided in Table 4-14: *2012 Base Case Mexico Non-Road Emissions by Day Type* and Table 4-15: *2023 Future Year Mexico Non-Road Emissions by Day Type*.

**Table 4-14: 2012 Base Case Mexico Non-Road Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 248.26 | 40.58 | 169.76 | 3.25 | 0.03 | 41.22 |
| Saturday | 233.94 | 39.13 | 162.71 | 3.05 | 0.03 | 39.66 |
| Sunday | 228.22 | 38.55 | 159.89 | 2.98 | 0.03 | 39.03 |

**Table 4-15: 2023 Future Year Mexico Non-Road Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 261.92 | 41.72 | 175.10 | 3.41 | 0.02 | 42.52 |
| Saturday | 239.40 | 39.45 | 164.38 | 3.12 | 0.02 | 40.07 |
| Sunday | 230.39 | 38.55 | 160.10 | 2.99 | 0.02 | 39.08 |

The complete sets of electronic files for the non-road source emission inventories are available on the TCEQ FTP site for 2012 and 2023 at ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/base_2012/nonroad/ and ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/future_2023/nonroad/, respectively. For both the 2012 base case and 2023 future years, separate directories are provided for Texas, non-Texas U.S., Canada, and Mexico. The following pages contain graphical plots of the spatial and temporal distribution of 2012 and 2023 non-road summer weekday NO$_x$ and VOC emissions for the entire modeling domain at a resolution of 12 km. These plots are respectively entitled Figure 4-1: *2012 Summer Weekday Non-Road NO$_x$ Emissions Distribution*, Figure 4-2: *2012 Summer Weekday Non-Road VOC Emissions Distribution*, Figure 4-3: *2023 Summer Weekday Non-Road NO$_x$ Emissions Distribution*, and Figure 4-4: *2023 Summer Weekday Non-Road VOC Emissions Distribution*.



**Figure 4-1: 2012 Summer Weekday Non-Road $NO_x$ Emissions Distribution**



**Figure 4-2: 2012 Summer Weekday Non-Road VOC Emissions Distribution**



**Figure 4-3: 2023 Summer Weekday Non-Road NO$_x$ Emissions Distribution**



**Figure 4-4: 2023 Summer Weekday Non-Road VOC Emissions Distribution**

## 4.2 OFF-ROAD AIRPORT EMISSIONS OVERVIEW

This section provides an overview of the development of the airport emissions that were input to the CTM for both the 2012 base case and the 2023 future year. Table 4-16: *2012 Base Case Airport Emissions by Geographic Area* summarizes these 2012 inputs for all of Texas, the non-Texas continental U.S., and the southern Canada and northern Mexico portions of the modeling domain. Table 4-17: *2023 Future Year Airport Emissions by Geographic Area* provides a similar summary of the 2023 future year airport projections.

**Table 4-16: 2012 Base Case Airport Emissions by Geographic Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Texas | 22.94 | 7.34 | 87.78 | 2.62 | 0.00 | 1.50 |
| Non-Texas U.S. | 287.73 | 73.88 | 1,171.19 | 32.53 | 0.00 | 19.38 |
| Southern Canada | 26.15 | 21.65 | 80.75 | 2.76 | 0.02 | 0.44 |
| Northern Mexico | 13.88 | 4.07 | 35.47 | 1.70 | 0.00 | 0.34 |
| Total | 350.70 | 106.94 | 1,375.19 | 39.61 | 0.02 | 21.66 |

**Table 4-17: 2023 Future Year Airport Emissions by Geographic Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Texas | 28.06 | 8.68 | 99.17 | 3.20 | 0.00 | 1.70 |
| Non-Texas U.S. | 370.21 | 86.97 | 1,322.88 | 41.71 | 0.00 | 21.09 |
| Southern Canada | 26.15 | 21.65 | 80.75 | 2.76 | 0.02 | 0.44 |
| Northern Mexico | 20.43 | 6.39 | 54.29 | 2.55 | 0.00 | 0.53 |
| Total | 444.85 | 123.69 | 1,557.09 | 50.22 | 0.02 | 23.76 |

The estimates in Table 4-16 and Table 4-17 represent airport emissions for an average ozone season day. The increase in emissions estimates from 2012 to 2023 is due to expected higher levels of future aircraft activity. The Texas airport emission estimates for 2012 and 2017 were based on a July 2015 ERG study entitled *Aircraft Emissions Inventory for Texas Statewide 2014 AERR Inventory and 2008 to 2040 Trend Analysis Years*. At the time that the ERG work was performed, the latest version of the Emissions and Dispersion Modeling System (EDMS) from the U.S. Federal Aviation Administration (FAA) was used. For past years, historical flight activity for each airport is input to the EDMS model. Future year flight activity levels are based on Terminal Area Forecast (TAF) datasets available from FAA. The ERG airport trends study covers a total of 1,619 airports located throughout all 254 Texas counties. However, over 90% of the airport NO$_x$ emissions from the entire state are from just 10 major metropolitan area airports. Summaries of the emissions from these largest 10 airports are provided in Table 4-18: *2012 Base Case Emissions for Largest Texas Airports* and Table 4-19: *2023 Future Year Emissions for Largest Texas Airports*.

**Table 4-18: 2012 Base Case Emissions for Largest Texas Airports**

| Airport Name | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Dallas-Fort Worth International | 9.04 | 1.87 | 11.48 | 0.95 | 0.00 | 0.21 |
| George Bush Intercontinental | 4.69 | 1.24 | 8.58 | 0.61 | 0.00 | 0.11 |

| Airport Name | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Austin-Bergstrom International | 2.10 | 0.30 | 2.68 | 0.19 | 0.00 | 0.04 |
| San Antonio International | 1.54 | 0.39 | 2.68 | 0.17 | 0.00 | 0.04 |
| William P. Hobby | 1.48 | 0.41 | 2.44 | 0.17 | 0.00 | 0.03 |
| Dallas Love Field | 1.24 | 0.63 | 3.01 | 0.17 | 0.00 | 0.06 |
| El Paso International | 0.63 | 0.15 | 1.54 | 0.07 | 0.00 | 0.03 |
| Fort Worth Alliance | 0.21 | 0.08 | 1.26 | 0.02 | 0.00 | 0.03 |
| Lubbock Preston Smith International | 0.18 | 0.07 | 0.93 | 0.02 | 0.00 | 0.02 |
| Ellington Field | 0.16 | 0.23 | 1.93 | 0.02 | 0.00 | 0.01 |
| Remaining 1,609 Airports | 1.68 | 1.97 | 51.24 | 0.24 | 0.00 | 0.93 |
| Total | 22.94 | 7.34 | 87.78 | 2.62 | 0.00 | 1.50 |

**Table 4-19: 2023 Future Year Emissions for Largest Texas Airports**

| Airport Name | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Dallas-Fort Worth International | 11.54 | 2.39 | 14.66 | 1.21 | 0.00 | 0.27 |
| George Bush Intercontinental | 5.57 | 1.47 | 10.20 | 0.72 | 0.00 | 0.13 |
| Austin-Bergstrom International | 2.58 | 0.37 | 3.29 | 0.23 | 0.00 | 0.05 |
| San Antonio International | 1.90 | 0.48 | 3.31 | 0.21 | 0.00 | 0.04 |
| William P. Hobby | 1.82 | 0.50 | 3.01 | 0.21 | 0.00 | 0.04 |
| Dallas Love Field | 1.60 | 0.82 | 3.86 | 0.22 | 0.00 | 0.07 |
| El Paso International | 0.67 | 0.16 | 1.63 | 0.07 | 0.00 | 0.03 |
| Fort Worth Alliance | 0.23 | 0.09 | 1.39 | 0.02 | 0.00 | 0.03 |
| Lubbock Preston Smith International | 0.22 | 0.08 | 1.14 | 0.03 | 0.00 | 0.03 |
| Ellington Field | 0.16 | 0.23 | 1.93 | 0.02 | 0.00 | 0.01 |
| Remaining 1,609 Airports | 1.78 | 2.09 | 54.74 | 0.26 | 0.00 | 0.99 |
| Total | 28.06 | 8.68 | 99.17 | 3.20 | 0.00 | 1.70 |

Within each airport, the majority of emissions are from commercial aircraft activity. Other sources of emissions at airports include ground support equipment (GSE), auxiliary power units (APUs), and activity from non-commercial aircraft. Emissions for these aggregated categories across all Texas airports are summarized in Table 4-20: *2012 Base Case Texas Airport Emissions by Aggregate Category* and Table 4-21*: 2023 Future Year Texas Airport Emissions by Aggregate* Category.

**Table 4-20: 2012 Base Case Texas Airport Emissions by Aggregate Category**

| Aggregate Airport SCC Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Commercial Aircraft | 19.16 | 3.63 | 18.93 | 2.13 | 0.00 | 0.36 |
| Airport Ground Support Equipment | 1.11 | 0.33 | 9.74 | 0.03 | 0.00 | 0.04 |
| Air Taxi | 1.03 | 0.98 | 5.38 | 0.18 | 0.00 | 0.12 |
| General Aviation | 0.93 | 1.75 | 42.47 | 0.17 | 0.00 | 0.68 |
| Aircraft Auxiliary Power Units | 0.62 | 0.06 | 0.76 | 0.09 | 0.00 | 0.09 |
| Military Aircraft | 0.09 | 0.59 | 10.50 | 0.02 | 0.00 | 0.21 |

| Aggregate Airport SCC Description | NOx (tpd) | VOC (tpd) | CO (tpd) | SO₂ (tpd) | NH₃ (tpd) | PM₂.₅ (tpd) |
|---|---|---|---|---|---|---|
| Total | 22.94 | 7.34 | 87.78 | 2.62 | 0.00 | 1.50 |

**Table 4-21: 2023 Future Year Texas Airport Emissions by Aggregate Category**

| Aggregate Airport SCC Description | NOx (tpd) | VOC (tpd) | CO (tpd) | SO₂ (tpd) | NH₃ (tpd) | PM₂.₅ (tpd) |
|---|---|---|---|---|---|---|
| Commercial Aircraft | 23.52 | 4.44 | 23.05 | 2.61 | 0.00 | 0.44 |
| Airport Ground Support Equipment | 1.36 | 0.41 | 11.92 | 0.04 | 0.00 | 0.05 |
| Air Taxi | 1.24 | 1.16 | 6.19 | 0.22 | 0.00 | 0.14 |
| General Aviation | 1.08 | 1.99 | 46.36 | 0.20 | 0.00 | 0.74 |
| Aircraft Auxiliary Power Units | 0.77 | 0.07 | 0.92 | 0.11 | 0.00 | 0.11 |
| Military Aircraft | 0.09 | 0.61 | 10.72 | 0.02 | 0.00 | 0.22 |
| Total | 28.06 | 8.68 | 99.17 | 3.20 | 0.00 | 1.70 |

The TCEQ obtained airport emission estimates for the non-Texas U.S. states in the modeling domain from the 2011 NEI. The 2011 non-Texas U.S. airport emissions were adjusted to 2012 levels based on the relative change in 2011 and 2012 airport emissions by SCC from the ERG trends study for Texas airports. The 2023 airport emission estimates for non-Texas U.S. states were obtained directly from the 2011 EPA Modeling Platform. Emissions for aggregated categories across all non-Texas U.S. airports are summarized in Table 4-22: *2012 Base Case U.S. Airport Emissions by Aggregate Category* and Table 4-23: *2023 Future Year U.S. Airport Emissions by Aggregate Category.*

**Table 4-22: 2012 Base Case U.S. Airport Emissions by Aggregate Category**

| Aggregate Airport SCC Description | NOx (tpd) | VOC (tpd) | CO (tpd) | SO₂ (tpd) | NH₃ (tpd) | PM₂.₅ (tpd) |
|---|---|---|---|---|---|---|
| Commercial Aircraft | 242.70 | 34.51 | 230.29 | 27.54 | 0.00 | 3.30 |
| Airport Ground Support Equipment | 18.90 | 5.65 | 164.16 | 0.51 | 0.00 | 0.57 |
| Air Taxi | 8.43 | 8.66 | 87.26 | 1.58 | 0.00 | 3.17 |
| General Aviation | 7.57 | 16.11 | 592.07 | 1.46 | 0.00 | 9.66 |
| Aircraft Auxiliary Power Units | 6.66 | 0.64 | 8.31 | 1.00 | 0.00 | 0.97 |
| Military Aircraft | 3.44 | 8.28 | 87.91 | 0.44 | 0.00 | 1.70 |
| Civil | 0.02 | 0.03 | 1.19 | 0.00 | 0.00 | 0.00 |
| Total | 287.73 | 73.88 | 1,171.19 | 32.53 | 0.00 | 19.38 |

**Table 4-23: 2023 Future Year U.S. Airport Emissions by Aggregate Category**

| Aggregate Airport SCC Description | NOx (tpd) | VOC (tpd) | CO (tpd) | SO₂ (tpd) | NH₃ (tpd) | PM₂.₅ (tpd) |
|---|---|---|---|---|---|---|
| Commercial Aircraft | 317.47 | 45.43 | 307.91 | 36.29 | 0.00 | 4.34 |
| Airport Ground Support Equipment | 24.86 | 7.47 | 218.41 | 0.69 | 0.00 | 0.76 |
| Aircraft Auxiliary Power Units | 8.80 | 0.87 | 11.22 | 1.33 | 0.00 | 1.30 |
| Air Taxi | 7.80 | 8.23 | 83.42 | 1.45 | 0.00 | 3.02 |
| General Aviation | 7.73 | 16.52 | 611.91 | 1.49 | 0.00 | 9.95 |

| Aggregate Airport SCC Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Military Aircraft | 3.52 | 8.41 | 88.81 | 0.45 | 0.00 | 1.72 |
| Civil | 0.02 | 0.03 | 1.21 | 0.00 | 0.00 | 0.00 |
| Total | 370.21 | 86.97 | 1,322.88 | 41.71 | 0.00 | 21.09 |

The TCEQ obtained airport emission estimates for Canada and Mexico from the same 2011 EPA Modeling Platform referenced above. Only 2010 airport emission estimates for Canada were available, so these were used for both the 2012 base case and 2023 future year with no adjustment. 2011 and 2023 airport emission estimates were available for Mexico, so the 2011 inputs were used for the 2012 base case and the 2023 inputs were used directly for the 2023 future year.

The complete sets of electronic files for the airport emission inventories are available on the TCEQ FTP site for 2012 and 2023 at ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/base_2012/offroad/airp ort/ and ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/future_2023/offroad/air port/, respectively. For both the 2012 base case and 2023 future years, separate directories are provided for Texas, non-Texas U.S., Canada, and Mexico. The following pages contain graphical plots of the spatial and temporal distribution of 2012 and 2023 airport NO$_x$ emissions for the entire modeling domain at a resolution of 12 km. These plots are respectively entitled Figure 4-5: *2012 Base Case Airport NO$_x$ Emissions Distribution* and Figure 4-6: *2023 Future Year Airport NO$_x$ Emissions Distribution*. Since airports are not significant contributors of VOC emissions, only NO$_x$ emission plots are provided.



**Figure 4-5: 2012 Base Case Airport NO$_x$ Emissions Distribution**



**Figure 4-6: 2023 Future Year Airport NO$_x$ Emissions Distribution**

## 4.3  OFF-ROAD LOCOMOTIVE EMISSIONS OVERVIEW

This section provides an overview of the development of the locomotive emissions that were input to the CTM for both the 2012 base case and the 2023 future year. Table 4-24: *2012 Base Case Locomotive Emissions by Geographic Area* summarizes these 2012 inputs for all of Texas, the non-Texas continental U.S., and the southern Canada and northern Mexico portions of the modeling domain. Table 4-25: *2023 Future Year Locomotive Emissions by Geographic Area* provides a similar summary of the 2023 future year locomotive projections.

**Table 4-24: 2012 Base Case Locomotive Emissions by Geographic Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Texas | 141.01 | 8.55 | 28.55 | 0.10 | 0.09 | 4.36 |
| Non-Texas U.S. | 2,046.91 | 103.47 | 318.43 | 20.91 | 0.90 | 59.73 |
| Southern Canada | 270.95 | 7.82 | 45.18 | 6.31 | 0.28 | 9.97 |
| Northern Mexico | 77.63 | 3.01 | 7.69 | 0.68 | 0.00 | 1.73 |
| Total | 2,536.50 | 122.85 | 399.85 | 28.00 | 1.27 | 75.79 |

**Table 4-25: 2023 Future Year Locomotive Emissions by Geographic Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Texas | 97.22 | 4.57 | 32.20 | 0.11 | 0.10 | 2.44 |
| Non-Texas U.S. | 1,568.20 | 63.48 | 380.36 | 1.93 | 0.99 | 37.32 |
| Southern Canada | 270.95 | 7.82 | 45.18 | 6.31 | 0.28 | 9.97 |
| Northern Mexico | 122.99 | 4.76 | 12.18 | 1.07 | 0.00 | 2.74 |
| Total | 2,059.36 | 80.63 | 469.92 | 9.42 | 1.37 | 52.47 |

The estimates in Table 4-24 and Table 4-25 represent locomotive emissions for an average ozone season day. The significantly lower locomotive emissions in 2023 for Texas and non-Texas U.S. are primarily the result of fleet turnover where older high-emitting types of equipment are scrapped from the fleet and replaced with newer lower-emitting ones that meet more stringent emission standards. The Texas locomotive emission estimates for 2012 and 2023 were based on an August 2015 ERG study entitled *2014 Texas Statewide Locomotive Emissions Inventory and 2008 through 2040 Trend Inventories*. Class I line-haul activity accounts for the majority of locomotive emissions, with smaller contributions from Class II, Class III, and rail-yard switcher activity. Texas summaries for these categories are provide in Table 4-26: *2012 Base Case Texas Locomotive Emissions by Aggregate Category* and Table 4-27: *2023 Future Year Texas Locomotive Emissions by Aggregate Category*.

**Table 4-26: 2012 Base Case Texas Locomotive Emissions by Aggregate Category**

| Aggregate Locomotive SCC Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Line-Haul Locomotives - Class I | 123.36 | 7.36 | 26.20 | 0.09 | 0.08 | 3.91 |
| Line-Haul Locomotives - Classes II & III | 4.55 | 0.26 | 0.50 | 0.00 | 0.00 | 0.12 |
| Rail-Yard Switcher Locomotives | 13.10 | 0.93 | 1.85 | 0.01 | 0.01 | 0.33 |
| Total | 141.01 | 8.55 | 28.55 | 0.10 | 0.09 | 4.36 |

**Table 4-27: 2023 Future Year Texas Locomotive Emissions by Aggregate Category**

| Aggregate Locomotive SCC Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Line-Haul Locomotives - Class I | 81.00 | 3.50 | 29.49 | 0.10 | 0.09 | 2.04 |
| Line-Haul Locomotives - Classes II & III | 4.76 | 0.30 | 0.57 | 0.00 | 0.00 | 0.12 |
| Rail-Yard Switcher Locomotives | 11.47 | 0.77 | 2.13 | 0.01 | 0.01 | 0.28 |
| Total | 97.22 | 4.57 | 32.20 | 0.11 | 0.10 | 2.44 |

The TCEQ obtained locomotive emission estimates for the non-Texas U.S. states in the modeling domain from the 2011 NEI. The 2011 non-Texas U.S. locomotive emissions were adjusted to 2012 levels based on the relative changes in both emission rates and overall activity. For adjustment of emission rates, the TCEQ relied on an April 2009 EPA document entitled *Emission Factors for Locomotives*, EPA-420-F-09-025, that provides rates for calendar years ranging from 2006 through 2040. For adjustment of overall activity, the TCEQ relied on a set of EIA Annual Energy Outlook tables entitled *Transportation Sector Key Indicators and Delivered Energy Consumption*. The TCEQ obtained 2023 locomotive emission estimates for the non-Texas U.S. states in the modeling domain from the 2011 EPA Modeling Platform. Emissions for these aggregated categories across all non-Texas U.S. states are summarized in Table 4-28: *2012 Base Case U.S. Locomotive Emissions by Aggregate* Category and Table 4-29: *2023 Future Year U.S. Locomotive Emissions by Aggregate Category.*

**Table 4-28: 2012 Base Case U.S. Locomotive Emissions by Aggregate Category**

| Aggregate Locomotive SCC Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Line-Haul Locomotives - Class I | 1,742.56 | 86.40 | 282.34 | 18.13 | 0.80 | 52.09 |
| Line-Haul Locomotives - Classes II & III | 104.92 | 4.07 | 10.33 | 0.72 | 0.03 | 2.37 |
| Passenger and Commuter Trains | 29.87 | 1.52 | 4.17 | 0.65 | 0.00 | 0.70 |
| Rail-Yard Switcher Locomotives | 169.56 | 11.48 | 21.58 | 1.41 | 0.06 | 4.58 |
| Total | 2,046.91 | 103.47 | 318.43 | 20.91 | 0.90 | 59.73 |

**Table 4-29: 2023 Future Year U.S. Locomotive Emissions by Aggregate Category**

| Aggregate Locomotive SCC Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Line-Haul Locomotives - Class I | 1,280.89 | 47.23 | 343.51 | 0.81 | 0.90 | 30.32 |
| Line-Haul Locomotives - Classes II & III | 114.39 | 5.05 | 12.83 | 0.03 | 0.03 | 2.47 |
| Passenger and Commuter Trains | 23.70 | 1.07 | 4.80 | 0.03 | 0.00 | 0.47 |
| Rail-Yard Switcher Locomotives | 149.21 | 10.14 | 19.21 | 1.07 | 0.05 | 4.05 |
| Total | 1,568.20 | 63.48 | 380.36 | 1.93 | 0.99 | 37.32 |

The TCEQ obtained locomotive emission estimates for Canada and Mexico from the same 2011 EPA Modeling Platform referenced above. Only 2010 locomotive emission estimates for Canada were available, so these were used for both the 2012 base case and 2023 future year with no adjustment. 2011 and 2023 locomotive emission

estimates were available for Mexico, so the 2011 inputs were used for the 2012 base case and the 2023 inputs were used directly for the 2023 future year.

The complete sets of electronic files for the locomotive emission inventories are available on the TCEQ FTP site for 2012 and 2023 at ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/base_2012/offroad/locomotive/ and ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/future_2023/offroad/locomotive/, respectively. For both the 2012 base case and 2023 future years, separate directories are provided for Texas, non-Texas U.S., Canada, and Mexico. The following pages contain graphical plots of the spatial and temporal distribution of 2012 and 2023 locomotive $NO_x$ emissions for the entire modeling domain at a resolution of 12 km. These plots are respectively entitled Figure 4-7: *2012 Base Case Locomotive $NO_x$ Emissions Distribution* and Figure 4-8: *2023 Future Year Locomotive $NO_x$ Emissions Distribution.* Since locomotives are not significant contributors of VOC emissions, only $NO_x$ emission plots are provided.



**Figure 4-7: 2012 Base Case Locomotive NO$_x$ Emissions Distribution**



**Figure 4-8: 2023 Future Year Locomotive NO$_x$ Emissions Distribution**

**4.4  OFF-ROAD COMMERCIAL MARINE EMISSIONS OVERVIEW**

This section provides an overview of the development of the commercial marine emissions that were input to the CTM for both the 2012 base case and the 2023 future year. Table 4-30: *2012 Base Case Commercial Marine Emissions by Geographic Area* summarizes these 2012 inputs for all of Texas, the non-Texas continental U.S., and the southern Canada and northern Mexico portions of the modeling domain. Table 4-31: *2023 Future Year Commercial Marine Emissions by Geographic Area* provides a similar summary of the 2023 future year commercial marine projections.

**Table 4-30: 2012 Base Case Commercial Marine Emissions by Geographic Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Texas | 47.75 | 2.13 | 7.45 | 46.71 | 0.00 | 4.16 |
| Non-Texas U.S. | 501.65 | 19.77 | 138.54 | 12.18 | 0.44 | 23.55 |
| Southern Canada | 80.75 | 2.56 | 5.68 | 33.40 | 0.02 | 7.40 |
| Northern Mexico | 27.55 | 0.30 | 2.60 | 20.09 | 0.00 | 2.26 |
| Total | 657.70 | 24.76 | 154.27 | 112.38 | 0.46 | 37.37 |

**Table 4-31: 2023 Future Year Commercial Marine Emissions by Geographic Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Texas | 30.44 | 2.09 | 8.14 | 12.49 | 0.00 | 1.10 |
| Non-Texas U.S. | 352.47 | 14.09 | 139.62 | 5.42 | 0.45 | 13.74 |
| Southern Canada | 80.75 | 2.56 | 5.68 | 33.40 | 0.02 | 7.40 |
| Northern Mexico | 38.21 | 0.41 | 3.61 | 27.94 | 0.00 | 3.13 |
| Total | 501.87 | 19.15 | 157.05 | 79.25 | 0.47 | 25.37 |

The estimates in Table 4-30 and Table 4-31 represent commercial marine emissions for an average ozone season day. The lower commercial marine emissions in 2023 for Texas and non-Texas U.S. are primarily the result of fleet turnover where older high-emitting marine engines are scrapped from the fleet and replaced with newer lower-emitting ones that meet more stringent emission standards. The Texas commercial marine emission estimates are based primarily on two Ramboll Environ reports: *Implement Port of Houston's Current Inventory and Harmonize the Remaining 8-county Shipping Inventory for TCEQ Modeling and Shipping Lane Processing for EPS3* from August 2010, and *TexAQS II Ship Emissions Rate Data Comparison to Enhance the Shipping Emissions Inventory for TCEQ Modeling* from August 2009, both of which are available on the TCEQ Air Quality Research and Contracts Reports webpage at https://www.tceq.texas.gov/airquality/airmod/project/pj_report_ei.html. The Texas commercial marine shipping emissions estimates were projected to 2012 and 2023 based on expected changes in overall activity and fleet-average emission rates. Texas emission summaries for various vessel types are provide in Table 4-32: *2012 Base Case Texas Commercial Marine Emissions by Vessel Type* and Table 4-33: *2023 Future Year Texas Commercial Marine Emissions by Vessel Type.*

**Table 4-32: 2012 Base Case Texas Commercial Marine Emissions by Vessel Type**

| Commercial Marine Vessel Type/Activity | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Chemical Tanker | 9.79 | 0.48 | 1.03 | 22.90 | 0.00 | 1.41 |
| Tow Boat | 9.03 | 0.41 | 2.41 | 0.69 | 0.00 | 0.43 |
| Underway Activity | 5.19 | 0.09 | 0.35 | 2.01 | 0.00 | 0.20 |
| Crude Tanker | 4.23 | 0.22 | 0.46 | 7.86 | 0.00 | 0.54 |
| Port Activity | 2.75 | 0.08 | 0.39 | 1.82 | 0.00 | 0.18 |
| General Cargo | 2.50 | 0.12 | 0.25 | 2.94 | 0.00 | 0.26 |
| Bulk Cargo Vessels | 2.13 | 0.10 | 0.22 | 2.05 | 0.00 | 0.20 |
| Container Ship | 2.07 | 0.14 | 0.26 | 1.82 | 0.00 | 0.19 |
| Assist Tug | 1.70 | 0.11 | 0.25 | 0.27 | 0.00 | 0.15 |
| LNG/LPG Tanker | 1.60 | 0.07 | 0.16 | 1.71 | 0.00 | 0.16 |
| Dredging | 1.43 | 0.06 | 0.38 | 0.12 | 0.00 | 0.06 |
| Ocean Towing | 0.92 | 0.04 | 0.10 | 0.03 | 0.00 | 0.03 |
| Tug Barge | 0.88 | 0.06 | 0.12 | 0.09 | 0.00 | 0.06 |
| Other Tanker | 0.86 | 0.04 | 0.09 | 0.78 | 0.00 | 0.08 |
| Sabine Pilot | 0.81 | 0.04 | 0.75 | 0.19 | 0.00 | 0.04 |
| Auto Carrier | 0.76 | 0.04 | 0.08 | 0.60 | 0.00 | 0.07 |
| Refrigerated Cargo | 0.38 | 0.01 | 0.04 | 0.36 | 0.00 | 0.04 |
| Harbor Vessels | 0.34 | 0.01 | 0.05 | 0.12 | 0.00 | 0.02 |
| Cruise Ship | 0.27 | 0.01 | 0.03 | 0.27 | 0.00 | 0.02 |
| Military | 0.07 | 0.00 | 0.01 | 0.06 | 0.00 | 0.01 |
| Offshore Service | 0.05 | 0.00 | 0.01 | 0.01 | 0.00 | 0.00 |
| Fishing Vessels | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Activity / Vessel Type | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 47.75 | 2.13 | 7.45 | 46.71 | 0.00 | 4.16 |

**Table 4-33: 2023 Future Year Texas Commercial Marine Emissions by Vessel Type**

| Commercial Marine Vessel Type/Activity | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Chemical Tanker | 6.22 | 0.57 | 1.22 | 6.56 | 0.00 | 0.26 |
| Tow Boat | 6.03 | 0.26 | 2.57 | 0.05 | 0.00 | 0.26 |
| Underway Activity | 3.40 | 0.09 | 0.40 | 0.44 | 0.00 | 0.05 |
| Crude Tanker | 2.27 | 0.22 | 0.46 | 1.94 | 0.00 | 0.08 |
| Port Activity | 1.81 | 0.07 | 0.44 | 0.32 | 0.00 | 0.06 |
| General Cargo | 1.58 | 0.14 | 0.30 | 0.84 | 0.00 | 0.05 |
| Container Ship | 1.54 | 0.19 | 0.36 | 0.61 | 0.00 | 0.04 |
| Bulk Cargo Vessels | 1.26 | 0.11 | 0.24 | 0.55 | 0.00 | 0.03 |
| Assist Tug | 1.10 | 0.07 | 0.26 | 0.02 | 0.00 | 0.09 |
| LNG/LPG Tanker | 1.09 | 0.09 | 0.20 | 0.53 | 0.00 | 0.03 |
| Dredging | 0.79 | 0.03 | 0.34 | 0.01 | 0.00 | 0.03 |
| Ocean Towing | 0.58 | 0.05 | 0.12 | 0.01 | 0.00 | 0.01 |
| Tug Barge | 0.57 | 0.04 | 0.12 | 0.01 | 0.00 | 0.03 |
| Other Tanker | 0.54 | 0.05 | 0.11 | 0.22 | 0.00 | 0.02 |
| Sabine Pilot | 0.52 | 0.03 | 0.77 | 0.01 | 0.00 | 0.03 |
| Auto Carrier | 0.45 | 0.04 | 0.09 | 0.16 | 0.00 | 0.01 |

| Commercial Marine Vessel Type/Activity | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Refrigerated Cargo | 0.24 | 0.02 | 0.04 | 0.10 | 0.00 | 0.01 |
| Harbor Vessels | 0.22 | 0.01 | 0.06 | 0.03 | 0.00 | 0.01 |
| Cruise Ship | 0.15 | 0.01 | 0.03 | 0.07 | 0.00 | 0.00 |
| Military | 0.04 | 0.00 | 0.01 | 0.02 | 0.00 | 0.00 |
| Offshore Service | 0.03 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 |
| Fishing Vessels | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Other Activity / Vessel Type | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 30.44 | 2.09 | 8.14 | 12.49 | 0.00 | 1.10 |

The TCEQ obtained commercial marine emission estimates for the non-Texas U.S. states in the modeling domain from the 2011 NEI. In a manner, similar to that described above for Texas, these 2011 commercial marine emission estimates were projected to 2012 based on expected changes in overall activity and fleet-average emission rates. The 2023 commercial marine emission estimates for non-Texas U.S. states were obtained directly from the 2011 EPA Modeling Platform. The total commercial marine emissions for all non-Texas U.S. states are reported by three aggregated groups in Table 4-34: *2012 Base Case U.S. Commercial Marine Emissions* and Table 4-35: *2023 Future Year U.S. Commercial Marine Emissions.*

**Table 4-34: 2012 Base Case U.S. Commercial Marine Emissions**

| Commercial Marine Fuel Type/Activity | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Diesel - Underway Activity | 368.97 | 15.20 | 107.36 | 9.96 | 0.38 | 18.56 |
| Diesel - Port Activity | 132.66 | 4.52 | 30.74 | 2.21 | 0.05 | 4.98 |
| Gasoline - All Vessels and Activity | 0.02 | 0.05 | 0.44 | 0.00 | 0.00 | 0.00 |
| Total | 501.65 | 19.77 | 138.54 | 12.18 | 0.44 | 23.55 |

**Table 4-35: 2023 Future Year U.S. Commercial Marine Emissions**

| Commercial Marine Fuel Type/Activity | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Diesel - Underway Activity | 256.42 | 10.13 | 107.69 | 1.18 | 0.38 | 10.40 |
| Diesel - Port Activity | 96.04 | 3.96 | 31.94 | 4.24 | 0.07 | 3.34 |
| Gasoline - All Vessels and Activity | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 352.47 | 14.09 | 139.62 | 5.42 | 0.45 | 13.74 |

The commercial marine emission estimates for the Gulf of Mexico are based primarily on two Ramboll Environ reports: *Ocean-Going Tanker Vessel Lightering Emissions in the Gulf of Mexico* from June 2017, and *Link-Based Modeling Emissions Inventory of Marine Vessels (Ocean Going Vessels) in Transit and at Anchor in the Gulf of Mexico* from July 2015, both of which are available on the TCEQ Air Quality Research and Contracts Reports webpage at https://www.tceq.texas.gov/airquality/airmod/project/pj_report_ei.html. The ocean-going commercial marine emission estimates for the Atlantic and Pacific Ocean portions of the modeling domain were based primarily on data from the Ship Traffic,

Energy, and Environment Model (STEEM), available at
http://coast.cms.udel.edu/NorthAmericanSTEEM/. Summaries of these commercial
marine emissions estimates are provided in *Table 4-36: 2012 Base Case Oceanic
Commercial Marine Emissions* and Table 4-37: *2023 Future Year Oceanic Commercial
Marine Emissions.*

**Table 4-36: 2012 Base Case Oceanic Commercial Marine Emissions**

| Commercial Marine Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Nearport Activity | 363.54 | 13.08 | 33.25 | 229.28 | 0.00 | 28.57 |
| Gulf of Mexico - Anchoring | 24.48 | 1.11 | 2.48 | 80.59 | 0.00 | 8.41 |
| Gulf of Mexico - Transit | 56.07 | 2.71 | 5.74 | 42.82 | 0.00 | 6.09 |
| Gulf of Mexico - Lightering | 0.33 | 34.07 | 0.08 | 0.22 | 0.00 | 0.03 |
| STEEM - Ocean-Going | 2,576.04 | 89.77 | 211.45 | 1,194.05 | 0.00 | 175.72 |
| Total | 3,020.46 | 140.73 | 252.99 | 1,546.96 | 0.00 | 218.83 |

**Table 4-37: 2023 Future Year Oceanic Commercial Marine Emissions**

| Commercial Marine Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Nearport Activity | 230.32 | 15.40 | 39.16 | 65.44 | 0.00 | 5.18 |
| Gulf of Mexico - Anchoring | 18.18 | 1.38 | 3.06 | 4.66 | 0.00 | 3.11 |
| Gulf of Mexico - Transit | 40.95 | 3.50 | 7.42 | 2.06 | 0.00 | 1.07 |
| Gulf of Mexico - Lightering | 0.33 | 34.07 | 0.08 | 0.22 | 0.00 | 0.03 |
| STEEM - Ocean-Going | 1,631.61 | 105.74 | 249.10 | 340.76 | 0.00 | 31.87 |
| Total | 1,921.38 | 160.08 | 298.82 | 413.14 | 0.00 | 41.26 |

The TCEQ obtained commercial marine emission estimates for Canada and Mexico
from the 2011 EPA Modeling Platform. Only 2010 commercial marine emissions
estimates for Canada were available, so these were used for both the 2012 base case
and 2023 future year with no adjustment. 2011 and 2023 commercial marine emission
estimates were available for Mexico, so the 2011 inputs were used for the 2012 base
case and the 2023 inputs were used directly for the 2023 future year.

The complete sets of electronic files for the commercial marine emissions inventories
are available on the FTP site for 2012 and 2023 at
ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/base_2012/offroad/mar
ine/ and
ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/future_2023/offroad/m
arine/, respectively. For both the 2012 base case and 2023 future years, separate
directories are provided for Texas, non-Texas U.S., Canada, Mexico, and oceanic
portions of the domain. The following pages contain graphical plots of the spatial and
temporal distribution of 2012 and 2023 commercial marine NO$_x$ emissions for the
entire modeling domain at a resolution of 12 km. These plots are respectively entitled
Figure 4-9: *2012 Base Case Commercial Marine NO$_x$ Emissions Distribution* and Figure
4-10: 2023 *Future Year Commercial Marine NO$_x$ Emissions Distribution.* Since
commercial marine vessels are not significant contributors of VOC emissions, only NO$_x$
emission plots are provided.



**Figure 4-9: 2012 Base Case Commercial Marine NO$_x$ Emissions Distribution**



**Figure 4-10: 2023 Future Year Commercial Marine NO$_x$ Emissions Distribution**

## 4.5  AREA SOURCE EMISSIONS OVERVIEW

This section provides an overview of the area source emissions that were input to the CTM for both the 2012 base case and the 2023 future case. Table 4-38: *2012 Base Case Area Source Emissions by Geographic Area* summarizes these 2012 inputs for all of Texas, the non-Texas continental U.S., and the southern Canada and northern Mexico portions of the modeling domain. Table 4-39: *2023 Future Year Area Source Emissions by Geographic Area* provides a similar summary of the 2023 future case area source projections.

**Table 4-38: 2012 Base Case Area Source Emissions by Geographic Area**

| Geographic Area | $NO_x$ (tpd) | VOC (tpd) | CO (tpd) | $SO_2$ (tpd) | $NH_3$ (tpd) | $PM_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Texas | 88.45 | 1,309.75 | 513.13 | 27.17 | 846.45 | 847.00 |
| Non-Texas U.S. | 1,415.38 | 11,212.91 | 9,556.51 | 587.44 | 9,116.63 | 7,066.20 |
| Southern Canada | 1,183.46 | 2,610.39 | 2,332.86 | 2,585.78 | 1,278.54 | 288.50 |
| Northern Mexico | 586.45 | 2,328.37 | 1,072.29 | 29.22 | 881.16 | 224.29 |
| Total | 3,273.74 | 17,461.42 | 13,474.79 | 3,229.61 | 12,122.78 | 8,425.99 |

**Table 4-39: 2023 Future Year Area Source Emissions by Geographic Area**

| Geographic Area | $NO_x$ (tpd) | VOC (tpd) | CO (tpd) | $SO_2$ (tpd) | $NH_3$ (tpd) | $PM_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Texas | 74.79 | 1,238.82 | 424.77 | 57.32 | 782.40 | 933.58 |
| Non-Texas U.S. | 1,345.41 | 10,214.65 | 6,791.75 | 199.37 | 9,336.79 | 8,122.37 |
| Southern Canada | 1,183.46 | 2,610.39 | 2,332.86 | 2,585.78 | 1,278.54 | 288.50 |
| Northern Mexico | 631.55 | 2,776.82 | 1,220.25 | 29.27 | 873.25 | 242.67 |
| Total | 3,235.21 | 16,840.68 | 10,769.63 | 2,871.74 | 12,270.98 | 9,587.12 |

Area sources include commercial, small-scale industrial, and residential activities that use materials or operate processes that can generate emissions. These sources of emissions fall below the point source reporting levels and are either too numerous or too small to identify individually. Emissions from these sources are estimated on a source category basis per county. Area source VOC emissions can result from either evaporation or fuel combustion. Examples of sources of evaporative losses include printing operations, industrial coatings, degreasing solvents, house paints, underground storage tanks, underground tank filling at gasoline service stations, and vehicle refueling operations. Fuel combustion sources include stationary source fossil fuel combustion at residences and businesses, along with outdoor burning and structural fires. With some exceptions, area source emission estimates are obtained by multiplying an established emission factor by the appropriate activity or activity surrogate responsible for generating the emissions. Human population is the most commonly used activity surrogate for many area source categories, while other activity data include the amount of gasoline sold in an area, employment by industry type, acres of cropland, etc.

Area source modeling estimates for Texas were based primarily on data from the 2011 and 2014 periodic emissions inventories included in the Texas Air Emissions Repository (TexAER), which is available at https://www.tceq.texas.gov/airquality/areasource/TexAER.html. The 2011 area source

emission estimates were projected to 2012, and the 2014 area source emissions estimates were projected to 2023. In both cases, projection factors for specific groups of SCCs were available from a September 2016 ERG study entitled *Growth Factors for Area and Point Sources*. The Texas area source emissions inventory includes different types of equipment and/or processes referenced by 180 unique SCCs. The 254-county total area source emissions are reported by six aggregated groups in Table 4-40: *2012 Base Case Texas Area Source Emissions by Aggregate SCC* and Table 4-41: *2023 Future Year Texas Area Source Emissions by Aggregate SCC*.

**Table 4-40: 2012 Base Case Texas Area Source Emissions by Aggregate SCC**

| Aggregate Area Source SCC Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Stationary Source Fuel Combustion | 71.10 | 10.16 | 84.71 | 25.86 | 2.05 | 7.48 |
| Miscellaneous Area Sources | 9.52 | 26.19 | 224.31 | 0.00 | 844.13 | 728.81 |
| Waste Disposal, Treatment, Recovery | 7.83 | 34.37 | 196.78 | 1.31 | 0.27 | 31.94 |
| Solvent Utilization | 0.00 | 874.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| Storage and Transport | 0.00 | 355.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| Industrial Processes | 0.00 | 9.04 | 7.33 | 0.00 | 0.00 | 78.78 |
| Total | 88.45 | 1,309.75 | 513.13 | 27.17 | 846.45 | 847.00 |

**Table 4-41: 2023 Future Year Texas Area Source Emissions by Aggregate SCC**

| Aggregate Area Source SCC Description | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Stationary Source Fuel Combustion | 62.12 | 8.61 | 72.97 | 54.07 | 2.16 | 6.89 |
| Waste Disposal, Treatment, Recovery | 7.17 | 35.81 | 183.08 | 1.24 | 0.33 | 28.86 |
| Miscellaneous Area Sources | 5.49 | 13.77 | 158.87 | 2.02 | 779.91 | 763.91 |
| Solvent Utilization | 0.00 | 835.83 | 0.00 | 0.00 | 0.00 | 0.00 |
| Storage and Transport | 0.00 | 333.29 | 0.00 | 0.00 | 0.00 | 0.00 |
| Industrial Processes | 0.00 | 11.52 | 9.85 | 0.00 | 0.00 | 133.92 |
| Total | 74.79 | 1,238.82 | 424.77 | 57.32 | 782.40 | 933.58 |

The activity level for different area source categories differs between weekday and weekend day types. The EPS3 TMPRL module was used to adjust the average weekday emissions by equipment type for creating Saturday and Sunday day types. Within each day type, TMPRL also allocates daily totals to each hour. Table 4-42: *2012 Base Case Texas Area Source Emissions by Day Type* and Table 4-43: *2023 Future Year Texas Area Source Emissions by Day Type* summarize the daily variation in area source emissions for the Texas portion of the modeling domain.

**Table 4-42: 2012 Base Case Texas Area Source Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 88.45 | 1,309.75 | 513.13 | 27.17 | 846.45 | 847.00 |
| Saturday | 66.47 | 745.54 | 401.33 | 19.17 | 845.96 | 830.78 |

| Season and Day Type | NOₓ (tpd) | VOC (tpd) | CO (tpd) | SO₂ (tpd) | NH₃ (tpd) | PM₂.₅ (tpd) |
|---|---|---|---|---|---|---|
| Sunday | 44.58 | 501.24 | 291.68 | 11.16 | 845.45 | 814.90 |

**Table 4-43: 2023 Future Year Texas Area Source Emissions by Day Type**

| Season and Day Type | NOₓ (tpd) | VOC (tpd) | CO (tpd) | SO₂ (tpd) | NH₃ (tpd) | PM₂.₅ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 74.79 | 1,238.82 | 424.77 | 57.32 | 782.40 | 933.58 |
| Saturday | 53.83 | 769.83 | 320.33 | 40.87 | 782.02 | 918.69 |
| Sunday | 32.96 | 504.39 | 217.90 | 24.42 | 781.63 | 904.11 |

The TCEQ obtained area source emission estimates for the non-Texas U.S. states in the modeling domain from the 2011 NEI. These estimates were projected by SCC to 2012 in a manner similar to that described above for the 2011 Texas area source emission estimates. The 2023 area source emission estimates for non-Texas U.S. states were obtained directly from the 2011 EPA Modeling Platform. The total area source emissions for all non-Texas U.S. states are reported by six aggregated groups in Table 4-44: *2012 Base Case U.S. Area Source Emissions by Aggregate SCC* and Table 4-45: *2023 Future Year U.S. Area Source Emissions by Aggregate SCC.*

**Table 4-44: 2012 Base Case U.S. Area Source Emissions by Aggregate SCC**

| Aggregate Area Source SCC Description | NOₓ (tpd) | VOC (tpd) | CO (tpd) | SO₂ (tpd) | NH₃ (tpd) | PM₂.₅ (tpd) |
|---|---|---|---|---|---|---|
| Stationary Source Fuel Combustion | 1,110.59 | 429.15 | 3,167.52 | 517.24 | 65.68 | 742.51 |
| Waste Disposal, Treatment, Recovery | 148.14 | 368.26 | 3,741.24 | 15.64 | 77.48 | 535.26 |
| Miscellaneous Area Sources | 120.93 | 206.23 | 2,553.02 | 48.01 | 8,940.71 | 5,027.05 |
| Storage and Transport | 19.03 | 2,479.80 | 5.54 | 0.74 | 8.61 | 0.00 |
| Industrial Processes | 16.64 | 124.95 | 89.07 | 5.78 | 24.07 | 759.98 |
| Solvent Utilization | 0.04 | 7,604.52 | 0.12 | 0.03 | 0.08 | 1.40 |
| Total | 1,415.38 | 11,212.91 | 9,556.51 | 587.44 | 9,116.63 | 7,066.20 |

**Table 4-45: 2023 Future Year U.S. Area Source Emissions by Aggregate SCC**

| Aggregate Area Source SCC Description | NOₓ (tpd) | VOC (tpd) | CO (tpd) | SO₂ (tpd) | NH₃ (tpd) | PM₂.₅ (tpd) |
|---|---|---|---|---|---|---|
| Stationary Source Fuel Combustion | 1,119.57 | 405.50 | 3,066.27 | 164.24 | 66.37 | 775.30 |
| Waste Disposal, Treatment, Recovery | 142.87 | 355.76 | 3,568.57 | 15.59 | 77.47 | 519.90 |
| Industrial Processes | 55.24 | 132.79 | 102.36 | 13.22 | 24.01 | 761.78 |
| Storage and Transport | 19.03 | 1,656.77 | 5.54 | 0.74 | 8.61 | 0.00 |
| Miscellaneous Area Sources | 8.66 | 9.37 | 48.90 | 5.56 | 9,160.26 | 6,064.00 |
| Solvent Utilization | 0.04 | 7,654.47 | 0.11 | 0.02 | 0.08 | 1.39 |
| Total | 1,345.41 | 10,214.65 | 6,791.75 | 199.37 | 9,336.79 | 8,122.37 |

The EPS3 TMPRL module was used to apply the Saturday and Sunday profiles referenced above to the summer weekday totals to obtain a full set of area source

emission estimates that vary by day type and hour for each non-Texas U.S. county. The results are provided in Table 4-46: *2012 Base Case U.S. Area Source Emissions by Day Type* and Table 4-47: *2023 Future Year U.S. Area Source Emissions by Day Type.*

**Table 4-46: 2012 Base Case U.S. Area Source Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 1,415.38 | 11,212.91 | 9,556.51 | 587.44 | 9,116.63 | 7,066.20 |
| Saturday | 1,090.05 | 7,284.64 | 7,397.12 | 453.57 | 9,093.57 | 6,666.46 |
| Sunday | 768.94 | 5,094.92 | 5,280.25 | 320.27 | 9,088.02 | 6,277.96 |

**Table 4-47: 2023 Future Year U.S. Area Source Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 1,345.41 | 10,214.65 | 6,791.75 | 199.37 | 9,336.79 | 8,122.37 |
| Saturday | 1,009.24 | 6,501.20 | 4,704.69 | 154.50 | 9,313.19 | 7,714.55 |
| Sunday | 684.90 | 4,555.21 | 2,658.23 | 110.22 | 9,307.09 | 7,317.81 |

The TCEQ obtained area source emission estimates for Canada from the 2011 EPA Modeling Platform. Only 2010 area source estimates for Canada were available, so these were used for both the 2012 base case and 2023 future case with no adjustment. 2011 and 2023 area source emission estimates were available for Mexico, so the 2011 inputs were used for the 2012 base case and the 2023 inputs were used directly for the 2023 future case. Similar to the approach taken for the U.S. area source summer weekday totals, the EPS3 TMPRL module was used to apply Saturday and Sunday profiles to obtain a full set of area source emission estimates that vary by day type and hour for each Canadian province and Mexican municipio. The results are provided in Table 4-48: *2012 Base Case Canada Area Source Emissions by Day Type*, Table 4-49: *2023 Future Year Canada Area Source Emissions by Day Type*, Table 4-50: *2012 Base Case Mexico Area Source Emissions by Day Type*, and Table 4-51: *2023 Future Year Mexico Area Source Emissions by Day Type.*

**Table 4-48: 2012 Base Case Canada Area Source Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 1,183.46 | 2,610.39 | 2,332.86 | 2,585.78 | 1,278.54 | 288.50 |
| Saturday | 921.64 | 2,070.89 | 2,198.50 | 2,212.98 | 1,276.99 | 270.48 |
| Sunday | 659.98 | 1,132.23 | 2,064.73 | 1,840.20 | 1,275.45 | 252.65 |

**Table 4-49: 2023 Future Year Canada Area Source Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 1,183.46 | 2,610.39 | 2,332.86 | 2,585.78 | 1,278.54 | 288.50 |
| Saturday | 921.64 | 2,070.89 | 2,198.50 | 2,212.98 | 1,276.99 | 270.48 |
| Sunday | 659.98 | 1,132.23 | 2,064.73 | 1,840.20 | 1,275.45 | 252.65 |

**Table 4-50: 2012 Base Case Mexico Area Source Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 586.45 | 2,328.37 | 1,072.29 | 29.22 | 881.16 | 224.29 |
| Saturday | 582.90 | 1,765.85 | 1,071.39 | 29.22 | 881.16 | 224.17 |
| Sunday | 579.34 | 1,714.03 | 1,070.49 | 29.22 | 881.15 | 224.04 |

**Table 4-51: 2023 Future Year Mexico Area Source Emissions by Day Type**

| Season and Day Type | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Weekday | 631.55 | 2,776.82 | 1,220.25 | 29.27 | 873.25 | 242.67 |
| Saturday | 627.77 | 2,003.15 | 1,219.27 | 29.27 | 873.24 | 242.54 |
| Sunday | 623.98 | 1,929.25 | 1,218.29 | 29.26 | 873.24 | 242.41 |

The complete sets of electronic files for the area source emission inventories are available on the TCEQ FTP site for 2012 and 2023 at ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/base_2012/area/ and ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/future_2023/area/, respectively. For both the 2012 base case and 2023 future years, separate directories are provided for Texas, non-Texas U.S., Canada, and Mexico. The following pages contain graphical plots of the spatial and temporal distribution of 2012 and 2023 area source NO$_x$ and VOC emissions for the entire modeling domain at a resolution of 12 km. These plots are respectively entitled Figure 4-11: *2012 Summer Weekday Area Source NO$_x$ Emissions Distribution*, Figure 4-12: *2012 Summer Weekday Area Source VOC Emissions Distribution*, Figure 4-13: *2023 Summer Weekday Area Source NO$_x$ Emissions Distribution*, and Figure 4-14: *2023 Summer Weekday Area Source VOC Emissions Distribution*.



**Figure 4-11: 2012 Summer Weekday Area Source NO$_x$ Emissions Distribution**



**Figure 4-12: 2012 Summer Weekday Area Source VOC Emissions Distribution**



**Figure 4-13: 2023 Summer Weekday Area Source NO$_x$ Emissions Distribution**



**Figure 4-14: 2023 Summer Weekday Area Source VOC Emissions Distribution**

## 4.6 OIL AND GAS DRILLING AND PRODUCTION EMISSIONS OVERVIEW

This section provides an overview of the oil and gas drilling and production emissions that were input to the CTM for both the 2012 base case and the 2023 future case. Oil and gas drilling emissions are typically categorized as non-road mobile sources because they are from equipment powered by engines that are regularly moved from one well location to another. Oil and gas production emissions are typically categorized as area sources because they are from stationary equipment located either at or in the vicinity of an operational well.

Oil and gas production emission estimates were developed based on activity data from the Railroad Commission of Texas (RRC) multiplied by emission factors for specific operations and types of equipment from a November 2010 ERG study entitled *Characterization of Oil and Gas Production Equipment and Develop a Methodology to Estimate Statewide Emissions*, which is available on the TCEQ Air Quality Research and Contracts Reports webpage at https://www.tceq.texas.gov/airquality/airmod/project/pj_report_ei.html. Activity data from the RRC specific to 2012 and 2015 were obtained for production of natural gas, crude oil, and condensate, along with additional parameters such as the total number of operational gas wells, operational oil wells, etc. These activity figures were multiplied by emission factors from the ERG study to obtain oil and gas production emission estimates. For example, compressor engine emissions are a function of natural gas production, so compressor engine emission rates were multiplied by total natural gas produced. Condensate storage tank emission estimates were calculated as a function of condensate production. In a similar manner, emissions from crude oil storage tanks are a function of crude oil production. The ERG study contains a summary of how each calculation is performed.

Separate EPS3 processing streams were created for each regional area of Texas where oil and gas activity occurs. Since DFW and HGB are ozone nonattainment areas, they are both identified as distinct regions. Part of the Barnett Shale encompasses the DFW area, so the non-DFW portion of the Barnett Shale is reported separately. Additional oil and gas activity regions identified include the Eagle Ford Shale in south Texas, the Haynesville Shale in northeast Texas, and the Permian Basin in west Texas. 2012 emission estimates for these six regions plus additional categories for remaining counties and offshore activity area provided in Table 4-52: *2012 Base Case Oil and Gas Production Emissions by Texas Area.*

**Table 4-52: 2012 Base Case Oil and Gas Production Emissions by Texas Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| DFW | 19.33 | 71.65 | 13.21 | 0.06 | 0.00 | 0.50 |
| Non-DFW Barnett Shale | 22.34 | 141.13 | 18.84 | 0.05 | 0.00 | 0.20 |
| Eagle Ford Shale | 186.00 | 1,082.71 | 94.08 | 19.04 | 0.00 | 3.86 |
| Haynesville Shale | 56.55 | 96.45 | 28.97 | 0.03 | 0.00 | 0.26 |
| HGB | 2.09 | 66.60 | 2.78 | 0.14 | 0.00 | 0.11 |
| Permian Basin | 104.35 | 1,422.43 | 101.32 | 9.16 | 0.00 | 1.20 |
| Other Counties | 145.86 | 689.72 | 103.85 | 1.40 | 0.00 | 2.45 |
| Coastal Offshore | 0.79 | 0.05 | 1.06 | 0.00 | 0.00 | 0.01 |
| Total | 537.31 | 3,570.75 | 364.10 | 29.87 | 0.00 | 8.58 |

2023 future year emission estimates for oil and gas production were projected using 2015 RRC data, which was the latest full year of activity information available when this work was done. Projection factors were obtained from a September 2016 ERG study entitled *Growth Factors for Area and Point Sources*, which is available on the TCEQ Air Quality Research and Contracts Reports webpage at https://www.tceq.texas.gov/airquality/airmod/project/pj_report_ei.html. Using 2014 as a reference year, the report provides projections of well count and overall production activity for 2015 through 2050 for the Barnett Shale, the Eagle Ford Shale, the Haynesville Shale, and the Permian Basin. Ratios of 2023-to-2015 projections by region from this report were applied to the 2015 production emissions to obtain the 2023 figures summarized in Table 4-53: *2023 Future Year Oil and Gas Production Emissions by Texas Area.*

**Table 4-53: 2023 Future Year Oil and Gas Production Emissions by Texas Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| DFW | 3.22 | 25.85 | 2.45 | 0.05 | 0.00 | 0.07 |
| Non-DFW Barnett Shale | 9.82 | 75.65 | 12.59 | 0.08 | 0.00 | 0.09 |
| Eagle Ford Shale | 155.93 | 546.04 | 99.62 | 13.71 | 0.00 | 2.73 |
| Haynesville Shale | 29.20 | 73.89 | 16.24 | 0.17 | 0.00 | 0.14 |
| HGB | 1.71 | 31.71 | 2.48 | 0.04 | 0.00 | 0.09 |
| Permian Basin | 154.52 | 954.52 | 134.32 | 19.58 | 0.00 | 1.51 |
| Other Counties | 114.02 | 386.86 | 86.74 | 0.42 | 0.00 | 2.11 |
| Coastal Offshore | 0.79 | 0.05 | 1.06 | 0.00 | 0.00 | 0.01 |
| Total | 469.21 | 2,094.58 | 355.51 | 34.06 | 0.00 | 6.74 |

Oil and gas drilling rig emission estimates were developed based on 2012 and 2015 activity data from the RRC multiplied by emission factors from a July 2015 ERG report entitled *2014 Statewide Drilling Rig Emissions Inventory with Updated Trends Inventories*, which is available on the TCEQ Air Quality Research and Contracts Reports webpage at https://www.tceq.texas.gov/airquality/airmod/project/pj_report_ei.html. The 2012 drilling rig emission estimates were obtained by multiplying the 2012 levels of activity reported by the RRC by applicable emission rates, which are based on average well depth and whether conventional "vertical only" drilling is being done versus horizontal drilling commonly associated with fracturing. The results for 2012 are summarized in Table 4-54: *2012 Base Case Oil and Gas Drilling Rig Emissions by Texas Area.*

**Table 4-54: 2012 Base Case Oil and Gas Drilling Rig Emissions by Texas Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| DFW | 6.70 | 0.32 | 1.39 | 0.01 | 0.00 | 0.20 |
| Non-DFW Barnett Shale | 2.85 | 0.15 | 0.64 | 0.00 | 0.00 | 0.09 |
| Eagle Ford Shale | 45.13 | 2.28 | 9.76 | 0.05 | 0.00 | 1.38 |
| Haynesville Shale | 3.88 | 0.27 | 1.10 | 0.00 | 0.00 | 0.16 |
| HGB | 0.81 | 0.06 | 0.26 | 0.00 | 0.00 | 0.04 |
| Permian Basin | 27.11 | 2.23 | 8.92 | 0.02 | 0.00 | 1.34 |
| Other Counties | 8.59 | 0.61 | 2.50 | 0.01 | 0.00 | 0.37 |

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| Total | 95.08 | 5.93 | 24.57 | 0.10 | 0.00 | 3.56 |

Since drilling rig equipment is subject to federal non-road emission standards, average emission rates decline over time due to fleet turnover effects. To obtain 2023 projections of drilling rig emissions, the 2015 drilling rig emissions estimates were multiplied by the ratios of 2023-to-2015 fleet average drilling rig rates. The results for 2023 are summarized in Table 4-55: *2023 Future Year Oil and Gas Drilling Rig Emissions by Texas Area*.

**Table 4-55: 2023 Future Year Oil and Gas Drilling Rig Emissions by Texas Area**

| Geographic Area | NO$_x$ (tpd) | VOC (tpd) | CO (tpd) | SO$_2$ (tpd) | NH$_3$ (tpd) | PM$_{2.5}$ (tpd) |
|---|---|---|---|---|---|---|
| DFW | 0.95 | 0.08 | 0.06 | 0.00 | 0.00 | 0.01 |
| Non-DFW Barnett Shale | 0.46 | 0.04 | 0.04 | 0.00 | 0.00 | 0.01 |
| Eagle Ford Shale | 17.31 | 1.41 | 1.13 | 0.01 | 0.00 | 0.20 |
| Haynesville Shale | 1.03 | 0.07 | 0.07 | 0.00 | 0.00 | 0.01 |
| HGB | 0.44 | 0.03 | 0.04 | 0.00 | 0.00 | 0.01 |
| Permian Basin | 25.34 | 1.58 | 1.51 | 0.02 | 0.00 | 0.31 |
| Other Counties | 3.86 | 0.27 | 0.27 | 0.00 | 0.00 | 0.06 |
| Total | 49.39 | 3.48 | 3.12 | 0.04 | 0.00 | 0.61 |

The TCEQ obtained oil and gas production emission estimates for the non-Texas U.S. states in the modeling domain from the 2011 NEI. These estimates were projected by SCC to 2012 based on historical oil and gas production data available from the U.S. EIA. The relative change in crude oil production from 2011 to 2012 was multiplied by emissions for applicable oil production SCCS, while the relative change in natural gas production from 2011 to 2012 was multiplied by emissions for applicable gas production SCCs. The 2023 oil and gas production emission estimates for non-Texas U.S. states were obtained directly from the 2011 EPA Modeling Platform. The total oil and gas production emissions for all non-Texas U.S. states for 2012 and 2023 are summarized in Table 4-56: *Oil and Gas Production Emissions for Non-Texas U.S. States*.

**Table 4-56: Oil and Gas Production Emissions for Non-Texas U.S. States**

| Calendar Year | NOX (tpd) | VOC (tpd) | CO (tpd) | SO2 (tpd) | NH3 (tpd) | PM2.5 (tpd) |
|---|---|---|---|---|---|---|
| 2012 Base Case | 1,305.30 | 4,672.07 | 1,448.17 | 31.86 | 0.00 | 35.19 |
| 2023 Future Year | 1,686.73 | 3,835.10 | 1,918.50 | 87.98 | 15.84 | 68.84 |

Unlike TCEQ's oil and gas emissions inventory, the EPA NEI and modeling platform sources referenced above do not contain line-itemed drilling rig emissions. Instead, drilling rig emissions for non-Texas U.S. states are covered under the general non-road category discussed above. The Canada and Mexico emission inventories available from EPA contain neither drilling rig nor production estimates for oil and gas sources as a separate line-item. Instead, these sources are covered under the general non-road and area source categories discussed above.

The complete sets of electronic files for the oil and gas emission inventories are available on the FTP site for 2012 and 2023 at ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/base_2012/oil_gas/ and ftp://amdaftp.tceq.texas.gov/EI/2012_episodes/transport_sip/future_2023/oil_gas/, respectively. For both the 2012 base case and 2023 future years, separate directories are provided for Texas and non-Texas U.S. Within the Texas directories, separate sub-directories are provided for drilling and production.

The following pages contain graphical plots of the spatial and temporal distribution of 2012 and 2023 oil and gas emission estimates at a resolution of 12 km. For production emissions, both $NO_x$ and VOC plots are provided for the continental U.S. For drilling rig emissions, only $NO_x$ plots are provided since these sources are not significant contributors of VOC emissions. Also, the drilling rig plots only cover Texas since non-Texas U.S. drilling rig emissions are not available as a line-item. These plots are respectively entitled Figure 4-15: *2012 Base Case U.S. Oil and Gas Production $NO_x$ Emissions*, Figure 4-16: *2012 Base Case U.S. Oil and Gas Production VOC Emissions*, Figure 4-17: *2023 Future Year U.S. Oil and Gas Production $NO_x$ Emissions*, Figure 4-18: *2023 Future Year U.S. Oil and Gas Production VOC Emissions*, Figure 4-19: *2012 Base Case Texas Oil and Gas Drilling Rig $NO_x$ Emissions*, and Figure 4-20: *2023 Future Year Texas Oil and Gas Drilling Rig $NO_x$ Emissions*.



**Figure 4-15: 2012 Base Case U.S. Oil and Gas Production NO$_x$ Emissions**



**Figure 4-16: 2012 Base Case U.S. Oil and Gas Production VOC Emissions**



**Figure 4-17: 2023 Future Year U.S. Oil and Gas Production NO$_x$ Emissions**



**Figure 4-18: 2023 Future Year U.S. Oil and Gas Production VOC Emissions**



**Figure 4-19: 2012 Base Case Texas Oil and Gas Drilling Rig NOₓ Emissions**



**Figure 4-20: 2023 Future Year Texas Oil and Gas Drilling Rig NO$_x$ Emissions**