No. 23-60069

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C; LOUISIANA CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

On Petitions for Review of a Final Action
of the United States Environmental Protection Agency

## RULE 30.2(a) APPENDIX – VOLUME SEVEN OF SEVEN
### (C.I. NOS. R6-6 (PT. 2), R6-28, R6-29, R6-31, R6-35, R6-38, R7-11, R7-18)

*(Counsel Listed on Inside Cover)*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

LANORA C. PETTIT
Principal Deputy Solicitor General

BILL DAVIS
Deputy Solicitor General
Bill.Davis@oag.texas.gov

MICHAEL R. ABRAMS
WILLIAM F. COLE
Assistant Solicitors General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

Counsel for the State of Texas, Texas
Commission on Environmental
Quality, Public Utility Commission of
Texas, and Railroad Commission of
Texas

No. 23-60069

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL
QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO
CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS
ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE
MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY,
L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA
APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS
ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD
COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI
DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER
COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C; LOUISIANA
CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS
ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL
GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY;
MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

On Petitions for Review of a Final Action
of the United States Environmental Protection Agency

## INDEX TO RULE 30.2(a) APPENDIX
## (VOLUME SEVEN OF SEVEN) [*]

[*] Consistent with how record material was cited in the briefs, appendix tab numbers correspond to the final four digits (minus leading zeros) of "Document ID" numbers on the certified index of record contents.

32.  Texas Commission on Environmental Quality, Federal Clean Air Act Sections 110(a)(1) and (2) Transport State Implementation Plan Revision for the 2015 Ozone National Ambient Air Quality Standards (Aug. 8, 2018) (EPA-R06-OAR-2021-0801-0006) ........................................................................... Tab R6-6 (*continued*)

33.  Comment submitted by Texas Commission on Environmental Quality on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022) (EPA-R06-OAR-2021-0801-0028) ........................................... Tab R6-28

34.  Comment submitted by Louisiana Electric Utility Environmental Group LLC ("LEUEG") on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022) (EPA-R06-OAR-2021-0801-0029) ................................. Tab R6-29

35.  Comment submitted by Department of Environmental Quality on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022) (EPA-R06-OAR-2021-0801-0031) ................................................................Tab R6-31

36.  Comment by Entergy Services, LLC, on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022) (EPA-R06-OAR-2021-0801-0035) ...... Tab R6-35

37.  Comment submitted by Cleco Corporate Holdings LLC on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022) (EPA-R06-OAR-2021-0801-0038)...................................................................... Tab R6-38

38.  Comment submitted by Louisiana Chemical Association on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022) (EPA-R06-OAR-2021-0801-0039)...................................................................... Tab R6-39

39.  Maintenance Receptors Memo October 19, 2018 (Jan. 31, 2022) (EPA-R07-OAR-2021-0851-0011) ................................................... Tab R7-11

40.  Transport Memo March 27, 2018 (Jan. 31, 2022) (EPA-R07-OAR-2021-0851-0018) ............................................................................Tab R7-18

Tab R6-6 (pt. 2): Texas Commission on Environmental Quality, Federal Clean Air Act Sections 110(a)(1) and (2) Transport State Implementation Plan Revision for the 2015 Ozone National Ambient Air Quality Standards (Aug. 8, 2018) (EPA-R06-OAR-2021-0801-0006)

## 5: BIOGENIC EMISSIONS MODELING

Biogenic emissions needed for this SIP recision were developed using version 3.61 of BEIS (Bash, et al., 2016) within SMOKE System version 3.7 (available at https://www.cmascenter.org/smoke/). BEIS inputs from SMOKE defaults include the emissions factors input file (smoke/data/ge_data/b360fac_beld4_csv_nlcd2006.txt) and the CB05 VOC speciation profiles (smoke/data/ge_data/gspro.cmaq_cb05_soa.txt).

The Biogenic Emission Landuse Database version 4.1 (BELD4.1) from 2011 EPA Modeling Platform was regridded with Spatial Allocator [9] version 4.2 to create the grid-specific rpo_12km land-use input files. The Weather Research and Forecasting (WRF) version 3.8.1 results were processed with the Meteorology-Chemistry Interface Processor (MCIP) version 4.3 to generate the 2-D cross-point surface meteorology data, 3-D dot-point layered meteorology data, and 2-D grid parameters input files needed by BEIS ($MET_CRO_2D, $MET_DOT_3D, and $GRID_CRO_2D).[10]

### 5.1 BIOGENIC EMISSION SUMMARY

The BEIS model was run for each May through September 2012 episode day. Since biogenic emissions are dependent upon the meteorological conditions on a given day, the same episode-specific emissions for the 2012 base case modeling were used in the 2023 future year modeling. Some continental U.S. biogenic emission totals for one episode day for each month of the May through September 2012 episode are shown in Table 5-1: *Sample of US Daily Biogenic Emissions.* The daily emission totals vary significantly depending on the meteorological inputs.

**Table 5-1: Sample of US Daily Biogenic Emissions**

| Episode Day | Isoprene (tpd) | Monoterpenes (tpd) | Nitrogen Oxide (tpd) | Total VOC (tpd) |
|---|---|---|---|---|
| 5/15/2012 | 46928.46 | 32355.30 | 5314.57 | 149414.72 |
| 6/15/2012 | 77680.20 | 41051.25 | 5802.92 | 210562.97 |
| 7/15/2012 | 72761.17 | 46502.13 | 6349.78 | 221959.42 |
| 8/15/2012 | 67015.54 | 48139.41 | 5432.13 | 215759.30 |
| 9/15/2012 | 33300.24 | 33534.34 | 4500.31 | 130326.03 |

Isoprene and other biogenic VOC emissions were plotted to determine the location of emissions matched known forested areas as shown in Figure 5-1: *Biogenic Isoprene Emissions on June 15, 2012 for the 12 km Domain.* CAMx output concentrations of the same VOC for the same time period are also plotted to ensure concentrations follow expected emission magnitudes and observations. An example concentration plot of isoprene with observations plotted as colored circles for June 15, 2012 at 15:00 is displayed in Figure 5-2: *Modeled CAMx Isoprene Concentrations for June 15, 2012 at 15:00 CST.*

---

[9] https://www.cmascenter.org/sa-tools/
[10] https://www.cmascenter.org/smoke/documentation/3.5/html/ch08s08.html



**Figure 5-1: Biogenic Isoprene Emissions on June 15, 2012 for the 12 km Domain**



**Figure 5-2: Modeled CAMx Isoprene Concentrations for June 15, 2012 at 15:00 CST**

6: REFERENCES

Bash, J., Baker, K., Beaver, M., 2016. Evaluation of improved land use and canopy representation in BEIS v3.61 with biogenic VOC measurements in California, Geosci. Model Dev., 9, 2191–2207, 2016.

EPA, 2014b. SPECIATE Version 4.4 Database Development Documentation, February 2014, https://www3.epa.gov/ttn/chief/software/speciate/speciate_version4_4_finalreport.pdf.

EPA, 2016. EPA Petroleum Refinery National Case Results, https://www.epa.gov/enforcement/petroleum-refinery-national-case-results.

Ramboll Environ, 2015. User's Guide Emissions Processor, Version 3.22, July 2015, Ramboll Environ, Inc., Novato, CA.

Ron Thomas, Marvin Jones, Barry Exum, Dick Karp, Jim MacKay, 2010. Development of an Hourly Modeling Emissions Inventory from Several Sources of Regulatory Speciated Hourly Data for the Houston-Galveston-Brazoria Ozone Nonattainment Area, EPA-sponsored 17th Annual International Emission Inventory Conference, Portland, Oregon,

June 2008. Poster Presentation,
http://www.epa.gov/ttn/chief/conference/ei17/poster/thomas.pdf.

Yarwood, et al., 2012. Updates to the Carbon Bond Mechanism for Version 6 (CB6), CMAS conference, Oct. 2010.
https://www.cmascenter.org/conference/2010/abstracts/emery_updates_carbon_2010.pdf.

**APPENDIX C**

**PHOTOCHEMICAL MODEL PERFORMANCE EVAULATION
FOR THE TRANSPORT STATE IMPLEMENTATION PLAN
REVISION FOR THE 2015 EIGHT-HOUR OZONE NATIONAL
AMBIENT AIR QUALITY STANDARD**

Project Number 2017-039-SIP-NR

Adoption
August 8, 2018

# Table of Contents

Appendix C ....................................................................................................................i
1: Overview ....................................................................................................................1
2: Regional Model Performance Evaluation, TCEQ 2012 Model Platform .........................1
  2.1 Model Performance Overview .................................................................................2
  2.2 Performance metrics by state ................................................................................5
  2.3 Performance metrics by Climate Region ...............................................................8
  2.4 Detailed performance evaluation by climate region .............................................9
    2.4.1 Model Performance: South Climate Region ...................................................10
    2.4.2 Model Performance: Southwest Climate Region ............................................14
    2.4.3 Model Performance: West Climate Region.....................................................20
    2.4.4 Model Performance: Northeast Climate Region .............................................24
    2.4.5 Model Performance: Northern Rockies and Plains Climate Region ..........28
    2.4.6 Model Performance: Northwest Climate Region ............................................32
    2.4.7 Model Performance: Ohio Valley Climate Region .........................................36
    2.4.8 Model Performance: Southeast Climate Region ............................................40
    2.4.9 Model Performance: Upper Midwest Climate Region...................................44
    2.4.10 Summary .....................................................................................................48
  2.5 Performance at specific Colorado monitors Tagged For Further Review ..........48
3: Model Sensitivity Tests .............................................................................................51
  3.1 Pleim-Xiu vs. NOAH Land-surface model .............................................................52
  3.2 BEIS vs. MEGAN Biogenic emissions ...................................................................53
  3.3 Land-use variations ...............................................................................................54
  3.4 References .............................................................................................................57

## List of Figures

Figure 2-1: Average MDA8 ozone concentrations; (L) observed, (R) modeled.....................2

Figure 2-2: Mean Bias calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb...........................................................................................................3

Figure 2-3: Normalized Mean Bias calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb.............................................................................3

Figure 2-4: Mean error calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb...........................................................................................................4

Figure 2-5: Normalized Mean Error calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb.............................................................................4

Figure 2-6: RMSE calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb...........................................................................................................5

Figure 2-7: United States Climate Regions .................................................................8

Figure 2-8: Modeled vs. observed MDA8 ozone concentrations in the South climate region.................................................................................................................... 10

Figure 2-9: Monthly distributions of observed and modeled MDA8 ozone concentrations in the South Climate Region ....................................................... 11

Figure 2-10: Median one-hour ozone concentrations by hour in the South climate region.................................................................................................................... 12

Figure 2-11: Monthly distributions of observed and modeled one-hour $NO_X$ concentrations in the South climate region.................................................... 13

Figure 2-12: Median one-hour $NO_X$ concentrations by hour in the South climate region .................................................................................................................... 13

Figure 2-13: Median one-hour CO concentrations by hour in the South climate region 14

Figure 2-14: Modeled vs. observed MDA8 ozone concentrations in the Southwest climate region.................................................................................................... 16

Figure 2-15: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Southwest climate region ................................................ 17

Figure 2-16: Median one-hour ozone concentrations by hour in the Southwest climate region.................................................................................................................... 18

Figure 2-17: Monthly distributions of observed and modeled one-hour $NO_X$ concentrations in the Southwest Climate Region .............................................. 18

Figure 2-18: Median one-hour $NO_X$ concentrations by hour in the Southwest climate region.................................................................................................................... 19

Figure 2-19: Median one-hour CO concentrations by hour in the Southwest climate region.................................................................................................................... 20

Figure 2-20: Modeled vs. observed MDA8 ozone concentrations in the West climate region.................................................................................................................... 21

Figure 2-21: Monthly distributions of observed and modeled MDA8 ozone concentrations in the West climate region .......................................................... 21

Figure 2-22: Median one-hour ozone concentrations by hour in the West climate region .................................................................................................... 22

Figure 2-23: Monthly distributions of observed and modeled one-hour $NO_x$ concentrations in the West climate region ........................................... 23

Figure 2-24: Median one-hour $NO_x$ concentrations by hour in the West climate region 23

Figure 2-25: Median one-hour CO concentrations by hour in the West climate region . 24

Figure 2-26: Modeled vs. observed MDA8 ozone concentrations in the Northeast climate region ................................................................................ 25

Figure 2-27: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Northeast climate region .............................. 26

Figure 2-28: Median one-hour ozone concentrations by hour in the Northeast climate region ................................................................................ 26

Figure 2-29: Monthly distributions of observed and modeled one-hour $NO_x$ concentrations in the Northeast Climate Region ........................... 27

Figure 2-30: Median one-hour $NO_x$ concentrations by hour in the Northeast climate region ................................................................................ 27

Figure 2-31: Median one-hour CO concentrations by hour in the Northeast climate region ................................................................................ 28

Figure 2-32: Modeled vs. observed MDA8 ozone concentrations in the Northern Rockies and Plains climate region ............................................ 29

Figure 2-33: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Northern Rockies and Plains climate region ................... 30

Figure 2-34: Median one-hour ozone concentrations by hour in the Northern Rockies and Plains climate region ............................................ 30

Figure 2-35: Monthly distributions of observed and modeled one-hour $NO_x$ concentrations in the Northern Rockies and Plains Climate Region .................... 31

Figure 2-36: Median one-hour $NO_x$ concentrations by hour in the Northern Rockies and Plains climate region ............................................ 31

Figure 2-37: Median one-hour CO concentrations by hour in the Northern Rockies and Plains climate region ............................................ 32

Figure 2-38: Modeled vs. observed MDA8 ozone concentrations in the Northwest climate region ................................................................................ 33

Figure 2-39: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Northwest climate region ................................... 33

Figure 2-40: Median one-hour ozone concentrations by hour in the Northwest climate region ................................................................................ 34

Figure 2-41: Monthly distributions of observed and modeled one-hour $NO_x$ concentrations in the Northwest Climate Region ........................... 35

Figure 2-42: Median one-hour $NO_x$ concentrations by hour in the Northwest climate region ................................................................................ 35

Figure 2-43: Median one-hour CO concentrations by hour in the Northwest climate region ................................................................................................................. 36

Figure 2-44: Modeled vs. observed MDA8 ozone concentrations in the Ohio Valley climate region ........................................................................................................ 37

Figure 2-45: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Ohio Valley climate region .................................................. 38

Figure 2-46: Median one-hour ozone concentrations by hour in the Ohio Valley climate region ........................................................................................................ 38

Figure 2-47: Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Ohio Valley Climate Region ............................................... 39

Figure 2-48: Median one-hour NO$_x$ concentrations by hour in the Ohio Valley climate region ........................................................................................................ 39

Figure 2-49: Median one-hour NO$_x$ concentrations by hour in the Ohio Valley climate region ........................................................................................................ 40

Figure 2-50: Modeled vs. observed MDA8 ozone concentrations in the Southeast climate region ........................................................................................................ 41

Figure 2-51: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Southeast climate region ................................................... 42

Figure 2-52: Median one-hour ozone concentrations by hour in the Southeast climate region ........................................................................................................ 42

Figure 2-53: Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Southeast Climate Region .................................................. 43

Figure 2-54: Median one-hour NO$_x$ concentrations by hour in the Southeast climate region ........................................................................................................ 43

Figure 2-55: Median one-hour CO concentrations by hour in the Southeast climate region ........................................................................................................ 44

Figure 2-56: Modeled vs. observed MDA8 ozone concentrations in the Upper Midwest climate region ...................................................................................... 45

Figure 2-57: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Upper Midwest climate region .......................................... 46

Figure 2-58: Median one-hour ozone concentrations by hour in the Upper Midwest climate region ...................................................................................... 46

Figure 2-59: Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Upper Midwest Climate Region ....................................... 47

Figure 2-60: Median one-hour NO$_x$ concentrations by hour in the Upper Midwest climate region ...................................................................................... 47

Figure 2-61: Median one-hour CO concentrations by hour in the Upper Midwest climate region ........................................................................................................ 48

Figure 2-62: Colorado Monitors Tagged for Further Review ............................... 49

Figure 2-63: Time series of MDA8 ozone concentrations at 080050002 .......................... 50

Figure 2-64: Time series of MDA8 ozone concentrations at 080350004 .......................... 50

Figure 2-65: Time series of MDA8 ozone concentrations at 080590006............................ 50

Figure 2-66: Time series of MDA8 ozone concentrations at 080590011............................ 51

Figure 2-67: Time series of MDA8 ozone concentrations at 080690011............................ 51

**List of Tables**

Table 2-1: Definition of Performance Metrics for Photochemical Modeling........................1

Table 2-2: Model Performance Statistics by State for MDA8 Ozone Concentrations, All Observed-Modeled Pairs..................................................................................................................5

Table 2-3: Model Performance Statistics by State for MDA8 Ozone Concentrations, Observed Values ≥ 60 ppb .......................................................................................................7

Table 2-4: Model Performance Statistics by Climate Region for MDA8 Ozone Concentrations, All Observed-Modeled Pairs...................................................................9

Table 2-5: Model Performance Statistics by Climate Region for MDA8 Ozone Concentrations, Observed Values ≥ 60 ppb ...............................................................9

Table 2-6: Model Performance Assessment by Climate Region .......................................... 48

Table 3-1: Performance Statistics Comparing CAMx MDA8 Predictions using Pleim-Xiu with those using Noah Land Surface Models (All Data)...................................... 52

Table 3-2: Performance Statistics Comparing CAMx MDA8 Predictions using Pleim-Xiu with those using Noah Land Surface Models (Observed MDA8 Ozone ≥ 60 ppb), .......... 53

Table 3-3: Performance Statistics Comparing CAMx MDA8 Predictions using BEIS with those using MEGAN Biogenic Emission Models (All Data).................................... 54

Table 3-4: Performance Statistics Comparing CAMx MDA8 Predictions using BEIS with those using MEGAN Biogenic Emission Models (Observed MDA8 Ozone ≥ 60 ppb)....... 54

Table 3-5: Performance Statistics Comparing CAMx MDA8 Predictions using a Variety of Land Cover Inputs ....................................................................................................... 55

## 1:  OVERVIEW

This appendix presents an in-depth evaluation of the TCEQ 2012 modeling platform from a regional perspective since this State Implementation Plan (SIP) revision was developed to satisfy Texas obligations under the "Good Neighbor" provision of the 1990 Federal Clean Air Act Amendments (§110(a)(2)(D)(i)(I)). Model Performance Evaluation (MPE) for previous SIP revisions also included some examination of regional performance but primarily focused on Texas and in particular on the metropolitan areas in the eastern half of the state.

## 2:  REGIONAL MODEL PERFORMANCE EVALUATION, TCEQ 2012 MODEL PLATFORM

To quantify model performance, several statistical measures were calculated and evaluated. Table 2-1: *Definition of Performance Metrics for Photochemical Modeling* lists the definitions of statistical performance measures that were used in model performance evaluation discussed below. The statistical measures selected are among those recommended in the Environmental Protection Agency's (EPA) Draft Modeling Guidance for Demonstrating Attainment of Air Quality Goals for ozone, $PM_{2.5}$, and Regional Haze (EPA, 2014).

**Table 2-1: Definition of Performance Metrics for Photochemical Modeling**

| Metric | Definition[1] |
|---|---|
| Mean Bias (MB) | $\frac{1}{N}\sum_{i=1}^{N}(P_i - O_i)$ |
| Mean Error (ME) | $\frac{1}{N}\sum_{i=1}^{N}|P_i - O_i|$ |
| Root Mean Squared Error (RMSE) | $\sqrt{\frac{\sum_{i=1}^{N}(P_i - O_i)^2}{N}}$ |
| Normalized Mean Bias (NMB) (-100% to +∞) | $\frac{\sum_{i=1}^{N}(P_i - O_i)}{\sum_{i=1}^{N}O_i}$ |
| Normalized Mean Error (NME) (0% to +∞) | $\frac{\sum_{i=1}^{N}|P_i - O_i|}{\sum_{i=1}^{N}O_i}$ |

[1]$P_i$ and $O_i$ are prediction and observation at the $i$-th site, respectively; $\overline{P}$ and $\overline{O}$ are mean prediction and observation, respectively.

Much of the analysis presented in this appendix based on approaches found in Appendix A of the EPA's Air Quality Modeling Technical Support Document for the 2015 Ozone NAAQS Preliminary Interstate Transport Assessment (EPA, 2016) in which they evaluated the EPA 2011 modeling platform from a regional perspective. One departure from the EPA's evaluation is that they evaluated CASTNet sites separately from other AQS sites, but for this analysis all sites are considered together.

## 2.1 MODEL PERFORMANCE OVERVIEW

Figure 2-1: *Average MDA8 ozone concentrations; (L) observed, (R) modeled* shows all sites included in this MPE, and compares mean modeled Maximum Daily Average Eight-hour (MDA8) ozone concentrations at these locations with their observed counterparts as reported to AQS (also including CASTNet sites). Overall the modeling matches the observations reasonably well, although it does not capture some very high concentrations in the California Central Valley and generally over-predicts in the Northeast and Southeast, with some under-prediction in the central Rockies.



**Figure 2-1: Average MDA8 ozone concentrations; (L) observed, (R) modeled**

Figure 2-2: *Mean Bias calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb* shows the average model bias (in ppb) across all sites, both for all episode days and separately for days with observed MDA8 ozone concentrations of 60 ppb and above. From Figure 2-2 it is evident that the model predicts MDA8 ozone concentrations above 60 ppb much better than overall averages, but still exhibits some over-prediction in the eastern states and misses the highest concentration days in areas of California. Model bias is generally good, albeit slightly negative, throughout the midsection of the United States.



**Figure 2-2: Mean Bias calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb**

Figure 2-3: *Normalized Mean Bias calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb* is similar to Figure 2-2 except that it displays normalized mean bias (in percent). The areas in red along the coastlines in the left panel result from over-predictions at lower concentrations, coupled with low concentrations in the denominator (see Table 1). This effect results from general over-prediction of marine ozone concentrations by the GEOS-Chem model used to supply the boundary conditions for CAMx, along with some residual over-prediction in CAMx itself (although these factors have been greatly attenuated by halogen chemistry improvements in recent releases). Days with observed concentrations of 60 ppb and above are not typically influenced heavily by marine inflows and for these days over-prediction is less and is largely limited to eastern states.



**Figure 2-3: Normalized Mean Bias calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb**

Figure 2-4: *Mean error calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb* and Figure 2-5: *Normalized Mean Error calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb* show, respectively, model error (in ppb) and normalized error (in percent). With a few exceptions, notably the

Northeast, the central valley in California, and a few sites in the upper Midwest, model performance for higher ozone days is reasonably good.



**Figure 2-4: Mean error calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb**



**Figure 2-5: Normalized Mean Error calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb**

Finally,Figure 2-6: *RMSE calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb* shows root mean-square error (RMSE) for all days and for days with MDA8 ozone concentrations greater than or equal to 60 ppb. Most locations show RMSE values around or below 10 ppb, consistent with acceptable model performance. Exceptions are parts of California, the Washington-Boston corridor, and northern plains. Both Texas and Colorado show some of the best performance in the 2012 baseline, particularly for MDA8 ozone equal to or greater than 60 ppb.



**Figure 2-6: RMSE calculated for: (L) all days modeled, (R) days with observed MDA8 ozone ≥ 60 ppb**

## 2.2 PERFORMANCE METRICS BY STATE

Table 2-2: *Model Performance Statistics by State for MDA8 Ozone Concentrations, All Observed-Modeled Pairs* shows performance metrics for every state (and the District of Columbia – D.C.) in the modeling domain. The values in this table were calculated using all observed-modeled pairs of MDA8 ozone in the months of May through September 2012. Looking at model performance for all observed values is informative, but may produce a somewhat misleading picture of performance especially for normalized bias and error, since small observed values, especially in regions affected by maritime ozone, tend to exaggerate these relative measures. Instead, focusing on RMSE and (non-normalized) bias provides a clearer picture of model performance overall. Using these metrics, it is seen that several states perform quite well, including Arkansas, Colorado, Iowa, North Dakota, Oklahoma, and New Mexico, which all show bias near zero and RMSE values below 9 ppb, while California and several Northeastern and Southeastern states have both large positive bias and high RMSE values.

**Table 2-2: Model Performance Statistics by State for MDA8 Ozone Concentrations, All Observed-Modeled Pairs**

| State | N | Mean Observed MDA8 (ppb) | Mean Modeled MDA8 (ppb) | Mean Bias (ppb) | Mean Error (ppb) | Normalized Mean Bias (%) | Normalized Mean Error (%) | RMSE (ppb) |
|---|---|---|---|---|---|---|---|---|
| Alabama | 3586 | 45.37 | 54.55 | 9.18 | 10.4 | 20.23 | 22.92 | 13.06 |
| Arizona | 6783 | 55.27 | 51.82 | -3.45 | 6.94 | -6.24 | 12.55 | 8.76 |
| Arkansas | 1354 | 51.38 | 52.57 | 1.19 | 6.89 | 2.31 | 13.41 | 8.7 |
| California | 27527 | 52.36 | 52.34 | -0.02 | 8.97 | -0.04 | 17.14 | 11.45 |
| Colorado | 6629 | 57 | 56.83 | -0.17 | 6.38 | -0.29 | 11.2 | 8.42 |
| Connecticut | 1799 | 47.89 | 59.1 | 11.21 | 12.96 | 23.41 | 27.05 | 16.3 |
| Delaware | 1053 | 49.7 | 59.81 | 10.11 | 11.65 | 20.35 | 23.44 | 14.98 |
| D.C. | 304 | 52.82 | 60 | 7.18 | 9.6 | 13.59 | 18.17 | 12.51 |
| Florida | 8916 | 34.64 | 43.63 | 8.99 | 10.19 | 25.96 | 29.41 | 12.48 |
| Georgia | 3187 | 45.14 | 55.51 | 10.37 | 11 | 22.98 | 24.38 | 13.68 |
| Idaho | 458 | 49.89 | 48.57 | -1.32 | 6.44 | -2.65 | 12.91 | 8.17 |
| Illinois | 5612 | 51.66 | 53.64 | 1.98 | 7.91 | 3.84 | 15.31 | 10.46 |
| Indiana | 6384 | 50.67 | 55.13 | 4.46 | 8.07 | 8.79 | 15.93 | 10.7 |

| State | N | Mean Observed MDA8 (ppb) | Mean Modeled MDA8 (ppb) | Mean Bias (ppb) | Mean Error (ppb) | Normalized Mean Bias (%) | Normalized Mean Error (%) | RMSE (ppb) |
|---|---|---|---|---|---|---|---|---|
| Iowa | 2262 | 50.24 | 49.13 | -1.11 | 5.99 | -2.21 | 11.92 | 7.53 |
| Kansas | 1510 | 55.8 | 53.42 | -2.38 | 6.47 | -4.27 | 11.6 | 8.13 |
| Kentucky | 4511 | 51.95 | 57.06 | 5.1 | 8.45 | 9.83 | 16.26 | 10.91 |
| Louisiana | 3577 | 42.07 | 53.93 | 11.87 | 12.71 | 28.21 | 30.22 | 15.33 |
| Maine | 2882 | 36.32 | 45.6 | 9.28 | 10.71 | 25.56 | 29.5 | 13.42 |
| Maryland | 2963 | 52.6 | 61.94 | 9.35 | 11.05 | 17.77 | 21.01 | 14.38 |
| Massachusetts | 2442 | 42.86 | 54.83 | 11.98 | 13.03 | 27.95 | 30.41 | 16.15 |
| Michigan | 4561 | 49.98 | 51.37 | 1.39 | 7.22 | 2.79 | 14.44 | 9.26 |
| Minnesota | 2417 | 42.4 | 43.6 | 1.2 | 7.19 | 2.83 | 16.97 | 9.1 |
| Mississippi | 1413 | 44.8 | 52.39 | 7.59 | 9.51 | 16.93 | 21.23 | 11.69 |
| Missouri | 3506 | 55.27 | 53.59 | -1.68 | 6.95 | -3.04 | 12.57 | 8.78 |
| Montana | 987 | 42.96 | 45.82 | 2.86 | 6.71 | 6.65 | 15.63 | 8.7 |
| Nebraska | 899 | 49.59 | 50.61 | 1.02 | 7.34 | 2.06 | 14.79 | 9.28 |
| Nevada | 3724 | 56.49 | 53.97 | -2.52 | 6.99 | -4.46 | 12.37 | 9.02 |
| New Hampshire | 1832 | 40.56 | 50.11 | 9.55 | 11.81 | 23.54 | 29.12 | 14.98 |
| New Jersey | 2500 | 48.42 | 59.7 | 11.28 | 12.74 | 23.3 | 26.31 | 16.35 |
| New Mexico | 3728 | 55.18 | 53.78 | -1.39 | 6.35 | -2.52 | 11.5 | 8.22 |
| New York | 5304 | 43.85 | 53.5 | 9.65 | 11.8 | 22 | 26.91 | 15.23 |
| North Carolina | 6928 | 46.46 | 56.18 | 9.72 | 10.63 | 20.92 | 22.88 | 13.05 |
| North Dakota | 1208 | 43.6 | 42.04 | -1.56 | 5.46 | -3.57 | 12.52 | 7.05 |
| Ohio | 7739 | 52.86 | 57.99 | 5.13 | 8.74 | 9.71 | 16.54 | 11.24 |
| Oklahoma | 3705 | 55.22 | 54.07 | -1.15 | 5.9 | -2.08 | 10.68 | 7.57 |
| Oregon | 1522 | 39.93 | 41.19 | 1.25 | 6.36 | 3.13 | 15.93 | 8.39 |
| Pennsylvania | 8235 | 49.11 | 58.83 | 9.72 | 11.48 | 19.8 | 23.37 | 14.7 |
| Rhode Island | 457 | 45.38 | 57.07 | 11.69 | 12.91 | 25.77 | 28.44 | 15.86 |
| South Carolina | 3260 | 42.19 | 53.84 | 11.64 | 12.14 | 27.59 | 28.76 | 14.57 |
| South Dakota | 917 | 50.99 | 46.83 | -4.16 | 6.26 | -8.15 | 12.28 | 7.89 |
| Tennessee | 3890 | 51.34 | 57.16 | 5.81 | 8.5 | 11.32 | 16.55 | 10.88 |
| Texas | 11083 | 44.07 | 50.66 | 6.59 | 8.96 | 14.95 | 20.33 | 11.23 |
| Utah | 3743 | 56.44 | 53.39 | -3.04 | 6.18 | -5.39 | 10.95 | 7.72 |
| Vermont | 306 | 41.39 | 48.34 | 6.95 | 9.54 | 16.79 | 23.04 | 11.7 |
| Virginia | 3748 | 48.11 | 58.1 | 9.99 | 10.85 | 20.77 | 22.55 | 13.48 |
| Washington | 2237 | 36.51 | 41.67 | 5.16 | 8.32 | 14.12 | 22.78 | 10.85 |
| West Virginia | 1507 | 50.03 | 58.24 | 8.21 | 9.91 | 16.41 | 19.81 | 12.61 |
| Wisconsin | 4410 | 48.51 | 48.06 | -0.45 | 6.99 | -0.93 | 14.42 | 8.83 |
| Wyoming | 3643 | 53.43 | 51.75 | -1.67 | 5.79 | -3.13 | 10.85 | 7.54 |

Table 2-3: *Model Performance Statistics by State for MDA8 Ozone Concentrations, Observed Values ≥ 60* shows the same performance statistics as Table 2-2, but is calculated only for observed-modeled pairs where the observed MDA8 ozone concentration is equal to or greater than 60 ppb. These data are of particular significance since they represent conditions where exceedances of the ozone NAAQS are more likely to occur, so performance on these days is especially meaningful. Through this lens some of the better performing states include Alabama, Florida, Indiana, Tennessee and West Virginia. Texas shows good performance with one of the lowest RMSE values and a modest under-prediction bias of 2.33 ppb. When comparing states in this table it is important to consider the number of observed-modeled pairs

as some states (like Montana and Vermont) have very few data points from which statistics can be calculated.

**Table 2-3: Model Performance Statistics by State for MDA8 Ozone Concentrations, Observed Values ≥ 60 ppb**

| State | N | Mean Observed MDA8 (ppb) | Mean Modeled MDA8 (ppb) | Mean Bias (ppb) | Mean Error (ppb) | Norm-alized Mean Bias (%) | Norm-alized Mean Error (%) | RMSE (ppb) |
|---|---|---|---|---|---|---|---|---|
| Alabama | 526 | 66.73 | 67.29 | 0.56 | 5.83 | 0.83 | 8.73 | 7.45 |
| Arizona | 2250 | 66.56 | 60.75 | -5.8 | 7.62 | -8.72 | 11.45 | 9.55 |
| Arkansas | 373 | 66.71 | 60.02 | -6.69 | 7.35 | -10.02 | 11.02 | 8.9 |
| California | 9222 | 70.55 | 61.04 | -9.51 | 10.78 | -13.48 | 15.28 | 13.09 |
| Colorado | 2467 | 66.33 | 61.85 | -4.48 | 6.64 | -6.75 | 10.01 | 8.61 |
| Connecticut | 367 | 72.02 | 77.55 | 5.53 | 10.31 | 7.68 | 14.31 | 13.36 |
| Delaware | 245 | 70.72 | 74.18 | 3.46 | 7.59 | 4.89 | 10.73 | 9.61 |
| D.C. | 87 | 69.6 | 74.53 | 4.93 | 8.77 | 7.08 | 12.6 | 11.22 |
| Florida | 282 | 64.84 | 62.51 | -2.33 | 6.31 | -3.59 | 9.74 | 8.01 |
| Georgia | 438 | 67.6 | 72.19 | 4.59 | 6.96 | 6.79 | 10.3 | 9.39 |
| Idaho | 54 | 64.61 | 58.54 | -6.07 | 7.31 | -9.4 | 11.31 | 9.14 |
| Illinois | 1651 | 69 | 64.31 | -4.69 | 7.86 | -6.8 | 11.4 | 9.61 |
| Indiana | 1715 | 68.1 | 66.1 | -1.99 | 6.27 | -2.93 | 9.2 | 8 |
| Iowa | 490 | 65.48 | 58.55 | -6.93 | 7.47 | -10.58 | 11.41 | 8.96 |
| Kansas | 596 | 68.27 | 61.23 | -7.04 | 7.81 | -10.32 | 11.44 | 9.25 |
| Kentucky | 1279 | 68.13 | 66.07 | -2.06 | 6.27 | -3.02 | 9.21 | 7.94 |
| Louisiana | 414 | 66.49 | 68.85 | 2.36 | 6.04 | 3.54 | 9.09 | 7.72 |
| Maine | 72 | 65.47 | 68.64 | 3.17 | 7.07 | 4.83 | 10.8 | 9.28 |
| Maryland | 835 | 69.75 | 75.64 | 5.9 | 9.1 | 8.45 | 13.05 | 11.99 |
| Massachusetts | 288 | 68.37 | 74.71 | 6.34 | 9.62 | 9.27 | 14.07 | 12.23 |
| Michigan | 1274 | 70.95 | 66.2 | -4.75 | 7.62 | -6.7 | 10.74 | 9.41 |
| Minnesota | 168 | 65.02 | 54.96 | -10.07 | 11.19 | -15.48 | 17.2 | 12.4 |
| Mississippi | 206 | 66.18 | 63.1 | -3.09 | 5.86 | -4.66 | 8.85 | 7.22 |
| Missouri | 1310 | 69.4 | 62.68 | -6.72 | 8.38 | -9.68 | 12.07 | 9.97 |
| Montana | 11 | 62.18 | 52.9 | -9.29 | 9.73 | -14.93 | 15.66 | 10.86 |
| Nebraska | 175 | 65.58 | 58.16 | -7.43 | 8.54 | -11.32 | 13.01 | 10.31 |
| Nevada | 1445 | 66.03 | 59.18 | -6.85 | 8.04 | -10.38 | 12.17 | 10.05 |
| New Hampshire | 133 | 65.53 | 64.61 | -0.92 | 8.85 | -1.4 | 13.51 | 11.1 |
| New Jersey | 582 | 70.1 | 75.79 | 5.68 | 9.28 | 8.1 | 13.23 | 12.15 |
| New Mexico | 1216 | 64.78 | 59.15 | -5.64 | 6.65 | -8.7 | 10.26 | 8.24 |
| New York | 782 | 68.16 | 70.75 | 2.59 | 8.53 | 3.8 | 12.52 | 11.13 |
| North Carolina | 975 | 66.62 | 69.73 | 3.12 | 6.44 | 4.68 | 9.67 | 8.19 |
| North Dakota | 27 | 61.89 | 49.86 | -12.03 | 12.03 | -19.44 | 19.44 | 13.18 |
| Ohio | 2572 | 68.21 | 67.94 | -0.27 | 6.48 | -0.39 | 9.5 | 8.06 |
| Oklahoma | 1434 | 68.12 | 62.31 | -5.81 | 6.93 | -8.54 | 10.17 | 8.42 |
| Oregon | 75 | 63.59 | 54.09 | -9.5 | 9.98 | -14.93 | 15.69 | 11.66 |
| Pennsylvania | 1896 | 68.05 | 71.28 | 3.23 | 7.32 | 4.74 | 10.76 | 9.49 |
| Rhode Island | 62 | 70.66 | 77.88 | 7.22 | 9.92 | 10.22 | 14.03 | 12.45 |
| South Carolina | 250 | 65.16 | 68.52 | 3.35 | 6.03 | 5.15 | 9.26 | 7.97 |
| South Dakota | 187 | 64.03 | 53.5 | -10.53 | 10.58 | -16.45 | 16.53 | 11.96 |
| Tennessee | 999 | 67.6 | 65.92 | -1.68 | 5.78 | -2.49 | 8.55 | 7.4 |
| Texas | 1997 | 68.07 | 65.74 | -2.33 | 5.84 | -3.43 | 8.57 | 7.42 |
| Utah | 1282 | 64.91 | 58.07 | -6.84 | 7.7 | -10.53 | 11.86 | 9.29 |

| State | N | Mean Observed MDA8 (ppb) | Mean Modeled MDA8 (ppb) | Mean Bias (ppb) | Mean Error (ppb) | Norm-alized Mean Bias (%) | Norm-alized Mean Error (%) | RMSE (ppb) |
|---|---|---|---|---|---|---|---|---|
| Vermont | 19 | 64.47 | 63.45 | -1.02 | 5.66 | -1.59 | 8.78 | 7.01 |
| Virginia | 645 | 66.64 | 72.87 | 6.22 | 8.24 | 9.34 | 12.37 | 10.39 |
| Washington | 64 | 64.44 | 59.65 | -4.79 | 6.79 | -7.44 | 10.54 | 9.06 |
| West Virginia | 335 | 66.58 | 68.04 | 1.47 | 5.79 | 2.2 | 8.7 | 7.76 |
| Wisconsin | 1018 | 70.07 | 63.16 | -6.91 | 8.93 | -9.86 | 12.74 | 10.55 |
| Wyoming | 684 | 63.61 | 57.08 | -6.53 | 7.9 | -10.26 | 12.42 | 9.78 |

## 2.3 PERFORMANCE METRICS BY CLIMATE REGION

The National Oceanic and Atmospheric Administration's National Centers for Environmental Information have identified nine climate regions as shown below in Figure 2-7: *United States Climate Regions*. This section looks at MDA8 ozone performance by region.



**Figure 2-7: United States Climate Regions**

Model performance statistics for each climate region are presented in Table 2-4: *Model Performance Statistics by Climate Region for MDA8 Ozone Concentrations, All Observed-Modeled Pairs* and Table 2-5: *Model Performance Statistics by Climate Region for MDA8 Ozone Concentrations, Observed Values ≥ 60 ppb*. These tables show that for all data pairs the Northern Rockies and Plains, Southwest, and Upper Midwest climate regions showed the best performance, while the poorest performance was seen in the Northeast and Southeast regions. The South region's performance was affected by a relatively high bias of 5.3 ppb, largely due to over-prediction of maritime ozone concentrations.

Looking only at data with observed MDA8 ozone at or above 60 ppb, however, the South region exhibited the lowest RMSE, error and normalized error, and showed a modest bias of -3.85 ppb. The poorest performance was seen in the West climate region where peak MDA8 ozone was under-predicted by over 9 ppb. The Northwest and Northern Rockies and Plains climate regions also showed relatively large negative biases.

**Table 2-4: Model Performance Statistics by Climate Region for MDA8 Ozone Concentrations, All Observed-Modeled Pairs**

| Climate Region | N | Mean Observed MDA8 (ppb) | Mean Modeled MDA8 (ppb) | Mean Bias (ppb) | Mean Error (ppb) | Norm-alized Mean Bias (%) | Norm-alized Mean Error (%) | RMSE (ppb) |
|---|---|---|---|---|---|---|---|---|
| Northeast | 29773 | 46 | 56.04 | 10.04 | 11.77 | 21.83 | 25.59 | 15.03 |
| Northern Rockies and Plains | 7654 | 49.78 | 48.73 | -1.05 | 6.1 | -2.11 | 12.25 | 7.89 |
| Northwest | 4217 | 39.2 | 42.24 | 3.04 | 7.41 | 7.77 | 18.89 | 9.76 |
| Ohio Valley | 33149 | 52.06 | 56.02 | 3.96 | 8.27 | 7.62 | 15.88 | 10.75 |
| South | 22642 | 46.84 | 52.14 | 5.3 | 8.8 | 11.31 | 18.78 | 11.21 |
| Southeast | 29929 | 42.48 | 52.2 | 9.72 | 10.69 | 22.9 | 25.17 | 13.18 |
| Southwest | 20883 | 56.01 | 54.04 | -1.97 | 6.52 | -3.51 | 11.64 | 8.38 |
| Upper Midwest | 13650 | 48.21 | 48.55 | 0.35 | 6.94 | 0.72 | 14.39 | 8.82 |
| West | 31251 | 52.86 | 52.54 | -0.32 | 8.74 | -0.61 | 16.53 | 11.19 |
| National | 193148 | 48.94 | 53.08 | 4.14 | 8.93 | 9.21 | 18.62 | 11.58 |

**Table 2-5: Model Performance Statistics by Climate Region for MDA8 Ozone Concentrations, Observed Values ≥ 60 ppb**

| Climate Region | N | Mean Observed MDA8 (ppb) | Mean Modeled MDA8 (ppb) | Mean Bias (ppb) | Mean Error (ppb) | Norm-alized Mean Bias (%) | Norm-alized Mean Error (%) | RMSE (ppb) |
|---|---|---|---|---|---|---|---|---|
| Northeast | 5281 | 68.9 | 72.99 | 4.09 | 8.4 | 5.94 | 12.2 | 10.99 |
| Northern Rockies and Plains | 1084 | 63.94 | 56.41 | -7.53 | 8.59 | -11.77 | 13.43 | 10.38 |
| Northwest | 193 | 64.16 | 57.18 | -6.98 | 8.18 | -10.88 | 12.74 | 10.17 |
| Ohio Valley | 9861 | 68.35 | 65.87 | -2.48 | 6.81 | -3.63 | 9.96 | 8.51 |
| South | 5020 | 67.8 | 63.95 | -3.85 | 6.51 | -5.68 | 9.61 | 8.08 |
| Southeast | 3203 | 66.59 | 69.7 | 3.11 | 6.79 | 4.67 | 10.2 | 8.79 |
| Southwest | 7215 | 65.89 | 60.38 | -5.51 | 7.14 | -8.36 | 10.83 | 8.98 |
| Upper Midwest | 2950 | 69.4 | 63.24 | -6.16 | 8.25 | -8.88 | 11.89 | 9.94 |
| West | 10672 | 69.94 | 60.78 | -9.16 | 10.41 | -13.09 | 14.89 | 12.72 |
| National | 45479 | 68.16 | 64.26 | -3.90 | 8.00 | -5.70 | 11.71 | 10.13 |

## 2.4 DETAILED PERFORMANCE EVALUATION BY CLIMATE REGION

In this section model performance in each climate region is evaluated using a variety of graphical techniques. Besides ozone, oxides of nitrogen ($NO_x$) and carbon monoxide (CO) are evaluated to provide a more holistic picture of the model's performance.

### 2.4.1  Model Performance: South Climate Region

The South climate region was analyzed first since the TCEQ has many years' experience modeling Texas and surrounding states, and performance in this region was expected to be quite good. Performance in both the upwind region (in this case Texas) and in downwind regions was assessed to gain confidence in the characterization of the relationship between them.

Figure 2-8: *Modeled vs. observed MDA8 ozone concentrations in the South climate region* shows a scatter plot of observed and modeled MDA8 ozone concentrations in the South climate region, which is composed of Texas, Oklahoma, Kansas, Arkansas, Louisiana, and Mississippi. Because of the large number of data points, simply plotting every pair (observed, modeled) would not give a fair picture of the data. To make the plot more meaningful, the modeled values were truncated to whole ppb values (the MDA8 values from AQS were already reported as integers), then the number of (observed, modeled) pairs was counted for each possible combination and then color coded according to number of pairs. For example, the darkest points in Figure 2-8 has 33 or more (observed, modeled) pairs, while the lightest represent a single pair.

The figure shows generally good model performance except for the tendency common to nearly all air quality modeling applications to over-predict lower concentrations. The model does much better at the upper end of the spectrum of observed concentrations.



**Figure 2-8: Modeled vs. observed MDA8 ozone concentrations in the South climate region**

Next, variability of modeled and observed MDA8 ozone concentration distributions by month for the South climate region was compared. Figure 2-9: *Monthly distributions of observed and modeled MDA8 ozone concentrations in the South Climate Region* shows minimum, maximum, fifth and ninety-fifth percentiles, first and third quartiles, and medians as illustrated in the inset on the right-hand side of the plot. The number of observations (matched modeled-observed pairs) for each month is shown below that month. For the South climate region the modeled and observed third quartiles and ninety-fifth percentiles match reasonably well. Median and first quartile modeled values are notably higher than observed and the modeled interquartile range is compressed relative to observations. The influence of over-predicted ozone concentration in the Gulf of Mexico is evident in July, when southerly flow dominates.



**Figure 2-9: Monthly distributions of observed and modeled MDA8 ozone concentrations in the South Climate Region**

While most of the MPE discussed in this appendix focuses on MDA8 ozone concentrations, examination of hourly ozone concentrations also provides insight into the conditions when the model replicates the observations well or otherwise. Figure 2-10: *Median one-hour ozone concentrations by hour in the South climate region* shows median observed and modeled ozone concentrations across all monitors in the South climate region by hour.

From Figure 2-10 it is evident that the model substantially over-predicts ozone in the hours around sunrise. This effect is likely the result of the model over-mixing air in the first few vertical layers in early morning, when fresh emissions of nitric oxide (NO) depress the surface-layer ozone through titration.

After 07:00 the model has a small but persistent under-prediction of four or five ppb until 16:00. After that time the modeled concentrations match the observations very well until around 21:00, where the under-prediction gradually increases until around

7:00. The persistence of the over-prediction is most likely attributable to the known over-prediction of marine ozone concentrations, which affects a large subset of the monitors in the region.



**Figure 2-10: Median one-hour ozone concentrations by hour in the South climate region**

While ozone performance is the most important factor in determining the model's suitability for making informed decisions, it is also important to examine performance for ozone precursors and other indicator species to add confidence to the model's ability to simulate the atmospheric processes leading to high ozone. $NO_x$ is widely measured and is archived in AQS, but many monitors report only low-resolution (to nearest 10 ppb) observations. Only higher-resolution (nearest ppb) data, paired in space and time with modeled values, were used to create the next two figures.

Figure 2-11: *Monthly distributions of observed and modeled one-hour $NO_x$ concentrations in the South climate region* is similar to Figure 2-9, except that it shows one-hour $NO_x$ concentrations instead of MDA8 ozone. The vertical axis is scaled logarithmically because of the highly skewed nature of observed $NO_x$ concentrations. The figure shows that median modeled $NO_x$ concentrations in the South region match closely the observed means, but tend to be more spread out both above and below the observations (except peak observations, which are typically much higher than the highest modeled concentration).



**Figure 2-11: Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the South climate region**

Figure 2-12: *Median one-hour NO$_x$ concentrations by hour in the South climate region* shows median observed and modeled NO$_x$ concentrations by hour for the South climate region. The model performs very well for the critical morning peak hours, but tends to under-predict during midday and over-predict between 19:00 and 02:00.



**Figure 2-12: Median one-hour NO$_x$ concentrations by hour in the South climate region**

Finally, Figure 2-13: *Median one-hour CO concentrations by hour in the South climate region* shows hourly median observed and modeled CO concentrations by hour for the South climate region. Only higher-resolution CO monitors (reporting to nearest 1 or 10 ppb) were used for this comparison, so the number of modeled-observed data pairs is

limited. For the monitors included, however, the modeled CO concentrations match the observations very well except for some modest over-prediction between 8:00 and 16:00. The close agreement between the model and observations in both the morning and evening peaks is consistent with good representation of on-road mobile source emissions, spatially, temporally, and in magnitude (at least for CO) in the modeling inventory.



**Figure 2-13: Median one-hour CO concentrations by hour in the South climate region**

In summary, model performance in the South climate region is good for $NO_x$ and CO, giving confidence in the emissions characterization, especially for mobile sources. Ozone performance is fair, with some over-prediction due to known issues with marine ozone concentrations, but otherwise is acceptable.

### 2.4.2  Model Performance: Southwest Climate Region

Because the monitors tagged for review are all in the Southwest climate region, model performance in that four-state area, comprised of Colorado, New Mexico, Arizona and Utah, was examined next.



*Figure 2-14: Modeled vs. observed MDA8 ozone concentrations in the* Southwest climate region shows a scatter plot of observed and modeled MDA8 ozone concentrations in the Southwest climate region. The figure shows fairly good model performance and visually appears to be centered along the 1-1 line through the bulk of the data, although the regression line displays the usual tendency to over-predict at lower concentrations and under-predict at the upper end. The disparity appears to be due to a relatively few very low observed MDA8 ozone concentrations that were predicted to be much higher and a correspondingly small set of observations that were above 80 ppb but were predicted to be much lower.



**Figure 2-14: Modeled vs. observed MDA8 ozone concentrations in the Southwest climate region**

Figure 2-15: *Monthly distributions of observed and modeled MDA8 ozone concentrations in the Southwest climate region* shows that the distribution of modeled values very closely matched that of the observed MDA8 ozone concentrations in the months of June and September, but under-predicted all plotted quantiles (except the minimum) by several ppb in May. In August, the modeled median, third quartile, and ninety-fifth percentile were slightly below their observed counterparts, but the first quartile was somewhat lower. July saw some significant under-prediction with the modeled median only slightly above the observed first quartile.



**Figure 2-15: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Southwest climate region**

*Figure 2-16: Median one-hour ozone concentrations by hour in the Southwest climate region* shows that median one-hour ozone concentrations matched fairly well the hourly observed medians except for early morning under-prediction of up to approximately 8 ppb and late afternoon/evening over-prediction of up to around the same amount. The seeming disparity between the inference drawn from this figure, indicating little overall bias, and the inference from Figure 2-15 of some under-prediction is explained by the fact that the earlier figure shows maximum daily 8-hour averages, while this figure derives from all one-hour data pairs.



**Figure 2-16: Median one-hour ozone concentrations by hour in the Southwest climate region**

Figure 2-17: *Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Southwest Climate Region* shows that the distribution of observed NO$_x$ concentrations is fairly well-represented in the model, although the modeled medians are approximately one ppb low in every month except August, and the interquartile range in the model is wider in the model than in the observations in May through July.



**Figure 2-17: Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Southwest Climate Region**

Figure 2-18: *Median one-hour $NO_x$ concentrations by hour in the Southwest climate region* shows median modeled $NO_x$ concentrations that are fairly constant overnight and range up to about twice the observed counterparts. During midday modeled concentrations drop into the sub-ppb range while observed concentrations also drop, but not much below 0.9 ppb. Both modeled and observed concentrations are fairly low compared to the South region.



**Figure 2-18: Median one-hour $NO_x$ concentrations by hour in the Southwest climate region**

CO concentrations are, on the other hand, modeled well during the morning peak and over-predict the observed concentrations in the evening by a relatively modest amount as shown in Figure 2-19: *Median one-hour CO concentrations by hour in the Southwest climate region*. The difference between this and the $NO_x$ performance may lie in the placement of the monitors: CO monitors are usually traffic-oriented, while $NO_x$ (which is emitted by a variety of sources besides on-road mobile) is monitored to characterize a variety of sources. In particular some of the $NO_x$ monitors included in the above figure are sited in the rural Uintah basin to help characterize wintertime ozone formation.

Overall performance in the Southwest region is good, with the exception of $NO_x$. The latter likely suffers from a combination of small sample size (seven monitors) and siting of some of these in remote areas where isolated sources can influence the monitors more than in urban locations.



**Figure 2-19: Median one-hour CO concentrations by hour in the Southwest climate region**

### 2.4.3  Model Performance: West Climate Region

Figure 2-20: *Modeled vs. observed MDA8 ozone concentrations in the West climate region* shows a somewhat more pronounced departure of the regression from the 1-1 line than in either the South or Southwest regions, indicating a greater tendency to under-predict the highest concentrations and over-predict the lowest. This tendency is also manifested in Figure 2-21: *Monthly distributions of observed and modeled MDA8 ozone concentrations in the West climate region* where the model's interquartile range is notably smaller than that of the observations for every month, and is about half that of the observations in September. However, the median values are very close to each other in all five months, consistent with the very small bias seen in Table 2-4. Figure 2-22: *Median one-hour ozone concentrations by hour in the West climate region* shows that the one-hour modeled medians match the observed quite well, except for the over-prediction in the morning hours.



**Figure 2-20: Modeled vs. observed MDA8 ozone concentrations in the West climate region**



**Figure 2-21: Monthly distributions of observed and modeled MDA8 ozone concentrations in the West climate region**



**Figure 2-22: Median one-hour ozone concentrations by hour in the West climate region**

Figure 2-23: *Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the West climate* and Figure 2-24: *Median one-hour NO$_x$ concentrations by hour in the* both show fairly good performance for NO$_x$, with an over-predictive bias of up to around 7 ppb overnight but good daytime agreement with the observations. CO, shown in Figure 2-25: *Median one-hour CO concentrations by hour in the West climate region* is under-predicted from midnight until 16:00 and over-predicted for other hours. The model follows the shape of the observed profile in the mornings, but over-shoots the afternoon peak at 18:00.



**Figure 2-23: Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the West climate region**



**Figure 2-24: Median one-hour NO$_x$ concentrations by hour in the West climate region**



**Figure 2-25: Median one-hour CO concentrations by hour in the West climate region**

Overall performance of the model in the West climate region is marginal, with the model predicting well the median ozone concentrations but with substantially smaller dynamic range. $NO_x$ is predicted well, especially in the morning. The model times the morning CO peak well but under-predicts its magnitude and misses the evening peak.

### 2.4.4  Model Performance: Northeast Climate Region

From Figure 2-26: *Modeled vs. observed MDA8 ozone concentrations in the Northeast climate region* the model's over-prediction of MDA8 ozone concentrations in the Northeast climate region is evident. Here the regression line is closer to the 1-1 line than in most regions, meaning the model is capturing the rise and fall of the observed MDA8 ozone concentrations fairly well, but is displaced by several ppb above the 1-1 line. Figure 2-27: *Monthly distributions of observed and modeled MDA8 ozone concentrations in the Northeast climate region* and Figure 2-28: *Median one-hour ozone concentrations by hour in the Northeast climate region* show a similar displacement across months and hours. While the cause of this displacement has not been identified with certainty, the fact that ozone concentrations from low to high are shifted upwards by a similar amount indicates that the cause is probably not in the inventory or meteorological components of the model but likely arises from the boundary conditions and/or over-prediction of marine ozone concentrations.



**Figure 2-26: Modeled vs. observed MDA8 ozone concentrations in the Northeast climate region**



**Figure 2-27: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Northeast climate region**



**Figure 2-28: Median one-hour ozone concentrations by hour in the Northeast climate region**

Modeled median $NO_x$ concentrations in the Northeast climate region are 1 to 2 ppb lower than observed except for August when the modeled values are slightly higher than observed as shown in Figure 2-29: *Monthly distributions of observed and modeled one-hour $NO_x$ concentrations in the Northeast Climate Region.* The model shows a wider interquartile range than the observations in each month except September. Morning peak $NO_x$ is predicted well but under-predicted during midday as seen in Figure 2-30: *Median one-hour $NO_x$ concentrations by hour in the Northeast climate region.* Figure

2-31: *Median one-hour CO concentrations by hour in the Northeast climate region* shows that CO is over-predicted but follows the observed diurnal pattern well.



**Figure 2-29: Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Northeast Climate Region**



**Figure 2-30: Median one-hour NO$_x$ concentrations by hour in the Northeast climate region**



**Figure 2-31: Median one-hour CO concentrations by hour in the Northeast climate region**

Model performance in the Northeast is characterized by a general positive displacement of observed MDA8 ozone by the model, reasonably good $NO_x$ performance except for midday over-prediction, and moderate over-prediction of CO.

### 2.4.5 Model Performance: Northern Rockies and Plains Climate Region

In the Northern Plains and Rockies climate region both modeled and observed MDA8 ozone concentrations are seen to be fairly low in Figure 2-32: *Modeled vs. observed MDA8 ozone concentrations in the Northern Rockies and Plains climate region.* A small under-prediction bias is evident from the figure along with the usual trend of under-predicting high and over-prediction low MDA8 ozone concentrations. *Figure 2-33: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Northern Rockies and Plains climate region* shows that the under-prediction is mostly manifested in May and June, with little bias in the ensuing months. Figure 2-34: *Median one-hour ozone concentrations by hour in the Northern Rockies and Plains climate region* shows that the model predicts median hourly ozone concentrations well, with minor over-prediction in the afternoon and a small under-predictive bias around sunrise.



**Figure 2-32: Modeled vs. observed MDA8 ozone concentrations in the Northern Rockies and Plains climate region**



**Figure 2-33: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Northern Rockies and Plains climate region**



**Figure 2-34: Median one-hour ozone concentrations by hour in the Northern Rockies and Plains climate region**

Figure 2-35: Monthly distributions of observed and modeled one-hour $NO_x$ concentrations in the Northern Rockies and Plains Climate Region and Figure 2-36: Median one-hour $NO_x$ concentrations by hour in the Northern Rockies and Plains climate region show the model under-predicting $NO_x$ concentrations except for late night, although both observed and modeled $NO_x$ concentrations are both quite low. Similarly, CO concentrations are quite low and are relatively flat across hours as seen in Figure 2-37: Median one-hour CO concentrations by hour in the Northern Rockies and Plains climate region. The model under-predicts observed CO medians except for

the small morning peak, but the small number of CO monitors makes drawing inferences difficult.



**Figure 2-35: Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Northern Rockies and Plains Climate Region**



**Figure 2-36: Median one-hour NO$_x$ concentrations by hour in the Northern Rockies and Plains climate region**



**Figure 2-37: Median one-hour CO concentrations by hour in the Northern Rockies and Plains climate region**

In the Northern Rockies and Plains climate region MDA8 ozone concentrations are predicted well. Modeled median $NO_x$ concentrations are low relative to the observed values, but the actual magnitude of under-prediction is less than one ppb. CO is under-predicted except for the 7:00 morning peak but the comparison was based on only 6 monitors. Overall, model performance in the Northern Rockies and Plains climate region is acceptable.

### 2.4.6  Model Performance: Northwest Climate Region

Figure 2-38: *Modeled vs. observed MDA8 ozone concentrations in the Northwest climate region* shows that modeled MDA8 ozone concentrations are well-correlated for observations above around 40 ppb but as usual are biased high for lower values. Figure 2-39: *Monthly distributions of observed and modeled MDA8 ozone concentrations in the Northwest climate region* shows some over-predictive bias for medians (after June) and third quartiles (after May), the modeled 95th percentile values are within a few ppb of their observed counterparts. The hourly medians, as seen in Figure 2-40: *Median one-hour ozone concentrations by hour in the Northwest climate region*, show an over-prediction of median values of around 9 ppb at 5:00, decreasing to near zero for the period 16:00 to 20:00 before increasing again.



**Figure 2-38: Modeled vs. observed MDA8 ozone concentrations in the Northwest climate region**



**Figure 2-39: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Northwest climate region**

C-33



**Figure 2-40: Median one-hour ozone concentrations by hour in the Northwest climate region**

Figure 2-41: *Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Northwest Climate Region* shows that median NO$_x$ concentrations are predicted well in May through July, but under-predicted thereafter, while third quartile values are consistently low. Figure 2-42: *Median one-hour NO$_x$ concentrations by hour in the Northwest climate region* shows under-prediction between midnight and 17:00 with small over-prediction for the remainder of the evening, but the model matches the observed diurnal pattern fairly well. Model performance for CO is good except for some under-prediction during midday.



**Figure 2-41: Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Northwest Climate Region**



**Figure 2-42: Median one-hour NO$_x$ concentrations by hour in the Northwest climate region**



**Figure 2-43: Median one-hour CO concentrations by hour in the Northwest climate region**

Overall model performance in the Northwest region is acceptable. The model predicts higher MDA8 ozone concentrations fairly well, despite some overnight under-prediction. $NO_x$ median concentrations are generally under-predicted, but performance for CO is quite good (although only five monitors were used in the analysis).

### 2.4.7  Model Performance: Ohio Valley Climate Region

In the Ohio Valley climate region the model shows a modest over-predictive tendency, particularly in August and September (Figure 2-44: *Modeled vs. observed MDA8 ozone concentrations in the Ohio Valley climate region* and Figure 2-45: *Monthly distributions of observed and modeled MDA8 ozone concentrations in the Ohio Valley climate region*). The model shows a fairly large under-predictive bias in early morning, but this reduces to near zero by 16:00 and remains close until near midnight (Figure 2-46: *Median one-hour ozone concentrations by hour in the Ohio Valley climate region*).



**Figure 2-44: Modeled vs. observed MDA8 ozone concentrations in the Ohio Valley climate region**



**Figure 2-45: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Ohio Valley climate region**



**Figure 2-46: Median one-hour ozone concentrations by hour in the Ohio Valley climate region**

In the Ohio Valley climate region, median and third quartile NO$_x$ concentrations are generally predicted well, although the first quartiles tend to be under-predicted. The diurnal patterns are well-represented in the model except for some midday under-prediction (Figure 2-47: *Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Ohio Valley Climate Region* and Figure 2-48: *Median one-hour NO$_x$ concentrations by hour in the Ohio Valley climate region*). CO peaks are represented well with a midday over-prediction that may be due to an artificial lower limit on the observed concentrations at 200 ppb.



**Figure 2-47: Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Ohio Valley Climate Region**



**Figure 2-48: Median one-hour NO$_x$ concentrations by hour in the Ohio Valley climate region**



**Figure 2-49: Median one-hour NO$_x$ concentrations by hour in the Ohio Valley climate region**

Overall model performance in the Ohio Valley climate region is good except for some over-prediction during the latter half of the five-month modeled period. Modeled NO$_x$ concentrations match the observations fairly well both temporally and in magnitude, and CO performance is quite good.

### 2.4.8  Model Performance: Southeast Climate Region

As with the Northeast, model performance in the Southeast climate region is characterized by a general over-prediction of MDA8 ozone concentrations across the spectrum of observations. The regression line in Figure 2-50: *Modeled vs. observed MDA8 ozone concentrations in the Southeast climate region* is closest to the 1-1 line of all nine climate regions, however, indicating that the model is doing a credible job predicting the spatiotemporal ozone patterns of high and low ozone. Both Figure 2-51: *Monthly distributions of observed and modeled MDA8 ozone concentrations in the Southeast climate region* and Figure 2-52: *Median one-hour ozone concentrations by hour in the Southeast climate region* point to a general over-prediction, which may be attributable to a cause such as boundary conditions inherited from a global model or over-predicted marine emissions.



**Figure 2-50: Modeled vs. observed MDA8 ozone concentrations in the Southeast climate region**



**Figure 2-51: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Southeast climate region**



**Figure 2-52: Median one-hour ozone concentrations by hour in the Southeast climate region**

In the Southeast climate region, median $NO_x$ concentrations are over-predicted (Figure 2-53: *Monthly distributions of observed and modeled one-hour $NO_x$ concentrations in the Southeast Climate Region*), but this appears to be largely between 16:00 and 04:00 and may result from inadequate overnight mixing in the model. The model matches the observed median concentrations at the morning peak quite well but peaks in the evening an hour or two later than observed. CO is under-predicted at both morning and evening peaks and misses the timing of both, but there are only seven monitors available for the comparison so any conclusions must be regarded as tentative.



**Figure 2-53: Monthly distributions of observed and modeled one-hour NO$_x$ concentrations in the Southeast Climate Region**



**Figure 2-54: Median one-hour NO$_x$ concentrations by hour in the Southeast climate region**



**Figure 2-55: Median one-hour CO concentrations by hour in the Southeast climate region**

Model performance in the Southeast climate region is characterized by a nearly universal high ozone bias, although the model fares well at predicting ozone increments above some baseline, which may result from, at least partially, boundary condition or marine-related issues. Morning peak $NO_x$ concentrations are simulated well but CO peaks are not (but the latter is based on a small number of monitors).

### 2.4.9 Model Performance: Upper Midwest Climate Region

Figure 2-56: *Modeled vs. observed MDA8 ozone concentrations in the Upper Midwest climate region* shows that observed-modeled MDA8 pairs cluster fairly tightly around the regression line, with the over-prediction at lower observed concentrations and under-prediction at the higher end. Figure 2-57: *Monthly distributions of observed and modeled MDA8 ozone concentrations in the Upper Midwest climate region* shows a pronounced shift from under-prediction of median MDA8 concentrations in May through June to over-prediction in July through September, while third quartiles shift from under-prediction in the earlier period to matching closely the observed values in the latter. Figure 2-58: *Median one-hour ozone concentrations by hour in the Upper Midwest climate region* shows that the model matches very well the diurnal distribution of median ozone concentrations with only some minor over-prediction in early morning and small over-prediction for a few hours in the evening.



**Figure 2-56: Modeled vs. observed MDA8 ozone concentrations in the Upper Midwest climate region**



**Figure 2-57: Monthly distributions of observed and modeled MDA8 ozone concentrations in the Upper Midwest climate region**



**Figure 2-58: Median one-hour ozone concentrations by hour in the Upper Midwest climate region**

$NO_x$ median concentrations are under-predicted for every month by around 1 ppb, but third quartile values are slightly over-predicted except for September (Figure 2-59: *Monthly distributions of observed and modeled one-hour $NO_x$ concentrations in the Upper Midwest Climate Region*). Timing of morning and evening peaks is very good for both $NO_x$ and CO, with little bias for either except during midday hours (Figure 2-60: *Median one-hour $NO_x$ concentrations by hour in the Upper Midwest climate region* and Figure 2-61: *Median one-hour CO concentrations by hour in the Upper Midwest climate*

*region*). An interesting feature, captured by the model for $NO_x$ (but not CO), is a small increase occurring at 03:00.



**Figure 2-59: Monthly distributions of observed and modeled one-hour $NO_x$ concentrations in the Upper Midwest Climate Region**



**Figure 2-60: Median one-hour $NO_x$ concentrations by hour in the Upper Midwest climate region**



**Figure 2-61: Median one-hour CO concentrations by hour in the Upper Midwest climate region**

Overall model performance for the Upper Midwest climate region is probably the best of all the regions modeled. With the exception of some issues shared among all climate regions the model predicts ozone, $NO_x$, and CO quite well, including the monthly and diurnal patterns.

## 2.4.10  Summary

Table 2-6: *Model Performance Assessment by Climate Region* summarizes overall model performance by climate region, based on the statistics and graphic analyses presented above.

**Table 2-6: Model Performance Assessment by Climate Region**

| Climate Region | Subjective Performance Assessment |
|---|---|
| South | Fair |
| Southwest | Good |
| West | Marginal |
| Northeast | Needs Improvement |
| Northern Rockies and Plains | Fair |
| Northwest | Acceptable |
| Ohio Valley | Good |
| Southeast | Needs Improvement |
| Upper Midwest | Good |

## 2.5  PERFORMANCE AT SPECIFIC COLORADO MONITORS TAGGED FOR FURTHER REVIEW

This section examines the five Colorado monitors of interest identified in the main SIP narrative for this SIP revision, specifically monitors 08002002 in Arapaho County, 08350004 in Douglas County, 08590006 and 08590011 in Jefferson County, and 08690011 in Larimer County. All these sites are in the Denver/Fort Collins area and are shown in Figure 2-62: *Colorado Monitors Tagged for Further Review.*



**Figure 2-62: Colorado Monitors Tagged for Further Review**

Figure 2-63: *Time series of MDA8 ozone concentrations at 080050002* shows observed and modeled MDA8 ozone for each day in the modeling period for monitor 080050002 (Arapaho County). The model tracks well the rise and fall of ozone through the period, but misses very high peaks on July 4 and August 9. The model also tracks well with MDA8 ozone at monitor 08350004 (Douglas County), but cannot replicate the highest peaks on the same days (Figure 2-64: *Time series of MDA8 ozone concentrations at 080350004*). Similarly, monitor 80590011 (Jefferson County) shown in Figure 2-66: *Time series of MDA8 ozone concentrations at 080590011* failed to capture the exceptionally high peak on July 4, but tracked well with observed MDA8 ozone otherwise.

Monitors 08059006 (Jefferson County) shown in Figure 2-65: *Time series of MDA8 ozone concentrations at 080590006* and 080690011 (Larimer County) shown in Figure 2-67: *Time series of MDA8 ozone concentrations at 080690011* also track fairly well with observed MDA8 ozone concentrations except for an extreme event on June 22, where the MDA8 ozone concentration at the monitor reached 118 ppb. The latter very likely results from some local event, especially when ozone concentrations on the day before and after did not exceed the 70 ppb.



**Figure 2-63: Time series of MDA8 ozone concentrations at 080050002**



**Figure 2-64: Time series of MDA8 ozone concentrations at 080350004**



**Figure 2-65: Time series of MDA8 ozone concentrations at 080590006**



**Figure 2-66: Time series of MDA8 ozone concentrations at 080590011**



**Figure 2-67: Time series of MDA8 ozone concentrations at 080690011**

In summary, the model tracks ozone reasonably well throughout the modeling period at the Colorado monitors tagged for further review, but a few days showed extreme deviations above the normal range of concentrations, and (not unexpectedly) the model was unable to replicate these.

## 3: MODEL SENSITIVITY TESTS

Model sensitivity tests are one of the diagnostic evaluations recommended in the EPA's December 2014 draft Modeling Guidance for Demonstrating Attainment of Air Quality Goals for Ozone, PM2.5, and Regional Haze (EPA, 2014). These tests provide understanding how sensitive model results are to changes in inputs, and also are essential tools for identifying the most appropriate configuration for a particular modeling exercise.

The final base case used in the Good Neighbor modeling was described in Chapter 3 of the main SIP narrative for SIP revision. The model configuration was selected over several candidates through evaluation of a series of incremental modifications to various CAMx inputs. Much of the development of the final base case resulted from

necessary enhancements, updates, and in some cases corrections of the emissions having minor influence on the model's performance, and those evolutionary changes are not dealt with here. Rather the focus of this section is on sensitivity test runs that evaluated competing options to reach the final base case configuration. Since these tests were conducted as the modeling configuration evolved, the configurations tested all differed slightly from the final base case.

Because of the resources required to run each model configuration for the five-month modeling period, sensitivity tests were conducted for a single month, July 2012. While this month is characterized by relatively low ozone in Texas, particularly along the Gulf Coast, it is appropriate for evaluating modeling in a transport SIP revision since the onshore flow that is typical of July in Texas also transports Texas emissions to other states in the eastern United States.

Several tables comparing model configurations are presented in this section; bold entries denote better performance for one configuration over another.

## 3.1 PLEIM-XIU VS. NOAH LAND-SURFACE MODEL

The first sensitivity test described compares modeling using the Pleim-Xiu (P-X) land-surface model (LSM) with the Noah LSM. *Table 3-1: Performance Statistics Comparing CAMx MDA8 Predictions using Pleim-Xiu with those using Noah Land Surface Models* (All Data) shows that for all MDA8 observed-modeled data pairs there is a slight preference for P-X over Noah based on the nationwide values for bias, error, and RMSE. Similarly, *Table 3-2: Performance Statistics Comparing CAMx MDA8 Predictions using Pleim-Xiu with those using Noah Land Surface Models (Observed MDA8 Ozone ≥ 60* ppb), shows a very slight preference for P-X. Even though the bias with Noah is somewhat lower, both mean error and RMSE are better with P-X.

There are regional preferences, however; P-X has better performance in the Northeast, Ohio Valley, South and Southeast, while Noah performs better in the West and Southwest.

**Table 3-1: Performance Statistics Comparing CAMx MDA8 Predictions using Pleim-Xiu with those using Noah Land Surface Models (All Data)**

| Climate Region | Mean Bias P-X (ppb) | Mean Bias Noah (ppb) | Mean Error P-X (ppb) | Mean Error Noah (ppb) | RMSE P-X (ppb) | RMSE Noah (ppb) |
|---|---|---|---|---|---|---|
| Northeast | **11.69** | 12.29 | **13.35** | 13.86 | **17.57** | 18.14 |
| Northern Rockies and Plains | -0.39 | **-0.29** | 6.15 | **6.10** | 8.04 | **7.96** |
| Northwest | **3.89** | 3.91 | 7.61 | **7.45** | 9.71 | **9.51** |
| Ohio Valley | **8.27** | 8.51 | **10.37** | 10.62 | **13.58** | 13.86 |
| South | **8.22** | 8.57 | **10.08** | 10.48 | **12.58** | 13.11 |
| Southeast | **13.94** | 14.92 | **14.33** | 15.2 | **16.69** | 17.46 |
| Southwest | -5.21 | **-4.90** | 8.19 | **8.08** | 10.22 | **10.08** |
| Upper Midwest | 5.13 | **5.05** | **8.10** | 8.14 | **10.48** | 10.64 |
| West | -0.47 | **0.26** | **8.53** | 8.70 | **11.10** | 11.29 |
| National | **6.10** | 6.57 | **10.48** | 10.80 | **13.58** | 13.96 |

**Table 3-2: Performance Statistics Comparing CAMx MDA8 Predictions using Pleim-Xiu with those using Noah Land Surface Models (Observed MDA8 Ozone ≥ 60 ppb),**

| Climate Region | Mean Bias P-X (ppb) | Mean Bias Noah (ppb) | Mean Error P-X (ppb) | Mean Error Noah (ppb) | RMSE P-X (ppb) | RMSE Noah (ppb) |
|---|---|---|---|---|---|---|
| Northeast | **4.77** | 5.97 | **8.39** | 9.23 | **10.83** | 11.81 |
| Northern Rockies and Plains | -6.86 | -6.86 | 7.87 | **7.86** | 9.48 | **9.43** |
| Northwest | -8.41 | **-7.22** | 8.68 | **7.55** | 9.84 | **8.88** |
| Ohio Valley | **2.00** | 2.31 | **6.35** | 6.62 | **8.28** | 8.52 |
| South | **-1.91** | -1.96 | **5.42** | 5.60 | **6.91** | 7.08 |
| Southeast | **5.73** | 7.55 | **7.34** | 8.60 | **9.15** | 10.62 |
| Southwest | -8.48 | **-7.92** | 9.98 | **9.67** | 12.09 | **11.77** |
| Upper Midwest | **-0.93** | -1.19 | **6.54** | 6.58 | **8.77** | 8.87 |
| West | -8.66 | **-8.04** | 10.24 | **9.96** | 12.72 | **12.43** |
| National | -1.77 | **-1.19** | **8.04** | 8.24 | **10.35** | 10.54 |

Based on overall performance, Pleim-Xiu was chosen for the final base case.

## 3.2  BEIS VS. MEGAN BIOGENIC EMISSIONS

A second sensitivity analysis compared CAMx performance with two different biogenic emission models, the Biogenic Emissions Inventory System (BEIS) and the Model of Emissions form Gases and Nature (MEGAN). This comparison was made using the Noah LSM instead of the Pleim-Xiu. However, the comparison between biogenic emission processors is not expected to differ meaningfully from what would be seen using Pleim-Xiu since the differences in performance between the two LSMs was relatively small.

In Table 3-3: *Performance Statistics Comparing CAMx MDA8 Predictions using BEIS with those using MEGAN Biogenic Emission Models (All Data)* there is little preference for one biogenic emission model over the other. MEGAN shows a somewhat lower bias while error and RMSE are very close, but Table 3-4: Performance Statistics Comparing CAMx MDA8 Predictions using BEIS with those using MEGAN Biogenic Emission Models (Observed MDA8 Ozone ≥ 60 ppb) shows a clear preference for BEIS for all three statistics reported.

C-53

**Table 3-3: Performance Statistics Comparing CAMx MDA8 Predictions using BEIS with those using MEGAN Biogenic Emission Models (All Data)**

| Climate Region | Mean Bias BEIS (ppb) | Mean Bias MEGAN (ppb) | Mean Error BEIS (ppb) | Mean Error MEGAN (ppb) | RMSE BEIS (ppb) | RMSE MEGAN (ppb) |
|---|---|---|---|---|---|---|
| Northeast | 12.29 | **11.61** | 13.86 | **13.42** | 18.14 | **17.66** |
| Northern Rockies and Plains | **-0.29** | -3.47 | **6.10** | 7.09 | **7.96** | 8.99 |
| Northwest | 3.91 | **2.79** | 7.45 | **7.20** | 9.51 | **9.03** |
| Ohio Valley | 8.51 | **5.91** | 10.62 | **9.92** | 13.86 | **12.98** |
| South | 8.57 | **6.49** | 10.48 | **10.13** | 13.11 | **12.66** |
| Southeast | 14.92 | **13.16** | 15.2 | **13.68** | 17.46 | **16.12** |
| Southwest | **-4.90** | -7.70 | **8.08** | 9.50 | **10.08** | 11.61 |
| Upper Midwest | 5.05 | **2.16** | 8.14 | **7.73** | 10.64 | **10.14** |
| West | **0.26** | -1.99 | **8.70** | 9.07 | **11.29** | 11.68 |
| National | 6.57 | **4.48** | 10.80 | **10.56** | 13.96 | **13.60** |

**Table 3-4: Performance Statistics Comparing CAMx MDA8 Predictions using BEIS with those using MEGAN Biogenic Emission Models (Observed MDA8 Ozone ≥ 60 ppb)**

| Climate Region | Mean Bias BEIS (ppb) | Mean Bias MEGAN (ppb) | Mean Error BEIS (ppb) | Mean Error MEGAN (ppb) | RMSE BEIS (ppb) | RMSE MEGAN (ppb) |
|---|---|---|---|---|---|---|
| Northeast | 5.97 | **5.33** | 9.23 | **9.09** | 11.81 | **11.58** |
| Northern Rockies and Plains | **-6.86** | -11.40 | **7.86** | 11.94 | **9.43** | 13.44 |
| Northwest | **-7.22** | -9.94 | **7.55** | 10.05 | **8.88** | 11.11 |
| Ohio Valley | 2.31 | **-0.37** | 6.62 | **7.28** | 8.52 | 9.21 |
| South | **-1.96** | -5.72 | **5.60** | 7.86 | **7.08** | 9.65 |
| Southeast | 7.55 | **4.70** | 8.60 | **7.08** | 10.62 | **9.26** |
| Southwest | **-7.92** | -11.44 | **9.67** | 12.05 | **11.77** | 14.13 |
| Upper Midwest | **-1.19** | -4.38 | **6.58** | 8.24 | **8.87** | 10.40 |
| West | **-8.04** | -11.1 | **9.96** | 11.95 | **12.43** | 14.39 |
| National | **-1.19** | -3.94 | **8.24** | 9.42 | **10.54** | 11.78 |

Based on performance with higher ozone, BEIS was chosen for inclusion in the final base case.

## 3.3  LAND-USE VARIATIONS

The CAMx v6.4 User's Guide states that "Landuse is used to define surface UV [ultraviolet] albedo, surface resistances for dry deposition calculations, and to set

seasonal default surface roughness lengths and LAI [leaf area index] values." A number of land-use datasets are available, including those created by Texas A&M University (TAMU) under contract to the TCEQ. To evaluate the effect of a different land-use combinations, four sensitivity runs were conducted for July 2012 to compare to the base configuration. The five configurations compared are:

Base: TAMU/TCEQ 2010 data for Texas and surrounding states; National Land-Cover Database (NLCD) 2006 for the rest of the U.S.; and EPA's Biogenic Emissions Landuse Database, version 3 (BELD3) for the portion of the modeling domain outside the U.S.

Scenario 1: TAMU/TCEQ 2010 data for Texas and surrounding states; NLCD 2011 for the rest of the U.S., and BELD3 for the rest of the domain. All crops in the U.S. were set to 'Irrigated Crops' while the BELD3 crops were just 'Crops.' All shrubs were set to the 'Deciduous Shrubs' category. All grasses and similar categories were set to the 'Long Grass' category.

Scenario 2: Texas Parks and Wildlife (TPWD) land-use data for Texas; NLCD for the rest of the U.S., and Moderate Resolution Imaging Spectroradiometer (MODIS) satellite imagery-based land use data for the rest of the domain. All crops were set to the 'Crops' category. Shrubs and grasses were the same as Scenario 1.

Scenario 3: NLCD for the U.S. with the MODIS Irrigated Agriculture Dataset for the U.S. except for the forest and shrub categories, which came from MODIS; and BELD3 snow/ice, evergreen needleleaf forest, deciduous broadleaf forest, and tundra.

Scenario 4: Same as Scenario 3 except that only tundra from BELD3 was used so the snow/ice and all forest data came from MODIS.

From Table 3-5: *Performance Statistics Comparing CAMx MDA8 Predictions using a Variety of Land Cover Inputs*, it is clear that no one scenario outperforms the others, and that the model is not very sensitive to land-use data, at least using the Wesley dry-deposition scheme. The main conclusion that can be drawn is that the Scenario 4 scheme exhibits slightly degraded performance relative to the others.

**Table 3-5: Performance Statistics Comparing CAMx MDA8 Predictions using a Variety of Land Cover Inputs**

| Climate Region | Run | All Observations | | | Observed ≥ 60 ppb | | |
|---|---|---|---|---|---|---|---|
| | | Mean Bias (ppb) | Mean Error (ppb) | RMSE (ppb) | Mean Bias (ppb) | Mean Error (ppb) | RMSE (ppb) |
| Northeast | Base | 12.19 | 13.51 | 17.43 | 5.22 | 8.29 | 10.71 |
| | Scenario 1 | 12.28 | 13.59 | 17.51 | 5.30 | 8.35 | 10.79 |
| | Scenario 2 | 12.14 | 13.49 | 17.4 | 5.22 | 8.31 | 10.74 |
| | Scenario 3 | **11.89** | **13.29** | **17.19** | **4.92** | **8.16** | **10.55** |
| | Scenario 4 | 12.19 | 13.53 | 17.46 | 5.27 | 8.34 | 10.78 |
| Northern Rockies and Plains | Base | **-0.49** | **6.06** | **7.84** | **-7.58** | **8.4** | **10.02** |
| | Scenario 1 | -0.54 | 6.09 | 7.86 | -7.66 | 8.47 | 10.08 |

| Climate Region | Run | All Observations | | | Observed ≥ 60 ppb | | |
|---|---|---|---|---|---|---|---|
| | | Mean Bias (ppb) | Mean Error (ppb) | RMSE (ppb) | Mean Bias (ppb) | Mean Error (ppb) | RMSE (ppb) |
| | Scenario 2 | -0.60 | 6.11 | 7.89 | -7.74 | 8.54 | 10.15 |
| | Scenario 3 | -0.50 | 6.08 | 7.87 | -7.62 | 8.43 | 10.05 |
| | Scenario 4 | -0.51 | 6.07 | 7.86 | -7.62 | 8.43 | 10.04 |
| Northwest | Base | 3.84 | 7.56 | 9.81 | -6.67 | 7.01 | 8.47 |
| | Scenario 1 | 3.86 | 7.6 | 9.85 | -6.72 | 7.05 | 8.51 |
| | Scenario 2 | **3.80** | 7.57 | 9.81 | -6.72 | 7.05 | 8.51 |
| | Scenario 3 | 3.81 | **7.52** | **9.76** | **-6.59** | **6.94** | **8.39** |
| | Scenario 4 | 3.82 | 7.58 | 9.82 | -6.68 | 7.01 | 8.47 |
| Ohio Valley | Base | 5.85 | 9.33 | 12.23 | -0.17 | 6.54 | 8.29 |
| | Scenario 1 | 5.92 | 9.33 | 12.24 | **-0.11** | **6.51** | **8.25** |
| | Scenario 2 | 5.80 | 9.30 | 12.19 | -0.2 | 6.53 | 8.28 |
| | Scenario 3 | **5.72** | **9.27** | **12.14** | -0.27 | 6.53 | 8.27 |
| | Scenario 4 | 5.84 | 9.33 | 12.23 | -0.16 | 6.54 | 8.30 |
| South | Base | **6.99** | **9.91** | **12.52** | -4.38 | 6.72 | 8.21 |
| | Scenario 1 | 7.57 | 10.28 | 12.99 | **-3.91** | **6.59** | **8.1** |
| | Scenario 2 | 7.09 | 10.07 | 12.73 | -4.38 | 6.79 | 8.31 |
| | Scenario 3 | 7.08 | 10.07 | 12.75 | -4.4 | 6.79 | 8.31 |
| | Scenario 4 | 7.11 | 10.09 | 12.77 | -4.35 | 6.77 | 8.29 |
| Southeast | Base | **12.62** | **13.16** | **15.59** | 5.46 | 7.31 | **9.42** |
| | Scenario 1 | 12.81 | 13.32 | 15.76 | 5.52 | 7.33 | 9.46 |
| | Scenario 2 | 12.67 | 13.21 | 15.65 | **5.43** | **7.30** | **9.42** |
| | Scenario 3 | 12.64 | 13.19 | 15.63 | 5.38 | 7.27 | 9.39 |
| | Scenario 4 | 12.74 | 13.27 | 15.72 | 5.52 | 7.35 | 9.49 |
| Southwest | Base | -4.56 | 7.97 | 10.02 | -7.48 | 9.35 | 11.44 |
| | Scenario 1 | **-4.53** | **7.95** | **10** | **-7.47** | **9.33** | **11.42** |
| | Scenario 2 | -4.94 | 8.23 | 10.3 | -7.87 | 9.65 | 11.78 |
| | Scenario 3 | -4.97 | 8.24 | 10.31 | -7.86 | 9.66 | 11.79 |
| | Scenario 4 | -4.89 | 8.2 | 10.27 | -7.78 | 9.6 | 11.73 |
| Upper Midwest | Base | 3.88 | 7.41 | 9.57 | -2.56 | 6.34 | 8.01 |
| | Scenario 1 | 3.94 | 7.43 | 9.6 | **-2.52** | **6.31** | **7.99** |
| | Scenario 2 | 3.84 | 7.38 | 9.54 | -2.57 | 6.33 | 8.00 |
| | Scenario 3 | **3.77** | **7.35** | **9.51** | -2.65 | 6.35 | 8.03 |
| | Scenario 4 | 3.85 | 7.39 | 9.56 | -2.57 | 6.33 | 8.01 |
| West | Base | 0.70 | 9.45 | **12.08** | **-8.64** | **10.23** | **12.73** |
| | Scenario 1 | 0.66 | 9.45 | **12.08** | -8.68 | 10.25 | 12.76 |

| Climate Region | Run | All Observations | | | Observed ≥ 60 ppb | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Mean Bias (ppb) | Mean Error (ppb) | RMSE (ppb) | Mean Bias (ppb) | Mean Error (ppb) | RMSE (ppb) |
| | Scenario 2 | **0.63** | **9.44** | **12.08** | -8.70 | 10.27 | 12.78 |
| | Scenario 3 | 0.63 | 9.48 | 12.11 | -8.73 | 10.32 | 12.84 |
| | Scenario 4 | 0.67 | 9.46 | 12.1 | -8.66 | 10.26 | 12.76 |
| National | Base | 5.59 | **10.20** | 13.19 | -2.43 | 8.07 | **10.28** |
| | Scenario 1 | 5.71 | 10.28 | 13.29 | **-2.38** | **8.06** | **10.28** |
| | Scenario 2 | **5.53** | 10.25 | 13.23 | -2.52 | 8.13 | 10.35 |
| | Scenario 3 | 5.47 | 10.21 | **13.18** | -2.59 | 8.11 | 10.34 |
| | Scenario 4 | 5.57 | 10.27 | 13.27 | -2.47 | 8.12 | 10.35 |

Based on the similarity of performance statistics among these runs, there was little preference for one land-use data set over another. Since the base configuration showed marginally better performance in Texas for all data, the decision was made to keep the base configuration.

## 3.4  REFERENCES

EPA, 2014. Draft Modeling Guidance for Demonstrating Attainment of Air Quality Goals for ozone, $PM_{2.5}$, and Regional Haze, https://www3.epa.gov/scram001/guidance/guide/Draft_O3-PM-RH_Modeling_Guidance-2014.pdf

EPA, 2016. Air Quality Modeling Technical Support Document for the 2015 Ozone NAAQS Preliminary Interstate Transport Assessment, https://www.epa.gov/sites/production/files/2017-01/documents/aq_modeling_tsd_2015_o3_naaqs_preliminary_interstate_transport_assessmen.pdf

**APPENDIX D**


**PHOTOCHEMICAL MODELING PROTOCOL FOR THE
TRANSPORT STATE IMPLEMENTATION PLAN REVISION FOR
THE 2015 EIGHT-HOUR OZONE NATIONAL AMBIENT AIR
QUALITY STANDARD**


Project Number 2017-039-SIP-NR


Adoption
August 8, 2018

# Table of Contents

Appendix D ..................................................................................................................i

Introduction ..............................................................................................................1

Background ................................................................................................................2

Participating Organizations .......................................................................................2

Schedule ...................................................................................................................2

Conceptual Model .....................................................................................................3

Episode Selection ......................................................................................................3

Models Used .............................................................................................................3

Model Inputs and Sources .........................................................................................4

Modeling Domain Definition .....................................................................................5

Model Performance Evaluation ..................................................................................7

Future Year Modeling ...............................................................................................8

Attainment and Significant Contribution Test Procedures ..........................................8

Documentation ..........................................................................................................9

Appendix 1: Technical description: TCEQ 2012 Modeling Platform ........................... AP1-i

**List of Tables**

Table 1: Schedule of Modeling Activities ...................................................................................2

Table 2: Planned Models for Transport Modeling ....................................................................3

Table 3: 2012 Base Case WRF Setup ........................................................................................4

Table 4: CAMx and WRF Modeling Domain Projection Parameters .....................................5

Table 5: CAMx and WRF Modeling Domain Parameters.........................................................5

Table 6: CAMx and WRF Vertical Layer Structure ..................................................................6

Table 7: Schedule of Modeling Activities ..................................................................................6

Table 8: CAMx Modeling Domain Parameters ....................................................................... 20

Table 9: CAMx Vertical Layer Structure ................................................................................. 21

Table 10: WRF Modeling Domain Parameters ....................................................................... 23

Table 11: WRF Vertical Layer Structure ................................................................................. 23

Table 12: 2012 Base Case WRF Setup..................................................................................... 26

Table 13: Development Summary of On-Road Mobile Source Emissions ......................... 37

**Introduction**

The 2014 draft Modeling Guidance for Demonstrating Attainment of Air Quality Goals for Ozone, PM2.5, and Regional Haze, hereafter referred to as modeling guidance, recommends that the following topics be core elements of any modeling protocol:

- Overview of the air quality issue being considered including historical background;

- List of the planned participants in the analysis and their expected roles;

- Schedule for completion of key steps in the analysis and final documentation;

- Description of the conceptual model for the area;

- Description of periods to be modeled, how they comport with the conceptual model, and why they are sufficient;

- Models to be used in the demonstration and why they are appropriate;

- Description of model inputs and their expected sources (e.g., emissions, meteorology, etc.);

- Description of the domain to be modeled (expanse and resolution);

- Process for evaluating base year model performance (meteorology, emissions, and air quality) and demonstrating that the model is an appropriate tool for the intended use;

- Description of the future years to be modeled and how projection inputs will be prepared;

- Description of the attainment test procedures and (if known) planned weight of evidence;

- Expected diagnostic or supplemental analyses needed to develop weight of evidence analyses; and

- Commitment to specific deliverables fully documenting the completed analysis.

Much of the requested information has already been compiled into a document entitled *Technical Description: 2012 TCEQ Modeling Platform* (referred to hereafter as the TD), and this protocol will address the majority of the above items through references to the TD. The latest version of the TD was completed in the spring of 2016 and the modeling platform has undergone several updates since its completion; significant changes will be noted herein. Since the 2012 platform was developed to serve Eastern Texas, additional information specific to the current SIP revision will be provided here.

The TD is included as Appendix 1 to this protocol. The TD has two attachments. Attachment 1 provides examples of meteorological model performance evaluation.

Attachment 2 is entitled *Quality Assurance/Quality Control (QA/QC) Plan for the TCEQ 2012 Modeling Platform* and is frequently referenced in this protocol as the QA/QC Plan.

**Background**

The Texas Commission on Environmental Quality (TCEQ) is conducting photochemical grid modeling in support of the State Implementation Plan (SIP) Revision for ozone transport for the 2015 eight-hour ozone standard. To meet the interstate transport requirements of FCAA, §110(a)(2)(D)(i)(I), this SIP revision includes a modeling analysis of the impacts of Texas emissions on other states' ability to attain or maintain attainment of the 2015 eight-hour ozone NAAQS. This modeling followed the EPA's modeling guidance.

The modeling guidance recommends several qualitative methods for preparing attainment demonstration SIP revisions that acknowledge the limitations and uncertainties of photochemical models when used to project ozone concentrations into future years. First, the modeling guidance recommends using model results in a relative sense and applying the model response to the observed ozone data. Second, the modeling guidance recommends using available air quality, meteorology, and emissions data to develop a conceptual model for eight-hour ozone formation and to use that analysis in episode selection. Third, the modeling guidance recommends using other analyses, i.e., weight of evidence (WoE), to supplement and corroborate the model results and support the adequacy of a proposed control strategy package.

**Participating Organizations**

The TCEQ plans to conduct all photochemical modeling used in this SIP revision using its own Linux computing clusters. The responsible TCEQ management structure and technical oversight groups are provided in Sections 2.2 – *Management Structure* and 2.3 – *Technical and Policy Organizations* of the TD, respectively.

**Schedule**

The schedule of activities for completing modeling activities for the Attainment Demonstration SIP revision is shown below in Table 1: *Schedule of Modeling Activities*.

**Table 1: Schedule of Modeling Activities**

| Modeling Activity | Time Frame |
|---|---|
| Develop base case emissions<br>Conduct meteorological modeling<br>Conduct emissions modeling and processing<br>Conduct base case photochemical modeling<br>Conduct model performance evaluations | March 2017 – June 2017 |

| Modeling Activity | Time Frame |
|---|---|
| Develop future base emissions with applicable growth and current controls<br>Conduct future base modeling and source apportionment<br>Calculate future design values at all regulatory monitors in the United States<br>Evaluate source apportionment results to determine Texas contributions to downwind monitors<br>Determine significance thresholds by monitor through a robust modeling and data analysis approach | May 2017 – September 2017 |

**Conceptual Model**

Because the ozone transport modeling is being conducted for the Continental United States (CONUS), a conceptual model of ozone formation will not be created. Conceptual models of ozone formation developed by other states and Multi-Jurisdictional Organizations (MJOs) will be reviewed to assess model performance and transport pathways.

**Episode Selection**

The May through September 2012 period will be used as it has been comprehensively developed and assessed through multiple attainment demonstration SIP revisions for Texas. More details on the episode selection process for the 2012 modeling period are discussed in Section 4 – *Episode Selection* of the TD.

**Models Used**

The TCEQ plans to use the models in Table 2: *Planned Models for Transport Modeling*. Section 5 – *Model Selection* of the TD provides additional details about the models used, though for slightly older versions.

**Table 2: Planned Models for Transport Modeling**

| Type | Model | Version |
|---|---|---|
| Photochemical | Comprehensive Air Quality Model with extensions (CAMx) | 6.40 or later |
| Meteorological | Weather Research and Forecasting (WRF) model | 3.8 or later |
| Emissions Processing | Emissions Processing System (EPS3) | 3.22 or later |
| Biogenic | Model for Emissions and Gases from Nature (MEGAN) or Biogenic Emission Inventory System (BEIS) | 2.1 or 3.61, respectively |
| Initial and Boundary Conditions | Goddard Earth Observing System model with Chemistry (GEOS-Chem) | 10-01 or later |

D-3

**Model Inputs and Sources**

Modeling input and output for the WRF model are described in detail in Section 7.1 – *Meteorological Model Input and Output* of the TD. Only a 12 kilometer (km) CONUS modeling domain is planned. The planned configuration in Table 3: *2012 Base Case WRF Setup* will replace Table 6 in the TD:

**Table 3: 2012 Base Case WRF Setup**

| Grid | Nudging Type | PBL | Cumulus | Radiation | Land-Surface | Micro-physics |
|------|--------------|-----|---------|-----------|--------------|---------------|
| 12 km | 3-D Analysis and Observational radar profiler | YSU | Kain-Fritsch | RRTM / Dudhia | Pleim-Xiu | WSM5 |

km = kilometer; PBL = Planetary Boundary Layer; YSU = Yonsei University; RRTM = Rapid Radiative Transfer Model; WSMx = WRF Single-Moment x-Class Microphysics Scheme

Input and output with EPS3 is described in Section 7.2 - *Emissions Processing System Input and Output* of the TD. Some updates were made to emissions inputs since the TD was written, including new Canadian, Mexican, on-road, and biogenic emission estimates.

Inputs to and output from the CAMx model, including initial and boundary conditions from the GEOS-Chem global model, are described in Section 7.3 - *CAMx Model Input and Output* of the TD.

**Modeling Domain Definition**

The CAMx and WRF modeling domains are shown below in Figure 1: *Transport Modeling Domains for WRF (outer red) and CAMx (inner black)*. The domains were configured to allow modeling the CONUS at a 12 km resolution and are different than those discussed in the TD.



**Figure 1: Transport Modeling Domains for WRF (outer red) and CAMx (inner black)**

All grids are projected in a Lambert Conformal conic Projection (LCP) with the parameters listed in Table 4: *CAMx and WRF Modeling Domain Projection Parameters.*

**Table 4: CAMx and WRF Modeling Domain Projection Parameters**

| CAMx and WRF Projection Parameters | Value |
|---|---|
| Origin | 97˚ West, 40˚ North |
| First True Latitude (α) | 33˚ North |
| Second True Latitude (b) | 45˚ North |
| Central Longitude (γ) | 97˚ West |
| Spheroid | Perfect Sphere, Radius = 6730 km |

The grid dimensions for the CAMx and WRF domains are listed in Table 4: *CAMx and WRF Modeling* Domain Parameters. The locations for the upper right-hand and lower left-hand represent distances (west and south are negative, east and north positive) from the origin, which is location (0, 0) within the LCP projection.

**Table 5: CAMx and WRF Modeling Domain Parameters**

| Grid Name | Grid Cell Size | Dimensions (grid cells) | Lower left-hand corner | Upper right-hand corner |
|---|---|---|---|---|
| WRF Domain | 12 x 12 km | 148 x 112 | (-2916, -2304) | (2916,2304) |
| CAMx Domain | 12 x 12 km | 444 x 336 | (-2736, -2088) | (2592,1944) |

The vertical configuration of the CAMx modeling domain with corresponding WRF layers is shown in Table 5: *CAMx and WRF Vertical* Layer Structure. The WRF modeling

domain has 44 total layers and extends above 20000 meters above ground level (m AGL).

**Table 6: CAMx and WRF Vertical Layer Structure**

| CAMx Layer | WRF Layer | Top[1] (m AGL) | Center[1] (m AGL) | Thickness[1] (m) |
|---|---|---|---|---|
| 29 | 42 | 18250 | 16445 | 3611 |
| 28 | 39 | 14639 | 13632 | 2015 |
| 27 | 37 | 12624 | 10786 | 3675 |
| 26 | 33 | 8949 | 7891 | 2115 |
| 25 | 30 | 6833 | 6289 | 1088 |
| 24 | 28 | 5746 | 5290 | 911 |
| 23 | 26 | 4835 | 4449 | 772 |
| 22 | 24 | 4063 | 3704 | 717 |
| 21 | 22 | 3346 | 3175 | 341 |
| 20 | 21 | 3005 | 2840 | 330 |
| 19 | 20 | 2675 | 2515 | 320 |
| 18 | 19 | 2355 | 2225 | 259 |
| 17 | 18 | 2096 | 1969 | 253 |
| 16 | 17 | 1842 | 1718 | 248 |
| 15 | 16 | 1595 | 1474 | 242 |
| 14 | 15 | 1353 | 1281 | 143 |
| 13 | 14 | 1210 | 1140 | 141 |
| 12 | 13 | 1069 | 1000 | 139 |
| 11 | 12 | 930 | 861 | 138 |
| 10 | 11 | 792 | 747 | 91 |
| 9 | 10 | 702 | 656 | 90 |
| 8 | 9 | 612 | 567 | 89 |
| 7 | 8 | 522 | 478 | 89 |
| 6 | 7 | 433 | 389 | 88 |
| 5 | 6 | 345 | 302 | 87 |
| 4 | 5 | 258 | 215 | 87 |
| 3 | 4 | 171 | 128 | 86 |
| 2 | 3 | 85 | 60 | 51 |
| 1 | 2 | 34 | 17 | 34 |

WRF = Weather Research and Forecasting Model; m = meters; AGL = above ground level

**Model Performance Evaluation**

Procedures for evaluating performance of the WRF simulations are described in Section 7.1.3 - *Meteorological Model Output* of the TD. Example model performance evaluation (MPE) plots for the version of WRF current at the time the TD was written are provided

---

[1] Layer top, center, and thickness are approximate, based on average over the 12 km domain.

in Attachment 1 of the TD. MPE is also part of the QA/QC procedures employed at the TCEQ, described in Section 2 *Meteorological Modeling QA/QC* of the QA/QC Plan.

Performance evaluation of emissions models is inherently difficult except for highly-controlled experimental settings. Evaluation of emissions using ambient concentrations usually requires a model to account for atmospheric dispersion, advection, and chemistry, so it is best to evaluate the combined emissions-photochemical modeling setup together. Emission model outputs can, however, be visualized using graphical routines so that they can be compared with knowledge of the sources' spatiotemporal characteristics. Both Section 7.2 - *Emissions Processing System Input and Output* of the TD and Section 1.1 – *Elevated Source Emissions* of the QA/QC Plan describe in detail how the TCEQ evaluates emission model outputs.

MPE of the photochemical modeling is described in detail in Section 9 - *Model Performance Evaluation* of the TD. As discussed in the TD, the TCEQ uses the Geo-Referenced Interactive Model Results Evaluation and Analysis Program (GRIMREAPr) for MPE. GRIMREAPr is a set of analysis tools developed by the TCEQ to evaluate model results and assess model performance in a geographical frame of reference. In addition to the standard time-series, scatter plots, model performance statistics, etc. that are produced for each model run, the GRIMREAPr provides an interactive visualization environment to view static or animated concentration data for every chemical species output by CAMx. The view can be zoomed in or out using the cursor controls and can display differences between model runs and bias at monitoring sites, and displays time series of observed and modeled concentrations on command. GRIMREAPr also provides the capability to overlay the model run with satellite cloud imagery, radar imagery, and Hybrid Single Particle Lagrangian Integrated Trajectory (HySPLIT) back or forward trajectories at user-selected sites. GRIMREAPr is a very powerful tool for analyzing model output and identifying possible errors or deficiencies in the model formulation. A more detailed description of GRIMREAPr with examples was presented at the 14th Annual Community Modeling and Analysis System Annual Conference.

In addition to statistical and graphical analyses, Section 9.2.2 - *Diagnostic Analyses* of the TD describes diagnostic analyses that the TCEQ uses to focus more directly on how the model responds to changes in precursor emissions. These types of analyses will be conducted if time allows.

**Future Year Modeling**

The future year of 2023 will be modeled, based on the assumed attainment date for moderate nonattainment areas as detailed in EPA's *Notice of Data Availability of Preliminary Interstate Ozone Transport Modeling Data for the 2015 Ozone NAAQS* (2015 Transport NODA) published in the January 6, 2017 *Federal Register* (82 FR 1733). Similar to the descriptions in Section 7.2 - *Emissions Processing System Input and Output* of the TD for creating 2017 emission inventories, anthropogenic emissions source categories for 2023 will be created by applying growth and control factors to base year emissions.

Since biogenic emissions are dependent upon the meteorological conditions on a given day, the same episode-specific emissions used in the base case modeling will be used in the 2023 future year modeling. Since future year wildfires cannot be predicted, the

wildfire emissions inventory developed for the base case modeling will also be used in the 2023 future year modeling. 2023 boundary conditions from GEOS-Chem will be used.

**Attainment and Significant Contribution Test Procedures**

The TCEQ plans to use a three-step approach, detailed below, to determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at downwind monitors in another state. The planned approach is based partly on the EPA's 2015 Transport NODA, with several key improvements. The three steps are:

Step 1: Identify monitors projected to be in nonattainment or have maintenance issues in a future year. Procedures for calculating future design values will be applied as per the modeling guidance, and are described in Section 10 - *Attainment Year Modeling* of the TD.

Step 2: Identify projected nonattainment and/or maintenance monitors in other states that might be impacted by emissions from Texas from source apportionment modeling and/or other techniques, tagging them for further review.

Step 3: Through a comprehensive process of modeling and data analysis, determine if emissions from Texas contribute significantly to nonattainment or interfere with maintenance at the monitors tagged for review in Step 2.

The TCEQ has previously commented to the EPA that the use of a 1% of the NAAQS significance threshold is arbitrary. By using this three-step process, the TCEQ expects to robustly analyze linkages to downwind monitors and determine appropriate significance thresholds according to ozone formation processes that may vary by monitor.

Ancillary evidence may also be used to corroborate or contradict the model predictions, including examination of trends in reported emissions, back trajectories, observed concentrations of ozone and its precursors, and background ozone and precursors. If time permits, additional modeling may be conducted to provide additional evidence to the attainment demonstration. This modeling may include ensemble modeling using alternative model inputs (meteorology, emissions, and/or boundary conditions).

**Documentation**

The modeling guidance recommends including the following elements of documentation as part of an attainment demonstration SIP revision:

- Executive summary that provides an overview of the analysis and the key conclusions;

- Reference to the modeling protocol noting any major deviations from the original plans;

- List of the institutional participants in the attainment demonstration and their roles;

- Description of air quality in the area and how that shaped the analysis;

- Justification for the model, episodes, domain, and grid(s) used in the analysis;

- Description of the development of the emissions inputs used in the base year modeling, including tabular summaries by state/county, as appropriate;

- Description of the development of meteorological inputs used in the base year modeling;

- Description of all other base year modeling inputs;

- Evaluation of base year model performance (meteorology, emissions, and air quality), including a description of the observational database used in the evaluation and any diagnostic or sensitivity tests used to improve the model;

- Description of the strategy used to demonstrate attainment, including speciated emissions summaries for the future year and identification of authority for implementing these strategies;

- Description of the attainment test results;

- Description of any supplemental analyses designed to bolster the original attainment test results; and

- Detailed summary of the entire analysis that leads to the conclusion that the selected attainment demonstration strategy is likely to produce attainment of the NAAQS and/or uniform rate of progress by the required date.

The TCEQ will include the above-listed elements in the submitted SIP revision.

**APPENDIX 1: TECHNICAL DESCRIPTION: TCEQ 2012
MODELING PLATFORM**

Prepared by the

Air Modeling & Data Analysis Section
Air Quality Division
Office of Air
Texas Commission on Environmental Quality

February 2016

# Table of Contents

Appendix D ........................................................................................................................ i

Introduction ..................................................................................................................... 1

Background ...................................................................................................................... 2

Participating Organizations ............................................................................................ 2

Schedule .......................................................................................................................... 2

Conceptual Model ........................................................................................................... 3

Episode Selection ............................................................................................................ 3

Models Used .................................................................................................................... 3

Model Inputs and Sources ............................................................................................... 4

Modeling Domain Definition .......................................................................................... 4

Model Performance Evaluation ...................................................................................... 6

Future Year Modeling ..................................................................................................... 7

Attainment and Significant Contribution Test Procedures ............................................. 8

Documentation ................................................................................................................ 8

Appendix 1: TECHNICAL DESCRIPTION: TCEQ 2012 MODELING PLATFORM ................... i

Chapter 1: Summary ....................................................................................................... 1

Chapter 2: Modeling/Analysis Study Design ................................................................. 1

    2.1 Background ............................................................................................................ 2

    2.2 Management Structure .......................................................................................... 4

    2.3 Technical and Policy Organizations ..................................................................... 5

    2.4 Schedule of Modeling Activities .......................................................................... 6

Chapter 3: Conceptual Model of Ozone Formation ....................................................... 6

Chapter 4: Episode Selection .......................................................................................... 6

    4.1 Guidance ................................................................................................................ 6

    4.2 Background ............................................................................................................ 7

    4.3 Episodic Evaluation of 2012 Ozone .................................................................... 10

    4.4 Summary of the 2012 Ozone season for eastern texas ......................................... 14

    4.5 Conclusion ........................................................................................................... 14

Chapter 5: Model Selection ............................................................................................ 15

    5.1 Selection of Air Quality Model ............................................................................ 15

    5.2 Selection of Meteorological Model ....................................................................... 17

5.3 Selection of Emissions Modeling System ................................................................17

Chapter 6: Modeling Domains ......................................................................................18

6.1 CAMx Modeling Domains .......................................................................................18

6.2 CMAQ Modeling Domains.......................................................................................21

6.3 WRF Modeling Domains .........................................................................................22

Chapter 7: Modeling Input and Output .......................................................................25

7.1 Meteorological Model Input and Output ................................................................26

7.1.1 WRF Model Configuration ...............................................................................26

7.1.2 Meteorological Model Input .............................................................................26

7.1.3 Meteorological Model Output ..........................................................................26

7.2 Emissions Processing System Input and Output ....................................................27

7.2.1 Point Source Emissions ....................................................................................28

7.2.2 Area Source Emissions .....................................................................................30

7.2.3 Non-Road and Off-Road Source Emissions ....................................................31

7.2.4 On-Road Mobile Source Emissions .................................................................35

7.2.5 Biogenic Emissions ..........................................................................................37

7.2.6 Wildfires ...........................................................................................................39

7.3 CAMx Model Input and Output .............................................................................40

7.3.1 Model Input .....................................................................................................40

7.3.2 Model Output ..................................................................................................42

Chapter 8: Quality Assurance/Quality Control (QA/QC) Plan...................................43

Chapter 9: Model Performance Evaluation..................................................................43

9.1 Operational Evaluations ..........................................................................................43

9.1.1 Statistical Measures ..........................................................................................43

9.1.2 Graphical Measures ..........................................................................................45

9.2 Diagnostic Evaluations ...........................................................................................50

9.2.1 Sensitivity Analyses .........................................................................................50

9.2.2 Diagnostic Analyses..........................................................................................51

Chapter 10: Attainment Year Modeling......................................................................52

Chapter 11: Modeling Documentation and Archive....................................................53

11.1 Documentation .....................................................................................................53

11.2 Modeling Archive..................................................................................................53

Chapter 12: Bibliography ...................................................................................................53

Attachment 1: Sample WRFCAMx Performance Analysis Graphics for Selected Sites in Eastern Texas, June 2012 ................................................................................................. 1

Attachment 2: Quality Assurance/Quality Control (QA/QC) Plan for the tceq 2012 modeling platform ................................................................................................................ 1

Chapter 1: Emissions INPUTs QA/QC .............................................................................. 1

    1.1 Elevated Source Emissions ....................................................................................... 2

        1.1.1 Elevated Point Sources ...................................................................................... 2

        1.1.2 Ship and Fire Emissions .................................................................................... 5

        1.1.3 Merged Elevated Emissions .............................................................................. 5

    1.2 Low-Level Emissions ................................................................................................ 8

        1.2.1 On-road Mobile Sources .................................................................................... 8

        1.2.2 Other low-level anthropogenic emissions ..................................................... 12

        1.2.3 Biogenic Emissions .......................................................................................... 14

        1.2.4 Emissions of Halogen Compounds ................................................................. 15

        1.2.5 Merged Low-Level Emissions ......................................................................... 16

Chapter 2: Meteorological Modeling QA/QC ................................................................. 18

Chapter 3: Initial and Boundary Conditions .................................................................. 23

Chapter 4: Other CAMx Input Files ................................................................................ 25

Chapter 5: CAMx Execution ............................................................................................. 26

Chapter 6: Geo-Referenced Interactive Model Results Evaluation and Analysis Program (GRIMREAPr) .................................................................................................................... 29

**List of Figures**

Figure 1: Texas Ozone Nonattainment Areas and (1998 Ozone Standard) Air Quality Planning Areas.................................................................................................................3

Figure 2: May through October Average Temperature and Precipitation Ranks, 1895-2011 ..........................................................................................................................4

Figure 3: TCEQ Management Organization Chart .................................................5

Figure 4: 75 ppb Eight-Hour Ozone Exceedances by Half-Month for Texas Areas from 1990 through 2014...............................................................................................8

Figure 5: 75 ppb Eight-Hour Ozone Exceedances by Half-Month for Texas Areas in 2012. ....................................................................................................................9

Figure 6: 75 ppb Eight-Hour Ozone Exceedance Days by Year for Texas Areas from 1990 through 2014............................................................................................. 10

Figure 7: Highest MDA8 Ozone Concentration by Area in 2012......................... 11

Figure 8: Highest MDA8 Ozone Concentration by Area in March and April 2012 .......... 12

Figure 9: Highest MDA8 Ozone Concentration by Area in May and June 2012 ............... 12

Figure 10: Highest MDA8 Ozone Concentration by Area in July and August 2012........ 13

Figure 11: Highest MDA8 Ozone Concentration by Area in September and October 2012 ................................................................................................................ 14

Figure 12: CAMx Modeling Domains ................................................................. 19

Figure 13: WRF Modeling Domains.................................................................... 22

Figure 14: WRF and CAMx Vertical Layer Configuration.................................... 25

Figure 15: Tile Plots of Elevated and Low-Level Point Source $NO_x$ Emissions for June 6, 2012 ................................................................................................................. 30

Figure 16: Tile Plots of Area Source VOC Emissions for a June, 2012 Weekday; (L) All Sources except Oil and Gas Production, and (R) Oil and Gas Production Only............... 31

Figure 17: Tile Plots of Non-Road $NO_x$ Emissions for a June 2012 Weekday; (L) All Sources except Drilling Rigs, and (R) Drilling Rigs Only....................................... 32

Figure 18: Revised 2014 Elevated Marine Emissions in Texas 4 km Grid (L) Ships at Anchor, (R) Ships Underway................................................................................ 34

Figure 19: Tile Plots of (L) Non-Road and (R) On-Road $NO_x$ Emissions for a June 2012 Weekday......................................................................................................... 35

Figure 20: Tile Plots of Biogenic Isoprene (L) and $NO_x$ (R) Emissions, June 22, 2012..... 39

Figure 21: Tile Plots of Elevated Wildfire $NO_x$ Emissions on the 4 km Grid (L) and VOC Emissions on the 36 km Grid (R), June 22, 2012.................................................... 40

Figure 22: GEOS-Chem Derived Ozone Boundary Conditions for June 12, 2012, 09:00-12:00 CST............................................................................................................ 41

Figure 23: Time-Series Hourly Ozone Plot for Denton, June 2012 ...................... 46

Figure 24: Example MDA8 Ozone Plot for Denton, June 2012............................. 46

Figure 25: Example Scatter Plot with Q-Q Plot Showing Observed and Modeled Isoprene Concentrations at the Hinton Street Monitor in June 2012................................. 47

Figure 26: Example Vertical Profile Plot Showing Observed and Modeled Ozone Concentrations for a Sonde Launch in June 2012 .................................................. 48

Figure 27: Example MDA8 Ozone Spatial Plot for Eastern Texas, June 26, 2012 ........... 49

Figure 28: Example Hourly Ozone Concentration Spatial Plot for Eastern Texas, 15:00, June 26, 2012, with NWS Radar Overlay.................................................................. 50

**List of Tables**

Table 1: Schedule of Modeling Activities ................................................................2

Table 2: CAMx Modeling Domain Parameters .......................................................... 20

Table 3: CAMx Vertical Layer Structure.................................................................. 21

Table 4: WRF Modeling Domain Parameters............................................................ 23

Table 5: WRF Vertical Layer Structure.................................................................... 23

Table 6: 2012 Base Case WRF Setup ......................................................................4

Table 7: Development Summary of On-Road Mobile Source Emissions .......................... 37

**List of Acronyms**

AFS – AIRS Facility Subsystem Format
AGL – Above Ground Level
AIRS – Aerometric Information Retrieval System
AMDA – Air Modeling and Data Analysis Section
AMPD – Air Markets Program Database
APCA – Anthropogenic Precursor Culpability Assessment
ATR – Automatic Traffic Recorder
ARR – Austin-Round Rock
BOEM – Bureau of Ocean Energy Management
BPA – Beaumont-Port Arthur
BEIS – Biogenic Emission Inventory System
BELD3 - Biogenic Emissions Landuse Database, version 3
CAMx – Comprehensive Air Model with Extensions
CB6 – Carbon Bond Mechanism, Version 6
CB6r2 – Carbon Bond 6 release 2
CB6r2h – CB6 release 2 with halogen chemistry
CC – Corpus Christi
CCV – Corpus Christi-Victoria
CMAQ – Community Model for Air Quality
CSAPR – Cross-State Air Pollution Rule
DDM – Direct Decoupled Method
DFW – Dallas-Fort Worth
$DV_B$ – Baseline Design Value
$DV_F$ – Future Design Value
EDMS – Emissions Dispersion and Modeling System
EGU – Electric Generating Utility
EI – Emissions Inventory
ELP – El Paso
EPA – United States Environmental Protection Agency
EPS3 – Emissions Processing System, Version 3
ERG – Eastern Research Group
ERTAC – Eastern Regional Technical Advisory Committee
FAA – Federal Aviation Administration
FINN – Fire Inventory from NCAR
GEOS-Chem – Goddard Earth Observing Systems Chemistry Model
GloBEIS – Global Biosphere Emissions and Interactions System
GOES – Geostationary Operational Environmental Satellite
GOM – Gulf of Mexico
GRIMREAPr – Geo-Referenced Interactive Model Results Evaluation and Analysis Program
GWEI – Gulf Wide Emissions Inventory
HDDM – Higher-Order Direct Decoupled Method
HGB – Houston-Galveston-Brazoria
HOT – Heart of Texas
HPMS – Highway Performance Monitoring System
I/M – Inspection/Maintenance
IPM – Integrated Planning Model
km – Kilometer
$K_v$ – Vertical Mixing Coefficient
LAI – Leaf Area Index

LAIv – Fractional Vegetated Leaf Area Index
LCP – Lambert Conformal conic Projection
LRG – Lower Rio Grande Valley
LTO – Landing/Take-Off
LULC – Land-use Land-cover
m – Meters
MADIS – Meteorological Assimilations Data Ingest System
MATS – Modeled Attainment Test Software
MCIP – Meteorology-Chemistry Interface Processor
MDA8 – Maximum Daily 8-hour Average
MEGAN – Model of Emissions of Gases and Aerosols from Nature
MM5 – Fifth Generation Meteorological Model
MODIS – Moderate Resolution Imaging Spectroradiometer
MOVES – Motor Vehicle Emission Simulator
NAAQS – National Ambient Air Quality Standard
NAM – North American Model
NASA – National Aeronautics and Space Administration
NCAR – National Center for Atmospheric Research
NCEP – National Centers for Environmental Prediction
NEI – National Emissions Inventory
NET - Northeast Texas
netCDF – Network Common Data Form
NMIM – National Mobile Inventory Model
$NO_x$ – Nitrogen Oxides
$NO_y$ – Total Oxidized Nitrogen Compounds
NLCD – National Land Cover Dataset (NLCD)
NWS – National Weather Service
OMI – Ozone Monitoring Instrument
ON – Organic Nitrate
OSAT – Ozone Source Apportionment Technology
PA – Process Analysis
PAR – Photosynthetically Active Solar Radiation
PBL – Planetary Boundary Layer
PFT – Plant Functional Type
PiG – Plume in Grid
ppb – Parts per Billion
QA – Quality Assurance
QC – Quality Control
RMSE – Root Mean-Square Error
RPO – Regional Planning Organizations
RRC – Railroad Commission of Texas
RRF – Relative Response Factor
RRTM – Rapid Radiative Transfer Model
SAT – San Antonio
SIP – State Implementation Plan
SMOKE – Sparse Matrix Operator Kernel Emissions
STARS – State of Texas Air Reporting System
TATU – TCEQ Attainment Test for Unmonitored areas
TCEQ – Texas Commission on Environmental Quality
TD – Technical Description
TDM – Travel Demand Model

TexAER – Texas Air Emissions Repository
TexAQS II – Second Texas Air Quality Study
TexN – Texas NONROAD Model
TOPP – Tropospheric Ozone Pollution Project
tpd – Tons Per Day
TTI – Texas Transportation Institute
TxDOT – Texas Department of Transportation
TxLED – Texas Low Emissions Diesel
U.S. – United States
VIC – Victoria
VMT – Vehicle Miles Traveled
VNA – Voronoi Neighbor Averaging
VOC – Volatile Organic Compounds
WAC - Waco
WRF – Weather Research and Forecasting Model
WSMx – WRF Single-Moment x-Class Microphysics Scheme
YSU – Yonsei University

# CHAPTER 1: SUMMARY

This Technical Description (TD) presents procedures the Texas Commission on Environmental Quality (TCEQ) has used to develop a 2012 platform for modeling ozone formation in eastern Texas and also describes work that is underway or planned to improve, expand, and utilize this modeling platform. It is envisioned that this platform will be used in several applications including attainment demonstrations for current and future ozone National Ambient Air Quality Standard (NAAQS), exceptional event demonstrations, and to provide an alternative to the 2011 modeling platform recently developed by the United States Environmental Protection Agency (EPA). Modeling is being conducted primarily with the Comprehensive Air Quality Model with Extensions (CAMx), which is an acceptable photochemical model (U. S. EPA, 2014), although some modeling using EPA's preferred Community Model for Air Quality (CMAQ) is also being conducted. Initially, the TCEQ is modeling the five-month period associated with highest ozone concentrations across Texas, May through September, and is considering modeling March and April 2012 as well. Plans also include modeling September 2013, when the National Aeronautics and Space Administration (NASA) conducted an extensive field study in the Houston area. Future case anthropogenic emission inventories will be developed as needed for planning based on the meteorological and biogenic emission inputs for 2012 and optionally 2013.

This document is modeled largely on past modeling protocols and contains the major features of such documents. Because much of the development of the 2012 platform has been completed, the TCEQ is referring to this document by the more descriptive term Technical Description. Subsequent protocols may be based on this document for specific modeling applications such as ozone attainment demonstrations.

Like a modeling protocol, this TD should be considered to be a living document since it represents the state of the 2012 platform at only one point in time and may be revised as the platform continues to evolve to incorporate advances in science, improvements in modeling tools, and new or enhanced inputs.

# CHAPTER 2: MODELING/ANALYSIS STUDY DESIGN

This Technical Description (TD) describes the procedures that were used in the development of a modeling platform based on 2012 emissions and meteorology. These procedures generally conform to the recommendations set forth in the United States Environmental Protection Agency's (EPA) *Guidance on the Use of Models and Other Analyses for Demonstrating Attainment of Air Quality Goals for Ozone, PM2.5, and Regional Haze* (EPA, 2007), but also reflect the new draft guidance issued in December 2014: Draft Modeling Guidance for Demonstrating Attainment of Air Quality Goals for Ozone, $PM_{2.5}$ and Regional Haze (EPA,2014). As per the 2007 EPA guidance for modeling protocols, this TD includes the following sections:

- background for the study;

- schedule and organizational structure for the study;

- rationale for model selection and description of models to be used;

- methods for developing input data;

- methods for evaluating and interpreting model results; and

- documentation to be submitted to the regional EPA office for review.

## 2.1 BACKGROUND

Texas currently has two areas that are classified nonattainment of the 2008 eight-hour ozone standard of 75 parts per billion (ppb), specifically the ten county Dallas-Fort Worth (DFW) moderate ozone nonattainment area consisting of Collin, Dallas, Denton, Ellis, Johnson, Kaufman, Parker, Rockwall, Tarrant, and Wise counties with a required attainment date of July 20, 2018[2] and the eight-county Houston-Galveston-Brazoria (HGB) marginal ozone nonattainment area consisting of Brazoria, Chambers, Fort Bend, Galveston, Harris, Liberty, Montgomery, and Waller counties with a required attainment date of July 20, 2015. Other areas in Texas occasionally experience ozone concentrations exceeding or approaching the 2008 NAAQS including the San Antonio, Northeast Texas, and Beaumont/Port Arthur areas, while many areas may not be able to attain the recently-announced 2015 ozone National Ambient Air Quality Standard (NAAQS) of 70 ppb. Figure 1: *Texas Ozone Nonattainment Areas and (1998 Ozone Standard)* Air Quality Planning Areas depicts the two nonattainment areas along with air quality planning areas elsewhere in Texas.

---

[2] Although the attainment date is July 20, 2018, the attainment year is 2017, which is the last full ozone season prior to the attainment date.



**Figure 2: Texas Ozone Nonattainment Areas and (1998 Ozone Standard) Air Quality Planning Areas**

Previous modeling for the DFW and HGB areas for the 1997 eight-hour ozone standard (84 ppb) and for DFW under the 2008 standard was based on the 2005-2006 modeling platform which coincided with the Second Texas Air Quality Study (TexAQS II). While the study provided an extremely rich observational data base for model development and evaluation, both emissions and ozone concentrations have dropped significantly across most of Texas since 2006 and a newer basis for future modeling activities is necessary. The EPA recently developed a 2011 modeling platform that it used for its "Good Neighbor" modeling designed to assist states in complying with the ozone transport requirements of the Clean Air Act for the 2008 ozone NAAQS. While this platform is available to states, the TCEQ has not adopted this for Texas because 2011 was the single-worst drought year recorded in Texas since 1895. Figure 2: *May through October Average Temperature and Precipitation Ranks, 1895-2011*, copied from the EPA's modeling Technical Support Document (U.S. EPA, 2015) illustrates graphically that Texas (along with Oklahoma, New Mexico, and Louisiana) suffered the hottest summer in the 117-year span 1895 through 2011, while the entire Southeast, southern portions of the Midwest, and Arizona were exceptionally hot. While any single year will show local meteorological anomalies, for Texas 2011 is unacceptable for use in

regulatory applications since any conclusions resulting from modeling this extremely atypical year would not likely apply for more normal years.



**Figure 3: May through October Average Temperature and Precipitation Ranks, 1895-2011 (http://www.ncdc.noaa.gov/temp-and-precip/us-maps)**

## 2.2 MANAGEMENT STRUCTURE

The Air Modeling and Data Analysis (AMDA) section has the responsibility for planning and conducting the ozone State Implementation Plan (SIP) modeling. AMDA is part of the Air Quality Division of the TCEQ Office of Air. The Office of Air organization chart is shown in Figure 3: *TCEQ Management Organization Chart.*



**Figure 4: TCEQ Management Organization Chart**

## 2.3 TECHNICAL AND POLICY ORGANIZATIONS

Because the modeling described in this TD is being developed to serve as a platform for all of eastern Texas, many areas that have air quality concerns may be affected by the outcome of the modeling. The TCEQ plans to share modeling data and results with any organization that requests such, and will keep local intergovernmental bodies apprised of developments as the modeling develops. The Southeast Texas Photochemical Modeling Technical Committee based in Houston is currently the only organization in the state that functions primarily as a technical committee for SIP-related activities. The Houston area also is represented by the Houston Area Council of Governments' Regional Air Quality Planning Advisory Committee, which is focused on the policy aspects of the SIP process.

Several organizations in the eastern half of Texas have committees and/or hold meetings that combine technical and policy-related functions. These include the North Central Texas Council of Governments (DFW area) and South East Texas Regional Planning Commission (Beaumont-Port Arthur area), as well as several near-nonattainment (Rider 7) areas: East Texas Council of Governments (Tyler-Longview-Marshall area), Alamo Area Council of Governments (San Antonio area), Capitol Area Council of Governments (Austin Area), Golden Crescent Regional Planning Commission (Victoria area), Central Texas Council of Governments (Killeen-Temple area), Heart of

Texas Council of Governments (Waco area), and the Coastal Bend Council of Governments (Corpus-Christi area).

## 2.4 SCHEDULE OF MODELING ACTIVITIES

The schedule of activities for developing the 2012 modeling platform is shown below in Table 1: *Schedule of Modeling Activities*. The dates shown are the best current estimates and are likely to change based on problems encountered, emerging research findings, and other requirements. Detailed discussions of most of these activities can be found later in this document.

**Table 7: Schedule of Modeling Activities**

| Modeling Activity | Time Frame |
|---|---|
| Conduct base case modeling | April 2014 – |
| Complete development of conceptual model for eastern Texas | Spring, 2016 |
| Develop base case emissions | |
| Conduct meteorological modeling | |
| Conduct emissions modeling and processing | |
| Conduct model performance evaluations | |
| Conduct future base modeling with current controls and project future design values | Spring 2016 – |
| Develop future base emissions with applicable growth and current controls | |
| Project future design values at all regulatory monitors in eastern Texas | |

## CHAPTER 3: CONCEPTUAL MODEL OF OZONE FORMATION

Under development.

## CHAPTER 4: EPISODE SELECTION

### 4.1 GUIDANCE

The 2007 modeling guidance (EPA, 2007) was developed for the 2008 ozone standard and its guidance on episode selection is rather dated. Because of this, we are choosing to use the 2014 Draft Guidance (EPA, 2014) to support selection of dates included in the 2012 modeling platform. The Draft Guidance recommends using a recent base year and notes that:

*Ozone based research has shown that model performance evaluations and the response to emissions controls need to consider modeling results from relatively long time periods, in particular, full synoptic cycles or even full ozone seasons (Hogrefe et al., 2000; Vizuete et al., 2011). In order to examine the response to ozone control strategies, it may not be necessary to model a full ozone season (or seasons), but, at a minimum, modeling "longer" episodes that encompass full synoptic cycles is advisable. Time periods which include a ramp-up to a high ozone period and a ramp-down to cleaner conditions allow for a more complete evaluation of model performance under a variety of meteorological conditions.*

The modeling period for the 2012 platform (May through September) adheres to these recommendations, and also with the following as is discussed below:

*Primary ozone (8-Hour Ozone) - Choose time periods which reflect a variety of meteorological conditions that frequently correspond with observed 8-hour daily maxima concentrations greater than the level of the NAAQS at monitoring sites in the nonattainment area.*

## 4.2 BACKGROUND

As discussed in Section2.1  2011 is not an acceptable year for Texas because of the extreme drought, extraordinarily high temperatures, and significant wildfires. 2012 was chosen because it is close to the EPA's 2011 modeling platform chronologically and much of the EPA's base inventory could be easily projected one year into the future.

Figure 4: *75 ppb Eight-Hour Ozone Exceedances by Half-Month for Texas Areas from 1990 through 2014* shows how ozone exceedance days of the 75 parts per billion (ppb) standard have historically peaked in June and then from August through early September. All areas shown, except El Paso, exhibit distinctly bimodal patterns with most exceedance days occurring in the May through June and August through September periods. July typically brings strong onshore flow from the Gulf of Mexico, and the result of this pattern is a pronounced dip in the number of exceedance days across eastern Texas. The period of May through September captures a large majority of the high ozone days across eastern Texas. Notably, the Houston-Galveston-Brazoria (HGB) area has historically seen high ozone days as early as March and as late as November.



**Figure 5: 75 ppb Eight-Hour Ozone Exceedances by Half-Month for Texas Areas from 1990 through 2014**

Figure 5: 75 ppb Eight-Hour Ozone Exceedances by Half-Month for Texas Areas in 2012shows the same information as the previous figure except for 2012 only. The distinctive "dip" in ozone exceedances in July is evident, with Dallas-Fort Worth (DFW) peaking somewhat earlier than HGB in both graphs. One unusual characteristic of 2012 is the relatively high percentage of exceedances in March and early April, but otherwise the seasonal ozone patterns are well-aligned with those observed between 1990 and 2014. As time permits, the TCEQ will consider expanding the modeling period to include March and April, as well as October, which observed one exceedance day in HGB and in Beaumont-Port Arthur (BPA).



Figure 6: 75 ppb Eight-Hour Ozone Exceedances by Half-Month for Texas Areas in 2012 Areas depicted are the same as in the previous figure except areas with no exceedance days are not shown. BPA refers to the Beaumont-Port Arthur area, SAT to San Antonio, ARR to Austin-Round Rock, CC to Corpus Christi, NET to Northeast Texas, and ELP to El Paso.

Figure 6: *75 ppb Eight-Hour Ozone Exceedance Days by Year for Texas Areas from 1990 through 2014* shows the number of exceedance days for 25 years ending in 2014. Especially notable is the decline in exceedance days from 2005 to 2008. Exceedance days remained low until the exceptional drought year of 2011, which brought an increase statewide, but since that time exceedances per year have decreased. 2012 is seen to be quite representative of the period since 2008, excepting 2011, with relatively high numbers of exceedance days seen in both DFW and HGB.



**Figure 7: 75 ppb Eight-Hour Ozone Exceedance Days by Year for Texas Areas from 1990 through 2014** Areas depicted are same as previous figure with addition of Lower Rio Grande Valley (LRG), Victoria (VIC), and Waco (WAC)

## 4.3 EPISODIC EVALUATION OF 2012 OZONE

Figure 7: *Highest MDA8 Ozone Concentration by Area in 2012* shows time series of area-wide highest maximum daily 8-hour (MDA8) ozone concentrations[3] by day for several areas of eastern Texas (excluding far south Texas). Regions are designated as before except that CC and VIC are combined into one (CCV), Hood and Navarro counties are included in DFW along with the 10 counties in the DFW nonattainment area, and the Killeen-Temple-Fort Hood area is combined with the Waco area into a single Heart of Texas (HOT) region. The graph shows several ozone exceedances of the 75 ppb National Ambient Air Quality Standard (NAAQS) between late March and the end of June, and during this period area maximum ozone concentrations in the different areas show a strong correlation, peaking on nearly the same day everywhere. Beginning in July, however, the regional correlation appears weaker.

---

[3] The MDA8 value for a monitor is the maximum average value recorded for any eight-hour period on a given day. For example, the peak eight-hour period often occurs during the period of hours 10 through 17, but can occur during any eight consecutive hours during a 24-hour day. The "highest MDA8" ozone concentration for an area is the highest value at any monitor in that area.

**Figure 8: Highest MDA8 Ozone Concentration by Area in 2012**

To more closely examine the periods of high ozone, the next four figures display the months March through October in two-month segments. Figure 8: *Highest MDA8 Ozone Concentration by Area in March and April 2012* shows a period of high ozone in late March that contained exceedances for HGB (3 days, maximum 113 ppb on March 24), BPA (4 days, maximum 93 ppb on March 24), and DFW (2 days, maximum 84 ppb on March 24). The HGB area also had ozone concentrations greater than 75 ppb on April 6, 7, and 10.

Figure 9: *Highest MDA8 Ozone Concentration by Area in May and June 2012* shows that between May 14 and 22, several areas exceeded 75 ppb: ARR (May 17, 78 ppb), BPA (May 22, 76 ppb), DFW (May 16, 17, 21, and 22, maximum 92 ppb on May 16), HGB (May 14, 15 through 18, 21 and 22, maximum 90 ppb on May 21) and SAT (76 ppb on May 17). In June, both HGB (104 ppb) and DFW (76 ppb) exceeded 75 ppb on June 1. There were also minor exceedances in DFW on June 5 and 8 and in HGB on June 7 and 9.

The major ozone event of 2012, which occurred between June 24 and 28, was preceded by an MDA8 concentration of 83 recorded in DFW on June 22. DFW then exceeded 75 ppb for six straight days with a peak of 110 ppb on June 26, a day on which every area depicted in Figure 9 broke the 75 ppb mark. CCV recorded 84 ppb that day, BPA hit 112 ppb, HGB had 136 ppb (the highest reading of the year anywhere in Texas), ARR reached 87 ppb, HOT saw 78 ppb, NET had 84 ppb, and SAT recorded 89 ppb. June 27 also saw exceedances in every area except CCV.

Both Figure 8 and Figure 9 highlight the high degree of correlation among the different areas' ozone peaks, indicating that ozone during this four-month period was dominated by synoptic-scale meteorological effects that brought ozone-conducive conditions across eastern Texas.



**Figure 9: Highest MDA8 Ozone Concentration by Area in March and April 2012**



**Figure 10: Highest MDA8 Ozone Concentration by Area in May and June 2012**

Figure 10: *Highest MDA8 Ozone Concentration by Area in July and August 2012* shows that July was fairly quiet except for some relatively minor exceedances in DFW on July 9, 10, 13, 21 (86 ppb), and 30. Throughout the month of July there appears to be a lower degree of spatial correlation among the areas, with CCV remaining almost flat with values near 20 ppb. In August DFW exceeded 75 ppb on eight of nine days between August 6 and 14, peaking at 109 ppb on August 9. Along with DFW, the

northern portion of eastern Texas experienced high ozone with NET exceeding August 9 through 11 and 14 (maximum 83 ppb on August 11, and HOT seeing exceedances on August 10 and 11 (86 ppb on the latter). The ARR area saw its high MDA8 concentration of the year (94 ppb) on August 11, but SAT did not exceed 75 ppb. The coastal areas of CCV, BPA, and HGB were also largely spared during this period, with only two minor exceedances recorded in HGB on August 6 and 7.

High ozone returned after a short hiatus for a three-day period between August 20 and 22, with two exceedances in DFW (maximum 80 ppb on August 20), two in HGB (maximum 89 ppb), and one in HOT (76 ppb on August 20). SAT exceeded 75 ppb on all three days with a peak concentration of 87 ppb on August 21. Finally, DFW capped the month of August with a reading of 81 ppb on the last day of the month.

Figure 11: *Highest MDA8 Ozone Concentration by Area in September and October 2012* shows relatively fewer and milder ozone exceedances, and shows closer spatial correlation than was evident during the previous two-month period. DFW began the month of September with an 89 ppb one-day episode on September 5, then on September 10 DFW, HGB and SAT exceeded, the latter tying its 2012 peak concentration at 90 ppb. SAT recorded its last exceedance of 2012 (81 ppb) on September 19, then on the following day DFW and HGB began, respectively, three- and five-day periods of relatively mild exceedances (peak for HGB was 87 ppb on September 20). The year's last ozone exceedances occurred on October 3 with BPA recording 78 ppb and HGB seeing 85 ppb.



**Figure 11: Highest MDA8 Ozone Concentration by Area in July and August 2012**



**Figure 12: Highest MDA8 Ozone Concentration by Area in September and October 2012**

## 4.4 SUMMARY OF THE 2012 OZONE SEASON FOR EASTERN TEXAS

The 2012 ozone season started off strong in late March with HGB, DFW and BPA all seeing ozone over the 2008 NAAQS of 75 ppb and HGB seeing its second-highest reading of the year of 113 ppb. The HGB area saw some more minor exceedances in April. Mid-May brought a series of exceedances across most of eastern Texas but none higher than 92 ppb recorded in DFW. After a few days of moderate-to-high ozone in DFW and HGB during the first third of June, the major episode of 2012 arrived a couple of weeks later, culminating in every area shown exceeding on June 26, with the year's highest MDA8 concentration of 136 ppb at the Manvel-Croix Park monitor in HGB. July was very quiet, with only five exceedances, all in DFW.

August 6 through 14 saw widespread ozone over the northern half of eastern Texas, followed by a three day episode beginning on August 20 which affected DFW, HGB, and SAT. The first half of September saw some minor exceedances in DFW and HGB, with SAT tying its annual peak of 90 ppb on September 10. September 19 through 24 brought relatively minor ozone exceedances to first SAT then DFW and HGB, and the 2012 ozone ended on October 3 with minor exceedances in HGB and in BPA.

## 4.5 CONCLUSION

The 2012 ozone season is representative of recent years in eastern Texas with the possible exception of a rather extreme episode in late March in HGB, DFW and BPA. Since high ozone concentrations were observed in three distant locations, meteorological conditions not usually seen that early in the year were most likely the cause. Because this event is not typical of late winter or early spring, the 2012 modeling platform will not initially include this time period and will begin with May when ozone events typically begin to increase in both frequency and intensity. Both

D-AP1-14

May through June and August through September include many episodic events typical of their respective time frames. July offers an opportunity to evaluate the model under a different meteorological regime than that characteristic of either May through June or August through September. Because October saw only one day which had mild exceedances in two areas, the modeling platform will not include that month.

In all, the five months May through September 2012 includes 41 days on which an ozone exceedance was recorded in eastern Texas. DFW saw a total of 34 exceedance days with 23 in HGB. SAT saw 8, NET 6, HOT 5, ARR 4, BPA 3, and CCV 1. High ozone in every area was represented to some extent, and well represented in the two current nonattainment areas of DFW and HGB. This period is likely to provide a number of days in most areas of the state with modeled ozone near or over 75 ppb that can be used to calculate relative response factors as per the 2007 and 2014 draft modeling guidance.

CHAPTER 5: MODEL SELECTION

The modeling system is composed of a gridded photochemical air quality model, a meteorological model, and an emissions processing model. Both the meteorological and emissions models provide input to the air quality model. Therefore, the air quality, meteorological, and emission models selected need to interface effectively.

## 5.1 SELECTION OF AIR QUALITY MODEL

To ensure that a modeling study can be successfully used as technical support for an attainment demonstration State Implementation Plan revision, the air quality model must be scientifically sound and appropriate for the intended application, and be freely accessible to all stakeholders. In a regulatory environment, it is crucial that oversight groups (e.g., EPA), the regulated community, and the interested public have access to and also can be convinced of the suitability of the model. The following three prerequisites were identified for selecting the air quality model to be used in a recent Dallas-Fort Worth attainment demonstration SIP revision:

- must have a reasonably current, peer-reviewed, and scientific formulation;

- must be available at no or low cost to stakeholders; and

- must be consistent with air quality models being used for other Texas nonattainment or near-nonattainment areas.

The only model to meet all three of these criteria is the Comprehensive Air Model with Extensions (CAMx). The model is based on well-established treatments of advection, diffusion, deposition, and chemistry. Another important feature is that nitrogen oxides ($NO_x$) emissions from large point sources can be treated with the plume-in-grid (PiG) sub-model, which helps avoid the artificial diffusion that occurs when point source emissions are introduced into a grid volume. The model software and the CAMx user's guide are publicly available (http://www.camx.com). In addition, the TCEQ has many years of experience with CAMx. CAMx was used for the recent DFW attainment demonstration SIP revisions, for the Houston-Galveston-Brazoria and Beaumont-Port Arthur areas, as well as for modeling being conducted in other areas of Texas including Austin, San Antonio, and Tyler-Longview-Marshall.

At this time, the TCEQ is using CAMx 6.20, the most recent version available. If subsequent versions are released during development of the 2012 modeling platform, the TCEQ will review each version for potential improvement to the modeling platform. Updated versions of CAMx will likely be used if they offer such improvements and no operational bugs are identified. Compared to version 6.0, CAMx 6.20 includes the following updates:

- optional top boundary conditions input file;

- supports Carbon Bond 6 CB6) release 2 (CB6r2) and CB6r2 with halogen chemistry (CB6r2h);

- extension of the direct decoupled method (DDM) to particulates;

- new surface chemistry and re-emission model; and

- update to the PiG sub-model, which improves speed and total oxidized nitrogen compounds (NOy) mass budget accuracy.

Of particular note is the addition of the CB6r2 and CB6r2h chemistry options. Early work with the June 2012 episode has indicated a strong tendency to over-predict both hourly and Maximum Daily 8-hour Average (MDA8) ozone concentrations, particularly along the upper Texas coast. The CB6r2 chemistry moderates the over-prediction seen with CB6 (release 1) somewhat by partitioning organic nitrates (ON) between gas-phase ON and those ON that can partition into organic aerosols, which then are processed to nitric acid. This in turn increases nitric acid but lessens ozone concentrations. The CB6r2h version adds optional chemistry through which bromine and iodine (halogens) react with ozone over ocean water, further lowering overall ozone concentrations. More information on these updates can be found in Chapter 1 of the CAMx user's guide (Environ, 2015). Henceforth in this document, references to CB6 apply to CB6, CB6r2, and CB6r2h unless otherwise noted.

Significant work has been conducted modeling the June 2012 period prior to modeling the full 5-month period. As will be discussed later in Section 9 *Model Performance Evaluation*, use of CB6r2h together with selecting appropriate meteorological parameterizations has reduced model over-prediction across eastern Texas and performance is now reasonably good for June, especially in DFW. However, because of over-prediction issues still present in southeast Texas, the TCEQ is testing the Community Model for Air Quality (CMAQ) in an effort to identify and explain the reason for the over-prediction.

The TCEQ plans to use some of the probing tools supported by CAMx 6.20 for sensitivity analyses, including:

**Process Analysis (PA)** - PA adds algorithms to the CAMx model that store the integrated rates of species changes due to individual chemical reactions and other sink and source processes. By integrating these rates over time and outputting them at hourly intervals, PA provides diagnostic outputs that can be used to explain model simulation in terms of chemical budgets, conversions of chemical species, and effects of transport and other sink and source terms. PA can also improve model validation

and ultimately can assist in the selection of precursor reduction strategies (Tonnesen, 2001).

**Ozone Source Apportionment Technology (OSAT)** - OSAT provides a method for estimating the contributions of multiple source areas, categories, and pollutant types to ozone formation in a single model run. OSAT also includes a methodology for diagnosing the temporal relationships between ozone and emissions from groups of sources.

**Anthropogenic Precursor Culpability Assessment (APCA)** - APCA differs from OSAT in recognizing that certain emission groups are not controllable (e.g., biogenic emissions) and that apportioning ozone production to these groups does not provide information that is beneficial to identification of potential control strategies. Where OSAT would attribute ozone production to biogenic emissions, APCA reallocates that ozone production to the controllable portion of precursors that participated in ozone formation with the non-controllable precursor. APCA only attributes ozone production to biogenic emissions when ozone formation is due to the interaction of biogenic volatile organic compounds (VOC) with biogenic $NO_x$. When ozone formation is attributable to biogenic VOC and anthropogenic $NO_x$ under VOC-limited conditions, OSAT would attribute ozone production to biogenic VOC while APCA would redirect that attribution to the anthropogenic $NO_x$ precursors present.

**Direct Decoupled Method (DDM) and Higher-Order Direct Decoupled Method (HDDM)** – DDM and HDDM provide an efficient and accurate methodology for calculating first-order (via DDM) and second-order (via HDDM) sensitivities between output concentrations and model input parameters.

## 5.2 SELECTION OF METEOROLOGICAL MODEL

The Weather Research and Forecasting Model (WRF) has gained near-universal acceptance for use in air quality modeling applications. The TCEQ has used WRF version 3.6.1 to develop meteorological inputs for June 2012 and is using 3.7.1 to revise these inputs at this writing. As time and resources allow, newer versions of WRF may be used as they become available to revise these inputs. Updated files with new versions of WRF will first receive a quality assurance review to see if meteorological performance is improved. WRF is supported by a broad user community including the EPA, the Air Force Weather Agency, the National Centers for Environmental Prediction (NCEP), national laboratories and academia, and is currently being used extensively to develop the meteorological inputs for regulatory air quality modeling analyses throughout the United States.

## 5.3 SELECTION OF EMISSIONS MODELING SYSTEM

Typically, raw emissions inventory databases provide on-road, off-road, non-road, area, biogenic, oil-gas, and point source emission estimates of criteria pollutants, including $NO_x$ and VOC, on an annual, seasonal, daily, and/or hourly basis. The processing of raw emissions data sets into air quality model inputs is accomplished through the use of emission processor tools. These emission processors temporally distribute, spatially allocate, and chemically speciate the emissions to the resolution and chemical mechanism used by the air quality model. When necessary, emission processors are

also used to apply adjustment factors to specific combinations of county and source types for simulation of control strategy scenarios.

The most common emissions modeling system used to process anthropogenic emissions into the gridded, hourly-resolved, and chemically-speciated inputs needed for an air quality model is Sparse Matrix Operator Kernel Emissions (SMOKE). However, over the last two decades the TCEQ has developed an intricate set of procedures and supporting software that is integrated with the Emissions Processing System, version 3 (EPS3). EPS3 has been used for many air quality modeling projects within Texas, is easily modified to accommodate the complexity of emissions sources and the highly detailed emissions information required, and the TCEQ has years of experience in using EPS3. For on-road emissions inventory development, SMOKE lacks the capability of fully capturing the variable hourly speed associated with vehicle miles traveled (VMT) estimates for each roadway segment from local travel demand models (TDMs). Since vehicle emission rates vary as a function of speed, this is important for obtaining the best possible spatial and temporal resolution of gridded on-road emissions in metropolitan areas.

The biogenic model currently being used is version 2.1 of the Model of Emissions of Gases and Aerosols from Nature (MEGAN). Compared with the Global Biosphere Emissions and Interactions System (GloBEIS) used in previous modeling platforms, MEGAN has shown better isoprene performance in Texas using aircraft measurements and may have emissions estimation advantages for the varying solar radiation and average temperatures that occur at different times of the year. The TCEQ has also conducted modeling using EPA's Biogenic Emission Inventory System (BEIS) and is evaluating its possible use instead of or along with MEGAN.

## CHAPTER 6: MODELING DOMAINS

### 6.1 CAMX MODELING DOMAINS

Figure 12: *CAMx Modeling Domains* depicts the modeling domains currently being used by the TCEQ in CAMx. The horizontal configuration of the CAMx modeling domains is:

- **National Regional Planning Organizations (RPO) Domain** (outlined in black; also known as the Continental United States  or CONUS domain) consists of 36 kilometer (km) × 36 km grid cells covering all of the continental U.S., along with southern Canada, northern Mexico, and portions of the Gulf of Mexico, Atlantic Ocean, and Pacific Ocean;

- **Texas 12 km Domain** (outlined in blue), consists of 12 km × 12 km grid cells covering all of Texas, Arkansas, Louisiana, Oklahoma, along with portions of Alabama, Colorado, Kansas, Kentucky, Mississippi, Missouri, New Mexico, and Tennessee; and

- **Texas 4 km Domain** (outlined in green), consists of 4 km × 4 km grid cells covering most of eastern Texas and small portions of southwestern Arkansas, western Louisiana, southern Oklahoma, and northeastern Mexico.

The Texas 4 km domain is nested within the Texas 12 km domain, which in turn is nested within the National RPO 36 km domain. The National RPO domain is the same

outer domain used in EPA's 2011 modeling platform, which greatly facilitates the sharing of model data among states, RPOs, the EPA, and research organizations that use this modeling domain.



**Figure 13: CAMx Modeling Domains**

All grids are projected in a Lambert Conformal conic Projection (LCP) with the following parameters:

- Origin: 97˚ West, 40˚ North

- First True Latitude (α): 33˚ North

- Second True Latitude (b): 45˚ North

- Central Longitude (γ): 97˚ West

- Spheroid: Perfect Sphere, Radius = 6730 km

The grid dimensions for the CAMx domains are listed in Table 2: *CAMx Modeling Domain Parameters* The locations for the upper right-hand and lower left-hand represent distances (west and south are negative, east and north positive) from the origin, which is by definition location (0, 0) within the LCP projection.

**Table 8: CAMx Modeling Domain Parameters**

| Grid Name | Grid Cell Size | Dimensions (grid cells) | Lower left-hand corner | Upper right-hand corner |
|---|---|---|---|---|
| National RPO | 36 x 36 | 148 x 112 | (-2736, - | (2592,1944) |
| Texas 12 km | 12 x 12 | 149 x 110 | (-984,-1632) | (804,-312) |
| Texas 4 km Domain | 4 x 4 km | 191 x 218 | (-328,-1516) | (436,-644) |

The vertical configuration of the CAMx modeling domains consists of a varying 28-layer structure as shown in Table 3: *CAMx Vertical Layer Structure.*

**Table 9: CAMx Vertical Layer Structure**

| CAMx Layer | WRF Layer | Top[4] (m AGL) | Center[3] (m AGL) | Thickness[3] (m) |
|---|---|---|---|---|
| 28 | 38 | 15,179.1 | 13,637.9 | 3,082.5 |
| 27 | 36 | 12,096.6 | 10,631.6 | 2,930.0 |
| 26 | 32 | 9,166.6 | 8,063.8 | 2,205.7 |
| 25 | 29 | 6,960.9 | 6,398.4 | 1,125.0 |
| 24 | 27 | 5,835.9 | 5,367.0 | 937.9 |
| 23 | 25 | 4,898.0 | 4,502.2 | 791.6 |
| 22 | 23 | 4,106.4 | 3,739.9 | 733.0 |
| 21 | 21 | 3,373.5 | 3,199.9 | 347.2 |
| 20 | 20 | 3,026.3 | 2,858.3 | 335.9 |
| 19 | 19 | 2,690.4 | 2,528.3 | 324.3 |
| 18 | 18 | 2,366.1 | 2,234.7 | 262.8 |
| 17 | 17 | 2,103.3 | 1,975.2 | 256.2 |
| 16 | 16 | 1,847.2 | 1,722.2 | 249.9 |
| 15 | 15 | 1,597.3 | 1,475.3 | 243.9 |
| 14 | 14 | 1,353.4 | 1,281.6 | 143.6 |
| 13 | 13 | 1,209.8 | 1,139.0 | 141.6 |
| 12 | 12 | 1,068.2 | 998.3 | 139.7 |
| 11 | 11 | 928.5 | 859.5 | 137.8 |
| 10 | 10 | 790.6 | 745.2 | 90.9 |
| 9 | 9 | 699.7 | 654.7 | 90.1 |
| 8 | 8 | 609.7 | 565.0 | 89.3 |
| 7 | 7 | 520.3 | 476.1 | 88.5 |
| 6 | 6 | 431.8 | 387.9 | 87.8 |
| 5 | 5 | 344.0 | 300.5 | 87.1 |
| 4 | 4 | 256.9 | 213.8 | 86.3 |
| 3 | 3 | 170.6 | 127.8 | 85.6 |
| 2 | 2 | 85.0 | 59.4 | 51.0 |
| 1 | 1 | 33.9 | 17.0 | 33.9 |

WRF = Weather Research and Forecasting Model; m = meters; AGL = above ground level

The layer thicknesses are approximate and vary slightly over space and time as a function of local atmospheric pressure and terrain elevation.

**6.2 CMAQ MODELING DOMAINS**

Preliminary Community Model for Air Quality (CMAQ) modeling is being conducted using the same horizontal grid as CAMx and the same number of vertical layers, but in the case of CAMx the top layer (layer 28) extends from approximately 12967 meters (m) above ground level (AGL) to approximately 15179 m AGL. The top CMAQ layer starts at the same altitude as the top CAMx layer but extends to the top of the WRF domain at approximately 20807 m AGL. This configuration is necessary in order to use converted CAMx boundary condition files in CMAQ, although these may be modified in the future.

---

[4] Layer top, center, and thickness are approximate, based on average over the 4 km domain.

## 6.3 WRF MODELING DOMAINS

WRF and CAMx share the same LCP grid projection described in above sections, which greatly reduces horizontal interpolation errors. Like the CAMx grids, there are three nested WRF domains composed of 36×36, 12×12, and 4×4 km grid cells, respectively. Each domain overlays the corresponding CAMx domain with between five and ten grid cells appended to the sides of the CAMx domains forming a buffer between each WRF domain and its enclosed CAMx domain. Figure 13: *WRF Modeling Domains* shows:

- **North American Domain** (outlined in red) consists of 36 km × 36 km grid cells and contains wholly the CAMx National RPO Domain, with at least five buffer cells on each side;

- **South U.S. Domain** (outlined in dark blue) consists of 12 km × 12 km grid cells and contains wholly the CAMx Texas 12 km Domain with a minimum of eight buffer cells on each side; and

- **Texas Domain** (outlined in green) consists of 4 km × 4 km grid cells and contains wholly the CAMx Texas 4 km Domain with a minimum of 17 buffer cells on each side.



**Figure 14: WRF Modeling Domains**

Table 4: *WRF Modeling Domain Parameters* lists the horizontal grid configurations for the WRF modeling domains. Grid corners are in km (easting, northing) relative to the grid origin at 97 degrees West and 40 degrees North. Respective CAMx grids are nested within each WRF grid. Therefore the 36 km CAMx grid is a smaller portion of the 36 km WRF grid, and the 12 km and 4 km CAMx grids are offset within the respective WRF grids. In this manner WRF meteorological data can be provided to the CAMx boundary grid cells.

**Table 10: WRF Modeling Domain Parameters**

| Grid Name | Grid Cell Size | Dimensions (grid points) | Lower left-hand corner | Upper right-hand corner |
|---|---|---|---|---|
| North American | 36 x 36 | 163 x 129 | (-2916, - | (2916,2304) |
| Texas 12 km Domain | 12 x 12 | 175 x 139 | (-1188,-1800) | (900,-144) |
| Texas 4 km Domain | 4 x 4 km | 217 x 289 | (-396,-1620) | (468,-468) |

As shown in Table 5: *WRF Vertical Layer Structure*, the vertical configuration of the WRF modeling domains consists of a varying 43-layer structure used with all the horizontal domains. The first 21 vertical layers are identical to the same layers used with CAMx, while CAMx layers 22-28 each comprise multiple WRF layers.

**Table 11: WRF Vertical Layer Structure**

| Layer | Sigma | Top[5] (m AGL) | Center[4] (m AGL) | Thickness[4] (m) |
|---|---|---|---|---|
| 43 | 0.000 | 20,806.8 | 20,362.1 | 889.6 |
| 42 | 0.010 | 19,917.3 | 19,341.4 | 1,151.7 |
| 41 | 0.025 | 18,765.6 | 18,117.9 | 1,295.3 |
| 40 | 0.045 | 17,470.3 | 16,918.8 | 1,103.1 |
| 39 | 0.065 | 16,367.2 | 15,773.2 | 1,188.1 |
| 38 | 0.090 | 15,179.1 | 14,662.7 | 1,032.8 |
| 37 | 0.115 | 14,146.3 | 13,602.4 | 1,087.8 |
| 36 | 0.145 | 13,058.5 | 12,577.6 | 961.9 |
| 35 | 0.175 | 12,096.6 | 11,596.6 | 1,000.0 |
| 34 | 0.210 | 11,096.7 | 10,587.9 | 1,017.5 |
| 33 | 0.250 | 10,079.1 | 9,622.9 | 912.6 |
| 32 | 0.290 | 9,166.6 | 8,752.3 | 828.6 |
| 31 | 0.330 | 8,338.0 | 7,958.1 | 759.8 |
| 30 | 0.370 | 7,578.2 | 7,269.5 | 617.3 |
| 29 | 0.405 | 6,960.9 | 6,671.3 | 579.2 |
| 28 | 0.440 | 6,381.7 | 6,108.8 | 545.8 |
| 27 | 0.475 | 5,835.9 | 5,577.7 | 516.3 |
| 26 | 0.510 | 5,319.5 | 5,108.7 | 421.6 |
| 25 | 0.540 | 4,898.0 | 4,695.9 | 404.0 |
| 24 | 0.570 | 4,493.9 | 4,299.9 | 388.0 |
| 23 | 0.600 | 4,105.9 | 3,919.3 | 373.3 |
| 22 | 0.630 | 3,732.7 | 3,552.8 | 359.7 |
| 21 | 0.660 | 3,373.0 | 3,199.5 | 347.1 |

[5]Layer top, center, and thickness are approximate, based on average over the 4 km domain. In WRF, the actual layers correspond to sigma levels bases on atmospheric pressure.

| Layer | Sigma | Top[5] (m AGL) | Center[4] (m AGL) | Thickness[4] (m) |
|-------|-------|-----------|-------------|---------------|
| 20 | 0.690 | 3,025.9 | 2,858.2 | 335.5 |
| 19 | 0.720 | 2,690.4 | 2,528.1 | 324.6 |
| 18 | 0.750 | 2,365.8 | 2,234.4 | 262.8 |
| 17 | 0.775 | 2,103.0 | 1,974.9 | 256.1 |
| 16 | 0.800 | 1,846.9 | 1,721.9 | 249.8 |
| 15 | 0.825 | 1,597.0 | 1,475.1 | 243.9 |
| 14 | 0.850 | 1,353.2 | 1,281.4 | 143.6 |
| 13 | 0.865 | 1,209.6 | 1,138.8 | 141.6 |
| 12 | 0.880 | 1,068.0 | 998.1 | 139.7 |
| 11 | 0.895 | 928.3 | 859.4 | 137.8 |
| 10 | 0.910 | 790.5 | 745.0 | 90.9 |
| 9 | 0.920 | 699.6 | 654.6 | 90.1 |
| 8 | 0.930 | 609.5 | 564.9 | 89.3 |
| 7 | 0.940 | 520.2 | 476.0 | 88.5 |
| 6 | 0.950 | 431.7 | 387.8 | 87.8 |
| 5 | 0.960 | 343.9 | 300.4 | 87.0 |
| 4 | 0.970 | 256.9 | 213.7 | 86.3 |
| 3 | 0.980 | 170.5 | 127.7 | 85.6 |
| 2 | 0.990 | 84.9 | 59.4 | 51.0 |
| 1 | 0.996 | 33.9 | 16.9 | 33.9 |
| 0 | 1.000 | 0.0 | 0.0 | 0.0 |

Figure 14: *WRF and CAMx Vertical Layer Configuration* compares the WRF and CAMx vertical layer structure. As shown in the right-hand column, the lowest 21 layers are identical. The left-hand column shows all 28 CAMx layers and the middle column the 43 WRF layers. The horizontal lines between the two leftmost columns indicate which WRF layers are collapsed into CAMx layers beginning with layer 22.



**Figure 15: WRF and CAMx Vertical Layer Configuration**

The recently released CAMx 6.20 allows for time- and space-varying top boundary conditions, and this version is currently being used. Preliminary testing with 38 CAMx layers for June 2012 showed a slight performance improvement but with significantly increased requirements for storage and run time, so there are no plans at this time to conduct routine model runs using the full 38 layers. However, we are currently testing an alternate configuration with 29 vertical CAMx layers with the extra top layer stretching to the top of WRF layer 41, which keeps the top of the CAMx domain above the tropopause – the 28-layer configuration top was low enough to sometimes allow the top of the CAMx domain to be below the tropopause, in which case using stratospheric top boundary conditions from the Goddard Earth Observing Systems Chemistry Model (GEOS-Chem) would be inappropriate.

## CHAPTER 7: MODELING INPUT AND OUTPUT

Since the outputs from the WRF model and the emissions modeling system are inputs to the CAMx model, the modeling inputs and outputs for the WRF model and the emissions modeling system are presented before the inputs and outputs for the CAMx model.

## 7.1 METEOROLOGICAL MODEL INPUT AND OUTPUT

### 7.1.1 WRF Model Configuration

The TCEQ has tested many physical parameterizations with the WRF modeling platform. The configuration options presented in Table 6: *2012 Base Case WRF Setup* is currently being used for the June 2012 period with WRF version 3.6.1. As additional months are modeled, the WRF parameters may evolve further, and may even differ from one month to the next. For example, meteorology in July is dominated by southerly breeze from the Gulf and may be better represented by a WRF parametrization different from that which best represents meteorology in June or August.

**Table 12: 2012 Base Case WRF Setup**

| Grid | Nudging Type | PBL | Cumulus | Radiation | Land-Surface | Micro-physics |
|---|---|---|---|---|---|---|
| 36, 12 km | 3-D Analysis | YSU | Kain-Fritsch | RRTM / Dudhia | Pleim-Xiu | WSM5 |
| 4 km | 3-D Analysis Surface Analysis Observational radar profiler | YSU | None | RRTM / Dudhia | Pleim-Xiu | WSM6 |

km = kilometer; PBL = Planetary Boundary Layer; YSU = Yonsei University; RRTM = Rapid Radiative Transfer Model;
WSMx = WRF Single-Moment x-Class Microphysics Scheme

As development of the 2012 modeling platform progresses, the TCEQ plans to test additional features and inputs including:

- updated land-use/land-cover (LULC) data;

- updated soil parameters and data sets;

- alternative radiation and microphysics parameterizations; and

- use of Geostationary Operational Environmental Satellite (GOES) data for cloud assimilation.

### 7.1.2 Meteorological Model Input

The National Centers for Environmental Prediction North American Model (NCEP NAM, 2009) gridded analysis fields will be used for initial, boundary, and analysis nudging conditions based upon previous experience evaluating model performance in Texas and the southern United States. If archived NAM data sets are incomplete, the North American Regional Reanalysis will be substituted instead. Customized observational radar profiler nudging files will be built from archived data from the Cooperative Agency Profiler network that are available from the Meteorological Assimilations Data Ingest System (MADIS).

### 7.1.3 Meteorological Model Output

The meteorological model outputs a variety of data fields required by the photochemical model including temperatures, wind components, cloud cover,

humidity, and vertical mixing parameters. The meteorological model output is post-processed using the program WRFCAMx to convert the meteorological fields to the CAMx grid and input format (Environ, 2013). The WRFCAMx post-processor is run using six different options for calculating vertical mixing (upward/downward transport of pollutants through the model's vertical grid structure). Each of these schemes has been evaluated CAMx using WRF2CAMx output, and so far the best performance for June 2012 has been observed using the Community Model for Air Quality (CMAQ) option (the default scheme in CMAQ), although other options may be used in future work. We are also applying a $K_v$ "patch," which applies a minimum value to the vertical mixing coefficients ($K_v$) that control how fast air moves vertically within the first 100 meters (m) above ground level (AGL).

Where possible, the output meteorological fields from the WRF model and the post-processed CAMx input are compared to monitored data to evaluate the model's performance. The TCEQ uses a performance evaluation package designed to interface with WRF that evaluates the four model parameters of wind speed, wind direction, temperature, and humidity. This statistical package generates standardized tables and graphics for each of the four meteorological parameters. Other performance evaluation tools are used to evaluate the meteorological model's ability to represent episode conditions including cloud-fraction plots and trajectory tools. Attachment 1: *Sample WRFCAMX Performance Analysis Graphics for Selected Sites in Eastern Texas, June 2012* provides a sample of graphics showing performance of WRFCAMx post-processed WRF output at selected sites for June 2012. The overall meteorological model performance is quite good except for a few instances where modeled winds are skewed by convective activity misplaced by the model, and in the Houston-Galveston-Brazoria region the specific humidity may exhibit a small positive bias.

## 7.2 EMISSIONS PROCESSING SYSTEM INPUT AND OUTPUT

For stationary sources (i.e., point and area sources), TCEQ annual emission inventories constitute the major inputs to the emissions modeling system. For on-road mobile, non-road mobile and biogenic sources, estimates are derived from specific emission models. For example, link-based, on-road mobile source emissions are derived from vehicle miles traveled (VMT) estimates coupled with emission rates from the EPA's Motor Vehicle Emission Simulator (MOVES) model. Non-road mobile source emission estimates are estimated with both the Texas NONROAD (TexN) model and the EPA's National Mobile Inventory Model (NMIM). Models such as Biogenic Emission Inventory System (BEIS) and Model of Emissions of Gases and Aerosols from Nature (MEGAN) are used to estimate biogenic emissions.

With the exception of biogenic emission models that directly output as CAMx model-ready emissions, the emissions for the other source categories are processed using the Emissions Processing System, version 3 (EPS3) to generate CAMx model-ready emissions that are day-specific, gridded, chemically speciated, and temporally allocated by hour.

In past modeling for attainment demonstration purposes a separate baseline inventory was created, which replaced some base case emission variability, most notably daily-varying Electric Generating Utility (EGU) emissions and wildfires, with average emissions since these conditions are unlikely to recur in the future. However, the latest draft guidance (EPA, 2014) no longer recommends this approach, although it does

indicate that some accommodation for extreme events such as large wildfires may be needed when predicting future design values. Accordingly, this Technical Description (TD) does not consider development of a separate baseline inventory.

### 7.2.1 Point Source Emissions

Point source emissions are from stationary sources with emissions large enough to be reported individually, ranging from dry cleaning facilities to power plants and refineries. Point source modeling emission inventories are based on a number of regional data sets available: the EPA's Air Markets Program Database (AMPD), the Bureau of Ocean Energy Management's (BOEM) Gulf-Wide Emissions Inventory (GWEI), the EPA's National Emissions Inventory (NEI), the Mexico NEI, and the Canada NEI, along with state-level data sets such as the State of Texas Air Reporting System (STARS) and local sources.

For the 2012 base case, point source emission estimates for U.S. regions outside of Texas are derived from the 2011 NEI data sets adjusted as appropriate to 2012 with substituted hourly AMPD emissions. Non-U.S. point source emission estimates come from sources including the 2011 GWEI, the 2008 Mexico NEI, and the 2006 Canada NEI (soon to be replaced with a 2010 version). Emissions from these sources are projected to 2012 if projection data are available. Within Texas, the TCEQ 2012 STARS data is used for most sources except AMPD units, which are assigned hourly emissions from the AMPD. The TCEQ will incorporate updates to these data sets as they become available.

Relevant fields are extracted from each of these data sets to develop Aerometric Information Retrieval System (AIRS) Facility Subsystem (AFS) files, which are point source inputs to the EPS3 PREPNT module. For each point source, these AFS files include all of the appropriate source identifiers; source type and classifications; spatial, temporal, and chemical information; and stack parameters used by the model. To reduce the number of points to be modeled explicitly, sources with a nominal plume rise of 30 m or less are consigned to the lowest model layer and combined with the other low-level sources into grid-cell total emissions. Some sources are always treated as elevated regardless of plume rise, including all AMPD sources, ships, and fires. The plume-in-grid (PiG) feature of CAMx is used for large point sources, based on a threshold nitrogen oxides ($NO_x$) emission value; sources in Texas that emit at least 5 tons per day (tpd) of $NO_x$ are flagged as PiGs, increasing to 25 tpd for the farthest regional states, Mexico, and Canada. The PiG feature provides for more realistic treatment of chemistry occurring within concentrated plumes that are small relative to the grid cell containing the plume. As the plume disperses over time its contents are released incrementally into the grid until the plume contents are finally dumped into the grid. Sources located near one another may be combined to reduce the number of PiG sources that the model must track.

For future year point source emissions outside of Texas, the TCEQ plans to use data from the EPA's most recent modeling platform. Emissions from the platform's future year, closest to the TCEQ's future case year, will be used. For EGUs, Cross-State Air Pollution Rule (CSAPR) allowances will be used in conjunction with the latest available (currently 2014) AMPD data. If a substitute program is proposed to replace CSAPR, it will be incorporated as time allows. Other EGU tools, such as Eastern Regional Technical Advisory Committee's (ERTAC) EGU projection tool, may also be given

consideration as an alternative to CSAPR allocations. The TCEQ plans to use the EPA's modeling platform data for future case Mexico and Canada point source emissions, unless superior information becomes available. Offshore (Gulf of Mexico) emissions will be from the most recent available GWEI from BOEM.

Within Texas, the TCEQ plans to use the most currently available STARS data, with Eastern Research Group (ERG) composite growth factors applied for projecting non-EGU point source emissions to the future year. To project EGUs within Texas, the TCEQ plans to start with the latest AMPD units, then incorporate the latest information for new EGUs and retirement status for existing EGUs obtained from the TCEQ permit database, Public Utilities Commissions, Energy Information Administration, and the Electric Reliability Council of Texas. Emissions for newly permitted EGUs that are planned to be operational prior to or during the future year will be used, and units retiring prior to the future year will have their emissions removed. Emissions for both new and existing EGUs will be constrained to the CSAPR statewide allowance. Where necessary, other on-the-books controls, rules, programs and consent decrees applicable to the future year will supersede and limit projected emissions for EGUs and non-EGUs.

Although the current plan is to use the aforementioned techniques for projecting EGUs, these plans might vary. Consideration may be given to other projection methods such as the ERTAC EGU projection tool and the Integrated Planning Model (IPM).

Figure 15: *Tile Plots of Elevated and Low-Level Point Source NOX Emissions for June 6, 2012* displays two tile plots pf point source $NO_x$ emissions for June 6, 2012 on the Texas 4 kilometer (km) domain. The left-hand plot shows elevated anthropogenic point source emissions while the right-hand plot shows emissions from point sources assigned to the first model layer. Additional plots along with a more detailed description of the plots themselves may be viewed in Attachment 2: *Quality Assurance/Quality Control (QA/QC) Plan* for the TCEQ 2012 modeling platform. These plots include emissions from ships with stacks high enough to be treated as elevated points (see Section 7.2.3  below).



**Figure 16: Tile Plots of Elevated and Low-Level Point Source NO$_x$ Emissions for June 6, 2012**

### 7.2.2 Area Source Emissions

Area sources are stationary sources too small or numerous to be inventoried individually, including home heating and cooking, gas stations, road paving, painting, etc. Since the exact locations of these sources are not usually known, area sources usually are allocated to grid cells using spatial surrogates such as population, urban area, etc. Area source emissions for Texas use 2011 data from the Texas Air Emissions Repository (TexAER) database (TCEQ, 2010b) projected to 2012 using ERG composite growth factors (also housed in TexAER). Emissions data from these inventories are processed with EPS3 to generate CAMx model-ready emissions that are day-specific, gridded, speciated and temporally allocated by hour. Surrogates for basic area sources are based on EPA data. Future years will be projected from the same sources using the most current data available.

An ERG-developed calculator (ERG, 2011) is updated annually using detailed county-based Railroad Commission of Texas (RRC) production and drilling data. Oil and gas emissions are calculated for over 20 categories including many compressor types, flares, completions, and numerous fugitive source types. The 2012 oil and gas emissions inventory (EI) is based on actual 2012 annual data for production, drilling and spatial data. Future year emissions will be based on 2015 or the most current RRC data projected by shale play (Barnett, Eagle Ford, and Haynesville) using ERG shale play-based projection data (ERG study, 2012) also housed in TexAER. Future year drilling rig emissions will be developed by applying projected drilling rig emission

rates to the 2015 or most current EI. Surrogates derived from RRC spatial data are unique for oil production, gas production (well-head density by type), flare location and drilling (new well-head density) by respective year.

For regions outside of Texas, the TCEQ is using area source emissions data from the EPA's 2011 NEI. The NEI data sets are projected to 2012 using ERG and available EPA factors as appropriate. Future year emissions for these regions will be projected from the 2014 version of the NEI when it becomes available (or the 2011 NEI if necessary). Additional non-Texas area source inventory data sets currently used include the 2008 Mexico NEI, 2011 GWEI, and the 2006 Canadian NEI, but these will be updated if newer data become available. Since no projections for these emissions are available at this time the TCEQ will use them as is in future case modeling unless projections become available.

Figure 16: *Tile Plots of Area Source VOC Emissions for a June, 2012 Weekday; (L) All Sources Except Oil and Gas Production, and (R) Oil and Gas Production Only* displays two tile plots of area source volatile organic compounds (VOC) emissions for a June 2012 weekday; on the left is shown area source emissions excluding oil and gas production, while the right-hand plot shows only oil and gas production for the 4 km Texas domain.



**Figure 17: Tile Plots of Area Source VOC Emissions for a June, 2012 Weekday; (L) All Sources Except Oil and Gas Production, and (R) Oil and Gas Production Only**

### 7.2.3 Non-Road and Off-Road Source Emissions

Non-road emissions are associated with non-stationary sources such as boats, construction equipment, lawn mowers, and drilling rigs, and like area sources are

typically allocated to the modeling grid using spatial surrogates. Both 2012 base and future case non-road source emission estimates within Texas are developed with the TexN model, which runs the EPA's NONROAD model "under the hood" for 25 distinct equipment sub-categories within each county. TexN 1.7.1 is the most current version that is available. Updated versions of TexN will be used to develop revised estimates for 2012 and future years if they become available. 2012 base and future case non-road source emission estimates outside of Texas are developed with the EPA's NMIM model, which provides output for each U.S. county. For the non-U.S. portions of the modeling domain, the 2008 Mexico NEI and 2006 Canada NEI data sets are being used, and will be updated if newer information becomes available.

Non-road emission files are processed with EPS3 to generate CAMx model-ready emissions that are day-specific, gridded, speciated, and temporally allocated by hour. Since the NONROAD model cannot account for the effects of variable temperature and humidity on $NO_x$ emissions from diesel engines, the EPS3 CNTLEM module is used to apply these adjustments by hour for Texas counties.

Figure 17: *Tile Plots of Non-Road NOX Emissions for a June 2012 Weekday;* (L) All Sources except Drilling Rigs, and (R) Drilling Rigs Only shows non-road $NO_x$ emissions from non-road sources for a June 2012 weekday; the left panel shows all non-road emissions except drilling rigs while the right shows drilling rigs only.



**Figure 18: Tile Plots of Non-Road $NO_x$ Emissions for a June 2012 Weekday; (L) All Sources except Drilling Rigs, and (R) Drilling Rigs Only**

Off-road emissions are a subset of the larger non-road category that are treated separately and consist of emissions from aircraft, airport equipment, locomotive, and

commercial marine sources. While these emissions may be allocated spatially using surrogates, at least some emissions can be modeled using bottom-up location data such as specific airport landings and take-offs during the base period. The Federal Aviation Administration (FAA) Emissions Dispersion and Modeling System (EDMS) is used for estimating emissions from the aircraft and airport equipment source categories within Texas. EDMS reports emissions separately for aircraft, ground support equipment, and auxiliary power units. 2012 base case emissions are based on historical landing/take-off (LTO) activity, while future case LTO activity will be based on Terminal Area Forecast projections done by the FAA. Some of this work has already been developed under an ERG study entitled *Aircraft Emissions Inventory for Texas Statewide 2014 AERR Inventory and 2008 to 2040 Trend Analysis Years*, July 2015. The 2012 locomotive emission inventories within Texas are based on an ERG study entitled *2014 Texas Statewide Locomotive Emissions Inventory and 2008 through 2040 Trend Inventories,* August 2015. These studies will be used to develop future emissions unless more up-to-date data become available. CAMx model-ready emissions that are day-specific, speciated, and temporally allocated by hour are prepared using EPS3. Since aircraft and associated inventories are developed for each Texas airport rather than at the county-level, the emissions are allocated to the grid cell(s) where each airport is located. Locomotive emission inventories are spatially allocated to appropriate switcher yards and railway lines.

Commercial marine emissions for HGB, Beaumont-Port Arthur (BPA), the Gulf of Mexico (GOM) and oceans are modeled as elevated points, or "elevated links" mapped to points by EPS3, since many of these vessels have stacks tall enough to exceed the 30 m cut-off threshold. The emissions are essentially based on annualized trips and reflect actual traffic patterns for large vessels from sea buoys to ports for HGB and BPA (as displayed in Figure 15). The GOM emissions in the Texas 4 km domain incorporate the results of a contract project that based emissions on the onboard location transponders installed on most modern ships by tracking speed and course based on minute to minute location data (report pending). In addition to being more current than those shown in Figure 15: Tile Plots of Elevated and Low-Level Point Source NOX Emissions for June 6, 2012, the revised emissions are more highly resolved spatially as shown in Figure 18: *Revised 2014 Elevated Marine Emissions in Texas 4 km Grid* (L) Ships at Anchor, (R) Ships Underway. These emissions were back-cast to 2012 and will be forecast to future years as appropriate.



**Figure 19: Revised 2014 Elevated Marine Emissions in Texas 4 km Grid (L) Ships at Anchor, (R) Ships Underway**

For non-Texas off-road emissions, the 2012 aircraft, airport equipment, locomotive, and commercial marine, inventories are based on the 2011 NEI data sets from EPA; future years will be based on the 2014 (or latest available) NEI data. As described above, the 2005 GWEI non-road and off-road emissions are included in the area source category. Figure 19: *Tile Plots of (L) Non-Road and (R) On-Road NOX Emissions for* a June 2012 Weekday shows June 2012 weekday non-road $NO_x$ emissions (ship emissions outside U.S. territorial waters are not shown) and also on-road emissions (discussed in the next section).



**Figure 20: Tile Plots of (L) Non-Road and (R) On-Road NO$_x$ Emissions for a June 2012 Weekday**

### 7.2.4 On-Road Mobile Source Emissions

On-road mobile source emission estimates for the DFW area, HGB area, the remaining portions of Texas, and all non-Texas U.S. counties are based on the latest version of the EPA's MOVES model, which is currently MOVES2014a. All of the on-road emission inventories developed include the benefits of current on-the-books rules such as new vehicle emission standards, reformulated gasoline, low Reid Vapor Pressure gasoline, Texas Low Emissions Diesel (TxLED), and vehicle inspection/maintenance (I/M).

The TCEQ contracted with the Texas Transportation Institute (TTI) to develop non-link on-road emission inventories with the MOVES2014 version of the model using Highway Performance Monitoring System (HPMS) data as the basis for VMT estimates for 19 different roadway categories. These MOVES on-road emission inventory data sets include the day types of Monday through Thursday average weekday, Friday, Saturday, and Sunday for both school and summer (i.e., non-school) seasons. The result is eight different combinations of season and day type for all 254 Texas counties based on automatic traffic recorder (ATR) data regularly collected by the Texas Department of Transportation (TxDOT). The summer season inventories are used for the June, July, and August months, while the school season inventories are used for the May and September months. These MOVES on-road inventories are available on the TCEQ on-road emissions FTP site.

The TCEQ is using a 2012 link-based on-road emission inventory developed by TTI using the MOVES2014 model. A 2012 link-based inventory is also being developed for the ten-county DFW area by the North Central Texas Council of Governments

D-AP1-35

(NCTCOG). Future year link-based on-road emission inventories will be developed using the latest version of the MOVES model available.

The TCEQ has already run MOVES2014 in default mode for all non-Texas U.S. counties for a July average weekday in both 2012 and a future year (in this case, 2017). The Texas-based on-road emission inventories are aggregated by year, season, day type, and hour to develop pollutant-specific temporal emission factor ratios that are applied to the MOVES2014 default July average weekday emissions using the EPS3 TMPRL module. The net result is non-Texas on-road CAMx inputs that vary by season, day type, and hour in the same manner as the Texas inventories developed with high resolution by TTI.  If a future year other than 2017 is needed, similar procedures will be followed.

The 2006 Canadian NEI includes annual on-road emission estimates that are divided by 365 days to develop average weekday totals. In order to obtain 2012 and future year Canadian on-road inputs, MOBILE6-Canada[6] is run to obtain emission rate adjustment factor ratios that vary by pollutant and vehicle type between 2006 and 2012, and 2006 and 2017. Until superior information is made available, the TCEQ will assume an average annual VMT growth rate of 2% between 2006 and  future years. The combination of emission rate ratios and activity growth is applied to the 2006 Canadian on-road inventory to obtain both 2012 and future year estimated emissions. The Texas pollutant-specific temporal factors are applied to the Canadian on-road inventories to obtain all the necessary combinations of season and day type.

A similar approach is being taken with the 1999 on-road emission inventories available from the Mexico NEI. MOBILE6[6]-Mexico is run to develop 2012/1999 and future year/1999 emission rate adjustment factor ratios that vary by pollutant and vehicle type. Similar to Canada, an average annual VMT growth rate of 2% is assumed from 1999 to 2012 and 1999 to a future year until superior information becomes available. Also, the Texas pollutant-specific temporal factors are applied to the Mexican on-road inventories to obtain all the necessary combinations of season and day type.

The on-road emissions from each of the different regions is processed with EPS3 to generate season and day-type specific CAMx model ready emissions that are gridded, temporally allocated by hour, and speciated for the CB6 mechanism using profiles available from the EPA's SPECIATE database. Since the Texas on-road emissions received from TTI are already provided by hour, EPS3 processing preserves the hourly distribution of the emissions. Within Texas, the on-road emissions processing is generally divided into processing streams for each area: roadway link-based when such inventories are available; roadway HPMS-based when link-based inventories are not available; off-network estimates for start emissions and evaporative VOC from parked vehicles; and extended idling emission estimates for combination long-haul diesel trucks. Allocation of emissions for link-based inventories is applied to specific roadway segments. For non-link on-road emission inventories, spatial allocation is done with spatial surrogates for interstates, state highways, arterials, population, etc.

---

[6] MOBILE6 was the predecessor to MOVES.  MOBILE6-Canada and MOBILE6-Mexico are versions on MOBILE6 customized for use in the two countries, respectively.

A more complete description of how this is done is contained within a ReadMe file available on the TCEQ on-road mobile FTP site.

Table 7: *Development Summary of On-Road Mobile Source Emissions* summarizes pertinent features of the planned development of on-road mobile emissions in the different regions of the modeling domain as described above.

**Table 13: Development Summary of On-Road Mobile Source Emissions**

| On-Road Inventory Development Parameter | Texas Metropolitan Areas | Texas Rural Areas | Non-Texas U.S. Counties |
|---|---|---|---|
| VMT Source | Travel Demand Models (TDMs) | HPMS Data Sets | MOVES Default |
| VMT Resolution | Roadway Links From TDM | 19 Roadway Categories | MOVES Road Types |
| Season Types | School and Summer (i.e., non-School) | School and Summer | School and Summer |
| Day Types | Weekday, Friday, Saturday, and Sunday | Weekday, Friday, Saturday, and Sunday | Weekday, Friday, Saturday, and Sunday |
| Hourly VMT | Yes | Yes | No |
| VMT Mix Variation By Day/Time Period | Yes | Yes | No |
| Roadway Speed Distribution | Varies by Hour and Link | Varies by Hour and Roadway Type | MOVES Default |
| Spatial Resolution | Excellent | Very Good | Good |
| Temporal Resolution | Excellent | Very Good | Good |
| MOVES Source Use Types | 13 | 13 | 13 |
| MOVES Fuel Types | Gasoline and Diesel | Gasoline and Diesel | Gasoline and Diesel |

### 7.2.5 Biogenic Emissions

The TCEQ is using MEGAN v. 2.1 to estimate emissions from biogenic emission sources, although overall CAMx modeling with MEGAN tends to over-predict isoprene concentrations at most sites by up to two times the observation. The TCEQ has also used EPA's BEIS, but BEIS under-predicts isoprene by about 50% in most cases. The TCEQ is currently investigating these discrepancies and how they may be mitigated.

The MEGAN model requires inputs by model grid cell area of:

- Emission factors for nineteen chemical compounds or compound groups;

- Plant Functional Types (PFTs);

- Fractional Vegetated Leaf Area Index (LAIv); and

- Meteorological information including air and soil temperatures, photosynthetically active solar radiation (PAR), barometric pressure, wind speed, water vapor mixing ratio and accumulated precipitation.

### 7.2.5.1 Emission Factor and PFT Inputs

The TCEQ is using the default emission factors and PFTs that are provided with the model for the entire globe in Network Common Data Form (netCDF) format. To process the emission factors and PFTs to the TCEQ air modeling domain structures, raster layers of each emission factor file were created in ArcMap version 9.3 using the Make NetCDF Raster Layer tool. The Zonal Statistics as Table tool was then used to tabulate averages per grid cell for each compound class and CAMx domain.

### 7.2.5.2 Fractional Vegetated Leaf Area Index Input

Leaf Area Index (LAI) is the one-sided leaf coverage over the same area of land. Fractional vegetated Leaf Area Index (LAIv) is LAI divided by the fraction of land defined as vegetated, and files for every eight-day period of 2008 are provided on the MEGAN website. The TCEQ created 2012-specific LAIv data using the level-4 Moderate-Resolution Imaging Spectroradiometer (MODIS) global LAI MCD15A2 product. For each eight-day period, the satellite tiles covering North America in a sinusoidal grid were mosaicked together using the MODIS Reprojection Tool. Urban LAI cells, which MODIS excludes, were filled according to a function that follows the North American average for four urban land cover types. An urban LAI maximum was chosen based on Loughner et al. (2012). MODIS' quality control flags were applied to use only the high quality data from the main retrieval algorithm. The resultant LAI was divided by the percentage of vegetated PFT per grid cell to yield the final LAIv.

### 7.2.5.3 Meteorological Input

The Weather Research and Forecasting (WRF) meteorological model is currently being used to provide the meteorological data needed for MEGAN input, including PAR. The WRF output was processed through the Meteorology-Chemistry Interface Processor (MCIP). Some PAR data derived from GOES observations is available and may be used in the future, possibly augmented with WRF predictions. Figure 20: *Tile Plots of Biogenic Isoprene (L) and NOX (R)* Emissions, June 22, 2012 shows biogenic emissions for a day in June 2012.



**Figure 21: Tile Plots of Biogenic Isoprene (L) and NO$_x$ (R) Emissions, June 22, 2012**

### 7.2.6 Wildfires

Wildfire emissions were estimated from the daily Fire Inventory from National Center for Atmospheric Research (NCAR) (FINN) version 1.5 product for 2012 (Wiedinmyer, 2011). The FINN fire estimates were projected to the model's Lambert Conformal conic Projection modeling projection and grouped if fires were within 5 km. Each fire was treated as a point source and processed using the EPS3 PREFIR, CHMSPL, TMPRL, and PSTFIR modules following the methodology of Ramboll Environ (2008). The fire emissions were temporally allocated according to the temperate North American diurnal cycle of fires from Mu et al. (2011). Figure 21: *Tile Plots of Elevated Wildfire NOX Emissions on the 4 km Grid (L) and VOC Emissions on the 36 km Grid (R)*, June 22, 2012 shows wildfire emissions for June 22, 2012, an active wildfire day in Oklahoma, Kansas, and Louisiana.



**Figure 22: Tile Plots of Elevated Wildfire NO$_x$ Emissions on the 4 km Grid (L) and VOC Emissions on the 36 km Grid (R), June 22, 2012**

## 7.3 CAMx MODEL INPUT AND OUTPUT

### 7.3.1 Model Input

The outputs from EPS3/MEGAN and WRF serve as the CAMx inputs for emission rates and meteorological parameters, respectively. Additional CAMx inputs include initial and boundary conditions, spatially resolved surface characteristic parameters, spatially resolved opacity, and photolysis rates.

<u>7.3.1.1 Initial and Boundary Conditions</u>

The TCEQ is using initial and boundary conditions for CAMx developed with the Goddard Earth Observing System model with Chemistry (GEOS-Chem). Boundary conditions were developed with GEOS-Chem for each grid cell along all four edges of the 36 km domain (i.e. the four "walls" of the outer domain) and each vertical layer for each episode hour. CAMx 6.2 also allows boundary conditions on the top of the domain (the "ceiling") to be used, although this is not required. The TCEQ is currently evaluating using the top boundary conditions with CAMx 6.2 for the 2012 ozone season and will obtain revised boundary/initial conditions generated using a newer version of GEOS-Chem that includes halogen chemistry. These updates should help alleviate persistent model over-prediction of ozone in air brought onshore from the Gulf and other salt water bodies.

Figure 22: *GEOS-Chem Derived Ozone Boundary Conditions for June 12, 2012, 09:00-12:00 CST* shows an example of boundary conditions for the four "walls" of the 36 km modeling domain. These values are updated every three hours throughout the simulation. Most CB6 species are provided, but because the GEOS-Chem chemistry differs from CB6 some species are are set to constant values.



**Figure 23: GEOS-Chem Derived Ozone Boundary Conditions for June 12, 2012, 09:00-12:00 CST**

### 7.3.1.2 Land-Use and Surface Characteristics

Surface characteristic parameters, including roughness, vegetative distribution, and water/land boundaries, are input to CAMx via a land-use file. The land-use file provides the fractional contribution (0 to 1) of 26 land-use categories (see Zhang et al, 2003). Land-use data from National Land Cover Dataset (NLCD) and Biogenic Emissions Landuse Database, version 3 (BELD3) are used for areas outside Texas; the updated land-use data (Popescu et al., 2008), which were derived from more highly resolved LULC data collected by the Texas Forest Service and the University of Texas Center for Space Research, are used for Texas. The land-use categories of source data are cross-referenced to Zhang's 26 land-use categories.

### 7.3.1.3 Ozone Column and Photolysis Rates

Spatially-resolved total atmospheric ozone column data and photolysis rates are input to CAMx via ozone column and photolysis files. Episode-specific satellite data from the Ozone Monitoring Instrument (OMI) are used to prepare the ozone column data files. The photolysis rates are also specific to the chemistry parameters of the CB6 mechanism.

### 7.3.2 Model Output

CAMx outputs CB6 species in molar concentration units of parts per million by volume. Some of the CB6 species are actual chemical species and include ozone, nitric oxide, nitrogen dioxide, isoprene, carbon monoxide, ethane, ethene, formaldehyde and acetaldehyde, while others represent molecular bonds which do not map directly to actual chemicals. Typically, CAMx is executed to output hourly average concentrations, which are comparable to hourly monitored aerometric parameters. CAMx also outputs limited diagnostic files, including instantaneous concentration files for the last two simulation hours (typically used for restarts), PiG output files (typically used for restarts, but can be used for diagnostic analyses), and a deposition file (typically used for diagnostic analyses).

CAMx can also be executed to output process analysis (PA) and source apportionment results. PA, including chemical PA and integrated process rate analysis, provides in-depth details of ozone formation showing the various physical and chemical processes that determine the modeled ozone concentrations at specified locations and times. PA modeling output is typically used as a part of the performance evaluation. Source apportionment, using tools such as Ozone Source Apportionment Technology (OSAT) and Anthropogenic Precursor Culpability Assessment (APCA), estimates the culpability of sources from various regions contributing to local ozone concentrations. Source apportionment modeling output can also be used as a part of the performance evaluation, but more typically, it is used with the future year modeling to quantify the region/source type contributions to the projected future design values.

CAMx can also output analysis results of first and higher order sensitivities of modeled concentrations to model input parameters via the Direct-Decoupled Method (DDM) and Higher-Order Direct Decoupled Method (HDDM) tools. DDM and HDDM calculate CAMx's sensitivity to changes in inputs directly as the model is executed, and

can be used to evaluate base case performance as well as to assist in control strategy evaluation for future year modeling.

## CHAPTER 8: QUALITY ASSURANCE/QUALITY CONTROL (QA/QC) PLAN

The TCEQ's QA/QC plan focuses primarily on the data input to the models and procedures, and post-processing of the output data used for decision making. The TCEQ conducts extensive QA/QC activities when developing modeling inputs, running the models, and analyzing and interpreting the output. The TCEQ has developed a number of innovative and highly effective QA/QC tools that are employed at key steps of the modeling process. The QA/QC plan is consistent with EPA guidance to ensure the scientific soundness and defensibility of the modeling.

## CHAPTER 9: MODEL PERFORMANCE EVALUATION

The performance evaluation of the base case modeling measures the adequacy of the model to correctly replicate the relationship between levels of ozone and the emissions of ozone precursors such as nitrogen oxides ($NO_X$) and volatile organic compounds (VOC). The model's ability to correctly replicate this relationship is necessary to give confidence in the model's prediction of the response of ozone to various emission changes.

The TCEQ conducts two types of performance evaluations, operational (e.g., statistical and graphical evaluations) and diagnostic (e.g., sensitivity evaluations). As recommended by the EPA (EPA, 2007 and 2014), these evaluations are considered as a whole in a weight-of-evidence approach, rather than individually, to gauge the adequacy of the model.

The TCEQ has incorporated the recommended eight-hour performance measures into its routine evaluation procedures, but continues to focus primarily on one-hour performance analyses. The high-resolution meteorological and emissions features characteristic of areas in eastern Texas, both urban and rural, require model evaluations be performed at the highest resolution possible to determine whether or not the model is getting the right answer for the right reasons. On the other hand, the volume of model output for a regional-seasonal application like the 2012 platform requires significant numerical and graphical summarization to make the model results comprehensible to humans. These summarizations provide an overall evaluation of model performance, and at the same time help identify areas that need to be analyzed in detail.

### 9.1 OPERATIONAL EVALUATIONS

### 9.1.1 Statistical Measures

Statistical measures provide a quantitative evaluation of model performance, and by definition summarize information into more easily understood numerical values. Data in photochemical grid modeling applications are typically aggregated by day across defined sub-areas of the modeling domain, such as individual non-attainment areas or contiguous groups of urban counties which are in danger of becoming non-attainment. The TCEQ routinely calculates summary statistics for Dallas-Fort Worth, Houston-Galveston-Brazoria, Beaumont-Port Arthur, San Antonio, Austin-Round Rock, and

Northeast Texas by day. We plan to further summarize some model performance statistics by month.

The following statistics are recommended in the draft guidance (EPA, 2014) for evaluating performance of the base case modeling and the following descriptions are copied verbatim from the draft guidance, except for correcting the description of root mean-square error (RMSE). Formulae for calculating these metrics are not shown here but can be found in the draft guidance.

**Mean Bias (MB)**: This performance statistic averages the model/observation residual paired in time and space. A value of zero would indicate that the model over-predictions and model under predictions exactly cancel each other out. An advantage of this metric is the bias is reported in the unit of measure (ppb or $\mu g/m^3$) making interpretation simpler.

**Mean (Gross) Error (ME/MGE)**: This performance statistic averages the absolute value of the model/observation residual paired in time and space. A value of zero would indicate that the model exactly matches the observed values at all points in space/time. An advantage of this metric is the bias is reported in the unit of measure (ppb or $\mu g/m^3$) making interpretation simpler.

**Root Mean Square error (RMSE)**: This performance statistic (ppb or $\mu g/m^3$) is a measure of the average distance between predicted and observed values. It is calculated by squaring the difference between each model-observation pair, averaging the squared differences, then taking the square root of the result, which yields a measure in the same units as the original data (ppb or $\mu g/m^3$). RMSE is similar to MGE, except that squaring the differences puts more weight on the pairs with the largest errors.

**Normalized Mean Bias (NMB)**: This statistic (given in units of percent) normalized MB to the average observed value. NMB values range from -100% to +infinity. Consequently, negative and positive bias values using this metric are not symmetrical around 0. NMB is a useful model performance indicator because it avoids over inflating the observed range of values.

**Normalized Mean Error (NME)**: This performance statistic (given in units of percent) is used to normalize the mean error relative to the average observation. This statistic averages the absolute value of the difference (model - observed) over the sum of observed values. NME values range from 0 to +infinity. NME is a useful model performance indicator because it avoids over inflating the observed range of values.

**(Mean) Fractional Bias (MFB/FB)**: Fractional bias is determined by normalizing the MB by the average of observed and modeled concentrations. Since normalized bias can become very large when a minimum threshold is not used, fractional bias may be used as a substitute. The range of FB is -200% to +200%. The fractional bias for cases with factors of 2 under- and over- prediction are -67 and + 67 percent, respectively (as opposed to -50 and +100 percent, when using normalized bias). Fractional bias is a useful indicator because it has the advantage of equally weighting positive and negative bias estimates (underestimates and overestimates are symmetrical around 0).

The single largest disadvantage is that the predicted concentration is found in both the numerator and denominator.

**(Mean) Fractional Error (MFE/FE)**: Fractional error is determined by normalizing the ME by the average of observed and modeled concentrations. Since normalized error can become very large when a minimum threshold is not used, fractional error may be used as a substitute. The range of values for FE is 0 to 200%. It is similar to the fractional bias except the absolute value of the difference is used so that the error is always positive.

**Correlation Coefficient ($R^2$)**: This performance statistic measures the degree to which two variables are linearly related. A correlation coefficient of 1 indicates a perfect linear relationship; whereas a correlation coefficient of 0 means that there is no linear relationship between the variables.

The TCEQ currently calculates all of the above statistics for every base case model run except RMSE and $R^2$, and plans to add RMSE to its suite of performance measures soon. The TCEQ does not plan to add $R^2$, however, since it measures only correlation, not predictive skill. For example, a model that predicted exactly twice the observed values would score an $R^2$ of 1.0, but would probably be a poor predictor of the future value. All statistics are calculated for both hourly averaged and Maximum Daily 8-hour Average (MDA8) ozone concentrations.

These statistical measures are used primarily for ozone concentrations, although they may be applied to some of the ozone precursors. In addition, the TCEQ may use statistical measures other than those listed above as deemed necessary in the performance evaluation. Neither the 2007 nor 2014 draft guidance specify acceptable ranges for statistics, but the latter refers to a paper by Simon, et al (2012) which summarized photochemical model performance for applications published in the peer-reviewed literature between 2006 and 2012. This reference will be used as a guideline but the TCEQ may also apply traditional performance criteria that have been used in previous Texas modeling applications.

### 9.1.2 Graphical Measures

Graphical measures provide a qualitative evaluation of model performance. The TCEQ post-processing routines develop the following graphical representations for each base case model run, including most of those listed above.

**Time Series Plots** - For each monitor, the monitored and bi-linearly interpolated modeled concentrations can be compared visually for each hour in an episode. This comparison assesses how well the model predicts diurnal and/or daily variation in the ozone concentrations at specific monitor locations as well as how well the model predicts the magnitude of the observed concentrations.

For every base case model run the TCEQ develops hourly time series plots for ozone (O3) and most CB6 species including nitric oxide (NO), nitrogen dioxide (NO2), isoprene (ISOP), olefins (OLE), formaldehyde (FORM), etc. and where available plots hourly observations together with the modeled concentrations. Comparing the modeled versus monitored concentrations of precursors, intermediate products, and reaction

products can indicate whether the model is correctly replicating the physicochemical processes by which ozone was actually generated.

The display routines allow two model runs to be compared, or if a single run is evaluated, the plot shows the minimum and maximum values in the 3×3 array of grid cells containing each monitor. Figure 23: *Time-Series Hourly Ozone (O3) Plot for Denton,* June 2012 **shows an example of this type of plot** produced by the TCEQ post-processing routines.



**Figure 24: Time-Series Hourly Ozone (O3) Plot for Denton, June 2012**

**Site Daily Maximum Plots: Site daily maximum plots compare peak modeled and observed ozone concentrations at a site, either one-hour or MDA8, and are useful tools to identify over-prediction bias of peak concentrations at specific locations. The "error bars" shown for the modeled values indicate the 3×3 grid cell minimum-maximum.** Figure 24: *Example MDA8 Ozone Plot for Denton, June 2012* **shows an example of this type of plot** produced by the TCEQ post-processing routines.



**Figure 25: Example MDA8 Ozone Plot for Denton, June 2012**

**Scatter Plots** - Scatter plots of hourly monitored and bi-linearly interpolated modeled ozone and precursor concentrations show the same data displayed on corresponding time-series plots, except modeled concentrations are plotted against observed concentrations for the same hour. These plots are useful in analyzing model bias and how it varies as a function of observed concentration. Quantile/Quantile (Q/Q) plots

indicating the rank distribution of the monitored versus modeled ozone concentrations are optionally displayed. Figure 25: *Example Scatter Plot with Q-Q Plot Showing Observed and Modeled Isoprene Concentrations at the Hinton Street Monitor* in June 2012 is an example of these plots produced by the TCEQ post-processing routines.



**Figure 26: Example Scatter Plot with Q-Q Plot Showing Observed and Modeled Isoprene Concentrations at the Hinton Street Monitor in June 2012**

Vertical Profile Plots – Though infrequently available, vertical profile plots of ozone concentrations are invaluable for assessing how well the model replicates the vertical distribution of ozone concentrations through the troposphere. These plots are located at the sites of ozone sonde launches conducted as part of the Tropospheric Ozone Pollution Project (TOPP), a multi-year effort to characterize tropospheric ozone in the United States. Figure 26: *Example Vertical Profile Plot Showing Observed and Modeled Ozone Concentrations for a Sonde Launch in June 2012* shows an example produced by the TCEQ post-processing routines.



**Figure 27: Example Vertical Profile Plot Showing Observed and Modeled Ozone Concentrations for a Sonde Launch in June 2012**

**Peak Ozone Spatial Plots** – Peak ozone spatial plots show maximum daily hourly or MDA8 ozone concentrations across a selected area using custom software developed at the TCEQ that overlays modeled concentrations over a Google Maps display. Observed concentrations are also displayed to provide a visual comparison to the model results. The display can be zoomed in to any area to the limits of the underlying map and several display options are available. This software replaces the static tile plots used previously. The concentration data are smoothed automatically and grid cell boundaries are no longer evident. The program allows the difference between two model runs to be displayed allowing the results of changing model inputs or parameterizations to be quantified and located spatially within the model grid. Figure 27: *Example MDA8 Ozone Spatial Plot for Eastern Texas, June 26, 2012* shows an example of the plots that can be quickly produced using the TCEQ post-processing software.



**Figure 28: Example MDA8 Ozone Spatial Plot for Eastern Texas, June 26, 2012**

**Hourly Concentration Plots and Animations** – Hourly concentration plots of ozone and several precursors can be produced through software analogous to that described above, except that instead of displaying only the peak value for a day this type of plot displays concentration data simulated for every hour. The display program allows the hourly images to be automatically run sequentially to provide an animated display of the concentration data. This feature is very useful to track the development, transport, and destruction of ozone and ozone precursors. Besides displaying pollutant concentrations, the hourly mapping program includes several optional displays including radar (from the National Weather Service, NWS) and satellite overlays, back trajectories, and wind observations. Figure 28: *Example Hourly Ozone Concentration Spatial Plot for Eastern Texas, 15:00, June 26, 2012, with NWS Radar Overlay* shows an example of this type of plot produced with the TCEQ's post-processing software called Geo-Referenced Interactive Model Results Evaluation and Analysis Program (GRIMREAPr).



**Figure 29: Example Hourly Ozone Concentration Spatial Plot for Eastern Texas, 15:00, June 26, 2012, with NWS Radar Overlay**

## 9.2 DIAGNOSTIC EVALUATIONS

### 9.2.1 Sensitivity Analyses

Sensitivity analyses are designed to check the response of the modeled ozone to changes in model inputs including meteorological parameters and precursor emissions. The results of these analyses indicate the sensitivity of the model to various inputs and can identify which inputs must be scrutinized most closely. In addition, sensitivity analyses can also indicate which modeling inputs may be hindering the performance of the model.

The TCEQ has tested different model inputs, configurations, and parameterizations to try to obtain the best model performance possible for June 2012, consistent with current science. These tests include running CAMx with:

- Chemical mechanisms CB6, CB6r2, and CB6r2h, as well as with the older CB05;

- CAMx versions 6.00, 6.10, and 6.20;

- 85% and 40% reductions to isoprene emissions;

- WRF 3.5 and WRF 3.61;

- Vertical mixing (Kv) with O'Brien and cloud adjustment, YSU, and CMAQ schemes;

- With and without sub-grid cloud parameterization;

- With hourly and 15 minute WRF input;

- Southeast ocean boundary condition ozone reduced by 10 ppb, reduced by 50%;

- With and without asymmetric vertical mixing v. 2 (ACM2) diffusion in CAMx;

- With and without Goddard Earth Observing Systems Chemistry Model (GEOS-Chem)-derived top boundary conditions (CAMx 6.2); and

- Alternative vertical layer structures (WRF and CAMx, and CAMx alone).

As additional months are modeled, additional sensitivity tests will likely be needed to optimize overall model performance. These tests may include very-high-resolution modeling (1 km or 1.33 km) for selected areas, alternative boundary conditions, new biogenic emission estimates, and alternative meteorological characterizations among others.

### 9.2.2 Diagnostic Analyses

Diagnostic analyses tend to focus more directly on the model's change in predicted ozone to changes in the ozone precursor emissions. At a minimum, the TCEQ plans to conduct the following diagnostic analyses:

**Observational Methods** - These methods compare changes in modeled ozone associated with changes in emissions input to the model to changes in monitored ozone associated with changes in actual emissions. The primary analysis of this type that the TCEQ plans to conduct is a modeling scenario to compare the weekday versus weekend differences in ozone and emissions to the monitored weekday versus weekend differences for the area. Another analysis of this type that the TCEQ may conduct involves comparing the changes in the modeled versus monitored $NO_x$-limitation or VOC-limitation both geographically and temporally over eastern Texas.

**Probing Tools** - Probing tools are embedded procedures in the CAMx model used to discern the contribution to ozone formation from the various inputs. The primary probing tool the TCEQ plans to use is process analysis (PA). The TCEQ plans to conduct source apportionment analyses (e.g., Anthropogenic Precursor Culpability Assessment (APCA), Ozone Source Apportionment Technology (OSAT)) on the base and future case modeling to understand the contribution from source categories in various source regions to the predicted ozone concentrations.

**Retrospective Analyses** – A retrospective analysis is intended to examine the ability of the model to respond to emission changes by comparing a recent trend or change in observed ozone concentrations to the model-predicted ozone concentration trend or change over the same period. The TCEQ plans to use the model and the attainment test procedure to project year 2006 ozone design values (i.e., back-cast from the 2012 base case to year 2006), using previously-developed 2006 emissions data. The model-

projected year 2006 ozone design values will be compared to the actual design values calculated from the ambient measurements.

These diagnostic analyses should establish the reliability of the model to adequately predict the response of ozone to changes in the emissions, which is paramount in testing possible control measures.

## CHAPTER 10: ATTAINMENT YEAR MODELING

This Technical Description is intended to apply generically to the development of the 2012 modeling platform and not to any specific attainment demonstration. A 2017 statewide modeling inventory was prepared for the Dallas-Fort Worth attainment demonstration submitted to EPA in June 2016, and will be the basis for any additional 2017 modeling. The TCEQ will update the 2017 inventory and develop additional future years as necessary.

As per EPA guidance, the TCEQ will first calculate each nonattainment regulatory monitor's 2012 baseline design value ($DV_B$). The 2012 baseline for a monitor is the average of three design values from 2012, 2013, and 2014, each of which is itself a three-year average of fourth-high maximum daily 8-hour average (MDA8) ozone concentrations at that monitor. Each of these three design values includes the 2012 fourth-high in its three-year average. The 2012 baseline $DV_B$ can thus be thought of as a five-year weighted average of fourth-high MDA8 ozone concentrations with weighting factors of 1, 2, 3, 2, and 1 applied to the fourth high values for 2010, 2011, 2012, 2013, and 2014, respectively; 2012 is given the most weight, followed by 2011 and 2013, with 2010 and 2014 receiving the least weight. The future design value ($DV_F$) is found by multiplying the $DV_B$ by a modeled relative response factor (RRF) calculated as described below.

Each monitor's RRF will be calculated in accordance with the 2014 EPA draft modeling guidance. For a given monitor, the process is as follows: for each day modeled, locate the highest modeled MDA8 concentration "near" the monitor, specifically within a 3 x 3 grid cell array containing the monitor in the central cell. Next identify the ten (if available) days with the highest concentrations "near" the monitor, provided those concentrations are ≥ 60 parts per billion (ppb) (if fewer than five days have nearby MDA8 ozone concentrations ≥ 60 ppb, then no RRF will be calculated for that monitor). For the selected days, average the modeled baseline MDA8 concentrations and separately average the future modeled concentrations (using the modeled future case concentration from the grid cell having the maximum baseline concentration "near" the monitor). The monitor's RRF is then the ratio of the average future case MDA8 concentration to the average base case concentration.

The TCEQ will evaluate performance on each day selected for RRF calculations, and may in some cases replace days with poor performance at a monitor with days showing better model performance, as suggested in EPA's 2014 Draft Modeling Guidance.

Prior to release of the EPA's Modeled Attainment Test Software (MATS), the TCEQ developed its own procedure for calculating RRFs and $DV_F$ values called the TCEQ Attainment Test for Unmonitored areas (TATU). Like MATS, TATU performs a spatial

interpolation, so it can also be used to analyze unmonitored areas (i.e., an out-of-network test). While conceptually similar to MATS, TATU was designed specifically to be integrated into the TCEQ's CAMx modeling process, runs on Linux, and does not require geographic coordinates be converted into Latitude/Longitude. This integration facilitates the calculation of RRFs, $DV_F$ projections, and spatial interpolation. TATU originally was based on the familiar kriging process for spatial interpolation, but recently has been adapted to use the Voronoi Neighbor Averaging (VNA) technique employed in MATS. While kriging works very well in urban-scale applications it is difficult to apply in regional applications where data points tend to be relatively tightly clustered in widely-separated urban areas, so we anticipate using the VNA approach for modeling using the 2012 modeling platform but may also apply kriging in some circumstances.

## CHAPTER 11: MODELING DOCUMENTATION AND ARCHIVE

### 11.1 DOCUMENTATION

The following supporting documentation will be developed to support the 2012 modeling platform:

**Modeling Technical Description** (this document) - Establishes the scope of the analysis and encourages stakeholder participation in both the study development and the study itself.

**Modeling Reports** – For specific applications of the 2012 modeling platform, reports describing in depth the development of emissions and meteorological inputs for base and future years, model application, model results, and conclusions will be developed as required.

### 11.2 MODELING ARCHIVE

The TCEQ plans to archive all documentation and modeling input/output files generated as part of the 2012 modeling platform. Interested parties can contact the TCEQ for information regarding data access or project documentation.

## CHAPTER 12: BIBLIOGRAPHY

Allen et al., 2004. *Impact of biogenic emissions and land cover on ozone concentrations in southeast Texas.* H12 Project Final Report, submitted to Houston Advanced Research Center, September 23, 2004.

Berkowitz, C., T. Jobson, G. Jiang, C. Spicer and P. Doskey, 2004. *Chemical and Meteorological Characteristics Associated with Rapid Increases of Ozone in Houston, Texas. J. Geophys. Res.*, 109, D10307, doi:10.1029/2003JD004141.

Byun et al., 2004a. *Estimation of biogenic emissions with satellite-derived land use and land cover data for the air quality modeling of the Houston-Galveston ozone nonattainment area.* Invited contribution to *Environmental Manager.*

Byun et al., 2004b. *Modeling effects of land use/land cover modifications on the urban heat island phenomenon and air quality in Houston, Texas*. H17 Project Final Report, submitted to Houston Advanced Research Center, November 15, 2004.

Byun et al., 2004c. *Modeling effects of land use/land cover modifications on the urban heat island phenomenon and air quality in Houston, Texas: Supplemental*. H17 Supplemental Final Report, submitted to Houston Advanced Research Center, December 31, 2004.

Eastern Research Group, 2011. *Development of Texas Statewide Drilling Rig Emission Inventories for the Years 1990, 1993, 1996, and 1999 through 2040*, Final Report for the Texas Commission on Environmental Quality, August 15, 2011.

Eastern Research Group, 2012. *Forecasting Oil and Gas Activities*, Final Report for the Texas Commission on Environmental Quality, August 31, 2012.

Emery et al., 2009a. *Application of MM5 for the Austin/San Antonio Joint Meteorological Model Refinement Project.* Report to the Alamo Area Council of Governments and the Capitol Area Association of Governments, April 30, 2009.

Emery et al., 2009b. *MM5 Meteorological Modeling of Texas for June 2006,* http://www.tceq.state.tx.us/assets/public/implementation/air/am/contracts/reports/mm/5820783986FY0802_June2006MM5_Final.pdf

Emmons, L. K., Walters, S., Hess, P. G., Lamarque, J.-F., Pfister, G. G., Fillmore, D., Granier, C., Guenther, A., Kinnison, D., Laepple, T., Orlando, J., Tie, X., Tyndall, G., Wiedinmyer, C., Baughcum, S. L., and Kloster, S., 2010. *Description and evaluation of the Model for Ozone and Related chemical Tracers, version 4 (MOZART-4)*, Geosci. Model Dev., 3, 43-67, doi:10.5194/gmd-3-43-2010.

Feldman, M.S., T. Howard, E. McDonald-Buller, G. Mullins, D.T. Allen, A. Webb, Y. Kimura, 2007. *Applications of Satellite Remote Sensing Data for Estimating Dry Deposition in Eastern Texas,* Atmospheric Environment, 41(35): 7562-7576.

Guenther et al., 1999. *Isoprene emission estimates and uncertainties for the Central African EXPRESSO study domain. J. Geophys. Res.* 104(D23): 30,625-30,640.

Guenther et al., 2002. *Biogenic VOC emission estimates for the TexAQS 2000 emission inventory: Estimating emissions during periods of drought and prolonged high temperatures and developing GloBEIS3.* Final report. Prepared for Mark Estes, TNRCC, April 2, 2002.

Guenther et al., 2012. *The Model of Emissions of Gases and Aerosols from Nature version 2.1 (MEGAN2.1): an extended and updated framework for modeling biogenic emissions*, Geosci. Model Dev. Discuss., 5, 1503-1560, doi:10.5194/gmdd-5-1503-2012, 2012.

Jiang, G., J. Fast, 2004. *Modeling the Effects of VOC and NO$_x$ Emission Sources on Ozone Formation in Houston During the TexAQS 2000 Field Campaign. Atmos. Environ.* 38 (2004) 5071-5085.

Kinnee et al., 1997. *United States land use inventory for estimating biogenic ozone precursor emissions. Ecological Applications* 7(1): 46-58.

Knoderer, C. A., C. P. MacDonald (2007), *TexAQS II Radar Wind Profiler, Radio Acoustic Sounding System, Sodar and Lidar Data Quality Control and Mixing Height Derivation*, Final Report by Sonoma Technology, Inc. to Texas A&M University for Texas Commission on Environmental Quality Grant Activity No. 582-5-64593-FY07-20.

Lei, W., R. Zhang, X. Tie and P. Hess, 2004. *Chemical Characterization of Ozone Formation in the Houston-galveston Area: a Chemical Transport Model Study. J. Geophys. Res.*, Vol. 109, D12301, doi:10.1029/2003JD004219.

MacDonald and Roberts, 2002. *Meteorological and ozone characteristics in the Houston area from August 23 through September 1, 2000.* Prepared for Jim Smith, TCEQ, August 30, 2002. ftp://ftp.tceq.state.tx.us/pub/OEPAA/TAD/Modeling/HGAQSE/Contract_Reports/AQ_Modeling/Met_Ozone_Characteristics_Houston_Aug2000.pdf.

Mu, M., et al. (2011), *Daily and 3-hourly variability in global fire emissions and consequences for atmospheric model predictions of carbon monoxide, J. Geophys. Res.*,116, D24303, doi:10.1029/2011JD016245.

Mansell et al., *Final Report: Development of Base Case Photochemical Modeling to Address 1-Hour and 8-Hour Ozone Attainment in the Dallas/Fort Worth Area.* Prepared for TCEQ, August 31, 2003. Available at ftp://ftp.tceq.state.tx.us/pub/OEPAA/TAD/Modeling/DFWAQSE/Modeling/Doc/DFW_1999_Basecase_Report_20030831.pdf.

McNider et al., 2005. *Conceptual model for extreme ozone concentration events in Dallas and east Texas based on reduced dilution in frontal zones.* Prepared for Houston Advanced Research Center, TCEQ, and North Carolina State University, February 21, 2005.

Mendoza-Dominguez et al., 2000. Modeling and direct sensitivity analysis of biogenic emissions impacts on regional ozone formation in the Mexico-United States border area. *J. Air & Waste Manage. Assoc.* 50: 21-31.

NASA, 2013. *NASA MODIS*, MOD 15 - Leaf Area Index (LAI) and Fractional Photosynthetically Active Radiation (FPAR), http://modis.gsfc.nasa.gov/data/dataprod/dataproducts.php?MOD_NUMBER=15, Last accessed August 30, 2013.

NCEP, (2009), *GCIP NCEP Eta model output*, CISL RDA: ds609.2 Home Page, http://dss.ucar.edu/datasets/ds609.2/, Last accessed July 12, 2010.

Nielsen-Gammon et al., 2005. *A conceptual model for eight-hour ozone exceedances in Houston Texas, Part 1: Background ozone levels in eastern Texas.* Prepared for TCEQ and Houston Advanced Research Center, January 29, 2005.

Nielsen-Gammon et al., 2004. *A conceptual model for eight-hour ozone exceedances in Houston Texas, Part 2: Eight-hour ozone exceedances in the Houston-Galveston metropolitan area.* Prepared for TCEQ and Houston Advanced Research Center, December 3, 2004.

O'Brien, 1970. *J. Atmos. Sci.*, v. 27, 1970.

Pinker, Rachel, 2002. *High resolution solar radiation data for biogenic emissions modeling for 2000 ozone episodes in the Houston area.* Final report. Prepared for TNRCC, August 30, 2002.

Pinker, R.T. and I. Laszlo, 1992. Modeling surface solar irradiance for satellite applications on a global scale. *J. Appl. Meteor.*, 31, 194-211.

Ramboll Environ, 2003. *Development of Base Case Photochemical Modeling to Address 1-Hour and 8-Hour Ozone Attainment in the Dallas/Fort Worth Area*, DFW Modeling Protocol, http://www.tceq.state.tx.us/assets/public/implementation/air/am/docs/dfw/p1/DFWMCR_Protocol_20030603.pdf.

Ramboll Environ, 2008. *Boundary Conditions and Fire Emissions Modeling*, Final Report to the Texas Commission on Environmental Quality (TCEQ), Contract No. 582-7-84005-FY08-06, Environ International Corporation, Novato, CA.

Ramboll Environ, 2009. *Development of Emissions Inventories for Natural Gas Exploration and Production Activity in the Haynesville Shale*, Draft Report to the Northeast Texas Air Care, http://www.netac.org/UserFiles/File/NETAC/9_29_09/Enclosure_2b.pdf, August 31, 2009.

Ramboll Environ, 2010. *Description from MM5CAMx README file contained in mm5camx.07may10.tar.gz archive*, http://www.camx.com/files/mm5camx.07may10.tar.gz, last accessed July 12, 2010.

Ramboll Environ, 2015. *Comprehensive Air Quality Model with Extensions Version 6.20 User's Guide*, March 2015. Available at http://www.camx.com/files/camxusersguide_v6-20.pdf.

Ryerson, T., M. Trainer, W. Angevine, C. Brock, R. Dissly, F. Fehsenfeld, G. Frost, P. Goldan, J. Holloway, G. Hubler, R. Jakoubek, W. Kuster, J. Neuman, D. Nicks Jr., D. Parrish, J. Roberts, D. Sueper, E. Atlas, S. Donnelly, F. Flocke, A. Fried, W. Potter, S. Schauffler, V. Stroud, A. Weinheimer, B. Wert, C. Wiedinmyer, R. Alvarez, R. Banta, L. Darby, and C. Senff, 2003. Effect of Petrochemical Industrial Emissions of Reactive Alkenes and $NO_x$ on Tropospheric Ozone Formation in Houston, Texas. *J. Geophys. Res.*, 108(D8): 4249, doi:10.1029/2002JD003070.

Simon, H., Baker, K. R., Phillips, S, (2012), Compilation and interpretation of photochemical model performance statistics published between 2006 and 2012, Atmos Environ, 61, 124-139.

Tai, E., et al., 2005. *Final Report: Dallas/fort Worth Camx Modeling: Improved Model Performance and Transport Assessment, prepared for HARC*, August 2, 2005. Available at http://www.harc.edu/harc/Projects/AirQuality/Projects/ReportList.aspx.

Tanaka, P. L., S. Oldfield, J. D. Neece, C. B. Mullins, D. T. Allen, Anthropogenic sources of chlorine and ozone formation in urban atmospheres. *Environ. Sci. Technol.* 34, 4470-4473 (2000). http://pubs.acs.org/subscribe/journals/esthag/jtoc.cgi?esthag/34/21.

Tanaka, Paul L., et. al., Direct Evidence for Chlorine-Enhanced Urban Ozone Formation in Houston, TX, submitted to *Atmos. Environ.*, April, 2002.

Tanaka, Paul L., et. al., Development of a chlorine mechanism for use in the CAMx regional photochemical model, submitted to *J. Geophys. Res.*, April, 2002.

Tanaka, Paul L., Charles B. Mullins, and David T. Allen, An Environmental Chamber Investigation of Chlorine-Enhanced Ozone Formation in Houston, TX, submitted to *J. Geophys. Res.*, April, 2002.

TCEQ, 2009a. *Houston-Galveston-Brazoria Nonattainment Area Ozone Conceptual Model*, http://www.tceq.state.tx.us/assets/public/implementation/air/am/modeling/hgb8h2/doc/HGB8H2_Conceptual_Model_20090519.pdf.

TCEQ, 2009b. *Meteorological Modeling for the HGB Attainment Demonstration SIP Revision for the 1997 Eight-Hour Ozone Standard,* http://www.tceq.state.tx.us/assets/public/implementation/air/sip/hgb/hgb_sip_2009/09017SIP_ado_Appendix_A.pdf

TCEQ, 2009c. *Protocol for Eight-Hour Ozone Modeling of the Houston/Galveston/Brazoria Area,* http://www.tceq.state.tx.us/assets/public/implementation/air/am/modeling/hgb8h2/doc/HGB8H2_Protocol_20090715.pdf

TCEQ, 2010a. *Adopted HGB Attainment Demonstration SIP Revision for the 1997 Eight-Hour Ozone Standard (2009-017-SIP-NR),* http://www.tceq.state.tx.us/implementation/air/sip/hgb.html#Plans.

TCEQ, 2010b. Texas Air Emissions Repository Website, http://texaerweb.tceq.state.tx.us/texaer/index.cfm.

TCEQ, 2010c. Point Source Emissions Inventory Website, Barnett Shale Special Inventory, http://www.tceq.state.tx.us/implementation/air/industei/psei/psei.html#barnett.

TCEQ, 2010d. *Enhancement of GloBEIS*, http://www.tceq.texas.gov/assets/public/implementation/air/am/contracts/reports/ei/5820784005FY1029-20100625-environ-GloBEIS_Enhancement.pdf, Final Report for Work Order No. 582-7-84005-FY10-29, June 2010.

TCEQ, 2011. Response to Comments Received Concerning the DFW Attainment Demonstration SIP Revision for the 1997 Eight-Hour Ozone Standard, December 7, 2011. Available at http://www.tceq.texas.gov/assets/public/implementation/air/sip/dfw/ad_2011/10022 SIP_RTC_111811.pdf.

TCEQ, 2011a. *Conceptual Model for the DFW Attainment Demonstration SIP Revision for the 1997 Eight-Hour Ozone Standard*, Appendix D of the DFW Attainment SIP Adopted on December 7, 2011. Available at http://www.tceq.texas.gov/assets/public/implementation/air/sip/dfw/ad_2011/AppD _Model_ado.pdf.

TCEQ, 2013. *Dallas-Fort Worth Photochemical Modeling Technical Committee*, http://www.tceq.texas.gov/airquality/airmod/committee/pmtc_dfw.html.

Tonnessen, Gail S., 2001. *Process Analysis of Houston SIP Modeling.* Available on a CE-CERT web page at http://pah.cert.ucr.edu/hpa.

TOPP, 2012, Tropospheric Ozone Pollution Project, http://physics.valpo.edu/ozone/

U.S. EPA, 2007. *Guidance on the Use of Models and Other Analyses for Demonstrating Attainment of Air Quality Goals for Ozone, PM2.5 and Regional Haze*, EPA-454/B-07-002, April 2007. Available at http://www.epa.gov/scram/guidance/guide/final-03-pm-rh-guidance.pdf.

U.S. EPA, 2009. *Approval and Promulgation of Air Quality Implementation Plans; Texas; Attainment Demonstration for the Dallas/Fort Worth 1997 8-Hour Ozone Nonattainment Area*, Federal Register, Environmental Protection Agency, http://edocket.access.gpo.gov/2009/pdf/E9-118.pdf, January 14, 2009.

U.S. EPA, 2009b, *Emission Factors for Locomotives*, Office of Transportation and Air Quality, April 2009, EPA-420-F-09-025, April 2009. Available at http://www.epa.gov/nonroad/locomotv/420f09025.pdf.

U.S. EPA, 2014. *Modeling Guidance for Demonstrating Attainment of Air Quality Goals for Ozone, PM2.5 and Regional Haze*, Draft, December 2014. http://www3.epa.gov/ttn/scram/guidance/guide/Draft_O3-PM-RH_Modeling_Guidance-2014.pdf.

U.S. EPA, 2015, *Air Quality Modeling Technical Support Document for the 2008 Ozone NAAQS Transport Assessment*, http://www.epa.gov/airtransport/O3TransportAQModelingTSD.pdf

Vizuete, et al., 2002. *Effects of temperature and land use on predictions of biogenic emissions in Eastern Texas*, USA. *Atmos. Environ.* 36(20): 3321-3337.

Wert, B., M. Trainer, A. Fried, T. Ryerson, B. Henry, W. Potter, W. Angevine, E. Atlas, S. Donnelly, F. Fehsenfeld, G. Frost, P. Goldan, A. Hansel, J. Holloway, G. Hubler, W. Kuster, D. Nicks, Jr., J. Neuman, D. Parrish, S. Schauffler, J. Stutz, D. Sueper, C. Wiedinmyer and A. Wisthaler, 2003. *Signatures of Terminal Alkene Oxidation in*

*Airborne Formaldehyde Measurements During TexAQS 2000. J. Geophys. Res.* 108(D3): 4104, doi:10.1029/2002JD002502.

Wiedinmyer et al., 2000. Biogenic hydrocarbon emission estimates for North Central Texas. *Atmos. Environ.* 34: 3419-3435.

Wiedinmyer et al., 2001. *A land use database and examples of biogenic isoprene emission estimates for the state of Texas*, USA. *Atmos. Environ.* 35: 6465-6477.

Wiedinmyer, C., Akagi, S. K., Yokelson, R. J., Emmons, L. K., Al-Saadi, J. A., Orlando, J. J., and Soja, A. J., 2011. *The Fire INventory from NCAR (FINN): a high resolution global model to estimate the emissions from open burning, Geosci. Model Dev.*, 4, 625-641, doi:10.5194/gmd-4-625-2011, 2011.

Yarwood et al., 1999. *Development of Globeis—A state of the science biogenic emissions modeling system.* Prepared for Mark Estes, TCEQ, December 23, 1999. p. 103.

Yarwood et al., 2001. *Biogenic emission inventories for regional modeling of 1999 ozone episodes in Texas.* Prepared for Mark Estes, TCEQ, March 30, 2001. p. 52.

Zhang, L., J. R. Brook, and R. Vet. 2003. A revised parameterization for gaseous dry deposition in air-quality models. Atmos. Chem. Phys., 3, 2067–2082.

**ATTACHMENT 1: SAMPLE WRFCAMX PERFORMANCE ANALYSIS GRAPHICS FOR SELECTED SITES IN EASTERN TEXAS, JUNE 2012**

This attachment compares Weather Research and Forecasting Model (WRF) output temperature, wind speed and direction, and humidity with observations at selected sites in eastern Texas for June 2012. All sites with available humidity data are included, as well as sites selected to provide a broad geographic representation.

# DENTON (DFW)









D-AT1-2

# GRAPEVINE (DFW)

### Temperature (°C) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

GRAP at (-5.9,-777.0) km (484393009, C70, Grapevine Fairway C70/A301/X182, 4100 Fairway Dr., Grapevine, Tarrant Co., TX)



201206_wrf361_i2.tx_4km          201206_wrf361_i2.tx_4km, 3x3-cell max/min
Observed

### Horizontal Wind (m/s) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

GRAP at (-5.9,-777.0) km (484393009, C70, Grapevine Fairway C70/A301/X182, 4100 Fairway Dr., Grapevine, Tarrant Co., TX)



201206_wrf361_i2.tx_4km
Observed

### Specific Humidity (g/kg) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

GRAP at (-5.9,-777.0) km (484393009, C70, Grapevine Fairway C70/A301/X182, 4100 Fairway Dr., Grapevine, Tarrant Co., TX)

201206_wrf361_i2.tx_4km          201206_wrf361_i2.tx_4km, 3x3-cell max/min
Observed

### CMAQ Vertical Diffusivity Kv (m²/s) (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

GRAP at (-5.9,-777.0) km (484393009, C70, Grapevine Fairway C70/A301/X182, 4100 Fairway Dr., Grapevine, Tarrant Co., TX)



m²/s     0.0   0.1   1.0   10.0   100.0   200.0   400.0
PBL_CMAQ
Observed PBL

D-AT1-3

# ALDINE (HGB)

### Temperature (°C) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

HALC at (162.4,-1119.4) km (482010024, C8, Houston Aldine C8/AF108/X150, 4510 1/2 Aldine Mail Rd, Houston, Harris Co., TX)



— 201206_wrf361_i2.tx_4km          — 201206_wrf361_i2.tx_4km, 3x3-cell max/min
···· Observed

### Horizontal Wind (m/s) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

HALC at (162.4,-1119.4) km (482010024, C8, Houston Aldine C8/AF108/X150, 4510 1/2 Aldine Mail Rd, Houston, Harris Co., TX)



— 201206_wrf361_i2.tx_4km
— Observed

### Specific Humidity (g/kg) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

HALC at (162.4,-1119.4) km (482010024, C8, Houston Aldine C8/AF108/X150, 4510 1/2 Aldine Mail Rd, Houston, Harris Co., TX)

— 201206_wrf361_i2.tx_4km          — 201206_wrf361_i2.tx_4km, 3x3-cell max/min
···· Observed

### CMAQ Vertical Diffusivity Kv (m²/s) (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42 (kv100)

HALC at (162.4,-1119.4) km (482010024, C8, Houston Aldine C8/AF108/X150, 4510 1/2 Aldine Mail Rd, Houston, Harris Co., TX)



m²/s   0.0   0.1   1.0   10.0   100.0   200.0   400.0
— PBL_CMAQ
···· Observed PBL

D-AT1-4

# CLINTON DRIVE (HGB)

**Horizontal Wind (m/s) at Layer 1 (20120601-20120630)**
WRFCAMX 201206_wrf361_i2.tx_4km.v42
CLTN at (169.4,-1138.0) km (482011035, C403, Clinton C403/C304/AH113, 9525 1/2 Clinton Drive, Houston, Harris Co., TX)



**Temperature (°C) at Layer 1 (20120601-20120630)**
WRFCAMX 201206_wrf361_i2.tx_4km.v42
CLTN at (169.4,-1138.0) km (482011035, C403, Clinton C403/C304/AH113, 9525 1/2 Clinton Drive, Houston, Harris Co., TX)



**Specific Humidity (g/kg) at Layer 1 (20120601-20120630)**
WRFCAMX 201206_wrf361_i2.tx_4km.v42
CLTN at (169.4,-1138.0) km (482011035, C403, Clinton C403/C304/AH113, 9525 1/2 Clinton Drive, Houston, Harris Co., TX)



**CMAQ Vertical Diffusivity Kv (m²/s) (20120601-20120630)**
WRFCAMX 201206_wrf361_i2.tx_4km.v42 (kv100)
CLTN at (169.4,-1138.0) km (482011035, C403, Clinton C403/C304/AH113, 9525 1/2 Clinton Drive, Houston, Harris Co., TX)



D-AT1-5

# PARK PLACE (HGB)

### Temperature (°C) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

PRKP at (165.9,-1143.3) km (482010416, C416, Park Place C416, 7421 Park Place Blvd., Houston, Harris Co., TX)



### Horizontal Wind (m/s) at 10m AGL (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

PRKP at (165.9,-1143.3) km (482010416, C416, Park Place C416, 7421 Park Place Blvd., Houston, Harris Co., TX)



### Specific Humidity (g/kg) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

PRKP at (165.9,-1143.3) km (482010416, C416, Park Place C416, 7421 Park Place Blvd., Houston, Harris Co., TX)





### CMAQ Vertical Diffusivity Kv (m²/s) (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42 (kv100)

PRKP at (165.9,-1143.3) km (482010416, C416, Park Place C416, 7421 Park Place Blvd., Houston, Harris Co., TX)



D-AT1-6

## MANVEL CROIX PARK (HGB)

### Temperature (°C) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

MACP at (156.7,-1162.1) km (480391004, C84, Manvel Croix Park C84, 4503 Croix Parkway, Manvel, Brazoria Co., TX)



201206_wrf361_i2.tx_4km          201206_wrf361_i2.tx_4km, 3x3-cell max/min
Observed

### Horizontal Wind (m/s) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

MACP at (156.7,-1162.1) km (480391004, C84, Manvel Croix Park C84, 4503 Croix Parkway, Manvel, Brazoria Co., TX)



201206_wrf361_i2.tx_4km
Observed

### Specific Humidity (g/kg) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

MACP at (156.7,-1162.1) km (480391004, C84, Manvel Croix Park C84, 4503 Croix Parkway, Manvel, Brazoria Co., TX)



201206_wrf361_i2.tx_4km          201206_wrf361_i2.tx_4km, 3x3-cell max/min
Observed

### CMAQ Vertical Diffusivity Kv (m²/s) (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

MACP at (156.7,-1162.1) km (480391004, C84, Manvel Croix Park C84, 4503 Croix Parkway, Manvel, Brazoria Co., TX)



m²/s     0.0   0.1   1.0   10.0   50.0   100.0   200.0   400.0
PBL_CMAQ
Observed PBL

D-AT1-7

# DEER PARK (HGB)

### Temperature at 2m AGL (°C) (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

DRPK at (182.2,-1144.9) km (482011039, C35, Houston Deer Park 2 C35/1001/AFH139F239, 4514 1/2 Durant St., Deer Park, Harris Co., TX)



### Horizontal Wind (m/s) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

DRPK at (182.2,-1144.9) km (482011039, C35, Houston Deer Park 2 C35/1001/AFH139F239, 4514 1/2 Durant St., Deer Park, Harris Co., TX)



### Specific Humidity (g/kg) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

DRPK at (182.2,-1144.9) km (482011039, C35, Houston Deer Park 2 C35/1001/AFH139F239, 4514 1/2 Durant St., Deer Park, Harris Co., TX)



### CMAQ Vertical Diffusivity Kv (m²/s) (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42 (kv100)

DRPK at (182.2,-1144.9) km (482011039, C35, Houston Deer Park 2 C35/1001/AFH139F239, 4514 1/2 Durant St., Deer Park, Harris Co., TX)



D-AT1-8

# MAURICEVILLE (BPA)









D-AT1-9

## SABINE PASS (BPA)

Temperature (°C) at Layer 1 (20120601-20120630)



Horizontal Wind (m/s) at Layer 1 (20120601-20120630)





Specific Humidity (g/kg) at Layer 1 (20120601-20120630)



CMAQ Vertical Diffusivity Kv (m²/s) (20120601-20120630)



# LONGVIEW (NET)









D-AT1-11

# CAMP BULLIS (SAT)

### Temperature (°C) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

BOER at (-152.4,-1149.7) km (480290052, C58, Camp Bullis C58, Near Wilderness Rd, San Antonio, Bexar Co., TX)



— 201206_wrf361_i2.tx_4km          — 201206_wrf361_i2.tx_4km, 3x3-cell max/min
···· Observed

### Horizontal Wind (m/s) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

BOER at (-152.4,-1149.7) km (480290052, C58, Camp Bullis C58, Near Wilderness Rd, San Antonio, Bexar Co., TX)



— 201206_wrf361_i2.tx_4km
— Observed

### Specific Humidity (g/kg) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

BOER at (-152.4,-1149.7) km (480290052, C58, Camp Bullis C58, Near Wilderness Rd, San Antonio, Bexar Co., TX)



— 201206_wrf361_i2.tx_4km          — 201206_wrf361_i2.tx_4km, 3x3-cell max/min
···· Observed

### CMAQ Vertical Diffusivity Kv (m²/s) (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42 (kv100)

BOER at (-152.4,-1149.7) km (480290052, C58, Camp Bullis C58, Near Wilderness Rd, San Antonio, Bexar Co., TX)



m²/s   0.0  0.1   1.0  10.0  50.0  100.0  200.0  400.0
— PBL_CMAQ
···· Observed PBL

D-AT1-12

# AUDOBON (ARR)

### Temperature (°C) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

AUDU at (-84.0,-1055.4) km (484530020, C38, Audubon C38, 12200 Lime Creek Rd, Austin, Travis Co., TX)



--- 201206_wrf361_i2.tx_4km          ---- 201206_wrf361_i2.tx_4km, 3x3-cell max/min
···· Observed

### Horizontal Wind (m/s) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

AUDU at (-84.0,-1055.4) km (484530020, C38, Audubon C38, 12200 Lime Creek Rd, Austin, Travis Co., TX)



--- 201206_wrf361_i2.tx_4km
--- Observed

### Specific Humidity (g/kg) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42

AUDU at (-84.0,-1055.4) km (484530020, C38, Audubon C38, 12200 Lime Creek Rd, Austin, Travis Co., TX)



--- 201206_wrf361_i2.tx_4km          ---- 201206_wrf361_i2.tx_4km, 3x3-cell max/min
···· Observed

### CMAQ Vertical Diffusivity Kv (m²/s) (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42 (kv100)

AUDU at (-84.0,-1055.4) km (484530020, C38, Audubon C38, 12200 Lime Creek Rd, Austin, Travis Co., TX)



m²/s    0.0  0.1   1.0   10.0   50.0  100.0  200.0  400.0
--- PBL_CMAQ
···· Observed PBL

D-AT1-13

# ARANSAS PASS (CCV)

### Temperature (°C) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42
ARPS at (-14.8,-1347.0) km (484090659, C659, Aransas Pass C659, 527 Ransom Road, Aransas Pass, San Patricio Co., TX)



201206_wrf361_i2.tx_4km     201206_wrf361_i2.tx_4km, 3x3-cell max/min
···· Observed

### Horizontal Wind (m/s) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42
ARPS at (-14.8,-1347.0) km (484090659, C659, Aransas Pass C659, 527 Ransom Road, Aransas Pass, San Patricio Co., TX)



201206_wrf361_i2.tx_4km
Observed

### Specific Humidity (g/kg) at Layer 1 (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42
ARPS at (-14.8,-1347.0) km (484090659, C659, Aransas Pass C659, 527 Ransom Road, Aransas Pass, San Patricio Co., TX)



201206_wrf361_i2.tx_4km     201206_wrf361_i2.tx_4km, 3x3-cell max/min
···· Observed

### CMAQ Vertical Diffusivity Kv (m²/s) (20120601-20120630)
WRFCAMX 201206_wrf361_i2.tx_4km.v42 (kv100)
ARPS at (-14.8,-1347.0) km (484090659, C659, Aransas Pass C659, 527 Ransom Road, Aransas Pass, San Patricio Co., TX)



PBL_CMAQ
···· Observed PBL

D-AT1-14

## ATTACHMENT 2: QUALITY ASSURANCE/QUALITY CONTROL (QA/QC) PLAN FOR THE TCEQ 2012 MODELING PLATFORM

In order to ensure that its photochemical modeling is conducted to the highest possible standards, the Texas Commission on Environmental Quality (TCEQ) performs a series of QA procedures on the input files to the various modeling components. All data, whether produced internally or externally by contractors, are examined. This document specifically addresses five aspects of the photochemical modeling process: emissions inputs, meteorological data inputs, photochemical model inputs, model execution, and output interpretation.

### CHAPTER 1: EMISSIONS INPUTS QA/QC

Emissions inputs to the photochemical model are aggregated from a large number of sources and undergo many steps on the way to developing the spatially gridded, chemically speciated, hourly emissions arrays in FORTRAN binary file format that are read by the Comprehensive Air Quality Model with Extensions (CAMx) used by the TCEQ for regulatory modeling applications. Effectively managing the process by which these input files are created requires a great deal of scrutiny at each step; fortunately, the Emissions Processing Software, v.3 (EPS3) used for processing all anthropogenic emissions data has excellent reporting capabilities that facilitate performing thorough QA/QC on the data. In addition, most EPS3 modules create an ASCII output file containing records that were not processed because of missing or bad data called the Emissions Model ASCII Records (EMAR) file. Biogenic emissions are processed separately into model-ready format using the Model of Emissions of Gas and Aerosols from Nature (MEGAN).

Much QA/QC is based on examining plots that show emissions as they are allocated to the grid using visualizations tools developed at the TCEQ and elsewhere. *Figure 29: Tile Plot definition panel for QA/QC of CAMx-ready emission files* below shows the panel used to select the options for creating tile plots of emissions in CAMx input format. Plots can be created for selected episode, episode day, emission version, CAMx domain, emission category, and chemical species. The tile plot shown is for the 4 km Texas domain for Friday June 1, 2012 and shows on-road emissions of NO. Along with showing the spatial distribution of emissions in the 4 km domain (Mexican emissions are not shown), the plot also displays the temporal distribution of emissions and provides totals for nonattainment areas and other areas that have ozone concentrations approaching the NAAQS.



**Figure 30: Tile Plot definition panel for QA/QC of CAMx-ready emission files**

### 1.1 ELEVATED SOURCE EMISSIONS

Unlike other emission sources that are allocated to specific grid cells in the first model layer, point sources are identified by their geographic location and emissions are allocated to horizontal and vertical grids by CAMx during processing.  Horizontal grid allocation is determined simply by which grid cell (in each nested grid) the point lies in, but vertical cell positioning is performed dynamically for each hour of the simulation based on wind speed and vertical mixing coefficient.

#### 1.1.1 Elevated Point Sources

The largest component of the elevated source input is point sources.  Point source emissions come from several sources, including the State of Texas Air Reporting System (STARS), the Air Markets Program Data (AMPD), the EPA's 2011 modeling platform, and the Bureau of Ocean Energy Management's 2011 Gulf-Wide Emissions

Inventory (GWEI). The AMPD emissions are provided on an hourly basis, while other sources are supplied as either ozone season or yearly averaged daily emissions.

The STARS inventory contains emissions data for Texas major stationary sources including location, stack parameters, annual emissions rate, and in some cases typical hourly and daily operations. The TCEQ Emissions Assessment Section manages the STARS inventory, quality checks the results and maintains a database of the results. For any given year, modeling staff take several downloads (extracts) of the STARS database, and each download is compared to others from the same year to confirm that the download is complete. The number of point sources and emission totals for each pollutant is compared for the three most recent years. The number of points reporting emissions to the STARS database should not vary much from year to year, and any changes in the emission totals must be reasonable and assignable. To investigate the latter, the TCEQ compares the large $NO_x$, VOC, and $SO_2$ point sources over the last three years to identify sources that may require additional scrutiny. It is not unusual to have changes as point sources shut down, start up, or have upsets. Location and stack parameters are also screened for accuracy. Unreasonable stack dimensions and/or operating conditions are given default values. If a point is located more than three miles from the median of other points at the same site, then the point is relocated at the median.

Point source emissions from outside of Texas are acquired from EPA's 2011 Modeling Platform, which has been thoroughly peer-reviewed by Texas and other states affected by EPA's rules on interstate pollution transport. For all sources that report to the AMPD, the TCEQ uses reported hourly NOx and SO2 emissions data from the AMPD to provide hourly emissions to the photochemical model. Procedurally, the hourly emission records replace their daily emission counterpart in the STARS sourced emission records. To assure that all of the AMPD data are successfully converted, annual pollutant emission totals are compared by site, hour, and day. The site comparison is the annual total for the year, the hour comparison is the hourly average over the entire year, and the day comparison is for each day of the year. In addition, the hourly emissions for a single (arbitrary) day are compared for each point source reporting emissions for that day. To keep from double counting emissions, the TCEQ maintains a cross reference file that links AMPD boiler identifiers (ORISPL and BLRID[7]) to STARS point source identifiers (FIPS, plant, stack, point). The cross reference is updated each time there is a new year of AMPD data to account for new sources. After QA of the above data is complete, the next step for all point source data is to read the raw data and write it out in the Aerometric Information Retrieval System (AIRS) Facility Subsystem (AFS) format. The TCEQ has written code in SAS and other computer languages to extract data from the various data sources and convert it to AFS format. Data quality checks performed to assure fidelity of the conversion process include comparing output emissions totals with input totals and with emissions totals from previous years.

Once the point source data have been successfully converted to AFS format, data are processed through the TCEQ's customized version of EPS3. The AFS records are input to the EPS3 entry module PREPNT, where the emissions are first screened to determine

---

[7] ORISPL refers to the Office of Regulatory Information Systems Plant Location identifier; BLRID refers to Boiler identification code.

which sources will be treated as low-level and later dumped into the first-level grid using a conservative estimate of plume rise for the point. Currently a 30 meter (m) plume rise cutoff is used, which is slightly lower than the top of the first model layer (~34 m). Low-level points are not tracked individually and are treated like other low-level sources by EPS3. AMPD sources are always treated as elevated sources for EPS3 processing[8].

PREPNT produces message files warning of processing errors or data issues, and produces a stack report; these reports are scanned for problems along with checking the EMAR file[9]. Next, the emissions are chemically speciated (i.e., VOC is disaggregated into Carbon Bond species) using the SPCEMS module. While some sources use default speciation profiles from EPA's Speciate database, most major Texas point sources (excluding electric generation units (EGUs), which emit only small amounts of VOC) report reasonably complete speciation of emissions by process. Custom speciation profiles are generated for these sources, translating the original hydrocarbon components into Carbon Bond species. After SPCEMS completes, input and output totals by category are checked for consistency and all discrepancies are investigated. SPCEMS also performs simple speciation for direct emissions of fine particulate matter $(PM_{2.5})$[10].

The next step is allocation of emissions temporally using the TMPRL module. AMPD sources are already reported as hourly totals, hence are not temporally allocated further. For the remaining sources any information available through STARS, such as operating hours per day or days per week are used to make reasonable guesses as to actual operating hours. The vast majority of non-EGU point sources are treated as operating 24/7. Again at this step input and output emission totals are checked for consistency. At this point the TMPRL output contains both low-level and elevated points. Processing of the low-level points will be discussed later.

After temporal and spatial allocation and chemical speciation are completed, the emissions are next read by the point source post-processing program PSTPNT, which drops sources identified by PREPNT as low-level, performs some additional error checks, and creates input files for the last step of processing for elevated points called PIGEMS. PIGEMS is run initially to create a master stack list, which is necessary for Plume-in-Grid (PiG) processing. This is because not all point sources may have emissions on every day modeled, so every single-day point source emissions file must be read into PIGEMS to create a complete master stack list[11]. PIGEMS is then executed

---

[8] Note that elevated sources may still be assigned to the lowest model layer in CAMx, and it would be theoretically possible to treat all sources as elevated and let the model make the vertical layer assignment for each. The reason for maintaining low-level sources is that all low-level emissions in a grid cell are combined before input to CAMx, greatly reducing the number of individual sources that the model must account for.

[9] The EMAR file is checked for erroneous records for all subsequent modules so will not be discussed henceforth.

[10] Particulate matter chemistry is optional in CAMx and the TCEQ does not routinely run with it to save computational resources, but is required by the Community Model for Air Quality (CMAQ) which the TCEQ also runs to help inform the modeling process.

[11] CAMx tracks individual plumes across days, and the master stack list allows plumes emitted on one day to be tracked even if the source had no emissions the following day.

again to provide day-specific emission files in CAMx-ready format. PIGEMS reports input and output emissions totals, which are checked for consistency.

### 1.1.2 Ship and Fire Emissions

Ships are modeled as elevated sources because their emissions may rise above the first model layer. Most emissions data for ships in and near Texas were developed under contract with the TCEQ, while emissions for more distant ocean waters are derived from the Ship Traffic, Energy and Environmental Model (STEEM). Emissions from larger vessels are spatially located along shipping lanes or in ports, while smaller vessels may be more spread out. The PRESHP preprocessor assigns the emissions to the center points of model grid cells. All offshore ship emissions are treated as elevated sources, but at this time emissions from ships on inland waterways such as the Mississippi River and Intracoastal Canal are assigned to the first model layer (these are included in the low-level off-road source emissions data, discussed below). The emissions are then processed through the SPECEMS and TMPRL processors for speciation and temporal allocation. The offshore shipping emissions are then finally post-processed into a CAMx-ready input file using the PSTSHP processor, which also distributes ship plumes vertically within the first two model layers based on ship classification.

Day-specific fire emissions are derived from the Fire Inventory from the National Center for Atmospheric Research (FINN). These emissions are entered into EPS3 via the PREFIR preprocessor as point sources. PREFIR assigns a time varying plume height to each fire and a recent update now allows fire plumes to be distributed among several vertical layers according to the size and intensity of the fire. The fire emissions are then processed through CHMSPL and TMPRL for speciation and temporal allocation, and then are written out in CAMx-ready format by the PSTFIR processor. Each of these modules used to process ship and fire emissions produces message files and reports which are scanned for potential problems.

### 1.1.3 Merged Elevated Emissions

All elevated emissions files are merged together for each modeled day using the PTSMRG processor. The output of this program is scanned for errors.

One of the biggest QA challenges is accounting for the large number of emissions files that must be assembled for each day modeled. Because elevated emissions derive from a myriad of sources, and because several of these are day-specific (e.g. AMPD emissions), the TCEQ creates summary lists of the files and tracks emissions of several pollutants as the files are merged into CAMx-ready inputs. These reports are assembled automatically by scanning the voluminous output from PIGEMS and consolidating the key information. Figure 30: *Sample Summary Report from Merging Elevated Emissions for June 8, 2012* shows a single-day excerpt from a report from one recent merge.

After ensuring that all elevated source emissions have been processed with no errors and emission totals have remained consistent throughout the several steps of processing, the model-ready elevated point-source emission files are plotted into a series of day-specific tile plots showing both the spatial and temporal distribution of emissions on each grid for each CB6 species. These plots are spot-checked to ensure

the spatial and temporal allocations are reasonable and no anomalies are seen.  Figure 31: *Elevated Source Emissions of NOX and VOC for June 14, 2012 in the CONUS (RPO) 36 km Domain*, Figure 32: *Elevated Source NO Emissions for June 14 and 25, 2012 in the Texas 12 km Domain*, and Figure 33: *Elevated Emissions of the CB6 Species PAR and ETH for June 25, 2012 in the Texas 4 km Domain* illustrate these plots for different days, domains, and precursors.  Ship emissions are shown as linear features evident over ocean waters (shipping lanes).  Fires are notable by their often intense but short-lived emissions; such a feature is noted by red circles in **Error! Reference source not found.** indicating the presence on June 14, 2012 and subsequent disappearance of a large fire in south-central New Mexico.



**Figure 31: Sample Summary Report from Merging Elevated Emissions for June 8, 2012**



**Figure 32: Elevated Source Emissions of NO$_x$ and VOC for June 14, 2012 in the CONUS (RPO) 36 km Domain**



**Figure 33: Elevated Source NO Emissions for June 14 and 25, 2012 in the Texas 12 km Domain**



**Figure 34: Elevated Emissions of the CB6 Species PAR and ETH for June 25, 2012 in the Texas 4 km Domain**

### 1.2 LOW-LEVEL EMISSIONS

Low-level emissions consist of low-level points, area sources, non-road mobile sources, and on-road sources. Biogenic emissions are also low-level but are discussed separately. On-road emissions are divided into link-based and non-link-based emissions. Area, non-road, and non-link-based emissions are reported at the county or equivalent level and must be spatially allocated to grid cells using surrogates, while link-based emissions are assigned to grid cells based on the geographic coordinates of the roadway links. Low-level point source emissions are allocated based on their reported locations by PREPNT, as discussed above.

### 1.2.1 On-road Mobile Sources

For most cities, on-road mobile sources are the most important low-level emission source for air quality applications on an urban scale. The TCEQ devotes considerable resources to developing processing and quality-assuring this critically important input to the CAMx model.

#### 1.2.1.1 Link-based on-road mobile source emissions

For the two largest urban areas in Texas, Houston-Galveston-Brazoria (HGB) and Dallas-Fort Worth (DFW), emissions are based on the travel-demand models used for a variety of urban planning purposes. Travel-demand models provide traffic volume by roadway segment (or "link") by time period, such as morning rush-hour. The traffic volume is the basis for calculating average speed by link, using factors such as roadway type and capacity, which in turn is fed into the MOVES model to provide

emissions by link by period or hour.  An important factor is vehicle mix, particularly fraction of heavy-duty diesel vehicles, which varies by time period.  Emissions are developed separately for school year/non-school year and for specific days (Friday, Saturday, Sunday, and Weekday (Monday through Thursday)), and are provided for each hour of the day.  The 2012 link-based emissions for DFW were developed by the North Central Texas Council of Governments (NCTCOG), and those for HGB by the Texas Transportation Institute (TTI), but under contract with and supervision of the TCEQ.  Both organizations follow strict QA/QC protocols for developing these estimates.

The link-based emission files are first input to the LBASE module of EPS3, which allocates emissions to the modeling grid cells.  The files are then speciated into CB6 species by SPCEMS profiles from EPA's SPECIATE database for on-road gasoline and diesel vehicles.  The EPS3 message files and reports are scanned for errors, warnings, and inconsistencies.

### 1.2.1.2 Non-link-based on-road mobile source emissions

Link-based emissions are not developed for neighborhood streets by NCTCOG or TTI.  Rather, neighborhood-level emissions are provided as county totals which must be spatially allocated using a spatial surrogate (population by census block) by the GRDEM module of EPS3.  In the DFW and HGB areas, these are later added to the gridded link-based emissions using the MRGUAM module of EPS3.  For all Texas counties outside the DFW and HGB areas, county-level emissions are provided by TTI for three day-types (Saturday, Sunday, Weekday) for school and non-school days for different roadway classifications, such as interstate highways, other freeways, and major highways.  Emissions for major roads are spatially allocated according to roadway type while the remaining emissions are allocated to population.  The emissions are allocated temporally using TMPRL and chemically speciated using the SPCEMS module.  Message files and reports are scanned at each processing step for errors, warnings, and inconsistencies. For non-Texas on-road mobile emissions, the MOVES model is run in default mode for all U.S. counties to develop modeling inventories.

The final step in processing on-road mobile source emissions is to merge the link-based and non-link based emissions using MRGUAM[12].  The merged emissions are plotted in the same fashion as elevated points and the plots are checked visually for consistency and to identify any possible anomalies.  Figure 34: *Summer Weekday On-Road NOX (L) and VOC (R) Emissions for* CONUS 36 km Domain (U.S. sources only), Figure 35: *Summer Weekday (L) and Sunday (R) On-Road Emissions of NO on the* **Texas 12 km Domain** (U.S. sources only), and Figure 36: *Summer Sunday On-Road Emissions of PAR (L) and ETH (R) on the* Texas 4 km Domain (U.S. sources only) illustrate these emission plots for different days, grids, and ozone precursors.  A notable feature in Figure 34 is the seeming lack of a bimodal distribution for $NO_x$ emissions for the CONUS domain, although the VOC temporal profile does show a morning peak associated with the morning rush hour.  This seeming anomaly is the result of two

---

[12] Link-based and non-link-based on-road emissions are merged for the purpose of generating graphics and emissions tables used for illustration and QA/QC, but these merged files are not themselves used in making the final CAMx input files.  Instead, all anthropogenic components are merged in a single MRGUAM run for each model day as described in Section 1.2.5

factors: first, the NO$_x$ profile for the 12 km domain (**Figure 35**) shows a modest morning peak, while VOC emissions on the smaller grid (not shown) have a more pronounced peak. Second, the CONUS 36 km domain encompasses all four U.S. time zones, which smooths out the rush hour peaks when emissions for a single modeled hour are aggregated. Because the VOC peak is more pronounced, this smoothing effect does not completely erase its signature. This example illustrates the value of the emission tile plots as a QA tool in emissions modeling.



**Figure 35: Summer Weekday On-Road NO$_x$ (L) and VOC (R) Emissions for CONUS 36 km Domain** (U.S. sources only)



**Figure 36: Summer Weekday** (L) **and Sunday** (R) **On-Road Emissions of NO on the Texas 12 km Domain** (U.S. sources only)



**Figure 37: Summer Sunday On-Road Emissions of PAR** (L) **and ETH** (R) **on the Texas 4 km Domain** (U.S. sources only)

### 1.2.2 Other low-level anthropogenic emissions

The remaining low-level emissions (excluding biogenic) fall into four broad categories: 1) *Low level points* consist of stationary sources that are emitted near ground-level and remain in the first vertical model layer. These include industrial plant fugitive emissions, small stationary engines, emergency generators, etc. Point source emissions are written to an EPS3 file by PREPNT, which identifies points to be treated as low-level. Most Texas low-level points from industrial facilities have source-specific VOC emission profiles from STARS. 2) *Non-road mobile sources* include boats, farm equipment, construction equipment, lawn and garden equipment, etc. Emissions for these sources are produced by the Texas Non-road (TexN) model for Texas sources and from the National Mobile Inventory Model ( NMIM)[13] elsewhere except for two specific types of sources, locomotives and aircraft landing and takeoffs (often called, collectively with ships, *off-road mobile sources*). The former is produced by the Texas Railroad Emission Model, and the latter by TCEQ contractors and local planning organizations. Emissions for Texas airports are airport-specific, and are provided by county for the rest of the country. 3) *Area sources* include a variety of sources (primarily VOC) including paints and solvents, service stations, and household natural gas usage, etc., and are retrieved from the Texas Air Emissions Repository (TexAER). 4) *Oil and gas sources* are treated separately because the emissions and spatial allocation are derived directly from data from the Texas Railroad Commission.

EPS3 again allocates emissions temporally with TMPRL and speciates them with SPCEMS. The final step in making CAMx-ready low-level files is GRDEM. It properly allocates emissions spatially to the model grids for run-streams that start as points, links or commonly, county totals. For example, GRDEM reads the point source emissions flagged by PREPNT as low-level and places emissions from sources identified as low-level points into the grid cells containing the respective grid point locations. Emissions starting with county totals, like most non-road and area sources, are assigned to grid cells by GRDEM using surrogate files. As an example, a surrogate like navigable water within a county is used for distributing boating emissions proportionally to only grid cells within a county containing lakes and rivers. Message files and reports are scanned at each processing step for errors, warnings, and inconsistencies. Prior to being merged into the CAMx-ready low emissions input files, several sub-categories are pre-merged and examined visually using emission tile plots similar to those shown earlier. Example plots of several categories are shown in Figure 37: *U.S. Oil and Gas Production VOC Emissions on the CONUS 36 km Domain (L) and Texas Drilling NOX Emissions on the 12 km* **Domain** (R), Figure 38: *U.S. Non-Road Mobile Source NOX Emissions (Excluding Oil and Gas Drilling) on the Texas 12 km Domain (L) and* Airport CO Emissions on the Texas 4 km Domain (R)., and Figure 39: *U.S. Off-Road Mobile Source NOX Emissions (Railroads and Airports) on the Texas 12 km Domain (L) and Area Source Propane Emissions* on the Texas 12 km Domain (R)below.

---

[13] NMIM was used to produce the non-Texas emissions currently in the 2012 platform, but future work will utilize the newly-available capabilities now available in the MOVES model.



**Figure 38: U.S. Oil and Gas Production VOC Emissions on the CONUS 36 km Domain** (L) **and Texas Drilling NO$_X$ Emissions on the 12 km Domain** (R)



Figure 39: U.S. Non-Road Mobile Source NO$_x$ Emissions (Excluding Oil and Gas Drilling) on the Texas 12 km Domain (L) and Airport CO Emissions on the Texas 4 km Domain (R).



**Figure 40: U.S. Off-Road Mobile Source NO$_x$ Emissions (Railroads and Airports) on the Texas 12 km Domain** (L) **and Area Source Propane Emissions on the Texas 12 km Domain** (R)

### 1.2.3 Biogenic Emissions

Biogenic emissions are developed using the Model of Emissions of Gases and Aerosols from Nature (MEGAN) emissions model. The TCEQ selected the MEGAN model because it is actively used and updated by a broad community and unlike the previously-used Global Biogenic Emissions Inventory System (GloBEIS), MEGAN runs on Linux. We have also run EPA's Biogenic Emissions Inventory System (BEIS) model and have compared emissions between the two systems. In general, MEGAN tends to over-predict isoprene emissions while BEIS under-predicts isoprene.

Inputs used include the default plant functional type (PFT) data and emission factors supplied with the model, leaf area index (LAI) values derived from the Moderate-Resolution Imaging Spectroradiometer (MODIS) global LAI MCD15A2 product, and photosynthetically-active radiation (PAR) extracted from the WRF runs. All output and message files and reports are scanned at each processing step for errors, warnings, and inconsistencies.

Tile plots are generated for each day, domain, and constituent of the emissions, and these are examined visually to check for inconsistencies, obvious errors or omissions, and other visible anomalies in the modeling. Figure 40: *Tile Plots of Biogenic Isoprene Emissions for June 1, 2012*: (L) **CB6 Emissions Generated Using MEGAN,** (R) **CB05 Emissions Generated Using BEIS;** Note different scales on diurnal profile plots compares emissions of isoprene generated by MEGAN with those generated by BEIS. While BEIS only outputs CB05 emissions, isoprene is treated identically by the two

mechanisms, so the spatial densities are comparable (note that the diurnal profile plots have different scales, however). The map totals show that for this day MEGAN generates nearly twice the emissions of isoprene as BEIS, and there are subtle differences in the shapes of the temporal profiles with BEIS emissions compressed slightly compared with MEGAN.



**Figure 41: Tile Plots of Biogenic Isoprene Emissions for June 1, 2012:** (L) **CB6 Emissions Generated Using MEGAN,** (R) **CB05 Emissions Generated Using BEIS;** Note different scales on diurnal profile plots.

### 1.2.4 Emissions of Halogen Compounds

Halogen chemistry was added to the CB6 chemical mechanism by Ramboll Environ under contract to the TCEQ in 2014 to address model over-prediction of ozone advected onshore from the Gulf of Mexico. The CB6 chemical mechanism that includes this option is named CB6h. Emissions of the various halogen compounds used by this mechanism are generated by running the SEASALT preprocessor, which takes land use and WRF-generated meteorology as inputs. Tile plots are generated for each day, domain, and halogen compound modeled, and these are examined visually to check for inconsistencies, obvious errors or omissions, and other visible anomalies in the modeling. Figure 41: *August 5, 2012 Emissions of (L) Iodomethane (CH3I) on the 4 km Domain; and (R) Sea* Salt Chloride (SSCL) on the 36 km Domain shows example tile plots of two halogen species used by the CB6h mechanism displayed on different domains.

If the halogen chemistry option is used, a second merge combining the halogen compounds with the merged low-level emissions file described above is generated for input to CAMx.



**Figure 42: August 5, 2012 Emissions of** (L) **Iodomethane (CH3I) on the 4 km Domain; and** (R) **Sea Salt Chloride (SSCL) on the 36 km Domain**

### 1.2.5 Merged Low-Level Emissions

Prior to input to CAMx, low-level emissions are merged into a single CAMx-ready input file using the MRGUAM processor of EPS3. Like PIGEMS, MRGUAM produces voluminous reports detailing the merging operation. The TCEQ runs scripts to extract summaries of the merge that ensure all files are accounted for and merged successfully. Figure 42: *Summary of Merge of Low-Level Emissions files for June 8, 2012 on the 12 km Domain* shows a merge of low-level anthropogenic emissions for a summer (i.e. non-school) Friday for the 12 km domain. To expedite processing, biogenic emissions, which change daily, are not included in this merge but are added to the low-level file in a separate, final merge to create day-specific CAMx-ready low-level emission files. Figure 43: *Summary of Merge of Anthropogenic and Biogenic Emissions for Four Days in May, 2012* shows a sample of the final merge for four days (Friday through Sunday) in May 2012 when school was in session.

```
message date: 16Jan13

    USERIN file         :/ei/final/userin_files/userin.cb6p.20120605.tx_12km.anthro_merge
    Output UAM file     :lo_ei.anthro.cb6p.fri.tx_12km.b112.r3f_summer

        Component Files                                                                         NOx_in       NOx_out
        --------- -----                                                                         ------       -------
/ei/onroad/dfw/2012/grdem/tx_12km/lo_nr.grdem.cb6p.tx_12km.mvs14_hpms.dfw_10co_2012_sum_fri.14Dec10        183.5846     183.5846
/ei/onroad/dfw/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_offh.dfw_10co_2012_sum_fri.14Dec10        28.1254      28.1254
/ei/onroad/dfw/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_idle.dfw_10co_2012_sum_fri.14Dec10        7.1001       7.1001
/ei/onroad/dfw/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_hpms.hh_2co_2012_sum_fri.14Dec10          10.6201      10.6201
/ei/onroad/dfw/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_offh.hh_2co_2012_sum_fri.14Dec10          0.9186       0.9186
/ei/onroad/dfw/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_idle.hh_2co_2012_sum_fri.14Dec10          0.2193       0.2193
/ei/onroad/hgb/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_hpms.hgb_8co_2012_sum_fri.14Dec10         139.0024     139.0024
/ei/onroad/hgb/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_offh.hgb_8co_2012_sum_fri.14Dec10         26.1008      26.1008
/ei/onroad/hgb/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_idle.hgb_8co_2012_sum_fri.14Dec10         5.9738       5.9738
/ei/onroad/sex/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_hpms.etx_9Dco_2012_sum_fri.14Dec10        413.1002     413.1002
/ei/onroad/sex/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_offh.etx_9Dco_2012_sum_fri.14Dec10        44.5342      44.5342
/ei/onroad/sex/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_idle.etx_9Dco_2012_sum_fri.14Dec10        12.5635      12.5635
/ei/onroad/tex/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_hpms.wtx_144co_2012_sum_fri.14Dec10       312.9261     312.9261
/ei/onroad/tex/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_offh.wtx_144co_2012_sum_fri.14Dec10       27.8379      27.8379
/ei/onroad/tex/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_idle.wtx_144co_2012_sum_fri.14Dec10       15.0171      15.0171
/ei/onroad/usa/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_dflt.notx_cts_2012_sum_fri.14Dec15        1210.6140    1210.6140
/ei/onroad/usa/2012/grdem/tx_12km/lo_mv.grdem.cb6p.tx_12km.mvs14_dflt.notx_mvs_2012_sum_fri.14Dec15        155.1471     155.1471
/ei/point/rpo_eps3/grdem/tx_osd/lo_pt.grdem.cb6p.120606.tx_12km.tx_osd_bcl12d.mamp_hgb_8co.14Jun25         6.6644       6.6644
/ei/point/rpo_eps3/grdem/tx_osd/lo_pt.grdem.cb6p.120606.tx_12km.tx_osd_bcl12d.mamp_dfw_10co.14Jun25        5.7183       5.7183
/ei/point/rpo_eps3/grdem/reg_osd/lo_pt.grdem.cb6p.120608.tx_12km.tx_osd_bcl12d.mamp_no_h_d_18co.14Jun20    72.0367      72.0367
/ei/point/rpo_eps3/grdem/reg_osd/lo_pt.grdem.cb6p.120608.tx_12km.ar_osd_b2011b.14Apr15                     5.6836       5.6836
/ei/point/rpo_eps3/grdem/reg_osd/lo_pt.grdem.cb6p.120608.tx_12km.la_osd_b2011b.14Apr15                     23.8249      23.8249
/ei/point/rpo_eps3/grdem/reg_osd/lo_pt.grdem.cb6p.120608.tx_12km.no_westarlaoktx_osd_b2011b.14Apr15        47.2828      47.2828
/ei/point/rpo_eps3/grdem/os/lo_pt.grdem.cb6p.110601.tx_12km.gwei2011a.15Feb18                              14.3100      14.3100
/ei/nonroad/grdem/tx_12km/lo_nr.grdem.cb6n.wkd.tx_12km.NONROAD_12_b14_hgb8co.158ep09                       26.9563      26.9563
/ei/nonroad/grdem/tx_12km/lo_nr.grdem.cb6n.wkd.tx_12km.NONROAD_12_b14_dfw10co.158ep09                      50.7868      50.7868
/ei/nonroad/grdem/tx_12km/lo_nr.grdem.cb6n.wkd.tx_12km.NONROAD_12_b14_etx92co.158ep09                      64.5132      64.5132
/ei/nonroad/grdem/tx_12km/lo_nr.grdem.cb6n.wkd.tx_12km.NONROAD_12_b14_wtal44co.158ep09                     161.0184     161.0184
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.OFTR12_b10_switcher_hgb8co.15Dec14                  172.4068     172.4068
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.OFTR12_b10_switcher_dfw10co.15Dec14                 3.0862       3.0862
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.OFTR12_b10_switcher_tw236co.15Dec14                 2.9727       2.9727
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.OFTR12_b10_linehaul_c1_hgb8co.15Dec15               7.0421       7.0421
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.OFTR12_b10_linehaul_c2_hgb8co.15Dec15               11.9670      11.9670
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.OFTR12_b10_linehaul_c1_dfw10co.15Dec15              0.2911       0.2911
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.OFTR12_b10_linehaul_c2_dfw10co.15Dec15              11.7332      11.7332
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.OFTR12_b10_linehaul_c1_tx236co.15Dec15              0.3666       0.3666
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.OFTR12_b10_linehaul_c2_tx236co.15Dec15              99.6599      99.6599
/ei/nonroad/grdem/tx_12km/lo_nr.grdem.cb6n.wkd.tx_12km.NONROAD_12_b13_Drill_Rigs_Bt5pH_dfw10co.14Nov12     3.8905       3.8905
/ei/nonroad/grdem/tx_12km/lo_nr.grdem.cb6n.wkd.tx_12km.NONROAD_12_b13_Drill_Rigs_Bt5_no_dfw10co.14Nov12    6.6989       6.6989
/ei/nonroad/grdem/tx_12km/lo_nr.grdem.cb6n.wkd.tx_12km.NONROAD_12_b13_Drill_Rigs_tx_other_hgb8co.14Nov12   2.5467       2.5467
/ei/nonroad/grdem/tx_12km/lo_nr.grdem.cb6n.wkd.tx_12km.NONROAD_12_b13_Drill_Rigs_tx_other_no_hgb8co.14Nov12 0.5097      0.5097
/ei/nonroad/grdem/tx_12km/lo_nr.grdem.cb6n.wkd.tx_12km.NONROAD_12_b13_Drill_Rigs_EF8.14Nov12               5.5926       5.5926
/ei/nonroad/grdem/tx_12km/lo_nr.grdem.cb6n.wkd.tx_12km.NONROAD_12_b13_Drill_Rigs_H8.14Nov12                45.1340      45.1340
/ei/nonroad/grdem/tx_12km/lo_nr.grdem.cb6n.wkd.tx_12km.NONROAD_12_b13_Drill_Rigs_F8.14Nov12                3.8848       3.8848
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.airports12_b9_hgb_5co.158ep08                       27.1092      27.1092
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.airports12_b9_dfw_10co.158ep08                      6.2097       6.2097
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.airports12_b9_tx_236co.158ep08                      10.6110      10.6110
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.OFTR12_b8a_att_ships.138ep05                        3.5467       3.5467
/ei/area/grdem/oilgasp/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.area12d_oilgasp.5t5pR_dfw10co.14Nov11          7.9450       7.9450
/ei/area/grdem/oilgasp/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.area12d_oilgasp.5t5_no_dfw10co.15May05         19.3284      19.3284
/ei/area/grdem/oilgasp/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.area12d_oilgasp.tx_other_hgb8co.15May05        22.3370      22.3370
/ei/area/grdem/oilgasp/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.area12d_oilgasp.tx_other_no_hgb8co.15May05     2.0901       2.0901
/ei/area/grdem/oilgasp/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.area12d_oilgasp.H8.15May05                     145.5607     145.5607
/ei/area/grdem/oilgasp/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.area12d_oilgasp.EF8.15May05                    56.5518      56.5518
/ei/area/grdem/oilgasp/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.area12d_oilgasp.F8.15May05                     186.0022     186.0022
/ei/area/grdem/oilgasp/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.oilgasp2012_nei2011v1_noTX.13Oct21             104.3447     104.3447
/ei/area/grdem/oilgasp/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.offshore_oilgasp08.13Feb20                     501.5931     501.5931
/ei/area/grdem/area/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.area12_v1_hgb8co.13Nov26                          0.7928       0.7928
/ei/area/grdem/area/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.area12_v1_dfw10co.13Nov26                         25.7895      25.7895
/ei/area/grdem/area/tx_12km/lo_ar.grdem.cb6p.wkd.tx_12km.area12_v1_tx236co.13Nov26                         29.6566      29.6566
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.nmim08a.2012_noTX.12Sep11                           62.0468      62.0468
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.by2012_nei2011v1_noTX_switchers.13Jun05             359.1385     359.1385
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.fy12_nei2008v2_noTX_switchers.13Jun05               207.0049     207.0049
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.by2012_nei2008v2a_noTX_harbor_vessel_inport_limited.13Sep04  15.5371  15.5371
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.by2012_nei2008v2a_noTX_harbor_vessel_underway_limited.13Sep04  44.8730  44.8730
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.by12a_nei2008v2_noTX_airports.138ep10               112.7354     112.7354
/ei/offroad/grdem/tx_12km/lo_nr.grdem.cb6p.wkd.tx_12km.area2012_nei2011v1_noTX.13Oct10                     16.3397      16.3397
./mexico/lo_ei.anthro.cb6p.fri.tx_12km.b2012d.mexico_summer                                                239.2375     239.2375
                                                                                                          697.9346     697.9346
                                                                                                          374.9864     374.9864
                                                                                                          -----        -----
                    NOx Total (tons/day)                                                                   6732.9658    6732.9658
```

**Figure 43: Summary of Merge of Low-Level Emissions files for June 8, 2012 on the 12 km Domain**

```
                        Component Files                                                              VOC_in
                        --------- -----                                                              ------
/ei/final/anthro/tx_12km/lo_ei.anthro.cb6p.wkd.tx_12km.b112.r3f_school                               0.101E+05
/ei/bio/MEGANv2.10/Output/2012_wrf361_p2.2012_qc108_urbfunc/MEGANv2.10.2012_wrf361_p2.2012_qc108_urbfunc.2012all.tx_12km.CB6.20120524.camx   0.816E+05
                                                                                                     -----
                        VOC Total (tons/day)                                                         0.917E+05

        USERIN file          :TMP.userin.cb6p.20120525.tx_12km.17jun2015.camx
        Output UAM file      :/input/tx/ei/b112/r3f/camx_cb6p_ei_lo.20120525.tx.b112.r3f.tx_12km

                        Component Files                                                              VOC_in
                        --------- -----                                                              ------
/ei/final/anthro/tx_12km/lo_ei.anthro.cb6p.fri.tx_12km.b112.r3f_school                               0.102E+05
/ei/bio/MEGANv2.10/Output/2012_wrf361_p2.2012_qc108_urbfunc/MEGANv2.10.2012_wrf361_p2.2012_qc108_urbfunc.2012all.tx_12km.CB6.20120525.camx   0.825E+05
                                                                                                     -----
                        VOC Total (tons/day)                                                         0.926E+05

        USERIN file          :TMP.userin.cb6p.20120526.tx_12km.17jun2015.camx
        Output UAM file      :/input/tx/ei/b112/r3f/camx_cb6p_ei_lo.20120526.tx.b112.r3f.tx_12km

                        Component Files                                                              VOC_in
                        --------- -----                                                              ------
/ei/final/anthro/tx_12km/lo_ei.anthro.cb6p.sat.tx_12km.b112.r3f_school                               9914.8955
/ei/bio/MEGANv2.10/Output/2012_wrf361_p2.2012_qc108_urbfunc/MEGANv2.10.2012_wrf361_p2.2012_qc108_urbfunc.2012all.tx_12km.CB6.20120526.camx   0.841E+05
                                                                                                     -----
                        VOC Total (tons/day)                                                         0.940E+05

        USERIN file          :TMP.userin.cb6p.20120527.tx_12km.17jun2015.camx
        Output UAM file      :/input/tx/ei/b112/r3f/camx_cb6p_ei_lo.20120527.tx.b112.r3f.tx_12km

                        Component Files                                                              VOC_in
                        --------- -----                                                              ------
/ei/final/anthro/tx_12km/lo_ei.anthro.cb6p.sun.tx_12km.b112.r3f_school                               9202.6973
/ei/bio/MEGANv2.10/Output/2012_wrf361_p2.2012_qc108_urbfunc/MEGANv2.10.2012_wrf361_p2.2012_qc108_urbfunc.2012all.tx_12km.CB6.20120527.camx   0.872E+05
                                                                                                     -----
                        VOC Total (tons/day)                                                         0.964E+05
```

**Figure 44: Summary of Merge of Anthropogenic and Biogenic Emissions for Four Days in May, 2012**

## CHAPTER 2: METEOROLOGICAL MODELING QA/QC

The WRF modeling system comprises several modules, including the WRF Preprocessing System (WPS), Real (vertical balancing of variables from pressure to sigma levels), ndown (nestdown), and various other modules that create inputs for the WRF model. WRF is executed in a two-way nested configuration commensurate with the WRF modeling domains.

Application of the WRF modeling system for a given episode requires specification of initial and boundary conditions, as well as model parameterizations as inputs to the various modules. Some of the inputs to the modules require pre-processing of raw meteorologically related data. The initial and boundary conditions are derived from global scale modeling performed by the National Centers for Environmental Prediction (NCEP). The NCEP conducts rigorous QA/QC of the global analysis fields before they are publicly released. The specifications for WRF include the surface parameters such as soil moisture, a planetary boundary layer (PBL) scheme, and cumulus parameterizations. Updates and quality assurance of new land use/land cover data and vegetative parameters have been incorporated with the assistance of National Oceanic and Atmospheric Administration interactive data language (IDL) scripting.

In addition, the TCEQ is using the four dimensional data assimilation capabilities of the WRF modeling system to conduct both analysis and observational nudging. The analysis data are also derived from pre-processing routines. The analysis nudging uses the NCEP Eta Data Assimilation System (EDAS) reanalysis wind fields on the 108, 36 and 12 km domains. The NCEP also conducts rigorous QA/QC on the EDAS reanalysis wind fields prior to public release. The TCEQ has built the observational nudging files from radar profiler wind data on the 4 km domain using a combination of SAS programs and Perl scripts. The output from the radar profiler pre-processing routine is

graphically inspected to ensure the wind data are reasonable. Desirable features include:

- Realistic vertical profiles of wind speed and wind direction; and

- Realistic diurnal pattern in the change of wind speed and wind direction.

Running the WRF modeling system requires verification through the namelist.input file that switches and options have been correctly selected. In addition, the surface characteristic parameters, e.g., soil moisture, are graphically inspected after running WPS, Real, and ndown to ensure they continue to be reasonable. To document quality assurance activities, a log file is created for the processing sequence of each of the pre-processors and WRF modeling system modules. This log file contains the name and location of the input and output files, the date the files were processed, and a brief description of the processing results.  A sample of the log file for a WRF run is shown in Figure 44: Sample Log File for a TCEQ WRF Run for *June 2012.*



**Figure 45: Sample Log File for a TCEQ WRF Run for June 2012**

The raw WRF output is used to generate a set of time series and scatter plots that are primarily used to assess the model's performance, but examination of these plots can also reveal potential errors or inconsistencies in the model formulation.  Figure 45: Time-Series Plots of Wind Speed and Direction, Temperature, *and Absolute Humidity Averaged across All Sites in the DFW Nonattainment Area for June 2012; Each panel shows (top) observed and modeled* values, (center) model bias, and (bottom) absolute error shows June 2012 hourly meteorological predictions, observations, and deviations averaged across the DFW area for a WRF run, and Figure 46: *Scatter Plots of Modeled vs.*

*Observed (upper left) Wind Speed; (upper right) Wind* Direction; (lower left) Temperature; and (lower right) Absolute Humidity; Day (red) and night (blue) values are color-coded, and error rates for specified thresholds are provided for each plot Figure 46: Scatter Plots of Modeled vs. Observed (upper left) Wind Speed; (upper right) Wind Direction; (lower left) Temperature; and (lower right) Absolute Humidity; Day (red) and night (blue) values are color-coded, and error rates for specified thresholds are provided for each plotshows a set of scatter plots comparing modeled and observed values of the same parameters, this time showing every hour in June 2012 for a single site, Houston Aldine (CAMS 8).



**Figure 46: Time-Series Plots of Wind Speed and Direction, Temperature, and Absolute Humidity Averaged across All Sites in the DFW Nonattainment Area for June 2012;** Each panel shows (top) observed and modeled values, (center) model bias, and (bottom) absolute error



**Figure 47: Scatter Plots of Modeled vs. Observed** (upper left) **Wind Speed;** (upper right) **Wind Direction;** (lower left) **Temperature; and** (lower right) **Absolute Humidity;** Day (red) and night (blue) values are color-coded, and error rates for specified thresholds are provided for each plot

After the WRF modeling has been completed, the output must be converted to a format that can be read by CAMx. This is accomplished by applying the WRFCAMx preprocessor to the raw WRF output. A large number of graphics displaying the WRFCAMx output is produced for each run, and these are used to both ensure successful completion of the process and to evaluate performance of the processed meteorological data to be input to CAMx. Three of the available time series are shown in Figure 47: *Selected Time Series for WRFCAMx Output at the Hinton Street Monitor*: (top) Observed and Modeled 10 m Wind Vectors; (middle) Observed and Modeled 2 m Temperature; and (bottom) Modeled Vertical Diffusivity (KV) and Planetary Boundary Layer (PBL) Depth (no observed PBL depth is available for this site) for the Hinton

Street site; in addition to 10 m wind vectors, 2 m temperatures, and vertical diffusivity ($K_v$) with planetary boundary layer (PBL) depth (shown), time series plots are also created automatically for 17 m winds and temperatures (center of first model layer), skin temperature, and layer 1 absolute humidity.  Hourly wind maps are produced (see example plot in Figure 48: *Sample Wind Vector Plot for 4 km Domain, 03:00 CST, June 2, 2012*), providing a visual representation of layer 1 modeled wind fields overlaid with observations.



**Figure 48: Selected Time Series for WRFCAMx Output at the Hinton Street Monitor:** (top) **Observed and Modeled 10 m Wind Vectors;** (middle) **Observed and Modeled 2 m Temperature; and** (bottom) **Modeled Vertical Diffusivity ($K_v$) and Planetary Boundary Layer (PBL) Depth** (no observed PBL depth is available for this site)



**Figure 49: Sample Wind Vector Plot for 4 km Domain, 03:00 CST, June 2, 2012**

## CHAPTER 3: INITIAL AND BOUNDARY CONDITIONS

Initial conditions (concentration data at the beginning of the simulation) and boundary conditions (time-varying concentrations alongside the outermost grid cells of the 36 km domain and (optionally) the top of the modeling domain) are generated by global models developed by contractors and provided to the TCEQ. The TCEQ receives global model output from the Goddard Earth Observing System model with Chemistry (GEOS-Chem) from the contractor, and the initial and boundary conditions are extracted using software supplied by the contractor. This process involves mapping the chemical species from the global model to CB6 and mapping the large global model grid cells onto the CAMx 36 km domain. The extraction runs are monitored to ensure successful completion and to check for any errors or warnings, and graphical displays are produced to allow visible inspection of the CAMx inputs as described below.

Initial conditions are extracted for the first hour of the CAMx simulation only. Figure 49: *Initial Concentrations of Ozone (L) and Olefins (R) at 0:00* on May 16, 2012 shows initial concentrations of ozone and the CB6 OLE (olefins) extracted for CAMx runs starting at 0:00 on May 16, 2012. The coarse grid cells of the global model are easily seen in the picture. Figure 50: *CAMx Lateral Boundary Conditions for June 23, 2013, 0:00 to 3:00* shows an example plot of lateral boundary conditions for 0:00 to 3:00 on June 23, 2012. Concentrations are represented by "curtain" plots showing the values for each vertical layer along the domain wall for the three-hour period (GEOS-Chem output was provided in three-hour intervals).



**Figure 50: Initial Concentrations of Ozone (L) and Olefins (R) at 0:00 on May 16, 2012**





**Figure 51: CAMx Lateral Boundary Conditions for June 23, 2013, 0:00 to 3:00**

## CHAPTER 4: OTHER CAMx INPUT FILES

Besides emissions and meteorological inputs, CAMx requires the following inputs:

- Chemistry Parameters – The chemistry parameter files are supplied with CAMx and are specific to the chemical mechanism used; the appropriate file for the mechanism used (CB6) is specified in the run script.  It is not edited and no QA is required (CAMx will terminate if this file is not specified).

- Ozone Column – An ozone column file must be created for each day modeled, but this file can be built once and then used for subsequent runs unless the grid definition (including vertical layer structure) is modified.  This file is created from archived satellite ozone measurements using a utility supplied with CAMx called O3MAP.  Because this process is essentially automatic except for supplying the grid definition, QA of these files is accomplished simply by verifying successful completion of O3MAP and subsequent processing with CAMx.

- Photolysis Rates – Like the Ozone column file, the photolysis rate files are generated by a program (TUV) developed and supplied by the National Center for Atmospheric Research (NCAR) and requires only minimal user input, specifically the output from the O3MAP program.  As is the case with O3MAP, QA of these files is accomplished simply by verifying successful completion of O3MAP and subsequent processing with CAMx.

- Landuse File – The Landuse file contains information on land surface characteristics that are important to atmospheric physicochemical processes such as surface reflectance (albedo) and deposition of atmospheric constituents like ozone.  Land cover data are assigned to one of 26 classes used by the Zhang dry deposition scheme, although not all classes are used in the current application.  In addition to the Zhang parameters, the landuse file contains the Leaf Area Index, a satellite product related to the density of foliage that is important in estimating dry deposition to foliage, and also an optional elevation file.

  As these data are assembled into a single file, QA is accomplished through checking each process for errors.  After the landuse file has been successfully assembled, additional QA is accomplished by examining graphical displays of the various components on each domain, as illustrated in Figure 51: *Three Components of the CAMx Landuse File*: (Top) Zhang Landuse Category 7, Deciduous Broadleaf Trees on the 4 km Domain; (Center) July 2012 Leaf Area Index on the 12 km Domain, and (Bottom) Surface Elevation on the 36 km Domain.



**Figure 52: Three Components of the CAMx Landuse File:** (Top) **Zhang Landuse Category 7, Deciduous Broadleaf Trees on the 4 km Domain;** (Center) **July 2012 Leaf Area Index on the 12 km Domain, and** (Bottom) **Surface Elevation on the 36 km Domain**

## CHAPTER 5: CAMx EXECUTION

The TCEQ performs many simulations to test model performance, include revised inputs, and evaluate alternative model configurations. Each run is cataloged and a

detailed log entry describing the inputs and options chosen for that run is created. Figure 52: *Sample CAMx Run Log* shows a log entry from a recent CAMx run. At the bottom of the log entry is an option to view the job control file which defines the input files and specifies execution options. Job control files are kept in order to verify exactly what inputs and parameters went into the run.

Each run is checked for successful completion. Occasionally a run will halt due to network problems, power failures, or for reasons that are not entirely clear. CAMx maintains a restart file, which can be used to initialize the model at the end of the last successfully completed day. This feature is especially valuable for model runs of several episode weeks or longer.

As each day completes a number of output files are generated. When the entire run completes, these output files are read into a series of graphical and statistical analysis routines which are used to assess model performance and compare one run with another. Each run is analyzed, and any anomalies are noted. This serves as the final QA/QC step for each model run.



**Figure 24: Sample CAMx Run Log (continued on next page)**



**Figure 53: Sample CAMx Run Log**

**CHAPTER 6: GEO-REFERENCED INTERACTIVE MODEL RESULTS EVALUATION AND ANALYSIS PROGRAM (GRIMREAPᵣ)**

The GRIMREAPr is a set of analysis tools developed by TCEQ staff to evaluate model results and assess model performance in a geographical frame of reference. In addition to the standard time-series, scatter plots, model performance statistics, etc. that are produced for each model run, the GRIMREAPr provides an interactive visualization environment which allows modelers to view static or animated concentration data for every CB6 species. The view can be zoomed in or out using the

cursor controls and can display differences between model runs and bias at monitoring sites, and displays time series of observed and modeled concentrations on command.  GRIMREAPr also provides the capability to overlay the model run with satellite cloud imagery, radar imagery, and HySPLIT back or forward trajectories at user-selected sites.  GRIMREAPr is a very powerful tool for analyzing model output and identifying possible errors or deficiencies in the model formulation.  A more detailed description of GRIMREAPr with examples is available here.

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY



THE STATE OF TEXAS
COUNTY OF TRAVIS
I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY
OF A TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
DOCUMENT, WHICH IS FILED IN THE PERMANENT RECORDS

**AUG 1 7 2018**

OF THE COMMISSION, GIVEN UNDER MY HAND AND THE
SEAL OF OFFICE ON

*Bridget C. Bohac*

BRIDGET C. BOHAC, CHIEF CLERK
TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

## ORDER ADOPTING
## REVISIONS TO THE STATE IMPLEMENTATION PLAN

### Docket No. 2017-1762-SIP
### Project No. 2017-039-SIP-NR

On August 8, 2018, the Texas Commission on Environmental Quality (Commission), during a public meeting, considered adoption of revisions to the State Implementation Plan (SIP). The Commission adopts the Transport SIP Revision for the 2015 ozone National Ambient Air Quality Standards (NAAQS). The SIP revision outlines the requirements of FCAA, Section 110(a)(2)(D)(i) and (ii) and the Texas provisions supporting the requirements for the 2015 ozone NAAQS. The revision also includes a technical demonstration to support the determination that Texas meets the interstate transport requirements of Section 110(a)(2)(D)(i)(I). The infrastructure requirements of FCAA, Section 110(a)(2)(A) through (C) and (E) through (M) are addressed in a separate SIP revision (Non-Rule Project No. 2017-040-SIP-NR). Under Tex. Health & Safety Code Ann. §§ 382.011, 382.012, and 382.023 (West 2016), the Commission has the authority to control the quality of the state's air and to issue orders consistent with the policies and purposes of the Texas Clean Air Act, Chapter 382 of the Tex. Health & Safety Code. Notice of the proposed SIP revision was published for comment in the March 23, 2018, issue of the *Texas Register* (43 TexReg 1907).

Pursuant to 40 Code of Federal Regulations § 51.102 and after proper notice, the Commission conducted a public hearing to consider the SIP revision. Proper notice included prominent advertisement in the areas affected at least 30 days prior to the date of the hearing. A public hearing was held in Austin on April 10, 2018.

The Commission circulated hearing notices of its intended action to the public, including interested persons, the Regional Administrator of the EPA, and all applicable local air pollution control agencies. The public was invited to submit data, views, and recommendations on the proposed SIP revision, either orally or in writing, at the hearing or during the comment period. Prior to the scheduled hearing, copies of the proposed SIP revision were available for public inspection at the Commission's central office and on the Commission's website.

Data, views, and recommendations of interested persons regarding the proposed SIP revision were submitted to the Commission during the comment period and were considered by the Commission as reflected in the analysis of testimony incorporated by reference to this Order. The Commission finds that the analysis of testimony includes the names of all interested groups or associations offering comment on the proposed SIP revision and their position concerning the same.

IT IS THEREFORE ORDERED BY THE COMMISSION that the revisions to the SIP incorporated by reference to this Order are hereby adopted. The adopted revisions to the SIP are incorporated by reference in this Order as if set forth at length verbatim in this Order.

IT IS FURTHER ORDERED BY THE COMMISSION that on behalf of the Commission, the Chairman should transmit a copy of this Order, together with the adopted revisions to the SIP, to the Regional Administrator of EPA as a proposed revision to the Texas SIP pursuant to the Federal Clean Air Act, codified at 42 U.S. Code Ann. §§ 7401 - 7671q, as amended.

If any portion of this Order is for any reason held to be invalid by a court of competent jurisdiction, the invalidity of any portion shall not affect the validity of the remaining portions.

TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY


_Bryan W. Shaw_
Bryan W. Shaw, Ph.D., P.E., Chairman

8-15-18

Date Signed

Tab R6-28: Comment submitted by Texas Commission on Environmental Quality on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022) (EPA-R06-OAR-2021-0801-0028)

Jon Niermann, *Chairman*

Emily Lindley, *Commissioner*

Bobby Janecka, *Commissioner*

Toby Baker, *Executive Director*



# TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

*Protecting Texas by Reducing and Preventing Pollution*

April 25, 2022

United States Environmental Protection Agency
Docket ID No. EPA-R06-OAR-2021-0801
[Submitted electronically through www.regulations.gov]

Re:     Comments on the United States Environmental Protection Agency's (EPA's) Air Plan
Disapproval; Arkansas, Louisiana, Oklahoma, and Texas; Interstate Transport of Air
Pollution for the 2015 Eight-Hour Ozone National Ambient Air Quality Standards
(NAAQS), Docket ID No. EPA-R06-OAR-2021-0801

Dear Ms. Fuerst:

The Texas Commission on Environmental Quality (TCEQ) appreciates the opportunity to
comment on the EPA's Air Plan Disapproval; Arkansas, Louisiana, Oklahoma, and Texas;
Interstate Transport of Air Pollution for the 2015 Eight-Hour Ozone NAAQS. Detailed comments
on the guidance are enclosed. If there are any questions concerning the TCEQ's comments,
please contact Donna Huff, Deputy Director, Air Quality Division, at 512-239-6628 or
donna.huff@tceq.texas.gov.

Sincerely,

Toby Baker
Executive Director

Enclosure

**COMMENTS BY THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY REGARDING AIR PLAN DISAPPROVAL; ARKANSAS, LOUISIANA, OKLAHOMA, AND TEXAS; INTERSTATE TRANSPORT OF AIR POLLUTION FOR THE 2015 EIGHT-HOUR OZONE NATIONAL AMBIENT AIR QUALITY STANDARDS**

## I.  SUMMARY OF NOTICE

On February 22, 2022, the United States Environmental Protection Agency (EPA) released for comment its proposal to disapprove State Implementation Plan (SIP) submittals from Arkansas, Louisiana, Oklahoma, and Texas regarding interstate transport for the 2015 eight-hour ozone national ambient air quality standard (NAAQS). On March 11, 2022 the EPA issued the Agency's proposed Federal Implementation Plan (FIP)[1] to address 26 states' obligations to eliminate significant contribution to nonattainment, or interference with maintenance, of the 2015 ozone NAAQS in other states.

The Texas Commission on Environmental Quality (TCEQ) is providing the following comments on the proposed action.

## II.  COMMENTS

### A.  General

**The TCEQ opposes the proposed partial disapproval of Texas' transport SIP revision for the 2015 eight-hour ozone NAAQS pertaining to the federal Clean Air Act (FCAA), §110(a)(2)(D)(i)(I) requirement to address interstate transport.**

The EPA proposes to disapprove the portion of Texas' 2015 Ozone NAAQS Transport SIP Revision, submitted to the EPA on August 17, 2018, pertaining to the FCAA, §110(a)(2)(D)(i)(I) requirement to address the interstate transport of air pollution that will significantly contribute to nonattainment or interfere with maintenance of the 2015 eight-hour ozone NAAQS in other states. The transport analysis provided by the TCEQ in its August 17, 2018, submittal fully addressed the transport requirements of FCAA, §110(a)(2)(D)(i)(I) and for this reason, and as discussed in the TCEQ's other comments below, the TCEQ opposes any disapproval of its 2015 Ozone NAAQS Transport SIP Revision.

**The EPA failed to issue guidance in a timely manner for states to use in developing transport SIP revisions for the 2015 eight-hour ozone NAAQS. It is unreasonable and arbitrary for the EPA to require state SIP revisions to include recommendations from memoranda and/or guidance issued after states have submitted their revisions.**

Developing a SIP revision is a years long process that requires complex technical analysis and compliance with lengthy procedural requirements. Texas timely submitted its 2015 Ozone NAAQS Transport SIP Revision on August 17, 2018, to meet the October 1, 2018, statutory deadline for states to submit infrastructure and transport SIP revisions for the 2015 eight-hour ozone NAAQS. Thirty-one days before

---

[1] https://www.epa.gov/csapr/good-neighbor-plan-2015-ozone-naaqs

the SIP revisions were statutorily required to be submitted, the EPA issued its Analysis of Contribution Thresholds Memo on August 31, 2018. Eighteen days after this statutory deadline, the EPA further issued its Considerations for Identifying Maintenance Receptors Memo[2] (Maintenance Receptor Guidance) on October 18, 2018. It is unreasonable and arbitrary for the EPA to expect, much less require, that states comply with the recommendations in these guidance documents that were issued either mere days before the deadline or after the deadline considering that SIP revisions are complex and time consuming endeavors.

Texas' transport SIP revision was developed prior to these late issued EPA memos. Texas reasonably relied on EPA's September 13, 2013, guidance on development and submission of infrastructure SIPs since that was the only formal guidance available at the time to assist Texas in development of its SIP revision in order to meet the statutory deadline for submittal.

In order to meet statutory deadlines, states do not have the option of waiting for the EPA to provide updated guidance before proceeding with SIP development, review, and submittal; states must proceed to develop submittals based on information available at the time. It is unreasonable to expect states to review and/or incorporate recommendations after a SIP revision has been submitted. As a result of the EPA's lack of timely updated transport guidance for the 2015 eight-hour ozone standard, Texas was forced to expend effort and resources to develop its SIP revision without fully knowing how the EPA would evaluate Texas' transport obligation.

The EPA has previously taken the position that failure to timely submit a SIP revision is sufficient reason for the EPA to issue a FIP. Therefore, states must diligently develop SIP revisions to meet those statutory deadlines. The EPA's failure to update its guidance in a timely manner for the development of transport SIP revisions was arbitrary and unreasonable because states cannot delay and must develop these revisions with guidance currently available. The EPA's actions put states in the untenable position of developing SIP revisions without knowing what the EPA might expect, or simply accepting that EPA will impose its own requirements in a potential FIP. This is an absurd result of the EPA's failure to issue timely guidance.

Finally, guidance documents are non-binding recommendations that have not gone through formal rulemaking. The EPA has consistently failed to promulgate a rule that would instruct states in how, exactly, they should evaluate and meet potential transport actions, much less provide such a rule in a timely fashion that would allow states to meet the statutory requirement to demonstrate they have met their transport obligations within three years of promulgation of a new standard. For example, the EPA could have included criteria for evaluating transport obligations in the promulgation of the 2015 ozone NAAQS itself, and yet made no mention of how states should consider or meet transport obligations. In the absence of either such a rule, or even timely guidance, states such as Texas have tried to meet a target that the EPA has not defined. Furthermore, if the EPA had proposed and finalized a rule that specified requirements for transport at the same time that it proposed or even when it finalized the 2015 ozone NAAQS, states would have been able to evaluate such requirements

---

[2] https://www.epa.gov/sites/default/files/2018-10/documents/maintenance_receptors_flexibility_memo.pdf

and provide appropriate feedback to the EPA on any such rule. That is the purpose of the rulemaking process. The EPA's failure to provide states this opportunity through the rulemaking process without the threat of an already proposed FIP continues to circumvent the cooperative federalism structure that Congress developed in the FCAA.

**The EPA prematurely prepared a proposed FIP before finalizing action on Texas' timely submitted SIP revision to address 2015 eight-hour ozone standard interstate transport requirements.**

Texas submitted its 2015 Ozone NAAQS Transport SIP Revision to the EPA on August 17, 2018. The EPA had over three years to review the SIP revision prior to proposing the February 22, 2022, disapproval of the FCAA, §110(a)(2)(D)(i)(I) interstate transport elements. Further, the EPA has developed a proposed FIP before the proposed disapproval is final. Under FCAA §110(c)(1), the Administrator shall promulgate a FIP at any time within two years *after* the Administrator "disapproves a State Implementation Plan in whole or in part, unless the State corrects the deficiency, and the Administrator approves the plan or plan revisions, before the Administrator promulgates such a Federal Implementation Plan." EPA has not yet disapproved the Texas transport SIP, and yet has clearly signaled that it intends to include Texas in such a FIP directly upon finalizing the disapproval action. Although the Supreme Court has recognized that "disapproval of a SIP, without more, triggers EPA's obligation to issue a FIP" and this action can occur "at any time" within those two years (*EPA v. EME Homer City Generation LP, et. al.,* 572 US 489, 490 (2014)), in this instance EPA has not disapproved Texas' SIP. And unlike the fact pattern in EME Homer, Texas has not had an opportunity to challenge the EPA's disapproval of that SIP. Although EPA is under no obligation to wait two years to issue a FIP, it does have to comply with the congressional scheme. The disapproval of the SIP triggers EPA's authority to issue the FIP. In this case, EPA is indeed "altering Congress' SIP and FIP schedule." *Id.* at 491.

The EPA has conducted extensive work to include Texas in a proposed FIP to address interstate transport for Texas under the 2015 eight-hour ozone standard before disapproval of Texas SIP. Although the EPA proposed disapproving the Texas SIP submittal one month prior to the proposed FIP, there has been no final action on that proposal. Additionally, there was no indication from EPA during the years of work that went into the development of this FIP that the Texas SIP was inadequate, nor was Texas afforded any opportunity to correct the deficiencies that EPA believes are present in the SIP. Had the EPA reviewed the 2015 Ozone NAAQS Transport SIP Revision before developing a proposed FIP, the purpose of which is to correct deficiencies in such a SIP, Texas would have had the opportunity contemplated by the FCAA to correct any problems with its SIP in a timely fashion and avoid the imposition of the FIP.

This is clearly distinguishable from the argument in *EME Homer City* that was dismissed by the Supreme Court. The Court said that EPA did not have to give states an opportunity to correct a SIP before issuing the FIP. Instead, in the present case EPA is stating that they not only can, but "must necessarily be able to" propose a FIP before taking final action to disapprove a SIP. That was not the holding in *EME Homer City* and is inconsistent with the Congress' SIP and FIP schedule in the FCAA.

**The EPA failed to provide Texas with formal comments on the adequacy of its analysis during the public comment period for the SIP revision.**

The EPA did not comment on the adequacy of the TCEQ's analysis during the public comment period for the 2015 Ozone Transport SIP Revision. The TCEQ and EPA Region 6 participated in discussions regarding the proposed SIP revision, and the TCEQ answered questions from the EPA on the planned SIP submittal and provided additional data to the EPA. The EPA did not indicate that the information provided failed to address its concerns. The lack of EPA comment did not allow the TCEQ to address the issues outlined in the EPA's proposed disapproval in the adopted 2015 Ozone Transport SIP revision.

### B. Technical

**The TCEQ has provided a sufficient technical basis for its use of an alternative methodology to identify maintenance monitors.**

The EPA claims that the TCEQ did not provide sufficient technical justification for its approach and that the TCEQ's use of the latest monitored design value did not account for inter-annual variability in ozone conducive conditions. The EPA observes that the TCEQ's maintenance monitor identification methodology accounts for variations in meteorological conditions only over a three-year period compared to the five-year period accounted for in the EPA's method. The EPA does not provide sufficient justification for why five years of meteorological conditions adequately capture inter-annual variability while three years cannot. The latest three years best describe the ozone conditions closest to the future year. The EPA also does not address the fact that the modeled future design values are based on a single base year that is explicitly modeled and are therefore most impacted by the meteorological conditions in that single base year. It should be noted that both the TCEQ's method and the EPA's method use a single base year. The TCEQ's method used the latest three-year design value to reflect the most recent atmospheric conditions of each area, considering meteorology and emissions information.

The EPA states that since the EPA method identifies more monitors as maintenance monitors it is the more rigorous method. However, the "Good Neighbor" provision is not intended to be an exercise to find the greatest number of monitors likely to have air quality issues but to find the monitors mostly likely to have air quality issues due to significant contribution from upwind states.

The EPA further analyzed 21 monitors that had contributions greater than 0.7 ppb in either TCEQ or EPA modeling. The EPA claims that the TCEQ's methodology was flawed because the future year nonattainment design value (determined based on the use of average of three monitored design values as base design value, DVB) is less than the future year maintenance design value (determined based on the use of the latest of three monitored design values as DVB). The EPA discusses in detail how the difference between the nonattainment and maintenance design value in TCEQ's methodology is smaller than the difference in EPA's methodology. However, the EPA fails to discuss that of the 21 monitors, 15 monitors that were identified as maintenance monitors by the EPA's methodology were also identified as maintenance monitors by TCEQ's methodology. In addition, the EPA fails to provide justification on why maintenance design values being lower than nonattainment design values is troubling. For a monitor

to have maintenance issues, the future year design value only needs to exceed the standard of 70 ppb not the nonattainment design value.

The EPA further states that the TCEQ's methodology identified a monitor that would be nonattainment but not maintenance as proof that the TCEQ methodology is flawed. However, the EPA does not provide any justification for why every monitor that is modeled nonattainment should also be a maintenance monitor. If, as the EPA contends, monitors face maintenance issues solely due to inter-annual variability of meteorological conditions, it is also possible that the monitors could attain the standard due to favorable meteorology. In practice, a maintenance monitor should only have a transport linkage if it is in an area redesignated as attainment and a subsequent exceedance was shown to be caused by a transport issue, despite local controls and contingency measures. Otherwise, any reductions that might be required from upwind states to help that particular monitor maintain the standard would be overcontrol on the part of EPA.

Overall, the EPA fails to adequately justify its claim that the TCEQ did not provide sufficient technical basis for its use of an alternative methodology.

**The EPA should not disapprove the TCEQ's Transport SIP Revision based on the TCEQ's use of an alternative methodology for identifying maintenance monitors. The TCEQ's method for identifying maintenance monitors aligns with criteria regarding monitored design value trends specified in the *EPA's Maintenance Receptor Guidance* for the use of an alternative maintenance monitor selection method and is scientifically defensible.**

Despite the EPA issuing the Maintenance Receptor Guidance until after the statutory SIP revision submission deadline has passed and thus, depriving the TCEQ of this information during the preparation of Texas' SIP revision, the TCEQ did show that ozone concentrations have been trending downward since 2011 at monitoring sites for which the TCEQ modeling showed linkages. Such a trend is a condition in the Maintenance Receptor Guidance for states to choose an alternative maintenance monitor selection method. The EPA's disapproval conflates instances in which a design value is greater than the previous year with lack of a downward trend. The TCEQ contends that a downward trend of design values since 2011 can have individual design values that are higher than design values in the previous year and still comprise a downward trend over a longer period. The EPA appears to have misunderstood the TCEQ's reasons for choosing the 2014 regulatory design value as the DVB when estimating modeled future year maintenance design values. The TCEQ chose the 2014 regulatory design value because it was the latest design value and best represented current conditions and not because it is the lowest.

Further, for the monitors the EPA linked to Texas based on its 2016v2 modeling, only five of the seven monitors have valid design values in 2014. Out of those five, three had their highest design values in 2014. Emissions trends from the EPA's National Emissions Inventory (NEI) in Illinois and Wisconsin, where the seven monitors are located, show consistent decreases from 2010 through 2020. The EPA's meteorologically-adjusted ozone trends show that ozone values in the Central and East North Central United States, where the linked monitors are located, are much higher in 2012 due to meteorology, which was represented explicitly in the TCEQ's modeling. However, there hasn't been a consecutive three-year period from 2000 through 2020 that has had ozone conducive conditions similar to 2012. Therefore, if TCEQ had

followed the EPA's methodology, TCEQ would have used the 2012 monitored regulatory design value as the DVB, which would have ignored the downward trend in design values and resulted in the misidentification of monitors as maintenance monitors.

**The TCEQ disagrees with the EPA's use of updated 2016 base year modeling to evaluate TCEQ's Transport SIP submittal since the modeling data was unavailable at the time TCEQ developed its SIP revision.**

The EPA's use of modeling platform and monitoring data that was unavailable at the time TCEQ developed its Transport SIP revision is arbitrary and unreasonable. The TCEQ submitted its 2015 Ozone NAAQS Transport SIP Revision to the EPA on August 17, 2018. EPA did not issue the modeling platform it uses in this proposed disapproval until September 2021 (which included the 2016 base year), nearly three years after the statutory deadline for SIP revisions submissions. Obviously, TCEQ did not have access to this modeling platform and data when it developed its SIP revision. However, the TCEQ did use the latest modeling data it had available and made significant improvements on EPA's method. Additionally, the EPA has issued no rules regarding the use of EPA's modeling and monitoring data in the development of Transport SIP revisions.

The only other modeling data available at the time the TCEQ started developing its Transport SIP revision was the EPA's 2011-base year modeling. For monitors identified by EPA as nonattainment or maintenance and linked to Texas in 2023, the TCEQ modeled 2023 design values are similar to the preliminary modeling EPA conducted for the 2015 Ozone NAAQS Preliminary Interstate Transport Assessment, as seen in Table 1, *EPA and TCEQ Modeled Design Values in 2023 from EPA 2016, EPA 2011, and TCEQ 2012 Modeling*. This 2011-base modeling by the EPA is similar to the TCEQ's modeling and also shows attainment with the 2015 NAAQS for the monitors EPA identifies as maintenance or nonattainment linkages in its 2016v2 modeling. In fact, for four of the five monitors for which comparable 2010-2012 monitoring data exist, the TCEQ modeled 2023 design values are higher than the EPA 2011-base modeled design values. The TCEQ contends that the difference in base year and increased projection time may explain the lower TCEQ 2023 design values compared with EPA 2023 design values based on 2016 base year modeling. In Table 1 below, the EPA nonattainment design value is based on the average of the three design values in the five-year base year period and the maintenance design value is based on the maximum of these three design values. If the EPA had acted on the TCEQ's SIP submission in a timely manner, the only available data would have been the EPA's 2011-base modeling. Therefore, it is arbitrary and unreasonable for the EPA to evaluate the TCEQ's submission based upon data that was unavailable to the TCEQ during the development and submittal of its SIP revision.

**Table 1: EPA and TCEQ Modeled Design Values in 2023 from EPA 2016, EPA 2011, and TCEQ 2012 Modeling**

| Receptor (Site ID, County, State) | Nonattainment / Maintenance (EPA 2016v2 2023) | EPA 2016v2: 2023 Nonattainment/ Maintenance Design Value (ppb) | EPA 2011v6.3: 2023[3] Nonattainment/ Maintenance Design Value (ppb) | TCEQ 2012: 2023 Nonattainment/ Maintenance Design Value (ppb) |
|---|---|---|---|---|
| 170310001, Cook County, IL | Maintenance | 69.6/73.4 | 63.3/65.1 | 60/58 |
| 170310032, Cook County, IL | Maintenance | 69.6/73.4 | 57.6/60.0 | 68/66 |
| 170314201, Cook County, IL | Maintenance | 69.9/73.4 | 56.6/58.4 | 64/62 |
| 170317002, Cook County, IL | Maintenance | 70.1/73.0 | 54.1/57.0 | 66/65 |
| 550590019, Kenosha County, WI | Nonattainment | 72.8/73.7 | 59.7/61.9 | 67/66 |
| 550590025, Kenosha County, WI | Maintenance | 69.2/72.3 | No 2010-2012 monitoring data | No 2010-2012 monitoring data |
| 551010020, Racine County, WI | Nonattainment | 71.3/73.2 | No 2010-2012 monitoring data | No 2010-2012 monitoring data |

Based on this information, if the EPA had relied on modeling conducted for 2023 using emission information available when the TCEQ was required to submit its SIP revision, such as the 2011v6.3 platform, it would not have identified the monitors listed above as nonattainment or maintenance monitors because modeled 2023 design values were below 71 ppb.

Analysis of the EPA and TCEQ modeling also shows greater difference between the predicted 2023 design values and the observed 2020 design values as the prediction time lengthens. Figure 2, Difference in Design Value Predicted in 2023 versus Observed in 2020. Predictions are from the EPA 2011 modeling (upper left), TCEQ 2012 modeling (upper right), and EPA 2016 modeling (lower) shows that the mean difference across common monitors decreases from -6.20 ppb for a 12-year prediction time, to -6.08 for an 11-year prediction, to -4.34 for a seven-year prediction time. The shaded interquartile range of the distribution also tightens with decreasing prediction time, indicating uniformly better prediction. Note that the TCEQ 2012 modeling shows a similar design value difference to the EPA 2011 modeling indicating similar performance. The difference in design values is largely explained by the shorter prediction time, as seen in Figure 2, Difference in Design Value Predicted in 2023 versus Observed in 2020 versus Length of Prediction, where the TCEQ 2012 modeling

---

[3] EPA 2011v6.3 data are from https://www.epa.gov/sites/default/files/2016-12/2015_o3_naaqs_preliminary_transport_assessment_design_values_contributions.xlsx

is shown as the eleven-year prediction length roughly on the linear trend of the three models.



Figure 1. Difference in Design Value Predicted in 2023 versus Observed in 2020. Predictions are from the EPA 2011 modeling (upper left), TCEQ 2012 modeling (upper right), and EPA 2016 modeling (lower)



Figure 2. Difference in Design Value Predicted in 2023 versus Observed in 2020 versus Length of Prediction

The TCEQ chose to use a 2012 base year since it was the most comprehensive, non-anomalous, and best modeling platform available when the modeling needed to commence to meet the SIP development and submittal deadlines.

**The TCEQ disagrees with EPA's claim that it does not use the 0.7 ppb contribution threshold as the 'sole' determinant of significant contribution from upwind states because the EPA evaluated potential emission reductions in upwind states to determine whether potential emissions reductions are significant to downwind monitors.**

The EPA claims that by evaluating if a state has sufficient emission reductions to remove the 0.7 ppb contribution to a downwind nonattainment or maintenance monitor, the EPA's 4-step methodology does not use the 0.7 ppb as the 'sole' determinant of significant contribution and that EPA's methodology is similar to the TCEQ's weight of evidence methodology. However, the EPA is conflating the ability to mitigate contributions with whether the contribution itself is significant in its approach. The potential for emissions reductions should not be used as justification for significant contribution. Significant contribution should be established prior to determining if emissions reductions are needed as the TCEQ did in its transport analysis. Further, the TCEQ's use of a weight of evidence approach to determine significant contribution is consistent with the EPA's modeling guidance, "*Modeling Guidance for Demonstrating Air Quality Goals for Ozone, PM$_{2.5}$, and Regional Haze*" (EPA Modeling Guidance) and the approach laid out in "*Guidance on the Preparation of Clean Air Act Section 179B Demonstrations for Nonattainment Areas Affected by International Transport of Emissions,*" (179B Guidance) where a determination of significant contribution is made if sources outside of a nonattainment area impact a nonattainment area in the context of a 179B demonstration. When air quality modeling is used in the context of attainment and 179B demonstrations, the EPA requires states to provide supplemental analysis to support the modeling results, such as local factors

and emission trends. However, in the context of the "Good Neighbor" provision, the EPA dismisses the additional analyses provided by the TCEQ as qualitative assessments that, while informative, do not provide quantitative assessments. The EPA's reliance on chemical transport models as the sole arbiter of significant contribution contradicts its own modeling guidance, which states that "…supplemental analyses may provide information which may provide further support for the outcome of the modeled test or *may indicate a different outcome than the modeled test.*"[4] (Emphasis added.) It should be noted that the 179B Guidance is prescriptive and lays out a weight of evidence approach that relies on more than source apportionment modeling results to determine impacts from international sources. The EPA's heavy reliance on source apportionment modeling and disregard of additional evidence in the context of interstate transport is arbitrary and inconsistent with its guidance on international transport.

**The TCEQ's methodology for determining future contributions is consistent with EPA guidance.**

The EPA Modeling Guidance provides details on the model values and the grid cells to use when estimating the future year design value as part of the modeled attainment test. The TCEQ's methodology to determine a state's contribution to the future aligns with the method used to estimate future year design values. The TCEQ's methodology is internally consistent as the grid cell and top ten days used in the design value calculation are the same as those used to estimate the source (state) contribution. The TCEQ's methodology follows the EPA modeling guidance while the EPA's methodology does not. The TCEQ has repeatedly raised concerns about the EPA's method to determine future year contributions since the EPA approach does not align with the calculation of the future year nonattainment and maintenance design values with respect to the model grid cell and top ten days used.

The TCEQ reiterates that the EPA should only use contributions from days in the calculation of the relative response factor when calculating an upwind state's contributions to future design values. Using one set of days to calculate the future year design value that is the basis for a monitor's future attainment status (attainment/maintenance/nonattainment) and a different set to determine the states' contribution to that design value is inconsistent and arbitrary.

Further, the EPA uses concentrations from the grid cell containing the monitor to determine state contributions while using concentrations at the grid cell with the maximum modeled concentration in a "3x3" array centered on the monitor when calculating design values. The EPA's approach could result in the use of modeled concentrations from different grid cell locations potentially disconnecting the future year contributions from the future year design values.

The TCEQ's approach uses modeled concentrations from the grid cell on the days that were used in the design value calculation to determine future year contributions. The TCEQ's method is consistent, and the EPA failed to provide a rational justification for its concerns with regards to the TCEQ's approach.

---

[4] Page 170 of the EPA Modeling Guidance, https://www.epa.gov/sites/production/files/2020-10/documents/o3-pm-rh-modeling_guidance-2018.pdf

**The EPA did not consider all of the information provided to it by the TCEQ. The TCEQ disagrees with the potential concerns that the EPA raises with regards to the TCEQ's modeling of electric generating units and boundary conditions.**

The EPA in the "*EPA Region 6 2015 8-Hour Ozone Transport SIP Proposal Technical Support Document*" discusses potential concerns about the electric generating unit (EGU) emissions and boundary conditions in TCEQ's modeling. The EPA fails to acknowledge the additional analysis provided to the EPA via email on June 6, 2016, detailing the differences in 2023 EGU emissions by state in the TCEQ modeling with the various EGU emissions projections available at the time TCEQ's SIP was developed. The comparison showed that the EGU emissions included in TCEQ's modeling were comparable to emissions in EPA's Engineering Analysis and the latest emissions available in the Air Market's Program Database. The EPA also fails to acknowledge that the TCEQ provided additional information summarizing the change in modeled ozone contribution at monitors attributable to boundary conditions when boundary conditions accounted for changes in future year emissions. The EPA did not request additional analyses or express concerns with TCEQ's modeling after the additional information was provided in June 2018.

**The EPA mischaracterizes the purpose and analytic details in the TCEQ's weight of evidence, invalidating the EPA's conclusions regarding the impact of Texas emissions.**

In the "*EPA Region 6 2015 8-Hour Ozone Transport SIP Proposal Technical Support Document*" the EPA states that the TCEQ used its weight of evidence to counter the modeling results. This is a misinterpretation of the purpose of the weight of evidence. The TCEQ used the weight of evidence not to determine if Texas contributed *at all* to linked monitors but rather to determine if Texas contributes to those monitors *significantly and persistently*.

In addition, the following errors in the EPA's Technical Support Document (TSD) make its SIP disapproval invalid.

- On pages 81-86 of the TSD, the EPA states concerns with the trajectory parameters used by the TCEQ. The TCEQ's trajectory parameters were set at ranges typically used for analyses of this kind. This is not a legitimate basis for disapproval since the EPA did not provide specific guidance on acceptable parameters for this application. In other applications (for example the Guidance on the Preparation of Clean Air Act Section 179B Demonstrations for Nonattainment Areas Affected by International Transport of Emissions), the EPA has provided specific trajectory parameters required for approval.

- The EPA incorrectly describes the start time of the TCEQ's trajectories. The EPA states "TCEQ used the 1st hour of the 8-hour exceedance as the start time" (page 82). The Texas SIP clearly states on page 3-53 that "The time of daily maximum one-hour ozone on the elevated eight-hour ozone day was used as the starting hour for each trajectory." The EPA's concerns regarding the start time of trajectories are based on an erroneous reading of the document and thus should not be considered in evaluating the Texas SIP revision.

- On page 82, the EPA states that the TCEQ should have also used an additional 100 meters above ground level (m AGL) start height for the trajectories; however, trajectories with too low of a start height may hit the ground. Once a

trajectory hits the ground it loses accuracy and may no longer provide useful data, especially when considering the distance between the source and receptor in the TCEQ's analysis. The National Oceanic and Atmospheric Administration (NOAA) recommends start heights that are located in the middle of the planetary boundary layer. Start heights at 500 m AGL are well within these standard parameters; therefore, disagreement regarding trajectory start height is not a legitimate reason to discount the TCEQ analysis or disapprove this Texas SIP revision.

- The TCEQ used scientifically appropriate filtering criteria on its trajectories. As stated above, NOAA recommends start heights located in the middle of the mixing layer. Trajectories that hit the ground may be inaccurate and removing them to analyze more significant trajectories was appropriate in the context of the weight of evidence analysis. All trajectory endpoints that met these two criteria were presented regardless of whether they were in the mixing layer over Texas. The analysis only filtered endpoints within the mixing layer over Texas as an additional analysis to describe trajectories that show more meaningful transport patterns. The EPA has no scientific basis for concluding that the TCEQ inappropriately filtered trajectories.

Tab R6-29: Comment submitted by Louisiana Electric Utility Environmental Group LLC ("LEUEG") on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022) (EPA-R06-OAR-2021-0801-0029)



April 25, 2022

*Filed Online and via Email*

U.S. Environmental Protection Agency
EPA Docket Center (www.regulations.gov)
Dockets: EPA-R06-OAR-2021-0801 and EPA-HQ-OAR-2021-0663

EPA Region 6
ATTN: Sherry Fuerst
1201 Elm Street
Dallas, TX 75270

RE:     **Docket ID Nos. EPA-R06-OAR-2021-0801 and EPA-HQ-OAR-2021-0663**
        Comments on the *Air Plan Disapproval; Arkansas, Louisiana, Oklahoma, and*
        *Texas; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National*
        *Ambient Air Quality Standards*
        U.S. EPA Proposed SIP Disapproval – 87 Fed. Reg. 9798 (Feb. 22, 2022)

Dear Sir or Madam:

        The Louisiana Electric Utility Environmental Group LLC ("LEUEG") submits these
comments to the U.S. Environmental Protection Agency ("EPA") concerning the above-referenced
proposed disapproval of the Louisiana State Implementation Plan ("SIP") related to the interstate
transport of air pollution for the 2015 8-hour Ozone National Ambient Air Quality Standard
("NAAQS") (the "Proposed SIP Disapproval"). LEUEG is an association of Louisiana electric
utilities designed, in part, to communicate environmental concerns of the utility sector to
government agencies and includes Entergy Louisiana, LLC, Cleco Corporate Holdings LLC,
AEP/SWEPCO, Louisiana Energy & Power Authority ("LEPA"), Lafayette Public Power
Authority ("LPPA"), and NRG Energy.

        Pursuant to the Clean Air Act ("CAA"), EPA is proposing to disapprove SIP submittals
from Louisiana and three other states regarding their effort to control interstate transport of ozone
precursors to levels sufficient to prevent any significant contribution to downwind states ability to
achieve and/or maintain compliance with the 2015 8-hour Ozone NAAQS. If the Proposed SIP
Disapproval becomes final, such final action will establish a deadline of two years for EPA to
promulgate a Federal Implementation Plan ("FIP") for Louisiana, which would take effect unless
Louisiana submits an approvable SIP to address such interstate transport. Based on the proposed
disapproval, EPA is also proposing in a separate rulemaking to promulgate a FIP for Louisiana
and twenty-two other states. (*See,* Docket No. EPA-HQ-OAR-2021-0668, 87 Fed. Reg. 20036,

April 6, 2022).

As a part of these comments, LEUEG also requests a 60-day extension of the comment deadline for EPA's Proposed SIP Disapproval relating to Louisiana. LEUEG is aware of numerous requests for extensions by industry stakeholders and believes EPA's rejections of these requests to date is unreasonable and unwarranted under the circumstances. As noted in other requests, more time is plainly necessary for review of the 4-step Interstate Transport results, EPA's Ozone Transport Modeling under the 2016v2 platform, and EPA's after-the-fact change from its 2018 memorandum (2011 base year) to the 2016v2 modeling (2016 base year) by the state agencies and stakeholders.

These comments address only the Proposed SIP Disapproval. Separate comments will be provided concerning the proposed Federal Implementation Plan.

## I.      INCORPORATION OF LCA COMMENTS

LEUEG adopts and incorporates by reference the comments submitted to EPA by the Louisiana Chemical Association ("LCA"), dated April 25, 2022, concerning the Proposed SIP Disapproval.

## II.     ADDITIONAL COMMENTS

### A.   EPA Has a Narrow Role in the SIP Process

EPA's proposed disapproval of Louisiana's interstate transport SIP for the 2015 ozone NAAQS exceeds the Agency's authority under the Clean Air Act ("CAA"). The CAA creates a system of cooperative federalism whereby EPA "determines the ends—the standards of air quality—while states are given the initiative and broad responsibility to determine the means to achieve those ends."[1]  Accordingly, the CAA grants states the authority to develop plans addressing NAAQS[2] and the states have extensive discretion in what their plans encompass.[3] The states' primary role in developing SIPs under Section 110 also extends to the "Good Neighbor"

---

[1] *Concerned Citizens of Bridesburg v. EPA*, 836 F.2d 777, 779 (3rd. Cir. 1987) (citing *Bethlehem Steel Corp. v. Gorsuch*, 742 F.2d 1028, 1036 (7th Cir. 1984)).

[2] *See* 42 U.S.C. § 7410(a) (requiring States to submit plans to implement, maintain, and enforce NAAQS); *see also Com. of Va. v. EPA*, 108 F.3d 1397, 1407 (D.C. Cir.), decision modified on reh'g, 116 F.3d 499 (D.C. Cir. 1997) (stating that the CAA "expressly gave the states initial responsibility for determining the manner in which air quality standards were to be achieved.").

[3] *See Union Elec. Co. v. EPA*, 427 U.S. 246, 250 (1976) ("Each State is given wide discretion in formulating its plan."); *Train v. NRDC*, 412 U.S. 60, 79 (1975) ("[EPA] is relegated by the [Clean Air] Act to a secondary role in the process of determining and enforcing the specific, source-by-source emission limitations which are necessary if the national standards it has set are to be met."); *Fla. Power & Light Co. v. Costle*, 650 F.2d 579, 587 (5th Cir. 1981) ("The great flexibility accorded the states under the Clean Air Act is further illustrated by the sharply contrasting, narrow role to be played by EPA.").

obligation in CAA Section 110(a)(2)(D)(i)(I) to develop SIPs to address interstate transport.[4]

EPA's role is limited once a state submits a SIP. According to Section 110 of the CAA, the Administrator *shall* approve [a SIP or SIP revision] as a whole if it meets all of the applicable requirements of this chapter."[5] EPA has long recognized its limited role; most recently in a SIP approval earlier this month:

> [T]he Administrator is required to approve a SIP submission that complies with the provisions of the CAA and applicable Federal regulations. 42 U.S.C. 7410(k); 40 CFR 52.02(a). Thus, in reviewing SIP submissions, EPA's role is to approve state choices, provided that they meet the criteria of the CAA.[6]

Given EPA's limited role, it is inappropriate for EPA to propose "to apply a consistent set of *policy judgments* across all states for purposes of evaluating interstate transport obligations and the approvability of interstate transport SIP submittals for the 2015 ozone NAAQS,"[7] including for the proposed disapproval of Louisiana's SIP. Policy judgments have no place in determining whether a SIP meets applicable CAA requirements. With respect to EPA's proposed disapproval of Louisiana's SIP, EPA is proposing to disapprove of Louisiana's use of an alternative 1 ppb threshold to identify projected nonattainment and/or maintenance receptors in other states, in part due to EPA's determination that use of an alternative threshold "may be impractical or otherwise inadvisable for a number of additional policy reasons."[8] Impracticality, like policy reasons, play no part in whether a SIP meets the applicable CAA requirements.

Further, EPA cannot base disapproval of a SIP on the fact that states, even when following the 4-Step interstate transport framework that EPA has established, may apply different thresholds in Step 2 of the framework, which would have "the potential to result in inconsistent application of interstate transport obligations based solely on the strength of a state's SIP submittal at Step 2 of the 4-Step framework."[9] The states, in the first instance, have wide discretion in determining how to achieve the NAAQS, including their interstate transport obligations, and EPA cannot force the states to adopt approaches reflecting the Agency's policy preferences for consistency in

---

[4] *See North Carolina v. EPA*, 531 F.3d 896, 923 (D.C. Cir. 2008) ("the text of section 110 . . . establishes the state as the appropriate primary administrative unit to address interstate transport of emissions.") (citations omitted); *see also Michigan v. EPA*, 213 F.3d 663, 671 (D.C. Cir. 2000).

[5] 42 U.S.C. § 7410(k)(3) (emphasis added).

[6] Air Plan Approval; Wisconsin; Redesignation of the Wisconsin Portion of the Chicago-Naperville, Illinois-Indiana-Wisconsin Area to Attainment of the 2008 Ozone Standard, 87 Fed. Reg. 21027, 21028 (Apr. 11, 2022).

[7] 87 Fed. Reg. 9798, 9801 (Feb. 22, 2022) (emphasis added).

[8] 87 Fed. Reg. at 9812-13; *see also* 87 Fed. Reg. at 9813 ("it is not clear that national ozone transport policy is best served by allowing for less stringent thresholds at Step 2.").

[9] 87 Fed. Reg. at 9813.

interstate transport obligations.  A "SIP basically embodies a set of choices . . . *that the state must make for itself* in attempting to reach the NAAQS with minimum dislocation."[10]

EPA also cannot substitute its own judgment for that of the state's in crafting a SIP, as the courts have recognized.[11]  Accordingly, the fact that EPA has consistently applied Step 3 of its 4-Step framework to identify "significant" emissions contributions for its ozone transport Federal Implementation Plans ("FIPs") and "this interpretation of the statute has been upheld by the Supreme Court,"[12] has no bearing on whether a state's different choices for its own SIP are approvable under the CAA.  In determining whether a state's emissions significantly contribute to nonattainment or interfere with maintenance, EPA explains that "states must complete an analysis similar to the EPA's (or an alternative approach to defining "significance" that comports with CAA requirements.)"[13]  Yet, there is no requirement in the CAA that states must complete an analysis similar to EPA's and EPA has not attempted to adopt regulatory standards that purport to define the regulatory requirements for interstate transport SIPs.  EPA's analysis of Louisiana's approach for defining significant contribution with respect to whether there is a "persistent and consistent" pattern of contribution from the state appears largely focused on explaining that the state's approach is inferior to EPA's rather than on explaining why the state's determination does not comport with the CAA.[14]

Accordingly, EPA's Proposed Disapproval of Louisiana's SIP falls short and EPA has overstepped its authority under the CAA.  EPA should re-evaluate Louisiana's SIP on the basis of whether the SIP meets the applicable requirements of the CAA, not on the basis of whether Louisiana made different choices than EPA would have made had it been the decision-maker with respect to fulfilling the state's Good Neighbor obligation to address interstate transport of ozone under Section 110(a)(2)(D)(i)(I) of the CAA.  EPA also must avoid any policy determinations or a desire to adopt a "national ozone transport policy" in evaluating Louisiana's SIP.

---

[10] *Bridesburg,* 836 F.2d at 780–81 (emphasis added); *see also Com. of Va.*, 108 F.3d at 1410 (D.C. Cir.) (CAA Section 110 "does not enable EPA to force particular control measures on the states.").

[11] *Bridesburg*, 836 F.2d at 781 (quoting *Train v. Natural Res. Def. Council, Inc*., 421 U.S. 60, 79 (1975)) (internal citations and quotations omitted) ("EPA has limited authority to reject a SIP . . . .  The [CAA] gives the Agency no authority to question the wisdom of a State's choices of emission limitations if they are part of a plan which satisfies the standards of [Section 110(a)(2)], and the Agency may devise and promulgate a specific plan of its own only if a State fails to submit an implementation plan which satisfies those standards.").

[12] 87 Fed. Reg. at 9814.

[13] 87 Fed. Reg. at 9814.

[14] 87 Fed. Reg. at 9814.

**B.  The Appropriate Venue for Hearing Challenges to the Proposed Disapproval of Louisiana's SIP Is the Fifth Circuit.**

EPA claims that the appropriate venue for challenges to EPA's final action on the interstate transport SIPs for Louisiana, Arkansas, Texas, and Oklahoma is the U.S. Court of Appeals for the District of Columbia Circuit ("D.C. Circuit").[15]  Under Section 307(b)(1) of the CAA, for purposes of determining venue for challenges to EPA actions, the relevant questions are whether the action is: (1) a nationally applicable action; (2) a locally or regionally applicable action; or (3) a locally or regionally applicable action based on a determination that has nationwide scope or effect.[16]

EPA claims that the Proposed SIP Disapproval, if finalized, would be a "nationally applicable" action under CAA Section 307(b)(1) because it would address four states, located in three different Federal judicial circuits, and "would apply uniform, nationwide analytical methods, policy judgments, and interpretation with respect to the same CAA obligations."[17]  EPA's reasoning is insufficient to make the final rulemaking a "nationally applicable" action and it would be inconsistent with EPA's recent final rulemaking approving the ozone interstate transport SIPs for Florida, Georgia, North Carolina, and South Carolina.[18]  Despite the fact that rulemaking applied to four states located in two different Federal judicial circuits, and also relied on EPA's 4-Step framework, EPA did not determine that action was nationally applicable, with judicial review available only in the D.C. Circuit.  Instead, EPA determined that judicial review of the rule must be filed in the United States Court of Appeals for the appropriate circuit.[19]

In the alternative to determining that the final rulemaking would be "nationally applicable," EPA states "the Administrator intends to exercise the complete discretion afforded to him under the CAA to make and publish a finding that the final action … is based on a determination of 'nationwide scope or effect.'"[20]  However, despite the Agency's unsupported claim, EPA is not afforded "complete discretion" in proposing to find that the final rulemaking would be based on a determination of "nationwide scope or effect" within the meaning of CAA Section 307(b)(1).  Courts do not defer to EPA's determination of venue.[21]  Likewise, there is no provision in CAA Section 307(b)(1) that gives EPA the exclusive authority to determine whether an action is based on a determination of nationwide scope or effect.[22]  Rather, the CAA "provides a clear metric by

---

[15] 87 Fed. Reg. at 9835.

[16] *See* 42 U.S.C. § 7807(b)(1); *see also Texas v. EPA*, 829 F.3d 405, 418 (5th Cir. 2016).

[17] 87 Fed. Reg. at 9835.

[18] Air Plan Approval; FL, GA, NC, SC; Interstate Transport (Prongs 1 and 2) for the 2015 8-Hour Ozone Standard, 86 Fed. Reg. 68,413 (Dec. 2, 2022).

[19] 86 Fed. Reg. at 68,430;

[20] 87 Fed. Reg. at 9835.

[21] *Texas v. EPA*, 829 F.3d 405, 417–18 (5th Cir. 2016).

[22] *Id* at 420.

which a court can assess the scope or effect of the relevant determinations.  The reviewing court merely asks whether the scope or effect of the determinations is nationwide."[23]

EPA's intent to "apply uniform, nationwide analytical methods, policy judgments, and interpretation with respect to the same CAA obligations" in this and other ozone transport SIP rulemakings would not transform any of the final rulemakings into one that is "based on a determination of nationwide scope or effect."  Indeed, it would be arbitrary and capricious for EPA to apply non-uniform analytical methods, inconsistent policy judgments, and inconsistent interpretations to the various state ozone transport SIP submittals.  If EPA relies on the same concept or interpretation in "other final agency action, it will be subject to judicial review upon challenge" to that separate action.[24]  In approving the interstate transport SIPs for Georgia, Florida, North Carolina, and South Carolina, EPA relied on the same 4-Step framework on which it relied for this rulemaking, as noted above, and yet EPA made no claim that its approval of those states' SIPs was based on a determination of nationwide scope or effect, in direct contrast to the this rulemaking.[25]

Despite EPA's claim that its final rulemaking with respect to the ozone transport SIPs for Arkansas, Louisiana, Texas, and Oklahoma will be nationally applicable or based on a determination of nationwide scope or effect, EPA's final action on these states' SIPs will be locally or regionally applicable, and *not* based on a determination of nationwide scope or effect.  "The question of applicability turns on the legal impact of the action as a whole."[26]  Here, EPA's proposed action is limited to a single EPA region and directly impacts only four states.  This is the prototypical example of a regionally applicable action.  Although EPA claims to be applying uniform, nationwide analytical methods, policy judgments, and interpretations, EPA's proposed disapprovals are inherently state-specific and depend on the "facts and circumstances of each particular state's submittal."[27]  Accordingly, petitions for review of EPA's final action with respect to the interstate ozone transport SIPs may be brought only in the court of appeals for the appropriate circuit.  For EPA's final action with respect to Louisiana's SIP, that will be the U.S. Court of Appeals for the Fifth Circuit.

---

[23] *Id.*

[24] *Sierra Club v. EPA*, 926 F.3d 844, 849 (D.C. Cir. 2019).

[25] See 86 Fed. Reg. 68,413.

[26] *Texas*, 829 F.3d at 419; *accord Texas v. EPA*, No. 10-60961, 2011 WL 710598, at *2 (5th Cir. Feb. 24, 2011) (unpublished) ("Determining whether an action by the EPA is regional or local on the one hand or national on the other should depend on the location of the persons or enterprises that the action regulates rather than on where the effects of the action are felt." (internal quotation omitted)).

[27] 87 Fed. Reg. at 9801.

## III.    CONCLUSION

LEUEG appreciates the opportunity to comment on EPA's proposed disapproval of the Louisiana SIP related to the interstate transport of air pollution for the 2015 8-hour Ozone NAAQS. As discussed, LEUEG believes that the Louisiana's SIP adequately addresses interstate transport obligations and should be approved by EPA.

As discussed more fully in LCA's comments (which are incorporated into LEUEG's comments), EPA failed to act on the Louisiana Transport SIP timely, which led to LDEQ and EPA performing the required analysis under differing modeling sets. Louisiana's Transport SIP includes the analysis required by CAA §110(a)(2)(D)(i) based on the *2015 Ozone NAAQS Memo*, including the identification of potential linkages for further review and proper use of the HYSPLIT model to establish there are no persistent or consistent relations between the cited Texas receptors and Louisiana air emissions. EPA's 2016v2 model also requires additional refining and corrections due to *decreased* emissions in Louisiana and stationary sources that have been permanently closed but not reflected in EPA's model.

Finally, as noted above, EPA has a very limited role in the SIP process and in this instance, EPA's proposed disapproval of Louisiana's SIP exceeds the EPA's authority under the Clean Air Act.  Furthermore, the correct venue for any challenge to EPA's final determination is the Fifth Circuit, not the D.C. Circuit as alleged by EPA.

If you have any questions concerning these comments, I can be reached by email at kyle@beall.law.

Very truly yours,

*Kyle Beall*

Kyle B. Beall
LEUEG Legal Counsel

**Tab R6-31: Comment submitted by Department of Environmental Quality on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022) (EPA-R06-OAR-2021-0801-0031)**



JOHN BEL EDWARDS
GOVERNOR

CHUCK CARR BROWN, PH.D.
SECRETARY

# State of Louisiana
## DEPARTMENT OF ENVIRONMENTAL QUALITY
## OFFICE OF THE SECRETARY

Interstate Transport of Air Pollution for the 2015
8-Hour Ozone National Ambient Air Quality Standards
State of Louisiana

Via: www.regulations.gov: Docket ID No. EPA-R06-OAR-2021-0801

To whom it may concern:

By way of this correspondence, the Louisiana Department of Environmental Quality (LDEQ) respectfully submits comments on the proposed rule "Air Plan Disapproval: Arkansas, Louisiana, Oklahoma and Texas; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards" published in the *Federal Register* on February 22, 2022.[i]

The U.S. Environmental Protection Agency (EPA) is proposing to disapprove State Implementation Plan (SIP) submittals from Arkansas, Louisiana, Oklahoma, and Texas regarding interstate transport for the 2015 8-hour Ozone National Ambient Air Quality Standards (NAAQS). This provision requires each state's SIP to contain adequate provisions prohibiting emissions within the state from significantly contributing to other states meeting the NAAQS.

Louisiana submitted the Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards SIP on November 12, 2019, and EPA issued a "completeness finding" on November 14, 2019. According to Federal Clean Air Act (FCAA) §110(k)(2), "within 12 months of a determination…the [EPA] Administrator shall act on the submission in accordance with paragraph (3)." Paragraph three (3) addresses full and partial approval and disapproval. The FCAA is silent on the state's recourse if EPA fails to act, which leads us to the current proposal. In this proposal, EPA presents modeling results that change the predicted impacts on downwind states. It is important to note that EPA's modeling results were not available to states prior to the initial submittal. If the disapproval of the proposed SIP is finalized, EPA has a two-year timeframe to develop a Federal Implementation Plan (FIP) to address the relevant interstate transport requirements. Alternatively, EPA could approve a subsequent SIP submittal that meets these requirements. EPA proposed the FIP on April 6, 2022[ii] some 43 days later.

I.)     EPA finds in its proposal that Louisiana's November 2019 submittal does not meet the obligations with respect to prohibiting emissions that contribute significantly to nonattainment or interfere with maintenance of the 2015 NAAQS in downwind states based upon EPA's 4-step interstate transport framework.

LDEQ has an established Part 70 air permitting program, approved by EPA. The program's regulations set forth obligations that industry must follow prior to construction. All permit applications must show that their potential to emit emissions meets the prevention of significant deterioration (PSD) or nonattainment new source review requirements (NNSR). To date, there have been no FCAA §126 actions filed against Louisiana. FCAA §126 gives a state the authority to ask EPA to set emissions limits for specific sources of air pollution in other states that significantly contribute to nonattainment or interfere with maintenance of one or more NAAQS in the petitioning state.

Comments: Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality
Standards, State of Louisiana
Page 2

II.) EPA's discussion of 1% of the standard (or 0.07 ppb) versus 1 part per billion (ppb) is silent
on linkages to Sheboygan WI, which LDEQ used, yet dismisses its use on linkage to other
monitors because the 2016v2 modeling shows increased transport.

This discussion is moot. Use of 1% of the standard is problematic as EPA's own performance specifications
for automated analyzers allow up to 2.5 ppb as "noise" according to Table B-1, Subpart 53.

III.) Arbitrary and capricious model biases and inequities.

LDEQ submitted the mandatory 2015 8-Hour Ozone Transport SIP on November 12, 2019, based on EPA's
Model 2016v1. However, EPA unjustly and prejudicially based the disapproval on an updated version,
2016v2, which includes refinements that have not been peer reviewed. Furthermore, this modeling was
performed after the SIP deadline.

Significant differences are present in EPA's modeling used for LDEQ's 2019 submittal and the modeling
used to theorize the disapproval proposal. This points to substantial alterations to model input parameters.
LDEQ, as well as the states included in this notice, were not allowed to review or comment on the newer
model and/or inputs prior to use in the disapproval process.

EPA used variable selection and quantile regression, an unproven technique that the states were not afforded
the opportunity to review and provide comment.

IV.) Measured verifiable data shows that ozone precursor (NOx and VOC) emissions have
decreased, demonstrating that existing regulations are functioning properly to ensure cleaner
air for our citizens, and by extension, our state neighbors. Statewide ozone precursor levels are
as follows:

Louisiana Precursor Emissions 2015-2020

|  | VOC (tpy) | NOx (tpy) |
|---|---|---|
| 2015 | 56443.98481 | 151108.9964 |
| 2016 | 55761.55776 | 143770.0874 |
| 2017 | 55949.0158 | 133811.5786 |
| 2018 | 56993.3932 | 138714.1833 |
| 2019 | 60378.58398 | 134811.2971 |
| 2020 | 52953.43256 | 122208.6137 |

The data unmistakably demonstrates that there is less to transport, yet EPA has determined that Louisiana
will contribute more in the future.

Projected Nonattainment and Maintenance Receptors

| Monitor ID | County | Projected 2017 LA Contribution | Projected 2028 LA Contribution |
|---|---|---|---|
| 480850005 | Collin | 0.97 | 3.65 |
| 481210034 | Denton | 1.89 | 2.89 |
| 481211032 | Denton | 1.71 | 3.68 |

Comments: Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, State of Louisiana
Page 3

| 482010047 | Harris  | 3.03 | 4.62 |
|-----------|---------|------|------|
| 482010051 | Harris  | 5.01 | 4.92 |
| 482010055 | Harris  | 5.07 | 5.34 |
| 482010066 | Harris  | 4.61 | 4.04 |
| 484390075 | Tarrant | 2.08 | 0.92 |
| 484393009 | Tarrant | 1.93 | 1.99 |

Additionally, EPA formulated part of their proposed disapproval on results from the journal article, "*Improved estimation of trends in U.S. ozone concentrations adjusted for interannual variability in meteorological conditions*,"[iii] authored by several EPA members/employees and one external author. This article was not peer reviewed, neither is it available without purchase. In the spirit of transparency, this article should be made available in the Docket with other supplementary materials. Moreover, the article includes a disclaimer that states "Although this article has been reviewed by the U.S. EPA and approved for publication, it does not necessarily reflect the U.S. EPA's policies or views." Atypically, the subject matter of the article is accounted for in tweaks to the 2016v2 modeling.

LDEQ requests that EPA rescind their disapproval of and reconsider approval of LDEQ's Interstate Transport State Implementation Plan for the 2015 8-Hour Ozone National Ambient Air Quality Standards based on the parameters that were provided by EPA prior to submittal. Should you have any questions concerning this submittal, please contact Jason Meyers, Administrator, Air Planning and Assessment Division at (225) 219-3408.

Sincerely,

Chuck Carr Brown, Ph.D.
Secretary

4-25-2025

Date

c: Sherry Fuerst

---

[i] 87 FR 9798
[ii] 87 FR 20036
[iii] Atmospheric Environment 248 (2021) 118234

Tab R6-35: Comment by Entergy Services, LLC, on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022)
(EPA-R06-OAR-2021-0801-0035)



**Entergy Services, LLC**
639 Loyola Avenue
P. O. Box 61000
Mail Unit L-ENT-4E
New Orleans, LA 70161-1000
Tel  504 576 4928

LES-22-044

April 25, 2022

Administrator Michael Regan
C/O EPA Docket Center (EPA/DC)
Docket ID No. EPA-RO6-OAR-2021-0801-0001
Docket ID No. EPA-RO4-OAR-2021-0841-0010
U.S. Environmental Protection Agency
*Fuerst.sherry@epa.gov*

RE:    Request for an Extension of the Comment Periods for EPA's *Air Plan Disapproval; Arkansas, Louisiana, Oklahoma, and Texas; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards*, 87 Fed. Reg. 9798 (February 22, 2022), and *Air Plan Disapproval; AL, MS, and TN: Interstate Transport Requirements for the 2015 8-Hour Ozone National Ambient Air Quality Standards, 87 Fed. Reg. 9545 (February 22, 2022)*

**ATTN:        Docket ID No. EPA-RO6-OAR-2021-0801-0001 (USEPA Region 6)**

**Docket ID No. EPA-RO4-OAR-2021-0841-0010 (USEPA Region 4)**

Dear Administrator Regan,

Entergy Services, LLC (ESL), on behalf of Entergy Louisiana, LLC (ELL), Entergy Mississippi, LLC (EML) and Entergy Texas, LLC (ETI) requests a 60-day extension of the comment deadline for EPA's *Air Plan Disapproval; Arkansas, Louisiana, Oklahoma, and Texas; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards*, and *Air Plan Disapproval; AL, MS, and TN: Interstate Transport Requirements for the 2015 8-Hour Ozone National Ambient Air Quality Standards* (collectively Proposals) on behalf of ELL, EMI and ETI. Additional time is necessary to thoroughly review the voluminous record supporting the Proposals, including the state-specific 4-Step Interstate Transport results, the EPA's Ozone Transport Modeling under the 2016v2 platform, and the EPA's after-the-fact change from the EPA 2018 memorandum (2011 base year) to the 2016v2 modeling (2016 base year). ESL requests additional time because:

(1) The modeling necessary to evaluate the information presented in support of the Proposals is incredibly detailed and time consuming and additional time is necessary for evaluating this modeling with respect to facilities' individual circumstances compared to the modeling on which Louisiana, Mississippi and Texas relied.

(2) EPA's deviation from the standard practice of allowing States to propose alternatives to State Implementation Plans (SIP) where EPA has proposed to disapprove a SIP submittal and to do so under a two-year time cycle prevents meaningful public input on the Proposals. This deviation is particularly



troubling given that EPA is basing its proposed disapproval of Louisiana, Mississippi and Texas SIPs on a modeling platform that was unavailable to these states at the time they submitted their SIPs to EPA. EPA is required to approve SIPs under the Clean Air Act if they meet the requirements of the Act, even if EPA would have made different choices. In releasing a new modeling platform only a few months before EPA's long-delayed proposed action on the SIPs and deciding that modeling platform is the standard by which all interstate transport SIPs for the 2015 ozone NAAQS must be judged, EPA failed to provide the states, including Louisiana, Mississippi and Texas, with sufficient notice of what is required under the Act for an approvable SIP and is now failing to give these states adequate time to review and submit a SIP revision before EPA intends to promulgate a Federal Implementation Plan (FIP) that will require facilities in Louisiana, Mississippi and Texas to begin making NOx emission reductions.

(3) EPA's release of a proposed FIP, with a myriad of data that must be reviewed and evaluated during much of the same timeframe.

Any of these reasons should be sufficient justification to extend the comment deadline. Taken together, these reasons should compel the EPA to grant ESL's request for a 60-day extension.

ELL, EML and ETI operate 21 facilities in Louisiana, Mississippi and Texas which would be significantly affected by the proposed FIP.  The duty to develop a SIP under Section 110(a) is imposed on the States of Louisiana, Mississippi and Texas (the "States").  ESL and the States, under the current timeline of the Proposals, do not have sufficient time to meaningfully review and provide comment on the Proposals. The importance of this public comment process— the purposes of which include ensuring informed agency decision-making, encouraging public participation in the administrative process, and ensuring that agencies keep an open mind towards their rules—"cannot be overstated." *N.C. Growers' Ass'n v. United Farm Workers*, 702 2 F.3d 755, 763 (4th Cir. 2012). To achieve these purposes, "the opportunity to comment 'must be a meaningful opportunity.'" *Id.* (quoting *Prometheus Radio Project v. FCC*, 652 F.3d 431, 450 (3d Cir. 2011)).

ESL, the States and other experts therefore need additional time to provide their best guidance. Thank you for your consideration of ESL's request for an extension of the comment period for the Proposals by 60 days.

Sincerely,

Charles Kominas
Entergy – Power Generation Environmental Director

**Tag R6-38: Comment submitted by Cleco Corporate Holdings LLC on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022) (EPA-R06-OAR-2021-0801-0038)**



Cleco Corporate Holdings LLC
2030 Donahue Ferry Rd
P. O. Box 5000
Pineville, LA 71361-5000
318 484-7718

*SUBMITTED at WWW.Regulations.Gov*

April 25, 2022

U.S. Environmental Protection Agency
EPA Docket Center (www.regulations.gov)
Docket: EPA-R06-OAR-2021-0801

**RE:  Comments provided by Cleco Corporate Holdings LLC on** *Air Plan Disapproval;*
*Arkansas, Louisiana, Oklahoma, and Texas; Interstate Transport of Air Pollution for*
*the 2015 8-Hour Ozone National Ambient Air Quality Standards* **- Proposed Rule – 87**
**Fed. Reg. 9798 (Feb. 22, 2022). EPA Docket ID No. EPA-R06-OAR-2021-0801**

The Louisiana Department of Environmental Quality (LDEQ) made a SIP submission, dated
November 8, 2019, addressing the State of Louisiana's interstate transport of air emissions for
the 2015 ozone NAAQS. The SIP submission provided LDEQ's analysis of Louisiana's impact
to downwind states and concluded that emissions from Louisiana will not contribute significantly
to nonattainment or interfere with maintenance of the 2015 ozone NAAQS in other states. On
February 22, 2022, EPA (Agency) published in the Federal Register, at 87 Fed. Reg. 9,798, a
proposed rule entitled Air Plan Disapproval; Arkansas, Louisiana, Oklahoma, and Texas;
Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality
Standards (Proposal). In the Proposal, the Agency indicates that it proposes to disapprove
Louisiana's November 8th 2019 SIP submission addressing the interstate transport of air
pollution for the 2015 ozone NAAQS because it does not meet the State's obligations with
respect to prohibiting emissions that contribute significantly to nonattainment or interfere with
maintenance of the 2015 NAAQS in any other state.

Cleco Corporate Holdings LLC (Cleco) respectfully submits these comments concerning EPA's
proposed disapproval of the Louisiana State Implementation Plan. Cleco is a regional energy
holding company that conducts its business operations through its subsidiaries, Cleco Power
LLC and Cleco Cajun LLC. Cleco Power is a regulated electric public utility company that owns
nine generating assets with a total nameplate capacity of 3,310 MWs and serves approximately
290,000 customers in Louisiana through its retail business and supplies wholesale power in
Louisiana and Mississippi.  Cleco Cajun is an unregulated utility company that owns eight
generating assets with a total nameplate capacity of 3,555 MWs, with contracts serving nine
Louisiana cooperatives, five wholesale municipal customers and one electric utility. Cleco
appreciates the opportunity to provide these comments to EPA.

**Comment 1**
**Incorporation of LEUEG Comments.**

Cleco adopts and incorporates by reference the comments submitted to EPA by Louisiana Electric Utility Environmental Group (LEUEG), dated April 25, 2022, concerning the Proposal.


**Comment 2**
**Cleco requests a 60-day extension of the comment period for the Proposal.**

Cleco again requests a 60-day extension of the comment deadline for the Proposal. Due to the great volume of information in which EPA based its SIP disapprovals, additional time is necessary for review of the material which includes the state-specific 4-Step Interstate Transport results, the EPA's Ozone Transport Modeling under the 2016v2 platform, and the EPA's after-the-fact change from the EPA 2018 memorandum (2011 base year) to the 2016v2 modeling (2016 base year). In more detail, more time is requested because:

1) The modeling necessary to evaluate the information presented in support of the Proposal is incredibly detailed and time consuming and additional time is necessary for evaluating this modeling with respect to facilities' individual circumstances compared to the modeling on which Louisiana and others relied.

(2) EPA's deviation from the standard practice of allowing States to propose alternatives to State Implementation Plans (SIP) where EPA has proposed to disapprove a SIP submittal and to do so under a two-year time cycle prevents meaningful public input on the Proposal. This deviation is particularly troubling given that EPA is basing its proposed disapproval of Louisiana's SIP on a modeling platform that was unavailable to Louisiana at the time it submitted its SIP to EPA. EPA is required to approve SIPs under the Clean Air Act if they meet the requirements of the Act, even if EPA would have made different choices. In releasing a new modeling platform only a few months before EPA's long-delayed proposed action on the SIP and deciding that modeling platform is the standard by which all interstate transport SIPs for the 2015 ozone NAAQS must be judged, EPA failed to provide the states, including Louisiana, with sufficient notice of what is required under the Act for an approvable SIP and is now failing to give the states adequate time to review and submit a SIP revision before EPA intends to promulgate a Federal Implementation Plan (FIP) that will require facilities in Louisiana to begin making NOx emission reductions.

Any of these reasons should be sufficient justification to extend the comment deadline. Taken together, these reasons should convince EPA to grant Cleco's request for a 60-day extension. Cleco asks EPA to reconsider this request.


**Comment 3**
**The application by of the 1 ppb threshold in the Louisiana SIP proposal is appropriate.**

In EPA's evaluation of the LDEQ SIP submission, it discusses the Evaluation of Information Provided by LDEQ Regarding Steps 1 and 2. The Agency points out that LDEQ applied a 1 ppb

threshold to identify whether the state was ''linked'' to a projected downwind nonattainment or maintenance receptor.

The application of the 1 ppb threshold was the subject of discussion in the August 31, 2018 Contribution Thresholds memorandum.  EPA mentions in its Evaluation of Information Provided by LDEQ Regarding Steps 1 and 2 that it is discussed in the August 2018 memorandum that the 1 ppb threshold would be reasonable to apply with "appropriate additional analysis". However, with all due respect to the Agency, these words, "appropriate additional analysis", are not found in the August 2018 memorandum. The memorandum indicates only that "*EPA and air agencies should consider whether the recommendation for this guidance are appropriate for each situation*". At the same time, the writer of the August 2018 memorandum provides information and argument which is summarized at the end that *Because the amount of upwind collective contribution captured with the 1 percent and 1 ppb thresholds is generally comparable, overall, we believe it may be reasonable and appropriate for states to use a 1 ppb contribution threshold, as an alternative to a 1 percent threshold, at Step 2 of the 4-step framework in developing their SIP revisions addressing the good neighbor provision for the 2015 ozone NAAQS.* Again, the memorandum does not call for the party utilizing the 1 ppb threshold to conduct "appropriate additional analysis". But as found in the Louisiana SIP, LDEQ did consider whether the recommendation for the August 31, 2018 guidance was  appropriate for the situation and this was documented in the SIP. That is, *The LDEQ has maintained that an arbitrary threshold of 1% of the NAAQS for significant contribution to nonattainment or interference with maintenance is not applicable because the value is not detectable by the monitor and following the manner in which a design value is calculates, one percent of the standard would be truncated to zero. Therefore, Louisiana will use the flexibility allowed in the March 2018 memorandum allowing the use of 1 ppb.* In addition, LDEQ further indicated in the SIP, *the use of 1% of the NAAQS threshold for modeled contribution as the sole definition of significant contribution is inappropriate for the 2015 ozone NAAQS since the more stringent 0.7 ppb threshold is an order of magnitude smaller than the biases and errors typically documented for regional photochemical modeling (Simon et al., 2012).* It's obvious that LDEQ considered whether the recommendation for this guidance was appropriate for the situation.

However, EPA goes on to indicate in the Proposal that now its position is that although it has not revoked the guidance in the August 2018 memorandum, it no longer considers the August 2018 memorandum guidance's approval of reliance on the 1 ppb screening threshold as proper. It is inappropriate for EPA to change course on what was presented in its August 2018 memorandum analysis because many in the regulated community relied upon it in the crafting of their state implementation plans. Cleco encourages the Agency to continue to support the August 2018 memorandum as written.

**Comment 4**
**The LDEQ HYSPLIT modeling demonstrates the absence of a persistent and consistent pattern of contribution of pollutants to Texas monitors from Louisiana.**

For identified monitors in Texas, LDEQ performed HYSPLIT modeling to examine the significance of contribution under the 1 ppb threshold.  LDEQ followed EPA's suggestion that it provide back trajectories for all high ozone days for the Texas (Houston and Dallas area)

monitors. This involved the providing of back trajectories for 99 exceedances during the 2015-2018 season. It's interesting that, while EPA suggested (perhaps requested) LDEQ to conduct back trajectory analysis, in the Proposal it now opposes LDEQ's use of the HYSPLIT back trajectory analysis. The Agency indicates that HYSPLIT is only a corollary analysis for examining the general plausibility of the photochemical model linkages and that the use of back trajectories do not quantitatively evaluate the magnitude of the existing photochemical contributions because the "calculations do not account for any air pollution formation, dispersion, transformation, or removal processes as influenced by emissions, chemistry, deposition, etc." EPA should explain why the HYSPLIT analysis cannot be relied upon due to these reasons and also more thoroughly explain why the use of back trajectories is not sufficient to determine significant contribution. Nevertheless, the back trajectory analyses showed that on high ozone days at the Texas receptors that were identified using the March 27, 2018 memorandum (March 27, 2018, *Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section (D)(i)(I)*), only 28% of the trajectories traveled in or through Louisiana. Of that 28%, only 8% originated in Louisiana. In addition, of the 28% of the trajectories, only 35% originated in or crossed the industrialized part of the State. Considering that EPA proposed that LDEQ conduct the HYSPLIT analyses and also considering the results of the analyses, Cleco believes the modeling demonstrates the absence of a persistent and consistent pattern of contribution and therefore the absence of contribution-significance under the 1 ppb threshold.

**Comment 5**
**It is inappropriate for EPA to use the 2016v2 platform to evaluate the Louisiana transport SIP.**

The Agency reviewed the Louisiana SIP, for which LDEQ relied on modeling data found in the March 27, 2018 guidance memorandum (March 27, 2018, *Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section (D)(i)(I)*), and used the 2016v2 emissions platform to evaluate the Louisiana SIP. The Technical Support Document for 2016v2 was not made available until 2022 which was after the Louisiana SIP submittal. In addition, EPA relied on the air quality modeling performed using CAMx version 7.10, which was released in January 2021. This release also took place after the Louisiana SIP was submitted.

Although EPA is issuing an invitation in the Proposal for public comment on the updated 2023 modeling, which uses the 2016v2 emissions platform, EPA should not rely on modeling and data that was not available at the time of the SIP submittal deadline and has not been updated based on public comment. Instead, EPA should evaluate the Louisiana SIP based on the modeling data referred to in the March 27, 2018 memorandum (March 27, 2018, *Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section (D)(i)(I)*) and subsequent 2018 guidance documents. At least, EPA should incorporate needed revisions to the 2016v2 modeling platform based on comments provided by the states and other stakeholders as provided in this docket and then re-analyze the Louisiana SIP based on the updated/corrected modeling platform before issuing a final rule on the Louisiana SIP.

**Conclusion**

Cleco is grateful for the opportunity to comment on the Proposal and encourages EPA to seriously consider the above comments.

Respectfully submitted,

*/s/ Bill Matthews*

Bill Matthews
Director - Environmental Policy and Planning

Tab R6-39: Comment submitted by Louisiana Chemical
Association on EPA-R06-OAR-2021-0801-0001 (Apr. 25, 2022)
(EPA-R06-OAR-2021-0801-0039)



April 25, 2022


Sherry Fuerst
USEPA REGION 6
1201 Elm Street
Suite 500
Mail Code: ARSI
Dallas, TX 75270-210
***Submitted via Federal eRulemaking Portal***

Re: *Air Plan Disapproval; Arkansas, Louisiana, Oklahoma, and Texas;*
*Interstate Transport of Air Pollution for the 2015 8-Hour Ozone*
*National Ambient Air Quality Standards*
87 Federal Register 9798 (February 22, 2022)
Docket Nos. EPA–R06–OAR–2021–0801 and
EPA-HQ-OAR-2021-0663
Comments of the Louisiana Chemical Association
File No.: 3645-394

Dear Ms. Fuerst:

On behalf of the Louisiana Chemical Association ("LCA"), please accept these comments on the EPA's proposed *Air Plan Disapproval; Arkansas, Louisiana, Oklahoma, and Texas; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards* published at 87 Fed. Reg. 9898 on February 22, 2022 (the "Proposed Rule").

Pursuant to the Clean Air Act ("CAA"), the Environmental Protection Agency ("EPA") is proposing to disapprove State Implementation Plan ("SIP") submittals from Louisiana and three other states regarding their effort to control interstate transport of ozone precursors to levels sufficient to prevent any significant contribution to downwind states ability to achieve and/or maintain compliance with the 2015 8-hour Ozone National Ambient Air Quality Standard ("NAAQS"). If the Proposed Rule becomes final, such action will establish a deadline of two years for EPA to promulgate a Federal Implementation Plan ("FIP") for Louisiana, which would take effect unless Louisiana submits an approvable SIP to address such interstate transport. Based on the proposed disapproval, EPA is also proposing in a separate rulemaking to promulgate a FIP for Louisiana and twenty-two other states. (*See* Docket No. EPA-HQ-OAR-2021-0668, 87 Fed. Reg. 20036, April 6, 2022). These comments address only the Proposed Rule. Separate comments will be provided concerning the proposed FIP.

LCA is a nonprofit Louisiana corporation, composed of sixty-three (63) members with over one hundred (100) chemical manufacturing plant sites in Louisiana. LCA was formed in 1959 to promote a positive business climate for chemical manufacturing that ensures long-term economic growth for its member companies. LCA members are committed to excellence in safety, health, security and environmental performance, and to protecting our employees and surrounding communities. LCA

April 25, 2022
Page 2

members include owners/operators of facilities with electric generating units and/or industrial sources that purchase power from electrical generating units that are subject to the Louisiana SIP.  In addition, some LCA members are or would become subject to the standards under the proposed FIP that would not be required absent disapproval of the Louisiana Transport SIP. Accordingly, LCA has an interest in providing comments on the EPA's proposed disapproval of the Louisiana SIP.

## **COMMENTS**

1. Background ...................................................................................................................... 3

2. EPA failed to act on the Louisiana Transport SIP timely, which led to LDEQ and the EPA performing the required analysis under differing modeling data sets ............................................ 4

3. The Louisiana Transport SIP includes the required analysis under CAA §110(a)(2)(D)(i) based on the *2015 Ozone NAAQS Memo*. ..................................................................................... 5

    a. The Louisiana Transport SIP accurately identified potential linkages for further review ........................................................................................................................... 6

    b. LDEQ's use of the HYSPLIT Model to establish that there were no persistent or consistent relationships between the cited Texas receptors and Louisiana air emissions was proper. ...................................................................................... 8

4. EPA's 2016v2 model requires refining ....................................................................... 10

    a. EPA's 2016v2 model produces results not aligned with Louisiana's decreased emissions .............................................................................................................. 10

    b. The 2016v2 inventory contains sources that are permanently closed and fails to include emissions reduction projects in Louisiana. ...................................................... 12

    c. EPA failed to take into account population decreases based on the 2020 census. ........... 15

5. Conclusion ..................................................................................................................... 16

April 25, 2022
Page 3

## 1. Background

On October 1, 2015, the EPA revised the primary and secondary NAAQS for ozone to an eight-hour standard of 0.070 parts per million (ppm) or 70 parts per billion (ppb) (80 Federal Register (FR) 65291, October 26, 2015). Within three years of the promulgation of any new or revised NAAQS, §110(a)(1) of the CAA requires states to submit a SIP revision to provide for the implementation, maintenance, and enforcement of the NAAQS. To support the SIP revision process, EPA issued guidance documents as follows:

- December 2016, *Air Quality Modeling Technical Support Document for the 2015 Ozone NAAQS Preliminary Interstate Transport Assessment* (hereinafter "the December 2016 Guidance" );[1]

- October 27, 2017, *Supplemental Information on the Interstate Transport State Implementation Plan Submissions for the 2008 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I)* (hereinafter "the October 2017 Guidance");[2]

- March 27, 2018, *Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section (D)(i)(I)* (hereinafter "the *2015 Ozone NAAQS Memo*");[3]

- August 31, 2018, *Analysis of Contribution Thresholds for Use in Clean Air Act Section 110(a)(2)(D)(i)(I) Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards* (hereinafter "the August 2018 Guidance");[4] and

- October 19, 2018, *Considerations for Identifying Maintenance Receptors for Use in Clean Air Act Section 110(a)(2)(D)(i)(I) Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards* (hereinafter "the October 2018 Guidance").[5]

---

*LCA hereby incorporates the documents at the links and/or cited below to these comments by reference:

[1] Available at: https://www.epa.gov/airmarkets/air-quality-modeling-technical-support-document-2015-ozone-naaqs-preliminary-interstate (last accessed 4/19/2022).

[2] Available at: https://www.epa.gov/airmarkets/memo-supplemental-information-interstate-transport-sips-2008-ozone-naaqs (last accessed 4/19/2022).

[3] EPA-HQ-OAR-2021-0663-0003

[4] EPA-HQ-OAR-2021-0663-0004.

[5] EPA-HQ-OAR-2021-0663-0005.

April 25, 2022
Page 4

The Louisiana Department of Environmental Quality ("LDEQ") submitted its Infrastructure SIP in two parts. The first part, submitted on February 7, 2019, addressed most elements of 42 U.S.C. 7410(a)(2) (hereinafter "CAA section 110(a)(2)") requirements for the 2015 Ozone NAAQS. The second part was submitted on November 13, 2019 to address CAA section 110(a)(2)(D)(i) (the November 13, 2019 submittal is hereinafter referred to as the "Louisiana Transport SIP").[6]

On February 28, 2020, EPA published its evaluation of the February 2019 submittal for each applicable element of §110(a)(2)(A) through (M), except for §110(a)(2)(D)(i), and proposed to approve the Louisiana infrastructure SIP as it related to those provisions.[7] The EPA issued final approval on June 2, 2020.[8]

Over two years after LDEQ submitted the Louisiana Transport SIP, on February 22, 2022, EPA proposed to disapprove the Louisiana Transport SIP, which is the subject of these comments. EPA published a proposed FIP on April 6, 2022.[9]

### 2. EPA failed to act on the Louisiana Transport SIP timely, which led to LDEQ and the EPA performing the required analysis under differing modeling data sets.

Pursuant to CAA §110(k), SIP submissions are deemed complete by operation of law six months after receipt by EPA. Thus, the Louisiana Transport SIP was deemed complete by operation of law on May 19, 2020. EPA must approve or disapprove, in whole or in a part, SIP submissions within 12 months of the SIP submissions being deemed complete. CAA §110(k)(2). Thus, EPA was required to act on the Louisiana Transport SIP by May 19, 2021. EPA did not publish its proposed disapproval of the Louisiana Transport SIP until February 22, 2022, nearly a year after it was due.[10] The deadlines in the CAA were purposefully enacted by Congress to prevent the exact situation that has arisen here – state reliance on current data and guidance being reviewed by an EPA that later has changed information, guidance, or methods.

The Louisiana Transport SIP relies on the 2023 modeling data released in the October 2017 Guidance and presented in the March 27, 2018 guidance document entitled: *Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality*

---

[6] The Louisiana Transport SIP submittal is located in the docket at EPA-R06-OAR-2021-0801-0004.

[7] Proposed Rule: *Air Plan Approval; Louisiana; Infrastructure for the 2015 Ozone National Ambient Air Quality Standards* (85 Fed. Reg. 11931) (February 28, 2020).

[8] Final Rule: *Air Quality State Implementation Plans; Approvals and Promulgations: Louisiana; Infrastructure for the 2015 Ozone National Ambient Air Quality Standards, Final rule* (85 Fed. Reg. 34106) (June 3, 2020).

[9] Proposed Rule: Federal Implementation Plan Addressing Regional Ozone Transport for the 2015 Ozone National Ambient Air Quality Standard (87 Fed. Reg. 20036) (April 6, 2022).

[10] EPA entered into a consent decree in the case of *Downwinders at Risk et al. v. Regan*, No. 21-cv-03551 (N.D. Cal), which required EPA to issue proposed rules to act on a number of pending 2015 ozone NAAQS interstate transport SIP submissions, including Louisiana's, by April 30, 2022. Under that consent decree, EPA agreed to take final action by December 15, 2022. The Consent Decree became effective upon by the Court on January 12, 2022.

April 25, 2022
Page 5

*Standards under Clean Air Act Section (D)(i)(I)* ("2015 Ozone NAAQS Memo"). The EPA issued two more guidance documents, the August 2018 and October 2018 Guidance, which provide additional information to states developing interstate transport SIP submissions for the 2015 Ozone NAAQS.

One month before LDEQ submitted the Louisiana Transport SIP, EPA released an updated modeling platform using 2016-based emissions. The platform was developed by the National Emissions Inventory Collaborative. The EPA used the 2016v1 emissions inventory in its subsequent modeling to project ozone design values and contributions for 2023.[11] Thereafter, the platform was updated as 2016v2.[12] In addition to reviewing the Louisiana Transport SIP under the March 2018 Guidance, EPA used the 2016v2 emissions platform to evaluate the Louisiana Transport SIP. The Technical Support Document for 2016v2 was not available until 2022.[13] The EPA also relied on the air quality modeling performed using Comprehensive Air-quality Model with extensions (CAMx) version 7.10, which was released in January 2021, long after the Louisiana Transport SIP was submitted.[14]

LCA supports the use of the most current and technically appropriate information in developing and reviewing SIP submissions. However, EPA is only now accepting comments on the updated 2023 modeling, which uses the 2016v2 emissions inventory platform. It is not reasonable for EPA to rely on modeling and data that (i) was not available at the time of the SIP submittal deadline and (ii) has not been updated based on public comment. EPA must evaluate the Louisiana Transport SIP based on the modeling data referred to in the *2015 Ozone NAAQS Memo* and subsequent guidance documents. At a minimum, EPA must incorporate needed revisions to the 2016v2 modeling platform based on comments provided by the states and other stakeholders as provided in this docket and then re-analyze the Louisiana Transport SIP based on the updated/corrected modeling platform before issuing a final rule on the Louisiana Transport SIP.

3.  **The Louisiana Transport SIP includes the required analysis under CAA §110(a)(2)(D)(i) based on the *2015 Ozone NAAQS Memo*.**

The LDEQ addressed the required statutory elements in the Louisiana Transport SIP to demonstrate that emissions from Louisiana sources:

- do not contribute significantly to nonattainment of the 2015 Ozone NAAQS for areas in other states;

---

[11] *See* Proposed Rule, pg. 9800 and The National Emissions Inventory Collaborative Wiki v1 Release Page at http://views.cira.colostate.edu/wiki/wiki/10202 (last accessed 4/15/2022).

[12] *See* Proposed Rule, pg. 9800 and the 2016v2 Platform EPA website at https://www.epa.gov/air-emissions-modeling/2016v2-platform (last accessed 4/15/2022).

[13] The Technical Support Document (TSD): Preparation of Emissions Inventories for the 2016v2 North American Emissions Modeling Platform is available at: https://www.epa.gov/system/files/documents/2022-02/2016v2_emismod_tsd_february2022.pdf (last accessed 4/15/2022).

[14] *See* Proposed Rule, pg. 9800 and Comprehensive Air-quality Model with extensions (CAMx) photochemical modeling, version 7.10.19, Ramboll Environment and Health, January 2021, www.camx.com.

April 25, 2022
Page 6

- do not interfere with the maintenance of the 2015 Ozone NAAQs in any other state;
- do not interfere with measures required to meet an implementation plan for any other state related to prevention of significant deterioration; and
- do not interfere with measures required to meet the implementation plan for any other state related to regional haze and visibility.

CAA §110(a)(2)(D)(i).

LDEQ also demonstrated compliance with the applicable requirements of CAA §§ 126 and 115 related to interstate and international pollution abatement. LDEQ met these requirements by implementing a three-step framework, which is equivalent to the EPA four step framework[15]:

| EPA Steps | LDEQ Steps |
|---|---|
| Step 1 - Identify monitoring sites that are projected to have problems attaining and/or maintaining the NAAQS (i.e., nonattainment and/or maintenance receptors | Step 1 – identify monitors projected to be in nonattainment or have maintenance issues in a future year |
| Step 2 - identify states that impact those air quality problems in other (i.e., downwind) states sufficiently such that the states are considered "linked" and therefore warrant further review and analysis | Step 2 – identify projected nonattainment and/or maintenance monitors in other states that might be impacted by emissions from Louisiana, tagging them for further review |
| | Step 3 – Determine if emissions from Louisiana contribute significant to nonattainment or interfere with maintenance at the monitors tagged for review in Step 2 |
| Step 3 - identify the emissions reductions necessary (if any), applying a multifactor analysis, to eliminate each linked upwind state's significant contribution to nonattainment or interference with maintenance of the NAAQS at the locations identified in Step 1 | Steps 3 and 4 of EPA's framework are relevant only if LDEQ had determined that emissions from Louisiana contribute significantly to nonattainment or interfere with maintenance at downwind monitors in another state under LDEQ-steps 1, 2, and 3. Because the LDEQ analysis showed no such significant contribution, no further analysis was required. |
| Step 4 - adopt permanent and enforceable measures needed to achieve those emissions reductions. | |

    *a.    The Louisiana Transport SIP accurately identified potential linkages for further review.*

To evaluate whether air quality impacts in downwind states are linked to emissions from an upwind state in Step 2, the EPA establishes a screening threshold to define what may constitute a "significant contribution" to nonattainment or maintenance. For prior interstate transport reviews, EPA generally used 1 percent of the NAAQS in question as the screening level for "significant contribution." For the 2015 Ozone NAAQS, EPA evaluated the use of 0.70 ppb (1 percent of the 2015 Ozone NAAQS), 1 ppb, or 2 ppb as significant contribution screening thresholds based on the absolute and relative amount of total upwind "collective contribution" captured by each of these three alternative thresholds. EPA published its findings in the August 2018 Guidance,[16] stating: "for the 2015 Ozone NAAQS, the amount of upwind

---

[15] Proposed Rule, pg. 9799; *2015 Ozone NAAQS Memo*, pgs. 2-3 of 20.

[16] *Analysis of Contribution Thresholds for Use in Clean Air Act Section 110(a)(2)(D)(i)(I) Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards (hereinafter "the August 2018 Guidance")*, pg. 3 of 8 (available in the docket at EPA-R06-OAR-2021-0801-0008).

April 25, 2022
Page 7

collective contribution captured using a 1 ppb threshold is generally comparable to the amount captured using a threshold equivalent to 1 percent of the NAAQS."[17] The August 2018 Guidance went on to conclude that: "Because the amount of upwind collective contribution captured with the 1 percent and 1 ppb thresholds is generally comparable, overall, we believe it may be reasonable and appropriate for states to use a 1 ppb contribution threshold, as an alternative to a 1 percent threshold, at Step 2 of the 4-step framework in developing their SIP revisions addressing the good neighbor provision for the 2015 Ozone NAAQS."[18]

Accordingly, LDEQ relied on the EPA's 2018 August Guidance and applied the 1 ppb screening limit in performing Step 2 of its analysis. Based on the 1 ppb screening limit, the monitors in Michigan and Wisconsin were not flagged for further analysis as the modeled contributions from Louisiana sources at those receptors were all less than 1 ppb:

| | |
|---|---|
| Milwaukee, WI | 0.72 |
| Sheboygan, WI | 0.84 |
| Allegan, MI | 0.70 |

The August 2018 Guidance notes that the contribution captured with the 1 ppb threshold versus a 0.70 ppb threshold for Milwaukee, Sheboygan, and Allegan are as follows: 83.0%, 91.8%, and 94.2%.[19] Thus, it was reasonable for the LDEQ to rely on the August 2018 Guidance approval of the 1 ppb screening threshold to exclude these locations from further analysis. Moreover, as noted by the LDEQ in the Louisiana Transport SIP: "In addition, the use of 1% of the NAAQS threshold for modeled contribution as the sole definition of significant contribution is inappropriate for the 2015 Ozone NAAQS since the more stringent 0.7 ppb threshold is an order of magnitude smaller than the biases and errors typically documented for regional photochemical modeling (Simon et al., 2012)."[20] In fact, although modeling bias (difference between monitored and modeled values) has been reduced over the last 10-15 years with updated CMAX modeling versions, summertime NOx bias still remains above the 1% threshold, particularly in the South, including Louisiana.[21]

Now, EPA's position, as indicated in the Proposed Rule, is that although EPA has not revoked the August 2018 Guidance, it no longer considers the August 2018 Guidance's approval of reliance on the 1 ppb screening threshold as proper. It is inappropriate for EPA to "pull the rug" out from under states who

---

[17] August 2018 Memo, pg. 4 of 8.

[18] *Id.*

[19] *Id.* at pg. 7 of 8.

[20] Simon H, Baker, KR, Phillips, S. 2012. Compilation and interpretation of photochemical model performance statistics published between 2006 and 2012. Atmospheric Environment 61(December): 124–139. DOI: http://dx.doi.org/10.1016/j.atmosenv.2012.07.012.Google Scholar.

[21] Toro, C, et al. 2021. *Evaluation of 15 years of modeled atmospheric oxidized nitrogen compounds across the contiguous United States.* ElemSci Anth, 9: 1. DOI: https://doi.org/10.1525/elementa.2020.00158 (last accessed April 18, 2022).

April 25, 2022
Page 8

reasonably relied upon EPA guidance that was scientifically based and not arbitrary simply because EPA now believes a different approach is preferable.  Based on similarities in the contributions captured using a 1 ppb threshold and the 0.07 ppb (1%) threshold and the fact that the bias in modeling is greater than 1% for this type of regional photochemical modeling (particularly, bias towards overprediction in the Southern states for summertime ozone), LDEQ's reliance on a 1 ppb threshold to screen out the Michigan and Wisconsin monitors noted above was reasonable. The EPA screening level now being used to evaluate Louisiana's SIP is a fraction of a part per billion – an incredibly low value. EPA has provided no scientific support for a 1% screening level to be always applied for every NAAQS without consideration of factors such as the ability to discern ozone impacts of precursors at such infinitesimally small values and model performance. Although EPA addresses the bias limitations of the modeling in the Proposed Rule,[22] it does not explain why the 1 ppb threshold is arbitrary and capricious and should not be used given the similarities in results provided in the August 2018 Guidance.

Accordingly, the EPA's proposed disapproval of LDEQ's use of the 1 ppb screening threshold, including as it relates to the exclusion of the Wisconsin and Michigan monitors from further transport analysis, was unreasonable and fails to comport with the federalism principles inherent in the CAA.  EPA must allow states the opportunity to use reasonable alternatives to the 1% screening threshold.

> **b.**    ***LDEQ's use of the HYSPLIT Model to establish that there were no persistent or consistent relationships between the cited Texas receptors and Louisiana air emissions was proper.***

In its significant contribution analysis, LDEQ identified monitors in the Dallas/Fort Worth and Houston/Galveston areas for further review under the 1 ppb screening standard: Denton Airport South (Dallas); FAA Site off Alta Vista Road (Dallas); Croix Parkway (Houston); Aldine Mail Road (Houston); and Durant Street (Houston). LDEQ's process for analyzing the significance of contributions in the Louisiana Transport SIP included: an applicable weather pattern analysis; wind rose analysis; and use of the Hybrid Single Particle Lagrangian Integrated Trajectory ("HYSPLIT") Model developed by the National Oceanic and Atmospheric Administration ("NOAA").[23]

In its comments to the proposed Louisiana Transport SIP, EPA noted that to strengthen the analysis, LDEQ "should provide individual back trajectories for all high ozone days in the Houston or DFW area during the baseline period."[24] EPA provided a link to the existing analyses from the Texas Commission on Environmental Quality. LDEQ accepted this comment and, to address EPA's

---

[22] Proposed Rule, at pg. 9816.

[23] HYSPLIT models simulate the dispersion and trajectory of substances transported and dispersed through our atmosphere, over local to global scales. HYSPLIT is a complete system for computing simple air parcel trajectories, as well as complex transport, dispersion, chemical transformation, and deposition simulations. For information about the NOAA HYSPLIT Model, see https://www.ready.noaa.gov/HYSPLIT.php.

[24] Louisiana Transport SIP submittal, pg. 26 of 325.

April 25, 2022
Page 9

recommendation, LDEQ provided back trajectories for 99 ozone exceedances at the identified receptors that occurred during the 2015-2018 ozone season with data derived from the TCEQ website.[25]

Specifically, for the days of ozone standard exceedances at the Houston and Dallas area monitors during 2016, 2017 and 2018, LDEQ used the HYSPLIT Model to illustrate backward trajectories for the air parcels present at the monitors when the exceedances occurred. As discussed in the Louisiana Transport SIP, "the projections depict a composite of four backwards trajectories starting at the location of the monitor and tracking the air in reverse for seventy-two hours. Each projection accounts for one eight-hour exceedance period with the four trajectories beginning their routes at the six, four, two and zero hour marks."[26] LDEQ also performed additional modeling to evaluate the exceedances that revealed trajectories originating in or crossing Louisiana to include Mixing Depth (in meters) and provide one trajectory for the beginning of each hour of the daily eight-hour ozone exceedance for the exceedance to identify the areas of the state most often impacting Texas monitor exceedances.[27]

LDEQ's HYSPLIT back trajectory analysis showed that on high ozone days in Texas at the receptors identified using the *2015 Ozone NAAQS Memo*, only 28% of the trajectories traveled in or through Louisiana. Of that 28%, only 8% originated in Louisiana. Moreover, of the 28% of the trajectories, only 35% originated in or crossed the industrialized part of the State.[28]

Although EPA requested LDEQ to conduct back trajectory analysis, in the Proposed Rule EPA now opposes LDEQ's use of the HYSPLIT back trajectory analysis.[29] According to EPA, back trajectory analysis is a corollary analysis along with observation-based meteorological wind fields at multiple heights to examine the general plausibility of the photochemical model 'linkages.'" The EPA goes on to indicate that the use of back trajectories does not quantitatively evaluate the magnitude of the existing photochemical contributions because the "calculations do not account for any air pollution formation, dispersion, transformation, or removal processes as influenced by emissions, chemistry, deposition, etc."[30] Still, EPA does not explain why the HYSPLIT analysis cannot be relied upon for these reasons. EPA should more thoroughly explain why the use of back trajectories is not sufficient to determine significant contribution.

Further, the HYSPLIT back trajectories presented in the Louisiana Transport SIP call into question the plausibility of EPA's proposed linkages based on both the *2015 Ozone NAAQS Memo* and the 2016v2 model. This is especially true given Texas's large contributions to Louisiana receptors.

---

[25] *Id.* at pgs. 13 and 28 of 325.

[26] *Id.* at pg. 13; *see id.* at Appendix B.

[27] *Id.* at pg. 13.

[28] *Id.* at pgs. 13-14.

[29] Proposed Rule, at pg. 9809.

[30] *Id.* at 9815.

April 25, 2022
Page 10

It is significant that all areas of Louisiana have shown *decreases* in eight-hour ozone design values over the past 15 years and all areas in Louisiana are below the 2015 ozone NAAQS of 70 ppb.[31] Further, annual point source category emissions inventory data collected since the last periodic emissions inventory, 2014 through 2017, indicates a continued trend of ozone precursor emissions reductions. Anthropogenic emissions have decreased a combined 3% between 2014 and 2017.[32] This fact supports the position that Louisiana sources do not pose ozone problems in state and are even less likely to do so out of state. In light of compliance with the ozone NAAQS throughout Louisiana, it is scarcely plausible that Louisiana emissions are "significantly" contributing to ozone NAAQS issues in Dallas and Houston. It is particularly notable that the design values in the western parishes of Louisiana are among the lowest in the state as show in the chart below of the 2014-2016 DV values from the *2015 Ozone NAAQS Memo*:[33]

| 220170001 | Louisiana | Caddo | …………………………… | 64 |
| 220190009 | Louisiana | Calcasieu | …………………………… | 64 |
| 220190002 | Louisiana | Calcasieu | …………………………… | 68 |

In sum, LDEQ's analysis based on the HYSPLIT Model and additional mixing depth models that show no likely impact from Louisiana emissions, is also consistent with Louisiana's compliant ozone design values throughout the state, the trend of decreases in ozone precursor emissions from Louisiana sources. EPA had the opportunity to disapprove of LDEQ's use of the HYSPLIT model. Instead, EPA commented on ways to strengthen the method, which LDEQ followed in developing the final Louisiana Transport SIP. LDEQ modeled the likely route of an air parcel transported to the receptors during ozone exceedance instances and demonstrated that of the 99 instances modeled, less than one third of the routes were from or through Louisiana, with a fractional amount originating in Louisiana. This is sufficient to show that there is no persistent and consistent pattern of significant contribution by Louisiana on the days with elevated ozone at the Texas area monitors. Therefore, Louisiana's contribution to the identified Texas receptors should not be deemed significant.

**4. EPA's 2016v2 model requires refining.**

*a.        EPA's __2016v2__ model produces results not aligned with Louisiana's decreased emissions.*

EPA's projected nonattainment and maintenance receptors with Louisiana linkages are different under the 2016v2 model than they were under the *2015 Ozone NAAQS Memo* model. EPA does not explain why the models produce differing linked receptors but alleges without justification that this does not call the 2016v2 model accuracy/credibility into question. The differences are summarized below. The orange

---

[31] La. SIP Submission, Section 2.3.1.

[32] *Id.*

[33] Results spreadsheet for *2015 Ozone NAAQS Memo* model analysis, available at: https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Fwww.epa.gov%2Fsites%2Fdefault%2Ffiles%2F2018-05%2Fupdated_2023_modeling_dvs_collective_contributions.xlsx&wdOrigin=BROWSELINK (last accessed 4/15/2022) and in the docket at: EPA-HQ-OAR-2021-0663-0019.

April 25, 2022
Page 11

cells are receptors that are identified as Louisiana linkages in the *2015 Ozone NAAQS Memo* results spreadsheet but not the 2016v2 results spreadsheet, or *vice versa*.

| Site | County | *2015 Ozone NAAQS Memo*[34] | | | 2016v2[35] | | | Percent change of the LA Contribution |
|------|--------|------|------|------|------|------|------|------|
| | | 2014-2016 DV AVG | 2023 AVG DV | LA Contribution | 2014-2018 DV AVG | 2023 AVG DV (no water)[36] | LA Contribution | |
| 482011039 | Harris | 67 | 71.8 | 4.72 | 68.7 | 66.3 | n/a | -- |
| 482010024 | Harris | 79 | 70.4 | 3.06 | 79.3 | 75.2 | 4.31 | 40.8 |
| 480391004 | Brazoria | 75 | 74.0 | 3.80 | 74.4 | 70.1 | 7.03 | 85.0 |
| 481210034 | Denton | 80 | 69.7 | 1.92 | 78 | 70.4 | 3.22 | 67.7 |
| 484392003 | Tarrant | 73 | 72.5 | 1.71 | 73.3 | 66.6 | n/a | -- |
| 482010055 | Harris | 75 | 68.3 | 4.3 | 76 | 71 | 5.39 | 25.3 |
| 482011034 | Harris | 73 | 70.8 | 3.38 | 73.7 | 70.3 | 4.93 | 45.9 |
| 482011035 | Harris | 69 | 68.4 | 3.26 | 71.3 | 68 | 4.77 | 46.3 |

The fact that every single receptor shows an increase in Louisiana's contribution ***despite a decrease in ozone precursor emissions*** in Louisiana calls into question the legitimacy of input data for the 2016v2 model.

| Site | Parish | *2015 Ozone NAAQS Memo* TX Contrib. | 2016v2 TX Contrib. | Percent Change |
|------|--------|------|------|------|
| 220050004 | Ascension | 1.12 | 0.83 | -25.9 |
| 220330003 | East Baton Rouge | 1.26 | 1.01 | -19.8 |
| 220330009 | East Baton Rouge | 1.20 | 0.39 | -67.5 |
| 220930002 | St. James | 1.60 | 1.42 | -11.25 |
| 220950002 | St. John the Baptist | 1.31 | 0.41 | -68.7 |
| 221210001 | West Baton Rouge | 1.12 | 0.39 | -65.2 |

The modeling of Texas contributions to Louisiana monitors (see table above) suggests decreases in the Texas emissions inventory over time and projections of increases in the Louisiana inventories. For the following reasons, LCA believes that EPA's future 2023 design value predictions are inaccurate.

---

[34] *Id.*

[35] Results spreadsheet for 2016v2 model analysis, available at: https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Fgaftp.epa.gov%2FAir%2Faqmg%2F2016v2_Platform _Modeling_Data%2F2016v2_DVs_state_contributions.xlsx&wdOrigin=BROWSELINK (last accessed 4/15/2022) and in the docket at EPA-HQ-OAR-2021-0663-0012.

[36] The contribution metric data for 2023 and 2026 are based on apportioning the 2023 (and 2026) "no water" average design values using the modeled contribution data for each of these years, respectively. *Id.* EPA projected average and maximum design values at individual monitoring sites based on both the "3 x 3" approach as well as the alternative approach that eliminates overwater cells in the Relative Response Factor calculation for near-coastal areas (i.e., "no water" approach).

April 25, 2022
Page 12

**b.** **_The 2016v2 inventory contains sources that are permanently closed and fails to include emissions reduction projects in Louisiana._**

Some of the discrepancies may be explained by issues with the inventory used. According to the Technical Support Document for the 2016v2 platform ("2016v2 TSD"), the platform "draws on data from the 2017 National Emissions Inventory (NEI), although the inventory was updated to represent the year 2016 through the incorporation of 2016-specific state and local data along with adjustment methods appropriate for each sector."[37]

For instance, the non-EGU point source sector emissions in the 2016v2 platform have been updated from the 2016 NEI point inventory and 2016v1 with certain changes. However, LCA believes that EPA has failed to include a number of federally enforceable consent decrees for non-EGUs in its model, which has served to overestimate emissions from Louisiana. In addition to the Cabot Facility consent decree referenced in the 2016v2 TSD,[38] the following consent decrees were also entered since 2016:

| Consent Decree Information | Effective Date | Applicable Emissions Reductions Requirements |
|---|---|---|
| Firestone Polymers, LLC, U.S. District Court for the Western District of Louisiana, Lake Charles Division (civil action no. 21-cv-03464)[39] | February 8, 2022 | By no later than August 15, 2022, Defendant shall install and commence operation of equipment, including, as necessary, main and trim control valves and piping which enables Defendant to control Assist Steam flow to each Covered Flare in a manner sufficient to ensure compliance with this Consent Decree; Firestone shall install and operate automated controls of the Supplemental Gas flow rate in relation to the Combustion Zone Gas flow rate to ensure compliance with the NHVcz standard. |
| Columbia Chemicals Company, U.S. District Court for the Western District of Louisiana, Lafayette Division, (civil action no. 17-1661)[40] | June 1, 2018 | By no later than the dates set forth below, Defendant shall operate the reactors, dryers, boilers, and incinerators at its Louisiana facility to collectively achieve and maintain the following emissions limits: No greater than 72 tons NOx (in total for all reactors, dryers, boilers, and incinerators) for the prior 365 Days (i) by 4/1/21(if installing and Continuously Operating a Limestone WGS or DGS) or (ii) by 10/1/21 (if installing and Continuously Operating a Seawater WGS). Defendant shall also install SCR for the process system for a 7-day rolling average emissions limit of no greater than 54 ppmvd (at 0% oxygen) and a 365-day rolling average limit at no greater than 38 ppmvd (at 0% oxygen). |

---

[37] _Technical Support Document (TSD): Preparation of Emissions Inventories for the 2016v2 North American Emissions Modeling Platform_, pg. 1 and _generally_, Section 2.

[38] _Id._ at pg. 208.

[39] Consent Decree available at: https://www.epa.gov/enforcement/firestone-polymers-llc-settlement (last accessed 4/19/2022).

[40] Consent Decree available at: https://www.epa.gov/sites/default/files/2020-01/documents/columbian-cd.pdf (last accessed 4/19/2022).

April 25, 2022
Page 13

| Consent Decree Information | Effective Date | Applicable Emissions Reductions Requirements |
|---|---|---|
| The Dow Chemical Company, et. al, U.S District Court for the Eastern District of Louisiana (civil action no. 2:21-cv-114)[41] | January 19, 2021 | Defendants must operate monitoring equipment and control technology, as well as undertake additional measures, at two Louisiana facilities that will recover and minimize Waste Gas flows to the twenty-six Flares covered by this Consent Decree (Covered Flares) and ensure proper Combustion Efficiency at the Covered Flares, which by EPA estimates, results in the following reductions of VOC and NOx (among other chemicals) by full implementation: 5,689 TPY VOC and 127 TPY NOx. |

Additionally, the inventory fails to take into account the following other enforceable reductions at major sources in Louisiana:

| Facility | LDEQ Agency Interest # | EDMS[42] Document Modifying Permit | Date of Permit Action | Reduction in Permitted NOx (tpy) | Reduction in Permitted VOC (tpy) |
|---|---|---|---|---|---|
| Arcosa Lightweight Aggregates – Erwinville (emissions reductions) | 1272 | 12122066 | 3/24/20 | -106 | +1 |
| Birla Carbon LLC (fka Columbian Chemical) – controls required by Consent Decree | 4998 | 11802046 | 8/1/19 | -661 | |
| Cabot Corporation – Ville Platte (required by Consent Decree – add SCR and WFGD) | 1291 | 12773008 | 6/24/21 | -1,370 | +17 |
| Indorama Ventures Olefins – Calcasieu parish (Added SCR to 3 boilers) | 5337 | 12832225 | 7/22/21 | -82 | |
| International Paper Mansfield Mill – replace gas turbine with more efficient turbine and reduce electricity purchase from coal fired producer by 20 MW | 328 | 11630526 | 4/26/19 | -26 direct -254 indirect | +17 direct -3 indirect |
| Kinetica Partners, LLC (emissions reductions) | 8876 | 13083259 | 1/5/22 | -36 | -80 |
| Morehouse BioEnergy LLC (install RTO to control VOC emissions) | 183215 | 12279186 | 7/23/20 | +6 | -862 |
| Orion Engineered Carbons LLC | 2518 | 11574517 | 3/20/19 | -1156 | |

---

[41]    Consent Decree available at: https://www.epa.gov/sites/default/files/2021-01/documents/thedowchemicalcompany.pdf (last accessed 4/19/2022).

[42]    "EDMS" is LDEQ's online document management system accessible at: https://edms.deq.louisiana.gov/edmsv2/quick-search.

April 25, 2022
Page 14

| Facility | LDEQ Agency Interest # | EDMS[42] Document Modifying Permit | Date of Permit Action | Reduction in Permitted NOx (tpy) | Reduction in Permitted VOC (tpy) |
|---|---|---|---|---|---|
| Tennessee Gas Pipeline (replaced gas turbine w/ lower emitting) | 3144 | 12784947 | 7/7/21 | -67 | |
| Union Carbide Corps (Flare Gas Recovery) | 2083 | 12642791 | 3/29/21 | -122 | -16 |

The following facility closures or partial closures also resulted in emission reductions in Louisiana that are not accounted for the 2016 inventory:

- Sterlington Power LLC facility rescinded its Title V Permit on September 14, 2021 due to closure, resulting in a potential decrease in 243 TPY permitted NOx and 3 TPY VOC;[43]

- Equilon Enterprises LLC dba Shell Oil Products US Convent Refinery closure in 2019 resulting in decommissioning of refinery units and reductions in emissions;[44] and

- Phillips 66 Company Alliance Refinery conversion to terminal facility announced in November 2021.[45]

Finally, the following EGU sources have converted or retired coal-fired units and/or installed emissions controls to reduce emissions in Louisiana:

- Big Cajun II, Unit 2 was converted from coal to natural gas in 2015 and generates 540 megawatts. The conversion sharply reduced emissions of sulfur, mercury, nitrogen oxide and particulate matter. Other technologies installed to reduce nitrogen oxide emissions include Selective Non-Catalytic Reduction ("SNCR") technology in May 2014;[46]

- At Big Cajun II, Unit 1 and Unit 3, Selective Non-Catalytic Reduction ("SNCR") technology was installed to reduce nitrogen oxide emissions in May 2014;[47]

- Big Cajun II, Unit 1, a coal-fired unit, will retire or be refueled to natural gas by December 2025 as part of a consent decree agreement;[48]

---

[43] *See* LDEQ Electronic Document Management System document reference Nos. 12901269 and 11380069.

[44] *See* https://www.shell.us/about-us/projects-and-locations/shell-convent-refinery.html.

[45] *See* https://investor.phillips66.com/financial-information/news-releases/news-release-details/2021/Phillips-66-to-Convert-Alliance-Refinery-to-Terminal-Facility/default.aspx.

[46] *See* LDEQ Electronic Document Management System document reference No. 10365354.

[47] *See* LDEQ Electronic Document Management System document reference No. 10365354.

[48] *See* LDEQ Electronic Document Management System document reference No. 10365354.

April 25, 2022
Page 15

- Planned retirement or conversion of Rodemacher Unit 2 at Brame Energy Center, which is a 523-megawatt generating unit predominately powered by coal which will retire or cease burning coal in 2028 through EPA approval of the CCR Part A Demonstration-submittal and/or Brame Energy Center's ELG Notice of Plan Participation;[49] and

- Retirement of Dolet Hills Power Station, a 642-megawatt coal-fired generating unit, took place in December 2021. [50]

Thus, the EPA inventory used for the modeling does not account for all relevant emission reductions. As discussed above, at a minimum, EPA must incorporate needed revisions to the 2016v2 inventory and then re-analyze the Louisiana Transport SIP based on the updated/corrected modeling platform before issuing a final rule on the Louisiana Transport SIP.

### c.     EPA failed to take into account population decreases based on the 2020 census.

In addition to the inventory issues discussed above, EPA did not take into account the population decrease in Louisiana based on the 2020 census. This affects various source emission calculations, including many nonpoint source emissions. For Louisiana (and other states outside of the MARAMA), the EPA used historical census populations to project nonpoint sources. A ratio of 2016 population to 2014 population was used to create a growth factor that was applied to certain sources.[51] This analysis was then used to calculate census-based growth for certain sectors and certain activities, including: industrial solvent maintenance coatings, industrial adhesive applications, residential and commercial portable gas cans, wastewater treatment recovery, etc.[52]

In performing this analysis, EPA did not consider the 2020 census which showed that Louisiana's population growth from 2010-2020 was only 2.7 percent overall.[53] The majority of parishes in Louisiana experienced decreases in population. For example, Cameron Parish, which shares a border with south east

---

[49] *See* LDEQ Electronic Document Management System document reference No. 12540773.

[50] *See* LDEQ Electronic Document Management System document reference No. 12235418.

[51] *Technical Support Document (TSD): Preparation of Emissions Inventories for the 2016v2 North American Emissions Modeling Platform*, pg. 25, 46-47.

[52] *Id.*

[53] *See Louisiana State Profile, 2020 Census, available at: https://www.census.gov/library/stories/state-by-state/louisiana-population-change-between-census-decade.html; see also Louisiana's population continues to shrink: Stats show nearly 13K decline between 2019, 2020,* The Advocate, January 29, 2020 (available at: https://www.theadvocate.com/baton_rouge/news/business/article_3833634c-5cdc-11eb-951d-b39a30651d28.html); *Population declines in most Louisiana parishes, except for the suburbs, new estimates show*, Nola.com, March 25, 2022 (available at: https://www.nola.com/news/politics/article_fc5ff816-aba5-11ec-b605-234640609e50.html) ("The vast majority of Louisiana's parishes continued to shrink in the year after the 2020 census, drops that represented a continuation of a long-term trend that was exacerbated and sped up – in some cases dramatically – by the impacts of the pandemic and the devastation of Hurricane Laura, according to new estimates.").

April 25, 2022
Page 16

Texas experienced a -17.9% population change from 2010 to 2020 and Caddo Parish, which shares a border with Texas near Dallas experienced a -6.7% population change over the same time period. In fact, of the seven parishes that share a border with Texas, four experienced a negative change in population and two experienced an increase less than 3%.[54]

At a minimum, EPA must incorporate needed revisions to the 2016v2 inventory based on the population changes shown in the 2020 Census and then re-analyze the Louisiana Transport SIP based on the updated/corrected modeling platform before issuing a final rule on the Louisiana Transport SIP.

### 5. Conclusion

LCA appreciates the opportunity to comments on the EPA's disapproval of the Louisiana Transport SIP and the 2016v2 model. For the reasons discussed above, LCA requests that EPA revise its 2016v.2 modeling basis and reevaluate the Louisiana Transport SIP.

(end of comments)

---

[54] 2020 Census Population and Housing Map for Louisiana (available at: https://public.tableau.com/app/profile/us.census.bureau/viz/2020CensusPopulationandHousingMap/County?:showVizHome= no&STATE%20NAME%20(cb%202020%20us%20county%20500k.shp)=Louisiana).

Tab R7-11: Maintenance Receptors Memo October 19, 2018
(Jan. 31, 2022) (EPA-R07-OAR-2021-0851-0011)



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
RESEARCH TRIANGLE PARK, NC 27711

OFFICE OF
AIR QUALITY PLANNING
AND STANDARDS

OCT **1 9** 2018

# MEMORANDUM

**SUBJECT:**    Considerations for Identifying Maintenance Receptors for Use in Clean Air Act
Section 110(a)(2)(D)(i)(I) Interstate Transport State Implementation Plan
Submissions for the 2015 Ozone National Ambient Air Quality Standards

**FROM:**    Peter Tsirigotis
Director

**TO:**    Regional Air Division Directors, Regions 1–10

The purpose of this memorandum is to present information that states may consider as they evaluate the status of monitoring sites that the Environmental Protection Agency (EPA) identified as potential maintenance receptors with respect to the 2015 ozone National Ambient Air Quality Standards (NAAQS) based on EPA's 2023 modeling.[1] States may use this information when developing state implementation plans (SIPs) for the 2015 ozone NAAQS addressing the good neighbor provision in Clean Air Act (CAA) section 110(a)(2)(D)(i)(I). In brief, this document discusses (1) using alternative technical methods for projecting whether future air quality warrants identifying monitors as maintenance receptors and (2) considering current monitoring data when identifying monitoring sites that, although projected to be in attainment, as described below, should be identified as maintenance receptors because of the risk that they could exceed the NAAQS due to year-to-year (*i.e.*, inter-annual) variability in meteorological conditions.

This document does not substitute for provisions or regulations of the CAA, nor is it a regulation itself. Rather, it provides recommendations for states using the included analytical information in developing SIP submissions, and for EPA Regional offices in acting on them. Thus, it does not impose binding, enforceable requirements on any party. State air agencies retain the discretion to develop good neighbor SIP revisions that differ from this guidance.

Following the recommendations in this guidance does not ensure that EPA will approve a SIP revision in all instances where the recommendations are followed, as the guidance may not apply to the facts and circumstances underlying a particular SIP. Final decisions by EPA to approve

---

[1] Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I) (March 2018). *https://www.epa.gov/airmarkets/2015-ozone-naaqs-mem.*

a particular SIP revision will only be made based on the requirements of the statute following an air agency's final submission of the SIP revision to EPA and after appropriate notice and opportunity for public review and comment. Interested parties may raise comments about the appropriateness of the application of this guidance to a particular SIP revision. EPA and air agencies should consider whether the recommendations in this guidance are appropriate for each situation.

## Introduction

CAA section 110(a)(2)(D)(i)(I), otherwise known as the good neighbor provision, requires states to prohibit emissions "which will contribute significantly to nonattainment in, or interfere with maintenance by, any other state with respect to any" NAAQS. EPA has historically used a 4-step framework to determine upwind state obligations (if any) under the good neighbor provision for regional pollutants like ozone: (1) identify downwind areas, referred to as "receptors," expected to have problems attaining or maintaining the NAAQS; (2) identify upwind states that contribute to those downwind air quality problems and warrant further review and analysis; (3) identify the emissions reductions (if any) necessary to eliminate an upwind state's significant contribution to nonattainment and/or interference with maintenance of the NAAQS in the downwind areas, considering cost and air quality factors; and (4) adopt permanent and enforceable measures needed to achieve those emissions reductions. EPA notes that, in developing their SIP revisions for the 2015 ozone NAAQS, states have flexibility to follow this framework or develop alternative frameworks to evaluate interstate transport obligations, so long as a state's chosen approach has adequate technical justification and is consistent with the requirements of the CAA.

At Step 1, EPA has historically used base year and future year air quality modeling coupled with base period measured ozone design values to project design values to a future analytic year.[2] In a memo issued in March 2018, EPA released updated modeling, which uses 2011 as the base year and 2023 as the future analytic year, to evaluate interstate transport for the 2015 ozone NAAQS.[3] As part of EPA's 2023 modeling analysis, EPA projected the average and maximum base period 2009 – 2013 design values to 2023.[4,5] EPA evaluated the projected 2023 design values in combination with measured 2016 design values using the same methodology used in the Cross-State Air Pollution Rule Update (CSAPR Update)[6] to identify receptors with anticipated potential nonattainment and maintenance issues with respect to the 2015 ozone NAAQS in 2023. Under the CSAPR Update methodology, those sites that are violating the NAAQS based on 2016 design values (*i.e.*, currently not attaining) and that also have projected 2023 *average* design values that exceed the NAAQS (*i.e.*, 2023 average design values of 71 parts per billion (ppb) or greater) are

---

[2] Air Quality Modeling Technical Support Document for the Final Cross State Air Pollution Rule Update (August 2016). *https://www.epa.gov/airmarkets/air-quality-modeling-technical-support-document-final-cross-state-air-pollution-rule*.

[3] Information on the Interstate Transport State Implementation Plan Submissions for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I) (March 2018). *https://www.epa.gov/airmarkets/march-2018-memo-and-supplemental-information-regarding-interstate-transport-sips-2015*.

[4] The base period includes the three design values that contain 2011 monitoring data (*i.e.*, 2009-2011, 2010-2012, and 2011-2013).

[5] The base period maximum design value is the highest of the three design values in the period 2009-2013.

[6] *See* 81 FR 74504 (October 26, 2016).

identified as potential nonattainment receptors in 2023.[7] Under the CSAPR Update methodology, those sites with a 2023 *maximum* 3-year design value that exceeds the NAAQS are identified as potential maintenance receptors. This methodology considers the effects of inter-annual variability in ozone-conducive meteorology to identify sites that may have difficulty maintaining the ozone NAAQS. A projected maximum design value that exceeds the NAAQS indicates that when meteorology is conducive to ozone formation, the receptor struggles with maintenance of the standard. Under the CSAPR Update methodology, maintenance-only receptors therefore include both (1) those sites with projected average and maximum design values above the NAAQS that are currently measuring clean data and (2) those sites with projected average design values below the level of the NAAQS but with projected maximum design values of 71 ppb or greater.[8]

**Considerations for Identifying Maintenance Receptors**

The D.C. Circuit's decision in *North Carolina v. EPA* requires that EPA and the states identify separate nonattainment and maintenance receptors to give independent significance to the "contribute significantly" and "interfere with maintenance" clauses of the good neighbor provision when identifying downwind air quality problems that must be addressed.[9] In particular, the court held that the good neighbor provision requires states to address emissions that interfere with maintenance in downwind areas struggling to meet the NAAQS despite air quality modeling projecting attainment.[10] While the court did not specify a particular methodology for identifying downwind areas that would struggle to maintain the NAAQS, the court cited the state petitioner's demonstration regarding historic variability in ozone concentrations in areas otherwise projected to attain the NAAQS in support of its holding.[11]

In rules promulgated after *North Carolina*, EPA has relied on projections of base period maximum design values to identify those sites that are at risk of being nonattainment in the future due to inter-annual variability in ozone-conducive meteorology, as indicated above. EPA acknowledges that there may be other valid methodologies for identifying such areas. However, consistent with the holding in *North Carolina*, EPA believes that any alternative methods used to identify maintenance receptors must be different than those used to identify nonattainment receptors and should demonstrate that the alternative method considers variability in meteorological conditions that are conducive for ozone formation in the area containing the monitoring site.

---

[7] In determining compliance with the NAAQS, EPA truncates ozone design values to integer values. For example, EPA truncates a design value of 70.9 ppb to 70 ppb, which is attainment. Similarly, EPA considers design values at or above 71.0 ppb to be violations of the 2015 ozone NAAQS.

[8] The nonattainment receptors are also identified as maintenance receptors because the maximum design values for each of these sites is always greater than or equal to the average design value.

[9] 531 F.3d 896, 909-911 (2008).

[10] *Id.*

[11] *Id.* at 909.

**Flexibilities Related to Identifying Maintenance Receptors**

In response to comments received through stakeholder outreach, EPA has identified two potential flexibilities that states may use to identify maintenance receptors with an appropriate technical demonstration. First, EPA believes that states may, in some cases, eliminate a site as a maintenance receptor if the site is currently measuring clean data. Second, EPA believes that a state may, in some cases, use a design value from the base period that is not the maximum design value.[12] For either of these alternative methods to satisfy the D.C. Circuit's instruction to consider areas struggling to meet the NAAQS, EPA would expect states to include with their SIP demonstration technical analyses showing that:

(1) meteorological conditions in the area of the monitoring site were conducive to ozone formation during the period of clean data or during the alternative base period design value used for projections;
(2) ozone concentrations have been trending downward at the site since 2011 (and ozone precursor emissions of nitrogen oxide (NOx) and volatile organic compounds (VOC) have also decreased); and
(3) emissions are expected to continue to decline in the upwind and downwind states out to the attainment date of the receptor.

The intent of these analyses is to demonstrate that monitoring sites that would otherwise be identified as maintenance receptors under the CSAPR Update approach, as previously described, are not likely to violate the NAAQS in the future analytic year. EPA expects that, with such analyses, the state could justify exclusion of a monitoring site as a maintenance receptor, notwithstanding modeling projections showing a maximum design value exceeding the 2015 ozone NAAQS.

To assist states with the recommended analyses, EPA is providing the following information related to analyzing meteorological conduciveness and ozone and emissions trends:

(1) information on meteorological conduciveness for ozone formation based on regional and state-level historical and current climatological data for summertime monthly and seasonal temperature (*see* Attachment A);
(2) a data file containing ozone design values for individual monitoring sites nationwide for the years 2008 through 2017 and for 2023, based on EPA's modeling. This information is available on EPA's website at:
*https://www.epa.gov/airmarkets/march-2018-memo-and-supplemental-information-regarding-interstate-transport-sips-2015-0*; and
(3) a data file containing state-level annual NOx and VOC emissions from anthropogenic sources with a breakout by major source category, for individual years from 2011 through 2017 and for 2023, based on EPA's projections. This information is available on EPA's website at:

---

[12] Stakeholder comments on potential 2015 NAAQS transport flexibilities can be found at *https://www.epa.gov/airmarkets/march-2018-memo-and-supplemental-information-regarding-interstate-transport-sips-2015*.

*https://www.epa.gov/airmarkets/march-2018-memo-and-supplemental-information-regarding-interstate-transport-sips-2015-0.*

States developing the technical analyses necessary to support use of the flexibilities described in this memo are encouraged to supplement EPA-provided information with additional data (as appropriate) to support a showing that a specific monitoring site is not at risk of exceeding the NAAQS in the future. For example, states may show that such a site should not be identified as a maintenance receptor by providing (1) a more refined analysis of meteorological conduciveness that considers additional relevant or more locally tailored meteorological parameters, (2) a more temporally or spatially refined emissions trends analysis, and/or (3) an analysis of historical ozone trends that considers, in addition to the design value, trends in other ozone metrics such as annual 4th high 8-hour daily maximum ozone concentrations and the number of days with measured exceedances of the 2015 NAAQS.

Please share this information with the air agencies in your Region.

**For Further Information**

If you have any questions concerning this memorandum, please contact Norm Possiel at (919) 541-5692, *possiel.norm@epa.gov* for modeling information or Chris Werner at (919) 541-5133, *werner.christopher@epa.gov* for any other information.

Attachment

Attachment A

Information on Meteorological Conduciveness
for Ozone Formation

Meteorological conditions including temperature, humidity, winds, solar radiation, and vertical mixing affect the formation and transport of ambient ozone concentrations. Ozone is more readily formed on warm, sunny days when the air is stagnant and/or when the winds are favorable for transport from upwind source areas. Conversely, ozone production is more limited on days that are cloudy, cool, rainy, and windy (*http://www.epa.gov/airtrends/weather.html*). Statistical modeling analyses have shown that temperature and certain other meteorological variables are highly correlated with the magnitude of ozone concentrations (Camalier, et al., 2007).[1] The overall extent to which meteorological conditions vary from year-to-year (*i.e.*, inter-annual variability) depends on the nature of large scale meteorological drivers such as the strength and position of the jet stream. Inter-annual cycles in the jet stream contribute to inter-annual variability in the degree to which summertime meteorological conditions are favorable for ozone formation within a particular region. Meteorological conditions that frequently correspond with observed 8-hour daily maximum concentrations greater than the National Ambient Air Quality Standards (NAAQS) are referred to as being conducive to ozone formation.

This attachment contains information to help evaluate whether particular summers had ozone-conducive or unconducive meteorology within the 10-year period 2008 through 2017. Information is provided on a state-by-state basis and for individual regions (*see* Figure 1).

- Table A-1 contains tabular summaries of the difference (*i.e.*, anomaly[2]) of monthly average temperature compared to the long-term average.[3]
- Figure A-2 contains maps of the 3-month (June, July, August) statewide anomalies and rank[4] for average temperature compared to the long-term average.
- Figure A-3 contains maps showing spatial fields of daily maximum temperature anomalies (percentiles) for the period June through August for the years 2011 through 2017 (maps are unavailable for years prior to 2011).
- Figure A-4 contains graphical summaries of the total number of cooling degree days for the 3-month period June through August in each region.

The above tabular and graphic information was obtained from the NOAA National Centers for Environmental Information (NCEI) at *https://www.ncdc.noaa.gov/temp-and-precip/us-maps/* and *https://www.ncdc.noaa.gov/cag/*.

---

[1] Additional references related to ozone formation and meteorology are provided on page A-3.

[2] "The term temperature anomaly means a departure from a reference value or long-term average. A positive anomaly indicates that the observed temperature was warmer than the reference value, while a negative anomaly indicates that the observed temperature was cooler than the reference value." *https://www.ncdc.noaa.gov/monitoring-references/faq/anomalies.php*.

[3] Note that because of the relatively large inter-annual variability in certain meteorological conditions such as temperature and precipitation, long-term "average" conditions, usually referred to as "normal," are often the mathematical mean of extremes and thus, "average" or "normal" values of temperature or precipitation should not necessarily be considered as representing "typical" conditions.

[4] "In order to place each month and season into historical context, the National Centers for Environmental Information assigns ranks for each geographic area (division, state, region, etc.) based on how the temperature or precipitation value compares with other values throughout the entire record when sorted from lowest to highest value. In other words, the numeric rank value within the area represents the position or location of the sorted value throughout the historical record (1895-present)." *https://www.ncdc.noaa.gov/monitoring-references/dyk/ranking-definition*.

In general, below average temperatures are an indication that meteorological conditions are unconducive for ozone formation, whereas above average temperatures are an indication that meteorology is conducive to ozone formation. Within a particular summer season, the degree that meteorology is conducive for ozone formation can vary from region to region and fluctuate with time within a particular region. For example, the temperature-related information presented below suggests that summer meteorology was generally conducive for ozone formation in 2010, 2011, 2012, and 2016 in most regions. In contrast, the summer of 2009 was generally unconducive for ozone formation, overall, in most regions. In addition, the summers of 2013 and 2014 were not particularly conducive for ozone formation in the Upper Midwest, Ohio Valley, South, Southeast.

Additional information on the relationships between ozone and meteorological conditions can be found in the following publications:

Blanchard et al., 2010 - *NMOC, ozone, and organic aerosol in the southeastern United States, 1999-2007: 2. Ozone trends and sensitivity to NMOC emissions in Atlanta, GA.*
Reinforces the relationship between temperature, relative humidity and winds to ozone formation.
*https://www.sciencedirect.com/science/article/pii/S1352231010005996?via%3Dihub*

Blanchard et al., 2014 - *Ozone in the southeastern United States: An observation-based model using measurements from the SEARCH network.*
Update to the 2007 paper by Camalier with data from the SEARCH network from 2002-2011.
*https://www.sciencedirect.com/science/article/pii/S1352231014001022?via%3Dihub*

Bloomer et al., 2009 – *Observed relationships of ozone air pollution with temperature and emissions.*
Statistical analysis of 21 years of ozone and temperature data (1987-2008). From a climate scenario perspective, authors examine the climate penalty or how ozone levels change as temperature changes. Reinforces the standing that as temperature increases, ozone concentrations increase, but indicates that due to decreasing emissions, the rate is slower in future scenarios.
*https://agupubs.onlinelibrary.wiley.com/doi/full/10.1029/2009GL037308*

Kavassalis & Murphy, 2017 - *Understanding ozone-meteorology correlations: A role for dry deposition.*
Authors observe the strong correlation between temperature and relative humidity, but work to understand other reasoning why models under predict the strength of the correlation between relative humidity and ozone. Includes a statistical analysis of 28 years of data and examines vapor pressure deficit and dry deposition as factors. Reinforces meteorological conditions that lead to high ozone days.
*https://agupubs.onlinelibrary.wiley.com/doi/full/10.1002/2016GL071791*

Reddy & Pfister, 2016 - *Meteorological Factors contributing to the interannaul variability of midsummer surface ozone in Colorado, Utah, and other western US States.*

Authors found strong correlation between 500-mb and 7008-mb patterns, surface temperature, and zonal winds with the resulting high 8-hour daily maximum ozone values.
*https://agupubs.onlinelibrary.wiley.com/doi/full/10.1002/2015JD023840*

Tawfik and Steiner, 2013 - *A proposed physical mechanism for ozone-meteorology correlations using land-atmosphere coupling regimes.*
Discusses the north-south gradient of temperature and relative humidity correlations with ozone formation. Examines 17 years of ozone, NOx, and isoprene measurements.
*https://linkinghub.elsevier.com/retrieve/pii/S1352231013001672*

White et al., 2007 - *Comparing the impact of meteorological variability on surface ozone during the NEAQS (2002) and ICARTT (2004) field campaigns.*
Authors found that while deep boundary layers are noted during periods of elevated ozone, this is likely due to being coincident with other meteorological factors (high temperatures, high pressure systems, low winds).
*https://agupubs.onlinelibrary.wiley.com/doi/10.1029/2006JD007590*

Zhang et al., 2017 – *Quantifying the relationship between air pollution events and extreme weather events.*
Authors examined ozone from 1980-2009 and built a statistical model to examine the impacts of extreme meteorological events on extreme air quality conditions. Found ozone extremes have decreased over the last 30 years, more rapidly recently, but remain highly correlated to extreme temperature events. Highest correlation was found in the eastern United States (U.S.).
*https://www.sciencedirect.com/science/article/pii/S0169809516306093?via%3Dihub*

Figure 1. U.S. climate regions.
*http://www.ncdc.noaa.gov/monitoring-references/maps/us-climate-regions.php*



Table A-1. Temperature anomalies by month for May through September for each climate region for the years 2008 through 2017.[1]

| 2008 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | C | W | W | C | N |
| Southeast | C | WW | N | C | N |
| Ohio Valley | C | W | C | C | N |
| Upper Midwest | C | N | N | N | W |
| South | N | W | N | C | CC |
| Northern Rockies | C | C | N | N | N |
| Southwest | N | W | W | W | N |
| Northwest | N | N | W | W | N |
| West | N | W | W | WW | W |

[1]Unshaded boxes with the "N" marker represent near-normal temperatures that fall within the interquartile range. Blue colors indicate cooler than normal conditions, with the number of "C"s indicating the degree of the anomaly. CCC = coolest on record, CC = coolest 10th percentile, C = coolest 25th percentile. Red colors indicate warmer than normal conditions, with the number of "W"s indicating the degree of the anomaly. WWW = warmest on record, WW = warmest 10th percentile, W = warmest 25th percentile. N/A = data not available. More on the definition of temperature ranks can be found at: *https://www.ncdc.noaa.gov/monitoring-content/monitoring-references/dyk/images/ranking-definition-legend.png.*

| 2009 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | N | C | CC | W | C |
| Southeast | N | W | CC | N | N |
| Ohio Valley | N | W | CC | C | N |
| Upper Midwest | N | C | CC | C | W |
| South | N | W | N | N | C |
| Northern Rockies | N | C | C | C | WW |
| Southwest | WW | C | W | W | W |
| Northwest | W | C | WW | W | WW |
| West | WW | C | W | N | WWW |

| 2010 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | WW | W | WW | W | W |
| Southeast | WW | WW | WW | WW | W |
| Ohio Valley | W | WW | W | WW | N |
| Upper Midwest | W | N | W | WW | C |
| South | W | WW | N | WW | W |
| Northern Rockies | C | N | N | W | N |
| Southwest | C | W | W | W | WWW |
| Northwest | CC | C | N | N | W |
| West | CC | W | W | N | W |

| 2011 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | W | W | WW | N | WW |
| Southeast | N | WW | WW | WW | N |
| Ohio Valley | N | W | WW | W | C |
| Upper Midwest | N | N | WW | W | N |
| South | N | WW | WWW | WWW | N |
| Northern Rockies | C | N | W | W | W |
| Southwest | C | W | WW | WWW | W |
| Northwest | CC | C | C | W | WW |
| West | C | C | N | W | WW |

| 2012 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | WW | N | WW | W | N |
| Southeast | WW | C | WW | N | N |
| Ohio Valley | WW | N | WW | N | C |
| Upper Midwest | W | W | WW | N | N |
| South | WW | W | WW | N | N |
| Northern Rockies | W | W | WW | W | W |
| Southwest | WW | WW | W | WW | W |
| Northwest | N | C | W | WW | W |
| West | W | W | N | WWW | WW |

| 2013 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | W | W | WW | N | N |
| Southeast | C | W | C | C | N |
| Ohio Valley | N | N | C | C | N |
| Upper Midwest | N | N | N | N | W |
| South | C | W | C | N | W |
| Northern Rockies | N | N | N | W | WW |
| Southwest | W | WW | W | W | W |
| Northwest | W | W | WW | WW | WW |
| West | W | WW | WW | N | W |

A-7

| 2014 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | W | W | N | N | W |
| Southeast | W | W | C | N | W |
| Ohio Valley | N | W | CC | N | N |
| Upper Midwest | N | W | CC | N | N |
| South | N | N | C | N | N |
| Northern Rockies | N | C | N | N | N |
| Southwest | N | W | W | C | WW |
| Northwest | W | N | WW | W | W |
| West | W | W | WW | N | WW |

| 2015 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | WWW | N | N | W | WW |
| Southeast | W | WW | W | N | N |
| Ohio Valley | W | W | N | C | W |
| Upper Midwest | N | N | N | N | WWW |
| South | C | N | W | N | WW |
| Northern Rockies | C | WW | N | N | WW |
| Southwest | C | WW | C | WW | WWW |
| Northwest | W | WWW | W | W | N |
| West | N | WWW | C | WW | WW |

| 2016 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | N | W | W | WWW | WW |
| Southeast | N | W | WW | WW | WW |
| Ohio Valley | N | W | W | W | WW |
| Upper Midwest | N | W | N | W | WW |
| South | C | W | WW | N | W |
| Northern Rockies | N | WW | N | N | W |
| Southwest | C | WWW | WW | N | N |
| Northwest | W | WW | C | W | N |
| West | N | WW | W | W | N |

| 2017 | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|
| Northeast | N | W | N | N | WW |
| Southeast | N | N | W | N | N |
| Ohio Valley | N | N | W | CC | N |
| Upper Midwest | N | W | N | C | WW |
| South | C | N | W | C | N |
| Northern Rockies | N | W | WW | N | W |
| Southwest | N | WW | WW | W | W |
| Northwest | W | W | WW | WWW | W |
| West | W | WW | WW | WW | N |

Figure A-2. Statewide average temperature ranks for the period June through August for the years 2008 through 2017. Note that the NCEI changed the display format of temperature rank maps beginning in 2014.



















Figure A-3. Spatial fields of daily maximum temperature anomalies (percentiles) for the period June through August for the years 2011 through 2017. Note that the NCDC began creating these maps in 2011.













Figure A-4. Cooling degree days for June through August for each climate region. Note that (1) data are provided back to 1990 and (2) the range of the y-axis differs in some cases by climate region.





Southeast Climate Region, Cooling Degree Days, June-August



Ohio Valley Climate Region, Cooling Degree Days, June-August







Southwest Climate Region, Cooling Degree Days, June-August



Northern Rockies and Plains Climate Region, Cooling Degree Days, June-August





TAB R7-18: TRANSPORT MEMO MARCH 27, 2018 (JAN. 31, 2022) (EPA-R07-OAR-2021-0851-0018)



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
RESEARCH TRIANGLE PARK, NC 27711

MAR 2 7 2018

OFFICE OF
AIR QUALITY PLANNING
AND STANDARDS

## MEMORANDUM

**SUBJECT:**    Information on the Interstate Transport State Implementation Plan Submissions
for the 2015 Ozone National Ambient Air Quality Standards under Clean Air Act
Section 110(a)(2)(D)(i)(I)

**FROM:**    Peter Tsirigotis
Director

**TO:**    Regional Air Division Directors, Regions 1–10

The purpose of this memorandum is to provide information to states and the Environmental
Protection Agency Regional offices as they develop or review state implementation plans (SIPs)
that address section 110(a)(2)(D)(i)(I) of Clean Air Act (CAA), also called the "good neighbor"
provision, as it pertains to the 2015 ozone National Ambient Air Quality Standards (NAAQS).
Specifically, this memorandum includes EPA's air quality modeling data for ozone for the year
2023, including newly available contribution modeling results, and a discussion of elements
previously used to address interstate transport. In addition, the memorandum is accompanied by
Attachment A, which provides a preliminary list of potential flexibilities in analytical approaches
for developing a good neighbor SIP that may warrant further discussion between EPA and states.

The information in this memorandum provides an update to the contribution modeling
analyses provided in EPA's January 2017 Notice of Data Availability (NODA) of ozone transport
modeling data for the 2015 ozone NAAQS and builds upon information provided in the October
2017 interstate transport memorandum.[1] The October 2017 memorandum provided projected
ozone design values for 2023 based on EPA's updated nationwide ozone modeling with the
primary goal of assisting states in completing good neighbor transport actions for the 2008 ozone
NAAQS.

---

[1] *See* Notice of Availability of the Environmental Protection Agency's Preliminary Interstate Ozone Transport
Modeling Data for the 2015 Ozone National Ambient Air Quality Standard (NAAQS), 82 FR 1733 (January 6,
2017). This memorandum also supplements the information provided in the memorandum, *Supplemental
Information on the Interstate Transport State Implementation Plan Submissions for the 2008 Ozone National
Ambient Air Quality Standards under Clean Air Act Section 110(a)(2)(D)(i)(I)*. Memorandum from Stephen D.
Page, Director, U.S. EPA Office of Air Quality Planning and Standards, to Regional Air Division Directors, Regions
1–10. October 27, 2017. Available at *https://www.epa.gov/sites/production/files/2017-
10/documents/final_2008_o3_naaqs_transport_memo_10-27-17b.pdf.* (The October 27, 2017, memorandum
includes links to all supporting documentation, including modeling and emissions technical support documents.)

EPA's goal in providing this information is to assist states' efforts to develop good neighbor SIPs for the 2015 ozone NAAQS to address their interstate transport obligations. While the information in this memorandum and the associated air quality analysis data could be used to inform the development of these SIPs, the information is not a final determination regarding states' obligations under the good neighbor provision. Any such determination would be made through notice-and-comment rulemaking.

**The Good Neighbor Provision**

Under CAA sections 110(a)(l) and 110(a)(2), each state is required to submit a SIP that provides for the implementation, maintenance and enforcement of each primary and secondary NAAQS. Section 110(a)(1) requires each state to make this new SIP submission within 3 years after promulgation of a new or revised NAAQS. This type of SIP submission is commonly referred to as an "infrastructure SIP." Section 110(a)(2) identifies specific elements that each plan submission must meet. Conceptually, an infrastructure SIP provides assurance that a state's SIP contains the necessary structural requirements to implement the new or revised NAAQS, whether by demonstrating that the state's SIP already contains or sufficiently addresses the necessary provisions, or by making a substantive SIP revision to update the plan provisions to meet the new standards.

In particular, CAA section 110(a)(2)(D)(i)(I) requires each state to submit to EPA new or revised SIPs that "contain adequate provisions ... prohibiting, consistent with the provisions of this subchapter, any source or other type of emissions activity within the State from emitting any air pollutant in amounts which will ... contribute significantly to nonattainment in, or interfere with maintenance by, any other state with respect to any such national primary or secondary ambient air quality standard." EPA often refers to section 110(a)(2)(D)(i)(I) as the good neighbor provision and to SIP revisions addressing this requirement as good neighbor SIPs.

On October 1, 2015, EPA promulgated a revision to the ozone NAAQS, lowering the level of both the primary and secondary standards to 70 parts per billion (ppb).[2] Pursuant to CAA section 110(a), good neighbor SIPs are, therefore, due by October 1, 2018. As noted earlier, EPA intends that the information conveyed through this memorandum should assist states in their efforts to develop good neighbor SIPs for the 2015 ozone NAAQS to address their interstate transport obligations.

**Framework to Address the Good Neighbor Provision**

Through the development and implementation of several previous rulemakings, including most recently the Cross-State Air Pollution Rule (CSAPR) Update,[3] EPA, working in partnership with states, established the following four-step framework to address the requirements of the good neighbor provision for ozone and fine particulate matter ($PM_{2.5}$) NAAQS: (1) identify downwind air quality problems; (2) identify upwind states that contribute enough to those downwind air

---

[2] National Ambient Air Quality Standards for Ozone Final Rule, 80 FR 65292 (October 26, 2015).

[3] *See* Finding of Significant Contribution and Rulemaking for Certain States in the Ozone Transport Assessment Group Region for Purposes of Reducing Regional Transport of Ozone (also known as the NO$_X$ SIP Call), 63 FR 57356 (October 27, 1998); Clean Air Interstate Rule (CAIR) Final Rule, 70 FR 25162 (May 12, 2005); CSAPR Final Rule, 76 FR 48208 (August 8, 2011); CSAPR Update for the 2008 Ozone NAAQS (CSAPR Update) Final Rule, 81 FR 74504 (October 26, 2016).

quality problems to warrant further review and analysis; (3) identify the emissions reductions necessary (if any), considering cost and air quality factors, to prevent an identified upwind state from contributing significantly to those downwind air quality problems; and (4) adopt permanent and enforceable measures needed to achieve those emissions reductions. EPA notes that, in applying this framework or other approaches consistent with the CAA, various analytical approaches may be used to assess each step. EPA has undertaken several previous regional rulemakings applying this framework, and its analytical approaches have varied over time due to continued evolution of relevant tools and information, as well as their specific application.

This memo presents information regarding EPA's latest analysis for purposes of assisting states in developing SIPs for the 2015 ozone NAAQS, and, in doing so, generally follows approaches that EPA has taken in its regional rulemaking actions addressing prior ozone NAAQS. EPA also notes that, in developing their own rules, states have flexibility to follow the familiar four-step transport framework (using EPA's analytical approach or somewhat different analytical approaches within these steps) or alternative frameworks, so long as their chosen approach has adequate technical justification and is consistent with the requirements of the CAA. In various discussions, states and other stakeholders have suggested specific approaches that may warrant further consideration, and have indicated that they may be exploring other approaches as well. Over the next few months, EPA will be working with states to evaluate potential additional flexibilities for states to consider as they develop their good neighbor SIPs for the 2015 ozone NAAQS. Such potential flexibilities could apply to modeling conducted by states or to states' use of EPA's updated modeling presented here. Attachment A provides a preliminary list of potential flexibilities that may warrant further discussion. EPA looks forward to discussing these and other potential flexibilities with states over the next few months, which will help inform states' development of their good neighbor SIP submittals, as well as EPA's development of further information on good neighbor SIPs.

### Air Quality Modeling Projection of 2023 Ozone Design Values

As noted previously and as described in more detail in both the 2017 NODA and the October 2017 memorandum, EPA uses modeling to identify potential downwind air quality problems. A first step in the modeling process is selecting a future analytic year that considers both the relevant attainment dates of downwind nonattainment areas impacted by interstate transport[4] and the timeframes that may be required for implementing further emissions reductions as expeditiously as practicable.[5] For the 2015 ozone NAAQS, EPA selected 2023 as the analytic year in our modeling analyses primarily because it aligns with the anticipated attainment year for Moderate ozone nonattainment areas.[6]

---

[4] *North Carolina v. EPA*, 531 F.3d 896, 911–12 (D.C. Cir. 2008) (holding that compliance timeframes for necessary emission reductions must consider downwind attainment deadlines).

[5] *See* October 2017 memorandum, pp. 4-6 (discussion of timing of controls).

[6] On November 16, 2017 (82 FR 54232), EPA established initial air quality designations for most areas in the United States. On December 22, 2017 (83 FR 651), EPA responded to state and tribal recommendations by indicating the anticipated area designations for the remaining portions of the U.S. In addition, EPA proposed the maximum attainment dates for nonattainment areas in each classification, which for Moderate ozone nonattainment is 6 years (81 FR 81276, November 17, 2016). Based on the expected timing for final designations, 6 years from the likely effective date for designations would be summer 2024. Therefore, the 2023 ozone season would be the last full ozone season before the 2024 attainment date.

As noted in the aforementioned October 2017 memorandum, EPA then used the Comprehensive Air Quality Model with Extensions (CAMx v6.40)[7] to model emissions in 2011 and 2023, based on updates provided to EPA from states and other stakeholders.[8] EPA used outputs from the 2011 and 2023 model simulations to project base period 2009-2013 average and maximum ozone design values to 2023 at monitoring sites nationwide. In projecting these future year design values, EPA applied its own modeling guidance,[9] which recommends using model predictions from the "3 x 3" array of grid cells surrounding the location of the monitoring site.[10] In light of comments on the January 2017 NODA and other analyses, EPA also projected 2023 design values based on a modified version of the "3 x 3" approach for those monitoring sites located in coastal areas. Briefly, in this alternative approach, EPA incorporated the flexibility of eliminating from the design value calculations those modeling data in grid cells that are dominated by water (*i.e.*, more than 50 percent of the area in the grid cell is water) and that do not contain a monitoring site (*i.e.*, if a grid cell is more than 50 percent water but contains an air quality monitor, that cell would remain in the calculation).[11] For each individual monitoring site, the base period 2009-2013 average and maximum design values, 2023 projected average and maximum design values based on both the "3 x 3" approach and the alternative approach affecting coastal sites, and 2014-2016 measured design values are provided in an attachment to the October 27 memorandum. The same information is available in Excel format at *https://www.epa.gov/airmarkets/october-2017-memo-and-information-interstate-transport-sips-2008-ozone-naaqs.*

In the CSAPR Update rulemaking process, EPA considered a combination of monitoring data and modeling projections to identify receptor sites that are projected to have problems attaining or maintaining the NAAQS.[12] Specifically, EPA identified nonattainment receptors as those monitoring sites with current measured values exceeding the NAAQS that also have projected (*i.e.*, in 2023) average design values exceeding the NAAQS. EPA identified maintenance receptors as those monitoring sites with maximum design values exceeding the NAAQS. This included sites with current measured values below the NAAQS with projected average and maximum design values exceeding the NAAQS, and monitoring sites with projected average design values below the NAAQS but with projected maximum design values exceeding the NAAQS. The projected 2023 ozone design values and 2014-2016 measured design values for monitors in the United States have not changed since they were first presented in the October 2017 memorandum.

---

[7] CAMx v6.40 was the most recent public release version of CAMx at the time EPA updated its modeling in fall 2017. ("Comprehensive Air Quality Model with Extension version 6.40 User's Guide" Ramboll Environ, December 2016. *http://www.camx.com/.*)

[8] For the updated modeling, EPA used the construct of the modeling platform (*i.e.*, modeling domain and non-emissions inputs) that we used for the NODA modeling, except that the photolysis rates files were updated to be consistent with CAMx v6.40. The NODA Air Quality Modeling Technical Support Document describing the modeling platform is available at *https://www.epa.gov/airmarkets/notice-data-availability-preliminary-interstate-ozone-transport-modeling-data-2015-ozone.*

[9] *http://www.epa.gov/ttn/scram/guidance/guide/Draft_O3-PM-RH_Modeling_Guidance-2014.pdf.*

[10] EPA's modeling uses 12 kilometer$^2$ grid cells.

[11] A model grid cell is identified as a "water" cell if more than 50 percent of the grid cell is water based on the 2006 National Land Cover Database. Grid cells that meet this criterion are treated as entirely over water in the Weather Research Forecast (WRF) modeling used to develop the 2011 meteorology for EPA's air quality modeling.

[12] *See* 81 FR 74530-74532 (October 26, 2016).

In this memorandum, EPA is identifying 2023 potential nonattainment and maintenance receptors with respect to the 2015 NAAQS, following its approach taken for previous NAAQS. This information is based on applying the CSAPR method for identifying potential nonattainment and maintenance receptors, and presents the design values in two ways: first, following the "3 x 3" approach to evaluating all sites, and second, following the modified approach for coastal monitoring sites in which "overwater" modeling data were not included in the calculation of future year design values. After incorporating these approaches, the modeling results suggest, based on the approach used for previous NAAQS, 11 monitoring sites outside of California as potential nonattainment receptors and 14 monitoring sites outside of California as potential maintenance receptors. *See* Attachment B for this receptor information.

**Air Quality Modeling of 2023 Contributions**
After identifying potential downwind air quality problems by projecting base period 2009-2013 average and maximum ozone design values to 2023 at monitoring sites nationwide, EPA next performed nationwide, state-level ozone source apportionment modeling using the CAMx Anthropogenic Precursor Culpability Analysis (APCA) technique[13] to provide information regarding the expected contribution of 2023 base case nitrogen oxides ($NO_X$) and volatile organic compound (VOC) emissions from all sources in each state to projected 2023 ozone concentrations at each air quality monitoring site. In the source apportionment model run, EPA tracked the ozone formed from each of the following contribution categories (*i.e.*, "tags"):

- States – anthropogenic $NO_X$ and VOC emissions from each of the contiguous 48 states and the District of Columbia tracked individually (EPA combined emissions from all anthropogenic sectors in a given state);
- Biogenics – biogenic $NO_X$ and VOC emissions domain-wide (*i.e.*, not by state);
- Initial and Boundary Concentrations – concentrations transported into the modeling domain from the lateral boundaries;
- Tribal Lands – the emissions from those tribal lands for which EPA has point source inventory data in the 2011 NEI (EPA did not model the contributions from individual tribes);
- Canada and Mexico – anthropogenic emissions from sources in those portions of Canada and Mexico included in the modeling domain (EPA did not separately model contributions from Canada or Mexico);
- Fires – combined emissions from wild and prescribed fires domain-wide (*i.e.*, not by state); and
- Offshore – combined emissions from offshore marine vessels and offshore drilling platforms (*i.e.*, not by state).

EPA performed the CAMx source apportionment model simulation for the period May 1 through September 30 using the 2023 future base case emissions and 2011 meteorology for this

---

[13] As part of this technique, ozone formed from reactions between biogenic and anthropogenic VOC and $NO_X$ are assigned to the anthropogenic emissions.

time period.[14] EPA processed hourly contributions[15] from each tag to obtain the 8-hour average contributions corresponding to the time period of the 8-hour daily maximum concentration on each day in the 2023 model simulation. This step was performed for those model grid cells containing monitoring sites to obtain 8-hour average contributions for each day at the location of each site. EPA then processed the model-predicted contributions on each day at each monitoring site location to identify the contributions on the subset of days in the 2023 modeling with the top 10 model-predicted maximum daily 8-hour average concentrations. The daily 8-hour average contributions on the top 10 concentration days in 2023 were applied in a relative sense to quantify the contributions to the 2023 average design value at each site.

In the CSAPR and CSAPR Update modeling efforts, EPA had used a slightly different approach by basing the average future year contribution on future year modeled values that exceeded the NAAQS or the top 5 days, whichever was greater. While technically sound, EPA's previous approach resulted in different contributions for an individual linkage depending on the level of the NAAQS. For the modeling effort described in this memorandum, EPA considered comments on the January 2017 NODA and developed and incorporated the flexibility of calculating the contribution metric using contributions on the top 10 future year days. As some commenters have indicated, this approach makes the contribution metric values more consistent across monitoring sites and more robust in terms of being independent of the level of the NAAQS. The contributions from each tag to each monitoring site identified as a potential nonattainment or maintenance receptor in 2023 are provided in Attachment C.[16]

**Conclusion**

States may consider using this national modeling to develop SIPs that address requirements of the good neighbor provision for the 2015 ozone NAAQS. When doing so, EPA recommends that states include in any such submission state-specific information to support their reliance on the 2023 modeling data. Further, states may supplement the information provided in this memorandum with any additional information that they believe is relevant to addressing the good neighbor provision requirements. States may also choose to use other information to identify nonattainment and maintenance receptors relevant to development of their good neighbor SIPs. If this is the case, states should submit that information along with a full explanation and technical analysis. EPA encourages collaboration among states linked to a common receptor and among linked upwind and downwind states in developing and implementing a regionally consistent approach. We recommend that states reach out to EPA Regional offices and work together to accomplish the goal of developing, submitting, and reviewing approvable SIPs that address the good neighbor provision for the 2015 ozone NAAQS.

Finally, as indicated previously in this memorandum, in addition to the flexibilities already incorporated into EPA's modeling effort (*i.e.*, considering the removal of modeled values in "over water" grid cells and EPA's modified approach for calculating the contribution metric), EPA is

---

[14] *See* the October 2017 memorandum for a description of these model inputs.

[15] Ozone contributions from anthropogenic emissions under "NOx-limited" and "VOC-limited" chemical regimes were combined to obtain the net contribution from NOx and VOC anthropogenic emissions in each state.

[16] Given stakeholder input on the 2017 NODA and other analyses, EPA elected to represent the contribution information in this memorandum using the alternative approach for projecting design values for sites in coastal areas.

evaluating whether states may have additional flexibilities as they work to prepare and submit approvable good neighbor SIPs for the 2015 ozone NAAQS (*see* Attachment A). EPA looks forward to discussing these and other potential flexibilities with states over the next few months, which will help inform states' development of their good neighbor SIP submittals, as well as EPA's development of further information on good neighbor SIPs.

Please share this information with the air agencies in your Region.

**For Further Information**
If you have any questions concerning this memorandum, please contact Norm Possiel at (919) 541-5692, *possiel.norm@epa.gov* for modeling information or Beth Palma at (919) 541-5432, *palma.elizabeth@epa.gov* for any other information.

Attachments

A. Preliminary List of Potential Flexibilities Related to Analytical Approaches for Developing a Good Neighbor State Implementation Plan
B. Projected Ozone Design Values at Potential Nonattainment and Maintenance Receptors Based on EPA's Updated 2023 Transport Modeling
C. Contributions to 2023 8-hour Ozone Design Values at Projected 2023 Nonattainment and Maintenance Sites

**Attachment A**

**Preliminary List of Potential Flexibilities Related to Analytical Approaches for Developing a Good Neighbor State Implementation Plan**

The Environmental Protection Agency believes states may be able to consider certain approaches as they develop good neighbor state implementation plans (SIPs) addressing the 2015 ozone National Ambient Air Quality Standards (NAAQS). To that end, EPA has reviewed comments provided in various forums, including comments on EPA's January 2017 Notice of Data Availability (NODA) regarding ozone transport modeling data for the 2015 ozone NAAQS, and seeks feedback from interested stakeholders on the following concepts. This list is organized in the familiar four-step transport framework discussed on pages 2-3 of the memorandum above, but EPA is open to alternative frameworks to address good neighbor obligations or considerations outside the four-step process. The purpose of this attachment is to identify potential flexibilities to inform SIP development and seek feedback on these concepts. EPA is not at this time making any determination that the ideas discussed below are consistent with the requirements of the CAA, nor are we specifically recommending that states use these approaches. Determinations regarding states' obligations under the good neighbor provision would be made through notice-and-comment rulemaking.

EPA has identified several guiding principles to consider when evaluating the appropriateness of the concepts introduced in this attachment, including:

- Supporting states' position as "first actors" in developing SIPs that address section 110(a)(2)(D) of the CAA;
- Consistency with respect to EPA's SIP actions is legally required by the statute and regulations (*see* CAA § 301(a)(2) and 40 CFR part 56) and is a particularly acute issue with respect to regional transport issues in which multiple states may be implicated;
- Compliance with statutory requirements and legal precedent from court decisions interpreting the CAA requirements;
- Encouraging collaboration among states linked to a common receptor and among linked upwind and downwind states in developing and applying a regionally consistent approach to identify and implement good neighbor obligations; and
- The potential value of considering different modeling tools or analyses in addition to EPA's, provided that any alternative modeling is performed using a credible modeling system which includes "state-of-the-science" and "fit for purpose" models, inputs, and techniques that are relevant to the nature of the ozone problem. The use of results from each alternative technique should be weighed in accordance with the scientific foundation, construct and limitations of the individual techniques.

EPA intends to reflect on feedback received on these concepts and communicate closely with air agencies as they prepare and submit SIPs to address the good neighbor provisions for the 2015 ozone NAAQS.

**Analytics**
- Consideration of appropriate alternate base years to those used in EPA's most recent modeling (*e.g.*, appropriate alternative base years should be selected consistent with EPA's air quality modeling guidance suggesting that years with meteorology conducive to ozone formation are appropriate).
- Consideration of an alternate future analytic year. EPA has identified 2023 as an appropriate analytic year to consider when evaluating transport obligations for the 2015 ozone NAAQS; however, another year may also be appropriate.
- Use of alternative power sector modeling consistent with EPA's emission inventory guidance.
- Consideration of state-specific information in identifying emissions sources [*e.g.*, electric generating units (EGUs) and non-EGUs] and controls (*e.g.*, combustion/process controls, post-combustion controls) that are appropriate to evaluate.

**Step 1 – Identify downwind air quality problems**
- Identification of maintenance receptors.
  - Evaluate alternative methodologies to give independent meaning to the term "interfere with maintenance" under CAA section 110(a)(2)(D)(i)(I).
  - Identify maintenance receptors that are at risk of exceeding the NAAQS (even if they do not currently violate the standard) using an alternative approach that does not rely on the projection of maximum design values.
  - Identify maintenance receptors where current, presumably "clean," measured data are shown through analysis to occur during meteorological conditions conducive to ozone formation such that exceedances are unlikely to reoccur in the future.
- Consideration of downwind air quality context.
  - Consider the role of designations issued in FY 2018 based on approved air quality monitors.
  - Assess current and projected local emissions reductions and whether downwind areas have considered and/or used available mechanisms for regulatory relief.
- Consideration of model performance.
  - Consider removal of certain data from modeling analysis for the purposes of projecting design values and calculating the contribution metric where data removal is based on model performance and technical analyses support the exclusion.

**Step 2 – Identify upwind states that contribute to those downwind air quality problems to warrant further review and analysis**
- Considerations related to determining contributions.
  - EPA has used the Anthropogenic Precursor Culpability Analysis (APCA) approach for the purpose of quantifying contribution to downwind receptors. We have received questions regarding the use of other modeling approaches (*e.g.*, Ozone Source Apportionment Technology, Decoupled Direct Method, and zero-out brute force sensitivity runs) to help quantify ozone impacts from upwind states.
- Considerations related to evaluating contributions (contributions contained in Attachment C are not based upon a particular significance threshold).
  - Establishing a contribution threshold based on variability in ozone design values that leverage some of the analytics and statistical data created to support the development of the Significant Impact Level for ozone.

- Consideration of different contribution thresholds for different regions based on regional differences in the nature and extent of the transport problem.
- An evaluation of "collective contribution" in the receptor region to determine the extent to which a receptor is "transport influenced." The results of this analysis could be applied before assessing whether an individual state is linked to a downwind receptor (*i.e.*, above the contribution threshold).

**Step 3 – Identifying air quality, cost, and emission reduction factors to be evaluated in a multifactor test to identify emissions that significantly contribute to nonattainment or interfere with maintenance of the NAAQS downwind, if any**

- Consideration of international emissions, in a manner consistent with EPA's Ozone Cooperative Compliance Task Force efforts to fully understand the role of background ozone levels and appropriately account for international transport.[17]
    - Develop consensus on evaluation of the magnitude of international ozone contributions relative to domestic, anthropogenic ozone contributions for receptors identified in step 1. As contained in Attachment C, EPA recognizes that a number of non-U.S. and non-anthropogenic sources contribute to downwind nonattainment and maintenance receptors.
    - Consider whether the air quality, cost, or emission reduction factors should be weighted differently in areas where international contributions are relatively high.
- For states that are found to significantly contribute to nonattainment or interfere with maintenance of the NAAQS downwind, apportioning responsibility among states.
    - Consider control stringency levels derived through "uniform-cost" analysis of $NO_X$ reductions.
    - Consider whether the relative impact (*e.g.*, parts per billion/ton) between states is sufficiently different such that this factor warrants consideration in apportioning responsibility.
- Considerations for states linked to maintenance receptors.
    - Consider whether the remedy for upwind states linked to maintenance receptors could be less stringent than for those linked to nonattainment receptors.
    - For example, consider whether upwind states could satisfy linkage(s) to maintenance receptors based on recent historic or base case emissions levels.

**Step 4 – Adopt permanent and enforceable measures needed to achieve emissions reductions (translating the control levels identified in Step 3 into enforceable emissions limits)**

- EPA welcomes concepts from stakeholders regarding Step 4, including potential EPA actions that could serve as a model as well as the relationship to previous transport rules.

---

[17] See *Final Report on Review of Agency Actions that Potentially Burden the Safe, Efficient Development of Domestic Energy Resources Under Executive Order 13783* (October 25, 2017) and *Report to Congress on Administrative Options to Enable States to Enter into Cooperative Agreements to Provide Regulatory Relief for Implementing Ozone Standards* (August 14, 2017).

**Attachment B**

**Projected Ozone Design Values at Potential Nonattainment and Maintenance Receptors Based on EPA's Updated 2023 Transport Modeling**

This attachment contains projected ozone design values at those individual monitoring sites that are projected to be potential nonattainment or maintenance receptors based on the Environmental Protection Agency's updated transport modeling for 2023. The scenario name for the updated modeling is "2023en." The data are in units of parts per billion (ppb).

The following data are provided in the table below:

1. Base period 2009 – 2013 average and maximum design values based on 2009 – 2013 measured data.

2. Projected 2023 average and maximum design values based on the "3 x 3" approach and a modified "3 x 3" approach in which model predictions in grid cells that are predominately water and that do not contain monitors are excluded from the projection calculations ("No Water"). Note that the modified approach only affects the projection of design values for monitoring sites in or near coastal areas.

3. 2016 ozone design values based on 2014 – 2016 measured data (N/A indicates that a 2016 design value is not available). The following Web site has additional information on the 2016 design values: *https://www.epa.gov/air-trends/air-quality-design-values#report*.

Note: A value of 70.9 ppb (or less) is considered to be in attainment of the 2015 ozone NAAQS, and a value of 71.0 ppb (or higher) is considered to be in violation of the 2015 ozone NAAQS.

Note also: Site 550790085 in Milwaukee Co., WI would be a nonattainment receptor using projected design values based on the "No Water" cell approach, but would not be a receptor with the "3 x 3" approach. Conversely, site 360850067 in Richmond Co., NY would be a nonattainment receptor using the "3 x 3" approach, but would not be a receptor with the "No Water" cell approach.

| Site ID | St | County | 2009-2013 Avg | 2009-2013 Max | 2023en "3x3" Avg | 2023en "3x3" Max | 2023en "No Water" Avg | 2023en "No Water" Max | 2014-2016 |
|---|---|---|---|---|---|---|---|---|---|
| 40130019 | AZ | Maricopa | 76.7 | 79 | 69.3 | 71.4 | 69.3 | 71.4 | 73 |
| 40131004 | AZ | Maricopa | 79.7 | 81 | 69.8 | 71.0 | 69.8 | 71.0 | 75 |
| 60190007 | CA | Fresno | 94.7 | 95 | 79.2 | 79.4 | 79.2 | 79.4 | 86 |
| 60190011 | CA | Fresno | 93.0 | 96 | 78.6 | 81.2 | 78.6 | 81.2 | 89 |
| 60190242 | CA | Fresno | 91.7 | 95 | 79.4 | 82.2 | 79.4 | 82.2 | 86 |
| 60194001 | CA | Fresno | 90.7 | 92 | 73.3 | 74.4 | 73.3 | 74.4 | 91 |
| 60195001 | CA | Fresno | 97.0 | 99 | 79.6 | 81.2 | 79.6 | 81.2 | 94 |
| 60250005 | CA | Imperial | 74.7 | 76 | 73.3 | 74.6 | 73.3 | 74.6 | 76 |
| 60251003 | CA | Imperial | 81.0 | 82 | 79.0 | 80.0 | 79.0 | 80.0 | 76 |
| 60290007 | CA | Kern | 91.7 | 96 | 77.7 | 81.3 | 77.7 | 81.3 | 87 |

| Site ID | St | County | 2009-2013 Avg | 2009-2013 Max | 2023en "3x3" Avg | 2023en "3x3" Max | 2023en "No Water" Avg | 2023en "No Water" Max | 2014-2016 |
|---|---|---|---|---|---|---|---|---|---|
| 60290008 | CA | Kern | 86.3 | 88 | 71.3 | 72.8 | 71.3 | 72.8 | 81 |
| 60290014 | CA | Kern | 87.7 | 89 | 74.1 | 75.2 | 74.1 | 75.2 | 84 |
| 60290232 | CA | Kern | 87.3 | 89 | 73.7 | 75.2 | 73.7 | 75.2 | 77 |
| 60295002 | CA | Kern | 90.0 | 91 | 75.9 | 76.8 | 75.9 | 76.8 | 87 |
| 60296001 | CA | Kern | 84.3 | 86 | 70.9 | 72.4 | 70.9 | 72.4 | 81 |
| 60311004 | CA | Kings | 87.0 | 90 | 71.7 | 74.2 | 71.7 | 74.2 | 84 |
| 60370002 | CA | Los Angeles | 80.0 | 82 | 73.3 | 75.1 | 73.3 | 75.1 | 88 |
| 60370016 | CA | Los Angeles | 94.0 | 97 | 86.1 | 88.9 | 86.1 | 88.9 | 96 |
| 60371201 | CA | Los Angeles | 90.0 | 90 | 79.8 | 79.8 | 79.8 | 79.8 | 85 |
| 60371701 | CA | Los Angeles | 84.0 | 85 | 78.1 | 79.1 | 78.1 | 79.1 | 90 |
| 60372005 | CA | Los Angeles | 79.5 | 82 | 72.3 | 74.6 | 72.3 | 74.6 | 83 |
| 60376012 | CA | Los Angeles | 97.3 | 99 | 85.9 | 87.4 | 85.9 | 87.4 | 96 |
| 60379033 | CA | Los Angeles | 90.0 | 91 | 76.3 | 77.2 | 76.3 | 77.2 | 88 |
| 60392010 | CA | Madera | 85.0 | 86 | 72.1 | 72.9 | 72.1 | 72.9 | 83 |
| 60470003 | CA | Merced | 82.7 | 84 | 69.9 | 71.0 | 69.9 | 71.0 | 82 |
| 60650004 | CA | Riverside | 85.0 | 85 | 76.7 | 76.7 | 76.7 | 76.7 | N/A |
| 60650012 | CA | Riverside | 97.3 | 99 | 83.6 | 85.1 | 83.6 | 85.1 | 93 |
| 60651016 | CA | Riverside | 100.7 | 101 | 85.2 | 85.5 | 85.2 | 85.5 | 97 |
| 60652002 | CA | Riverside | 84.3 | 85 | 72.4 | 73.0 | 72.4 | 73.0 | 81 |
| 60655001 | CA | Riverside | 92.3 | 93 | 79.5 | 80.1 | 79.5 | 80.1 | 87 |
| 60656001 | CA | Riverside | 94.0 | 98 | 78.3 | 81.6 | 78.3 | 81.6 | 91 |
| 60658001 | CA | Riverside | 97.0 | 98 | 87.0 | 87.9 | 87.0 | 87.9 | 94 |
| 60658005 | CA | Riverside | 92.7 | 94 | 83.2 | 84.4 | 83.2 | 84.4 | 91 |
| 60659001 | CA | Riverside | 88.3 | 91 | 73.7 | 75.9 | 73.7 | 75.9 | 86 |
| 60670012 | CA | Sacramento | 93.3 | 95 | 74.5 | 75.9 | 74.5 | 75.9 | 83 |
| 60675003 | CA | Sacramento | 86.3 | 88 | 69.9 | 71.3 | 69.9 | 71.3 | 79 |
| 60710005 | CA | San Bernardino | 105.0 | 107 | 96.2 | 98.1 | 96.2 | 98.1 | 108 |
| 60710012 | CA | San Bernardino | 95.0 | 97 | 84.1 | 85.8 | 84.1 | 85.8 | 91 |
| 60710306 | CA | San Bernardino | 83.7 | 85 | 76.2 | 77.4 | 76.2 | 77.4 | 86 |
| 60711004 | CA | San Bernardino | 96.7 | 98 | 89.8 | 91.0 | 89.8 | 91.0 | 101 |
| 60712002 | CA | San Bernardino | 101.0 | 103 | 93.1 | 95.0 | 93.1 | 95.0 | 97 |
| 60714001 | CA | San Bernardino | 94.3 | 97 | 86.0 | 88.5 | 86.0 | 88.5 | 90 |
| 60714003 | CA | San Bernardino | 105.0 | 107 | 94.1 | 95.8 | 94.1 | 95.8 | 101 |
| 60719002 | CA | San Bernardino | 92.3 | 94 | 80.0 | 81.4 | 80.0 | 81.4 | 86 |
| 60719004 | CA | San Bernardino | 98.7 | 99 | 88.4 | 88.7 | 88.4 | 88.7 | 104 |
| 60990006 | CA | Stanislaus | 87.0 | 88 | 74.8 | 75.7 | 74.8 | 75.7 | 83 |
| 61070006 | CA | Tulare | 81.7 | 85 | 69.1 | 71.9 | 69.1 | 71.9 | 84 |
| 61070009 | CA | Tulare | 94.7 | 96 | 76.1 | 77.2 | 76.1 | 77.2 | 89 |

| Site ID | St | County | 2009-2013 Avg | 2009-2013 Max | 2023en "3x3" Avg | 2023en "3x3" Max | 2023en "No Water" Avg | 2023en "No Water" Max | 2014-2016 |
|---------|----|--------|---------------|---------------|------------------|------------------|-----------------------|-----------------------|-----------|
| 61072002 | CA | Tulare | 85.0 | 88 | 68.9 | 71.4 | 68.9 | 71.4 | 80 |
| 61072010 | CA | Tulare | 89.0 | 90 | 73.1 | 73.9 | 73.1 | 73.9 | 83 |
| 61112002 | CA | Ventura | 81.0 | 83 | 70.5 | 72.2 | 70.5 | 72.2 | 77 |
| 80050002 | CO | Arapahoe | 76.7 | 79 | 69.3 | 71.3 | 69.3 | 71.3 | N/A |
| 80350004 | CO | Douglas | 80.7 | 83 | 71.1 | 73.2 | 71.1 | 73.2 | 77 |
| 80590006 | CO | Jefferson | 80.3 | 83 | 71.3 | 73.7 | 71.3 | 73.7 | 77 |
| 80590011 | CO | Jefferson | 78.7 | 82 | 70.9 | 73.9 | 70.9 | 73.9 | 80 |
| 80690011 | CO | Larimer | 78.0 | 80 | 71.2 | 73.0 | 71.2 | 73.0 | 75 |
| 81230009 | CO | Weld | 74.7 | 76 | 70.2 | 71.4 | 70.2 | 71.4 | 70 |
| 90010017 | CT | Fairfield | 80.3 | 83 | 69.8 | 72.1 | 68.9 | 71.2 | 80 |
| 90013007 | CT | Fairfield | 84.3 | 89 | 71.2 | 75.2 | 71.0 | 75.0 | 81 |
| 90019003 | CT | Fairfield | 83.7 | 87 | 72.7 | 75.6 | 73.0 | 75.9 | 85 |
| 90099002 | CT | New Haven | 85.7 | 89 | 71.2 | 73.9 | 69.9 | 72.6 | 76 |
| 240251001 | MD | Harford | 90.0 | 93 | 71.4 | 73.8 | 70.9 | 73.3 | 73 |
| 260050003 | MI | Allegan | 82.7 | 86 | 69.0 | 71.8 | 69.0 | 71.7 | 75 |
| 261630019 | MI | Wayne | 78.7 | 81 | 69.0 | 71.0 | 69.0 | 71.0 | 72 |
| 360810124 | NY | Queens | 78.0 | 80 | 70.1 | 71.9 | 70.2 | 72.0 | 69 |
| 360850067 | NY | Richmond | 81.3 | 83 | 71.9 | 73.4 | 67.1 | 68.5 | 76 |
| 361030002 | NY | Suffolk | 83.3 | 85 | 72.5 | 74.0 | 74.0 | 75.5 | 72 |
| 480391004 | TX | Brazoria | 88.0 | 89 | 74.0 | 74.9 | 74.0 | 74.9 | 75 |
| 481210034 | TX | Denton | 84.3 | 87 | 69.7 | 72.0 | 69.7 | 72.0 | 80 |
| 482010024 | TX | Harris | 80.3 | 83 | 70.4 | 72.8 | 70.4 | 72.8 | 79 |
| 482011034 | TX | Harris | 81.0 | 82 | 70.8 | 71.6 | 70.8 | 71.6 | 73 |
| 482011039 | TX | Harris | 82.0 | 84 | 71.8 | 73.6 | 71.8 | 73.5 | 67 |
| 484392003 | TX | Tarrant | 87.3 | 90 | 72.5 | 74.8 | 72.5 | 74.8 | 73 |
| 550790085 | WI | Milwaukee | 80.0 | 82 | 65.4 | 67.0 | 71.2 | 73.0 | 71 |
| 551170006 | WI | Sheboygan | 84.3 | 87 | 70.8 | 73.1 | 72.8 | 75.1 | 79 |

## Attachment C

## Contributions to 2023 8-hour Ozone Design Values at Projected
## 2023 Nonattainment and Maintenance Sites

This attachment contains tables with the projected ozone contributions from 2023 anthropogenic nitrogen oxide and volatile organic compound emissions in each state to each potential nonattainment receptor and maintenance receptor (based on the 2015 ozone National Ambient Air Quality Standards) in the United States, following the approach for identification of such receptors EPA has used in the past, with slight modification.[18] In addition to the state contributions, we have included the contributions from each of the other categories tracked in the contribution modeling, including point source emissions on Tribal lands, anthropogenic emissions in Canada and Mexico, emissions from offshore sources, fires, biogenics, and contributions from initial and boundary concentrations.

The contribution information is provided in a three-part table for all of the projected receptors throughout the country, except California, and a separate three-part table for the projected receptors in California. For each monitoring site, we provide the site ID, county name, and state name in the first three columns of the table. This information is followed by columns containing the projected 2023 average and maximum design values based on the "No Water" cell approach. Next, in Parts 1 and 2 of each table, we provide the contributions from each state and the District of Columbia, individually. Finally, in Part 3 of each table, we provide the contributions from the Tribal lands, Canada and Mexico, offshore, fires, initial and boundary concentrations (Boundary), and biogenics categories. The units of the 2023 design values and contributions are parts per billion (ppb). Note that the contributions presented in these tables may not sum exactly to the 2023 average design value due to truncation of the contributions to two places to the right of the decimal.

---

[18] For the purposes of creating the contribution tables, data are provided for sites identified as potential nonattainment and maintenance receptors using projected design values based on the "No Water" cell approach. In addition, we provide the contributions to the Richmond Co., NY site that would be a nonattainment receptor in the "3 x 3" approach.

Contributions to 2023 Nonattainment and Maintenance Sites Outside of California (Part 1)

| Site ID | County | State | 2023en Average | 2023en Maximum | AL | AZ | AR | CA | CO | CT | DE | DC | FL | GA | ID | IL | IN | IA | KS | KY | LA | ME | MD | MA | MI | MN | MS | MO | MT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40130019 | Maricopa | AZ | 69.3 | 71.4 | 0.00 | 25.19 | 0.00 | 1.87 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 40131004 | Maricopa | AZ | 69.8 | 71.0 | 0.00 | 27.40 | 0.00 | 2.03 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 80050002 | Arapahoe | CO | 69.3 | 71.3 | 0.00 | 0.29 | 0.00 | 1.20 | 22.94 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 | 0.00 | 0.00 | 0.00 | 0.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 |
| 80350004 | Douglas | CO | 71.1 | 73.2 | 0.00 | 0.38 | 0.01 | 1.27 | 24.71 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.00 | 0.00 | 0.00 | 0.26 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 | 0.01 |
| 80590006 | Jefferson | CO | 71.3 | 73.7 | 0.01 | 0.49 | 0.03 | 1.32 | 25.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.00 | 0.00 | 0.00 | 0.27 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.03 | 0.03 |
| 80590011 | Jefferson | CO | 70.9 | 73.9 | 0.01 | 0.30 | 0.02 | 1.50 | 24.72 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.32 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 | 0.02 |
| 80690011 | Larimer | CO | 71.2 | 73.0 | 0.00 | 0.46 | 0.02 | 1.55 | 21.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.00 | 0.00 | 0.00 | 0.10 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 |
| 81230009 | Weld | CO | 70.2 | 71.4 | 0.01 | 0.49 | 0.02 | 0.95 | 24.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.06 | 0.00 | 0.00 | 0.00 | 0.09 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 | 0.04 |
| 90010017 | Fairfield | CT | 68.9 | 71.2 | 0.08 | 0.03 | 0.00 | 0.03 | 0.07 | 8.70 | 0.18 | 0.04 | 0.02 | 0.09 | 0.01 | 0.39 | 0.44 | 0.11 | 0.09 | 0.34 | 0.05 | 0.00 | 1.18 | 0.06 | 0.50 | 0.17 | 0.03 | 0.21 | 0.03 |
| 90013007 | Fairfield | CT | 71.0 | 75.0 | 0.14 | 0.05 | 0.13 | 0.05 | 0.09 | 4.64 | 0.35 | 0.00 | 0.05 | 0.17 | 0.01 | 0.72 | 0.97 | 0.16 | 0.13 | 0.89 | 0.11 | 0.01 | 1.80 | 0.12 | 0.70 | 0.15 | 0.07 | 0.38 | 0.02 |
| 90019003 | Fairfield | CT | 73.0 | 75.9 | 0.14 | 0.05 | 0.13 | 0.05 | 0.09 | 3.71 | 0.40 | 0.08 | 0.05 | 0.17 | 0.01 | 0.67 | 0.83 | 0.17 | 0.13 | 0.79 | 0.11 | 0.00 | 2.17 | 0.10 | 0.63 | 0.14 | 0.04 | 0.37 | 0.02 |
| 90099002 | New Haven | CT | 69.9 | 72.6 | 0.06 | 0.04 | 0.08 | 0.05 | 0.08 | 9.10 | 0.30 | 0.04 | 0.02 | 0.07 | 0.02 | 0.46 | 0.50 | 0.16 | 0.14 | 0.32 | 0.08 | 0.01 | 1.37 | 0.18 | 0.73 | 0.19 | 0.04 | 0.29 | 0.04 |
| 240251001 | Harford | MD | 70.9 | 73.3 | 0.31 | 0.07 | 0.17 | 0.07 | 0.12 | 0.00 | 0.03 | 0.65 | 0.11 | 0.32 | 0.03 | 0.84 | 1.35 | 0.23 | 0.23 | 1.52 | 0.19 | 0.00 | 22.60 | 0.00 | 0.79 | 0.13 | 0.08 | 0.59 | 0.04 |
| 260050003 | Allegan | MI | 69.0 | 71.7 | 0.35 | 0.08 | 1.64 | 0.09 | 0.18 | 0.00 | 0.00 | 0.00 | 0.09 | 0.18 | 0.03 | 19.62 | 7.11 | 0.77 | 0.77 | 0.58 | 0.70 | 0.00 | 0.01 | 0.00 | 3.32 | 0.11 | 0.40 | 2.61 | 0.06 |
| 261630019 | Wayne | MI | 69.0 | 71.0 | 0.11 | 0.07 | 0.27 | 0.13 | 0.17 | 0.00 | 0.00 | 0.05 | 0.05 | 0.09 | 0.05 | 2.37 | 2.51 | 0.44 | 0.44 | 0.65 | 0.22 | 0.00 | 0.02 | 0.24 | 20.39 | 0.31 | 0.09 | 0.92 | 0.08 |
| 360810124 | Queens | NY | 70.2 | 72.0 | 0.11 | 0.06 | 0.09 | 0.08 | 0.11 | 0.57 | 0.38 | 0.05 | 0.07 | 0.16 | 0.05 | 0.73 | 0.69 | 0.26 | 0.19 | 0.42 | 0.13 | 0.00 | 1.56 | 0.24 | 1.26 | 0.17 | 0.04 | 0.38 | 0.05 |
| 360850067 | Richmond | NY | 67.1 | 68.5 | 0.24 | 0.08 | 0.13 | 0.09 | 0.12 | 0.27 | 0.43 | 0.05 | 0.09 | 0.28 | 0.02 | 0.80 | 0.92 | 0.23 | 0.21 | 0.84 | 0.16 | 0.00 | 1.74 | 0.03 | 0.98 | 0.12 | 0.08 | 0.46 | 0.03 |
| 361030002 | Suffolk | NY | 74.0 | 75.5 | 0.12 | 0.06 | 0.12 | 0.08 | 0.11 | 0.83 | 0.22 | 0.04 | 0.04 | 0.12 | 0.03 | 0.64 | 0.69 | 0.20 | 0.20 | 0.49 | 0.13 | 0.01 | 1.24 | 0.04 | 0.94 | 0.18 | 0.06 | 0.39 | 0.06 |
| 480391004 | Brazoria | TX | 74.0 | 74.9 | 0.35 | 0.08 | 0.90 | 0.21 | 0.30 | 0.00 | 0.00 | 0.00 | 0.21 | 0.14 | 0.08 | 1.00 | 0.32 | 0.40 | 0.47 | 0.14 | 3.80 | 0.00 | 0.00 | 0.00 | 0.22 | 0.34 | 0.63 | 0.88 | 0.10 |
| 481210034 | Denton | TX | 69.7 | 72.0 | 0.49 | 0.07 | 0.58 | 0.13 | 0.27 | 0.00 | 0.00 | 0.00 | 0.27 | 0.34 | 0.06 | 0.23 | 0.16 | 0.10 | 0.40 | 0.11 | 1.92 | 0.00 | 0.01 | 0.00 | 0.08 | 0.11 | 0.33 | 0.24 | 0.07 |
| 482010024 | Harris | TX | 70.4 | 72.8 | 0.39 | 0.04 | 0.29 | 0.12 | 0.13 | 0.00 | 0.00 | 0.00 | 0.39 | 0.26 | 0.04 | 0.34 | 0.13 | 0.17 | 0.17 | 0.10 | 3.06 | 0.00 | 0.00 | 0.00 | 0.06 | 0.06 | 0.50 | 0.38 | 0.05 |
| 482011034 | Harris | TX | 70.8 | 71.6 | 0.32 | 0.03 | 0.54 | 0.10 | 0.15 | 0.00 | 0.00 | 0.00 | 0.53 | 0.16 | 0.05 | 0.51 | 0.12 | 0.27 | 0.32 | 0.05 | 3.38 | 0.00 | 0.00 | 0.00 | 0.17 | 0.23 | 0.39 | 0.63 | 0.07 |
| 482011039 | Harris | TX | 71.8 | 73.5 | 0.37 | 0.04 | 0.99 | 0.12 | 0.11 | 0.00 | 0.00 | 0.00 | 0.13 | 0.13 | 0.05 | 0.88 | 0.24 | 0.33 | 0.33 | 0.11 | 4.72 | 0.00 | 0.00 | 0.00 | 0.27 | 0.20 | 0.79 | 0.88 | 0.10 |
| 484392003 | Tarrant | TX | 72.5 | 74.8 | 0.37 | 0.08 | 0.78 | 0.15 | 0.33 | 0.00 | 0.00 | 0.00 | 0.18 | 0.26 | 0.07 | 0.29 | 0.18 | 0.19 | 0.69 | 0.13 | 1.71 | 0.00 | 0.01 | 0.00 | 0.13 | 0.15 | 0.27 | 0.24 | 0.10 |
| 550790085 | Milwaukee | WI | 71.2 | 73.0 | 0.14 | 0.04 | 0.40 | 0.12 | 0.09 | 0.00 | 0.00 | 0.00 | 0.06 | 0.06 | 0.03 | 15.10 | 5.28 | 0.79 | 0.35 | 0.72 | 0.72 | 0.00 | 0.03 | 0.00 | 2.01 | 0.40 | 0.28 | 0.93 | 0.10 |
| 551170006 | Sheboygan | WI | 72.8 | 75.1 | 0.14 | 0.08 | 0.51 | 0.12 | 0.11 | 0.00 | 0.00 | 0.00 | 0.07 | 0.07 | 0.04 | 15.73 | 7.11 | 0.45 | 0.46 | 0.81 | 0.84 | 0.00 | 0.03 | 0.00 | 2.06 | 0.28 | 0.30 | 1.37 | 0.06 |

Contributions to 2023 Nonattainment and Maintenance Sites Outside of California (Part 2)

| Site ID | County | State | 2023en Average | 2023en Maximum | NE | NV | NH | NJ | NM | NY | NC | ND | OH | OK | OR | PA | RI | SC | SD | TN | TX | UT | VT | VA | WA | WV | WI | WY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40130019 | Maricopa | AZ | 69.3 | 71.4 | 0.00 | 0.09 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.22 | 0.06 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.01 |
| 40131004 | Maricopa | AZ | 69.8 | 71.0 | 0.00 | 0.14 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.06 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 |
| 80050002 | Arapahoe | CO | 69.3 | 71.3 | 0.34 | 0.33 | 0.00 | 0.00 | 0.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 1.23 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 1.04 |
| 80350004 | Douglas | CO | 71.1 | 73.2 | 0.32 | 0.32 | 0.00 | 0.00 | 0.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.10 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.36 | 1.08 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 1.00 |
| 80590006 | Jefferson | CO | 71.3 | 73.7 | 0.41 | 0.31 | 0.00 | 0.00 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.24 | 0.10 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 1.02 | 0.83 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.81 |
| 80590011 | Jefferson | CO | 70.9 | 73.9 | 0.36 | 0.38 | 0.00 | 0.00 | 0.38 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.10 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.94 | 1.04 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 1.03 |
| 80690011 | Larimer | CO | 71.2 | 73.0 | 0.25 | 0.37 | 0.00 | 0.00 | 0.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.10 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.40 | 1.05 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.88 |
| 81230009 | Weld | CO | 70.2 | 71.4 | 0.27 | 0.24 | 0.00 | 0.00 | 0.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.08 | 0.04 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 1.05 | 0.54 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.58 |
| 90010017 | Fairfield | CT | 68.9 | 71.2 | 0.06 | 0.00 | 0.01 | 6.24 | 0.04 | 17.31 | 0.29 | 0.07 | 1.04 | 0.15 | 0.00 | 5.11 | 0.01 | 0.06 | 0.03 | 0.15 | 0.30 | 0.03 | 0.00 | 1.27 | 0.02 | 0.68 | 0.26 | 0.07 |
| 90013007 | Fairfield | CT | 71.0 | 75.0 | 0.07 | 0.01 | 0.02 | 6.94 | 0.06 | 14.12 | 0.40 | 0.07 | 1.84 | 0.21 | 0.00 | 6.32 | 0.02 | 0.11 | 0.03 | 0.31 | 0.44 | 0.04 | 0.01 | 1.51 | 0.01 | 1.10 | 0.24 | 0.08 |
| 90019003 | Fairfield | CT | 73.0 | 75.9 | 0.07 | 0.01 | 0.02 | 7.75 | 0.06 | 15.80 | 0.43 | 0.06 | 1.60 | 0.21 | 0.01 | 6.56 | 0.02 | 0.12 | 0.02 | 0.28 | 0.45 | 0.04 | 0.01 | 1.91 | 0.01 | 1.14 | 0.20 | 0.08 |
| 90099002 | New Haven | CT | 69.9 | 72.6 | 0.09 | 0.01 | 0.03 | 5.06 | 0.04 | 15.03 | 0.32 | 0.15 | 1.17 | 0.24 | 0.01 | 4.87 | 0.02 | 0.04 | 0.04 | 0.12 | 0.41 | 0.04 | 0.02 | 1.26 | 0.04 | 0.61 | 0.25 | 0.10 |
| 240251001 | Harford | MD | 70.9 | 73.3 | 0.01 | 0.01 | 0.00 | 0.07 | 0.09 | 0.16 | 0.42 | 0.07 | 2.77 | 0.35 | 0.02 | 4.32 | 0.00 | 0.11 | 0.04 | 0.43 | 0.74 | 0.05 | 0.00 | 5.05 | 0.04 | 2.78 | 0.24 | 0.12 |
| 260053003 | Allegan | MI | 69.0 | 71.7 | 0.16 | 0.02 | 0.00 | 0.00 | 0.16 | 0.00 | 0.05 | 0.09 | 0.19 | 1.31 | 0.01 | 0.05 | 0.00 | 0.04 | 0.05 | 0.65 | 2.39 | 0.06 | 0.00 | 0.04 | 0.05 | 0.11 | 1.95 | 0.12 |
| 261630019 | Wayne | MI | 69.0 | 71.0 | 0.17 | 0.03 | 0.00 | 0.01 | 0.08 | 0.06 | 0.20 | 0.12 | 3.81 | 0.62 | 0.05 | 0.18 | 0.00 | 0.05 | 0.04 | 0.27 | 1.12 | 0.09 | 0.00 | 0.16 | 0.07 | 0.23 | 1.08 | 0.18 |
| 360810124 | Queens | NY | 70.2 | 72.0 | 0.12 | 0.02 | 0.06 | 8.57 | 0.07 | 13.55 | 0.35 | 0.12 | 1.88 | 0.32 | 0.02 | 7.16 | 0.04 | 0.09 | 0.05 | 0.13 | 0.58 | 0.07 | 0.00 | 1.56 | 0.03 | 1.01 | 0.38 | 0.14 |
| 360850067 | Richmond | NY | 67.1 | 68.5 | 0.12 | 0.02 | 0.00 | 10.53 | 0.09 | 6.57 | 0.37 | 0.09 | 2.05 | 0.36 | 0.01 | 10.41 | 0.00 | 0.10 | 0.04 | 0.36 | 0.70 | 0.07 | 0.00 | 1.67 | 0.06 | 1.54 | 0.30 | 0.12 |
| 361030002 | Suffolk | NY | 74.0 | 75.5 | 0.12 | 0.02 | 0.01 | 8.88 | 0.06 | 18.11 | 0.23 | 0.20 | 1.76 | 0.34 | 0.03 | 6.86 | 0.00 | 0.05 | 0.05 | 0.22 | 0.60 | 0.07 | 0.02 | 0.99 | 0.06 | 0.81 | 0.25 | 0.14 |
| 480391004 | Brazoria | TX | 74.0 | 74.9 | 0.23 | 0.06 | 0.00 | 0.00 | 0.08 | 0.00 | 0.04 | 0.06 | 0.06 | 0.90 | 0.05 | 0.01 | 0.00 | 0.04 | 0.05 | 0.28 | 26.00 | 0.14 | 0.00 | 0.02 | 0.06 | 0.02 | 0.40 | 0.27 |
| 481210034 | Denton | TX | 69.7 | 72.0 | 0.15 | 0.04 | 0.00 | 0.00 | 0.13 | 0.01 | 0.09 | 0.03 | 0.08 | 1.23 | 0.03 | 0.04 | 0.00 | 0.09 | 0.03 | 0.14 | 26.69 | 0.10 | 0.00 | 0.05 | 0.05 | 0.04 | 0.08 | 0.25 |
| 482010024 | Harris | TX | 70.4 | 72.8 | 0.08 | 0.03 | 0.00 | 0.00 | 0.05 | 0.00 | 0.14 | 0.04 | 0.05 | 0.20 | 0.03 | 0.02 | 0.00 | 0.14 | 0.03 | 0.26 | 25.62 | 0.08 | 0.00 | 0.06 | 0.03 | 0.05 | 0.07 | 0.14 |
| 482011034 | Harris | TX | 70.8 | 71.6 | 0.16 | 0.03 | 0.00 | 0.00 | 0.04 | 0.00 | 0.09 | 0.04 | 0.05 | 0.68 | 0.02 | 0.01 | 0.00 | 0.10 | 0.03 | 0.09 | 25.66 | 0.07 | 0.00 | 0.03 | 0.03 | 0.03 | 0.22 | 0.15 |
| 482011039 | Harris | TX | 71.8 | 73.5 | 0.19 | 0.03 | 0.00 | 0.00 | 0.06 | 0.00 | 0.04 | 0.06 | 0.05 | 0.58 | 0.03 | 0.01 | 0.00 | 0.03 | 0.04 | 0.30 | 22.82 | 0.08 | 0.00 | 0.02 | 0.04 | 0.01 | 0.28 | 0.20 |
| 484392003 | Tarrant | TX | 72.5 | 74.8 | 0.30 | 0.04 | 0.00 | 0.00 | 0.14 | 0.01 | 0.09 | 0.05 | 0.10 | 1.71 | 0.05 | 0.05 | 0.00 | 0.08 | 0.07 | 0.15 | 27.64 | 0.15 | 0.00 | 0.05 | 0.09 | 0.05 | 0.13 | 0.28 |
| 550790085 | Milwaukee | WI | 71.2 | 73.0 | 0.06 | 0.01 | 0.00 | 0.00 | 0.08 | 0.02 | 0.04 | 0.23 | 0.87 | 0.76 | 0.02 | 0.33 | 0.00 | 0.02 | 0.03 | 0.31 | 1.22 | 0.04 | 0.00 | 0.12 | 0.09 | 0.59 | 13.39 | 0.09 |
| 551170005 | Sheboygan | WI | 72.8 | 75.1 | 0.06 | 0.03 | 0.00 | 0.00 | 0.14 | 0.02 | 0.04 | 0.10 | 1.10 | 0.95 | 0.04 | 0.41 | 0.00 | 0.02 | 0.02 | 0.31 | 1.65 | 0.06 | 0.00 | 0.10 | 0.07 | 0.64 | 9.09 | 0.12 |

Contributions to 2023 Nonattainment and Maintenance Sites Outside of California (Part 3)

| Site ID | County | State | 2023en Average | 2023en Maximum | Tribal | Canada/ Mexco | Offshore | Fire | Boundary | Biogenic |
|---|---|---|---|---|---|---|---|---|---|---|
| 40130019 | Maricopa | AZ | 69.3 | 71.4 | 0.06 | 3.29 | 0.37 | 0.49 | 34.74 | 2.52 |
| 40131004 | Maricopa | AZ | 69.8 | 71.0 | 0.06 | 2.70 | 0.34 | 0.56 | 33.85 | 2.24 |
| 80050002 | Arapahoe | CO | 69.3 | 71.3 | 0.22 | 0.55 | 0.14 | 0.46 | 34.84 | 4.24 |
| 80350004 | Douglas | CO | 71.1 | 73.2 | 0.21 | 0.71 | 0.16 | 0.47 | 34.74 | 4.19 |
| 80590006 | Jefferson | CO | 71.3 | 73.7 | 0.21 | 0.90 | 0.17 | 0.66 | 31.41 | 5.40 |
| 80590011 | Jefferson | CO | 70.9 | 73.9 | 0.16 | 0.70 | 0.16 | 0.45 | 32.96 | 4.74 |
| 80690011 | Larimer | CO | 71.2 | 73.0 | 0.25 | 0.78 | 0.19 | 1.74 | 34.54 | 5.71 |
| 81230009 | Weld | CO | 70.2 | 71.4 | 0.23 | 1.04 | 0.15 | 1.57 | 31.11 | 6.08 |
| 90010017 | Fairfield | CT | 68.9 | 71.2 | 0.00 | 1.64 | 0.65 | 0.20 | 16.73 | 3.28 |
| 90013007 | Fairfield | CT | 71.0 | 75.0 | 0.01 | 1.35 | 1.93 | 0.34 | 17.17 | 4.01 |
| 90019003 | Fairfield | CT | 73.0 | 75.9 | 0.01 | 1.37 | 1.96 | 0.33 | 17.00 | 4.09 |
| 90099002 | New Haven | CT | 69.9 | 72.6 | 0.01 | 1.58 | 2.15 | 0.22 | 17.17 | 4.13 |
| 240251001 | Harford | MD | 70.9 | 73.3 | 0.01 | 0.79 | 0.32 | 0.42 | 15.28 | 5.32 |
| 260050003 | Allegan | MI | 69.0 | 71.7 | 0.02 | 0.54 | 0.36 | 0.93 | 11.85 | 8.91 |
| 261630019 | Wayne | MI | 69.0 | 71.0 | 0.02 | 3.13 | 0.17 | 0.44 | 20.06 | 6.93 |
| 360810124 | Queens | NY | 70.2 | 72.0 | 0.01 | 1.73 | 1.39 | 0.25 | 17.87 | 4.45 |
| 360850067 | Richmond | NY | 67.1 | 68.5 | 0.01 | 1.44 | 0.83 | 0.35 | 15.46 | 4.75 |
| 361030002 | Suffolk | NY | 74.0 | 75.5 | 0.01 | 1.85 | 1.24 | 0.30 | 18.94 | 4.49 |
| 480391004 | Brazoria | TX | 74.0 | 74.9 | 0.02 | 0.44 | 2.31 | 2.05 | 24.02 | 5.60 |
| 481210034 | Denton | TX | 69.7 | 72.0 | 0.01 | 0.92 | 1.23 | 0.87 | 24.69 | 6.42 |
| 482010024 | Harris | TX | 70.4 | 72.8 | 0.01 | 0.28 | 4.83 | 0.77 | 27.83 | 2.66 |
| 482011034 | Harris | TX | 70.8 | 71.6 | 0.01 | 0.24 | 3.91 | 1.75 | 25.71 | 3.44 |
| 482011039 | Harris | TX | 71.8 | 73.5 | 0.01 | 0.47 | 4.04 | 2.09 | 24.67 | 4.50 |
| 484392003 | Tarrant | TX | 72.5 | 74.8 | 0.02 | 1.24 | 1.18 | 1.34 | 24.38 | 6.44 |
| 550790085 | Milwaukee | WI | 71.2 | 73.0 | 0.01 | 0.82 | 0.43 | 0.37 | 16.67 | 6.70 |
| 551170006 | Sheboygan | WI | 72.8 | 75.1 | 0.01 | 0.69 | 0.55 | 0.64 | 17.53 | 7.51 |

## Contributions to 2023 Nonattainment and Maintenance Sites in California (Part 1)

| Site ID | County | State | 2023 Average | 2023 Maximum | AL | AZ | AR | CA | CO | CT | DE | DC | FL | GA | ID | IL | IN | IA | KS | KY | LA | ME | MD | MA | MI | MN | MS | MO | MT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60190007 | Fresno | CA | 79.2 | 79.4 | 0.00 | 0.16 | 0.00 | 35.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60190011 | Fresno | CA | 78.6 | 81.2 | 0.00 | 0.15 | 0.00 | 35.20 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60190242 | Fresno | CA | 79.4 | 82.2 | 0.00 | 0.21 | 0.00 | 31.98 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60194001 | Fresno | CA | 73.3 | 74.4 | 0.00 | 0.03 | 0.00 | 34.20 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60195001 | Fresno | CA | 79.6 | 81.2 | 0.00 | 0.12 | 0.00 | 35.79 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60250005 | Imperial | CA | 73.3 | 74.6 | 0.00 | 0.62 | 0.00 | 9.28 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60251003 | Imperial | CA | 79.0 | 80.0 | 0.00 | 0.67 | 0.00 | 11.34 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290007 | Kern | CA | 77.7 | 81.3 | 0.00 | 0.07 | 0.00 | 29.99 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290008 | Kern | CA | 71.3 | 72.8 | 0.00 | 0.17 | 0.00 | 26.44 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290014 | Kern | CA | 74.1 | 75.2 | 0.00 | 0.11 | 0.00 | 31.54 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60290232 | Kern | CA | 73.7 | 75.2 | 0.00 | 0.03 | 0.00 | 32.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60295002 | Kern | CA | 75.9 | 76.8 | 0.00 | 0.13 | 0.00 | 28.33 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60296001 | Kern | CA | 70.9 | 72.4 | 0.00 | 0.16 | 0.00 | 28.50 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60370016 | Los Angeles | CA | 73.3 | 75.1 | 0.00 | 0.23 | 0.00 | 39.68 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60371002 | Los Angeles | CA | 86.1 | 88.9 | 0.00 | 0.27 | 0.00 | 46.61 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60371201 | Los Angeles | CA | 79.8 | 79.8 | 0.00 | 0.37 | 0.00 | 35.55 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60371701 | Los Angeles | CA | 78.1 | 79.1 | 0.00 | 0.27 | 0.00 | 42.09 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60372005 | Los Angeles | CA | 72.3 | 74.6 | 0.00 | 0.32 | 0.00 | 37.39 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60376012 | Los Angeles | CA | 85.9 | 87.4 | 0.00 | 0.42 | 0.00 | 39.86 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60379033 | Los Angeles | CA | 76.3 | 77.2 | 0.00 | 0.34 | 0.00 | 25.79 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60392010 | Madera | CA | 72.1 | 72.9 | 0.00 | 0.20 | 0.00 | 28.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60470003 | Merced | CA | 69.9 | 71.0 | 0.00 | 0.10 | 0.00 | 28.52 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60650012 | Riverside | CA | 76.7 | 76.7 | 0.00 | 0.22 | 0.00 | 41.92 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60650016 | Riverside | CA | 83.6 | 85.1 | 0.00 | 0.21 | 0.00 | 38.65 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60651016 | Riverside | CA | 85.1 | 85.5 | 0.00 | 0.22 | 0.00 | 35.47 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60652002 | Riverside | CA | 85.2 | 87.2 | 0.00 | 0.27 | 0.00 | 16.57 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60655001 | Riverside | CA | 72.4 | 73.0 | 0.00 | 0.20 | 0.00 | 24.70 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60656001 | Riverside | CA | 79.5 | 80.1 | 0.00 | 0.17 | 0.00 | 24.70 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60658001 | Riverside | CA | 78.3 | 81.6 | 0.00 | 0.27 | 0.00 | 39.14 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60658005 | Riverside | CA | 87.0 | 87.9 | 0.00 | 0.25 | 0.00 | 47.69 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60659001 | Riverside | CA | 83.2 | 84.4 | 0.00 | 0.16 | 0.00 | 45.60 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60670012 | Sacramento | CA | 73.7 | 75.9 | 0.00 | 0.01 | 0.00 | 37.28 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60675003 | Sacramento | CA | 75.9 | 75.9 | 0.00 | 0.00 | 0.00 | 35.91 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60710005 | San Bernardino | CA | 69.9 | 71.3 | 0.00 | 0.23 | 0.00 | 34.18 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60710012 | San Bernardino | CA | 96.2 | 98.1 | 0.00 | 0.46 | 0.00 | 48.09 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60710306 | San Bernardino | CA | 84.1 | 85.8 | 0.00 | 0.14 | 0.00 | 24.28 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60711004 | San Bernardino | CA | 76.2 | 77.4 | 0.00 | 0.35 | 0.00 | 29.72 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60712001 | San Bernardino | CA | 89.8 | 91.0 | 0.00 | 0.14 | 0.00 | 47.69 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60714001 | San Bernardino | CA | 93.1 | 95.0 | 0.00 | 0.21 | 0.00 | 51.11 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60714002 | San Bernardino | CA | 86.0 | 88.5 | 0.00 | 0.10 | 0.00 | 41.23 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719002 | San Bernardino | CA | 94.1 | 95.8 | 0.00 | 0.45 | 0.00 | 52.53 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719004 | San Bernardino | CA | 80.0 | 81.4 | 0.00 | 0.10 | 0.00 | 22.21 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60719005 | San Bernardino | CA | 88.4 | 88.7 | 0.00 | 0.03 | 0.00 | 49.35 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 60990006 | Stanislaus | CA | 74.8 | 75.7 | 0.00 | 0.06 | 0.00 | 34.16 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61070006 | Tulare | CA | 69.1 | 71.9 | 0.00 | 0.07 | 0.00 | 7.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61070009 | Tulare | CA | 76.1 | 77.2 | 0.00 | 0.12 | 0.00 | 23.74 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61072002 | Tulare | CA | 68.9 | 71.4 | 0.00 | 0.03 | 0.00 | 30.91 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61072010 | Tulare | CA | 73.1 | 73.9 | 0.00 | 0.03 | 0.00 | 30.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 61112002 | Ventura | CA | 70.5 | 72.2 | 0.00 | 0.32 | 0.00 | 29.51 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

## Contributions to 2023 Nonattainment and Maintenance Sites in California (Part 2)

| Site ID | County | State | 2023 Average | 2023 Maximum | NE | NV | NH | NJ | NM | NY | NC | ND | OH | OK | OR | PA | RI | SC | SD | TN | TX | UT | VT | VA | WA | WV | WI | WY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60190007 | Fresno | CA | 79.2 | 79.4 | 0.00 | 0.51 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.08 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.01 |
| 60190011 | Fresno | CA | 78.6 | 81.2 | 0.00 | 0.44 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.09 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.01 |
| 60190242 | Fresno | CA | 79.4 | 82.2 | 0.00 | 0.64 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.10 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.01 |
| 60194001 | Fresno | CA | 73.3 | 74.4 | 0.00 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 |
| 60195001 | Fresno | CA | 79.6 | 81.2 | 0.00 | 0.38 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.05 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.01 |
| 60250005 | Imperial | CA | 73.3 | 74.6 | 0.00 | 0.09 | 0.00 | 0.00 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.05 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.04 |
| 60251003 | Imperial | CA | 79.0 | 80.0 | 0.00 | 0.25 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.09 | 0.06 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.03 |
| 60290007 | Kern | CA | 77.7 | 81.3 | 0.00 | 0.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.10 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.03 |
| 60290008 | Kern | CA | 71.3 | 72.8 | 0.00 | 0.31 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.02 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.01 |
| 60290014 | Kern | CA | 74.1 | 75.2 | 0.00 | 0.38 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.01 |
| 60290232 | Kern | CA | 73.7 | 75.2 | 0.00 | 0.27 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.17 | 0.00 | 0.00 | 0.02 |
| 60295002 | Kern | CA | 75.9 | 76.8 | 0.00 | 0.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.06 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 |
| 60296001 | Kern | CA | 70.9 | 72.4 | 0.00 | 0.58 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.02 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.01 |
| 60370002 | Los Angeles | CA | 73.3 | 75.1 | 0.00 | 0.12 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 0.03 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.03 |
| 60370016 | Los Angeles | CA | 86.1 | 88.9 | 0.00 | 0.14 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.18 | 0.03 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.02 |
| 60371201 | Los Angeles | CA | 79.8 | 79.8 | 0.00 | 0.17 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.03 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.03 |
| 60371701 | Los Angeles | CA | 78.1 | 79.1 | 0.00 | 0.11 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.19 | 0.03 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.02 |
| 60372005 | Los Angeles | CA | 72.3 | 74.6 | 0.00 | 0.08 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.06 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.04 |
| 60376012 | Los Angeles | CA | 85.9 | 87.4 | 0.00 | 0.18 | 0.00 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.15 | 0.08 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.03 |
| 60379033 | Los Angeles | CA | 76.3 | 77.2 | 0.00 | 0.15 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.04 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.02 |
| 60392010 | Madera | CA | 72.1 | 72.9 | 0.00 | 0.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.12 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.02 |
| 60470003 | Merced | CA | 69.9 | 71.0 | 0.00 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.42 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.02 |
| 60650004 | Riverside | CA | 76.7 | 76.7 | 0.00 | 0.14 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.13 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.03 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.01 |
| 60650012 | Riverside | CA | 83.6 | 85.1 | 0.00 | 0.24 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.02 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.01 |
| 60651016 | Riverside | CA | 85.2 | 85.5 | 0.00 | 0.28 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.03 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.02 |
| 60652002 | Riverside | CA | 72.4 | 73.0 | 0.00 | 0.18 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.22 | 0.04 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.02 |
| 60655001 | Riverside | CA | 79.5 | 80.1 | 0.00 | 0.11 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.26 | 0.03 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.02 |
| 60656001 | Riverside | CA | 78.3 | 81.6 | 0.00 | 0.19 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.07 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.02 |
| 60658001 | Riverside | CA | 87.0 | 87.9 | 0.00 | 0.15 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.03 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.01 |
| 60658005 | Riverside | CA | 83.2 | 84.4 | 0.00 | 0.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.03 | 0.00 | 0.00 | 0.06 | 0.00 | 0.00 | 0.01 |
| 60659001 | Riverside | CA | 73.7 | 75.9 | 0.00 | 0.15 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.05 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.01 |
| 60670012 | Sacramento | CA | 74.5 | 75.9 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.20 | 0.00 | 0.00 | 0.04 |
| 60675003 | Sacramento | CA | 69.9 | 71.3 | 0.00 | 0.44 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.14 | 0.00 | 0.00 | 0.03 |
| 60710005 | San Bernardino | CA | 96.2 | 98.1 | 0.00 | 0.25 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.03 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.01 |
| 60710012 | San Bernardino | CA | 84.1 | 85.8 | 0.00 | 0.15 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.06 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.03 |
| 60710306 | San Bernardino | CA | 76.2 | 77.4 | 0.00 | 0.06 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.14 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.04 | 0.01 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.02 |
| 60711004 | San Bernardino | CA | 89.8 | 91.0 | 0.00 | 0.14 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.22 | 0.04 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.02 |
| 60712002 | San Bernardino | CA | 93.1 | 95.0 | 0.00 | 0.16 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.01 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.01 |
| 60714001 | San Bernardino | CA | 86.0 | 88.5 | 0.00 | 0.19 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.15 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.08 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.01 |
| 60714003 | San Bernardino | CA | 94.1 | 95.8 | 0.00 | 0.21 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.12 | 0.08 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.01 |
| 60719002 | San Bernardino | CA | 80.0 | 81.4 | 0.00 | 0.20 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.05 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.28 | 0.05 | 0.00 | 0.00 | 0.04 | 0.00 | 0.00 | 0.04 |
| 60719004 | San Bernardino | CA | 88.4 | 88.7 | 0.00 | 0.20 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.03 | 0.23 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.07 | 0.00 | 0.00 | 0.14 | 0.00 | 0.00 | 0.01 |
| 60990006 | Stanislaus | CA | 74.8 | 75.7 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.47 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.05 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 | 0.01 |
| 61070006 | Tulare | CA | 69.1 | 71.9 | 0.00 | 0.11 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.08 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 |
| 61070009 | Tulare | CA | 76.1 | 76.1 | 0.00 | 0.21 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.16 | 0.00 | 0.00 | 0.00 |
| 61072002 | Tulare | CA | 68.9 | 71.4 | 0.00 | 0.21 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.32 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.07 | 0.00 | 0.00 | 0.07 | 0.00 | 0.00 | 0.00 |
| 61072010 | Tulare | CA | 73.1 | 73.9 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.17 | 0.00 | 0.00 | 0.00 |
| 61112002 | Ventura | CA | 70.5 | 72.2 | 0.00 | 0.18 | 0.00 | 0.00 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.02 | 0.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.13 | 0.08 | 0.00 | 0.00 | 0.08 | 0.00 | 0.00 | 0.03 |

Contributions to 2023 Nonattainment and Maintenance Sites in California (Part 3)

| Site ID | County | State | 2023 Average | 2023 Maximum | Tribal | Canada/ Mexco | Offshore | Fire | Boundary | Biogenic |
|---|---|---|---|---|---|---|---|---|---|---|
| 60190007 | Fresno | CA | 79.2 | 79.4 | 0.00 | 0.29 | 1.19 | 1.39 | 32.52 | 6.85 |
| 60190011 | Fresno | CA | 78.6 | 81.2 | 0.01 | 0.33 | 1.13 | 1.62 | 32.34 | 6.78 |
| 60190242 | Fresno | CA | 79.4 | 82.2 | 0.00 | 0.31 | 1.24 | 1.48 | 34.92 | 7.88 |
| 60194001 | Fresno | CA | 73.3 | 74.4 | 0.00 | 0.12 | 1.68 | 0.87 | 27.76 | 7.90 |
| 60195001 | Fresno | CA | 79.6 | 81.2 | 0.00 | 0.20 | 1.75 | 1.12 | 32.10 | 7.66 |
| 60250005 | Imperial | CA | 73.3 | 74.6 | 0.01 | 19.87 | 1.17 | 0.71 | 38.68 | 2.11 |
| 60251003 | Imperial | CA | 79.0 | 80.0 | 0.01 | 18.74 | 1.14 | 0.61 | 43.58 | 2.08 |
| 60290007 | Kern | CA | 77.7 | 81.3 | 0.00 | 0.30 | 1.59 | 3.27 | 33.68 | 7.70 |
| 60290008 | Kern | CA | 71.3 | 72.8 | 0.01 | 0.67 | 1.96 | 1.05 | 32.77 | 7.30 |
| 60290014 | Kern | CA | 74.1 | 75.2 | 0.00 | 0.31 | 1.68 | 0.85 | 31.31 | 7.37 |
| 60290232 | Kern | CA | 73.7 | 75.2 | 0.00 | 0.13 | 1.67 | 1.11 | 29.43 | 7.73 |
| 60295002 | Kern | CA | 75.9 | 76.8 | 0.00 | 0.35 | 1.34 | 3.80 | 33.45 | 7.68 |
| 60296001 | Kern | CA | 70.9 | 72.4 | 0.00 | 0.50 | 1.59 | 0.63 | 30.55 | 7.98 |
| 60370002 | Los Angeles | CA | 73.3 | 75.1 | 0.01 | 1.47 | 3.53 | 0.82 | 24.67 | 2.15 |
| 60370016 | Los Angeles | CA | 86.1 | 88.9 | 0.01 | 1.73 | 4.14 | 0.97 | 28.98 | 2.53 |
| 60371201 | Los Angeles | CA | 79.8 | 79.8 | 0.02 | 1.74 | 4.20 | 1.29 | 32.92 | 2.83 |
| 60371701 | Los Angeles | CA | 78.1 | 79.1 | 0.01 | 1.82 | 4.16 | 0.97 | 25.57 | 2.35 |
| 60372005 | Los Angeles | CA | 72.3 | 74.6 | 0.01 | 1.76 | 4.10 | 1.17 | 24.34 | 2.37 |
| 60376012 | Los Angeles | CA | 85.9 | 87.4 | 0.02 | 2.27 | 4.69 | 1.22 | 32.85 | 3.43 |
| 60379033 | Los Angeles | CA | 76.3 | 77.2 | 0.01 | 1.82 | 3.52 | 0.45 | 40.73 | 2.75 |
| 60392010 | Madera | CA | 72.1 | 72.9 | 0.00 | 0.23 | 1.22 | 1.30 | 32.12 | 7.30 |
| 60470003 | Merced | CA | 69.9 | 71.0 | 0.00 | 0.37 | 1.94 | 1.12 | 30.92 | 5.97 |
| 60650004 | Riverside | CA | 76.7 | 76.7 | 0.01 | 1.37 | 3.64 | 0.72 | 25.79 | 2.34 |
| 60650012 | Riverside | CA | 83.6 | 85.1 | 0.00 | 1.30 | 3.33 | 0.31 | 36.48 | 2.66 |
| 60651016 | Riverside | CA | 85.2 | 85.5 | 0.00 | 1.60 | 3.00 | 3.09 | 38.71 | 2.54 |
| 60652002 | Riverside | CA | 72.4 | 73.0 | 0.01 | 2.29 | 1.39 | 2.24 | 46.66 | 2.08 |
| 60655001 | Riverside | CA | 79.5 | 80.1 | 0.01 | 2.71 | 2.67 | 3.03 | 42.81 | 2.40 |
| 60656001 | Riverside | CA | 78.3 | 81.6 | 0.00 | 1.13 | 4.03 | 0.53 | 30.14 | 2.55 |
| 60658001 | Riverside | CA | 87.0 | 87.9 | 0.01 | 1.76 | 4.77 | 0.77 | 28.27 | 2.68 |
| 60658005 | Riverside | CA | 83.2 | 84.4 | 0.01 | 1.68 | 4.56 | 0.73 | 27.04 | 2.57 |
| 60659001 | Riverside | CA | 73.7 | 75.9 | 0.00 | 1.71 | 4.96 | 1.03 | 25.56 | 2.43 |
| 60670012 | Sacramento | CA | 74.5 | 75.9 | 0.00 | 0.12 | 0.88 | 1.16 | 29.33 | 5.92 |
| 60675003 | Sacramento | CA | 69.9 | 71.3 | 0.00 | 0.06 | 0.79 | 1.26 | 26.47 | 6.04 |
| 60710005 | San Bernardino | CA | 96.2 | 98.1 | 0.00 | 1.36 | 3.68 | 0.44 | 38.71 | 2.77 |
| 60710012 | San Bernardino | CA | 84.1 | 85.8 | 0.02 | 1.33 | 1.83 | 0.33 | 53.12 | 1.93 |
| 60710306 | San Bernardino | CA | 76.2 | 77.4 | 0.00 | 0.67 | 2.10 | 0.50 | 40.62 | 2.02 |
| 60711004 | San Bernardino | CA | 89.8 | 91.0 | 0.01 | 2.03 | 4.00 | 0.95 | 31.07 | 2.74 |
| 60712002 | San Bernardino | CA | 93.1 | 95.0 | 0.00 | 1.58 | 4.58 | 0.75 | 31.34 | 2.82 |
| 60714001 | San Bernardino | CA | 86.0 | 88.5 | 0.00 | 0.91 | 2.69 | 0.37 | 37.56 | 2.45 |
| 60714003 | San Bernardino | CA | 94.1 | 95.8 | 0.00 | 0.98 | 4.15 | 0.69 | 31.70 | 2.90 |
| 60719002 | San Bernardino | CA | 80.0 | 81.4 | 0.01 | 2.80 | 2.23 | 3.20 | 45.72 | 2.29 |
| 60719004 | San Bernardino | CA | 88.4 | 88.7 | 0.00 | 0.92 | 3.90 | 0.65 | 29.78 | 2.72 |
| 60990006 | Stanislaus | CA | 74.8 | 75.7 | 0.00 | 0.34 | 2.19 | 1.77 | 30.24 | 5.06 |
| 61070006 | Tulare | CA | 69.1 | 71.9 | 0.00 | 0.33 | 0.55 | 4.43 | 53.61 | 2.46 |
| 61070009 | Tulare | CA | 76.1 | 77.2 | 0.00 | 0.43 | 1.44 | 3.40 | 39.41 | 7.08 |
| 61072002 | Tulare | CA | 68.9 | 71.4 | 0.00 | 0.25 | 1.58 | 0.95 | 26.88 | 7.42 |
| 61072010 | Tulare | CA | 73.1 | 73.9 | 0.00 | 0.15 | 1.78 | 1.17 | 30.26 | 8.67 |
| 61112002 | Ventura | CA | 70.5 | 72.2 | 0.02 | 1.65 | 4.60 | 1.01 | 29.69 | 2.75 |