No. 23-60069

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C; LOUISIANA CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency,

*Respondents*.

## PETITIONERS' PARTIALLY OPPOSED JOINT MOTION TO ESTABLISH ORAL ARGUMENT FORMAT

Petitioners jointly move to establish an oral argument format for the numerous petitions for review captioned *Texas v. EPA* (5th Cir. No. 23-60069). Specifically, Petitioners respectfully request that their challenges be heard in three separate consecutive oral arguments before the same oral argument panel—one for each of the three States involved: Texas, Louisiana, and Mississippi. As of this filing, this case has not been set for oral argument.

Respondents U.S. Environmental Protection Agency ("EPA") and EPA Administrator Michael S. Regan oppose the request for three separate State-specific arguments. Respondents, however, do not oppose a single expanded oral argument with a total of 60 minutes allotted to each side (*i.e.*, 60 minutes for all Petitioners to allocate amongst themselves and 60 minutes for Respondents).

In support of their motion for three separate consecutive State-specific arguments, Petitioners state the following:

1.  The lead case involves Texas Petitioners' challenge to EPA's final disapproval of the State of Texas's Clean Air Act State Implementation Plan ("SIP") published on February 13, 2023. *See* 88 Fed. Reg. 9,336, 9,359-60 (Feb. 13, 2023) ("Final Rule").[1]

---

[1] "Texas Petitioners" includes both Texas State Petitioners (the State of Texas; Texas Commission on Environmental Quality; Public Utility Commission of Texas; and Railroad Commission of Texas) and Texas Industry Petitioners (Luminant Generation Company LLC; Coleto Creek Power, LLC; Ennis Power Company, LLC; Hays Energy, LLC; Midlothian Energy, LLC; Oak Grove Management Company LLC; Wise County Power Company, LLC; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; and Texas Lehigh Cement Company, LP).

2. On February 13, 2023, several Texas Petitioners filed petitions for review in this Court, challenging EPA's disapproval of Texas's SIP published in the Final Rule. Docs. 1-1, 3-1, 5-1; *see* Fed. R. App. P. 15(a)(2)(C) (reflecting that a petition for review may challenge only a "part" of an agency order). Texas Petitioners moved for a stay of the disapproval of Texas's SIP on March 3, 2023. Docs. 31-1, 32-1. EPA filed its consolidated response to Texas Petitioners' stay motions on March 27, 2023. Doc. 109. This Court granted a stay of the disapproval of Texas's SIP and denied EPA's motion to transfer the petitions to the D.C. Circuit on May 1, 2023. Doc. 269.[2] Texas State Petitioners and Texas Industry Petitioners filed two separate opening briefs on the merits on May 30, 2023, Docs. 329, 330, and two separate reply briefs on September 19, 2023, Docs. 433, 434.

3. Louisiana Petitioners[3] filed petitions for review on March 16 and April 13, 2023, challenging EPA's disapproval of Louisiana's SIP published in the Final Rule. Docs. 63, 213, 216. Louisiana State Petitioners moved the Court for a stay of the disapproval of Louisiana's SIP on March 27, 2023. Doc. 112. EPA filed its response to Louisiana State Petitioners' stay motion on April 17, 2023. Doc. 223. This Court granted a stay of the disapproval of Louisiana's SIP and denied EPA's

---

[2] Texas Lehigh Cement Company, LP filed its petition for review on April 13, 2023 and joined the Texas Industry Petitioners group.

[3] "Louisiana Petitioners" includes both Louisiana State Petitioners (the State of Louisiana and Louisiana Department of Environmental Quality) and Louisiana Industry Petitioners (Entergy Louisiana, LLC; Louisiana Chemical Association; Louisiana Mid-Continent Oil and Gas Association; and Louisiana Electric Utility Environmental Group, L.L.C.).

motion to transfer the petitions to the D.C. Circuit on May 1, 2023. Doc. 269. Louisiana State Petitioners and Louisiana Industry Petitioners filed two separate opening briefs on the merits on May 30, 2023, Docs. 332, 333, and two separate reply briefs on September 19, 2023, Docs. 436, 437.

4. Mississippi Petitioners[4] filed petitions for review on March 14 and 15, 2023, challenging EPA's disapproval of Mississippi's SIP published in the Final Rule. Docs. 52, 58. Mississippi Petitioners moved the Court for a stay of the disapproval of Mississippi's SIP on May 11, 2023. Doc. 304. EPA filed its response to Mississippi Petitioners' stay motion on May 30, 2023. Doc. 326. This Court granted a stay of the disapproval of Mississippi's SIP on June 8, 2023. Doc. 359. Mississippi Petitioners filed an opening brief on the merits on May 30, 2023, Doc. 335, and a reply brief on September 19, 2023, Doc. 435.

5. EPA filed a single response brief on the merits responding to arguments about each individual State-specific SIP disapproval. Doc. 397. EPA's 217-page brief contained lengthy sections that separately addressed arguments specific to Texas, Louisiana, and Mississippi. *Id.* at 36-46, 101-75.

6. Because the three SIP disapprovals under review give rise to distinct, complex, and State-specific questions, Petitioners respectfully request that the Court treat EPA's three actions (*i.e.*, its disapproval of each individual State's SIP) as separate for purposes of oral argument, such that Texas Petitioners are calendared for

---

[4] "Mississippi Petitioners" includes the State of Mississippi, Mississippi Department of Environmental Quality, and Mississippi Power Company.

the first oral argument, Louisiana Petitioners are calendared for the second oral argument, and Mississippi Petitioners are calendared for the third oral argument, to be heard consecutively before the same panel on the same day. This Court has adopted this approach in the past when related challenges to state laws were raised simultaneously in each of the States within the Fifth Circuit. *See* Order, *Campaign for S. Equality v. Bryant*, No. 14-60837 (5th Cir. Dec. 4, 2014) (granting motion to hear oral argument consecutively with two other similar challenges in Texas and Louisiana).

7. This approach will allow Petitioners in each State to address the State-specific elements of their respective challenges, while allowing EPA to respond State-by-State in turn as it did in its response brief. By contrast, allowing only one combined oral argument for all three States would require the five groups of petitioners to divide limited argument time, potentially conflating different issues among the States and complicating EPA's task of addressing arguments as to each State in an orderly fashion.

8. Moreover, deconsolidating these distinct challenges for purposes of oral argument would facilitate the ability of the merits panel to address arguments as to each State separately and, if desirable, issue three separate opinions addressing each SIP disapproval.

9. Adopting this approach would accord with how the parties have briefed this case thus far. Texas State Petitioners and Texas Industry Petitioners have filed complementary merits briefs as to Texas's SIP disapproval, as Federal Rule of Appellate Procedure 28(i) allows, as have Louisiana State Petitioners and Louisiana

Industry Petitioners; Mississippi Petitioners filed a joint brief of State and Industry Petitioners. Thus, this approach allows Petitioners to present oral argument in the same manner as in their respective merits briefs with a reasonable amount of time to address the arguments raised in each brief.

For these reasons, Petitioners respectfully request that the Court establish an oral argument format reflecting that Petitioners in each State receive their own 20 minutes of argument time (to be divided by State and Industry Petitioners for each State as appropriate on oral-argument-acknowledgment forms), with EPA receiving its own corresponding 20 minutes of argument time for each State. This would essentially deconsolidate the appeals for oral argument purposes so that each of the three actions under review receives its own oral argument heard consecutively.

Alternatively, EPA does not oppose an expanded oral argument of 60 minutes per side but would argue the challenges to all three States' SIPs together. This approach, Petitioners contend, is contrary to the manner in which Petitioners presented their arguments in their briefs and contrary to the manner in which EPA responded in its brief—all of which were State-specific. Nevertheless, if the Court denies Petitioners' motion for three separate consecutive arguments at 20 minutes per side, Petitioners respectfully request that the Court grant expanded oral argument of 60 minutes per side (to be allocated among the State and Industry Petitioner groups for each State as appropriate on their oral-argument-acknowledgment forms) and that each be allowed to use some of that time to present a rebuttal, with EPA being allotted 60 minutes to present its response.

Respectfully submitted.

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | LANORA C. PETTIT<br>Principal Deputy Solicitor General |
| BRENT WEBSTER<br>First Assistant Attorney General | /s/ Bill Davis<br>BILL DAVIS<br>Deputy Solicitor General<br>Bill.Davis@oag.texas.gov |
| Office of the Attorney General<br>P.O. Box 12548 (MC 059)<br>Austin, Texas 78711-2548<br>Tel.: (512) 936-1700<br>Fax: (512) 474-2697 | MICHAEL R. ABRAMS<br>WILLIAM F. COLE<br>Assistant Solicitors General<br><br>*Counsel for State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas* |

/s/ P. Stephen Gidiere III
P. Stephen Gidiere III
Julia B. Barber
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-251-8100
sgidiere@balch.com

Stephanie Z. Moore
Executive Vice President & General Counsel
Daniel J. Kelly
Senior Vice President & Deputy General Counsel
David W. Mitchell
Senior Counsel, Environmental
VISTRA CORP.
6555 Sierra Drive
Irving, Texas 75039

*Counsel for Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC*

/s/ Aaron M. Streett
Aaron M. Streett
Matthew L. Kuryla
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, Texas 77002
Tel.: (713) 229-1234
Fax: (713) 229-1522
aaron.streett@bakerbotts.com

*Counsel for Association of Electric Companies of Texas, BCCA Appeal Group, Texas Chemical Council, and Texas Oil & Gas Association*

/s/ Megan Berge
Megan H. Berge
Baker Botts L.L.P.
700 K Street N.W.
Washington, D.C. 20001
(415) 291-6233
(202) 639-7733

J. Mark Little
Baker Botts L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1489

*Counsel for Texas Lehigh Cement Company*

/s/ Justin L. Matheny

Lynn Fitch
  *Attorney General of Mississippi*
Whitney H. Lipscomb
  *Deputy Attorney General*
Justin L. Matheny
  *Deputy Solicitor General*
STATE OF MISSISSIPPI OFFICE OF THE
ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

Mithun Mansinghani
LEHOTSKY KELLER COHN LLP
629 W. Main St.
Oklahoma City, OK 73102
mithun@lkcfirm.com
(512) 693-8350

Michael B. Schon
Drew F. Waldbeser
Michael Cotton
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave NW
Washington, DC 20001
mike@lkcfirm.com
(512) 693-8350

*Counsel for State of Mississippi and Mississippi Department of Environmental Quality*

10

/s/ C. Grady Moore III
C. Grady Moore III
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
(205) 251-8100
gmoore@balch.com

Bradley A. Ennis
Susan Scaggs Stutts
BALCH & BINGHAM LLP
1310 25th Avenue
Gulfport, MS 39501
(228) 864-9900

Shawn S. Shurden
*General Counsel*
MISSISSIPPI POWER COMPANY
2992 West Beach Boulevard
Gulfport, MS 39502
(228) 229-0915

*Counsel for Mississippi Power Company*

JEFF LANDRY
  Attorney General

/s/ Joseph S. St. John

ELIZABETH B. MURRILL (LA 20685)
  *Solicitor General*
JOSEPH S. ST. JOHN (LA 36682)
  *Deputy Solicitor General*
LOUISIANA DEPT. OF JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
Tel: (225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

Courtney J. Burdette (LA 30564)
  *Executive Counsel*
Jill C. Clark, Bar (LA 33050)
  *General Counsel*
LOUISIANA DEPT. OF
 ENVIRONMENTAL QUALITY
Office of the Secretary, Legal Division
P.O. Box 4302
Baton Rouge, Louisiana 70821-4302
Tel: (225) 219-3985
Courtney.Burdette@la.gov
Jill.Clark@la.gov

Jeffrey A. Hall
Marcella Burke
BURKE LAW GROUP
1000 Main Street, Suite 2300
Houston, Texas 77002
jeff@burkegroup.law
marcella@burkegroup.law

*Counsel for State of Louisiana and Louisiana Department of Environmental Quality*

<u>/s/ Debra J. Jezouit</u>
Debra J. Jezouit
C. Joshua Lee
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, DC 20001
(202) 639-7728
debra.jezouit@bakerbotts.com

*Counsel for Entergy Louisiana, LLC*

<u>/s/ Maureen N. Harbourt</u>
Maureen N. Harbourt
Lauren Rucinski
Josiah Kollmeyer
KEAN MILLER LLP
400 Convention Street, Suite 700
Baton Rouge, LA 70802
(225) 382-3412

*Counsel for Petitioners Louisiana Chemical Association, Louisiana Mid-Continent Oil and Gas Association, and Louisiana Electric Utility Environmental Group, LLC\**

*(\* o/b/o participating members Cleco Corporate Holdings LLC, Louisiana Energy & Power Authority, and Lafayette Public Power Authority)*

13


## CERTIFICATE OF SERVICE

On September 27, 2023, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ P. Stephen Gidiere III
*Counsel for Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC*

## CERTIFICATE OF COMPLIANCE

This document complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 1,332 words, excluding the parts of the document exempted by Rule 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Times New Roman) using Microsoft Word (the same program used to calculate the word count).

/s/ P. Stephen Gidiere III
*Counsel for Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC*