# United States Court of Appeals for the Fifth Circuit

No. 23-60069

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality; Entergy Louisiana, L.L.C.; Louisiana Chemical Association; Mid-Continent Oil and Gas Association; Louisiana Electric Utility Environmental Group, L.L.C.; Texas Lehigh Cement Company, LP,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents.*

No. 23-60069

---

Petition for Review from an Order of the
Environmental Protection Admin
Agency No. 88 Fed. Reg. 9336-9384

---

ORDER:

IT IS ORDERED that Petitioners' opposed joint motion for oral argument to be heard in three separate consecutive hearings before the same panel is GRANTED.

IT IS FURTHER ORDERED that Petitioners' unopposed alternative joint motion for an additional 40 minutes of argument time, for a total of 60 minutes per side, is DENIED.

*/s/ Edith H. Jones*
EDITH H. JONES
*United States Circuit Judge*