# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 25, 2023

No. 23-60069   State of Texas v. EPA
USDC No. 88 Fed. Reg. 9336-9384

Dear Counsel:

The above referenced case has been scheduled for oral argument on 12/04/2023. It will be held in New Orleans - West Courtroom at 9:00. The Oral Argument session number is 23.

**Arguing counsel are responsible for electronically filing the Oral Argument Acknowledgment Form by no later than Friday 11/17/23. (Note to Counsel in this case…This case will be heard as one continuous case, but arguing in three segments with 40 minutes per segment. When filling out your oral argument acknowledgment form, please indicate 1st Segment, 2nd Segment, 3rd Segment on your form so that we are clear as to the order of presentation).** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form. You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12. The form is available at https://www.ca5.uscourts.gov/appearanceform. Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day

your case is scheduled for argument. Exceptions will be made for emergencies only.

<u>Notice to Court Appointed Counsel:</u> Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Shirley Engelhardt at 504-310-7631.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____

Clerk                        Shirley M. Engelhardt, Calendar

                              504-310-7631

cc:
    Mr. Michael Abrams
    Mr. David R. Baake
    Ms. Julia Blair Barber
    Ms. Megan Heuberger Berge
    Ms. Elizabeth A. Brody
    Ms. Courtney Burdette
    Mrs. Jill Carter Clark
    Mr. William Francis Cole
    Mr. Bill L. Davis
    Ms. Daria Burgess Diaz
    Mr. Bradley Aaron Ennis
    Mr. Philip Stephen Gidiere III
    Mr. Shaun Goho
    Mr. Neil Gormley
    Ms. Machelle Rae Lee Hall
    Mrs. Maureen Noonan Harbourt
    Mr. Hayden Wong Hashimoto
    Ms. Sarah Izfar
    Ms. Debra Jezouit
    Mr. Seth L. Johnson
    Mr. Josiah Martin Kollmeyer
    Mr. Matthew Lynn Kuryla
    Ms. Jin Hyung Lee
    Mr. Joshua Lee
    Mr. Evan P. Lestelle
    Mr. Jonathan Mark Little
    Mr. Mithun Mansinghani
    Mr. Justin Lee Matheny
    Mr. Joseph N. Mazzara
    Mr. Shae Gary McPhee Jr.
    Mr. Carl Grady Moore III

```
Ms. Elizabeth Baker Murrill
Ms. Kathleen Lea Riley
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon
Ms. Dana Marie Shelton
Mr. Joshua Smith
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts
Mr. Justin A. Swaim
```