# United States Court of Appeals for the Fifth Circuit

No. 23-60069

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality; Entergy Louisiana, L.L.C.; Louisiana Chemical Association; Mid-Continent Oil and Gas Association; Louisiana Electric Utility Environmental Group, L.L.C.; Texas Lehigh Cement Company, LP,

*Petitioners*,

*versus*

United States Environmental Protection Agency; Michael S. Regan, *Administrator, United States Environmental Protection Agency*,

*Respondents*.

No. 23-60069

---

Petition for Review from an Order of the
Environmental Protection Admin
Agency No. 88 Fed. Reg. 9336-9384

---

ORDER:

A member of this court previously GRANTED Petitioners' motion for oral argument to be heard in three separate consecutive hearings before the same panel and DENIED the alternative motion for an additional 40 minutes of argument time, for a total of 60 minutes per side. The panel has considered Respondents' motion for reconsideration.

IT IS ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that the parties should confer to determine the order in which the Petitioners will present their arguments. The arguments should proceed as follows:

| | |
|---|---|
| State "A" | 15 minutes |
| Respondent | 20 minutes |
| State "A" | 5 minutes rebuttal |
| State "B" | 15 minutes |
| Respondent | 20 minutes |
| State "B | 5 minutes rebuttal |
| State "C" | 15 minutes |
| Respondent | 20 minutes |
| State "C" | 5 minutes rebuttal |

No. 23-60069

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT