# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 14, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60069   State of Texas v. EPA  
                     Agency No. 88 Fed. Reg. 9336-9384

Enclosed is an order entered in this case.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Whitney M. Jett, Deputy Clerk  
                            504-310-7772

Mr. Michael Abrams  
Mr. David R. Baake  
Ms. Julia Blair Barber  
Ms. Megan Heuberger Berge  
Ms. Elizabeth A. Brody  
Ms. Courtney Burdette  
Mrs. Jill Carter Clark  
Mr. William Francis Cole  
Mr. Bill L. Davis  
Ms. Daria Burgess Diaz  
Mr. Bradley Aaron Ennis  
Mr. Merrick Garland, U.S. Attorney General  
Mr. Philip Stephen Gidiere III  
Mr. Shaun Goho  
Mr. Neil Gormley  
Ms. Machelle Rae Lee Hall  
Mrs. Maureen Noonan Harbourt  
Mr. Hayden Wong Hashimoto  
Ms. Sarah Izfar  
Ms. Debra Jezouit  
Mr. Seth L. Johnson  
Mr. Todd Sunhwae Kim  
Mr. Josiah Martin Kollmeyer  
Mr. Matthew Lynn Kuryla  
Ms. Jin Hyung Lee  
Mr. Joshua Lee  
Mr. Evan P. Lestelle  
Mr. Jonathan Mark Little

Mr. Mithun Mansinghani
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Shae Gary McPhee Jr.
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Mr. Michael S. Regan
Ms. Kathleen Lea Riley
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon
Ms. Dana Marie Shelton
Mr. Joshua Smith
Mr. Joseph Scott St. John
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts
Mr. Justin A. Swaim