No. 23-60069
# In the United States Court of Appeals for the Fifth Circuit

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality; Entergy Louisiana, L.L.C.; Louisiana Chemical Association; Mid-Continent Oil and Gas Association; Louisiana Electric Utility Environmental Group, L.L.C.; Texas Lehigh Cement Company, LP,

*Petitioners,*

*v.*

United States Environmental Protection Agency; Michael S. Regan, Administrator, United States Environmental Protection Agency,

*Respondents,*

## Motion to Withdraw Shae McPhee as Counsel

The State of Louisiana and the Louisiana Department of Environmental Quality respectfully move the Court for an order withdrawing Shae McPhee (La. Bar No. 38565) as counsel in this case. "Good cause" exists for his withdrawal because Mr. McPhee is leaving his employment with the Louisiana Department of Justice.

The State of Louisiana and the Louisiana Department of Environmental Quality will continue to be represented by Louisiana Solicitor General Elizabeth Murrill, Deputy Solicitor General Joseph Scott St. John, and Assistant Attorney General Machelle Hall with the Louisiana Department of Justice, Jeffrey Hall with Burke Law Group, and Jill Clark and Courtney Burdette of the Louisiana Department of Environmental Equality.

Dated: December 21, 2023

JEFF LANDRY
Attorney General of Louisiana

OFFICE OF THE ATTORNEY GENERAL
909 Poydras Street, Suite 1850
New Orleans, LA 70112
Telephone: 225-938-0779

Respectfully submitted,

ELIZABETH MURRILL
Solicitor General

*/s/ Shae McPhee*
SHAE MCPHEE
Deputy Solicitor General
mcphees@ag.louisiana.gov

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I certify that on December 21, 2023, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

<u>*/s/ Shae McPhee*</u>
SHAE MCPHEE

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 40(b)(1) because the motion contains 109 words.

2. This motion complies with the typeface requirements of Fed. R. App. R. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Century Schoolbook font.

*/s/ Shae McPhee*
SHAE MCPHEE

Dated:   December 21, 2023