No. 23-60069
# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C.; LOUISIANA CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners,*

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents,*

## Motion to Withdraw Joseph Scott St. John as Counsel

The State of Louisiana and the Louisiana Department of Environmental Quality respectfully move the Court for an order withdrawing Joseph Scott St. John (La. Bar No. 38862) as counsel in this case. "Good cause" exists for his withdrawal because Mr. St. John is leaving his employment with the Louisiana Department of Justice.

The State of Louisiana and the Louisiana Department of Environmental Quality will continue to be represented by Louisiana Solicitor General J. Benjamin Aguiñaga, Deputy Solicitor General Kelsey L. Smith, and Assistant Attorney General Machelle Hall with the Louisiana Department of Justice, Jeffrey Hall with Burke Law Group, and Jill Clark and Courtney Burdette of the Louisiana Department of Environmental Equality.

Dated: February 26, 2024

LIZ MURRILL
Attorney General of Louisiana

OFFICE OF THE ATTORNEY GENERAL
909 Poydras Street, Suite 1850
New Orleans, LA 70112
Telephone: 225-485-2458

Respectfully submitted,

J. BENJAMIN AGUIÑAGA
Solicitor General

*/s/ Joseph Scott St. John*
JOSEPH SCOTT ST. JOHN
Deputy Solicitor General
stjohnj@ag.louisiana.gov

2

## CERTIFICATE OF SERVICE

I certify that on February 26, 2024, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

*/s/ Joseph Scott St. John*
JOSEPH SCOTT ST. JOHN

## CERTIFICATE OF COMPLIANCE

1.	This motion complies with the type-volume limitation of Fed. R. App. P. 40(b)(1) because the motion contains 112 words.

2.	This motion complies with the typeface requirements of Fed. R. App. R. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the brief has been prepared in a proportionally spaced typeface using Microsoft Word 14-point Century Schoolbook font.

*/s/ Joseph Scott St. John*
JOSEPH SCOTT ST. JOHN

Dated:	February 26, 2024