# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 26, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60069   State of Texas v. EPA
                      Agency No. 88 Fed. Reg. 9336-9384

The court has taken the following action in this case:

The Court has granted attorney Joseph Scott St. John's motion to withdraw as counsel.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. Michael Abrams
Mr. Jorge Benjamin Aguinaga
Mr. David R. Baake
Ms. Julia Blair Barber
Ms. Megan Heuberger Berge
Ms. Elizabeth A. Brody
Ms. Courtney Burdette
Mrs. Jill Carter Clark
Mr. William Francis Cole
Mr. Bill L. Davis
Ms. Daria Burgess Diaz
Mr. Bradley Aaron Ennis
Mr. Merrick Garland, U.S. Attorney General
Mr. Philip Stephen Gidiere III
Mr. Shaun Goho
Mr. Neil Gormley
Mr. Jeffrey Aaron Hall
Ms. Machelle Rae Lee Hall
Mrs. Maureen Noonan Harbourt
Mr. Hayden Wong Hashimoto
Ms. Sarah Izfar
Ms. Debra Jezouit
Mr. Seth L. Johnson
Mr. Todd Sunhwae Kim
Mr. Josiah Martin Kollmeyer

Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Joshua Lee
Mr. Evan P. Lestelle
Mr. Jonathan Mark Little
Mr. Mithun Mansinghani
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Mr. Michael S. Regan
Ms. Kathleen Lea Riley
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon
Ms. Dana Marie Shelton
Mr. Joshua Smith
Mr. Scott G. Stewart
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts
Mr. Justin A. Swaim