

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Bill Davis
Deputy Solicitor General

(512) 936-1700
Bill.Davis@oag.texas.gov

March 13, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit

> **Re:** No. 23-60069, *State of Texas et al. v. EPA et al.*; Petitioners' Joint Response to Respondents' Rule 28(j) Letter of March 6, 2024, Regarding *Oklahoma v. EPA*, No. 23-9514 (10th Cir. Feb. 27, 2024) ("*Oklahoma*") (Doc. 523)

Dear Mr. Cayce:

The Court should not follow *Oklahoma*. EPA already unsuccessfully sought a venue transfer. Docs. 50, 269-1. Its attempt to relitigate venue is untimely. *See Texas v. EPA*, 829 F.3d 405, 425 n.29 (5th Cir. 2016) (unlike likelihood-of-success conclusions, motions panels' "jurisdiction and venue" conclusions are final, "not preliminary"); Doc. 433 at 2-4.

Regardless, *Oklahoma* is unpersuasive. It found that the challenged action is "a nationally applicable final rule" "disapproving SIPs from 21 states across the country." Slip op. 12. That put form over substance. For 24 other good-neighbor SIPs, EPA acted in 20 separate Federal Register notices. 88 Fed. Reg. 9,336, 9,362 (Feb. 13, 2023). This Court does not treat publication as controlling, *U.S. Steel Corp. v. EPA*, 595 F.2d 207, 218 (5th Cir. 1979), precluding manipulation of venue by EPA.

Relatedly, under Federal Rule of Appellate Procedure 15(a)(2)(C), parties may challenge only "part" of an order. The petitioners here did not challenge what EPA calls the "Disapproval." Doc. 523 at 1. They challenged three of EPA's state-specific SIP disapprovals. *E.g.*, Doc. 1-1. *Oklahoma* did not address Rule 15.

*Oklahoma* also determined "applicability" (at 11) based on EPA's application of "a uniform statutory interpretation and common analytical methods." But EPA's *reasoning* (based here on non-statutory factors from EPA's federal ozone plans) does

Page 2

not determine applicability; the "legal impact" does. *Texas*, 829 F.3d at 419. That impact was State-specific here. Doc. 434 at 3-4.

Furthermore, even accepting *Oklahoma*'s premise that the relevant action is the disapproval of 21 SIPs, that constitutes a minority of the good-neighbor SIPs for these NAAQS. Doc. 397 at 63. An action that applies to less than half the country is not "nationally applicable." 42 U.S.C. § 7607(b)(1).

Finally, the Tenth Circuit followed (at 16-17) *Hunt Refining Co. v. EPA*, 90 F.4th 1107 (11th Cir. 2024), which disagreed with *Calumet Shreveport Refining, LLC v. EPA*, 86 F.4th 1121 (5th Cir. 2023). But in *Hunt*, the court distinguished (at 1111-12) SIP actions from the action at issue there and in *Calumet*. Regardless, *Calumet* supports the Court's venue decision here, *see* Doc. 503 at 1, and binds this panel.

        Respectfully submitted.

        /s/ Bill Davis

        Bill Davis
        Deputy Solicitor General

        *Counsel for the State of Texas,*
        *Texas Commission on*
        *Environmental Quality,*
        *Public Utility Commission*
        *of Texas, and Railroad Commission*
        *of Texas*

cc: All registered counsel (via CM/ECF)

Joined by:

/s/ P. Stephen Gidiere III
P. Stephen Gidiere III
Julia B. Barber
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-251-8100
sgidiere@balch.com

Stephanie Z. Moore
Executive Vice President & General Counsel
Daniel J. Kelly
Senior Vice President & Deputy General Counsel
David W. Mitchell
Senior Counsel, Environmental
VISTRA CORP.
6555 Sierra Drive
Irving, Texas 75039

*Counsel for Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC*

/s/ Aaron M. Streett
Aaron M. Streett
Matthew L. Kuryla
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, Texas 77002

Tel.: (713) 229-1234
Fax: (713) 229-1522
aaron.streett@bakerbotts.com

*Counsel for Association of Electric Companies of Texas, BCCA Appeals Group, Texas Chemical Council, and Texas Oil & Gas Association*

/s/ Megan H. Berge
Megan H. Berge
Baker Botts L.L.P.
700 K Street N.W.
Washington, D.C. 20001
(415) 291-6233
(202) 639-7733
J. Mark Little
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1489

*Counsel for Texas Lehigh Cement Company*

**ELIZABETH B. MURRILL**
 **Attorney General**

/s/ J. Benjamin Aguiñaga
J. BENJAMIN AGUIÑAGA
 *Solicitor General*
MACHELLE HALL
 *Assistant Attorney General*
LOUISIANA DEPT. OF JUSTICE
909 Poydras Street, Suite 1850
New Orleans, LA 70112

Tel: (225) 485-2458
aguinabab@ag.louisiana.gov
hallm@ag.louisiana.gov

Courtney J. Burdette (LA 30564)
  *Executive Counsel*
Jill C. Clark, Bar (LA 33050)
  *General Counsel*
LOUISIANA DEPT. OF
 ENVIRONMENTAL QUALITY
Office of the Secretary, Legal Division
P.O. Box 4302
Baton Rouge, Louisiana 70821-4302
Tel: (225) 219-3985
Courtney.Burdette@la.gov
Jill.Clark@la.gov
Jeffrey A. Hall
Marcella Burke
BURKE LAW GROUP
1000 Main Street, Suite 2300
Houston, Texas 77002
jeff@burkegroup.law
marcella@burkegroup.law

*Counsel for State of Louisiana and Louisiana Dept. of Environmental Quality*

Page 6

/s/ Debra J. Jezouit
Debra J. Jezouit
C. Joshua Lee
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, DC 20001
(202) 639-7728
debra.jezouit@bakerbotts.com

*Counsel for Petitioner Entergy Louisiana, LLC*

/s/ Maureen N. Harbourt
Maureen N. Harbourt
Lauren J. Rucinski
Josiah M. Kollmeyer
KEAN MILLER LLP
400 Convention Street, Suite 700
Baton Rouge, LA 70802
(225) 382-3412
maureen.harbourt@keanmiller.com

*Counsel for Petitioners Louisiana Chemical Association, Louisiana Mid-Continent Oil and Gas Association, and Louisiana Electric Utility Environmental Group LLC**

*(* o/b/o participating members Cleco Corporate Holdings LLC, Louisiana Energy & Power Authority, and Lafayette Public Power Authority)*

/s/ *Justin L. Matheny*

Lynn Fitch
  *Attorney General of Mississippi*
Scott G. Stewart
  *Solicitor General*
Justin L. Matheny
  *Deputy Solicitor General*
STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi and Mississippi Department of Environmental Quality*

/s/ *C. Grady Moore III*
C. Grady Moore III
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
(205) 251-8100
gmoore@balch.com

*Counsel for Mississippi Power Company*