# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 13, 2024

Mr. Bill L. Davis
Office of the Attorney General
for the State of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

    No. 23-60069   State of Texas v. EPA
                          USDC No. 88 Fed. Reg. 9336-9384

Dear Mr. Davis,

We received your Response to Rule 28(j) Letter.  In light of the response was incorrectly filed as a Letter and must be filed under the Response to Rule 28(j) Letter event, we are taking no action on this document.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Whitney M. Jett, Deputy Clerk
                            504-310-7772

cc:
    Mr. Michael Abrams
    Mr. Jorge Benjamin Aguinaga
    Mr. David R. Baake
    Ms. Julia Blair Barber
    Ms. Megan Heuberger Berge
    Ms. Elizabeth A. Brody
    Ms. Courtney Burdette
    Mrs. Jill Carter Clark
    Mr. William Francis Cole
    Ms. Daria Burgess Diaz
    Mr. Bradley Aaron Ennis
    Mr. Merrick Garland, U.S. Attorney General
    Mr. Philip Stephen Gidiere III
    Mr. Shaun Goho

Mr. Neil Gormley
Mr. Jeffrey Aaron Hall
Ms. Machelle Rae Lee Hall
Mrs. Maureen Noonan Harbourt
Mr. Hayden Wong Hashimoto
Ms. Sarah Izfar
Ms. Debra Jezouit
Mr. Seth L. Johnson
Mr. Todd Sunhwae Kim
Mr. Josiah Martin Kollmeyer
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Joshua Lee
Mr. Evan P. Lestelle
Mr. Jonathan Mark Little
Mr. Mithun Mansinghani
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Jeffrey Prieto
Ms. Kathleen Lea Riley
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon
Ms. Dana Marie Shelton
Mr. Joshua Smith
Mr. Scott G. Stewart
Mr. Aaron Michael Streett
Ms. Susan Scaggs Stutts
Mr. Justin A. Swaim