

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

MICHAEL R. ABRAMS　　　　　　　　　　　　　　　　　　　　(512) 936-6407
Assistant Solicitor General　　　　　　　　　　　　　　Michael.Abrams@oag.texas.gov

April 2, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

　　Re:　*Texas v. EPA*, 23-60069

Dear Mr. Cayce:

　I am writing to advise the Court of my withdrawal as counsel for Petitioners the State of Texas, the Texas Commission on Environmental Quality, the Railroad Commission of Texas, and the Public Utility Commission of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. Bill Davis will remain lead counsel for the State Petitioners.

　　　　　　　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　/s/ Michael R. Abrams

　　　　　　　　　　　　　　　　　　Michael R. Abrams
　　　　　　　　　　　　　　　　　　Assistant Solicitor General

cc: All counsel of record (via CM/ECF)