NO. 23-60069

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

STATE OF TEXAS, et al.

*Petitioners,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.

*Respondents.*

## MOTION TO WITHDRAW EVAN P. LESTELLE
## AS COUNSEL

The Louisiana Public Service Commission (the "Louisiana Commission"), *amicus curiae*, respectfully moves for an order withdrawing Evan P. Lestelle (La. Bar No. 39609) as additional counsel on behalf of the Louisiana Commission in this case, because he is leaving employment with law firm of Stone Pigman Walther Wittmann L.L.C. Daria B. Diaz, Noel J. Darce, Dana M. Shelton, and Justin A. Swaim of Stone Pigman will continue to represent the Louisiana Commission.

Dated: April 30, 2024

                                            Respectfully submitted,

| | |
|---|---|
| | */s/ Evan P. Lestelle* |
| Kathryn Bowman | Noel J. Darce, La. Bar No. 1813 |
| Executive Counsel | Dana M. Shelton, La. Bar No. 24643 |
| Louisiana Public Service Commission | Daria B. Diaz, La. Bar No. 17928 |
| Galvez Building - 12th Floor | Justin A. Swaim, La. Bar No. 36693 |
| 602 N. Fifth Street | Evan P. Lestelle, La. Bar No. 39609 |
| Baton Rouge, Louisiana 70802 |    Of |
| Telephone: (225) 342-9888 | STONE PIGMAN WALTHER |
| Email: kathryn.bowman@la.gov |    WITTMANN L.L.C. |
| | 909 Poydras Street, Suite 3150 |
| | New Orleans, Louisiana 70112-4042 |
| | Telephone: (504) 581-3200 |
| | Email: ndarce@stonepigman.com |
| | dshelton@stonepigman.com |
| | ddiaz@stonepigman.com |
| | jswaim@stonepigman.com |
| | elestelle@stonepigman.com |

*Counsel for the Louisiana Public Service Commission*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing motion to be served through the Court's CM/ECF system on all registered counsel of record on this 30th day of April, 2024.

　　　　　　　　　　　　　　　　　　*/s/ Evan P. Lestelle*
　　　　　　　　　　　　　　　　　　Evan P. Lestelle

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT

The undersigned counsel states that this motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 80 words, excluding the caption, signature blocks, and required certifications, as counted by a word processing system and, therefore, is within the word limit. This motion also complies with typeface requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman.

Dated: April 30, 2024

             */s/ Evan P. Lestelle*
             Evan P. Lestelle