# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

April 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60069   State of Texas v. EPA
                    USDC No. 88 Fed. Reg. 9336-9384

The court has taken the following action in this case:

The Court has granted attorney Evan Lestelle's motion to withdraw as counsel for Amicus Curiae Louisiana Public Service Commission.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Whitney M. Jett, Deputy Clerk
                                    504-310-7772

Mr. Jorge Benjamin Aguinaga
Mr. David R. Baake
Ms. Julia Blair Barber
Ms. Megan Heuberger Berge
Ms. Elizabeth A. Brody
Ms. Courtney Burdette
Mrs. Jill Carter Clark
Mr. William Francis Cole
Mr. Bill L. Davis
Ms. Daria Burgess Diaz
Mr. Bradley Aaron Ennis
Mr. Merrick Garland, U.S. Attorney General
Mr. Philip Stephen Gidiere III
Mr. Shaun Goho
Mr. Neil Gormley
Mr. Jeffrey Aaron Hall
Ms. Machelle Rae Lee Hall
Mrs. Maureen Noonan Harbourt
Mr. Hayden Wong Hashimoto
Ms. Sarah Izfar
Ms. Debra Jezouit
Mr. Seth L. Johnson
Mr. Todd Sunhwae Kim
Mr. Josiah Martin Kollmeyer
Mr. Matthew Lynn Kuryla

Ms. Jin Hyung Lee  
Mr. Joshua Lee  
Mr. Evan P. Lestelle  
Mr. Jonathan Mark Little  
Mr. Mithun Mansinghani  
Mr. Justin Lee Matheny  
Mr. Joseph N. Mazzara  
Mr. Carl Grady Moore III  
Ms. Elizabeth Baker Murrill  
Mr. Jeffrey Prieto  
Mr. Michael S. Regan  
Ms. Kathleen Lea Riley  
Ms. Lauren J. Rucinski  
Mr. Michael Benjamin Schon  
Ms. Dana Marie Shelton  
Mr. Joshua Smith  
Mr. Scott G. Stewart  
Mr. Aaron Michael Streett  
Ms. Susan Scaggs Stutts  
Mr. Justin A. Swaim