

## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

BILL DAVIS
Deputy Solicitor General

(512) 936-1700
Bill.Davis@oag.texas.gov

June 3, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit

**Re:    No. 23-60069;** *Texas v. EPA*

Dear Mr. Cayce:

I am writing to advise the Court of my withdrawal as counsel for Petitioners the State of Texas, the Texas Commission on Environmental Quality, the Railroad Commission of Texas, and the Public Utility Commission of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General. William F. Cole will remain counsel for those parties in my place.

Respectfully submitted.

/s/ Bill Davis

Bill Davis
Deputy Solicitor General

cc: All counsel of record (via CM/ECF)