Case No. 23-60069

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

STATE OF TEXAS, ET AL.,
*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, ET AL.,
*Respondents*.

---

## MOTION TO WITHDRAW MAUREEN N. HARBOURT
## AS COUNSEL

---

Louisiana Chemical Association, Louisiana Mid-Continent Oil & Gas Association, and Louisiana Electric Utility Environmental Group, LLC respectfully move for an Order withdrawing Maureen N. Harbourt (La. Bar No. 1078) as counsel on behalf of Louisiana Chemical Association, Louisiana Mid-Continent Oil & Gas Association, and Louisiana Electric Utility Environmental Group, LLC because she is leaving employment with the law firm of Kean Miller LLP. Lauren B. Rucinski and Josiah M. Kollmeyer will continue to represent Louisiana Chemical Association, Louisiana Mid-Continent Oil & Gas Association, and Louisiana Electric Utility Environmental Group, LLC.

Dated:      July 9, 2024           Respectfully submitted,


/s/ Maureen N. Harbourt
Maureen N. Harbourt
Lauren Rucinski
Josiah Kollmeyer
KEAN MILLER LLP
400 Convention Street, Suite 700
Baton Rouge, LA 70802
(225) 382-3412

*Counsel for Petitioners Louisiana Chemical Association, Louisiana Mid-Continent Oil & Gas Association, and Louisiana Electric Utility Environmental Group, LLC\**

*(\*o/b/o participating members Cleco Corporate Holdings LLC, Louisiana Energy & Power Authority, and Lafayette Public Power Authority)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who have consented to electronic service are being served a copy of this document via the Court's CM/ECF system on July 9, 2024.

<u>/s/ *Maureen N. Harbourt*</u>
Maureen N. Harbourt

CERTIFICATE OF COMPLIANCE

1.  This motion complies with the type-volume limitation of Fed. R. App. P. 40(b)(1) because the motion contains 88 words, excluding the caption, signature blocks and required certifications.

2.  This motion complies with the typeface requirements of Fed. R. App. R. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman.

/s/ *Maureen N. Harbourt*
Maureen N. Harbourt