# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

|  |  |
|---|---|
| STATE OF TEXAS et al., ) | |
| ) | |
| *Petitioners*, ) | |
| ) | |
| v.                                          ) | Case No. 23-60069 |
| ) | |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY, et al., ) | |
| ) | |
| *Respondents*. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Amici Air Alliance Houston, Downwinders at Risk, and Sierra Club hereby notify the court of the withdrawal of Neil Gormley as counsel for Amici in the above-captioned case. Kathleen L. Riley and Seth L. Johnson will continue to represent Amici.

DATED:   August 16, 2024         Respectfully submitted,

*/s/ Neil Gormley*
Neil Gormley
Seth L. Johnson
Kathleen L. Riley
Earthjustice
1001 G Street, NW, Suite 1000
Washington, DC 20001

(202) 667-4500
ngormley@earthjustice.org
sjohnson@earthjustice.org
kriley@earthjustice.org

*Counsel for Air Alliance Houston, Downwinders at Risk, and Sierra Club*