

**U.S. Department of Justice**
Environment and Natural Resources Division

*Environmental Defense Section*  *Telephone (202) 305-0490*
*P.O. Box 7611*
*Washington, DC 20044*

October 30, 2024

VIA ELECTRONIC FILING

Lyle W. Cayce, Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

    Re:  *State of Texas v. EPA*, No. 23-60069 & consolidated cases.

Dear Mr. Cayce:

    EPA informs the Court that the Supreme Court, by order dated October 21, 2024, granted certiorari in *Oklahoma v. EPA*, Case No. 23-1067, and *Pacific Corporation v. EPA*, Case No. 23-1068, 93 F.4th 1262 (10th Cir. 2024), and consolidated the two cases. *See* 2024 WL 4529798, at *1 (U.S. Oct. 21, 2024); 2024 WL 4529796 (U.S. Oct. 21, 2024). The Supreme Court granted certiorari to consider the proper venue for petitioners' challenges under 42 U.S.C. § 7607(b)(1), so a decision in that case almost certainly will determine the proper venue for these consolidated petitions, which challenge the same agency action. In addition, the Supreme Court granted certiorari in *EPA v. Calumet Shreveport Refining*, LLC., No. 23-1229, 86 F.4th 1121 (5th Cir. 2023). *See* 2024 WL 4529794 (U.S. Oct. 21, 2024). *Calumet* also addressed the same venue provision, 42 U.S.C. § 7607(b)(1), and Petitioners relied upon the case here. *See, e.g.*, Pet'rs' 28(j) Ltr, ECF No. 503.

    The same action, EPA's disapproval of 21 states' state implementation plans, has been challenged in multiple Courts of Appeals. For this Court's awareness and should the Court wish to take similar measures here, EPA also informs the Court of two recent orders issued in other Courts of Appeals. In

response to the Supreme Court's order, the Fourth Circuit cancelled oral argument on its related case "until the Supreme Court decides the venue question." *See West Virginia v. EPA*, Case No. 23-1418, ECF No. 126. In addition, the Eleventh Circuit held its related cases in abeyance pending the Supreme Court's opinions in both *Oklahoma* and *Calumet*. *See Alabama v. EPA*, Case Nos. 23-11173, 23-11196, ECF No. 76.

Sincerely,

*/s/ Sarah Izfar*
Sarah Izfar

cc: Counsel of Record, via CM/ECF

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing Letter complies with Fed. R. App. P. 28(j), as it complies with typeface requirements and contains 275 words, excluding exempted portions.

Date: October 30, 2024　　　　　　　*/s/ Sarah Izfar*
　　　　　　　　　　　　　　　　　*Sarah Izfar*