No. 23-600069

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS COMMISSION ON ENVIRONMENTAL QUALITY; LUMINANT GENERATION COMPANY, L.L.C.; COLETO CREEK POWER, L.L.C.; ENNIS POWER COMPANY, L.L.C.; HAYS ENERGY, L.L.C.; MIDLOTHIAN ENERGY, L.L.C.; OAK GROVE MANAGEMENT COMPANY, L.L.C.; WISE COUNTY POWER COMPANY, L.L.C.; ASSOCIATION OF ELECTRIC COMPANIES OF TEXAS; BCCA APPEAL GROUP; TEXAS CHEMICAL COUNCIL; TEXAS OIL & GAS ASSOCIATION; PUBLIC UTILITY COMMISSION OF TEXAS; RAILROAD COMMISSION OF TEXAS; STATE OF MISSISSIPPI; MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY; MISSISSIPPI POWER COMPANY; STATE OF LOUISIANA; LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY; ENTERGY LOUISIANA, L.L.C.; LOUISIANA CHEMICAL ASSOCIATION; MID-CONTINENT OIL AND GAS ASSOCIATION; LOUISIANA ELECTRIC UTILITY ENVIRONMENTAL GROUP, L.L.C.; TEXAS LEHIGH CEMENT COMPANY, LP,

*Petitioners*,

*v.*

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

## MOTION TO WITHDRAW SUSAN SCAGGS STUTTS AS COUNSEL

Mississippi Power Company respectfully moves the Court for an

Order withdrawing Susan Scaggs Stutts (MS Bar No. 105727) as counsel in

this case.  "Good cause" exists for her withdrawal as Ms. Stutts is leaving her employment with Balch & Bingham LLP.  Mississippi Power Company will continue to be represented by C. Grady Moore, III and Bradley A. Ennis with Balch & Bingham and Shawn S. Shurden with Mississippi Power Company.

Dated: December 18, 2024                    Respectfully submitted,

                                            /s/ *Susan Scaggs Stutts*

                                            **C. Grady Moore III**
                                            BALCH & BINGHAM LLP
                                            1901 6th Ave. N., Ste. 1500
                                            Birmingham, Alabama 35203
                                            (205) 251-8100
                                            gmoore@balch.com

                                            Bradley A. Ennis
                                            **Susan Scaggs Stutts**
                                            BALCH & BINGHAM LLP
                                            1310 25th Avenue
                                            Gulfport, MS 39501
                                            (228) 864-9900

                                            **Shawn S. Shurden**
                                            *General Counsel*
                                            MISSISSIPPI POWER COMPANY
                                            2992 West Beach Boulevard
                                            Gulfport, MS 39502
                                            (228) 229-0915

*Counsel for Mississippi Power Company*

## CERTIFICATE OF SERVICE

I certify that on December 18, 2024, I filed the foregoing motion with the Court's CM/ECF system, which will automatically send an electronic notice of filing to all registered counsel of record.

/s/ *Susan Scaggs Stutts*
*SUSAN SCAGGS STUTTS*