# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 23, 2025

Mr. Jorge Benjamin Aguinaga
Louisiana Department of Justice
1885 N. 3rd Street
Baton Rouge, LA 70802

Mr. David R. Baake
Baake Law, L.L.C.
2131 N. Main Street
Las Cruces, NM 88001

Ms. Julia Blair Barber
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite 1500
Birmingham, AL 35203

Ms. Megan Heuberger Berge
Baker Botts, L.L.P.
700 K Street, N.W.
Washington, DC 20001-0000

Ms. Elizabeth A. Brody
Office of the Attorney General
for the State of New York Appeals & Opinions
28 Liberty Street
23rd Floor
New York, NY 10005

Ms. Courtney Burdette
Louisiana Department of Environmental Quality
Legal Affairs Division
P.O. Box 4302
Baton Rouge, LA 70821-4302

Mrs. Jill Carter Clark
Louisiana Department of Environmental Quality
Legal Affairs Division
P.O. Box 4302
Baton Rouge, LA 70821-4302

Mr. William Francis Cole
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Ms. Daria Burgess Diaz
Stone Pigman Walther Wittmann, L.L.C.
909 Poydras Street
Suite 3150
New Orleans, LA 70112

Mr. Bradley Aaron Ennis
Balch & Bingham, L.L.P.
1310 25th Avenue
Gulfport, MS 39501

Mr. Philip Stephen Gidiere III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite. 1500
Birmingham, AL 35203

Mr. Shaun Goho
Clean Air Task Force
114 State Street
6th Floor
Boston, MA 02109

Mr. Jeffrey Aaron Hall
Burke Law Group, P.L.L.C.
2001 L Street, N.W.
Suite 500
Washington, DC 20036

Ms. Machelle Rae Lee Hall
Animal Welfare Institute
Terrestrial Wildlife
2139 Arlington Avenue
Baton Rouge, LA 70808

Mr. Hayden Wong Hashimoto
Clean Air Task Force
114 State Street
6th Floor
Boston, MA 02109

Ms. Sarah Izfar
U.S. Department of Justice
Environment & Natural Resources Division
150 M Street, N.E.
Washington, DC 20002

Ms. Debra Jezouit
Baker Botts, L.L.P.
700 K Street, N.W.
Washington, DC 20001-0000

Mr. Seth L. Johnson
Earthjustice Legal Defense Fund
1001 G Street, N.W.
Suite 1000
Washington, DC 20001

Mr. Todd Sunhwae Kim
U.S. Department of Justice
Environment & Natural Resources Division-Appellate Section
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044-7415

Mr. Josiah Martin Kollmeyer
Kean Miller, L.L.P.
400 Convention Street
Suite 700
Baton Rouge, LA 70802

Mr. Matthew Lynn Kuryla
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Mr. C. Joshua Lee
Baker Botts, L.L.P.
700 K Street, N.W.
Washington, DC 20001-0000

Ms. Jin Hyung Lee
U.S. Department of Justice
Environment & Natural Resources Division
150 M Street, N.E.
Washington, DC 20002

Mr. Jonathan Mark Little
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Mr. Mithun Mansinghani
Lehotsky Keller Cohn, L.L.P.
629 W. Main Street
Oklahoma City, OK 73102

Mr. Justin Lee Matheny
Mississippi Attorney General's Office
550 High Street
Suite 1200
Jackson, MS 39201

Mr. Joseph N. Mazzara
Office of the Texas Attorney General
Office of the Solicitor General
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Carl Grady Moore III
Balch & Bingham, L.L.P.
1901 6th Avenue, N.
Suite 1500
Birmingham, AL 35203

Ms. Elizabeth Baker Murrill
Office of the Attorney General
for the State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005

Ms. Kathleen Lea Riley
Earthjustice Legal Defense Fund
1001 G Street, N.W.
Suite 1000
Washington, DC 20001

Ms. Lauren J. Rucinski
Kean Miller, L.L.P.
P. O. Box 3513
Baton Rouge, LA 70821

Mr. Michael Benjamin Schon
Lehotsky Keller Cohn, L.L.P.
200 Massachusetts Avenue, N.W.
Washington, DC 20001

Ms. Dana Marie Shelton
Stone Pigman Walther Wittmann, L.L.C.
909 Poydras Street
Suite 3150
New Orleans, LA 70112

Mr. Joshua Smith
Sierra Club
Environmental Law Program
2101 Webster Street
Suite 1300
Oakland, CA 94612

Mr. Scott G. Stewart
Mississippi Attorney General's Office
550 High Street
P.O. Box 220
Suite 1100
Jackson, MS 39205

Mr. Aaron Michael Streett
Baker Botts, L.L.P.
910 Louisiana Street
Houston, TX 77002

Mr. Justin A. Swaim
Stone Pigman Walther Wittmann, L.L.C.
909 Poydras Street
Suite 3150
New Orleans, LA 70112

     No. 23-60069   State of Texas v. EPA
                               Agency No. 88 Fed. Reg. 9336-9384

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Shea E. Pertuit, Deputy Clerk
                                          504-310-7666

Case No. 23-60069

State of Texas; Texas Commission on Environmental Quality; Luminant Generation Company, L.L.C.; Coleto Creek Power, L.L.C.; Ennis Power Company, L.L.C.; Hays Energy, L.L.C.; Midlothian Energy, L.L.C.; Oak Grove Management Company, L.L.C.; Wise County Power Company, L.L.C.; Association of Electric Companies of Texas; BCCA Appeal Group; Texas Chemical Council; Texas Oil & Gas Association; Public Utility Commission of Texas; Railroad Commission of Texas; State of Mississippi; Mississippi Department of Environmental Quality; Mississippi Power Company; State of Louisiana; Louisiana Department of Environmental Quality; Entergy Louisiana, L.L.C.; Louisiana Chemical Association; Mid-Continent Oil and Gas Association; Louisiana Electric Utility Environmental Group, L.L.C.; Texas Lehigh Cement Company, LP,

        Petitioners

v.

United States Environmental Protection Agency; James Payne, Acting Administrator, United States Environmental Protection Agency,

        Respondents