# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 22, 2025

No. 23-60069   State of Texas v. EPA
              USDC No. 88 Fed. Reg. 9336-9384

Dear Counsel:

Please be advised that the court has requested a response/opposition to the Petitioners' petitions for rehearing en banc. The response/opposition should be electronically filed in this office on or before June 1, 2025.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Rebecca Andry*
                          By: _____
                          Rebecca Andry, Deputy Clerk
                          504-310-7638

cc:
  Mr. Jorge Benjamin Aguinaga
  Mr. David R. Baake
  Ms. Julia Blair Barber
  Ms. Elizabeth A. Brody
  Ms. Courtney Burdette
  Mrs. Jill Carter Clark
  Mr. William Francis Cole
  Ms. Daria Burgess Diaz
  Mr. Bradley Aaron Ennis
  Mr. Philip Stephen Gidiere III
  Mr. Shaun Goho
  Ms. Machelle Rae Lee Hall
  Mr. Hayden Wong Hashimoto
  Ms. Sarah Izfar
  Ms. Debra Jezouit
  Mr. Seth L. Johnson
  Mr. Todd Sunhwae Kim
  Mr. Josiah Martin Kollmeyer
  Mr. Matthew Lynn Kuryla
  Mr. C. Joshua Lee
  Ms. Jin Hyung Lee

```
Mr. Jonathan Mark Little
Mr. Mithun Mansinghani
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Carl Grady Moore III
Ms. Elizabeth Baker Murrill
Mr. Daniel Ortner
Mr. Jeffrey Prieto
Ms. Kathleen Lea Riley
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon
Ms. Dana Marie Shelton
Mr. Joshua Smith
Mr. Scott G. Stewart
Mr. Aaron Michael Streett
Mr. Justin A. Swaim
```