

November 18, 2025

VIA CM/ECF

The Honorable Lyle W. Cayce
U.S. Court of Appeals, Fifth Circuit
Office of the Clerk
F. Edward Herbert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

**Re: Rule 28(j) Supplemental Authority in Case No. 23-60069, *State of Texas et al. v. EPA et al.* (mandate held; pending rehearing)**

Dear Mr. Cayce:

We write to inform the Court of a decision in a related case that underscores the importance of granting rehearing in the present case.

*Texas v. EPA*, No. 16-60670, concerns EPA's disapproval of Texas's state plan for the 2008 ozone National Ambient Air Quality Standards ("NAAQS"), the predecessor to the 2015 ozone NAAQS at issue here. On September 22, 2025, in a split decision, the panel majority in Case No. 16-60670 "agree[d] with" and "follow[ed]" the (erroneous) panel decision in the present case to deny the petitions for review and affirm EPA's disapproval. Op. at 19, 26. The panel majority did not acknowledge that the Court has held the mandate in the present case.

Judge Smith, in dissent, saw EPA's disapproval for what it was: the product of "EPA's failure to meet its 12-month deadline to act on [Texas's state plan]." Op. at 43. EPA's unlawful delay, Judge Smith explained, enabled EPA "to develop new data and prepare its own [federal plan]" "which it then conveniently used as the basis for disapproving Texas's [plan]." *Id.* Judge Smith would have vacated EPA's action as "in excess of statutory constraints" and "arbitrary and capricious." *Id.*

A judge of the Court has withheld the mandate in Case No. 16-60670.

1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642
balch.com

P.O. Box 306
Birmingham, AL 35201

ALABAMA | FLORIDA | GEORGIA | MISSISSIPPI | TEXAS | WASHINGTON, DC

The Honorable Lyle W. Cayce
November 18, 2025
Page 2

In relying on the panel decision here, the panel majority in Case No. 16-60670 committed the same errors. It accepted EPA's interpretation of "contribute significantly" without determining if it was the statute's "best reading" as required by *Loper Bright*. And it inverted the cooperative-federalism paradigm of the Clean Air Act by putting EPA "in the driver's seat" on Texas's plan, contrary to this Court's long-standing precedent, and blessing EPA's use of post-SIP-deadline data to disapprove Texas's SIP. *See* Op. at 22 (citing and quoting the decision in Case No. 23-60069).

To correct these errors and restore consistency in the Court's decisions, the Court should grant rehearing in the present case; continue holding the mandate in Case No. 16-60670 during rehearing; and, following a decision on rehearing in the present case, allow the panel in Case No. 16-60670 to reconsider its decision.

Respectfully submitted,

/s/ P. Stephen Gidiere III
P. Stephen Gidiere III
Julia B. Barber
BALCH & BINGHAM LLP
1901 6th Ave. N., Ste. 1500
Birmingham, Alabama 35203
205-251-8100
sgidiere@balch.com

Stephanie Z. Moore
Executive Vice President & General Counsel
Daniel J. Kelly
Senior Vice President & Deputy General Counsel
David W. Mitchell
Managing Counsel, Environmental
VISTRA CORP.
6555 Sierra Drive
Irving, Texas 75039

*Counsel for Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays*

The Honorable Lyle W. Cayce
November 18, 2025
Page 3

*Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC*

Ken Paxton
Attorney General of Texas
Brent Webster
First Assistant Attorney General
William R. Peterson
Solicitor General
/s/ William F. Cole
William F. Cole
Principal Deputy Solicitor General
Daniel M. Ortner
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
William.Cole@oag.texas.gov

*Counsel for the State of Texas, Texas Commission on Environmental Quality, Public Utility Commission of Texas, and Railroad Commission of Texas*

The Honorable Lyle W. Cayce
November 18, 2025
Page 4

/s/ Aaron M. Streett
Aaron M. Streett
Matthew L. Kuryla
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, Texas 77002
Tel.: (713) 229-1234
Fax: (713) 229-1522
aaron.streett@bakerbotts.com

*Counsel for Association of Electric Companies of Texas, BCCA Appeals Group, Texas Chemical Council, and Texas Oil & Gas Association*

/s/J. Mark Little
J. Mark Little
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002
(713) 229-1489
mark.little@bakerbotts.com

*Counsel for Texas Lehigh Cement Company*

The Honorable Lyle W. Cayce
November 18, 2025
Page 5

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel states that this document complies with Fed. R. App. P. 28(j) because the body of the letter contains 347 words.

Dated: November 18, 2025

/s/ P. Stephen Gidiere III
P. Stephen Gidiere III

*Counsel for Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, a copy of the foregoing document was served electronically through the Court's CM/ECF system on all registered counsel.

/s/ P. Stephen Gidiere III
P. Stephen Gidiere III

*Counsel for Luminant Generation Company LLC, Coleto Creek Power, LLC, Ennis Power Company, LLC, Hays Energy, LLC, Midlothian Energy, LLC, Oak Grove Management Company LLC, and Wise County Power Company, LLC*