# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 09, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60069   State of Texas v. EPA
                    Agency No. 88 Fed. Reg. 9336-9384

Enclosed is an order entered in this case.

          Sincerely,

          LYLE W. CAYCE, Clerk

          /s/ Dantrell Johnson

          By: _____
          Dantrell L. Johnson, Deputy Clerk
          504-310-7689

Mr. Jorge Benjamin Aguinaga
Mr. David R. Baake
Ms. Julia Blair Barber
Ms. Elizabeth A. Brody
Ms. Courtney Burdette
Mrs. Jill Carter Clark
Mr. William Francis Cole
Ms. Daria Burgess Diaz
Mr. Bradley Aaron Ennis
Mr. Philip Stephen Gidiere, III
Mr. Shaun Goho
Ms. Machelle Rae Lee Hall
Mr. Hayden Wong Hashimoto
Ms. Sarah Izfar
Ms. Debra Jezouit
Mr. Seth L. Johnson
Mr. Josiah Martin Kollmeyer
Mr. Matthew Lynn Kuryla
Ms. Jin Hyung Lee
Mr. Jonathan Mark Little
Ms. Allison Watkins Mallick
Mr. Mithun Mansinghani
Mr. Justin Lee Matheny
Mr. Joseph N. Mazzara
Mr. Carl Grady Moore, III
Ms. Elizabeth Baker Murrill
Mr. Daniel Ortner
Ms. Kathleen Lea Riley
Ms. Lauren J. Rucinski
Mr. Michael Benjamin Schon

```
Ms. Dana Marie Shelton
Mr. Joshua Smith
Mr. Scott G. Stewart
Mr. Aaron Michael Streett
Mr. Justin A. Swaim
```